IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:22 mc 1572 |
| ) | |
| v. ) | |
| ) | FILED UNDER SEAL |
| MAURICIO CHAVEZ, ) | JURY TRIAL DEMANDED |
| GIORGIO BENVENUTO, and ) | |
| CryptoFX, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| CBT GROUP, LLC, ) | |
| ) | |
| Relief Defendant. ) | |
| ) | |

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

ORDER GRANTING *EX PARTE* MOTION TO FILE
UNDER SEAL AND TEMPORARILY SEALING DOCKET AND PROCEEDINGS

This matter came before the Court on the motion of U.S. Plaintiff Securities and

Exchange Commission for a temporary seal of the docket and proceedings in this case under

Local Rule 83.6. The Court, having reviewed the motion, the brief in support, the contents of the

file, and the arguments of counsel, if any, is of the opinion that Plaintiff has shown good cause

and that the motion is well-founded and should be GRANTED.

IT IS THEREFORE ORDERED that these proceedings, the pleadings, motions,

memoranda, all orders, and all other filings herein shall be sealed until the earlier of the following:

1. Executed returns of service or waivers of service are filed, whereupon, the Clerk is

    ORDERED to unseal the matter; or

1

2. The Commission files a Notice of Status stating that because one or more of the
   defendants in the action have sufficient notice of this action, further sealing is
   unnecessary, whereupon, the Clerk is ORDERED to unseal the matter.

   IT IS HEREBY FURTHER ORDERED that, any orders granting the *ex parte* relief
requested in the documents described above, filed under seal, will also be filed under seal.


Dated: _____, 2022


 

_____
**UNITED STATES DISTRICT JUDGE**