IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts Southern District of Texas
FILED
*September 19, 2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) **UNSEALED 9/29/2022** |
| MAURICIO CHAVEZ, | ) FILED UNDER SEAL |
| GIORGIO BENVENUTO, and | ) JURY TRIAL DEMANDED |
| CryptoFX, LLC, | ) |
| Defendants, | ) |
| CBT GROUP, LLC, | ) |
| Relief Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION**

Plaintiff U.S. Securities and Exchange Commission ("Commission") respectfully moves the Court for leave exceed the page limitations for its Motion for Preliminary Injunction, Ex Parte Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Emergency Relief and Brief in Support (the "TRO Application"), which is being filed contemporaneously.

The Commission is filing the TRO Application, which is 25 pages, against defendants Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC, (together, "Defendants") and CBT Group, LLC, ("Relief Defendant). The TRO application (i) addresses the Commission's basis for seeking several different forms of relief, (ii) demonstrates why such relief should be granted on an *ex parte* basis, and (ii) establishes a *prima facie* case, supported by extensive evidence in a separately filed Appendix, for the Commission's likelihood of success on the merits of its claims against

Defendants and Relief Defendant for violations of four different provisions of the federal securities laws. To establish its entitlement to the relief it seeks, and to aid the Court in considering its arguments, the Commission has included significant discussion in the TRO Application of the factual background, the applicable law, and applicability of the law to the facts.

Despite the Commission's best efforts, the TRO Application exceed the page limit imposed by procedure of the Court. Therefore, the Commission respectfully requests that it be granted leave to exceed the page limitations of Local Rule CV-7(c) with respect to its TRO Application, and be granted such other and further relief to which the Commission may be entitled.

Dated: September 19, 2022

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

Matthew J. Gulde
Illinois Bar No. 6272325
S.D. Texas Bar No. 1821299
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-1410
Facsimile: (817) 978-4927
guldem@sec.gov

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| | ) **FILED UNDER SEAL** |
| **MAURICIO CHAVEZ,** | ) JURY TRIAL DEMANDED |
| **GIORGIO BENVENUTO, and** | ) |
| **CryptoFX, LLC,** | ) |
| Defendants, | ) |
| **CBT GROUP, LLC,** | ) |
| Relief Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMITATION

Before the Court is Plaintiff's Motion for Leave to Exceed Page Limitation in this matter. The Court has reviewed the Motion and is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Exceed Page Limitation shall be GRANTED.

**SO ORDERED.**

_____, 2022          _____
                                              United States District Judge