# Harris Declaration
# Exhibit C

APP0061

# EXHIBIT C

# FW-04464

# *Benvenuto, Giorgio - 05-12-2022*

### *5/12/2022 10:00 AM*

**Full-size Transcript**

**Prepared by:**

Jamie Haussecker
FW-04464

Monday, August 22, 2022

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:    )

4                     )  File No. FW-04464-A

5    CRYPTOFX LLC        )

6

7    WITNESS:  Giorgio Benvenuto

8    PAGES:    1 through 201

9    PLACE:    Securities and Exchange Commission

10             801 Cherry Street

11             Fort Worth, Texas

12    DATE:     Thursday, May 12, 2022

13

14       The above-entitled matter came on for hearing,

15    pursuant to notice, at 10:00 a.m.

16

17

18

19

20

21

22

23

24           Diversified Reporting Services, Inc.

25              (202) 467-9200

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         JILLIAN HARRIS, ESQ.

5         JAMES E. ETRI, ESQ.

6         TAWNYA GODSEY

7         Securities and Exchange Commission

8         Division of Enforcement

9         801 Cherry Street, Suite 1900, Unit 18

10        Fort Worth, Texas 76102

11

12

13   On behalf of the Witness:

14        ROBERT BURFORD, ESQ.

15        Burford Perry LLP

16        2 Houston Center

17        909 Fannin, Suite 2630

18        Houston, Texas 77010

19

20

21

22

23

24

25

3

# CONTENTS

| WITNESS: | | EXAMINATION |
|---|---|---|
| Giorgio Benvenuto | | 5 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 40 | Subpoena | 10 |
| 42 | Blalock property lease | 95 |
| | improvement expenditures | |
| 47 | Wire records | 105 |
| 51 | Checks | 115 |
| 52 | Lone Star Bank closing document | 120 |
| 53 | Spirit of Texas opening document | 123 |
| 54 | Spirit of Texas Bank documents | 125 |
| 55 | WhatsApp conversation | 133 |
| 57 | Background questionnaire | 13 |
| 58 | Time line of events | 89 |
| 59 | Messages | 137 |

4

1                  P R O C E E D I N G S

2              MS. HARRIS:  We are on the record at

3    10:00 a.m. Central Time, May 12th, 2022.

4              Mr. Benvenuto, please state your name.

5              MR. BENVENUTO:  Giorgio Benvenuto.

6              MS. HARRIS:  And can you spell it for the

7    court reporter this morning?

8              MR. BENVENUTO:  It would begin with

9    G-I-O-R-G-I-O.  The last name's spelled B as in boy,

10   E-N, V as in Victor, E-N-U-T-O.

11             MS. HARRIS:  And, Mr. Benvenuto, do you

12   consent to taking an oath or affirmation to tell the

13   truth remotely via Webex rather than in person?

14             MR. BENVENUTO:  I do.

15             MS. HARRIS:  Do you understand that this

16   oath has the same affect as if it were administered in

17   person?

18             MR. BENVENUTO:  I do.

19             MS. HARRIS:  Please raise your right hand.

20   Do you swear to tell the truth, the whole truth, and

21   nothing but the truth?

22             MR. BENVENUTO:  I do.

23   Whereupon,

24                  GIORGIO BENVENUTO

25   was called as a witness and, having been first

1   decision.  But again, life circumstances pretty much

2   brought me to the point where, you know, I'm going to --

3   I'm going to take the chance.  I feel comfortable with

4   Mauricio.  He is a friend of mine.  And meeting Gustavo

5   and Eduardo, I liked their chemistry.

6          And so that's around the time I began my

7   involvement with CFX, or CryptoFX, rather.  Let's keep

8   the name straight.  I opened up a contract in July at

9   that time, as you see in the time line.  During -- also

10  during that, in parallel dialogue was this possibility

11  of looking, you know, at properties.  You know, again,

12  once Mauricio found out what Gabriel and I were

13  pursuing, he kind of mentioned the whole "hey, why don't

14  we do this venture together?"  Because initially, it was

15  going to be myself and Gabriel Torres, who owns his own

16  construction company and just kind of was looking for

17  another avenue to wind down because he had been doing

18  this for 28 years and wanted to do something different

19  or smaller scale.

20         So I pitched the idea of "why don't we start

21  luxury homes?"  You know, buy a property, build, and

22  sell.  You know, once I got Mauricio talking about that,

23  he asked more questions and he said, "Well, why don't we

24  think about combining resources?"  So essentially, he

25  upped the game financially, more or less, and that's

1      A    That he'd been in this space as a trader for some

2    time.  I forget what the year he said when he started

3    all of this, you know, his trading experience, but it

4    had been a while.  Just the dialogue that he had

5    regarding the subject matter, it seemed to me that this

6    guy knew his stuff.

7      Q    Did he tell you anything about his average

8    returns?

9      A    No, no.  I don't recall anything like that.  It

10    was just more of, you know, what -- I guess he expressed

11    the idea of empowering the -- I don't want to make him

12    seem like Robin Hood -- but empowering the common man,

13    as it were.  And I want to tell you he was looking out

14    for his fellow Latino community that was prevalent.

15      Q    Okay.

16      A    So guess this was that way.

17      Q    Did he tell you anything about how much you were

18    going to be getting back in this investment?

19      A    Oh, when it came time for me to ask those

20    specific questions?  At that time the contract that I

21    set up with CryptoFX was set up as a variable rate,

22    maximum of 20 percent.  And you could sign up, as I

23    recall, through either, like, a three-month or a

24    six-month contract receiving that variable rate of

25    return from anywhere from zero the twenty percent.  And

36

1    of course, I -- I opened that contract, and it was for

2    six months.  And at -- at the six-month interval, I was

3    paid out both principal and profits at the highest rate

4    of return, which I thought was phenomenal.

5         Q    So how much return did you actually get?

6         A    Well, so we're going to have to do the math, I

7    guess.  But at 20 percent monthly, it would have been

8    $120,000 in profits plus the original principal.

9         Q    Okay.

10        A    So --

11        Q    Apologies.  I interpreted you.

12        A    Did you get what I said?

13        Q    Yes, I did.  I'm not sure I caught the -- I heard

14   you say "variable rate".  I'm not sure I caught the

15   20 percent, if it was what you actually got paid.

16        A    Right, which I thought was incredible because,

17   again, it was offered as a variable rate based on market

18   performance.  And so looking back now, all I could see

19   why I got it, that was -- that was the initial wave of

20   Bitcoin and all the rest of it.  So whatever he did,

21   however he traded, clearly, he did very well to allow me

22   to get a return of 20 percent, which was amazing.

23        Q    Did he ever disclose to you whether or not he was

24   paying himself any sort of management fee?

25        A    I didn't delve into any of the financials.  It

1    A    I'm compensated weekly, yes.

2    Q    How much is that salary?

3    A    Currently, I am paid $2,800.

4    Q    Per week, you said?

5    A    Correct.

6    Q    And where is that salary going into?

7    A    The salary is.

8    Q    Strike that.  That was a bad question, Gio.

9    That's my fault.

10        What bank account is that salary going into?

11    A    The bank account it's going into is the Spirit of

12   Texas, currently being acquired, or has been acquired,

13   by Simmons Bank.

14    Q    And where is that money coming from, what bank

15   account?

16    A    The corporate account, the CBT Group account at

17   the same bank.

18    Q    Thank you.  And that salary's for services

19   rendered in your role as manager of CBT, correct?

20    A    Yes.

21    Q    Okay.  Exactly what are you doing as manager of

22   CBT?

23    A    I cover the scope of what the company requires,

24   essentially.  So that would be seeking out the

25   opportunity; vetting the opportunity; engaging a

1   property broker; looking, obviously, at dealing with

2   title companies.  And then, of course, once the property

3   acquisition piece is resolved, I'm now entertaining the

4   engineering portion:  Getting those people involved;

5   vetting those people for the -- right people for the

6   right project; having them conduct the surveys or the

7   core samples, soil samples, the tension surveys that are

8   required by the State or City.  And then, of course, the

9   architect coming up with a suitable architectural design

10  for the area that would be attractive to a prospective

11  home buyer, or town home -- in this case, town home

12  purchaser.

13       Q    We'll get to the specific opportunities, and

14  perhaps at that time, we can put forth your notes, which

15  I will have entered into the record.  But first, let me

16  ask just some more broad questions.

17       Did you put any personal capital into CBT?

18       A    No, ma'am.  I would describe my efforts as "sweat

19  equity".

20       Q    What capital started CBT?

21       A    Capital came from funds that were sitting in the

22  CBT account.  And specifically, those funds, as I

23  mentioned before, were -- the source of which has been

24  submitted to you has been checks written by individuals

25  to the company.

83

1      Q    Okay.  I'm not quite sure we're getting down to

2   my question.  What capital -- well, let me ask a better

3   question:  Does CBT have investors?

4      A    If it does, I'm unaware of it.  I don't believe

5   that is the case.

6      Q    Okay.  So if CBT doesn't have investors and

7   there's capital in the CBT bank accounts, where is that

8   money coming from?

9      A    As far as the -- the checks being written by

10   these individuals, I couldn't tell you if these

11   individuals were actual CFX members or just individuals

12   as Mauricio handles all of that.  So, you know, my -- my

13   piece in this is that he would communicate to me that

14   "hey, I have some funds.  Please pick them up and make

15   deposits for the CBT account".  I don't know who these

16   people are.  If you're asking me to, you know, guess

17   where it may be coming from, well, I'm going to have to

18   guess it's people related to the CryptoFX side of his

19   business.  But it's under his direction that they write

20   these checks to CBT Group.

21      Q    So you have never directed anyone to write a

22   check to CBT Group for a real estate development

23   business?

24      A    Yes.

25      Q    I'm so sorry, Gio.  I cannot hear your question.

84

1    I'm not requesting you to restate.  I just can't hear

2    you.

3         A    The answer is "no".

4         Q    So there's no CBT investor roster?

5         A    Not that I'm aware of.

6         Q    When you first established CBT, was there an

7    agreement between you, Mr. Chavez, and Mr. Torres that

8    Mr. Chavez would handle all of the financials?

9         A    Not that it was directly spoken to.  But he would

10   be the financial entity of this venture, so if that

11   answers your question.

12        Q    It doesn't.

13        A    We didn't actually say, "Hey, you're going to be

14   responsible for the money."  Those words were not

15   spoken.  But was it understood?  Yes.

16        Q    So was there some sort of understanding that

17   Mr. Chavez would direct the money from CFX into CBT?

18        A    I couldn't comment on that.

19        Q    What do you mean, "you can't comment on it"?

20        A    Meaning I don't know.

21        Q    Well, Gio, I'm trying to understand.  You're

22   making a -- you're a manager and a principal in a

23   business that is fairly capital-intensive, and you seem

24   to be testifying that you have no idea where all this

25   money came from.  And so I want to understand if you're

117

1    favor and, you know, wire money to this individual."

2    And of course -- and I'm not going to question him.  I

3    mean, he -- it's his -- you know, he's 85 percent

4    control of the company.  It's his money.  And so I know

5    he was having difficulty with CFX, as it were, with

6    banks.  They just don't like it.  So if he asked me to

7    do him -- you know, under his directive to send money to

8    said person?  Yeah.

9         Q    Okay.

10        A    Usually, that would have been in the form of a

11   wire.

12        Q    Okay.  That's helpful context.  Would you use the

13   CBT accounts to wire money to certain people who you

14   understood were CFX investors?

15        A    Well, he never clarified who they were.  He would

16   just say, "Hey, I need you to please send this money to

17   this person, this amount."  He would give me the wiring

18   information needed to do so, and, of course, I'm going

19   to help him.  I just did it.

20        Q    Okay.  And so these checks that are written on

21   the CBT account could be an example of when you were

22   asked to pay out people on behalf of Mr. Chavez.  Is

23   that a fair statement?

24        A    Well, I see his signature, so he would have had

25   to -- since we had the joint account -- forgive me if

1    I'm misquoting this:  But since we both had the account,

2    obviously, he had signing privileges.  It appears he

3    wrote a check to this person.

4         Q    Some of these are your signature?

5         A    Me?

6         Q    One of them is your signature.

7         A    The Frank Comiskey?

8         Q    Yes.

9         A    Yeah.  Would you like me to comment on that?

10        Q    Let me take a couple steps back here.  But

11   essentially yes.  Would he ask you to wire people from

12   this account, this Lone Star account?

13        A    Again, unless I look at the actual records -- I

14   know it has happened with this current account -- excuse

15   me -- with the Spirit of Texas account.  He's asked me

16   to do that.  I can't -- unless I look at the records, I

17   can't verify if it happened in the Lone Star time frame.

18        Q    Okay.  Fair enough.  You said it was his money.

19   Is it your understanding that the money that he put in

20   from those checks that went into the Cadence Bank

21   account that then went into the Lone Star account was

22   Mr. Chavez's money, or is it your understanding that it

23   was investor money?

24        A    Frankly, I never cared to ask deeper questions

25   than what you're proposing, and I may have in -- may be

1    misreferencing because you could be pointing to "yeah,

2    it could be member money".  Again, I -- I can't verify

3    it.  I'm sorry.

4         Q    That's okay.  Thank you.

5         Can you now speak to the check that you wrote to

6    Frank Comiskey?

7         A    Yeah.  Frank Comiskey is an insurance agency of

8    which we required to have insurance for the labor that

9    was being performed on the Tomball property.  So there

10   had to be a rider in the event of a slip and fall, that

11   type of thing.

12        Q    Thank you.  That's helpful.

13        Did you ever ask Mr. Chavez about why he was

14   writing checks to individuals on the CBT account?

15        A    I never did, no.

16        Q    Okay.  I don't want you to speculate too much.

17   But I don't want you to look at the amounts that he's

18   writing with these checks on Exhibit 51.  Are these

19   amounts the amounts that Mr. Chavez in the CryptoFX

20   business would pay out in returns?

21        A    Sorry.  I could not verify that either way.

22        Q    Okay.  That's fine.  Do you know why Mr. Chavez

23   never memorializes any of these payments?  And when I

24   say "memorializes", he doesn't appear to put a lot of

25   detail in the memo line, if any.

120

1    A    Yeah, and I've never asked him why. You know,

2    again, what you and I consider normal business-keeping

3    practices, clearly, that should not be applied to all.

4    Q    Okay.

5    A    Just to remind you, back in the CityCentre-era

6    days, I mean, what I saw, you know, his -- his office

7    guy really, the guy that kind of held it together, in my

8    opinion, was Eduardo Taffinder.

9    Q    Okay.

10   A    I mean, I know that that's what he excelled at.

11        MS. HARRIS: Okay. Tawnya, let me ask you

12   to put up Exhibit 52, please.

13            (SEC Exhibit No. 52 was marked

14             for identification.)

15   Q    Gio, take your time with this. But I'm just

16   going to signal to you, this is a closing document to

17   close the account that we were looking over previously,

18   the CBT account at Lone Star Bank. And I will note that

19   this account was open from May 5th, 2021, to May 28th,

20   2021, so it was only open a couple of weeks.

21   A    Yes. Well, less than a month, yeah -- I'm sorry.

22   Your question to me now?

23   Q    I want to you to take your time with the document

24   and just let me know whenever you're done.

25   A    I've read it.

1        Q    Well, you have the WhatsApp in front of you.

2        A    Yeah.  I'm trying to read through it as I talk to

3   you.  I see audio -- "image omitted", "Thank you, bro."

4   So he's thanking me for bringing up the idea, but I

5   never got a definitive answer of, "Yeah, let's pursue

6   this," or "No, that's a bad idea."  Nothing that's clear

7   to me here.

8        Q    Okay.  So you thought you should get licensure.

9   You were talking to attorneys about getting licensure.

10       A    I thought we should entertain that avenue.

11       Q    Okay.  You say "if we can get over this hurdle".

12   What is the hurdle that you're referring to?

13       A    Well, the hurdle, that was my impression.  It

14   wasn't -- you know, again, I could have been off base,

15   Jill.  But in my mind, you know, I -- forgive me for

16   being critical, but I kind of look at worst-case

17   scenarios before I look at positive things.  That's just

18   the way I'm wired.

19       Again, we're in unchartered territory in this

20   digital business, and no regulations are out there

21   really.  How do we -- how do we deal with this business

22   scenario?  So I'm -- I'm entertaining every angle I can

23   to see where we can hang our hat on here, what is an

24   available route to take.

25       Q    Okay.  Did you think it was possible that because

1    of some of the activities that were going on with the

2    trading and the classes that CryptoFX might have needed

3    a license?

4         A    Not because of that.  But, you know, again, I

5    questioned -- you know, this is me talking in my head:

6    I questioned whether this academy could be something

7    more.

8         Q    Okay.

9         A    You know, that's really what that's about.  It

10   wasn't me telling Mauricio, "Hey, you need to do this

11   scenario," right.

12        Q    Okay.  Let's go to page 5 of the PDF.  At the

13   very top on September 15th, 2021, you state, "Just my

14   two cents, but shouldn't you try to incentivize people

15   towards the six-month package by offering a 15 percent

16   return on the six-month package and a 12 percent return

17   on the three-month package?"

18        Do you recognize that?

19        A    I do.

20        Q    So tell me what you're texting Mauricio here and

21   what this is.

22        A    Again, this is me probing different angles of

23   trying to, you know, help him with his business.  Again,

24   I don't know where he is in his head space.  Yes, I'm

25   involved as a member.  And so, you know, I simply looked

1    at what was happening and thinking, "well, okay,

2    we'll -- if you're -- you're looking to get more people

3    involved for longer commitment, why not reward those

4    that want to go longer commitment?"  And again, Jill, my

5    two cents.  This is me thinking.

6        Q    Okay.  So I mean, if you're trying to reward

7    those for a longer commitment, aren't you guaranteeing

8    the 15 percent?

9        A    Not necessarily.  Again, this is me and my

10   opinion of a subject matter that I have no knowledge

11   about how it's done.

12       Q    Okay.

13       A    Because, again, he -- he's offering a variable

14   rate at whatever percentage it is.  So if the market

15   does well, apparently, you get paid the top percent.  If

16   it doesn't do well, well, it's going to be something

17   less.

18       Q    Have you ever heard of anyone not getting paid

19   the top percent?

20       A    I don't really talk to anyone in the member base

21   to know that answer.  But I -- I've yet to hear a

22   complaint.

23       Q    And that would be the reward, right, for the

24   longer package, getting the top percent of the variable

25   rate the, 15 percent?

164

1    A    Well, I would consider that, sure.  It's better

2  than what the bank is offering.  You can strike the

3  commentary, if you want.

4    Q    Let's go to page 123 of the PDF.  So I'm going to

5  go to the very bottom with Mauricio starting off at 2:12

6  saying, "Have him do it, brother."  And you respond,

7  "CXF lease," I assume you mean "CFX lease", "will be

8  fixed at 40K per month.  CBT to assume all costs related

9  to maintenance and utilities for the term of four years.

10  Lease period begins once renovations are complete by

11  November 30th.  First and last month's due on December

12  1st, 2021."

13    Mauricio responds "40K?"  Mauricio then says,

14  "That's high, brother."  You say, "That's just to make

15  sure we keep CBT funded, brother, and to make it look

16  realistic as CBT is assuming triple net costs involving

17  utilities and maintenance."  Then you say, "It should be

18  at least 30K to make it look believable."

19    I want to ask because we've gone over the lease

20  terms prior to this.  Who were you trying to make it

21  look believable to?

22    A    Let me start off by saying that CBT never

23  received a cent.  If it does, I don't know where it's

24  being deposited.  As far as this lease is concerned,

25  again, based on some recommendations from folks who say,

165

1    "Hey, you really should be, like, separate entities," I

2    pursued this avenue.  And as far as me saying this, you

3    know, "make it look realistic", well, if you haven't

4    guessed, I'm a little bit sarcastic.  So in reference to

5    that, I can't tell you definitely, but Mr. Chavez is an

6    entity to deal with sometimes.

7         Q    Okay.

8         A    And again, as you can see, we were playing with,

9    you know, again, the figure.  You know, where do we come

10   with 40; where do we come with 30?

11        Q    Well, you previously testified that 30 was

12   because you were renting furniture and --

13        A    Right.

14        Q    Gio.

15        A    Sorry.

16        Q    Let me finish.

17        You previously testified you came up with 30

18   because you were renting furniture, cable, RingCentral

19   service, utilities.  That's where you came up with the

20   30 number; is that incorrect?

21        A    No, no.  And, of course, he corrected me by that

22   because I simply threw a figure out there, not

23   realizing, all right, where's this number really coming

24   from?

25        Q    Am I correct to say that the 30 number is based

1    on the previous factors that you testified to earlier

2    today?

3         A    Yes.

4         Q    When you say "makes it look realistic" and you

5    say "makes it look believable", why are you saying those

6    things?

7         A    Because sometimes Mr. Chavez needs a sarcastic

8    kick in the butt.  That's how I treat him to get him to

9    move or make a decision or realize, hey, maybe I'm right

10   here.

11        Q    Okay.  You also testified that CBT never received

12   a cent.  However, as we went through the bank records

13   earlier today, we've established and you've testified

14   that Mr. Chavez's entities, whether they be Maurizzio

15   Group or whether they be CryptoFX, have deposited

16   hundreds of thousands, if not millions, of dollars into

17   CBT accounts; is that correct?

18        A    Again, I'd have to look specifically at records

19   that show me this.  Did we cover this?  And if so, I'll

20   agree to it.  Otherwise, again, my experience, if you're

21   asking me by memory, it would have been individual

22   checks that were given to me to deposit.  Like, him

23   directly transferring -- wiring money, I don't recall

24   seeing those types of transactions, other than getting a

25   cashier's check from one bank and moving it to another.

1    Q     We did cover this when we covered the Cadence

2  Bank earlier today.

3    A     Yeah.

4    Q     We covered the fact that Mr. Chavez's account

5  directly deposited and transferred moneys into the

6  Cadence Bank account for CBT.  Should we go over that

7  record?

8    A     No.  I mean, we were -- we were both on the

9  account.  So, you know, again, he -- and he would do

10  activities without my knowledge, either deposit or

11  withdrawal or transactions, like we spoke of, because he

12  was signatory on the account.  So, okay, if we -- if we

13  agree to that, yeah, okay, great.

14    Q     You just testified that CBT never received a

15  cent.  But it is true that Chavez's entities have been

16  paying into CBT's accounts; is that correct?

17    A     Clearly, you're correcting me, and I'll accept

18  that, yes.

19    Q     So is it -- are you saying that CFX --

20    A     No -- I'm sorry.

21    Q     -- had not paid rent?

22    A     Well, again, according to the contract drawn up

23  related to contract payments, I didn't see those types

24  of deposits related to the lease being transferred or

25  deposited.  There -- clearly, there are other deposits,

1    but that would have been -- yeah, that would have been

2    pre -- would have been pre-Blalock.

3         Q    Okay.  When did the Black sublease go into

4    affect?  It was September of 2021; am I correct?

5         A    The lease begins on September -- yes -- 2021.

6    And when I say "no payments received", I mean, payments

7    specifically related to lease, meaning a notation saying

8    "rent" or something to that effect.

9         Q    But your testimony that CBT has never received a

10   cent from CryptoFX isn't entirely correct; is that

11   right?

12        A    I'd have to agree.  If it came up in the other

13   statements with Cadence, then I'd have to agree.

14        Q    Not only with Cadence but on looking at deposits

15   from Mr. Chavez and Mr. Chavez's entities here in

16   November of 2021 after the Blalock lease into the CBT

17   account at Spirit of Texas?

18        A    Okay.

19        Q    We went through these on the record.  Do you

20   agree that that -- those deposits occurred?

21        A    If those deposits are on those transactions, then

22   I agree.

23        Q    Okay.  So just so we're clear, because I think

24   you're referring to the fact that there were specific

25   notations of lease payments.  But certainly, CBT has

1    been paid by CFX and by moneys that are probably CFX

2    investor moneys.  Do you agree with that?

3        A    Knowing the knowledge I know now, the possibility

4    does exist.  Now, with your reference to him

5    transferring moneys to CBT and you're calling that

6    "rent", well, again, call me a silo guy but I would

7    expect to see a monthly cadence of an agreed contract,

8    which.  I didn't so that's where my reference of "no"

9    comes from.

10       Q    Okay.  So you would expect to see a monthly

11   deposit of a certain amount of rent every single month.

12   Okay.  And that's where your reference was before.  All

13   right.

14       A    Yeah.  That's what I meant by it.

15       Q    Okay.  Got it.

16       Have you asked Mr. Chavez to pay rent?

17       A    I kept asking him, "Hey, are you just going to

18   bypass this lease?"  He'd never respond to it.  And

19   again, I'm -- how do I probe --

20       Q    Go ahead.

21       A    Again, how do I probe someone that has 85 percent

22   share of the company?  And, you know, my focus is on CBT

23   Group real estate development, and I'm trying to help

24   this guy out as best I can.

25       Q    So CBT Group holds the lease.  CFX Group is

1    paying the sublease.  So if he owns 85 percent of CBT

2    Group, he's really paying rent to himself, right?

3        A    Pretty much.

4        Q    Yeah.

5        A    I wouldn't refute that.  I mean, if this was an

6    attempt to separate the companies in the event in

7    future, you know, it came that -- I don't know -- for

8    whatever reason, I felt that we needed to separate, my

9    attorneys at Rapp & Krock agreed.

10       Q    Did you anticipate separating from Mr. Chavez?

11       A    Just in -- in entity -- what do you mean,

12   separate fully?

13       Q    Well, I mean, you said that you said "in the

14   future, we need to separate".  I'm asking did you

15   anticipate needing to separate?

16       A    No.  I mean, I didn't -- I didn't want the CBT

17   Group associated with -- you know, synonymously with his

18   other businesses.  I mean, it's a real estate

19   development entity.  It's not a digital asset company.

20       Q    So if Mr. Chavez characterized CBT Group as the

21   real estate arm of CFX, that would be incorrect?

22       A    I guess he would not be incorrect.

23       Q    Okay.

24       A    I mean, it's another business venture that he's

25   involved in, but I'm not involved in his.

1    Q    Got it.

2    A    So this is my position.

3    Q    But CBT Group doesn't do anything with digital

4  assets.  So calling it "the real estate arm of CFX", is

5  that a characterization that you're comfortable with?

6    A    Again, maybe he can characterize this because he

7  has interests in both companies.  I have interest in one

8  company.  So I can't say the same because CFX is, you

9  know, the digital asset arm of CBT?  No.

10   Q    Okay.

11   A    However, the question -- what you just said, I'll

12  agree to that, sure.  Would I actually verbalize it?

13  No.

14   Q    I'm not sure you answered my question.  I asked

15  if you were comfortable with that characterization.

16   A    If you characterized it that way, yes.  Would I

17  describe it?  No.

18   Q    So you're not comfortable with that

19  characterization?

20   A    I didn't say I wasn't comfort with it, Jillian.

21  I said I would say CBT Group is a real estate entity,

22  rather.  It does not have an arm to digital assets.

23  Now, however, Mauricio is clearly 85 percent owner of

24  CBT Group, and he has every right to say that CBT Group

25  is the real estate arm of CFX.  I mean, I'm just trying

1    to make the distinction that it's not interchangeable,

2    that's all.

3              MR. BURFORD:  Can we take a five-minute

4    break?

5              MS. HARRIS:  I understand it's not

6    interchangeable.

7              We can take a five-minute break.  Let's go

8    back on the record at 4:45.

9              We're off the record.

10             (Whereupon, a brief recess was taken.)

11             MS. HARRIS:  We are back on the record at

12   4:51 p.m. Central Time.

13        Q    I'm going to stick with Exhibit 55.  Let's go to

14   page 110 of this exhibit.  October 5th of 2021 at 5:03,

15   you state, "Please have Norma gather a number of checks

16   so that I can make a run to Spirit of Texas Bank and

17   deposit a large sum of money into that account."

18        Do you see that?

19        A    I do.

20        Q    So explain what's going on here.

21        A    Norma would be one of the admin folks, and they

22   gathered a number of checks.  He'd informed me that

23   there were some checks sitting for me there and that he

24   couldn't -- he couldn't be available so he had directed

25   to Norm to take care of it.

1    questions.  But honestly, I think I want to wrap this

2    up.

3            And then, Robert, if you want to ask any

4    clarifying questions of your client, that'll be the time

5    in which you do so.

6            Gio, if you have anything else that you want

7    to clarify and put on the record, that would be the time

8    to do so.

9            So with that, let's go off the record and

10   come back at the 5:40 mark.  We are off the record.

11           (Whereupon, a brief recess was taken.)

12           MS. HARRIS:  We're back on the record at

13   5:42 p.m.

14       Q    Okay, Gio.

15       A    Yes.

16       Q    I'm at the bottom part of the page, November

17   18th, 2021, at 11:34.  You say, "I have a friend by the

18   name of Tanya that is opening up a $100,000 contract

19   today.  I gave he directly to Eddie."  Then you say,

20   "Get her to make that check out to CBT Group," wink

21   face.

22       A    Yes.

23       Q    And then Mr. Chavez says, "Yes, bro," and you say

24   "excellent".  Is this an example of you directing CFX

25   investors to make their contract money out to CBT Group?

1      A    In the time frame at this point, I kind of

2  surmised what may have been going on and sarcastically

3  made that comment to him, hoping that it would happen.

4      Q    Okay.  So this is an example of you asking

5  Mr. Chavez to direct $100,000 of CFX investor money to

6  CBT Group?

7      A    Yes.  It was an attempt to try to get him to get

8  funding to me.  So it was a jab -- sorry -- a sarcastic

9  remark saying, "Mauricio, I need funding."  So it was

10  just an opportunity.

11      Q    Okay.  So Mauricio then says, "Yes, bro."  So

12  there were times, and this is one example, in which CFX

13  investor money was directly -- strike that.

14      There were times in which CFX investor money was

15  directed to CBT Group?

16      A    My response to that would be in reference to this

17  particular comment, it was more of a sarcastic remark to

18  get him to get me funding.  I simply said, "Wow, Tanya's

19  a friend of mine.  She's going to put $100,000 towards

20  your company."  Kind of in a backdoor way saying, "I

21  could use that money," I made that comment.  Again, we'd

22  have to go back to the records to the verify if he

23  actually did that.  I'm sorry.

24      Q    I'm not asking what actually happened.  I'm

25  asking what you meant.  But --

192

```
1        A    Yeah, I -- forgive me.  It was more of an

2   opportunity in a sarcastic way of saying "I could really

3   use that funding".

4        Q    Okay.  What's Tanya's name?  Excuse me what's

5   Tanya's last name?

6        A    Yeah, I can't think of it at the moment.  I'm

7   sorry.

8        Q    Is it Tanya Lee?

9        A    Yes, Tanya Lee.

10       Q    Do you have her phone number?

11       A    I should.

12       Q    Would you mind providing that to us, either off

13  the record or on the record?

14            THE WITNESS:  Robert?

15            MR. BURFORD:  Why don't you do this:  Why

16  don't you make sure Mrs. Lee doesn't mind her phone

17  number being given out, and if it's not a problem, I'll

18  supplement to Ms. Harris.

19            MS. HARRIS:  Absolutely.  That's fine.

20            THE WITNESS:  So she could follow up with

21  Tanya herself?

22            MR. BURFORD:  Whatever she would like.

23            THE WITNESS:  Yeah.  Sure, sure.

24            MR. BURFORD:  Just make sure of it, that

25  it's okay.
```

APP00883

Page 200

1                    PROOFREADER'S CERTIFICATE

2

3    In the Matter of:    CRYPTO FX LLC

4    Witness:             Giorgio Benvenuto

5    File Number:         FW-04464-A

6    Date:                Thursday, May 12, 2022

7    Location:            Fort Worth, Texas

8

9            This is to certify that I, Christine Boyce,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true and accurate transcription

12   of all matters contained on the recorded proceedings of the

13   investigative testimony.

14

15

16   *Christine E. Boyce*          _____

17   (Proofreader's Name)          5-19-2022

18

19

20

21

22

23

24

25

APP0089

1

2                    CERTIFICATION

3

4

5

6            I, NICOLE WEXLER, a Notary Public

7    in and for the State of New York, do hereby

8    certify:

9            THAT the witness(es) whose

10   testimony is herein before set forth, was duly

11   sworn by me; and

12           THAT the within transcript is a

13   true and accurate record of the testimony

14   given by said witness(es).

15           I further certify that I am not

16   related either by blood or marriage, to any of

17   the parties to this action; and

18           THAT I am in no way interested in

19   the outcome of this matter.

20           IN WITNESS WHEREOF, I have hereunto

21   set my hand this 12th day of May 2022.

22

23

24   _____ *Nicole Wexler* _____

25               NICOLE WEXLER

# Harris Declaration Exhibit D

EXHIBIT I



# business presentation

Cryptocurrency
June 17, 2020



**TAKING PHOTOS OR VIDEOS IS NOT ALLOWED**
. PLEASE KEEP YOUR PHONE IN VIBRATION MODE



CFX_020398
FOIA Confidential Treatment Requested

thereum (ETH)  238.12  Bitcoin Cash (BCH)  239.31  Bitcoin SV (BSV)  180.90  Bitcoin (BTC)  9,401.59  Ethereum (ETH)  238.12  Bitcoin Cash (BCH)  23





CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

# let's talk about bitcoin

* CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financ advis

**Bitcoin is the most important cryptocurrency.**

It is a decentralized digital currency without a central bank or a sole administrator that can be sent from one user to another through the Bitcoin network (peer-to-peer) without the need for intermediaries.

Transactions are verified by the network through cryptography and recorded in a **distributed public book called Blockchain.**

Bitcoin was invented by an unknown person or a group of people named Satoshi Nakamoto and launched as open-source software in 2009. **Bitcoins are created as a reward by a process called mining.**



CFX_020400
FOIA Confidential Treatment Requested

 

CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0094

# total volume of the global market for blockchain technology in billions.



(From 2017 to 2027, in US dollars. Source: statista.com)

CFX_020401
FOIA Confidential Treatment Requested

Page: 4
Classification: Confidential
Business Presentation

CRYPTOFX, LLC
cryptofxlearningacademy.com

CRYPTOFX

APP0095

# what is
# blockchain?

* CRYPTOFX LLC is exclusively an informational and educational academy not
trading or investment platform. For specific investment advice, consult with your financ
advisor



Bitcoin works with its digital encryption
system called **BLOCKCHAIN.**

It is a public accounting book where you
can see all the transactions in real-time
while maintaining the user's privacy at the
same time.

CFX_020402
FOIA Confidential Treatment Requested



CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

# where can you
# buy or sell BTC?

CRYPTOFX LLC is exclusively an informational and educational academy, not a trading or investment platform. For specific investment advice, consult with your financial advisor







BITTREX

BINANCE

BLOCKCHAIN



CFX_020403
FOIA Confidential Treatment Requested



Page: 6
Classification: Confidential
Business Presentation

CRYPTOFX, LLC
cryptofxlearningacademy.com



# 7 ways you can win with CRYPTOFX, LLC!

* CRYPTOFX LLC is exclusively an informational and educational academy, not a trading or investment platform. For specific investment advice, consult with your financial advisor.



01 **Referral** Bonus (2 levels)

02 **Passive Reward** Bonus

03 **ELITE** Bonus (advance range)

04 Win with **FOREX** signals

05 Win with **CRYPTOFX IA** (automatic FX)

06 **RESIDUAL INCOME**

07 **Crypto Portfolio** (100K Club)

Page: 7
Classification: Confidential
Business Presentation



CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0098

# choose your class!

* CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financ advise

## THE APPRENTICE
Class



## THE INTERMEDIATE
Class



## THE PROFICIENT
Class



| THE APPRENTICE | THE INTERMEDIATE | THE PROFICIENT |
|---|---|---|
| You are NEW in Crypto | You have 1-2 years of experience | You have +3 years of experience |
| **12 classroom or online classes** | **12 classroom or online classes** | **12 classroom or online classes** |
| 3 months - 60 classes | 3 months - 60 classes | 3 months - 60 classes |
| 07:00 PM - 08:00 PM CST | 07:00 PM - 08:00 PM CST | 07:00 PM - 08:00 PM CST |
| **Cost: $499.99** | **Cost: $999.99** | **Cost: $1,499.99** |

CFX_020405
FOIA Confidential Treatment Requested



CRYPTOFX, LLC
cryptofxlearningacademy.com   **CRYPTOFX**

APP0099

# affiliate
# plan

CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financ advise







CFX_020406
FOIA Confidential Treatment Requested

APP0100

# table of
# potential Earnings

CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financ advisor

| PACKAGE | MONTH TO MONTH PROFITS | PROFITS EVERY 3 MONTHS | PROFITS EVERY 6 MONTHS |
|---|---|---|---|
| 1,000 | 120 | 450 | 900 |
| 2,000 | 240 | 900 | 1800 |
| 3,000 | 360 | 1350 | 2,700 |
| 4,000 | 480 | 1800 | 3,600 |
| 5,000 | 600 | 2250 | 4,500 |
| 1,0000 | 1,200 | 4,500 | 9,000 |
| 1,5000 | 1,800 | 6,750 | 13,500 |
| 20,000 | 2,400 | 9,000 | 18,000 |
| 25,000 | 3,000 | 11,250 | 22,500 |

CFX_020407
FOIA Confidential Treatment Requested



CRYPTOFX, LLC
cryptofxlearningacademy.com   **CRYPTOFX**

# advance
# ranges

CRYPTOFX LLC s exclusively an informational and educational academy, not trading or investment platform. For special investment advice consult with your financ advis

### ELITE 10
CATEGORY

**GET 10,000 PTS**
IN YOUR ORGANIZATION



$250

### ELITE 25
CATEGORY

**GET 25,000 PTS**
IN YOUR ORGANIZATION



$500



### ELITE 50
CATEGORY

**GET 50,000 PTS**
IN YOUR ORGANIZATION



$1,000

CFX_020408
FOIA Confidential Treatment Requested

Page: 11
Classification: Confidential
Business Presentation

CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0102

# affiliate
# plan

CFX_020409
FOIA Confidential Treatment Requested

Página: 12
**Clasificación:** Confidencial
Presentación de Negocios



CRYPTOFX, LLC
cryptofxlearningacademy.com





CFX_020410
FOIA Confidential Treatment Requested

Página: 15
**Clasificación:** Confidencial
Presentación de Negocios

CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0104



CFX-020411
FOIA Confidential Treatment Requested