# Harris Declaration Exhibit I

APP0159

NAME: ███████████

ADDRESS: ███████████

START DATE: 06 / 06 / 2022   DUE DATE: 12 / 06 / 2022.

PHONE: ███████████

E-MAIL: ███████████

DIRECT SPONSOR 7%: ███████████

INDIRECT SPONSOR 3%: ███████████

**X CFX**

No. 031303

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** **10K+**

$ _____   $ 5,000 . _18%_   $ _____

MONTHLY ☐   3 MONTHS ☐   6 MONTHS ☑   CONTRACT RENEWAL ☐

MONTH 1 _____ _____ _____ _____
MONTH 2 _____ _____ _____ _____
MONTH 3 _____ _____ _____ _____
MONTH 4 _____ _____ _____ _____
MONTH 5 _____ _____ _____ _____
MONTH 6 _____ _____ _____ _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I, ███████████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF __$5,000__

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL  ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY  FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I, ███████████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT.  A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

███████████   _Ismael S._   _Ismael S._

STUDENT'S SIGNATURE   CRYPTOFX,LLC REPRESENTATIVE   CRYPTOFX,LLC RECEIVER

DATE: _06-06-22_   DATE: _06-06-22_   DATE: _06-06-22_

600 Town and Country Blvd, Suite 300, Houston, TX 77024   Tels: 832-888-6924 / 832-997-1240 / 832-404-1291   www.cryptofxlq.com

CFX 

# Harris Declaration Exhibit J

APP0161

EXHIBIT J

# CFX LIFESTYLE

FECHA DE REGISTRO: 06/03/22

ID # _____   LINK : ✓

NOMBRE: ████████████████████

DIRECCION: ████████████████████

TEL: ██████████████

E-MAIL: ████████████████   PASSWORD: _____

FORMA DE PAGO :   BTC    ETHEREUM    (EFECTIVO)    CASHIERS CHECK

PLAN:   3 MESES    (6 MESES)    12 MESES

CANTIDAD DE PAQUETE $ _5.000_____

USO DE OFICINA CHICAGO

PAID

JUN 03 2022

Chicago - Oficina

1- AUSPICIADOR: ████████████████   % __7__ $ _____

       TEL: _____

2- AUSPICIADOR: ████████████████   % __3__ $ _____

       TEL: _____

ENTREGADO POR: _____    FECHA: _____

RECIBIDO POR:   OFICINA CHICAGO 6859 W ADDISON ST CHICAGO IL 60634    FECHA: _____

APP0162

APP0147

# Harris Declaration Exhibit K

APP0163



# C F X
## ACADEMY LLC

**CRYPTO**





**2022**



**Bitcoin**
*accepted here*

CFX

# Harris Declaration Exhibit L

# EXHIBIT I

File Name: CFX Academy Conferencia En Houston Tx

[Ismael Sánchez], [Mauricio Chávez], [Unidentified speaker 1], [Juan Pua], [Julio], [Adriana Ramírez], [Roba López], [Rebecca Rodríguez], [María Chávez], [Rossio], [Antonio], [Ignacio Fuentes], [Gabriel Arroyez], [unidentified speaker 2], [unidentified speaker 3], [unidentified speaker 4], [Gabriel Ochoa], [Dulce Ochoa], [Norma], [Katia Vega]

| Person Speaking | Timestamp | Language (Source Audio) | Target Language (Translation) |
|---|---|---|---|
| [Dulce Ochoa] | [00:01:18] | Y sin miedo al éxito les presento al señor Ismael Sánchez. Directamente desde Chicago para Houston, y para impactar en todas las naciones. Así que un fortísimo aplauso para él, por favor. | And without any fear of success, I present to you Mr. Ismael Sanchez. Straight from Chicago to Houston, and to reach all nations. So please, give him a round of applause. |
| [Ignacio Fuentes] | [00:01:26] | Un fuerte aplauso para Ismael. Fuerte aplauso señores. | A round of applause for Ismael. A round of applause gentlemen. |
| [Dulce Ochoa] | [00:01:35] | Así que muy agradecidos con él de arriba. | Very thankful to God above. |
| [Ismael Sánchez] | [00:01:45] | Gracias Ignacio, gracias Dulce. Buenas tardes, ¿cómo están Houston? A ver vamos. Escucharon a la gente de aquí, local de Houston… porque vamos a ver quien gana. Houston o Chicago? Vamos primero con Houston. Lideres de Chicago, Norte Carolina. A ver. ¿Dónde están? Wow. Chicago. Chicago, no… prácticamente, Chicago es una… para los que no conocen, Chicago es una ciudad muy pequeña. Comparado con Houston, ¿no? No me dejaran terminar. Bueno, buenas tardes a todos. Mi nombre es Ismael Sánchez. Muchos ya me conocen. Algunos no me han conocido. Y este mes que entra, estamos | Thank you Nacho, thank you Dulce. Good afternoon, how are you Houston? Let's see, let's go. You heard the people here, the Houston locals… because we are going to see who is ahead. Houston or Chicago? Let's go with Houston first. Chicago leaders, North Carolina. Let's see. Where are you? Wow. Chicago. Chicago, no… practically, Chicago is a… for those of you who don't know, Chicago is a very small city. Compared to Houston, right? You didn't let me finish. Well, good afternoon, everybody. My name is Ismael Sanchez. Many of you already know me.  Some have never met me. And this month we are |

1

de celebraciones, de mantener los largos… cumple 2 anos que empezamos esto equipo. Y hoy en día tenemos gente en más de 5 países, y todo lo que es aquí, Estados Unidos, todos los estados. Y también somos más de 15000 personas en el equipo. Todo gracias a ustedes, lideres. Por el compromiso que han puesto con nosotros. Y llevar toda esta carga en los hombros no es fácil. Es un poco difícil. Pero todo se puede. Creo que todos venimos a este país por un sueño, ¿no? No tener sueno, un sueño. No se confundan. Porque muchos dicen que tienen un sueño y se quedan dormidos. Bueno. Esta noche, [ininteligible] bien tarde. Y también este… me gustaría hoy, que estamos aquí, presentarles a la persona que hizo posible también que todos ustedes tengan esas ganancias que han tenido, esos bonus que han tenido. Porque somos uno equipo. Y a lo mejor yo sin él no he podido ser nada. Y sin mí tampoco habría sido todo esto. Pero toda la visión que tenemos o hype de esto equipo, es hacer por la primera vez la diferencia en los latinos. Es algo que yo siempre les he pedido. Latinos únanos por la primera vez. ¿Porqué? Porque todo el tiempo estamos muy desunidos. A veces, un líder llega más arriba y se cree más que otro, y el otro que

celebrating, we are celebrating, keeping the long... it's been 2 years since we started this team. And currently we have people in more than 5 countries, and it's all here, the United States, all the states. And we are also more than 15000 people in the team. All thanks to you, leaders. For the commitment that you have made with us. And carrying all this load on your shoulders isn't easy. It's a little difficult. But anything can be done. I think we all came to this country because of a dream, right? Not to be dreaming, but for a dream. Don't get confused. Because many people say they have a dream and they sleep on it. Well. Tonight, [unintelligible] very late. And also, this... I would like today, as we are here, to introduce you to the person who made it possible for all of you to have these earnings that you have had, these bonuses that you have had. Because we are a team. And maybe without him I would have been nothing. And without me all of this wouldn't have been possible either. But the whole vision that we have or hype of this team, is to be the first to make a difference in the Latin community. It's something I've always wanted. Latin people come together for the first time. Why? Because we are always very divided.

otro...que color tienen los ojos de aquella persona. Todas esas cosas. Aquí no hay nada de eso. Somos uno para todos. Eso es lo que yo siempre les he pedido. ¿Porqué? Porque queremos dejar una historia en los latinos por primera vez. Y se está pasando. En 2 años que tenemos como equipo, ya se han creado más de 3-5 millonarios en 2 años. ¿Quién de ustedes quisiera ganar su primero millón? Imagínense. Más de 100 personas han ganado sus primeros 100000 dólares. Más de 50 personas se han dejado sus trabajos. Todo eso [ininteligible]. ¿Y quién de ustedes se identifica y quisiera estar ahí? No es fácil, pero no es imposible. Y esta noche van a conocer dos lideres. Y bueno, sin más, me gustaría que conocieran a una de las personas que ha hecho historia en los latinos. En 5 años ha hecho historia en lo que es aquí los Estados Unidos. Y muchos de ustedes son parte de esa historia, de ese cambio en la vida, pues... muchas cosas que a de lo mejor no podrían a ser si no había sido por esta compañía. Así es que, me gustaría que pusieran de pie para recibir el CEO, señor Mauricio Chávez. Fuerte, fuerte aplauso. Bueno, y para los que no lo conocen, CEO de CFX y una persona que admiro mucho a parte y ya ser familia... es como mí hermano.

Sometimes, a leader gets higher and thinks he is better than someone else, and someone else than someone else...what color are the eyes of that person. All those things. There is none of that here. We are one for all. That is what I have always asked for. Why? Because we want to make history with the Latin community for the first time. And it is happening. In 2 years that we have as a team, we have already created more than 3-5 millionaires in 2 years. Who among you would like to earn their first million? Imagine that. Over 100 people have earned their first $100,000. Over 50 people have left their jobs. All that [unintelligible]. And who of you identifies and would like to get there? It's not easy, but it's not impossible. And tonight you are going to meet two leaders. And well, without further ado, I would like you to meet one of the people who has made history in the Latino community. In 5 years he has made history in the United States. And many of you are part of that history, of that life change, well... many things that perhaps could not have been if it had not been for this company. So, I would like you to stand to receive the CEO, Mr. Mauricio Chavez. A round of applause. Well, and for those who don't know him, he is the

| | | | CEO of CFX and a person I admire very much, apart from being family... he is like my brother. |
|---|---|---|---|
| [Mauricio Chávez] | [00:06:11] | ¿Ustedes me escuchan? ¿Me escuchan? ¿Sí? Wow, [ininteligible] esta noche. Bueno, antes que nada, vamos a ver algo. ¿Quién viene acá de fuera de la ciudad? Levanten la mano. ¿Qué parte? ¿Chicago? Todos ahí por la de Chicago. Excelente, excelente. Un aplauso para los de Chicago, por favor. ¿Quién viene de New Jersey? A ver, un aplauso para ellos, por favor. Excelente, excelente. ¿Y quién viene del Texas? Pero, ¿quién es latino que le gustaría ser millonario? Que van a aprender a ser miliario esta noche? Excelente. Mira, para que tu puedas ser millonario tu tienes que estar listo, preparado para ser millonario. ¿Cierto? No solamente con la actitud, sino con las acciones también. CFX, cuando ustedes ven CFX... ¿Qué ves tú cuando ves CFX? Cuando ves la marca CFX, ¿qué ves? Libertad. ¿Qué más? Levanten la mano. ¿Qué más? ¿Qué ve usted señor? El signo dinero. ¿Usted señor? Excelente, excelente. ¿Qué ve, Marcy? Educación. Excelente. Quien conoce la marca como Google, como Amazon, ¿y todos esos? ¿Todos los conocemos, cierto? Bueno yo, mí visión, cuando las personas vean CFX, es que vean una marca. ¿Cierto? Es | Can you hear me? Can you hear me? Yes? Wow, [unintelligible] tonight. Well, first of all, let's see something. Who's here from out of town? Raise your hand. Which part? Chicago? Everybody over here for the Chicago part. Excellent. Let's hear it for Chicago, please. Who's coming from New Jersey? Let's hear a round of applause for them, please. Excellent. And who's from Texas? Who is a Latino who would like to become a millionaire? Who's going to learn how to be a millionaire tonight? Excellent. Look, for you to be a millionaire you have to be ready, prepared to be a millionaire. Right? Not only with the attitude, but with your actions as well. When you see CFX... What do you see when you see CFX? When you see the CFX brand, what do you see? Freedom. What else? Show of hands. What else? What do you see? The money sign. You, sir? Excellent, excellent. What do you see, Marcy? Education. Excellent. Who knows brands like Google, like Amazon, and all of those? We all know them, don't we? Well, my vision is that when people see CFX, they see a brand, right? They see a more established |

4

que vean una marca de nivel mundial más reconocida. Y en realidad, gracias a todo el trabajo que cada uno de ustedes han hecho, esta marca, CFX, literalmente ya dejo una estampa. ¿Cierto? [ininteligible] ya somos más de 20 personas a hacerse millonarios. Un aplauso para eso. Más de 5000 personas a ganar literalmente más de 500000 dólares. Un aplauso para eso. ¿Ok? Y hay muchísimos, muchísimos, literalmente a pagar todas sus deudas. ¿Ok? A comprar un auto nuevo. Una casa nueva. Y literalmente ser libres. Ser libres de trabajos. Hay personas que comenzaron con nosotros, que literalmente tenían 3 trabajos, hoy en día ya van 2 años disfrutando de esa libertad. ¿Sí? Esa libertad que se puede conseguir en realidad a través de la educación. ¿Correcto? Cuando nosotros fundamos CFX fue... literalmente comenzamos en 2017. ¿Ok? En 2017, me acuerdo yo, que hicimos el primer logotipo de CryptoFX. ¿Ok? Fue cuando se creó el primer logotipo de CryptoFX. Fue cuando... literalmente fue cuando agarré una oficina, una oficina que... muy pequeña. Que literalmente la única persona que estaba en esa oficina, ¿quién creen ustedes que era? ¿Ok? Yo mismo prácticamente. ¿Ok? ¿Pero tenía qué? Una visión y una

world-class brand. And actually, thanks to all the work that each one of you have done, the brand, CFX, literally already left a mark. Okay? [unintelligible] we already have more than 20 people becoming millionaires. Let's hear it for that. Over 5,000 people to literally make over $500,000. Let's hear it for that. Okay? And there are many, many, many, many, literally paying off all their debts. Okay? Buying a new car. A new house. And literally be free. To be free of jobs. There are people who started with us, who literally had 3 jobs, today they've been enjoying that freedom for 2 years now. Yeah? That freedom that can actually be achieved through education. Right? When we founded CFX it was... we literally started in 2017. Okay? In 2017, I remember, we made the first CryptoFX logo. Okay? That's when the first CryptoFX logo was created. That's when...literally that's when I got an office, an office that... that was very small. And literally the only person that was in that office, who do you think it was? Okay? Pretty much me. Okay? But what did I have? A vision and a mission, right? Okay? But I was very clear about what I wanted. What we wanted to achieve. I don't think as of 2017... which is now what...

misión. ¿Cierto? ¿Ok? Pero tenía muy claro lo que quería. Lo que queríamos lograr. Yo no creo que al 2017… que es ahora lo que… literalmente lo que fue un impacto grande en lo que es la industria de la criptoeconomía. ¿Que lo que son las monedas llegaran a eso punto qué? Más alto. ¿Cierto? Muchos se hicieron millonarios. ¿Correcto? Pero muchos perdieron literalmente todo. cierto? ¿Por falta de qué creen ustedes? De conocimiento. Entonces mi tarea desde entonces ha sido educar a la mayor cantidad posible de latinos en Estados Unidos comenzando, ¿y ahora onde vamos creen ustedes? Al nivel mundial. ¿Cierto? Antes [ininteligible] más de 20000 compañías en lo que es la industria de la criptoeconomía al nivel mundial. ¿Sí? Y no hay ninguna empresa que ha logrado a hacer las historias de éxito, y no solamente en lo que es la industria de la criptoeconomía, yo me atrevo que decir que es el mercado en red general, que lo hemos hecho nosotros en CFX. Así un aplauso para eso, por favor. Es increíble la cantidad de vidas que hemos impactado. ¿Pero saben lo que es lo bonito en todo esto? Alguien diga que es. Que estamos apenas comenzando. Estamos apenas comenzando. ¿Ok? ¿Cuándo Ismael dice que habría 5 países, dijo, pero cuál? Yo no

literally what had a big impact on what the crypto finance industry is. That the coins would get to that point and do what? Go higher. Right? Many became millionaires. Right? But many literally lost everything. Right? For lack of what do you think? Knowledge. So my task since then has been to educate as many Latinos as possible in the United States starting out, and now where do you think we're going? Worldwide, right? Before [unintelligible] more than 20,000 companies in what is the worldwide crypto-economy industry. And there is no other company that has managed to achieve such success, and not only in the crypto-economy industry, I dare say in the networking market in general, that we have done at CFX. So a round of applause for that, please. It's amazing how many lives we've touched. But you know what the beauty of it all is? Somebody say what it is. We're just getting started. We're just getting started. When Ismael said there would be 5 countries, he said, but which one? I don't know any. We are literally just barely in the United States. We're just getting started in the United States. And what has been achieved today is something incredible. That we never imagined, okay? That it was going to happen. But when

6

conozco ninguno. Literalmente apenas estamos en los Estados Unidos. Apenas estamos comenzando a los Estados Unidos. Y lo que se hay logrado hoy en día es algo increíble. Que jamás lo imaginamos. ¿Ok? Que iba ocurrir. Pero cuando tu tienes la que... la visión correcta. ¿Cierto? Todo se puede lograr. ¿O no es así? Yo me acuerdo que cuando hablé con señor Ismael hace 2 años atrás, fue justo al principio de la pandemia. Marzo de 2020. ¿Cierto, Ismael? Me acuerdo yo que estamos haciendo un Zoom... todo estaba cerrado. Se acuerdan que todo estaba cerrado? Un lugar que literalmente le dice es un coffee shop, que dice a mi amigo se me puedes a prestar para hacer una pequeña reunión con una sola persona dentro del coffee shop. Porque solo el drive-thru estaba abierto. ¿Cierto? Resulta que eso coffee shop el siguiente día, ¿cuántas personas crean que había? Había como 5 personas. Después del tercer día había 10 personas. Después como que 20 personas. Y así sucesivamente. Literalmente mi amigo se ha asustado porque pensaba que [ininteligible] el negocio. Pero, bueno, entonces me acuerdo que fue cuando el señor Ismael tuvimos un Zoom como que con 30 personas. ¿Cierto? Como con 30 personas. Y

you have the right... the right vision. Right? Anything can be achieved. Or is it? I remember when I talked to Mr. Ismael two years ago, it was right at the beginning of the pandemic. March 2020. Right, Ismael? I remember that we were doing a Zoom call... everything was closed. Do you remember that everything was closed? A place that literally is a coffee shop, I asked my friend if I could borrow the place to have a small meeting with just one person inside the coffee shop, because only the drive-thru was open, right? It turns out that that coffee shop the next day, how many people do you think there were there? There were like 5 people. After the third day there were 10 people. Then like 20 people. And so on and so forth. Literally my friend freaked out because he thought [unintelligible] the business. But, well, then I remember that was when we had a Zoom meeting with Mr. Ismael with like 30 people. Right? About 30 people. And so, they literally had been through a very difficult situation with what happened in the crypto-economy, but they wanted an opportunity. They were hungry for what? To learn, and they were hungry to? To grow. Hungry to help other people, right? And, most of all, hungry for

7

| | | | |
|---|---|---|---|
| | | pues, ellos, literalmente, habían pasado por una situación muy difícil con lo que se pasó en la criptoeconomía, pero querían una oportunidad. ¿Tenían hambre de qué? De aprender, y ¿tenían hambre de? Crecer. Hambre de ayudar otras personas. ¿Cierto? Y, sobre todo, ¿hambre de qué? Hambre de éxito. ¿Quién tiene hambre de éxito esta noche? Con esa actitud no se van a llegar a ningún lado. Dios. Ok. Cuando tu dices que tienes hambre éxito, tienes que decirlo. Declararlo. No solamente eso. Mostrar la mejor actitud posible en el mundo. ¿Cierto? Porque cuando nosotros decidimos hacernos millonarios, ¿qué creen ustedes que hicimos? ¿Quién quiere ser millonario aquí esta noche? Excelente. ¿Señora, cuanto se necesita al mes para ganar 1 millón de dólares? ¿Cuánto tienes que ganar al mensual para ganar 1 millón de dólares en 1 año? Usted aquí dice 100000. Ok. Perfecto. ¿Quién más? ¿Cuánto se necesita ganar al mes para ganar 1 millón de dólares en 1 año? ¿Cuánto se necesita ganar a la semana? ¿Cuánto se necesita ganar al día? ¿Cuánto se necesita ganar la hora? Entonces, si no saben ni siquiera cuando se necesita ganar al mes, cuanto se necesita a la semana, ni al día ni a hora, ¿cómo tú vas a | what? Hungry for success. Who's hungry for success tonight? That attitude will get you nowhere. God. Okay. When you say you're hungry for success, you have to say it. Declare it. Not just that. Show the best possible attitude in the world. Right? Because when we decided to become millionaires, what do you think we did? Who wants to be a millionaire here tonight? Excellent. Ma'am, how much does it take a month to make 1 million dollars? How much do you have to make a month to make 1 million dollars in 1 year? You say 100,000 here. Okay. Perfect. Who else? How much do you need to make a month to make 1 million dollars in 1 year? How much do you need to make a week? How much do you need to make a day? How much do you need to make an hour? So, if you don't even know how much you need to earn per month, how much you need per week, or per day or per hour, how are you going to be a millionaire? Right? If you ask a chef, what does he consider the best recipe? But he forgot the recipe, or he is not prepared with his recipe, how is he going to be the best chef? So, what I told them, for real, those who want to be real millionaires, break down very well what you need to earn to be a millionaire per month, |

ser millonario? ¿Cierto? Si ustedes le preguntan a un chef, ¿que considera la mejor receta? Pero se olvidó de la receta, o no está preparado con su receta, ¿cómo va a ser el mejor chef? Entonces, lo que les dijo, para la verdad, los que quieren ser millonarios de verdad, desglosen bien lo que necesita ganar para ser millonario al mes, a la semana, al día, por hora, y siempre declaran [ininteligible]. Todo el tiempo, paso a paso. ¿Me explico? ¿Ok? Eso, al que no lo crean, eso ha ayudado tantas personas a lograr lo que hemos logrado hoy en día. ¿Ok? Por una cuestión de tiempo no es un ejercicio con ustedes que normalmente hago. ¿Ok? Pero, literalmente es la manera como hemos ayudado tanta gente literalmente. Pero, bueno, para que vamos a hablar de eso más. Vamos hablar un poquito mas de CFX. Y CFX desde 5 años, hemos logrado literalmente o que nadie en el mundo había logrado en esa industria que es la criptoeconomía. Estamos tan orgullosos de tantos latinos que vinieran con hambre de éxito. Con hambre de aprender. Yo me acuerdo cuando [ ininteligible] por la primera vez. ¿Ok? En esa oficina tan pequeña. ¿Cierto? [ininteligible] que siempre tenga comida. ¿Siempre tenga pizza, cierto? Bueno, hoy en día esa oficina pequeña,

per week, per day, per hour, and they always state [unintelligible]. All the time, step by step. You know what I mean, right? Even if you don't believe it, this has helped so many people to achieve what we have achieved today. Okay? Because of the timing issue it's not an exercise that I normally do with you guys. Okay? But, it's literally the way we've helped so many people. But, well, let's talk about that some more. Let's talk a little bit more about CFX. CFX in the last 5 years, we have literally achieved what nobody in the world has achieved in the crypto-economy industry. We are so proud of so many Latinos who came in with a hunger to succeed. Hungry to learn. I remember when [unintelligible] for the first time. Okay? In that small office, right? [unintelligible] always have food. Always have pizza, right? Well, today that small office has literally made over 5 millionaires in the last year. Okay? So many people whose lives have literally changed. New Jersey is going strong too. Right? What else? North Carolina, right? And Texas, how is it? Not as strong yet. We're going to have to keep you guys stronger, right? Because there's more people [unintelligible]. So, look, we're so proud, okay?

9

| | | literalmente ha hecho más de 5 millonarios el año pasado. ¿Ok? Tantas personas que literalmente han cambiado la vida. New Jersey está fuerte también. ¿Cierto? ¿Qué más? ¿Norte Carolina, cierto? ¿Y Texas, como está? No tan fuerte todavía. Vamos a tener que mantener más fuerte a ustedes, ¿vale? Porque hay más gente [ininteligible]. Entonces, mira, la verdad es que estamos tan orgullosos. ¿Ok? Literalmente a veces nosotros a lado podemos tener a la mejor persona, o la peor persona. ¿Cierto? ¿Quién es una persona que roban tus sueños a veces? La familia. Los amigos. ¿Quién más? ¿Qué dijo? Las mujeres, dijo. Cierto que no mujeres. Eso no es así. No más. Porque gracias a Dios, nosotros hemos tenido alguna persona que nos ha apoyado siempre, hemos estado ahí… gracias, gracias. Hemos estado ahí… siempre necesitas alguien en que se estés apoyando. ¿Ok? Siempre necesitas alguien que te esté inspirando. Que te esté motivando. ¿Cierto? ¿O no es así? Y si no la tienes consíganla. [ininteligible] conseguimos esta noche. ¿Ok? Literalmente necesitas a alguien que te apoye. ¿Ok? Siempre necesitas a alguien que te apoye. ¿Ok? Entonces que estamos tan orgullosos por todo lo que hemos logrado. ¿Ok? Literalmente 5 años | Literally sometimes we can have the best person, or the worst person, right? Who's a person that steals your dreams sometimes? Family. Friends. Who else? What did he say? Women, he said. Right, not women. That's not so. Not anymore. Because thank God, we have had some people who have always supported us, we have been there… thank you, thank you, thank you. We've been here… you always need someone to lean on, okay? You always need someone who's inspiring you. Who's motivating you. Right? Am I right? Or am I right? And if you don't have someone get someone [unintelligible] we got tonight. Okay? You literally need someone to back you up. Okay? You always need someone to back you up. Okay? So we're so proud of everything we've accomplished. Okay? We literally have done something incredible in 5 years. That the crypto-economy industry has never seen before. Okay? And we're just getting started. That's the beauty of it, we're just getting started, okay? The vision this year is not to make 20 millionaires. The vision this year is to make, how many millionaires do you think? 100 millionaires. Okay? The question is, who is ready to be one of those 100? Who is ready to be one of those 100? Play music to see |

10

hemos hecho algo increíble. Lo que jamás en la industria de la criptoeconomía se había visto. ok? Y estamos comenzando. Eso es lo bonito, que estamos comenzando. ¿Ok? La visión de este año no es hacer 20 millonarios. La visión de este año es hacer, ¿cuántos millonarios creen ustedes? 100 millonarios. ¿Ok? La pregunta es, ¿quién está listo para ser uno de esos 100? ¿Quién está listo a ser uno de esos 100? Pone música para ver si se [ininteligible]. Pone un poquito la música… [ininteligible] Wow. A ver quién es… ¿quién va a ser uno de estos 100 millonarios? Excelente. Bueno, esta noche le vamos a enseñar un paso de cómo van a ser millonarios. Las siguientes personas que van a atender ustedes esta noche literalmente son personas que admiramos tanto. ¿Ok? Literalmente… una de las personas que van a estar con ustedes, yo no sabía ni siquiera… se pueden sentar, perdón. Ok. La persona que va a estar con ustedes literalmente, esta persona no sabía ni siquiera como utilizar una computadora cuando comenzó con nosotros. Fue una de las primeras personas que comenzó con nosotros. ¿Ok? En 2017, ¿cierto? ¿Ok? Él con su esposa fue una de las primeras personas que confiaron en mí, en mí locuras. Mira esas locuras a donde han

if they [unintelligible]. Play a little bit of music… [unintelligible] Wow. Let's see who is… who is going to be one of these 100 millionaires? [unintelligible] Excellent. Well, tonight we're going to show you one step of how you're going to be a millionaire. The next people that you're going to see tonight are literally people that we admire so much. Okay? Literally… one of the people that are going to be with you, I didn't even know… you can sit down, sorry. Okay. The person that's going to be with you literally, this person didn't even know how to use a computer when he started with us. He was one of the first people that started with us. okay? In 2017, okay? He and his wife were one of the first people who trusted me, in my craziness. Look at where the craziness has taken us, right? And that craziness, literally not only did he learn how to use a computer, but he's one of our coaches today. One of our Forex and binary mentors. Okay? And you're going to learn a lot from him tonight. So, what do I mean by that? That everything that you guys want, you can what? Achieve. Everything is what? Not only want, but take action. Okay? We here at CryptoFX are ready to help people who want to take what? Action. Forgive me. It

11

llegado. ¿Ok? Y esas locuras, literalmente no solamente aprendió a como utilizar una computadora, sino que es uno de nuestros coaches hoy en día. De nuestros mentores de Forex y binarias. Ok? Y con él van a aprender muchísimo esta noche. Entonces, ¿que quiero vos decir con eso? Que todo lo que ustedes quieren, ¿se pude qué? Lograr. ¿Todo es qué? No solamente quiere, sino que tomar acción. ¿Ok? Nosotros aquí en CryptoFX estamos listos para ayudar a las personas que quieran ¿tomar qué? Acción. Perdóname. Eran 5 minutos, pero como que me emociono. Serio. En realidad, ni hablar... tengo 2 años de no hablar en público, ¿sino... esta cierto? ¿Ok? Entonces, literalmente, déjenme decirles que nos motivamos tanto por las historias de éxito, por los cambios de vida que estamos haciendo a nivel mundial. ¿Ok? Pero nos vamos a motivar más cuando yo veo que toda esta sala, están ahí millonarios. ¿Cierto? La verdad es que estamos muy, muy orgullosos. Estamos listos para llegar a otro nivel. Este mes vamos a sacar productos nuevos. Este mes vamos a sacar productos nuevos. ¿Ok? Están listos en los Zoom, dentro de los Zoom. Porque literalmente vamos a llevar nuestra academia a otro nivel. Gracias por estar con nosotros esta noche, y ahora los dejo

was 5 minutes, but I kind of got excited. Serious. Actually, no way... I have 2 years of not speaking in public, otherwise... is that right? Okay? So, literally, let me tell you, we get so motivated by the success stories, by the life changes that we're making globally. Okay? But we are going to be more motivated when I see that everybody in this room is a millionaire. Right? The truth is that we are very, very proud. We are ready to take it to the next level. We're going to come out with new products this month. We're going to bring out new products this month. Okay? They're ready on the Zoom meeting, inside the Zoom meeting. Because we are literally going to take our academy to the next level. Thank you for being with us tonight, and now I leave you with Mr. Ismael Sanchez, who I admire very much because of what he has achieved... wow. It is incredible what he has achieved. We are very, very proud of each one of you. Thank you for coming from so far away. Okay? Thank you, everyone from Texas. We're going to do more events like this. Okay? But I leave you with this great achiever. Successful man, business owner. Mr. Ismael Sánchez.

12

| | | | |
|---|---|---|---|
| | | con el señor Ismael Sánchez, que él para mí es una persona que la admiro muchísimo porque lo que ha legrado él... wow. Es increíble lo que ha logrado él. Estamos muy, muy orgullosos de cada uno de ustedes. Gracias por venir de lejos. ¿Ok? Gracias a ustedes de Texas. Vamos hacer más eventos como estos. ¿Ok? Pero vos dejo con este gran triunfador. Hombre exitoso, hombre dueño de negocios. El señor Ismael Sánchez. | |
| [Ismael Sánchez] | [00:20:03] | Bueno, y gracias Mauricio por estar con nosotros esta tarde. Y la verdad, merece un aplauso bastante por estar aquí. ¿No? Y... también este... para no ser la noche tan larga, algo que me gustaría que los recibirán con fuerte aplauso, y nos va hablar unos 5 o 6 minutos de su trayectoria. Con nosotros, ellos vienen de Miami, Florida, y esto para que lo conozcan... a lo mejor muchos lo conocen, por que él está siempre con nosotros. Y me gustaría que los recibieran con un fuerte aplauso al señor Juan Pua, y su esposa. Bravo. | Well, thank you Mauricio for being with us this afternoon. You deserve a round of applause for being here, right? And... also this... in order not to make the evening so long, something I would like you to welcome them with a round of applause, and we will talk about 5 or 6 minutes of their career. With us, they come from Miami, Florida, and this so that you know him... maybe many of you already know him, because he is always with us. And I would like you to welcome Mr. Juan Pua and his wife with a round of applause. Bravo. |
| [Unidentified speaker 1] | [00:20:51] | Para nosotros es un gusto compartiendo estas [ininteligible] con ellos, con los lideres de aquí de... con los que vieran de Chicago con Dulce, con Ismael, y con Gabriel, y con todos los lideres que vienen de Chicago. Y para nosotros, como siempre les | For us it is a pleasure to share these [unintelligible] with them, with the leaders here from... with those who came from Chicago with Dulce, with Ismael, and with Gabriel, and with all the leaders who come from Chicago. And for us, as I always told you, I am |

13

cada vez que nosotros usamos nuestro teléfono, usamos una página web, usamos un sistema de información, que es básicamente una infraestructura gigante, es básicamente una ciudad que se construye igual, pero virtualmente, para soportar que nosotros podamos usar Facebook, WhatsApp, el internet, todo eso. ¿Verdad? Entonces, básicamente es lo que estuve haciendo por 5 años. Y recientemente, hace varios meses me integré ya a tempo completo a la academia para ayudar a crecer lo que estamos haciendo. No solamente ser lideres dentro del término académico, pero empezar a ser lideres dentro del mundo de criptomonedas también. Bueno, entonces, ¿por qué? ¿Porque les ensenamos esta nueva revolución de criptomonedas? ¿Verdad? En realidad, en el día de hoy, todos ustedes son el 3% del mundo. El 3% del mundo que está en la mayor revolución digital a nivel global que va a transformar todo el sistema financiero. El día de hoy fue anunciado que la compañía Charles Schwab va a lanzar su primer fundo ETF, que es un... un fundo ETF es básicamente un paquete de inversión que las grandes corporaciones como Charles Schwab, como Fidelity, como Goldman Sachs, todas ofrecen, para

virtually, to support that we can use Facebook, WhatsApp, the internet, all of that. Right? So, basically that's what I was doing for 5 years. And recently, several months ago I joined the academy full time to help grow what we are doing. Not only to be leaders within the academic term, but to start being leaders within the cryptocurrency world as well. Well, then, why? Because we are teaching them this new cryptocurrency revolution, right? Actually, today, you are all 3% of the world. The 3% of the world that is in the biggest digital revolution globally that is going to transform the entire financial system. Today it was announced that the Charles Schwab Company is going to launch its first ETF fundo, which is a... an ETF fundo is basically an investment package that big corporations like Charles Schwab, like Fidelity, like Goldman Sachs, all offer, to offer their clients a way to invest in cryptocurrencies. So, now the giant Charles Schwab is also starting to enter the world of cryptocurrencies. It's a little bit of a newsflash as to how valuable this market is becoming, isn't it? It's a $1 trillion market. It's up to 2 trillion. Right? Like any market... Like any market it has to adjust. Right? So, now we all have the opportunity to

25

| | | el equipo. Siéntanse orgullosos de pertenecer a la camiseta de equipo de one billion. Porque nos próximos años vamos hacer... | we want to bring to you, and the team. Be proud to belong to the one billion team jersey. Because in the next few years we're going to make... |
|---|---|---|---|
| [Julio] | [00:44:45] | Historia. | History. |
| [Ismael Sánchez] | [00:44:46] | Historia. Bravo muchachos. Y bueno, para no alargarlo mucho, vamos [ininteligible] un testimonio. Y que nos digan como es que se ya cambió la vida en estar con CFX, y de estar con el equipo de one billion. Y que nos digan cuanto tiempo tienen con nosotros, y cuanto han ganado. Hoy en día lo pueden decir. Y vamos a empezar con los que están aquí en frente. Todas... la señorita Adriana Ramírez. Adriana [ininteligible] | History. Bravo, guys. And well, not to make it too long, let's [unintelligible] a testimony. And tell us how you have changed your life being with CFX, and being with the one billion team. And tell us how long you have been with us, and how much you have earned. Today they can tell us. And let's start with the ones in front of us here. All of them... Miss Adriana Ramirez. Adriana [unintelligible] |
| [Adriana Ramírez] | [00:45:22] | [ininteligible] muchas gracias, Ismael. ¿Como se sienten al día de hoy? Super? Imagínense nosotros que estamos en Chicago trabajando. Ustedes tienen un clima, pues muy rico, ahí tenemos que trabajar cuando hace mucho calor y cuando cae mucha nieve. Así es que están... hoy en hoy, están en lo mejor, de verdad. A mí me ha cambiado la vida inmensamente, junto con mi familia. Al principio nadie creó en mí. Mis amigos, mi familia más cercana, pues todo mundo decía "no, pues, está loca". Un negocio más. Pero, hoy, te puedo decir que nos ha cambiado la vida, yo creo que, a muchos, y el 100% las personas que vienen aquí | [Thank you very much, Ismael. How are you today? Great? It's great to be here in Chicago working. You have a very nice climate; we have to work there when it is very hot and when there is a lot of snow. So, you are... today, you are at your best, really. It has changed my life immensely, along with my family. At the beginning nobody believed in me. My friends, my closest family, everyone said "no, well, she's crazy". Just another business. But, today, I can tell you that it has changed our lives, I think, for many, and 100% of the people who come here from Chicago. And not personally, to me, thanks to |

29

desde Chicago. Y no personal, a mi, gracias a esa oportunidad, a Mauricio, a Ismael, a Gabriel Ochoa, a Dulce Ochoa. Porqué? Porque caminando en la mano de ellos yo me pude retirar de mi empleo. Yo trabajé 15 años para los recursos humanos. No sé se aquí hay alguien que haya trabajado en recursos humanos. Pero yo pude retirarme en 6 meses. Después de 15 años, y 6 meses después de haber iniciado lo que es este proyecto, yo me pude retirar. Superando 2 veces lo que yo hacía en 1 año en lo que era la academia. Entonces, recursos humanos te paga alrededor, en Chicago, de 50000 dólares al año. A la suma, 6 meses después, lo duplicamos aquí en CFX. ¿Ok? Entonces, al año de haber estado ya en CFX, no obviamente... pues aprendiendo como se... Mauricio, como dicen los lideres, es mucho aprendizaje de todos los días. Y tenemos que aplicar muchísima lectura. Asistir a todos los eventos. Estar, obviamente, plegados al sistema de este proyecto de lo que es la academia. Pues, obviamente, este al año, pudimos retirar a mi esposo. Entonces, él estuvo en la industria de los trailers. No sé si aquí hay gente que maneja trailers. 1 año después de haber iniciado este proyecto, él se pudo retirar. ¿No? Vendimos los trailers. Dijimos

that opportunity, to Mauricio, to Ismael, to Gabriel Ochoa, to Dulce Ochoa. Why? Because walking hand in hand with them I was able to retire from my job. I worked 15 years for human resources. I don't know if there is anyone here who has worked in human resources. But I was able to retire in 6 months. After 15 years, and 6 months after starting this project, I was able to retire. I was able to retire twice what I made in 1 year in the academy. So, human resources pays around 50,000 dollars a year in Chicago. To sum it all up, 6 months later, we doubled it here at CFX. Okay? So, after a year of being at CFX, obviously... well, learning how to... Mauricio, as the leaders say, it's a lot of learning every day. And we have to do a lot of reading. Attend all the events. To be, obviously, in line with the system of this project of what the academy is. Well, obviously, this year, we were able to retire my husband. So, he was in the trailer industry. I don't know if there are people here who handle trailers. One year after we started this project, he was able to retire, right? We sold the trailers. We said goodbye to the company. We live 100% what CFX is. 100%. We have all the time in the world. We're doing... we're applying what our

adiós a la compañía. Vivimos 100% do que es CFX. 100%. Tenemos todo tiempo en el mundo. Estamos haciendo... estamos aplicando lo que ensena nuestro líder Juan Pua, binarias. 1000 dólares al día. ¿Quién puede creer que se puede ganar 1000 dólares al día? 1000 dólares al día, puedes ganarte tu en el que es el sistema binarias, toda esa industria. entonces, no solamente estamos beneficiados en lo que es monetariamente, sino que estamos aplicando liderazgo. Estamos obteniendo lo que es todo el conocimiento. ¿Porqué? Porque esto no es... como siempre digo en las presentaciones, esto realmente... esta tecnología no es para nosotros, es para las nuevas generaciones. Pero tu estás aquí al día de hoy, y tu estás aquí en esta tierra. Entonces tu tienes que aplicar y adaptarte a esta tecnología. ¿Porqué? Porque va seguir avanzando. Con nosotros o sin nosotros. Entonces, si en 5 años esta tecnología te puede dar 5, 10 millones de dólares, lo vas a hacer o no vas hacer? Claro que sí. ¿Porqué? Porque acuérdate que no es para ti ya, sino es para tu legado. No es para las nuevas generaciones que vienen. Entonces, yo les doy las gracias a todos mis lideres de Chicago, y a todas las personas. A mi equipo que ha confiado en mi el 100%

leader Juan Pua teaches, binary. 1000 dollars a day. who can believe that you can earn 1000 dollars a day? 1000 dollars a day, you can earn in the binary system, all that industry. so, not only we are benefiting in terms of money, but we are applying leadership. We are gaining what is all the knowledge. Why? Because this is not... as I always say in the presentations, this is really... this technology is not for us, it is for the new generations. But you are here today, and you are here on this earth. So you have to apply and adapt to this technology. Why? Because it will continue to advance. With us or without us. So, if in 5 years this technology can give you 5, 10 million dollars, are you going to do it or are you not going to do it? Of course I am. Why? Because remember that it is not for you now, it is for your legacy. It is not for the new generations to come. So, I thank all my leaders in Chicago, and all the people. To my team that has trusted me 100% from day one. Right? So, it's a little bit of me. It's an intro. Of what we expect in Chicago. We hope it's not the only time we're here. We want to see Houston grow. Because with the same desire and the same energy that Ismael started this project in Chicago, they are starting it with you. So, you

| | | | |
|---|---|---|---|
| | | desde el día uno. ¿Verdad? Entonces, es un poquito de mí. Es un intro. De lo que esperamos en Chicago. Esperamos que no sea la única vez que estamos aquí. Queremos ver el crecimiento de Houston. Porque con esas mismas ganas y con esa misma energía que Ismael inició este proyecto en Chicago, lo están iniciando con ustedes. Entonces, ustedes están aquí a 5 minutos de la academia. Valórenlo, porque nosotros tenemos que tomar avión. Tenemos que invertir nuestro tiempo, nuestro dinero, para poder estar aquí. ¿Sale? Entonces, muchísimas gracias a todos. No sé quien siga, pero fue un gusto estar con ustedes esta noche | are here 5 minutes away from the academy. Appreciate it, because we have to take a plane. We have to invest our time, our money, in order to be here. Is it OK? So, thank you all very much. I don't know who's next, but it was a pleasure to be with you tonight. |
| [Ismael Sánchez] | [00:49:55] | Gracias. Un aplauso. Adriana [ininteligible] también me gustaría pasar a la siguiente persona que ha hecho historia en lo que viene haciendo el equipo y CFX también con su equipo. El compromiso que tiene la señora Roba López. Está por aquí. Solamente 2 minutos. Rapidito. Porque queremos que conozcan todos los lideres y digan su testimonio. | Thank you. A round of applause. Adriana [unintelligible] I would also like to move on to the next person who has made history in what the team has been doing and CFX also with its team. The commitment that Mrs. Roba Lopez made. She is over here. Just 2 minutes. Quickly. Because we want you to meet all the leaders and get their testimony. |
| [Roba López] | [00:50:29] | Pues, yo les doy las gracias porque se dieron la oportunidad de escuchar esto. Y personalmente, a mi la vida me ha cambiado porque puedo estar con mis hijos, cosa que no podía hacer antes, porque | Well, I thank you because you gave yourselves the opportunity to listen to this. And personally, my life has changed because I can be with my children, which I could not do before, because I |

| | | | |
|---|---|---|---|
| | | pues entré, vi la oportunidad y la vi en grande. ¿Pero saben una cosa? Este realmente me arrepiento porque perdí 6 meses. ¿Sí? Estaba trabajando, me interesó más mi trabajo, aun que vi la grande oportunidad, me interesó, acomodar la agenda, que esa agenda talvez. Por no me estar conectando dejé pasar 6 meses. Porque cuando regresé a los 6 meses que ya estaba lista para comprometerme, pues vi todo lo que había originado en estos 6 meses. Muchos que entraron conmigo. Y yo los invito a que si ustedes que están el día de hoy, nuevos, de verdad que tomen acción e comprométanse consigo mismos, y empezar a ver que más puedan obtener de lo que la academia nos está ofreciendo. Realmente eso es algo que yo quería compartirles. Entren. Esto es el momento. Yo lo que les puedo decir, me ha ido muy bien. De verdad, que nunca creí ganar lo que estamos ganando. Hay, que claro, pues, comprometerse un poco. Y no es ni mucho. Es un poco, nada más. Comprométanse consigo mismos, y vamos caminando. Todavía no logró lo que quiero, pero allá vamos. Ahí nos vemos. | came in, I saw the opportunity and I saw it big. But you know what? I really regret this one because I lost 6 months. Yes? I was working, I was more interested in my work, even though I saw the great opportunity, I was interested, to accommodate the agenda, that agenda maybe. Because I wasn't in, I let 6 months go by. Because when I came back after 6 months, when I was ready to commit myself, I saw everything that had originated in those 6 months. Many who entered with me. And I invite you that if you are new today, really take action and commit to yourself, and start to see what else you can get from what the academy is offering us. That's really something I wanted to share with you. Come on in. This is the moment. What I can tell you, I have done very well. I really never thought I would earn what we are earning. Of course, you have to commit a little bit. And it is not much. It is a little, nothing more. Make a commitment to yourselves, and let's move forward. I still have not achieved what I want, but here we go. See you there. |
| [Ismael Sánchez] | [00:56:25] | Y cuanto gana al mes. | And how much do you earn per month? |
| [María Chávez] | [00:56:29] | Sí. Bueno, realmente, llevo... estes 3 meses consecutivos | Yes. Well, actually, I've been... this is 3 months in a |

36

| | | | | |
|---|---|---|---|---|
| | | ganando 5000, después de haber dejado los 500, 2000, los 2500. Ya vamos para los 5000. Y a agarrando a los 10000. ¿Verdad? Entonces, y eso es nada más de bonus elite. O sea, independientemente de la gente que va entrando, y los bonus que nos van dejando. No he tenido el gusto todavía que alguien entre con un paquete de 50000, y ando buscando esa persona. Porque yo veo los bonus cuando entra una persona con 20000. Y me emociono y yo digo, wow. El recibir alguien que entre con 50000 ha de ser la próxima meta. ok? Listo. | row I've been earning 5000, after going over 500, 2000, then 2500. We're up to 5,000. And I'm holding on to the 10,000 staage. Right? So, and that's just an elite bonus. That is, regardless of the people that are entering, and the bonuses that are leaving us. I haven't had the pleasure yet of someone entering with a 50,000 package, and I'm looking for that person. Because I see the bonuses when a person comes in with 20,000. And I get excited and I'm like, wow. To have someone come in with 50,000 has to be the next goal. Right? I'm done. | |
| [Ismael Sánchez] | [00:57:15] | Ok. Felicidades. Bueno, es que hay. Dijo que anda buscando alguien de 50. Eso va a aparecer en cualquier ratito. Y también este… bueno, hay muchos lideres que quisieron pasar para el testimonio, pero el tiempo ya lo tenemos muy reducido, porque se alargó. Entonces, les voy a nombrar todas las personas que están haciendo historia en el equipo, están trabajando y lo que vienen haciendo por el área de las mujeres. Tenemos Ana Manso, Rue Velázquez, Rosa, Lucy [ininteligible]. Tenemos a Graciosa Moura, tenemos a Rosa Ortiz. Y del otro lado tenemos también a Rosana, Olga, de North Carolina, que están haciendo un buen trabajo. Felicidades. Y de verdad cualquier cosa, como | Ok. Congratulations. Well, there it is. She said she's looking for a 50000 referral. That's going to pop up any minute now. And also this… well, there are many leaders who wanted to come in for the testimony, but wwe are already very short on time, because it got a little bit stretched out. So, I am going to name all the people who are making history in the team, who are working and what they have been doing in the women's area. We have Ana Manso, Rue Velázquez, Rosa, Lucy [unintelligible]. We have Graciosa Moura, we have Rosa Ortiz. And on the other side we also have Rosana, Olga, from North Carolina, who are doing a good job. Congratulations. | |



# Certification of Translation Accuracy

LATITUDE PRIME hereby certifies that the attached document(s), translated from <u>Spanish</u> into <u>English</u> is, to the best of our knowledge and belief, a true, accurate, and complete translation of the following document(s):

CFX Academy Conferencia En Houston Tx.mp4

Executed this <u>15th</u> day of <u>September</u> 2022

Signed: _____

Latitude Prime LLC
80 S 8th St, Suite 900
Minneapolis, MN 55402

**ATA Member #** 260699    American Translators Association

**ISO 9001:2015 & ISO 17100:2015 Certified**

Order Number: O-04516

Latitude Prime LLC uses all available measures to ensure the accuracy of each translation but shall not be held liable for damages due to error or negligence in translation or transcription.

# Harris Declaration Exhibit M



EXHIBIT M

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04464

## DECLARATION OF LEEVENTED HENLEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FW-04464, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number # FW-04464 at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

    https://www.facebook.com/lema.marcelo1
    https://www.facebook.com/lema.marcelo1/photos
    https://www.facebook.com/cpgalleria/reviews/?ref=page_internal

    I completed the above-mentioned internet preservation on August 17, 2022, using the following tools:

    Adobe Acrobat Pro / Google Search Browser / Fullpage Screen Capture /Fire shot Pro/

    The above listed tools are commonly used to preserve internet content.

4.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled # FW-04464 and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

5.  I also saved a copy of the above-mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

    \\ad\ENFDataExchange\HQtoFWRO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

_Leevented Henley_ [Analyst Name]          Executed on this 17 Day of August 2022.

# Harris Declaration Exhibit N

APP0190

EXHIBIT N





### CryptoFx Learning Academy
@CryptoFXLearningAcademy · Education

Home   Reviews   About   Videos   More ▾

**Ask CryptoFx Learning Academy**

"How much does this school cost?"                    ⊕ Ask

"Can you tell me more about this school?"            ⊕ Ask

"Are you accepting new students?"                    ⊕ Ask

"Where are you located?"                             ⊕ Ask

Type a question

**About**                                            See All

🎓 We're a startup academy that offers cryptocurrency education, practice exercises and personalized learning classes.

👍 189 people like this

👥 212 people follow this

🔗 https://cryptofxlearningacademy.com/

📞 (832) 393-6214

✉ Send Message

✉ cryptofx3@icud.com

🎓 Education

**Suggest Edits**

Is this the right phone number for this page?

+18323986214

Yes          Unsure          No

**Photos**                                           See All





**Videos**                                           See All



Own a piece of the future.
ENROLL TODAY!



Discover how to trade or develop your knowledge with C...

👁 349 Views · a year ago

🔒 **Page Transparency**                             See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - June 17, 2020

● Learn More

🔗 cryptofxlearningacademy.com

👍 Like   💬 Message   🔍   ⋯

**Create Post**

📷 Photo/Video   📍 Check In   👥 Tag Friends

**CryptoFx Learning Academy**
September 16, 2020

People generally fear what they don't understand. It makes sense, then, to learn all you can about the subject you are afraid of. -- Discover bitcoin with CFX Learning Academy!



**CryptoFx Learning Academy**
Education                                            Learn More

👍 94                                                1 Share

👍 Like       💬 Comment       ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

**CryptoFx Learning Academy**
September 15, 2020

Research from Fidelity Digital Assets™, in association with Greenwich Associates, indicates that as many as 36% of institutional investors in the US and Europe own crypto assets. Cryptocurrency is, without a doubt, the future of finance and money. -- Stay relevant. Discover cryptocurrencies with CFX Learning Academy today!



**Related Pages**



Fashion HIT
Clothing Brand                                    👍 Like

Insider Option Flow
Investing Service                                 👍 Like

Texas Bound Roofing
Construction Company                              👍 Like

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or
supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2021

CryptoFx Learning Academy
Education

Learn More

👍 50                                              2 Comments 7 Shares

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

CryptoFX 🪙 🪙 🪙 💲 📈
Like · Reply · 5y

CryptoFx Learning Academy
September 13, 2020 · 🌐

Discover how to trade or develop your knowledge with CryptoFX Learning Academy! -
https://rebrand.ly/CRYPTOFXLA #bitcoin #cryptoeducations #education



👍 3                                               2 Comments  1 Share

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

CRYPTOFX donde la única Opcion es ganar 💲 🔥 INSCRIBETE ahora mismo 🔥 🔥 🔥
Like · Reply · See Translation · 1y

CryptoFx Learning Academy
September 6, 2020 · 🌐

Did you know? There are many merchants - both online and offline - that accept Bitcoin as a form
of payment. Bitcoins can pay for hotels, flights, jewelry, apps, computer parts, and even a college
degree. | Discover how to trade, or develop your knowledge, with CryptoFX Learning Academy.
#Education #Bitcoin





CryptoFx Learning Academy
Education

Learn More

👍 133                                             2 Comments

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

Like · Reply · 1y

View 1 more comment

CryptoFx Learning Academy
September 1 2020 ·

September 1, 2020, 03:50 p.m. -- Bitcoin's price (BTC) has hit $11,880.14 again, and traders are becoming more optimistic that the digital asset will keep performing high. #BullishMarket • Own a piece of the future. Discover how to trade or develop your knowledge with CryptoFX Learning Academy.



CryptoFx Learning Academy                                    Learn More
Education

🗨 37                                                         2 Shares

👍 Like              💬 Comment              ↪ Share

                                                    Most Relevant ▾

Write a comment...
Press Enter to post.

CryptoFx Learning Academy
August 28, 2020 ·

Fidelity is launching a new Bitcoin fund to expand its crypto-related investments. "Fidelity has made a long-term commitment to the future of blockchain technology and to making digitally-native assets, such as Bitcoin, more accessible to investors." -- Bloomberg. | Discover how to trade, or develop your knowledge, with CryptoFX Learning Academy. #Education #Bitcoin

CryptoFx Learning Academy                                    Learn More
Education

🗨 79                                                         5 Shares

👍 Like              💬 Comment              ↪ Share

                                                    Most Relevant ▾

Write a comment...
Press Enter to post.

Page 4
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/



CryptoFx Learning Academy
August 26, 2020

Cryptocurrencies have introduced new tech careers, such as data scientist, react developer, innovation lab director, blockchain developer, and more! → Own a piece of the future. Discover cryptocurrencies today! #LearnWithCRYPTOFX

CryptoFx Learning Academy
Education

Learn More

126    5 Comment 3 Shares

Like    Comment    Share

Most Relevant

Write a comment...
Press Enter to post.

Ashleh aireah ...
Like · Reply · See Translation · s

CryptoFx Learning Academy
August 22, 2020

Because our global economy is asking for a worldwide digital currency, central governments, global banks, and money managers are integrating cryptocurrencies in their financial assets. → Stay relevant. Discover cryptocurrencies. #LearnWithCRYPTOFX

CryptoFx Learning Academy
Education

Learn More

115    2 Comments 3 Shares

Like    Comment    Share

Most Relevant

Write a comment...
Press Enter to post.

... SF CryptoFx_Teams NOLA ...
Like · Reply · 1s
Most Relevant is selected, so some comments may have been filtered out.



**CryptoFx Learning Academy**
August 20, 2020 · 🌐

You can send bitcoins to your family and friends using mobile apps or computers. It's similar to sending cash digitally. Bitcoin can be used to purchase goods and services, including booking hotel rooms with Travala, Expedia, shop for furniture on Overstock, buy Xbox games, and much more! ~ Discover Bitcoin. #LearnWithCRYPTOFX





CryptoFx Learning Academy                    Learn More
Education

👍 156                              1 Comment  1 Share

    👍 Like        💬 Comment        ↪ Share

                                    Most Relevant ▾

    Write a comments...                    ☺ 📷 📁 😊 🎁
    Press Enter to post.



    Like · Reply · 1y

**CryptoFx Learning Academy**
August 19, 2020 · 🌐

The size of the global blockchain technology market was valued at 2.55 billion U.S. dollars in 2019 and is forecast to grow more than a hundred times to 163 billion U.S. dollars by 2027. ~ Own a piece of the future. Discover Cryptocurrencies. #LearnWithCRYPTOFX





CryptoFx Learning Academy                    Learn More
Education

👍 175                              1 Comment  1 Share

    👍 Like        💬 Comment        ↪ Share

                                    Most Relevant ▾

    Write a comment...                    ☺ 📷 📁 😊 🎁
    Press Enter to post.

        Blockchaining babies not cool

    Like · Reply · 1y



**CryptoFx Learning Academy**
August 12, 2020 · ⊙

Get a head start on the future of finance.
#LearnWithCRYPTOFX

CRYPTOFXLEARNINGACADEMY.COM                    Learn More
Master Virtual Currencies (i.e. Bitcoin & Ethereum) & Forex |
CRYPTOFX

◯◯ 9

👍 Like          💬 Comment          ↪ Share

⬤ Write a comment...                    😊 📷 🎬 👍
Press Enter to post.

**CryptoFx Learning Academy**
August 5, 2020 · ⊙

As of October 2019, only 5.4% of the global internet population own cryptocurrency. People
entering this space today are still considered first movers. — Own a piece of the future. Discover
Cryptocurrencies. #LearnWithCRYPTOFX

**Cryptofx Learning Academy**                    Learn More
Education

◯ 151                                        2 Shares

👍 Like          💬 Comment          ↪ Share

⬤ Write a comment...                    😊 📷 🎬 👍
Press Enter to post.

APP0196





CryptoFx Learning Academy
July 29, 2020

Start using bitcoin, money that's free from bank charges, delays, and fraud. Get a head start on the future of finance. -- Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

CryptoFx Learning Academy
Education                                          Learn More

145                                              4 Shares

Like          Comment          Share

Write a comment...
Press Enter to post.

CryptoFx Learning Academy
July 24, 2020

There were 290K+ Bitcoin transactions recorded daily at the end of Q1, 2020. Do you own bitcoin? -- Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

DISCOVER BITCOIN

CryptoFx Learning Academy
Education                                          Learn More

141                                          2 Comments 5 Shares

Like          Comment          Share

Most Relevant

Write a comment...
Press Enter to post.

More information please
Like · Reply · 1y

CryptoFx Learning Academy
Hi, ____. Please visit https://rebrand.ly/CRYPTOFXLA for additional information. If you'd like to schedule a call to discuss further details, please DM us. Enjoy a great day!
Like · Reply · 1y

Captured by FireShot Pro: 07 October 2021, 13:00:12



**CryptoFx Learning Academy**
July 22, 2020

Opinion: In times of uncertainty, investors turn to safe-haven assets, like gold, which retains value during financially challenging times. In today's economy, many are referring to cryptocurrencies as "the new digital gold." Consequently, can we conclude that cryptocurrencies are a safe investment in a time of crisis? -- Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX

CryptoFx Learning Academy
Education                                    Learn More

117

👍 Like        💬 Comment        ↪ Share

Write a comment...
Press Enter to post

**CryptoFx Learning Academy**
July 15, 2020

Do you own bitcoin? 72% of the US population said no, and have no interest in bitcoin. 16% said they are considering buying bitcoin in the future, only 2% currently own bitcoin, and 9% said they don't have interest in buying bitcoin but probably will buy in the future. People buying bitcoin today are still considered first movers. -- Stay relevant. Discover bitcoin! #LearnWithCRYPTOFX
https://rebrand.ly/CRYPTOFXLA

CryptoFx Learning Academy
Education                                    Learn More

59                                            1 Share

👍 Like        💬 Comment        ↪ Share

Write a comment...
Press Enter to post

CryptoFx Learning Academy
July 14 2020 · ⊙

When is the best time to get into cryptocurrencies? Most experts assume that we have just started to scratch the potential of blockchain and cryptocurrencies. They believe the industry is still relatively young, and now, people entering this space are still considered first movers. → Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX https://reloand.ly/CR/FfOHXLA



**CryptoFx Learning Academy**
Education                                    Learn More

⭕ 53                                    2 Comments 7 Shares

👍 Like              💬 Comment              ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

Victor Treviso las publicaciones de esta página son muy informativas, en caso que la quiera seguir.
Like · Reply · See translation · 1y
↳ 1 Reply

CryptoFx Learning Academy
June 19 2020 · ⊙

New research from Fidelity Digital Assets™ in association with Greenwich Associates indicates that as many as 36% of institutional investors in the US and Europe own crypto assets Cryptocurrency is, without a doubt, the future of finance and money. Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX https://reloand.ly/CR/FfOHXLA



**CryptoFx Learning Academy**
Education                                    Learn More

⭕ 153                                   2 Comments 2 Shares

👍 Like              💬 Comment              ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

Like · Reply · 1y

CryptoFx Learning Academy
July 7, 2020 · ⊙

As of July 6, 2020 — 700,000 Expedia hotels can now be paid with more than 30 cryptocurrencies, including bitcoin, via the Travala booking platform. https://rebrand.ly/cO5oyub. Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX https://rebrand.ly/CRYPTOFXLA



**CryptoFx Learning Academy**
Education                                          Learn More

👍❤ 4

👍 Like          💬 Comment          ↪ Share

⬤ Write a comment...
Press Enter to post

CryptoFxs Learning Academy
July 2, 2020 · ⊙

The amount of daily Bitcoin events worldwide from the first quarter of 2016 to the first quarter of 2020 is 290,000+ Bitcoin transactions.
Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

**CryptoFx Learning Academy**
Education                                          Learn More

👍❤ 2                                              1 Share

👍 Like          💬 Comment          ↪ Share

⬤ Write a comment...
Press Enter to post.

Page 12
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/





APP0204



recommends CryptoFx Learning Academy.
September 15 at 3:54 PM

I had a great experience working with Mrs Camile Allen as she helped me manage my account for me I know they are many people out there who are cautious,scared and would love to give it a try.
while searching for a professional broker do consider Mrs Camile her forex platform is Save and secured.
I'm receiving 12450USD from my capital 1000USD.

Email: CamilleallenS8@gmail.com
WhatsApp: +1 (719) 952-7875
Facebook page: https://www.facebook.com/camilie.allen1109

👍 1

Like          Comment          Share

Write a comment...
Press Enter to post.

recommends CryptoFx Learning Academy.
August 20

It came to me as a surprise after being reason off by all those so called expert traders online I finally met with a very skilled and experienced trader who knows how to generate huge profit under a given week. I made my withdrawal of $8500 after my first 7 days of trading with the little minimum investment of $500. I'm so happy Mrs charlote wayne. Thank you for your good works and for never failing the trust I have on you.
You too can contact her, she will make you smile
EMAIL:charlottewayne303@gmail.com
WhatsApp: +39 351-093-7250

Like          Comment          Share

Write a comment...
Press Enter to post.

recommends CryptoFx Learning Academy.
September 14 at 7:21 AM

Don't feel down, Thomas Walla Forex is your hope.
Just wanted to say a BIG thank you to  for handling the trading of my account.
Your professionalism, genuine kindness and bluntness at times when I needed to face reality are what made me successful. I started trading with  0.081 btc

contact him via
WhatsApp +12094423386
Email: walla0317@gmail.com

Like          Comment          Share

Write a comment...
Press Enter to post.

recommends CryptoFx Learning Academy.
July 3

Just wanted to say a BIG thank you to MRS HELEN KAREN for handling my trading account and making profit for me with Bitcoin investment.
Your professionalism, genuine kindness and bluntness at times when I needed to face reality are what made me progress.
I invested $500 and got $7000 in a week. I only wish I had known about you earlier from the first moment I decided to trade. Nevertheless, I am grateful!
contact her via Email:helenkaren443@gmail.com, whatsapp:+12674782267 Contact her if you need help

Like          Comment          Share

Write a comment...
Press Enter to post.

▮▮▮ ▮ recommends CryptoFx Learning Academy.
September 15 at 9:03 PM · 🌐

Saw many recommendations here on Facebook On how people are getting paid through cryptocurrency. So many broker online to choose from but there's a particular recommendation i saw about Mrs.Camille Allen how her platform helped alot of person's. I connected with her behold after a week i got my profits back directed to my bnczin wallet to my greatness surprise i didn't pay any fees, this is not a scam.

Email : Comileallen68@gmail.com
WhatsApp: +1 (718) 962-7875
Facebook Page: https://www.facebook.com/camille.allen109



👍 1

🖒 Like          💬 Comment          ↪ Share

▮  Write a comment...
Press Enter to post.

▮▮▮ ▮ recommends CryptoFx Learning Academy.
May 10 · 🌐

So many post in here, almost all passing the same information, they all promise to make lots of dollars for you, they claim to have earned thousands from binary options, don't fall for their tricks, it is true forex/binary trade can change your life financially but sadly scammers are making sure it doesn't. I have a legit and reliable forex/binary trader that trades for me for over 7 months now, Reach her on;
WhatsApp: +13043627699
Email: Magdalenajones54@gmail.com
Don't fall in the hands of a scammer before you know who's real and who's not, you deserve to be financially free.

👍 1

🖒 Like          💬 Comment          ↪ Share

▮  Write a comment...
Press Enter to post.

▮▮▮ ▮ recommends CryptoFx Learning Academy
June 16 · 🌐

I am a beneficiary of crypto currency investment. I have tried so many fake manager online it took me time to find the right online bnczin trader I risked my $500 thinking it would not work, with no confidence I was so surprised when I checked my account and unbelievable I made a profit of $6,000.00 this is unbelievable I couldn't believe it myself all glory to God for bringing Mrs Rachael Raschke, I really appreciate her email rachaelraschke937@gmail.com.
WhatsApp: +19418704951

🖒 Like          💬 Comment          ↪ Share

▮  Write a comment...
Press Enter to post.

▮▮▮ ▮ recommends CryptoFx Learning Academy.
November 24, 2020 · 🌐

I was scared to trade, because I have been scammed many times. but I had to take one last chance because I heard Dean Felix was a very honest lady . so I gave it one last trial who to my greatest surprise what I have heard about her was correct, today through Dean felix I have been able to get back all I had lost and earned even more, contact him for the best investment services and you will not be disappointed, I invested $1,000 and got $14,600 in 5days
You can contact him directly.
Email: Deanfelix124@gmail.com
WhatsApp: +12132050651

🖒 Like          💬 Comment          ↪ Share

▮  Write a comment...
Press Enter to post.

▮▮▮ ▮ recommends CryptoFx Learning Academy.
November 1, 2020 · 🌐

Few months back i was scrolling through and reading posts in groups just like you're doing now, I had no intention of investing a penny in forex, i just enjoyed reading testimonies of different people making thousands of dollars in forex. it all seem like a ploy, it was just too good to be true. Then I thought to myself, what if this is it? what if this is my only way of earning without having to work all day and night-shifts. I took a bold step to invest with Mrs Patricia Williams who I've read so much good reports about. i invested $500 in her forex service and in 6days i got 6000$ in my bnczin wallet, from there on I realized I've been a coward all this time who was afraid of taking the leap of faith, thank god did sooner rather than later, Reach Mrs Patricia Williams today personally.
WhatsApp: +1 (661) 221-7725
Email: Patriciawilliams1124@gmail.com

🖒 Like          💬 Comment          ↪ Share

▮  Write a comment...
Press Enter to post.

▓▓▓▓ ✓ recommends CryptoFx Learning Academy
September 16 at 9:35 AM · ✪

Binary and bitcoin, itc and other coin trade is cool when you have a good trader managing your
option account platform for you. My trader is Thomas Wulla.
WhatsApp +12094423308
Email: wulla8517t@gmail.com

👍 Like          💬 Comment          ↪ Share

Write a comment...
Press Enter to post.

▓▓▓▓ ✓ ▸ CryptoFx Learning Academy
September 16 at 9:07 AM · ✪

I am Samuel an Ivorian, I received my withdrawal from thomas in my binary/bitcoin. I recommend
thomas to everyone in Africa, and other continents.

Thomas contacts:
Email: wulla8517t@gmail.com
WhatsApp: +12094423308

👍 Like          💬 Comment          ↪ Share

Write a comment...
Press Enter to post.

▓▓▓▓ ✓ recommends CryptoFx Learning Academy
September 16 at 10:24 AM · ✪

WhatsApp +12094423308
Email: wulla8517t@gmail.com

I personally refer you to Thomas Wulla Forex for any of your trading investment plan in binary,
forex, btc. I make my withdrawals when due.

VIEW ITEM
Ask the seller for more details                                     Message

👍 1

👍 Like          💬 Comment          ↪ Share

Write a comment...
Press Enter to post.

APP0207

APP0208

Page 18
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/about/?ref=page_internal



Q Search Facebook

Home   Reviews   About   Videos   More ▾

# CryptoFx Learning Academy
@CryptoFXLearningAcademy · Education

**GENERAL**

👍 189 people like this

👤 212 people follow this

🎓 Education

**ADDITIONAL CONTACT INFO**

🌐 https://cryptofxlearningacademy.com/

📞 (832) 398-6214

✉️ cryptofx5.cd.com

💬 Send Message

**MORE INFO**

ℹ️ **About**
We're a startup academy that offers cryptocurrency education, practice exercises, and personalized learning classes.

Captured by FireShot Pro: 07 October 2021, 13:00:32

Page 19
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/photos/?ref=page_internal





Page 20
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/community/

**CryptoFx Learning Academy**
@CryptoFXLearningAcademy · Education

Public Posts at CryptoFx Learning Academy

**CryptoFx Learning Academy**
September 17 at 4:51 AM ·

WhatsApp: +12094423388
Email: wulla8517@gmail.com

I just got another withdrawal of $60,700

I personally refer you to Thomas Wulla Forex for any of your trading investment plan in binary, forex, btc. I make my withdrawals when due.

Forex, binary, bitcoin, dogecoin etc — with Thomas Wulla.

Like     Comment     Share

**CryptoFx Learning Academy**
September 16 at 12:15 PM ·

I am a medical doctor and I work in Sri Lanka. I started trading with 0.071 btc and thomas wulla just proven himself to me and I have my first withdrawal from his brokerage.

contact him via
WhatsApp: +12094423388
Email: wulla8517@gmail.com

Like     Comment     Share

**CryptoFx Learning Academy**
July 5 ·

Just wanted to say a BIG thank you to MRS HELEN KAREN for handling my trading account and making profit for me with Bitcoin investment.
Your professionalism, genuine kindness and bluntness at times when I needed to face reality are what made me progress.
I invested $500 and got $7000 in a week, I only wish I had known about you earlier from the first moment I decided to trade. Nevertheless, I am grateful!
contact her via Email:helenkaren443@gmail.com, whatsapp:+1(267)4782267 Contact her if you need help

Like     Comment     Share

**CryptoFx Learning Academy**
June 16, 2020 ·

La fórmula del éxito

See Translation

2     1 Comment

Like     Comment     Share

Captured by FireShot Pro: 07 October 2021, 13:00:35

APP0210

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04464

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.   My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.   I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FW-04464. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.   In support of investigation number FW-04464, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

   https://cryptofxlearningacademy.com/
   https://twitter.com/cryptofx_la
   https://twitter.com/cryptofx_la/followers
   https://twitter.com/cryptofx_la/following
   https://www.instagram.com/Cryptofx_la/
   https://www.linkedin.com/in/cryptofx-llc-a176501a9/
   https://www.facebook.com/CryptoFXLearningAcademy/

4.   I completed the above mentioned internet preservation on October 7, 2021, using the following tools:

   Fireshot Pro
   Video Downloader Ultimate

   The above listed tools are commonly used to preserve internet content.

5.   I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled FW-04464, and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6.   I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

   \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]                                         Executed on this 7th day of October 2021

APP0211