United States Courts Southern
District of Texas
FILED
September 19, 2022
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. **4:22cv3359** |
| | ) **UNSEALED 9/29/2022** |
| MAURICIO CHAVEZ, | ) FILED UNDER SEAL |
| GIORGIO BENVENUTO, and | ) JURY TRIAL DEMANDED |
| CryptoFX, LLC, | ) |
| Defendants, | ) |
| CBT GROUP, LLC, | ) |
| Relief Defendant. | ) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The Securities and Exchange Commission is unaware of any person or entity, other than the Defendants, Relief Defendants, and their investors, who have a financial interest in the outcome of this litigation.

Dated: September 19, 2022

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

Matthew J. Gulde
Illinois Bar No. 6272325
S.D. Texas Bar No. 1821299
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-1410

Facsimile: (817) 978-4927
guldem@sec.gov

*Attorney for Plaintiff*