IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts Southern
District of Texas
FILED
*September 20, 2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAURICIO CHAVEZ,<br>GIORGIO BENVENUTO, and<br>CryptoFX, LLC,<br><br>Defendants,<br><br>CBT GROUP, LLC,<br><br>Relief Defendant. | Civil Action No. 4:22-mc-1572<br><br>**FILED UNDER SEAL**<br>JURY TRIAL DEMANDED<br>**UNSEALED 9/29/2022** |

## PLAINTIFF'S MOTION TO UNSEAL

In accordance with the Court's September 19, 2022 Order granting Plaintiff's Emergency *Ex Parte* Motion to Temporarily Seal Docket and Proceedings (the "Seal Order"), Plaintiff Securities and Exchange Commission ("Commission") files this Motion to Unseal requesting that the Clerk unseal this matter, stating that Defendants and their Counsel have learned of this proceeding and continuation of the Sealing Order would be futile and would unnecessarily prevent potential victims from receiving notice.

Dated:   September 20, 2022

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

_____
Matthew J. Gulde
Illinois Bar No. 6272325

S.D. Texas Bar No. 1821299
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-1410
Facsimile: (817) 978-4927
guldem@sec.gov

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I affirm that on September 20, 2022, I filed the forgoing document under seal with the Clerk of the Court for the Southern District of Texas, Houston Division, by delivering it to Clerk of Court, and that I will serve all parties of record in accordance with one or more methods of service authorized by the Temporary Restraining Order and Orders Freezing Assets and Granting Other Relief.

Dated: September 20, 2022

_____
Matthew J. Gulde