United States District Court
Southern District of Texas
**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:22-mc-1572 |
| ) | |
| v. ) | |
| ) | |
| **MAURICIO CHAVEZ,** ) | JURY TRIAL DEMANDED |
| **GIORGIO BENVENUTO, and** ) | |
| **CryptoFX, LLC,** ) | |
| ) | |
| Defendants, ) | |
| ) | |
| **CBT GROUP, LLC,** ) | |
| ) | |
| Relief Defendant. ) | |
| ) | |

## ORDER TO UNSEAL

Before the Court is Plaintiff's Motion to Unseal in this matter. The Court has reviewed the Motion and is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Unseal shall be GRANTED.

**SO ORDERED.**

September 29, 2022

_____
Andrew S. Hanen
United States District Judge