IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-03359 |
| § | |
| MAURICIO CHAVEZ, § | JURY TRIAL DEMANDED |
| GIORGIO BENVENUTO, and § | |
| CRYPTOFX, LLC, § | |
| § | |
| Defendants, § | |
| § | |
| CBT GROUP, LLC, § | |
| § | |
| Relief Defendant. § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John H. Sklar of Magallón & Sklar, L.L.P. hereby enters his appearance in the above-captioned matter as counsel for Defendants Mauricio Chavez and CryprtoFX, LLC and requests that the undersigned be served with copies of all pleadings, notices, motions, orders, and other documents filed in this proceeding.

Dated: September 30, 2022                Respectfully submitted,

                                                        MAGALLÓN & SKLAR, L.L.P.

                                                        By: /s/ John H. Sklar
                                                              John H. Sklar
                                                              State Bar No. 18474200
                                                              Federal ID No. 7744
                                                              500 Jefferson Street, Suite 2000
                                                              Houston, Texas 77002
                                                              (713) 658-8500
                                                              (713) 658-0690 (Fax)
                                                              jsklar@magallonsklar.com

                                                        *Attorneys for Mauricio Chavez and CryptoFX, LLC*

2

## CERTIFICATE OF SERVICE

      I certify that on September 30, 2022, I electronically filed the foregoing Notice of Appearance via CM/ECF which will send an electronic notice to the following:

Matthew J. Gulde
guldem@sec.gov
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102
*Attorney for Plaintiff*

                                                       /s/ John H. Sklar
                                                       John H. Sklar