IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AAND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIRGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § | |

## NOTICE OF APPEARANCE OF RECEIVER

John Lewis, Jr. of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters his appearance as the Court-appointed Receiver in the above-referenced action pursuant to the Court's Order Appointing Receiver (ECF # 11).

Mr. Lewis requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic case filing system.

Dated: October 3, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ John Lewis, Jr.*
    John Lewis, Jr.
    Texas Bar No. 24108103
    S.D. Tex. Bar No. 3435473
    Sonila Themeli
    Texas Bar No. 24073588
    S.D. Tex. Bar No. 2828237
    600 Travis Street, Suite 3400
    Houston, TX 77002
    Telephone: 713.227.8008
    Facsimile: 713.227.9508
    jolewis@shb.com
    sthemeli@shb.com

    ***Court-Appointed Receiver***

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of October, 2022, the above and foregoing document was filed electronically through the CM/ECF system, which sent notification of such filing to all known counsel of record, addressed as follows:

| | |
|---|---|
| Matthew J. Gulde<br>UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX  76102<br>Telephone:   817.978.1410<br>Facsimile:    817.978.4927<br>guldem@sec.gov<br><br>*Attorney for Plaintiff* | John H. Sklar<br>MAGALLON & SKLAR, L.L.P.<br>500 Jefferson Street, Suite 2000<br>Houston, TX 77002-7337<br>Telephone:  713.658.8500<br>Facsimile:   713.658.0690<br>jsklar@magallonsklar.com<br><br>*Attorney for Defendant,*<br>*Mauricio Chavez* |

*/s/ John Lewis, Jr.*
*John* Lewis, Jr.