IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AAND EXCHANGE COMMISSION, | § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| vs. | | |
| MAURICIO CHAVEZ, GIRGIO BENVENUTO and CryptoFX, LLC, | | CIVIL ACTION NO. 4:22-CV-03359 |
| | | JUDGE ANDREW S. HANEN |
| *Defendants.* | | |
| CBT Group, LLC, | | |
| *Relief Defendant.* | | |

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Sonila Themeli of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters her appearance as additional counsel associated with Receiver, John Lewis, Jr., in the above-referenced action pursuant to the Court's Order Appointing Receiver (ECF # 11).

Ms. Themeli requests that she receive electronic notice of all filings in the above-referenced action through the Court's electronic case filing system.

Dated:  October 3, 2022            Respectfully submitted,

                                                SHOOK, HARDY & BACON L.L.P.

By: */s/ Sonila Themeli*
    John Lewis, Jr.
    Texas Bar No. 24108103
    S.D. Tex. Bar No. 3435473
    Sonila Themeli
    Texas Bar No. 24073588
    S.D. Tex. Bar No. 2828237
    600 Travis Street, Suite 3400
    Houston, TX 77002
    Telephone:  713.227.8008
    Facsimile:   713.227.9508
    jolewis@shb.com
    sthemeli@shb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of October, 2022, the above and foregoing document was filed electronically through the CM/ECF system, which sent notification of such filing to all known counsel of record, addressed as follows:

Matthew J. Gulde
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:   817.978.1410
Facsimile:    817.978.4927
guldem@sec.gov

*Attorney for Plaintiff*

John H. Sklar
MAGALLON & SKLAR, L.L.P.
500 Jefferson Street, Suite 2000
Houston, TX 77002-7337
Telephone:  713.658.8500
Facsimile:   713.658.0690
jsklar@magallonsklar.com

*Attorney for Defendant,*
*Mauricio Chavez*


*/s/ Sonila Themeli*
Sonila Themeli