EXHIBIT "A"

DECLARATION PURSUANT TO ORDER APPOINTING RECEIVER (Doc. No. 11)

The Undersigned hereby declares under penalty of perjury:

1. I am a partner with the law firm of Shook Hardy & Bacon, LLP, with an office located at 3400 JP Morgan Chase Tower, 600 Travis Street, Houston, TX, 77002 (the "Firm").

2. The Firm requests Court approval to be retained as legal counsel to me in my capacity as Court-Appointed Receiver in this case. To the best of my knowledge, after formal conflict check, the Firm has no professional, business or other connection to any party in this matter. Further, the Firm represents no interest adverse to this Receivership estate in connection to the matters upon which the Firm is to be engaged.

3. Pursuant to the Receivership Order, the Firm will not expect or receive any compensation from the Receivership Estate except upon application to and approval by the Court.

This 7th day of October 2022.

_____
Signature

4875-3846-0470