IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

## ORDER GRANTING RECEIVER'S MOTION TO EMPLOY SHOOK, HARDY & BACON LLP AS LEGAL COUNSEL

This cause, having come before the Court on Receiver's Motion to Employ Shook, Hardy & Bacon LLP as Legal Counsel, and the Court, having considered the motion and all other relevant facts, finds the Motion to be good and the same is hereby granted subject to the terms and conditions set out in the Receiver's Motion. It is, therefore,

ORDERED that Receiver, John Lewis, Jr. is permitted to retain Shook, Hardy & Bacon LLP as legal counsel subject to the terms and conditions set out in the Receiver's Motion.

**IT IS SO ORDERED**

SIGNED this _____ day of _____, 2022.

_____
Hon. Andrew S. Hanen
United States District Judge