EXHIBIT "A"

DECLARATION PURSUANT TO ORDER APPOINTING RECEIVER (Doc. No. 11)

The Undersigned hereby declares under penalty of perjury:

1. I am the managing principal of Hays Financial Consulting, LLC, with an office located at 2964 Peachtree Road NW, Ste. 555| Atlanta, GA 30305 ("HFC").

2. HFC requests Court approval to be retained as financial consultants and accountants to John Lewis, Jr., in his capacity as Court-Appointed Receiver in this case. To the best of my knowledge, after formal conflict check, HFC has no professional, business or other connection to any party in this matter. Further, HFC represents no interest adverse to this Receivership estate in connection to the matters upon which HFC is to be engaged.

3. Pursuant to the Receivership Order, HFC will not expect or receive any compensation from the Receivership Estate except upon application to and approval by the Court.

This 6 day of October 2022

_____
S. Gregory Hays