IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § | |

## ORDER GRANTING RECEIVER'S MOTION TO EMPLOY HAYS FINANCIAL CONSULTING, LLC AS FINANCIAL CONSULTANTS & ACCOUNTANTS

This cause, having come before the Court on Receiver's Motion to Employ Hays Financial Consulting, LLC as Financial Consultants and Accountants, and the Court, having considered the motion and all other relevant facts, finds the motion to be good and the same is hereby granted. It is, therefore,

ORDERED that Receiver, John Lewis, Jr. is permitted to retain Hays Financial Consulting, LLC to act as financial consultants and accountants.

SIGNED this _____ day of _____, 2022.

_____
ANDREW S. HANEN