| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03359 |
|---|---|---|---|

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff

*versus*

MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, Defendants, CBT Group, LLC, Relief Defendant

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Caroline M. Gieser<br>Shook, Hardy & Bacon L.L.P.<br>1230 Peachtree Street, NE, Suite 1200<br>Atlanta, GA 30309<br>(470) 867-6000 cgieser@shb.com<br>GA Bar No. 167916, NC Bar No. 51610, & SC Bar No. 102718<br>USDCs for NDGA, MDGA, SDGA, SC, WDNC, MDNC, EDNC, & 4th Circuit Court of Appeals |

| Name of party applicant seeks to appear for: | John Lewis, Jr., Receiver |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/10/2022        Signed: *Caroline M. Gieser*

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**

**This lawyer is admitted** *pro hac vice.*

Dated: _____        _____
United States District Judge