United States District Court
Southern District of Texas
**ENTERED**
October 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03359 |
|---|---|---|---|

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff |
|---|
| *versus* |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, Defendants, CBT Group, LLC, Relief Defendant |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Caroline M. Gieser<br>Shook, Hardy & Bacon L.L.P.<br>1230 Peachtree Street, NE, Suite 1200<br>Atlanta, GA 30309<br>(470) 867-6000 cgieser@shb.com<br>GA Bar No. 167916, NC Bar No. 51610, & SC Bar No. 102718<br>USDCs for NDGA, MDGA, SDGA, SC, WDNC, MDNC, EDNC, & 4th Circuit Court of Appeals |
|---|---|

| Name of party applicant seeks to appear for: | John Lewis, Jr., Receiver |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/10/2022 | Signed: *Caroline M. Gieser* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 10/11/2022 | Clerk's signature: *R. Hawkins* |

**Order**

Dated: 10/11/22

This lawyer is admitted *pro hac vice*.

_____
United States District Judge