UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMM.** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 4:22-CV-3359** |
| | § | |
| **MAURICIO CHAVEZ et al.** | § | |

## ORDER TO PAY FEES

The law firm Gerger, Hennessy & Martin has moved to transfer $17,342.50 from its trust account to pay for legal work the firm provided during September 2022. The Receiver has reviewed the motion and does not object to the September fees. For the reasons stated in the motion, the motion is granted, and the law firm may transfer $17,342.50 from its trust account to pay for services provided.

Signed: October _____, 2022, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE