IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:22-cv-03359 | |
| § | | |
| MAURICIO CHAVEZ, § | JURY TRIAL DEMANDED | |
| GIORGIO BENVENUTO, and § | | |
| CRYPTOFX, LLC, § | | |
| § | | |
| Defendants, § | | |
| § | | |
| CBT GROUP, LLC, § | | |
| § | | |
| Relief Defendant. § | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Mauricio Chavez and CryptoFX, LLC (together, "Defendants") file this unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiff's Complaint filed in this action.

Under the Federal Rules of Civil Procedure, Defendants deadline to file their responsive pleading was October 19, 2022. In order for Defendants to have sufficient time to evaluate the allegations in the Complaint and continue discussions with Plaintiff's counsel, Defendants move to extend their deadline to answer or otherwise respond to the Complaint until November 9, 2022. This requested extension is not sought for delay and does not change the date for any hearing.

The undersigned counsel for Defendants conferred with counsel for Plaintiff and confirmed that Plaintiff agrees with the relief sought.

Defendants therefore respectfully ask this Court to extend until November 9, 2022, the time within which they may answer or otherwise respond to Plaintiff's Complaint. This is Defendants' first request for an extension of this deadline.

Dated:  October 20, 2022           Respectfully submitted,

                                   MAGALLÓN & SKLAR, L.L.P.


                                   /s/ John H. Sklar
                                   John H. Sklar
                                   State Bar No. 18474200
                                   Federal ID No. 7744
                                   500 Jefferson Street, Suite 2000
                                   Houston, Texas 77002
                                   (713) 658-8500
                                   (713) 658-0690 (Fax)
                                   jsklar@magallonsklar.com

                                   *Attorneys for Mauricio Chavez and CryptoFX, LLC*

## CERTIFICATE OF CONFERENCE

I certify that on October 19, 2022, I conferred with counsel for Plaintiff regarding Defendants' response date.  Counsel for Plaintiff does not oppose this motion.


                                   /s/ John H. Sklar
                                   John H. Sklar

## CERTIFICATE OF SERVICE

I certify that on October 20, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.


                                   /s/ John H. Sklar
                                   John H. Sklar