# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO, and CRYPTOFX, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendants, | § § | |
| CBT GROUP, LLC, | § § | |
| Relief Defendant. | § | |

## **ORDER**

Before the Court is an unopposed motion for extension of time to answer or otherwise respond to Plaintiff's Complaint, filed by Defendants Mauricio Chavez and CryptoFX, LLC. Upon consideration, the Court finds the motion should be GRANTED.

It is FURTHER ORDERED that Defendants Mauricio Chavez and CryptoFX, LLC shall answer or otherwise respond to Plaintiff's Complaint on or before November 9, 2022.

SIGNED this _____ day of _____, 2022.

_____
Hon. Andrew S. Hanen
United States District Judge