IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO, and CRYPTOFX, LLC, | § § § § § | JURY TRIAL DEMANDED |
| Defendants, | § § | |
| CBT GROUP, LLC, | § § | |
| Relief Defendant. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Magallón & Sklar, L.L.P. and John H. Sklar ("Firm") file this Unopposed Motion to Withdraw as Counsel for Defendants Mauricio Chavez and CryptoFX, LLC, and in support thereof would show as follows:

1. The undersigned counsel hereby ask this Court to allow them to withdraw as attorneys for Defendants. Good cause exists for the Court to grant this Motion because communications between the Firm and Defendants are problematic, and the Firm's requests for information and documents have been met with negligible response from Defendants. Continuation of representation in this matter has been rendered unreasonably difficult. Furthermore, the Firm accepted the representation of the Defendants with the express expectation, understanding, and agreement that the Firm would be paid for the legal services rendered. Defendants have failed to meet an obligation to the Firm by failing to pay legal fees as agreed. Magallón & Sklar, L.L.P. and the undersigned now seek to withdraw as counsel of record for Defendants. This Motion is not sought for purposes of delay, but so that justice might be done.

2. The Firm's withdrawal as counsel of record for Defendants will cause no prejudice to any party herein and will neither delay nor interfere with the disposition of this case.

3. A copy of this Motion has been delivered to Defendants who have been notified in writing of their right to object to this Motion. *See* Exhibit A, November 3, 2022 Letter to Mauricio Chavez and CryptoFX, LLC.

4. Mauricio Chavez's last known address is 9423 Autauga Street, Houston, Texas 77080. CryptoFX, LLC's last known office address is 1124 Blalock Road, Houston, Texas 77055. Defendants have been informed of all pending deadlines in this case, which are listed here, as well as in Exhibit A:

| November 8, 2022 | Deposition of Angelica Vargas |
| --- | --- |
| November 9, 2022 | Answer Deadline for Mauricio Chavez and CryptoFX, LLC |

5. The undersigned counsel has conferred with counsel for Plaintiff and counsel for the Receiver and confirmed that Plaintiff and the Receiver do not oppose the relief sought.

WHEREFORE, the undersigned respectfully request that the Court grant this Unopposed Motion to Withdraw as Counsel of record for Defendants Mauricio Chavez and CryptoFX, LLC and for such other relief to which this Court finds them entitled.

Dated:  November 3, 2022                     Respectfully submitted,

MAGALLÓN & SKLAR, L.L.P.


/s/ John H. Sklar
John H. Sklar
State Bar No. 18474200
Federal ID No. 7744
500 Jefferson Street, Suite 2000
Houston, Texas 77002
(713) 658-8500
(713) 658-0690 (Fax)
jsklar@magallonsklar.com

*Attorneys for Mauricio Chavez and CryptoFX, LLC*


**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with counsel for Plaintiff, Matthew Gulde, and the Receiver, John Lewis, Jr., who each stated that they are unopposed to the requested relief.


/s/ John H. Sklar
John H. Sklar


**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.


/s/ John H. Sklar
John H. Sklar