# EXHIBIT A

**MAGALLÓN & SKLAR, L.L.P.**
ATTORNEYS AT LAW
500 JEFFERSON STREET, SUITE 2000
HOUSTON, TEXAS 77002-7337
(713) 658-8500
FACSIMILE (713) 658-0690

November 3, 2022

**Via Email**

Mr. Mauricio Chavez
9423 Autauga Street
Houston, Texas 77080

Mr. Mauricio Chavez
CryptoFX, LLC
1124 Blalock Road
Houston, Texas 77055

> Re: Civil Action No. 4:22-cv-03359; *Securities and Exchange Commission v. Mauricio Chavez, et al.*; In the U.S. District Court for the Southern District of Texas, Houston Division

Dear Mauricio:

We will be filing today our Unopposed Motion to Withdraw as Counsel (the "Motion") in the above-captioned matter. This Motion informs the Court of our intent to withdraw as counsel of record for CryptoFX, LLC and you in this case.

As we discussed, you have the right to object to this Motion.

As also discussed, and for your information, the pending deadlines in this case are listed below:

| | |
|---|---|
| November 8, 2022 | Deposition of Angelica Vargas |
| November 9, 2022 | Answer Deadline for Mauricio Chavez and CryptoFX, LLC |

If you have any questions, please feel free to contact me.

Sincerely,

*[signature]*

John H. Sklar

7.7025.1