**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:22-cv-03359 | |
| § | | |
| MAURICIO CHAVEZ, § | JURY TRIAL DEMANDED | |
| GIORGIO BENVENUTO, and § | | |
| CRYPTOFX, LLC, § | | |
| § | | |
| Defendants, § | | |
| § | | |
| CBT GROUP, LLC, § | | |
| § | | |
| Relief Defendant. § | | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by the law firm of Magallón & Sklar, L.L.P. and John H. Sklar. Upon consideration, the Court finds good cause to allow the law firm of Magallón & Sklar, L.L.P. and John H. Sklar to withdraw and the Motion should be and is hereby GRANTED. It is therefore

ORDERED that Magallón & Sklar, L.L.P. and John H. Sklar are permitted to withdraw as counsel of record for Defendants Mauricio Chavez and CryptoFX, LLC and are hereby relieved of any further responsibilities and duties in connection the representation and defense of Mauricio Chavez and CryptoFX, LLC in this action.

SIGNED this _____ day of _____, 2022.

_____
Hon. Andrew S. Hanen
United States District Judge