# EXHIBIT A

## DECLARATION PURSUANT TO ORDER APPOINTING RECEIVER (ECF # 11)

The Undersigned hereby declares under penalty of perjury:

1. I am a partner of Pugh Accardo LLC, with an office located at 1100 Poydras Street, Suite 3600, New Orleans, LA 70163.

2. Pugh Accardo requests Court approval to be retained as local counsel in the State of Louisiana to John Lewis, Jr., in his capacity as Court-Appointed Receiver in this case. To the best of my knowledge, after formal conflict check, Pugh Accardo has no professional, business or other connection to any party in this matter. Further, Pugh Accardo represents no interest adverse to this Receivership estate in connection to the matters upon which Pugh Accardo is to be engaged.

3. Pursuant to the Receivership Order, Pugh Accardo will not expect or receive any compensation from the Receivership Estate except upon application to and approval by the Court.

This 8th day of November 2022

_____
Ernest G. Foundas