United States District Court
Southern District of Texas
**ENTERED**
November 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| *Defendants.* | § § | JUDGE ANDREW S. HANEN |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § | |

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO EMPLOY PUGH ACCARDO LLC

This cause, having come before the Court on Receiver's Unopposed Motion to Employ Pugh Accardo, LLC to serve as the Receiver's local counsel in the State of Louisiana in this matter, and the Court, having considered the Motion and all other relevant facts, finds the Motion to be good, and the same is hereby granted. It is, therefore,

ORDERED that Receiver, John Lewis, Jr. is permitted to retain Pugh Accardo, LLC to serve as the Receiver's local counsel in the State of Louisiana in this matter.

SIGNED this ___10th___ day of ___November___, 2022.

_____
HON. ANDREW S. HANEN
United States District Court Judge