IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| *Defendants.* | § § § | JUDGE ANDREW S. HANEN |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § § | |

**ORDER GRANTING RECEIVER'S AMENDED MOTION
TO EMPLOY HAYS FINANCIAL CONSULTING, LLC AS FINANCIAL
CONSULTANTS AND ACCOUNTANTS**

This cause, having come before the Court on Receiver's Amended Motion to Employ Hays Financial Consulting, LLC as Financial Consultants & Accountants to serve as the Receiver's financial consultants and accountants in this matter, and the Court, having considered the Motion and all other relevant facts, finds the Motion to be good, and the same is hereby granted. It is, therefore,

ORDERED that Receiver, John Lewis, Jr. is permitted to retain Hays Financial Consulting, LLC to serve as the Receiver's financial consultants and accountants in this matter.

SIGNED this _____ day of _____, 2022.

_____
HON. ANDREW S. HANEN
United States District Court Judge

4896-0320-4672