# EXHIBIT A

## VOLUMEN DE JULIO 2022

| | PAYMENTS | COMISSION | BONO ELITE | TOTAL VOLUMEN |
|---|---|---|---|---|
| ELIZABETH | $ 1,838,540.00 | $ 1,404,177.00 | $ 320,080.00 | $ 114,000.00 | 320,363.00 |
| OLGA | $ 685,100.00 | $ 1,299,418.00 | $ 127,049.00 | $ 32,640.00 | (646,958.00) |
| NALLELY | $ | $ 632,449.00 | $ - | $ - | (632,449.00) |
| REYNA | $ 1,691,920.00 | $ 1,754,172.00 | $ 280,041.00 | $ 47,000.00 | (109,252.00) |
| GLORIA | $ 1,119,137.00 | $ 947,952.00 | $ 203,610.00 | $ 112,000.00 | 59,185.00 |
| CLAUDIA | $ 121,000.00 | $ 197,096.00 | $ 20,570.00 | $ 5,500.00 | (81,596.00) |
| ISMAEL | $ 8,772,000.00 | $ 5,000,856.00 | $ 1,503,106.00 | $ - | 3,771,144.00 |
| FLOR | $ 4,241,500.00 | $ 2,428,991.00 | $ 735,615.00 | $ 90,250.00 | 1,722,259.00 |
| FLOR OKLAHOMA | $ 122,500.00 | $ 208,982.00 | $ 17,425.00 | $ - | (86,482.00) |
| ROBERTO ZAVALA | $ 1,425,000.00 | $ 1,326,880.00 | $ 242,400.00 | $ 38,250.00 | 59,870.00 |
| JORGE FUENTES | $ 70,000.00 | $ 423,138.00 | $ 11,900.00 | $ - | (353,138.00) |