# Exhibit B

**SEC v. CrpytoFX, LLC**

**Actual and Estimated Total Revenue**

| Month | Year | Actual CFX Revenue as Reported | Estimated Revenue based on Actual trend | Actual plus Estimated Revenue | CrpytoFX Source of Actual Revenue Figures |
|---|---|---|---|---|---|
| Jan | 2021 | $3,881,807 | | $3,881,807 | REL0000028786.XLXS |
| Feb | 2021 | $2,900,991 | | $2,900,991 | REL0000028786.XLXS |
| March | 2021 | $4,963,724 | | $4,963,724 | REL0000028786.XLXS |
| April | 2021 | $0 | $4,000,000 | $4,000,000 | |
| May | 2021 | $0 | $4,000,000 | $4,000,000 | |
| Jun | 2021 | $0 | $5,000,000 | $5,000,000 | |
| July | 2021 | $0 | $6,000,000 | $6,000,000 | |
| Aug | 2021 | $0 | $7,000,000 | $7,000,000 | |
| Sept | 2021 | $0 | $8,000,000 | $8,000,000 | |
| Oct | 2021 | $0 | $9,000,000 | $9,000,000 | |
| Nov | 2021 | $10,133,068 | | $10,133,068 | REL00000366080.XLXS |
| Dec | 2021 | $0 | $10,000,000 | $10,000,000 | |
| Jan | 2022 | $13,181,660 | | $13,181,660 | REL0000025491.XLXS |
| Feb | 2022 | $14,104,323 | | $14,104,323 | REL0000025491.XLXS |
| March | 2022 | $20,686,530 | | $20,686,530 | REL0000028780.XLXS (March 30 total was over $2 million |
| April | 2022 | $20,844,945 | | $20,844,945 | REL0000028795.XLXS |
| May | 2022 | | $15,000,000 | $15,000,000 | REL0000028781.XLXS (Total of $10.6MM but missing 8 days) |
| Jun | 2022 | | $15,000,000 | $15,000,000 | |
| July | 2022 | $20,036,697 | | $20,036,697 | CFX Report titled "Volume de Julio 2022" |
| Aug | 2022 | | $15,000,000 | $15,000,000 | |
| Sept | 2022 | | $15,000,000 | $15,000,000 | |
| | | **$110,733,745** | **$113,000,000** | **$223,733,745** | Total based on 9 months actual CFX data and 12 months estimated. |

In addition, the Receiver does not have any revenue information for 2020.

**Estimated Number of Unique Investors:**

Receiver has not identified any reports of total number of investors and has estimated the number from the following information:

| | | |
|---|---|---|
| Total Investment Contracts | 56,000 | CFX Investor Contract Number. A unique number of every contract. |
| Estimated percentage of Renewal / Rollovers | 30% | Conservatively estimated from rollovers on monthly investor lists |
| **Calculated Number of Unique Investors** | **39,200** | This estimate is base on rollover % and an accurate number of total contracts used by CFX. |

| | | |
|---|---|---|
| Estimated Total Revenue per above | $223,733,745 | |
| Calculated Number of Unique Investors | 39,200 | |
| Calculated Average Investment Per Investor | $5,707 | Base on review of daily reports of investors, this average ' investment amount appears to a good representation of the average amount per contract. |

| | |
|---|---|
| An investor list included as Exhibit 11 to Chavez Deposition was 801 pages contained 26,000 line items for investors. The report is undated and was included Chavez' deposition on 2/10/22. The report contains 8,900 unique phone numbers. Receiver is not certain why investors were listed on average 3 times on the report. | CFX_019670 |
| CFX Daily Reports for January and February 2022 indicate a rollover percentage of funds invested of 16.2%. However, this is funds and not the number of investors. | REL0000025491.XLXS |
| CFX Daily Report of funds invested on March 30, 2022 indicates a Rollover percentage of 13.7%. However, this represent funds and not the number for investors | REL0000028780.XLS |

**The Receiver is continuing to investigate the total number of investors**

