# EXHIBIT C

Receiver's First Interim Report
Exhibit xxx

## SUMMARY OF DATA COLLECTION

The chart below describes the devices collected from CFX's offices at Blalock, the location

of the device and the corresponding size of files and file count.  The red cells show the devices

protected by passwords or encrypted, and from which the data has not yet been collected.

| Device | Location | Image Size | File count |
|---|---|---|---|
| SanDisk SDCard | CryptoFX Canon Camera SD | 22.7 GB | 1468 |
| HP Envy | Room 6E | 70.5 GB | 43143 |
| HP ProBook 640 G2 | Room 6A (a) | 21.1 GB | 32032 |
| Dell Inspirion 24 | Room 6C | 87.4 GB | 15935 |
| Dell Inspirion 24 | Room 6B | 91.3 GB | 23424 |
| Dell Inspirion 24 | Room 2A (annex) | 108 GB | 21664 |
| HP Model 24 | Room 2E | 238 GB | 52340 |
| HP Model 24 | Room 2G (b) | 34.8 GB | 65799 |
| HP 24-cb1141 | Room 2G (a) | 33.4 GB | 51092 |
| HP Model 24 | Room 6D | 238 GB | 197082 |
| HP Model 24 | Room 2B | 238 GB | 45923 |
| Custom Desktop PC (White) | Room 1D (a) | 477 GB | 78380 |
| Custom Desktop PC (White) | Room 2H | 931 GB | 9182 |
| Custom Desktop PC (White, Black) | Room 1C | 447 GB  / 18.2 GB | 6838 |
| HP EliteDesk | Room 1A (a) | 447 GB | 17347 |
| HP Model 24 | Room 2A (a) | 477 GB | 31954 |
| HP Model 24 | Room 2C | 0 | |
| HP Laptop Model 15 | Room 2F (a) | 0 | |
| IdeaPad Slim 7 | Room 1B | 477 GB | 29698 |
| Apple MacBook Pro | Room 2A (b) | 113 GB | 38365 |
| HP Stream | Room 2D | 29.1 GB | 31285 |
| HP Envy Model 13m | Room 6F | 0 | |
| IdeaPad Flex 5 | Room 2F (b) | 0 | |
| PNY USB | No Labels | 145 MB | 146 |
| SanDisk SDCard | No Labels | 0 | |
| HikVision Video Recorder | No Labels | 0 | |
| Ledger Device | No Labels | 0 | |
| Apple iMac | Room 6A (b) | 931 GB | 357960 |
| Apple iMac | Room 1D (b) | 931 GB | 167130 |
| Apple iMac | Room 1A (b) | 931 GB | 209134 |

| | | | |
|---|---|---|---|
| Samsung Galaxy Phone | Room 6B | 128 GB | 36353 |
| Apple iPad Air | Room 1C | | |