# EXHIBIT D

NAME: ███████

ADDRESS: ███████

START DATE: 09/28/2022 DUE DATE: 03/28/2023

PHONE: ███████

E-MAIL:

DIRECT SPONSOR 7%: ███████

INDIRECT SPONSOR 3%: ███████

**X CFX**

No. 056030

**BRONZE** PACKAGE 1K+

**SILVER** PACKAGE 5K+

**GOLD** 10K+

$ _____    $ 5000    $ _____

MONTHLY ☐    3 MONTHS ☒    6 MONTHS ☐    CONTRACT RENEWAL ☐

MONTH 1 12-28-22 _____

MONTH 2 03-28 23 _____

MONTH 3 _____

MONTH 4 _____

MONTH 5 _____

MONTH 6 _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

███████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF 5000.

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT.

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

███████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOVLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

X ███████

STUDENT'S SIGNATURE

DATE: 09-28-22

CRYPTOFX,LLC REPRESENTATIVE

DATE: 09.28.22

CRYPTOFX,LLC RECEIVER

DATE: 09-28-22

**CFX**

800 Town and Country Blvd, Suite 300, Houston, TX 77024    Tels: 832-888-6924 / 832-997-1240 / 832-404-1291    www.cryptofxla.com

**#1**

**CFX lifestyle**

**X CFX**

ADDRESS: ▮▮▮▮▮▮

START DATE: 09 / 28 / 22   DUE DATE: 03 / 28 / 23

PHONE: ▮▮▮▮▮▮

E-MAIL: ▮▮▮▮▮▮

DIRECT SPONSOR 7%: ▮▮▮▮▮▮

INDIRECT SPONSOR 3%: ▮▮▮▮▮▮

No. 056031

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** **10K+**

$ _____   $ 5,000   $ _____

MONTHLY ☐    3 MONTHS ☑    6 MONTHS ☐    CONTRACT RENEWAL ☐

MONTH 1 _12 - 28 - 22_ _____
MONTH 2 _03 - 28 - 23_ _____
MONTH 3 _____ _____
MONTH 4 _____ _____
MONTH 5 _____ _____
MONTH 6 _____ _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I ▮▮▮▮▮▮ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF ___ $5,000 ___

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I ▮▮▮▮▮▮ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE ▮▮▮▮▮▮

CRYPTOFX,LLC REPRESENTATIVE

CRYPTOFX,LLC RECEIVER

DATE: 09 - 28 - 22    DATE: 09 - 28 - 22    DATE: 09 - 28 - 22

800 Town and Country Blvd, Suite 300, Houston, TX 77024    Tels: 832-888-6924 / 832-907-1240 / 832-404-1291    www.cryptofxla.com    CFX

**CFX** lifestyle

ADDRESS: ▮▮▮▮▮▮
START DATE: 09 / 28 / 22   DUE DATE: 03 / 28 / 23
PHONE: ▮▮▮▮▮▮
E-MAIL: ▮▮▮▮▮▮
DIRECT SPONSOR 7%: ▮▮▮▮▮▮
INDIRECT SPONSOR 3%: ▮▮▮▮▮▮

**CFX**

No. 056034

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** PACKAGE **10K+**

$ _____   $ 5,000   $ _____

MONTHLY ☐   3 MONTHS ☑   6 MONTHS ☐   CONTRACT RENEWAL ☐

MONTH 1  12 - 28 - 22  _____
MONTH 2  03 - 28 - 23  _____
MONTH 3 _____
MONTH 4 _____
MONTH 5 _____
MONTH 6 _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

▮▮▮▮▮▮ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF  $5,000

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL  ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF, IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I ▮▮▮▮▮▮ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT.  A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

**STUDENT'S SIGNATURE** _____   **CRYPTOFX,LLC REPRESENTATIVE** _____   **CRYPTOFX,LLC RECEIVER** _____

DATE: 09 - 28 - 22   DATE: 09 - 28 - 22   DATE: 09 - 28 - 22

800 Town and Country Blvd, Suite 300, Houston, TX 77024   Tels: 832-888-6924 / 832-997-1240 / 832-404-1291   www.cryptofxia.com   **CFX** ◯ f

#4

**CFX lifestyle**

ADDRESS: ▮▮▮▮▮▮▮▮▮▮

START DATE: 09 / 28 / 22  DUE DATE: 03 / 28 / 23

PHONE: ▮▮▮▮▮▮▮▮

E-MAIL: ▮▮▮▮▮▮▮▮

DIRECT SPONSOR 7%: ▮▮▮▮▮▮▮▮

INDIRECT SPONSOR 3%: ▮▮▮▮▮▮▮▮

**X CFX**

No. 056032

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** PACKAGE **10K+**

$ _____    $ 5,000    $ _____

MONTHLY ☐    3 MONTHS ☑    6 MONTHS ☐    CONTRACT RENEWAL ☐

MONTH 1 12 - 28 - 22 _____ _____ _____

MONTH 2 03 - 28 - 23 _____ _____ _____

MONTH 3 _____ _____ _____ _____

MONTH 4 _____ _____ _____ _____

MONTH 5 _____ _____ _____ _____

MONTH 6 _____ _____ _____ _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

### VENTURE AGREEMENT CRYPTOFX,LLC

I ▮▮▮▮▮▮▮▮ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $5,000

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

### CONFIDENTIAL AGREEMENT

I ▮▮▮▮▮▮▮▮ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE

DATE: 09 - 28 - 22

CRYPTOFX,LLC REPRESENTATIVE

DATE: 09 - 28 - 22

CRYPTOFX,LLC RECEIVER

DATE: 09 - 28 - 22

**CFX**

800 Town and Country Blvd, Suite 300, Houston, TX 77024    Tels: 832-888-8924 / 832-997-1240 / 832-404-1291    www.cryptofxla.com