# EXHIBIT E

**Receiver's First Interim Report**

## ASSET FREEZE AND FINANCIAL RECORDS

As of the filing of the Receiver's First Interim Report, Freeze Letters have been served by the S.E.C. and the Receiver upon the following entities:

**Banks and Financial Institutions**

1. Regions Bank (by Receiver)
2. Peoples Trust Federal Credit Union
3. PNC Bank
4. Cadence Bank
5. First Community Credit Union
6. Spirit Bank of Texas
7. Simmons Bank
8. First Citizens Bank
9. Gemini Trust Company
10. Woodforest National Bank
11. Lonestar Bank
12. JP Morgan Chase
13. The Bancorp
14. IHG
15. Hunnington National Bank
16. Bank of America
17. Capital One
18. Wells Fargo Bank
19. Popular Bank

**Crypto Entities**

1. Blockchain
2. Bittrex
3. Coinbase
4. Block, Inc.
5. Kracken

**Other Entities**

1. University Title Company