# EXHIBIT F

**Receiver's First Interim Report**

## THIRD-PARTY SUBPOENAS

As of the filing of the Receiver's First Interim Report, third-party subpoenas requesting production of records and information have been issued by the Receiver upon the following entities and/or individuals:

1. Coinbase, Inc.
2. PayPal Holdings, Inc.
3. Regions Financial Corporation
4. Ebenezer Constructions Inc.
5. Gabriel Torres
6. Teresa Torres
7. PRWCSWTX LLC
8. Rapp & Krock PC
9. Joaquin Santamaria, Santamaria Services
10. Henry Nguyen CPA PLLC