# EXHIBIT G

**Receiver's First Interim Report**

## APPROXIMATE EXPENSES INCURRED

| Date | Vendor | Cost | Purpose |
|---|---|---|---|
| 9/29/2022 | Abbot Houston Locksmith | $825.00 | Locksmith to change locks at 1124 Blalock |
| 10/4/2022 | KeyMe | $10.81 | Copy of key to 1124 Blalock |
| 10/10/2022 | FedEx Office | $5.39 | Notice of closure signs laminated for posting at 1124 Blalock |
| 10/13/2022 | ProShine Commercial and Residential Cleaning Service | $1,872.36 | Commercial cleaning of 1124 Blalock |
| 10/14/2022 | Translation & Interpretation Network | $85.00 | Translation of language for Receivership website |
| 10/18/2022 | KeyMe | $8.64 | Copy of key for Landlord to 1124 Blalock |
| 10/20/2022 | FedEx Office | $5.39 | QR code signage laminating for posting at 1124 Blalock |
| 10/20/2022 | Office Depot | $44.10 | Boxes purchased for packing of remaining items at 1124 Blalock |
| 10/20/2022 | Best Buy | $43.29 | Purchase of new SD card for Cannon camera for surveillance photos |
| 10/21/2022 | U.S. District Court, Southern District of Texas - Nichole Forrest | $218.45 | Court Reporter – original and one copy of September 29, 2022 Preliminary Injunction hearing |
| 10/27/2022 | U.S. District Clerk, Western District of Texas | $49.00 | Court filing fees - Notice of Filing Miscellaneous Action: Registration of Appointment of Receiver |
| 11/1/2022 | Home2Suites | $200.00 | Conference room booking for confidential investor interview |
| 11/7/2022 | Translation & Interpretation Network | $85.00 | FAQs translation for receiver website |
| 11/17/2022 | Abbot Houston Locksmith | $1,200.00 | Time and Labor to open Sentry Safe (small) |
| 11/18/2022 | Abbot Houston Locksmith | $1,500.00 | Time and Labor to open Wasatch Safe (large) |
| 11/28/2022 | Pugh Accardo, Attorneys At Law | $250.00 | Miscellaneous costs associated with Eastern District of Louisiana |
| 09/29/2022-11/28/2022 | Caroline Gieser | $129.98 | Miscellaneous travel expenses |

| 09/29/2022-11/28/2022 | John Lewis, Jr. | $379.06 | Miscellaneous imaging services (B&W and Color) |
| 09/29/2022-11/28/2022 | John Lewis, Jr. | $1,489.33 | Miscellaneous legal research (Lexis, Pacer, Westlaw) |
| 09/29/2022-11/28/2022 | John Lewis, Jr. | $166.18 | Miscellaneous postage expenses (USPS, UPS, FedEx, Courier Service) |

| **Total** | | **$8,566.98** |

4885-6358-6368 v1