# EXHIBIT H

**Receiver's First Interim Report**

## Estimated Professional Fees[1]

| Firm | Fees | Purpose |
|---|---|---|
| Shook, Hardy & Bacon L.L.P. | $185,240.00 | Fees associated with work performed in TX, LA, IL, CA and NJ |
| Pugh Accardo, Attorneys At Law | $560.00 | Fees associated with work performed in the Eastern District of Louisiana |
| Hays Consulting | $65,000.00 | Fees associated with work performed in TX, IL, LA |
| **Total** | **$245,800.00** | |

---

[1] All professional fees are subject to the approval of the Court pursuant to the Receivership Order.