# EXHIBIT I

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---:|
| **Liquidated Assets** | | |
| Cash | Cash located at 1124 Blalock | $53,346 |
| Cash in Safe | Recovered from two safes at Blalock | $392,765 |
| First Community Credit Union | Closed Benvenuto bank account | $407,042 |
| First Community Credit Union | Closed Benvenuto bank account | $44,406 |
| Bank of America | Closed Benvenuto bank account | $16,825 |
| Bank of America | Closed Benvenuto bank account | $4,500 |
| Simmons Bank | Closed Benvenuto bank account | $80,764 |
| Simmons Bank | Closed CBT bank account | $247,916 |
| Regions Bank | Closed Chavex bank account | $782 |
| Coinbase, Inc. | Proceeds from liquidation of crypto account | $982,924 |
| Blockchain.com | Proceeds from liquidation of crypto account | $1,161,141 |
| Burford Perry LLC | Balance of retainer | $155,631 |
| Gerger Hennessy & Martin LLP | Balance of retainer | $189,488 |
| | | **$3,737,530** |
| **Unliquidated Assets** | | |
| Cash | | |
| Cash (In Possession of Defendants) | | Unknown |
| | | |
| Bank Accounts | | |
| First Community Credit Union | Benvenuto Holdings frozen account | $109,077 |
| First Community Credit Union | Benvenuto Holdings frozen account | $1,625 |
| Regions Bank | Two frozen related entity bank accounts | $61,045 |
| | | |
| Investment / Crypto Accounts | | |
| Bittrex (Crypto Exchange) | Minimal balance | $6 |
| Gemini Trust Company LLC | Minimal balance | $11 |
| | | |
| Digital Assets | | |
| Cold Storage Crypto | Four non-custodial accounts at Blockchain.com. | Unknown |
| Cold Storage Crypto | Receiver possesses Ledger Nano drive. | Unknown |
| 79 Proton LLC | Receiver investigating value of unsold NFTs. | Unknown |
| | | |
| Escrow Deposits / Retainers | | |
| Jones Walker Retainer | To be turned over to Receiver | $125,000 |
| | | |
| Vehicles | | |
| 2021 Lexus ES350 F Sport | Ownership and status unknown | $50,000 |
| 2022 BMW X6 M501 | In Chavez's possession. Insured thru Geico. | $100,000 |
| 2021 Mercedes-Benz GLE AMG | In Chavez's possession. Insured thru Geico. | $60,000 |
| 2020 Jeep Gladiator | In Benvenuto's possession. Insured thru Geico. | $30,000 |

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---|
| Personal Property | | |
|    Chavez jewelry & personal property | In possession of individual defendant | Unknown |
|    Benvenuto personal property | In possession of individual defendant | $0 |
|    CFX furniture and fixtures | 1124 Blalock. Rented furniture returned. | $20,000 |
| Real Properties | | |
|    28 Lawrence Marshall Dr, Hemptstead, TX | Listed for sale by Receiver | $80,000 |
|    Hogan Lane, Hempstead | Listed for sale by Receiver | $80,000 |
|    Mack Washington, Hempstead, TX | To be listed for sale by Receiver | $2,050,000 |
| *Receiver Investigating — Property Addresses Redacted* | Fort Bend County, TX | $750,000 |
| | Fort Bend County, TX | $731,000 |
| | Fort Bend County, TX | $630,000 |
| | Fort Bend County, TX | $400,000 |
| | Fort Bend County, TX | $423,000 |
| Other | | |
|    Hair News Color n Cuts | Investment/purchase by Defendants | Unknown |
| Causes of Action | | |
|    Investor winner clawback claims | Receiver investigating | Unknown |
|    Commissions paid | Receiver investigating | Unknown |
| *Receiver Investigating — Recoveries Redacted* | Transfers to related company | $950,249 |
| | Transfers | Unknown |
| | Transfers | Unknown |
| | Investment/fraudulent transfer | Unknown |
| | Investment/fraudulent transfer | Unknown |
| | | **$6,651,013** |
| **Liquidated Plus Unliquidated Assets** | | **$10,388,543** |