# EXHIBIT J

# REPORT 03/30/2022

| REVENUE | | 2,029,000.00 |
|---|---|---|
| CASH | 2,029,000.00 | |
| BTC | | |
| CHECK | | |
| OTHER | | |
| UPGRADE | | 10,035.00 |
| ROLLOVER | | 278,193.00 |
| PAYMENT REC. | | - |
| TOTAL REVENUE | | 2,317,228.00 |

| | | |
|---|---|---|
| 100 = | | 400,000.00 |
| 50 = | | - |
| 20 = | | 18,000.00 |
| 10 = | | 5,000.00 |
| 5 = | | 1,000.00 |
| 1 = | | 300.00 |
| VARIOUS | | 9,917.00 |
| TOTAL | | 434,217.00 |
| SALDO EMPLEADAS | | 26,144.00 |
| TOTAL | | 460,361.00 |

| COMMISSION | | 306,740.00 |
|---|---|---|
| CASH | 306,740.00 | |
| BTC | | |
| ROLLOVER | | |
| CONTRACT | | 1,202,758.00 |
| CASH | 924,565.00 | |
| DEPOSIT | - | |
| ROLLOVER | 278,193.00 | |
| EXPENSES | | 743.00 |
| LABOR | | - |
| TOTAL | | 1,510,241.00 |

| CASH REPORT | |
|---|---|
| BIGINNING BALANCE | 353,304.00 |
| CONTRACT REC. | 2,029,000.00 |
| PAYMENT REC. | - |
| CASH REC. | - |
| TOTAL REV. | 2,029,000.00 |
| | 231,820.00 |
| | 200,918.00 |
| | 146,000.00 |
| | 554,500.00 |
| | 74,240.00 |
| | 39,866.00 |
| EXPENSES | 743.00 |
| LABOR | - |
| DEPOSIT | - |
| ENTREGA CASH | 700,000.00 |
| TOTAL EXP. | 1,948,087.00 |
| TOTAL | 434,217.00 |
| SALDO EMPLEADAS | 26,144.00 |
| TOTAL | 460,361.00 |

| | |
|---|---|
| | $4,560.00 |
| | $229.00 |
| | $8,651.00 |
| | $12,704.00 |
| TOTAL | $26,144.00 |