# EXHIBIT K

Receiver's First Interim Report

## RECEIVER'S INVESTIGATION OF ONGOING INVESTOR ACTIVITIES

The Receiver and his team have been communicating with investors and have become cognizant that several CFX satellite offices have been operating after the Receiver's appointment on September 29, 2022.  These offices are scattered across the country including the following states: Texas, California, Illinois, New Jersey, and Louisiana.  The Receiver's team has been investigating these offices and attempting to contact CFX representatives in those offices and the landlords at these locations.  The Receiver's team has placed signs on the doors at several offices to inform investors of the Receiver's website, where they can obtain additional information about this case and the Receiver.

The Receiver has also learned that communications to "investors" after the appointment of the Receiver are ongoing, primarily on WhatsApp and Telegram.  Additionally, the Receiver understands that CFX "investors" are being told by CFX representatives to go to the following website to file a claim: https://cryptofxtv.com/mioficina/login.  The website requests name and address and other specific information including:  Wallet, Gain Selector, Sponsor ID, and Positioning ID.  This website is maintained by GoDaddy and the identity of the owner is protected by Domains By Proxy LLC, another GoDaddy company.  The Receiver plans to subpoena GoDaddy to obtain account information.

## Chicago, IL

Receiver is cognizant of two offices in Illinois, both of which now appear to be closed.

### a.  10526 W Cermak, Westchester, IL

The Receiver understands that November rent was paid for this location, but all computers were moved out of the space several weeks ago.  The CFX signage was removed recently.  The

1

Receivership Order and information on how to contact the Receiver was posted on the door and given to the landlord.





The Receiver's team plans to interview or depose the two Chicago CFX leaders, Roberto Zavala and Gloria Castaneda.

**b.  6859 W Addison Ave., Chicago, IL**

In a WhatsApp conversation the day of the Receiver's appointment, the Receiver identified references to an office at this location.  The investor had gone to this location to pick up cash.  An October 21, 2022 WhatsApp notice stated: "The 6859 office will no longer be open Monday, Wednesday, Friday or Saturday because payments will be sent in bitcoin BTC."  Below is a picture of this location that was apparently disbursing cash after the Receiver's appointment.



**Kenner, Louisiana**

The Receiver has been informed that a home associated with CFX fundraising in Kenner, LA has been used to meet with investors.  From a news article, the Receiver understands that investors, who appear to be represented by counsel, have filed police reports with Kenner Police. The Receiver understands that the Kenner Police has advised "investors"/victims they did not open an investigation and are referring all calls to the SEC.  The Receiver's team has reached out to counsel for the Kenner "investors".  The Receiver has also employed New Orleans counsel at Pugh Accardo, LLC to investigate this matter.

**Houston, TX**

The Receiver has identified two offices in Houston, in addition to Blalock.

**a.  13746 Office Park, Houston, TX 77070**

The Receiver's team visited this office several times, but there was no activity to report. There is a sign posted on the door in Spanish that states: "This office is exclusive to Aqua Remach if you have questions about CFX please call your leader. Thanks so much for your understanding."



The Receiver plans to interview or depose the individuals that operated this office.

**b.  13831 Northwest Fwy, Suite 520C, Houston, TX**

The Receiver obtained information that a CFX satellite office was operating at this location.



**Hackettstown, NJ**

Investors have also reported CFX had an office in NJ at 229 Main Street Hackettstown, NJ 07840, and the Receiver plans to take the deposition of the persons he has identified that were operating this office.

4

**Paramount, CA**

The Receiver has recently learned there was a CFX office at 7518 Rosecrans Ave Paramount, CA 90723.



The Receiver obtained a Telegram message dated November 5, 2022 that stated in Spanish: "Happy to have opened so many wallets!" The Receiver believes that this CFX satellite office is continuing to communicate with investors. The Receiver is not cognizant of any crypto currency is that could be used to fund any payments to investors.

The Receiver has also been informed that CFX representatives held a Zoom call on 11/16/2022 via a link sent through a Telegram chat where "investors" were told they would be paid back via Bitcoin. Also on this call, the CFX representatives explained to "investors" how to open a crypto wallet and recommended they use Truwallet or Uphold to receive their crypto. The Receiver understands the California office is still in operation, but has been advised they have stopped having people come to the office location to invest or be paid back.