**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § § | |
| | § | **CIVIL ACTION No. 4:22-cv-03359** |
| **v.** | § § | |
| **MAURICIO CHAVEZ, GIORGIO BENVENUTO, and CRYPTOFX, LLC,** | § § § § | **JUDGE ANDREW S. HANEN** |
| **Defendants,** | § § | |
| **and** | § § | |
| **CBT GROUP, LLC,** | § § § | |
| **Relief Defendant.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR MAURICIO CHAVEZ**

Please take notice that Paul Flack of Pratt & Flack, LLP hereby enters his appearance in this case as counsel for Defendant Mauricio Chavez and requests that the undersigned be served with copies of all pleadings, notices, motions, orders, and other documents filed in this case.

Respectfully submitted,

By: */s/ Paul D. Flack*
Paul D. Flack
TBA # 00786930
SD Texas ID No. 17461
pflack@prattflack.com
Pratt & Flack, LLP
4306 Yoakum Blvd., Suite 500
Houston, TX 77006
(713) 705-3087

**Counsel for Defendant Mauricio Chavez**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF electronic service of process on or before December 2, 2022.

_____

Paul D. Flack

2