UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMM.** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 4:22-CV-3359** |
| | § | |
| **MAURICIO CHAVEZ et al.** | § | |

## ORDER ON UNOPPOSED MOTION TO PAY FEES

The law firm Gerger, Hennessy & Martin may transfer:

$17,342.50 from its trust account to pay for work during September 2022,

and $4,752.50 from its trust account to pay for work during October 2022.

Signed: December _____, 2022, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE