Case 4:22-cv-03359   Document 38   Filed on 12/06/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMM. | § § § § § | |
| v. | | CIVIL ACTION 4:22-CV-3359 |
| MAURICIO CHAVEZ et al. | | |

### ORDER ON UNOPPOSED MOTION TO PAY FEES

The law firm Gerger, Hennessy & Martin may transfer:

$17,342.50 from its trust account to pay for work during September 2022,

and $4,752.50 from its trust account to pay for work during October 2022.

Signed: December 6th, 2022, at Houston, Texas.

_____
Andrew S. Hanen
United States District Judge