# EXHIBIT A

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF TEXAS

 3                  HOUSTON DIVISION

 4

 5  SECURITIES AND EXCHANGE )
    COMMISSION,              )
 6                           )
        Plaintiff,           )
 7                           )
    vs.                      ) Case No. 4:22-cv-3359
 8                           )
    MAURICIO CHAVEZ,         )
 9  GIORGIO BENVENUTO, and   )
    CRYPTOFX, LLC,           )
10                           )
        Defendants.          )
11                           )
        and                  )
12                           )
    CBT GROUP, LLC,          )
13                           )
        Relief Defendant.    )
14  _____)

15

16

17          ORAL VIDEOTAPED DEPOSITION

18          MR. ORLIN W. TURCIOS-CASTRO

19               December 8, 2022

20

21

22

23

24  Reported by:
    Michelle Hartman
25  JOB No. 221208WWC
```

1

1    Ricardo Diaz?  No?

2              THE INTERPRETER:  Per interpreter:  He

3    said, "There were days, days."

4              MS. AGUILAR:  Can I have a moment,

5    please?

6              MR. GULDE:  Off the record.

7              THE VIDEOGRAPHER:  The time is 2:17 p.m.

8    Off the record.

9                   (Discussion off record)

10             THE VIDEOGRAPHER:  The time is 2:18 p.m.,

11   and we are on the record.

12        Q.  (BY MR. GULDE)  Now, this document that

13   we have been looking at that is Orlin Turcios'

14   Contract Number 3 shows that you were paid $6,700 --

15   $6,750 on September 26th, 2022; is that right?

16        A.  Yes.

17        Q.  Whose handwriting is this that says

18   "paid" and then the date?

19        A.  It is mine.

20        Q.  You're aware that the SEC had sued CFX on

21   September 19th and informed Mr. Chavez on the 20th

22   that his assets were frozen?

23        A.  No.  I learned about it up until October

24   the 4th.

25        Q.  And how did you learn on October 4th --

                                                        95

1  well, first of all, what did you learn about the

2  lawsuit on October 4th, and then how did you learn

3  it?

4          A.  Well, it was in social media, and it was

5  sent to me.

6          Q.  Who sent it to you?

7          A.  Other person that was in the academy.

8  And he asked me if I knew what was going on and I

9  said that I didn't.

10          Q.  For the payments -- was cash coming in to

11  Aqua Rematch's facility between September 20th and

12  when you learned on October 4th that the lawsuit

13  existed?

14          A.  I was opening contracts up and to the day

15  October the 3rd.

16          Q.  Okay.  So as part of opening the

17  contracts, you take in cash, correct?

18          A.  Yes, it was always like that.

19          Q.  And where were you delivering that cash

20  to on those days?

21          A.  They came to my office to pick it up.

22          Q.  And who is "they"?

23          A.  A person whose name is Nancy came over.

24  I do not know the last name.

25          Q.  Did you know her previously?

96

1          A.   Yes.

2          Q.   Is she someone who has picked up money

3   before?

4          A.   No.  Because before, I would bring it to

5   the office.

6          Q.   How was it decided that this money would

7   be picked up from the office rather than you bringing

8   it to the office?

9          A.   Because they told us that the office was

10  going to be closed due to maintenance issues and that

11  it was not going to open up until Monday, October the

12  3rd; and that day that I did not open the office,

13  they said that it was not yet ready and that's why

14  they sent somebody to look for the money.

15         Q.   And what day was there?

16         A.   Monday the 3rd.

17         Q.   Let's back up and talk about from

18  September 20th, okay?

19              Do I understand your testimony correctly

20  that starting on December (sic) 20th, someone came

21  and picked up the money from Aqua Rematch's office?

22         A.   No, it was until the 3rd.

23         Q.   Okay.  So between September 20th and

24  October 3rd, 2022, someone from Aqua Rematch's office

25  was transporting money, just like always, to the

97

1  Blalock office; is that right?

2        A.  Yes.

3        Q.  And as that -- as that was coming out of

4  my mouth, I realized that we have a problem with

5  timing, too.  Because on September 29th, the receiver

6  took over possession of Blalock.  And are you

7  aware -- do you know if money came from the Aqua

8  Rematch office to the Blalock office while the

9  receiver was in charge?

10        A.  I can check my cellphone now.

11        Q.  Sure.

12        A.  Okay.  We see the September calendar.  I

13  went on Wednesday to the office, the 28th; and then

14  on the 29th and the 30th, I was still in my office at

15  Office Park.  On Saturday, I did not work.  That's

16  why they came on Monday, the 3rd.

17        Q.  Okay.  So, to make sure I understand,

18  your testimony is that between September 20th and up

19  until September 28th, you were still delivering cash

20  from Aqua Rematch to the Blalock location?

21        A.  Yes.  Because on the 29th, I didn't go.

22  That was Thursday.

23        Q.  And Thursday the 29th is when they told

24  you that the office was closed because of some

25  excuse; is that right?

                                                      98

1          A.  Because it was on maintenance.

2          Q.  Okay.  And then the next time you would

3   have delivered on the 3rd, is that when Nancy came to

4   your office?

5          A.  Yes.

6          Q.  Who does Nancy report to, do you know?

7          A.  She worked inside in the office, and when

8   you would come to deliver the money, you can deliver

9   to different people, and she was one of these people.

10         Q.  And she works for Mauricio?

11         A.  She was there and so I assume she was

12  working for him.

13         Q.  Well, everybody who works at CFX works

14  for Mauricio?

15              MR. FLACK:  Objection:  Form.

16              THE WITNESS:  I -- the ones that are

17  inside, I never asked, but I'm assuming that they

18  work with a salary.

19         Q. (BY MR. GULDE)  Okay.  But from your

20  experience with Nancy before October 3rd, '22 was

21  that she was a CFX -- someone who worked in

22  connection with CFX?

23         A.  Yes.

24         Q.  And then the next day, on the 4th, is

25  that when you learned via social media of our

                                                      99

1  person.

2         Q.  What day was this?

3         A.  It was after the 4th.  It was when we

4  stopped operating, but I don't remember the day.

5              MS. AGUILAR:  Can I have a moment?

6              MR. GULDE:  Sure.

7              THE VIDEOGRAPHER:  The time is 2:32 p.m.,

8  and we are off the record.

9                 (Discussion off record)

10             THE VIDEOGRAPHER:  The time is 2:32 p.m.,

11  and we are on the record.

12        Q.  (BY MR. GULDE)  Okay.  So you were

13  telling me about threatening people who were

14  demanding payment on -- sometime after October 4th,

15  and you mentioned a man who came with a gun to Carmen

16  De la Cruz's house; is that right?

17        A.  Yes.

18        Q.  Who was this man?

19        A.  He was somebody that Carmen brought

20  directly.  I do not know him.  His name is Christian,

21  and I do not know his last name.  Carmen knows who he

22  is.

23        Q.  And presumably there is a contract with

24  his name and address on it?

25        A.  Yes.

101

1          Q.  And so you and Carmen and Mauricio had

2     all the information you would need to tell the police

3     about this event?

4          A.  Mauricio and me learned about it, but the

5     one that really had the information was Carmen

6     because it was a personal friend of hers.

7          Q.  And when you say Mauricio learned about

8     it, did you tell -- you called Mauricio because you

9     were saying you were surprised he answered his phone,

10    right?

11         A.  Yes.

12         Q.  And did you tell Mauricio about the gun?

13         A.  Yes.

14         Q.  Did this man point a gun at Carmen De la

15    Cruz?

16         A.  According to what Carmen said.  Because

17    this was a friend of the family, he came over and

18    rang the bell, and her son, who is 14 or 15 years

19    old, opened the door, and this guy had the gun in his

20    hand.

21         Q.  Did Carmen De la Cruz feel threatened by

22    this action?

23         A.  Yes.

24         Q.  How much was this man owed?

25         A.  He had opened two contracts, along with

                                                          102

1   his wife, and he has brought two more people that had

2   actually benefited him.  He had benefited himself

3   from those people he brought through the bonuses, but

4   the total was about 38.

5           Q.  $38,000?

6           A.  Yes.

7           Q.  And are these payments whose due date had

8   already passed or did the $38,000 include some

9   payments that weren't even due yet?

10          A.  They were not due yet.

11          Q.  And did Mauricio come to you?

12          A.  No.

13          Q.  But what did he tell you to do with --

14  with this demand for $38,000?

15          A.  That somebody was going to call me so I

16  could come and pick it up.

17          Q.  Okay.  And did someone call you?

18          A.  Yes.

19          Q.  Who was it?

20          A.  Nancy gave it to me.

21          Q.  So you got a call from Nancy first.  And

22  did she tell you where to come pick it up?

23          A.  Yes.

24          Q.  And where did she tell you to come pick

25  it up?

                                                        103

```
 1              A.  It was at a hotel lobby.

 2              Q.  What hotel?

 3              A.  It's here in Galleria.  I think it's the

 4    Marriott.

 5              Q.  And was it $38,000?

 6              A.  Yes.

 7              Q.  And was it all in cash?

 8              A.  Yes.

 9              Q.  And do you believe that money came from

10    Mauricio?

11              A.  I really don't know.

12              Q.  Do you think you would have gotten that

13    money if you hadn't of called Mauricio?

14                  THE INTERPRETER:  Interpreter needs the

15    question to be repeated.

16              Q. (BY MR. GULDE)  Do you think that you

17    would have gotten this $38,000 if you had not called

18    Mauricio?

19              A.  I don't think so.

20              Q.  Is this the only instance of a

21    threatening action that you've come across since

22    October 4th?

23              A.  I have had many.  (Crying).

24              Q.  In person?

25                  MR. GULDE:  Yeah, let's go off the record
```

                                                            104

1    and we are off the record.

2              (Discussion off record)

3              THE VIDEOGRAPHER:  The time is 4:52 p.m.,

4    and we are on the record.

5         Q.  (BY MR. GULDE)  Do you recognize what I

6    have labeled Exhibit 24?

7         A.  Yes.

8         Q.  And what is it?

9         A.  It is a text message that was posted in

10   the chat.

11        Q.  And by "the chat," do you mean -- is it a

12   WhatsApp chat?

13        A.  Yes.

14        Q.  And were the members CFX investors?

15        A.  Yes.

16        Q.  Had this chat existed before our lawsuit?

17        A.  Yes.

18        Q.  Do you know who wrote this particular

19   message?

20        A.  Yes.

21        Q.  Who was that?

22        A.  Okay, this message -- message does not

23   come directly from the academy.  When they say that

24   people could be helped, then I talked to my friend

25   Ena and together we created this message so that

153

1  people knew that it was no -- nothing personal of me,

2  but it was a message that we received from the

3  academy.  Because people were looking at me like I

4  was the responsible one.  People are looking at me

5  like I am the owner of the academy.

6          Q.  So you got together with -- with Ena and

7  wrote this?

8          A.  We talked on the phone and we put it

9  together.

10          Q.  Which one of you hit send?

11          A.  Well, since it is in the chat, we just

12  uploaded it there.

13          Q.  Who uploaded it, you or her?

14          A.  Well, we saw it, then I posted it.

15  Because people were pressuring me that they needed

16  information and I didn't have any other information

17  other than that.

18              MR. GULDE:  Okay.  Can I have the

19  translator go ahead and read it directly --

20              THE INTERPRETER:  Uh-huh.

21              MR. GULDE:  -- or translate it into

22  English.

23              THE INTERPRETER:  "Good night, family.

24  We apologize for the delay of the academy, trying to

25  look for a way to initiate your process in a safe and

                                                      154

1   passive way.  It is unfortunate that we are going

2   through this situation now that it is very difficult.

3   The Academy CFX, LLC is taking all the security

4   methods for the good of all."

5             "The academy accepted to receive the help

6   of volunteers, people such as you, to work along with

7   employees of the academy starting tomorrow.  Rossy,

8   Carmen, and Orlin are not going to be present due to

9   security reasons.  The academy trusts in your

10  collaboration so that this can start to get

11  normalized.  Tomorrow will be open from 11:00 a.m. to

12  6:00 p.m. at 13746 Office Park Drive, Houston, Texas,

13  77070."

14            "And now this is what the academy has

15  planned for tomorrow.  Cancellations of contracts:

16  One, if you decide not to be a member of the academy,

17  you should retire all your contracts.  Keep in mind

18  that being you, the one that is canceling, you would

19  not be able to get any benefit from the academy for

20  the interest payment for each canceled contract; two,

21  please come over with your printed copy of all your

22  contracts in order to cancel.  If you decide to leave

23  the academy, you should to cancel all the -- you

24  should cancel all the contracts and we would be

25  communicating how the reimbursements of capital will

155

1   be."

2              "Three, if you decide to stay in the

3   academy and you have not received a pending payment

4   or payable payment, please bring the copy of your AP

5   and a copy of the contract to initiate the process of

6   your payment.  The academy asked you that it is

7   important for all of us to collaborate in order to be

8   able to resolve this situation as quickly as

9   possible.  Remember, family, that the academy has not

10  closed.  Everything is normal and operating in other

11  cities and states."

12             "And, quote, this service will be

13  exclusively for the group of the Office Park Drive."

14             "Very good night and blessing."

15        Q. (BY MR. GULDE)  When you say, Mr. Turcios,

16  that everything is still normal and operating in

17  other cities and states, what basis did you have to

18  say that?

19        A.  Well, based on the information provided

20  to us by the academy, like that Chicago was

21  operating, that California was operating, and I just

22  transmitted that information.

23        Q.  Who at the academy was telling you that

24  other cities were operating?

25        A.  It was something from the academy, we

                                                   156

1  were called.

2          Q.  You were called?

3          A.  Yes.

4          Q.  And you spoke to a human being?

5          A.  Yes, yes.

6          Q.  Who was it?

7          A.  The person that called me that day to

8  give me that information was Nancy that I spoke to.

9          Q.  Did you gave us Nancy's phone number

10 before?  Do you have it?

11         A.  I think so.

12         Q.  And do you know Nancy's last name?

13         A.  No.  346-577-6786.

14         Q.  So your testimony is that in October,

15 Nancy, the same person who would later give you

16 $38,000 after you called Mauricio, called you and

17 said that CFX is not closed and that everything is

18 still normal and operating in other cities and

19 states?

20         A.  She said that they were working in those

21 states, yes.

22         Q.  And that CFX had not closed?

23         A.  No.  That it was a civil lawsuit and that

24 it was a process, that was it.

25         Q.  What else did Nancy say in this

                                                    157

1    conversation?

2         A.  No, it was brief.

3         Q.  Well, she said that it's a -- the lawsuit

4    is just a civil case and that the company is still

5    operating in other cities and states.

6             Did she say anything else?

7         A.  No, that the lawsuit was going to be

8    resolved.

9         Q.  Did she say anything about Mauricio?

10        A.  No.

11        Q.  Did you understand that this information

12   came from Mauricio?

13        A.  Yes.

14        Q.  And why did you understand that?

15        A.  Because I believe that Nancy's not going

16   to come up with anything, that's all.

17        Q.  Was that your experience with her role in

18   the past?

19        A.  Yes.

20        Q.  Now, this idea in the numbered paragraphs

21   that you guys gave to investors, that people would

22   not be able to obtain interest if they decided to

23   leave the academy, who came up with that?

24        A.  That is information that I received from

25   Mauricio.

                                                      158

1          Q.  When did Mauricio tell you this?

2          A.  It was a brief call.  In those calls that

3   I was making to him after everything happened, we

4   talked about that.

5          Q.  Let's look at paragraph number two.

6              When you told people to come with printed

7   copies of their contracts, you told them that you

8   would be telling them how -- how the cash payments

9   would be handled; is that right?

10         A.  No.  What it says here is we are going to

11  be communicating how the reimbursements of the

12  capital are going to be, but I have no idea.

13         Q.  Okay.  At that point, did you know how

14  the reimbursements would happen?

15         A.  No.  No.

16         Q.  Did Mauricio give you any idea about how

17  reimbursements might happen?

18         A.  No, he didn't neither.

19         Q.  And then similarly with the next

20  paragraph, when you tell people that they can start

21  their payment process, did you have any idea how that

22  payment process would start?

23         A.  No, I didn't know.

24         Q.  Did you run any of this by Mauricio

25  before you sent it?

159

1           A.  No.  No, because it was just based on the
2    conversation that I had with him, and I sent it to
3    the people.
4           MS. AGUILAR:  Can we go off the record
5    for a minute?
6           MR. GULDE:  Sure.
7           THE VIDEOGRAPHER:  The time is 5:07 p.m.,
8    and we are off the record.
9           (Discussion off record)
10          THE VIDEOGRAPHER:  The time is 5:08 p.m.,
11   and we are on the record.
12          Q.  (BY MR. GULDE)  Did you discuss that with
13   Carmen and Rossy?
14          A.  Not really with Rossy.  Because Rossy was
15   very affected by this issue.  I think she needed
16   medical intervention because she had an anxiety
17   problem.
18          Q.  Has she been involved in any discussions
19   since October?
20          A.  No, she -- immediately given her
21   situation, she withdraw from the issue and she sent
22   me a text saying she is still sick.
23          (Exhibit 25 marked)
24          Q.  (BY MR. GULDE)  I am going to hand you a
25   photograph that's been labeled Exhibit 25.  Can you

160

1    STATE OF TEXAS

2    COUNTY OF HARRIS

3

4                    REPORTER'S CERTIFICATE

5             ORAL VIDEOTAPED DEPOSITION OF

6                MR. ORLIN W. TURCIOS-CASTRO

7                     December 8, 2022

8

9             I, Michelle Hartman, the undersigned

10   Certified Shorthand Reporter in and for the State of

11   Texas and Registered Professional Reporter, certify

12   that the facts stated in the foregoing pages are true

13   and correct.

14             I further certify that I am neither

15   attorney or counsel for, related to, nor employed by

16   any parties to the action in which this testimony is

17   taken and, further, that I am not a relative or

18   employee of any counsel employed by the parties

19   hereto or financially interested in the action.

20

21

22

23

24

25

1          SUBSCRIBED AND SWORN TO under my hand and

2    seal of office on this 13th    day of December, 2022.

3

4

5    _____

6          Michelle Hartman, CSR, RPR

     Texas CSR 7093

7    Expiration:  12/31/23

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





SEC v CHAVEZ etal
EXHIBIT
15

NAME: ▮▮▮▮▮▮▮▮▮▮▮

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮ . Spring TX ▮▮▮

START DATE: 03/15/22   DUE DATE: 09/15/22

PHONE: ▮▮▮▮▮▮▮▮

E-MAIL: ▮▮▮▮▮▮▮ @ gmail.com

DIRECT SPONSOR 7%: ▮▮▮▮▮ #1 ▮▮▮▮▮▮▮

INDIRECT SPONSOR 3%: ▮▮▮▮▮▮▮▮▮▮▮

No. 016012

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** PACKAGE **10K+**

$ _____   $ 7,500.00   $ _____

MONTHLY ☐   3 MONTHS ☑   6 MONTHS ☐   CONTRACT RENEWAL ☐

MONTH 1 _06/15/22_ $3,375 paid 06/21/2022

MONTH 2 _09/15/22_ $3,375 paid 09/30/2022 ▮▮▮

MONTH 3 _____

MONTH 4 _____

MONTH 5 _____

MONTH 6 _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I ▮▮▮▮▮▮▮▮▮▮ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $7,500.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I ▮▮▮▮▮▮▮ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE   CRYPTOFX,LLC REPRESENTATIVE   CRYPTOFX,LLC RECEIVER

DATE: 03/15/22   DATE: 03/15/22   DATE: 03/15/22

800 Town and Country Blvd, Suite 300, Houston, TX 77024   Tels: 832-888-6924 / 832-997-1240 / 832-404-1291   www.cryptofxla.com

Contratos pagados Septiembre

SEC v CHAVEZ etal
EXHIBIT
20

CFX lifestyle

NAME: ███████████

ADDRESS: ███████████

START DATE: 06/21/2022   DUE DATE: 12/21/2022

PHONE: ███████████

E-MAIL:

DIRECT SPONSOR 7%: ███████████

INDIRECT SPONSOR 3%: ███████████

No. 03040

**BRONZE** PACKAGE 1K+

**SILVER** PACKAGE 5K+

**GOLD** PACKAGE 10K+

$ _____   $ 5,000.00   $ _____

| MONTHLY ☐ | 3 MONTHS ☑ | 6 MONTHS ☐ | CONTRACT RENEWAL ☐ |
|---|---|---|---|
| MONTH 1 09-21-2022 | $2,250# paid 09/21/22 | ██████ ██████ | |
| MONTH 2 12-21-2022 | _____ | _____ | |
| MONTH 3 _____ | _____ | _____ | |
| MONTH 4 _____ | _____ | _____ | |
| MONTH 5 _____ | _____ | _____ | |
| MONTH 6 _____ | _____ | _____ | |

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I ███████████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $ 5,000.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORT OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTA AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS T THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I ███████████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDE OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERS THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS AT MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE   CRYPTOFX,LLC REPRESENTATIVE   CRYPTOFX,LLC RECEIVER

DATE: 06-21-2022   DATE: 06-21-2022   DATE: 06-21-2022

**X CFX**

NAME: ██████████████

ADDRESS: ██████████████

START DATE: 03/22/2022   DUE DATE: 09/22/2022

PHONE: ████████

E-MAIL: ████████████

DIRECT SPONSOR 7%: ████████████████████

INDIRECT SPONSOR 3%: ██████████████

No. 018052

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** PACKAGE **10K+**

$ _____   $ _____   $ 35,000.00

MONTHLY ☐   3 MONTHS ☑   6 MONTHS ☐   CONTRACT RENEWAL ☐

MONTH 1  06/22/22  $15,750  paid  9-2

MONTH 2  09/22/22  $15,750  paid  09/23/22  9-2

MONTH 3 _____

MONTH 4 _____

MONTH 5 _____

MONTH 6 _____

* 90 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX, LLC

██████████████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX, LLC THE AMOUNT OF $35,000.00

I UNDERSTAND THAT CRYPTOFX, LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM. IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF, IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND IT IS FINANCIALLY ABLE TO ASSUME LOSSES

- THE STUDENT UNDERSTANDS THAT CRYPTOFX, LLC IS A SIMPLE EDUCATIONAL ACADEMY. NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN

## CONFIDENTIAL AGREEMENT

██████████████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS, ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACKNOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER

STUDENT'S SIGNATURE ████████   CRYPTOFX, LLC REPRESENTATIVE ████████   CRYPTOFX, LLC RECEIVER ████████

DATE 03/22/2022   DATE 03/22/2022   DATE 03/22/2022



800 Town and Country Blvd, Suite 300, Houston, TX 77024   Tels: 832-888-0924 / 832-807-1240/832-404-1251   www.cryptofxia.com

CFX

NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

START DATE: 5 / 15 / 22     DUE DATE: 11 / 15 / 22

PHONE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

E-MAIL: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DIRECT SPONSOR 7%: ▮▮▮▮▮▮▮▮▮▮▮

INDIRECT SPONSOR 3%: ▮▮▮▮▮▮▮▮▮▮▮

# CFX
## CFX lifestyle

No. 024854

**BRONZE** PACKAGE  **1K+**
**SILVER** PACKAGE  **5K+**
**GOLD** PACKAGE  **10K+**

$ _____     $ 5,000.00     $ _____

MONTHLY ☐     3 MONTHS ☑     6 MONTHS ☐     CONTRACT RENEWAL ☐

MONTH 1  8-15-22    $2,250°°  ▮▮▮▮▮▮▮  paid 09/28/22
MONTH 2  11-15-22   _____  _____  _____
MONTH 3  _____  _____  _____  _____
MONTH 4  _____  _____  _____  _____
MONTH 5  _____  _____  _____  _____
MONTH 6  _____  _____  _____  _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

▮▮▮▮▮▮▮▮▮▮▮▮ _____ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF  $ 5,000.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL  ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ _____ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT.  A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE       CRYPTOFX,LLC REPRESENTATIVE       CRYPTOFX,LLC RECEIVER
DATE: 5-15-22             DATE: 5/15/22                      DATE: 5-16-2022



**CFX** lifestyle

X CFX

NAME: ████████████

ADDRESS: ████████████

START DATE: 03/28/22   DUE DATE: 09/28/22

PHONE: ████████████

E-MAIL: ████████████

DIRECT SPONSOR 7%: ████████████

INDIRECT SPONSOR 3%: ████████████

No. 019576

**BRONZE** PACKAGE 1K+

**SILVER** PACKAGE 5K+

**GOLD** 10K+

$ _____     $ 5,000.00 + 1,300     $ _____
                    = 6,300.00

MONTHLY ☐     3 MONTHS ☑     6 MONTHS ☐     CONTRACT RENEWAL ☐

MONTH 1  06/28/22    $ 950.00 paid 06/28/22 rollover ████████

MONTH 2  09/28/22    $ 2,835. paid 09/28/22 ████████

MONTH 3 _____

MONTH 4 _____

MONTH 5 _____

MONTH 6 _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

### VENTURE AGREEMENT CRYPTOFX,LLC

I ████████████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $ 5,000.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAN AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HA ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THA THERE IS NO INVESTMENT PLAN.

### CONFIDENTIAL AGREEMENT

I ████████████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED ██████████████████ ARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTA THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF T PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTA MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE          CRYPTOFX,LLC REPRESENTATIVE          CRYPTOFX,LLC RECEIVER

DATE: 03/28/2022          DATE: 03/28/22          DATE: 03/28/22

NAME: ▮▮▮▮▮▮▮▮▮▮▮

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮

START DATE: 03 / 21 /2022   DUE DATE: 09 / 21 /2022

PHONE: ▮▮▮▮▮▮

E-MAIL: ▮▮▮▮▮▮▮▮

DIRECT SPONSOR 7%: ▮▮▮▮▮▮▮▮

INDIRECT SPONSOR 3%: ▮▮▮▮▮▮▮▮

**CFX** lifestyle

No. 018048

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** **10K+**

$ _____     $ 5,000.00     $ _____

MONTHLY ☐     3 MONTHS ☑     6 MONTHS ☐     CONTRACT RENEWAL ☐

MONTH 1  06/21/2022     $2,250.00  paid 06/27/2022     ▮▮▮▮▮

MONTH 2  09/21/2022     $2,250-  paid 09/29/22     ▮▮▮▮▮

MONTH 3 _____     _____     _____

MONTH 4 _____     _____     _____

MONTH 5 _____     _____     _____

MONTH 6 _____     _____     _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I ▮▮▮▮▮▮▮▮▮▮ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $5,000.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (b) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I ▮▮▮▮▮▮▮▮▮▮ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED T OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAN THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF TH PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTA( MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

▮▮▮▮▮▮

STUDENT'S SIGNATURE

DATE: 03/21/2022

▮▮▮▮▮▮

CRYPTOFX,LLC REPRESENTATIVE

DATE: 03/21/2022

▮▮▮▮▮▮

CRYPTOFX,LLC RECEIVER

DATE: 03/21/2022

**CFX** lifestyle

X
C F X

No. 033612

NAME: ████████████████

ADDRESS: ████████████████

START DATE: 06 /30 /2022   DUE DATE: 12 /30 /2022

PHONE: ████████████████

E-MAIL: ████████████████

DIRECT SPONSOR 7%: ████████████████

INDIRECT SPONSOR 3%: ████████████████

**BRONZE** PACKAGE 1K+    **SILVER** PACKAGE 5K+    **GOLD** PACKAGE 10K+

$ _____    $ 7,000.00    $ _____

| | | | |
|---|---|---|---|
| MONTHLY ☐ | 3 MONTHS ☑ | 6 MONTHS ☐ | CONTRACT RENEWAL ☐ |

MONTH 1  09-30-2022    $ 3,150 paid 09/30/22   ████████████

MONTH 2  12-30-2022    _____   _____

MONTH 3  _____    _____   _____

MONTH 4  _____    _____   _____

MONTH 5  _____    _____   _____

MONTH 6  _____    _____   _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

### VENTURE AGREEMENT CRYPTOFX,LLC

I, ████████████████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX THE AMOUNT OF $ 7,000.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

### CONFIDENTIAL AGREEMENT

I, ████████████████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF TH PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTAC MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE    CRYPTOFX,LLC REPRESENTATIVE    CRYPTOFX,LLC RECEIVER

DATE: 06-30-2022    DATE: 06-30-2022    DATE: 06-30-2022

**CFX lifestyle**

NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

START DATE: 03/15/22   DUE DATE: 09/15/22

PHONE: ▓▓▓▓▓▓▓▓▓▓

E-MAIL: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DIRECT SPONSOR 7%: ▓▓▓▓▓▓▓▓▓▓▓▓

INDIRECT SPONSOR 3%: ▓▓▓▓▓▓▓▓▓▓▓▓

**X CFX**

No. 016012

**BRONZE** PACKAGE 1K+        **SILVER** PACKAGE 5K+        **GOLD** 10K+

$ _____        $ 7,500.00        $ _____

MONTHLY ☐      3 MONTHS ☑      6 MONTHS ☐      CONTRACT RENEWAL ☐

MONTH 1  06/15/22     $3,375 paid 06/21/2022
MONTH 2  09/15/22     $3,375 paid 09/30/2022   ▓▓▓▓
MONTH 3  _____   _____   _____
MONTH 4  _____   _____   _____
MONTH 5  _____   _____   _____
MONTH 6  _____   _____   _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I ▓▓▓▓▓▓▓▓▓▓ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $7,500.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL  ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I ▓▓▓▓▓▓▓▓▓▓ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT.  A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE          CRYPTOFX,LLC REPRESENTATIVE          CRYPTOFX,LLC RECEIVER
DATE: 03/15/22               DATE: 03/15/22                       DATE: 03/15/22

800 Town and Country Blvd. Suite 300. Houston. TX 77024          Tels: 832-888-6924 / 832-997-1240 / 832-404-1291          www.cryptofxlq.com