# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § § | |

## <u>DECLARATION OF RECEIVER, JOHN LEWIS, JR.</u>

John Lewis, Jr., under penalty of perjury, declares and testifies as follows:

1. Pursuant to Order Appointing Receiver ("Receivership Order" Doc. No. 11) entered in this action on September 29, 2022, I am the Receiver for Defendants Mauricio Chavez, Giorgio Benvenuto, CryptoFX LLC, and CBT Group, LLC and all of their assets (collectively, "Receivership Estate").

2. I have personal knowledge of the facts set forth in this Declaration.

3. In compliance with the Receivership Order, on September 30, 2022, the Receiver, with the assistance of the United States Marshall, took possession of the business premises of CryptoFX located at 1124 Blalock Rd. Houston, TX, at which the operations of CryptoFX were conducted.

4. At these premises, I took possession of over twenty computers and electronic devices used by CryptoFX employees and/or contractors and Chavez, which are protected by

usernames and passwords or encrypted.  I also took possession of two safes, both of which required

codes and/or keys in order to be accessed.  In addition, I took possession of the offices' security

system, which is similarly protected by a code or password.

5.      Soon after my appointment, I sent correspondent to counsel for Chavez requesting

information and documents: (1) about the employees, contractors or agents of the Receivership

Defendants; (2) bank, brokerage or crypto currency accounts; (3) real property owned by the

Defendants, or by entities controlled by Chavez or in which he has an interest; (4) any other

companies, entities, trusts, or assets Chavez owns, controls or in which he has an interest.  *See* Oct.

3, 2022 Email to John Sklar, attached as **Ex. 1**; Oct. 6, 2022 Letter to John Sklar, attached as **Ex.**

**2,** Oct. 14, 2022 Letter to John Sklar, attached as **Ex. 3**.  Chavez has provided only some

information about three real properties owned by Relief Defendant CBT Group.  He has refused

to produce any information or documents responsive to the other requests.

6.      In addition, I requested that Chavez produce the usernames, passwords, and the

codes for the computers, safes, and security system.  *See* **Exs. 1, 2 and 3**; *see also* Oct. 31, 2022

Email to Mr. Sklar, attached as **Ex. 4**.

7.      As part of my duties and powers granted by the Receivership Order, I retained

Gulfstream Legal Group to perform the imaging of the computers found at the CryptoFX offices

and download of the data found therein.  At least four of the devices are encrypted, and I was

informed that without the proper credentials or codes, the process of attempting to access the

information stored in these devices, could take several days, is more expensive, and has a low rate

of success.  I have requested these usernames, passwords and/or codes from Chavez several times

(*see* **Ex. 1, 2** and 3), and as of the filing of this Motion, he has failed to provide them.

8.      On November 1, 2022, Mr. Sklar provided a four-digit code for one of the safes, but the code was not correct.  My counsel informed Mr. Sklar that the codes he provided for the safes were incorrect over the phone and email.  *See* Nov. 7, 2022 Email to Sklar, attached as **Ex. 5**.  Chavez was in possession of these codes and/or access keys; yet, despite multiple requests for them, he refused to provide them.[1]  This failure further delayed my team's negotiations with the landlord at 1124 Blalock Rd., Houston, TX, and return of the premises to the landlord.[2]

9.      Similarly, Chavez has refused to provide the code to access the security system my team and I possessed from the CryptoFX offices.  Gulfstream has informed my team and I that the process of accessing this data without the access code is more time consuming and expensive.  *Id.*

10.     Surveillance video screen shots of Chavez's office from September 28, 2022 (the evening before the appointment of Receiver hearing) show Mr. Chavez's personal computer on his desk.  This device had been removed prior to my team's sweep of the CryptoFX business premises and was not recovered.  I have requested this device, but Chavez has refused to provide it.  *See* **1**, **2**, and **3**.

11.     Pursuant to the Receivership Order, I requested that Chavez provide his federal tax returns for 2020 and 2021.  *See* **Exs. 1**, **2**, and **3**.  I have received the 2020 return but not the tax return for 2021.[3]  The deadline to file his taxes for the year 2021, with an extension, was October 17, 2022.[4]  That deadline has passed, and as of the filing of this Motion, I have not received Mr. Chavez's tax return for 2021.

---

[1]  Receiver had to employ the services of a locksmith (and thus expend Receivership assets) to gain access to the safes.
[2]  I have been informed that Mr. Benvenuto is not in possession of the codes or access keys for the safes, security system, or the computers or other devices located at the CryptoFX premises.
[3]  The 2020 return was provided on Oct 27, 2022.
[4]      *See*  IRS.Gov;  https://www.irs.gov/newsroom/irs-reminds-taxpayers-of-upcoming-filing-extension-deadline-free-file-remains-open-until-nov-17#:~:text=WASHINGTON%20%E2%80%94%20The%20Internal%20Revenue%20Service,file%20their%202021%20tax%20returns.

12.     Records for Mr. Chavez and CryptoFX show that Mr. Chavez has possession and control of at least four automobiles that are Receivership Assets—2021 Lexus ES350 F Sport, 2022 BMW X6 M501, Volkswagen, and 2021 Mercedes-Benz GLE AMG GLE 53.  S.E.C. filings show the Defendants have spent over $460,000 in automobiles.  *See* Compl. at 11 (Doc. 3).  I have requested that Chavez turn over these cars, and as of the filing of this Motion, Chavez has provided an insurance card for two of the cars and after many requests turned over the Mercedes.[5]  **Exs. 1**, **2**, and **3**; *see also* Oct. 14, 2022 and Oct. 17, 2022 Email from Sonila Themeli to John Sklar., attached as **Ex. 6**.  Chavez refuses to turn over these Receivership assets.

13.     Based upon my investigation, I have reason to believe that Chavez controls, whether directly or indirectly, or has an interest in the following entities and the assets held by them:   JM Monarchy LLC, Luxury Real Estate LLC, Aspire Living, LLC, and Corelife International, LLC.  I have requested information and documents about these company and/or entities, and as with the other requests, Mr. Chavez has failed to respond.  *See* **Exs. 1**, **2**, and **3**.

14.     Further, I have requested the credentials, such as screen names, passwords, email addresses, and/or other identifiers for any CryptoFX social media account and website (including Facebook, LinkedIn, Instagram, YouTube, TikTok, etc.) maintained, operated, or controlled by Chavez.  *See id*.  Similarly, Chavez has refused to comply with the Court's Receivership Order and produce the requested information.

15.     On October 27, 2022, my counsel and I had a meeting via Zoom with Mr. Sklar to discuss the outstanding discovery requests and the sworn declaration and accounting statements Chavez had to file pursuant to the Receivership Order.  Mr. Sklar informed my counsel and I that he had forwarded my requests for documents, information, and receivership assets to Chavez.  My

---

[5]  The Geico insurance card for the 2021 M. Benz GLE Class and 2022 BMW X6 were provided on Oct. 27, 2022.

counsel also reminded Mr. Sklar that the sworn declaration and the sworn statement and accounting due on Oct. 19, 2022 and Oct. 31, 2022 under the Receivership Order, had yet to be filed.

16.     Additionally, my team and I have been informed by victims and/or their counsel that Mr. Chavez and his associates continue to communicate with victims about CryptoFX and CFX Academy's activities.  His communications and activities include promoting CryptoFX, requesting additional money from victims under the guise of investments, promising to make and making some Ponzi scheme payouts after the asset freeze and the entry of the Receivership Order. On November 15, 2022, I sent a letter to Mr. Sklar requesting that Mr. Chavez cease such activities and that he turn over to the Receiver all receivership assets, including cash, immediately.  *See* Nov. 15, 2022 Letter to John Sklar, attached as **Ex. 7**.

17.     On November 15, 2022, the Court entered an order granting Mr. Sklar's Motion to Withdraw as counsel for Chavez.  (Doc. No. 30).  Mr. Sklar also informed my counsel and I that as of November 15, 2022, he was not aware that Mr. Chavez was represented by counsel.  As such, on November 15, 2022, my team sent the same cease and desist letter directly to Mr. Chavez at his last known address (as this was provided by Mr. Sklar in his Motion to Withdraw (Doc. No. 25) and via e-mail.  *See* Nov. 15, 2022 Email and Letter to Mauricio Chavez, attached as **Ex. 8**.

This 27 day of December 2022,

_____
John Lewis, Jr., Receiver

5

# EXHIBIT 1

**Themeli, Sonila (SHB)**

| | |
|---|---|
| **From:** | Themeli, Sonila (SHB) |
| **Sent:** | Monday, October 3, 2022 10:32 PM |
| **To:** | jsklar@magallonsklar.com; dcogdell@joneswalker.com |
| **Cc:** | Lewis, John (SHB); Gieser, Caroline M. (SHB); Cooksey, Sharon (SHB); Themeli, Sonila (SHB) |
| **Subject:** | SEC v. Chavez et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dan and John,

I hope you are doing well.

I am reaching out to introduce myself and my colleague, Caroline Gieser, cc'ed here.  Both of us will assist John Lewis in this matter.

In accordance with the Court's Order Appointing the Receiver, please send us the following documents and/or materials as soon as possible:

1. Documents and/or materials stating the identity and location of all Receivership Property
2. Documents and/or materials stating the estimated value of all Receivership Property
3. Names, addresses and phone numbers of all individuals employed by the defendants and corresponding job titles.
4. A diagram of the office located at 1124 Blalock Rd., Houston, TX and indicating the office used by each employee
5. Usernames and passwords for all computers in all offices at 1124 Blalock Road, Houston TX
6. Names, addresses, and phone numbers of other personnel employed by the defendants, including attorneys, accountants, contractors, etc.
7. The names, addresses and amounts of claims of all known creditors of the Receivership Defendants
8. Tax records for the years 2020 and 2021 for each Defendant
9. Username and password for each of the Receivership Defendants' personal computers and laptops
10. Title and insurance documents for each vehicle owned by the Receivership Defendants
11. Title, insurance, mortgage documents, and any other documents for to each real estate property in which Receivership Defendants have an interest
12. A list of financial institutions such as banks, brokerage firms, mutual funds, crypto currency trading platforms, or other entity where any Receivership assets, including crypto currency, are held
13. A list of all lawyers employed by the Defendants and information about any retainers paid
14. Information about any pending litigation, including case number, court where the case is pending, and the parties involved
15. Documents related to any pending insurance claims
16. Documents related to any government loans, including Paycheck Protection Program or PPP loans, Economic Injury Disaster loans or EIDL, Small Business Administration or SBA loans
17. Any and all usernames and passwords for any online accounts held by each Defendant, such as Google docs, emails and the such containing electronic records of the Defendants
18. Any and all usernames and passwords to access accounts at each financial institution where Receivership Assets are or were located.
19. Name, address and phone number of anyone who may possess information regarding Receivership assets, including documents and/or records.
20. The location and contact information for anyone in possession of any documents of the Defendants.

1

Thank you,

**Sonila Themeli**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



# EXHIBIT 2



October 6, 2022

***Via CMRR and Email***
Dan Cogdell
Jones Walker L.L.P.
811 Main Street, Suite 2900
Houston, Texas 77002
dcogdell@joneswalker.com

***Via CMRR and Email***
John Sklar
Magallón & Sklar L.L.P.
500 Jefferson Street, Suite 2000
Houston, Texas 77002
jsklar@magallonsklar.com

John Lewis, Jr.

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5620
**f** 713.227.9508
jolewis@shb.com

Re:  Civil Action No. 4:22-CV-03359; *Securities And Exchange Commission v. Mauricio Chavez, Giorgio Benvenuto and CryptoFX, LLC and CBT Group, LLC*; in the Southern District of Texas, Houston Division.

Dan and John,

In follow up to our October 3, 2022 email and in accordance with the Court's Order Appointing the Receiver ("Receivership Order"), for each Receivership Defendant you represent, please provide the following documents and/or materials by **October 14, 2022**:

1. Documents and/or materials stating the identity and location of all Receivership Property
2. Documents and/or materials stating the estimated value of all Receivership Property
3. Names, addresses and phone numbers of all individuals employed by the defendants and corresponding job titles.
4. A diagram of the office located at 1124 Blalock Rd., Houston, TX and indicating the office used by each employee
5. Usernames and passwords for all computers in all offices at 1124 Blalock Road, Houston TX
6. Names, addresses, and phone numbers of other personnel employed by the defendants, including attorneys, accountants, contractors, etc.
7. The names, addresses and amounts of claims of all known creditors of the Receivership Defendants
8. Tax records for the years 2020 and 2021 for each Defendant

*Confidential | Attorney Work Product | Attorney-Client Privilege*



9. Username and password for each of the Receivership Defendants' personal computers and laptops

10. Title and insurance documents for each vehicle owned by the Receivership Defendants

11. Title, insurance, mortgage documents, and any other documents for to each real estate property in which Receivership Defendants have an interest

October 6, 2022
Page 2

12. A list of financial institutions such as banks, brokerage firms, mutual funds, crypto currency trading platforms, or other entity where any Receivership assets, including crypto currency, are held

13. A list of all lawyers employed by the Defendants and information about any retainers paid

14. Information about any pending litigation, including case number, court where the case is pending, and the parties involved

15. Documents related to any pending insurance claims

16. Documents related to any government loans, including Paycheck Protection Program or PPP loans, Economic Injury Disaster loans or EIDL, Small Business Administration or SBA loans

17. Any and all usernames and passwords for any online accounts held by each Defendant, such as Google docs, emails and the such containing electronic records of the Defendants

18. Any and all usernames and passwords to access accounts at each financial institution where Receivership Assets are or were located.

19. Name, address and phone number of anyone who may possess information regarding Receivership assets, including documents and/or records.

20. The location and contact information for anyone in possession of any documents of the Defendants.

Each Defendant must also execute the enclosed "Declaration," and produce it with the information and documents requested herein.

Thank you.

Very truly yours,

John Lewis, Jr.

Enclosure

*S.E.C. v. Chavez, et al*., Case No. 4:22-cv-03359, Southern District of Texas, Houston Division

## **Sworn Declaration**

I, _____ declare under the penalty of perjury that all of the information provided to the court-appointed Receiver, John Lewis, Jr. in the matter *S.E.C. v. Chavez, et al*., Case No. 4:22-cv-03359 (SDTX), is true and correct to the best of my knowledge, information, and belief, and that I have supplied all the information and documents requested by the Receiver, to the extent that such information and documents are in my possession, custody, or control, or in the possession of my agents, including my lawyers, accountants, and financial advisors.


_____          _____

Signature                                                          Date


_____

Name (Printed)



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2165 8509 38

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark
Here

OCT – 6 2022

SAN HOU ON
COLLECTION

Sent to:   John Sklar
           Magallón & Sklar L.L.P.
           500 Jefferson Street, Suite 2000
           Houston, Texas 77002

Reference Information

John Lewis, Jr. X53003

33206.389768 – *S.E.C. v. Chavez, et al.*
October 6, 2022 Letter to John Sklar

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2165 8509 31

1. Article Addressed to:

John Sklar
Magallón & Sklar L.L.P.
500 Jefferson Street, Suite 2000
Houston, Texas 77002

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2165 8509 38

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

33206.389768 – *S.E.C. v. Chavez, et al.*
October 6, 2022 Letter to John Sklar

PS Form 3811, Facsimile, July 2015          Domestic Return Receipt



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2165 8509 69

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark
Here

Sent to:   Dan Cogdell
Jones Walker L.L.P.
811 Main Street, Suite 2900
Houston, Texas 77002

Reference Information
John Lewis, Jr. X53003

33206.389768 – *S.E.C. v. Chavez, et al.*
October 6, 2022 Letter to Dan Cogdell

PS Form 3800, Facsimile, July 2015

---

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Paul Sandoval   10/11/22

D. Is delivery address different from item 1?   ☑ Yes
If YES, enter delivery address below:   ☐ No

9590 9266 9904 2165 8509 62

1. Article Addressed to:

Dan Cogdell
Jones Walker L.L.P.
811 Main Street, Suite 2900
Houston, Texas 77002

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
33206.389768 – *S.E.C. v. Chavez, et al.*
October 6, 2022 Letter to Dan Cogdell

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2165 8509 69

PS Form 3811, Facsimile, July 2015        Domestic Return Receipt

# EXHIBIT 3



October 14, 2022

Sonila Themeli

**_Via CMRR and Email_**
John Sklar
Magallón & Sklar L.L.P.
500 Jefferson Street, Suite 2000
Houston, Texas 77002
jsklar@magallonsklar.com

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5656
**f** 713.227.9508
sthemeli@shb.com

Re:   Civil Action No. 4:22-CV-03359; *Securities And Exchange Commission v. Mauricio Chavez, Giorgio Benvenuto and CryptoFX, LLC and CBT Group, LLC*; in the Southern District of Texas, Houston Division.

Dear John,

I am counsel for John Lewis, Jr., the court-appointed Receiver in the above-referenced matter.  In addition to the information and documents requested by the Receiver (by email on October 3, 2022, and letter on October 6, 2022), please provide the following documents, information, and items by October 19, 2022:

1. The computer located in Mr. Chavez's office at 1124 Blalock Rd., Houston, TX, which had been removed from the premises prior to the Receiver taking possession of the office
2. All Account and transaction records for each crypto currency account held, owned, or operated by each Defendant or in which any of the Defendants have an interest, including self-custodial accounts
3. Any and all usernames and passwords to access accounts at each financial institution and crypto currency platforms where Receivership Assets are or were located
4. All documents related to JM Monarchy LLC and JC Trust.
5. A list of all property currently owned, operated or controlled by JM Monarchy LLC and JC Trust or all property in which any of the two entities has an interest.
6. A list of all property formerly owned, operated or controlled by JM Monarchy LLC and JC Trust or all property in which any of the two entities has an interest.



October 14, 2022
Page 2

7.   All documents related to Luxury Real Estate LLC and JJ Trust
8.   A list of all property currently owned, operated or controlled by Luxury Real Estate LLC and JJ Trust or all property in which any of the two entities has an interest
9.   A list of all property formerly owned, operated or controlled by Luxury Real Estate LLC and JJ Trust or all property in which any of the two entities has an interest
10.  All documents related to JCA Trust
11.  A list of all property currently owned, operated or controlled by JCA Trust or all property in which it has an interest
12.  A list of all property formerly owned, operated or controlled by JCA Trust or all property in which it has an interest
13.  Links to and credentials for each website maintained, operated, or controlled by the Defendants
14.  The credentials, such as screen names, passwords, email addresses, and/or other identifiers for any social media account (including Facebook, LinkedIn, Instagram, YouTube, TikTok, etc.) maintained, operated, or controlled by the Defendants
15.  The code for the safe located on the premises of the office at 1124 Blalock Rd., Houston, TX
16.  The password and other accessing credentials for the security system of 1124 Blalock Rd., Houston, TX office

Each Defendant must also execute the enclosed "Declaration," and produce it with the information and documents requested herein.   These requests, like the ones previously made by the Receiver, are continuing in character, requiring you to promptly amend or supplement your response if you obtain further material or information.

Thank you.

Very truly yours,

Sonila Themeli
Counsel for Court-appointed Receiver

Enclosure

# EXHIBIT 4

**Themeli, Sonila (SHB)**

| | |
|---|---|
| **Subject:** | FW: 22cv03359; SEC v. Chavez, et al. - Taxes |
| **Importance:** | High |

**From:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Sent:** Monday, October 31, 2022 11:27 AM
**To:** John H. Sklar <jsklar@magallonsklar.com>; Lewis, John (SHB) <jolewis@shb.com>
**Cc:** Scott Askue <saskue@haysconsulting.net>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** RE: 22cv03359; SEC v. Chavez, et al. - Taxes
**Importance:** High

Hello Mr.  Sklar,

The password you provided for the tax returns is invalid.  Please provide the correct password as soon as possible.   You should have the password since you were able to access these during our call.

Also, we still haven't received the **codes for the two safes** at the Blalock office.  As we explained during the call and our emails, we need to get access to the safes asap so we can vacate the premises.

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



1

# EXHIBIT 5

## Themeli, Sonila (SHB)

| | |
|---|---|
| **From:** | Themeli, Sonila (SHB) |
| **Sent:** | Monday, November 7, 2022 1:25 PM |
| **To:** | John H. Sklar; Lewis, John (SHB) |
| **Cc:** | Cooksey, Sharon (SHB); Themeli, Sonila (SHB) |
| **Subject:** | RE: 22cv03359; SEC v. Chavez, et al. - Car Insurance & Blalock Diagram |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Sklar,

I am following up to see if Mr. Chavez sent you the correct codes for the safes and security system at Blalock office?

Please let us know.

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



---

**From:** John H. Sklar <jsklar@magallonsklar.com>
**Sent:** Thursday, October 27, 2022 4:45 PM
**To:** Lewis, John (SHB) <jolewis@shb.com>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** 22cv03359; SEC v. Chavez, et al. - Car Insurance & Blalock Diagram

**EXTERNAL**

Dear Mr. Lewis and Ms. Themeli:

Attached find insurance cards for the vehicles and a diagram of the Blalock property.

If you have any questions, please contact me.

John H. Sklar
Magallón & Sklar, L.L.P.
500 Jefferson Street, Suite 2000
Houston, Texas 77002-7337
Telephone:  713.658.8500
Facsimile:  713.658.0690
E-mail:  jsklar@magallonsklar.com

This email and any files/documents transmitted with it are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone at 713.658.8500.

# EXHIBIT 6

**Themeli, Sonila (SHB)**

| | |
|---|---|
| **From:** | Themeli, Sonila (SHB) |
| **Sent:** | Tuesday, December 27, 2022 5:03 PM |
| **To:** | Themeli, Sonila (SHB) |
| **Cc:** | Themeli, Sonila (SHB) |
| **Subject:** | FW: Case No. 4:22-cv-03359; S.E.C. v. Chavez, et al., Southern District of Texas, Houston Division |

---

**From:** Themeli, Sonila (SHB)
**Sent:** Monday, October 17, 2022 2:54 PM
**To:** David Gerger <dgerger@ghmfirm.com>; jsklar@magallonsklar.com
**Cc:** Gieser, Caroline M. (SHB) <cgieser@shb.com>; Cooksey, Sharon (SHB) <SCOOKSEY@shb.com>; Lewis, John (SHB) <jolewis@shb.com>; Russell, Selena (SHB) <SGRUSSELL@shb.com>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** FW: Case No. 4:22-cv-03359; S.E.C. v. Chavez, et al., Southern District of Texas, Houston Division

Mr. Sklar,

I am following up on our correspondence (emails and letters) requesting documents and information from Mr. Chavez.   Please let us know when you intend to produce them.

Also, we need to pick up Mr. Chavez' automobiles, which are part of the receivership estate.  Please provide a date and time we can come to pick them up and the address/s where the cars are located.  With the automobiles, please bring **all keys, original title and insurance documents**, and any other related documents.   Please let us know as soon as possible.

I am cc'ing Mr. Gerger to this email as well since he also represents Mr. Chavez.

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713-546-5656 | sthemeli@shb.com



---

**From:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Sent:** Friday, October 14, 2022 1:57 PM
**To:** jsklar@magallonsklar.com
**Cc:** Lewis, John (SHB) <jolewis@shb.com>; Cooksey, Sharon (SHB) <SCOOKSEY@shb.com>; Russell, Selena (SHB) <SGRUSSELL@shb.com>; Gieser, Caroline M. (SHB) <cgieser@shb.com>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** RE: Case No. 4:22-cv-03359; S.E.C. v. Chavez, et al., Southern District of Texas, Houston Division

Mr. Sklar,

The attached letter contains requests for items, documents, and information in addition to the ones in the correspondence sent yesterday.

Also, please let us know a couple of available times this coming week (10/17/2022) for us to come pick up Mr. Chavez's automobiles.  Please provide the address/s where the cars are located.  With the automobiles, please bring **all keys, original title and insurance documents**, and any other related documents.


Please let us know if you have any questions or want to discuss.

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.
713.546.5656 | sthemeli@shb.com



---

**From:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Sent:** Thursday, October 13, 2022 4:03 PM
**To:** jsklar@magallonsklar.com
**Cc:** Lewis, John (SHB) <jolewis@shb.com>; Cooksey, Sharon (SHB) <SCOOKSEY@shb.com>; Russell, Selena (SHB) <SGRUSSELL@shb.com>; Gieser, Caroline M. (SHB) <cgieser@shb.com>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** RE: Case No. 4:22-cv-03359; S.E.C. v. Chavez, et al., Southern District of Texas, Houston Division

Mr. Sklar,

I am counsel for John Lewis, Jr., the court-appointed Receiver in the above-referenced matter.  In addition to the information and documents requested by the Receiver (by email on October 3, 2022, and letter on October 6, 2022), please provide the documents and information requested in the attached correspondence.

Please let us know if you have any questions or would like to discuss.

We appreciate your assistance in this matter.

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



**From:** Russell, Selena (SHB) <SGRUSSELL@shb.com>
**Sent:** Thursday, October 6, 2022 11:26 AM
**To:** dcogdell@joneswalker.com; jsklar@magallonsklar.com
**Cc:** Themeli, Sonila (SHB) <STHEMELI@shb.com>; Russell, Selena (SHB) <SGRUSSELL@shb.com>
**Subject:** Case No. 4:22-cv-03359; S.E.C. v. Chavez, et al., Southern District of Texas, Houston Division

On behalf of John Lewis, please see the attached.

Thank you,

**Selena G. Russell**
*Legal Administrative Assistant III*
Shook, Hardy & Bacon L.L.P.

713-546-5646 | sgrussell@shb.com



*Stay connected. Stay informed.*

SHB.law/COVID19Hub

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# EXHIBIT 7



November 15, 2022

Sonila Themeli

**_Via CMRR and Email_**
John Sklar
Magallón & Sklar L.L.P.
500 Jefferson Street, Suite 2000
Houston, Texas 77002
jsklar@magallonsklar.com

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5656
**f** 713.227.9508
sthemeli@shb.com

RE:   **_Securities and Exchange Commission v. Mauricio Chavez, Giorgio
      Benvenuto, CryptoFX, LLC, and CBT Group, LLC,_** in the United
      States District Court for the Southern District of Texas, Houston
      Division, Civil Action No. 4:22-CV-03359

Dear Mr. Sklar,

      The Receiver has been informed by victims and/or their counsel that Mr.
Chavez and his associates continue to communicate with victims about
CryptoFX and CFX Academy's activities.  His communications and activities
include promoting CryptoFX, requesting additional investments/money from
victims, and making Ponzi scheme payouts.

      These activities are in violation of the Court's orders requiring Mr.
Chavez to cease all activities related to CryptoFX or CFX Academy.  Mr.
Chavez's activities are also in violation of the Order Appointing Receiver as he
and his associates are using receivership assets to make Ponzi scheme
payments.

      The Receiver requests that Mr. Chavez **cease these activities
immediately** and that all receivership assets, including cash Mr. Chavez has
received in relation with his CryptoFX activities, be turned over to the Receiver
immediately.

Regards,

Sonila Themeli
Counsel for Receiver, John Lewis, Jr.

**WALZ**
**CERTIFIED**
**MAILER®**

FROM

Label #1

իլիելիիվելիիիիիիիիիիիիիիիիիի

John Sklar
Magallon & Skla LLP
500 Jefferson Street
Suite 2000
Houston, TX 77002

Label #2

իլիլիիվելիիիիիիիիիիիիիիիիիի

John Sklar
Magallon & Skla LLP
500 Jefferson Street
Suite 2000
Houston, TX 77002

Label #3

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

Label #4  Certified Article Number  **SENDER'S RECORD**  9414 7266 9904 2165 8506 86

Label #5 (OPTIONAL)

Sonila Themeli
Shook Hardy & Bacon LLP
600 Travis Street
Suite 3400
Houston, TN 77002

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2165 8506 89

Label #7 - Certified Mail Article Number

FOLD AND TEAR THIS WAY ⟶

---

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

**USPS® ARTICLE NUMBER**

9414 7266 9904 2165 8506 86

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark
Here

**Sent to:** John Sklar
Magallon & Skla LLP
500 Jefferson Street
Suite 2000
Houston, TX 77002

NOV 15 2022

**Reference Information**

Sonila Themeli
33206.389768 - SEC v. Chavez, et al.
11/15/2022 Cease & Desist Letter

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2165 8506 89

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RICHARDSON   11/17/2022

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

John Sklar
Magallon & Skla LLP
500 Jefferson Street
Suite 2000
Houston, TX 77002

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

33206.389768 - SEC v. Chavez, et al.

Sonila Themeli
11/15/2022 Cease & Desist Letter

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2165 8506 86

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

# EXHIBIT 8



November 15, 2022

*Via E-mail, CMRR and First Class Mail*

Sonila Themeli

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5656
**f** 713.227.9508
sthemeli@shb.com

Mr. Mauricio Chavez
9423 Autauga Street
Houston, Texas 77080
Email: ceo10xplan@gmail.com

Mr. Mauricio Chavez
13411 Briar Forest Dr. Apt. 1033
Houston, TX 77077
Email: ceo10xplan@gmail.com

RE:     ***Securities and Exchange Commission v. Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC, and CBT Group, LLC,*** in the United States District Court for the Southern District of Texas, Houston Division, Civil Action No. 4:22-CV-03359

Mr. Chavez,

I represent John Lewis, Jr., the court-appointed Receiver in the above-referenced matter.

Today the Court entered an order granting Mr. Sklar's Motion to Withdraw as your Counsel, which is enclosed.  Mr. Sklar also informed me today that he was not aware that you are represented by counsel.  As such, I am sending you this letter directly.  If you have retained other counsel, please have your counsel contact me immediately.

The Receiver has been informed by victims and/or their counsel that you and persons acting one your behalf continue to communicate with victims about CryptoFX and CFX Academy's activities.  These communications and activities include promoting CryptoFX, requesting additional investments/money from victims, and making Ponzi scheme payouts.

These activities are in violation of the Court's orders requiring you to cease all activities related to CryptoFX and/or CFX Academy.  Your activities are also in violation of the Order Appointing Receiver, as you and persons acting on your behalf are using receivership assets to make Ponzi scheme payments.



The Receiver requests that you **cease these activities immediately** and that all receivership assets, including cash you and/or persons acting on your behalf have received in relation with any CryptoFX-related activities, be turned over to the Receiver immediately.

November 15, 2022
Page 2

Please contact me at the e-mail address or phone listed above if you have any questions.

Regards,

Sonila Themeli
Counsel for Receiver, John Lewis, Jr.

United States District Court
Southern District of Texas

**ENTERED**

November 15, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

SECURITIES AND EXCHANGE COMMISSION, §
§
      Plaintiff, §
§
v. §      Civil Action No. 4:22-cv-03359
§
MAURICIO CHAVEZ, §      JURY TRIAL DEMANDED
GIORGIO BENVENUTO, and §
CRYPTOFX, LLC, §
§
      Defendants, §
§
CBT GROUP, LLC, §
§
      Relief Defendant. §

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by the law firm of Magallón & Sklar, L.L.P. and John H. Sklar. Upon consideration, the Court finds good cause to allow the law firm of Magallón & Sklar, L.L.P. and John H. Sklar to withdraw and the Motion should be and is hereby GRANTED. It is therefore

ORDERED that Magallón & Sklar, L.L.P. and John H. Sklar are permitted to withdraw as counsel of record for Defendants Mauricio Chavez and CryptoFX, LLC and are hereby relieved of any further responsibilities and duties in connection the representation and defense of Mauricio Chavez and CryptoFX, LLC in this action.

SIGNED this ___14th___ day of ___November___, 2022.

Hon. Andrew S. Hanen
United States District Judge