# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| vs. | | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | | CIVIL ACTION NO. 4:22-CV-03359 |
| | | JUDGE ANDREW S. HANEN |
| *Defendants.* | | |
| CBT Group, LLC, | | |
| *Relief Defendant.* | | |

## AFFIDAVIT OF SCOTT ASKUE

Personally appeared before the undersigned notary public, duly authorized to administer oaths, Scott S. Askue, who being duly sworn, deposes and states the following under oath:

1. My name is Scott S. Askue. I am over 21 years of age, of sound mind, and otherwise competent to give this affidavit based on my personal knowledge.

2. I am a forensic accountant with the firm Hays Financial Consulting, LLC ("HFC"), which was employed by court appointed Receiver, John Lewis, Jr. (the "Receiver"), as Financial Consultants and Accountants. Our role is to assist the Receiver with financial analysis and forensic accounting, and a court order allowing this employment was entered on December 1, 2022. (Doc. Nos. 31 and 37).

3. The Receiver employed Shook, Hardy & Bacon LLP ("SHB") as counsel to the Receiver. Collectively, the Receiver, HFC, and SHB are referred to as the "Receiver Team".

4.      On September 29, 2022, immediately following the hearing resulting in the Receiver's appointment, the Receiver, SEC attorneys and professional staff, with the assistance of U.S. Marshall Service, arrived at the corporate offices of CryptoFX at 1124 Blalock, Rd., Houston, Texas ("Blalock"). See Receiver's First Interim Report (Doc. No. 33.)

5.      I visited the Blalock offices on September 30, 2022 with the Receiver and also on October 1, 2022. Located in the office used by Chavez was the monitoring and recording components of the security system (the "Security System") which captured images of the inside and outside of Blalock though a series of cameras. The Security System was unlocked and its image content was available for viewing via a monitor attached to the Security System. I captured cell phone pictures of the monitor.

6.      Exhibit A to this affidavit consists of four of the pictures I took on October 1, 2022 of the monitor attached to the Security System showing CryptoFX offices at Blalock and specifically of the office of Mauricio Chavez.

7.      The first picture in Exhibit A shows a security footage image date and time stamped September 28, 2022 at 8:59 PM. The image shows Chavez, wearing a black shirt and jeans, standing near his desk and his Apple computer on the left corner of the desk. The second picture date and time stamped September 28, 2022 at 10:17 PM shows a security footage image of Chavez also near his desk with another man appearing to count cash. The next picture date and time stamped September 28, 2022 at 10:26 PM shows security footage of Chavez and another man and cash on Chavez's desk. The fourth picture date and time stamped September 28, 2022 at 10:38 PM shows Chavez leaving the room holding a black bag. His Apple computer and the cash have been removed from his desk. It is reasonable to believe that Chavez took the computer and the cash

that was on his desk. These items were not found by the Receiver Team during the sweep of Blalock.

FURTHER AFFIANT SAYETH NOT.

_____
Scott S. Askue

*Sworn to and Subscribed* before me

This 23rd Day of December, 2022

_____
Notary Public
My Commission Expires: 3-14-2026

# EXHIBIT A



2





