# EXHIBIT D

1       IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF TEXAS

3                HOUSTON DIVISION

4

5   SECURITIES AND EXCHANGE )
    COMMISSION,              )
6                            )
        Plaintiff,           )
7                            )
    vs.                      ) Case No. 4:22-cv-3359
8                            )
    MAURICIO CHAVEZ,         )
9   GIORGIO BENVENUTO, and   )
    CRYPTOFX, LLC,           )
10                           )
        Defendants.          )
11                           )
        and                  )
12                           )
    CBT GROUP, LLC,          )
13                           )
        Relief Defendant.    )
14  _____)
    ORAL VIDEOTAPED DEPOSITION
15           ORAL VIDEOTAPED DEPOSITION OF

16            MR. JULIO E. TAFFINDER

17              December 14, 2022

18      ORAL VIDEOTAPED DEPOSITION OF MR. JULIO E.

19  TAFFINDER, produced as a witness at the instance of

20  the Plaintiff and duly sworn, was taken in the

21  above-styled and numbered cause on the 14th day of

22  December, 2022, from 9:15 a.m. to 6:43 p.m., before

23  Michelle Hartman, Certified Shorthand Reporter in and

24  for the State of Texas and Registered Professional

25  Reporter, reported by computerized stenotype machine

1

```
 1            Q.  I am just going to go ahead and mark this
 2  document as Exhibit 31 --
 3                    (Exhibit 31 marked)
 4            Q.  (BY MR. GULDE)  -- and hand it to you.
 5                 Can you tell me what I have marked as
 6  Exhibit 31?
 7            A.  Am I looking for a yellow sticker?
 8            Q.  I put a front -- a sticker on the first
 9  page there that says --
10            A.  Oh.
11            Q.  -- Exhibit 31.
12            A.  Sorry.
13            Q.  That's for our purposes to identify it
14  when we're looking at this record later.
15            A.  Okay.
16            Q.  Can you tell me what this document is?
17            A.  Oh, of course, yes, sir.  It's a WhatsApp
18  chat between me and Mauricio.
19            Q.  And as I read it, it -- it starts with a
20  chat entry from April 19th, 2022; is that correct?
21            A.  Yes, sir.
22            Q.  And the last one on here is from
23  October 8th, 2022?
24            A.  Yes.
25            Q.  And this is a document that you provided
```

                                                            11

1 to your lawyer recently?

2          A.  Yes, sir.

3          Q.  Okay.  As you look at it -- when you

4 provided it to your lawyer, was it in the same form

5 that it -- that it was sitting in your phone or your

6 computer?

7          A.  Of course.

8          Q.  Okay.  Did you do anything to change it?

9          A.  No, sir.

10          Q.  Are there any texts between you and

11 Mauricio outside of this time frame, April to

12 October?

13          A.  So there were texts before, but I had a

14 phone glitch, so these are the -- from the WhatsApp

15 chat, these are the only ones that exist.

16          Q.  So am I to understand you switched your

17 phone sometime around April --

18          A.  In March.

19          Q.  -- 2022?

20          A.  Yes, sir.  But the WhatsApp chart started

21 in April.

22          Q.  Did you have WhatsApp chats on the prior

23 phone?

24          A.  No.

25          Q.  Okay.  How did you communicate with

                                                      12

1   Mauricio before April of 2022?

2           A.   IMessage.

3           Q.   IMessage on a --

4           A.   IPhone.

5           Q.   -- an iPhone?

6           A.   Yes, sir.

7           Q.   Is that just the normal text message app

8   on an iPhone?

9           A.   Correct.

10          Q.   Okay.  And when you got your new phone,

11  did you migrate any of that data over to your -- over

12  to your new phone?

13          A.   The -- the other iMessages that were

14  submitted were -- those were the ones that I was able

15  to retrieve.

16          Q.   Okay.  So you gathered in preparation for

17  this deposition the messages you were able to

18  retrieve?

19          A.   Exactly, yes, sir.

20          Q.   Okay.  And what was the process you went

21  through to get your hands on those?

22          A.   So on the Apple computer, you are able

23  to -- whatever is synced to the computer, you're able

24  to print out a PDF file of it, and it automatically

25  generates that.

                                                        13

1          Q.   Okay.  So between this document,

2    Exhibit 31 --

3          A.   Uh-huh.

4          Q.   -- and the other text messages that you

5    provided to your lawyer --

6          A.   Yes, sir.

7          Q.   -- that he provided to us, are there any

8    other text messages that you have between you and

9    Mauricio?

10         A.   No text, just the e-mails that were

11   provided as well.

12         Q.   You provided e-mails, okay.

13         A.   Yes, sir.

14         Q.   Are there any other records of your

15   communications other than those text messages or

16   e-mails?

17         A.   Not that I recall, sir.

18         Q.   Okay.  So let's just start with this

19   document, Exhibit 31.

20         A.   Uh-huh.

21         Q.   Starting in April of 2022, had Mauricio

22   told you prior to this that he had already been

23   interviewed by the SEC in February?

24         A.   I have no idea, sir.

25         Q.   Okay.  And I noticed down in the third

                                                      14

1   entry here for 4/21 at 4:22 p.m., there's Flow with

2   two emojis there.  And who is that?

3          A.   That's my -- so in October, I was

4   receiving a lot of calls constantly, and for security

5   reasons, I didn't know who had access to my phone, so

6   I changed the -- my name on WhatsApp to Flow, just to

7   limit the amount of calls that I was receiving.

8          Q.   And is there any significance to the word

9   "Flow"?

10          A.   No, sir.

11          Q.   Okay.  Do you know -- why did you pick

12   it?

13          A.   I believe that my parents' death, like

14   everything just goes with the flow in life --

15          Q.   Okay.

16          A.   -- and you just have to adjust to that.

17          Q.   Is there any meaning to the emojis?

18          A.   Oh, no, sir.  I like learning, so I'm

19   putting a little thing.

20          Q.   That's a graduation cap?

21          A.   Yes, sir.

22          Q.   And then some stars?

23          A.   Yes, sir.

24          Q.   Okay.  What was your name before you

25   changed it to Flow?

15

1          Q.  I guess, what is the -- what does the
2     month of April mean in this sentence?  Is it that's
3     when the request came in from -- into customer
4     service?
5          A.  It could be that either the customer
6     called in June regarding April or it could be that
7     the -- for whatever reason or another, that that
8     payment wasn't processed.
9          Q.  Would it have anything to do with the
10    contract date?
11         A.  So it says "April," that means that the
12    customer's contract date was from April.
13         Q.  Okay.  So -- so as I understand it here,
14    the month of April refers to the contract due date of
15    payment?
16         A.  Yes, sir.
17         Q.  Okay.  And you're saying, you know, it's
18    June, that -- that could be because people just
19    haven't called much?
20         A.  Exactly.
21         Q.  Okay.  It doesn't necessarily mean that
22    Mauricio's been stingy with the BitCoin?
23         A.  Exactly, sir.
24         Q.  Okay.  Excuse me.  Let's turn to -- turn
25    to the next page and look about halfway down the

                                                            44

1    page.   There's a message from Mauricio --

2            A.   Uh-huh.

3            Q.   -- that starts in Spanish, and then is

4    paid -- is spaced differently than other messages.

5            A.   Uh-huh.

6            Q.   Do you see that?

7            A.   (Nods).

8            Q.   What does that -- what does "CFX formato

9    de retiro de pago" (ph) mean?

10           A.   Oh.   So that's how customers sent in

11   through the customer service their information, sir.

12           Q.   And what does that literally mean in

13   Spanish?

14           A.   It means CFX contract payment withdrawal.

15           Q.   And they would send these directly to

16   Mauricio?

17           A.   Again, sir, some -- some people had

18   their -- his direct phone number, sir.

19           Q.   Did some of these come through customer

20   service as well?

21           A.   Most --

22           Q.   Okay.

23           A.   -- should have come through there, sir.

24           Q.   Do you have any sense, like what

25   percentage came through customer service versus

45

1  Mauricio?

2         A.   No, sir.

3         Q.   Okay.  So as we look down the page here,

4  does this mean that Mauricio is telling you that Joel

5  Ayala is wishing to withdraw his payment and cancel

6  his contract?

7         A.   I think those are just a template space

8  holder, sir.

9         Q.   You don't -- is there a real Joel Ayala?

10        A.   There should be, sir.

11        Q.   Okay.  Well, explain -- explain what you

12  mean by template or placeholder.

13        A.   So this was a template of how customer

14  service needed to receive customer information, sir.

15        Q.   Oh, okay.  So that's what -- that's what

16  "formato" means?

17        A.   Yes, sir --

18        Q.   Okay.

19        A.   -- format.

20        Q.   Got you.  So he is -- is he sending this

21  to you to tell you what the format should be?

22        A.   No.  He's simply telling me that he

23  received that, this customer information, and to

24  basically, you know, make sure that it is tracked.

25        Q.   That what is tracked?

46

1  them?"

2          A.  I was asking -- I was trying to

3  understand what was going on with that situation,

4  because I had never came across it, sir.

5          Q.  Yeah.  And what did you end up finding

6  out about that?

7          A.  I don't exactly remember.  I believe they

8  were, but did not seem to have answered my question.

9          Q.  Now, does that 18 percent mean that they

10 were better at trading BitCoin than L.A.?

11         A.  I don't know where it came from, sir.

12         Q.  What's your understanding of how CFX was

13 able to pay any percent of return on amounts invested

14 by student investors?

15         A.  Mauricio would conduct trading, sir.

16         Q.  And you said trading, not training?

17         A.  Trading, yes.

18         Q.  Okay.  So Mauricio would conduct trading

19 in -- in what assets?

20         A.  I don't know, sir.

21         Q.  Now, do you know if Mauricio conducted

22 trades in -- in crypto currency?

23         A.  I witnessed a Coinbase Pro account once.

24         Q.  And do you have any details of that

25 Coinbase Pro account?

                                                        111

```
1              A.   No.   He just mentioned that he had made
2    $50,000 in five minutes once and then he showed the
3    transaction.
4              Q.   When was this transaction?
5              A.   It was when I was joining, sir.
6              Q.   Would that have been around -- or when
7    was that?
8              A.   It should have been around -- I started
9    volunteering for classes in February, so around that
10   time, sir.
11             Q.   And this is February of 2022?
12             A.   Yes, sir.
13             Q.   And Mauricio -- Mauricio was telling you
14   that he just made $50,000 in five minutes?
15             A.   Yes, sir.
16             Q.   And did he spin his monitor around and
17   show you?
18             A.   Oh, no, he showed me on his phone, sir.
19             Q.   On his phone?
20             A.   Yeah.
21             Q.   And is this something Mauricio did more
22   than once?
23             A.   No, sir, I only saw it once.
24             Q.   Did you ever see any -- anything on his
25   phone or in documentation that reflected other crypto
```

112

1  currency trading?

2       A.   I saw a -- on his monitor, he had

3  CoinMarketCap pulled up quite often.

4       Q.   What is CoinMarketCap?

5       A.   It is a platform that shows you all the

6  crypto currencies and their relevant prices at the

7  time.

8       Q.   And could you tell if he was logged in as

9  a trader on this website?

10      A.   No, sir.

11      Q.   Is this a trading website that allows you

12 to conduct transactions?

13      A.   It's an information site, sir.

14      Q.   Okay.  So it's like having CNN up?

15      A.   Yes.

16      Q.   Okay.  So that's not an indication to you

17 that he was conducting trades?

18      A.   I never saw anything other than

19 described, sir.

20      Q.   Okay.  So you saw on his monitor, he

21 would have the CoinMarketCap screen up, and he showed

22 you his phone the one time.

23           Did you actually confirm that there was a

24 $50,000 gain on a transaction?

25      A.   I glanced at it, sir.

113

1          Q.  Yeah.  So at no time in September did

2     Mauricio talk to you about the SEC lawsuit?

3          A.  No, sir --

4          Q.  Okay.

5          A.  -- unfortunately not.

6          Q.  And not a week later when the receiver

7     was appointed?

8          A.  When is that, sir?

9          Q.  That was on September 29th.

10          A.  No, sir.

11          Q.  And just to confirm, you know, between

12     the 20 -- the 20th of September and the 29th of

13     September, Mauricio is still sending you BitCoin in

14     your role as -- as a liaison for people who wanted to

15     get paid on their contracts in BitCoin, correct?

16          A.  He sent me on the 27th, sir, based on the

17     chat.

18          Q.  Sure, sure.  And -- well, and look at

19     page 185.  On the 23rd, he sent you 50,000, right?

20          A.  If that's what it says on the chat, sir.

21          Q.  Okay.

22          A.  Okay, yes.

23          Q.  And then on the 23rd, the same day, you

24     left him 85,000 in NFT sales, right?

25          A.  Where?

                                                      197

1          Q.   The very top, the very top of the page,

2     page 186.

3          A.   Oh, yes, sir.  Yeah, in that particular

4     instance, again, I left it with Henry.

5          Q.   Okay.  And would that have been $85,000

6     in cash?

7          A.   For those particular, yes, sir.

8          Q.   Okay.  And then on the 27th, you've

9     already said he sent you another $25,000.  You know,

10    on the -- on the evening of the 29th, there at the

11    bottom of page 187, Mauricio says, "Call me when you

12    get a chance."

13         A.   Uh-huh.

14         Q.   Did you have that conversation?

15         A.   Yes, he did call me, sir.

16         Q.   Do you -- well, he called you?  Because

17    he asked you to call him.

18         A.   I don't -- if he says, "Call me when you

19    get a chance," then I probably did follow up, sir.

20         Q.   Okay.  But that conversation happened?

21         A.   Yes, sir.

22         Q.   And what did Mauricio tell you on the

23    29th?

24         A.   He was asking me if I was going to

25    Chicago on October 1st, and October 1st I was

                                                        198

1  scheduled to do a learning -- live learning, again

2  about the history of BitCoin and where we're at and

3  where we're going.

4         Q.  Were you supposed to do that live from

5  Chicago?

6         A.  Yes, sir.

7         Q.  Okay.  Did that end up happening?

8         A.  Yes, sir.

9         Q.  During that conversation, did he say, "By

10  the way, a receiver was appointed in our case this

11  morning"?

12         A.  No, sir, not at all.

13         Q.  Okay.  Move on down to the bottom of page

14  188.  You send him a message at 10:16 in the morning

15  that says, "Hi, Brother.  Carlito sent me the news.

16  Let's get together, brainstorm some ideas and bite

17  this in the butt brother"?

18         A.  Yes, sir.

19         Q.  Strongarm, rocket ship?

20         A.  Yes, sir.

21         Q.  What news had Carlito sent you?

22         A.  The news of the lawsuit, sir.

23         Q.  Do you remember what news outlet?

24         A.  No, sir.  It was a -- there was a news

25  from El Salvador if I remember correctly.

                                                        199

1  he had and he's --

2         Q.  Mauricio went on a date with Juan?

3         A.  No, sir.  Apologies.  Juan at the time

4  was dating a very pretty lady that he was into --

5         Q.  Oh, okay.

6         A.  -- and so Mauricio gave him all his

7  money, and he was recollecting those type of memories

8  to enforce that he still has the best interest of the

9  community in mind.

10         MR. PATEL:  We should probably, just so

11  it's clear -- who is -- who is -- when you describe

12  these comments and this conversation, who is in

13  attendance for those conver -- for that conversation?

14         THE WITNESS:  There was a staff meeting

15  held that week.

16         Q. (BY MR. GULDE)  And who was present at the

17  staff meeting?

18         A.  The entire staff, sir.

19         Q.  So when he says on 10/4, "Let's get

20  together this afternoon," that's announcing the staff

21  meeting to you?

22         A.  Yes.  But I can't recollect that we got

23  together that day.

24         Q.  But the conversation that you're

25  recalling when he's talking about prior good deeds,

202

1    that was in a staff meeting with other people?

2            A.  Yes, sir.

3            Q.  And who else was present at that one?

4            A.  The entire staff, sir.

5            Q.  Okay.  And can you -- that's everybody

6    who works at Blalock?

7            A.  Yes, sir, the accounting team, sales

8    team, everyone.

9            Q.  Where was the meeting?

10           A.  Royal Sonesta, sir, as well.

11           Q.  Okay.  So that's -- is that where we're

12   talking about the very last entry on this document,

13   on 10/8 --

14           A.  Yes, sir.

15           Q.  -- or is it a -- could there have been

16   multiple meetings at the Royal Sonesta?

17           A.  There could have been multiple meetings

18   at the Royal Sonesta.

19           Q.  Okay.  So do you -- do you recall if

20   there were multiple meetings after 10/4 at the Royal

21   Sonesta?

22           A.  There was -- there was two, sir, that I

23   recollect.

24           Q.  Okay.  And were they both staff type

25   meetings?

                                                    203

1          A.   Yes, sir.

2          Q.   Where the entire staff of CFX was there?

3          A.   Yes, sir.

4          Q.   Okay.  And we talked about entire staff.

5     Is this like 25 people?

6          A.   Hmm, I think it was more around 30

7     people, sir.

8          Q.   Okay.  What sort of facility at the Royal

9     Sonesta?

10          A.   It was just a conference room, sir.

11          Q.   Okay.  Do you know who paid for it?

12          A.   No, sir.

13          Q.   Did you have anything to do with setting

14     that up?

15          A.   No, sir.

16          Q.   Had the space been reserved for CFX?

17          A.   I presume so, sir.

18          Q.   Okay.  Halfway down the page on 189 --

19          A.   Uh-huh.

20          Q.   -- you send him a Google Map of a

21     location on Westheimer.

22          A.   Yes, sir.

23          Q.   What is that?

24          A.   So that was a -- so he asked me to book a

25     temporary office there.

                                                          204

1          Q.   And did you book a temporary office?

2          A.   Yes, sir.

3          Q.   Who -- who did you contact for that?

4          A.   It was done through Spaces.

5          Q.   Spaces, S-P-A-C-E-S?

6          A.   Yes, sir.  It's a website.

7               Oh, sir --

8          Q.   Yeah?

9          A.   -- this was the day actually that I found

10    out about the SEC.  It was this evening.

11         Q.   So 10/5 is the day that you had that

12    conversation with Marvin?

13         A.   Yes, sir.

14         Q.   After your conversation with Mauricio

15    about temporary office space?

16         A.   No, before.

17         Q.   Okay.  So walk me through that timeline.

18         A.   So before 10/5, I didn't understand the

19    details or implications of everything happening with

20    the lawsuit, nor the asset freeze, nor the

21    appointor/receiver, or I believe there's also a

22    restraining order or something with that.  So I

23    didn't understand those details.

24               Then on 10/5, he asked me to get a space

25    for the staff, for the customer service so they can

                                                        205

1    take calls, and so that place was booked.  And then

2    at the end of that day is when Marvin -- I would meet

3    with Marvin and Marvin brings up the details of

4    everything that's happening, sir.

5           Q.  You're telling me that this -- when you

6    say this place was "booked," do you mean it was full,

7    it was already occupied, or are you saying that you

8    booked this space for CFX?

9           A.  It was rented.  It was just a temporary

10   rental for caparse (ph).

11          Q.  I'm talking about the use of the passive

12   voice whenever we're not knowing who's doing the --

13   the stuff, so --

14          A.  Oh, yes, he asked me to -- to book it.

15          Q.  Mauricio asked you to book this location

16   on Westheimer?

17          A.  He asked me to book a location.

18          Q.  Okay.  And you found the location on

19   Westheimer?

20          A.  This was the only thing available, sir.

21          Q.  Got you.  And you sent him this map?

22          A.  Uh-huh.

23          Q.  And he okayed it, said, "Awesome"?

24          A.  Yes, sir.

25          Q.  Okay.  How much was rental on that?

                                                          206

1          A.   Anywhere between a hundred or $150, maybe
2     a little bit more.
3          Q.   Per what?
4          A.   Per the day.
5          Q.   And how many days did you rent it for?
6          A.   Oh, just that one, sir.
7          Q.   Okay.  And where did you get the
8     hundred -- hundred to $150 a day to --
9          A.   To pay bills --
10         Q.   -- pay it?
11         A.   -- that -- that was just personal, sir.
12         Q.   You paid for it?
13         A.   Yes, sir.
14         Q.   Out of your own pocket?
15         A.   Yes, sir.
16         Q.   Okay.  Did Mauricio ask you to do that?
17         A.   Yes, sir.  Well, he told me to book it,
18    sir, and he didn't provide me further details.
19         Q.   Okay.  And did you -- so what did -- what
20    did CFX use that space for?
21         A.   It was just more of an employee meeting.
22    Everybody was venting.  Some people answered customer
23    phone calls, but it was -- we were all kind of lost
24    as to what was going on, sir.
25         Q.   Did Mauricio address what was going on?

                                                              207

1          A.   No, he never showed up, sir.

2          Q.   Who was in charge at this suite on

3    Westheimer?

4          A.   There wasn't really anybody in charge,

5    sir.

6          Q.   How long were employees at this suite on

7    Westheimer?

8          A.   A few hours, sir.

9          Q.   How did people know to show up there?

10         A.   This was shared, sir, to the group

11   members, to the team.

12         Q.   It was shared?

13         A.   Yes, sir.

14         Q.   By whom?

15         A.   I shared it based on Mauricio's

16   instruction, sir.

17         Q.   Okay.  And what did you tell people when

18   you shared this location?

19         A.   That there was a temporary office that

20   was booked for that day, sir, and to meet there.

21         Q.   Okay.  Did you express that this was

22   Mauricio's wish that people show up?

23         A.   I don't recall, sir.

24         Q.   Where would we see a copy of that

25   message?

                                                  208

1          A.   There is a -- there should be an
2     employee's chat, sir.
3          Q.   Okay.  Are you a member of that
4     employee's chat?
5          A.   Yes, sir.  I should be able to pick up
6     the message, sir.
7          Q.   Okay.  You have access to it right now as
8     far as we -- as far as you know?
9          A.   I should have.
10         Q.   Okay.  That's responsive to the requests
11    we have already made, so please give that to your
12    lawyer.
13         A.   Of course, sir.
14              (Information to be supplied)
15         Q.   (BY MR. GULDE)  All right.  A little bit
16    later on -- well, the next day at 7:07 on the 6th,
17    you reach out to Mauricio and -- and you say, "Good
18    evening.  Can we meet tomorrow morning for breakfast
19    at our -- at 8:00 at our usual spot."
20         A.   Uh-huh.
21         Q.   What's your "usual spot"?
22         A.   So we had met once or twice in this place
23    called Le Peep --
24         Q.   Okay.
25         A.   -- on West -- not Westheimer, I'm sorry,

209

1    I-10 and Gessner, like near Memorial Mall.

2         Q.   And you said, "I have to run some

3    important things by you and possible solutions to

4    consider."  Do you see that?

5         A.   Yes, sir.

6         Q.   What important things did you need to run

7    by Mauricio?

8         A.   So as I met with Marvin and found out

9    more of what's going on, coincidentally at the same

10   interval in time, I found my attorney, Ronak; and he

11   wasn't my attorney at the time, but I figured that

12   maybe he could provide an opinion to him if he needed

13   it.

14        Q.   So you -- you reached out saying, "Got

15   some important things to run by you," and one of

16   those things in your mind was you've made contact

17   with a lawyer who knows this space and could be

18   helpful?

19        A.   That was really the only thing I wanted

20   to talk to him about, sir.

21        Q.   You wanted to potentially hook him up

22   with a lawyer who could help him?

23        A.   Just bring it up to his attention.

24        Q.   Okay.  And what did he say to that?

25        A.   He never responded, sir.

                                                    210

1          Q.  He never responded to this text?

2          A.  No, sir.  He -- we never met, sir, on

3    that date.

4          Q.  So there -- there's no difference in this

5    text in your mind between the important things and

6    possible solutions to consider?

7          A.  No, that is that; that is the possible

8    solution, that maybe he could have an extra pair of

9    eyes.

10          Q.  Okay.  Just to get some good advice?

11          A.  Yes, sir.

12          Q.  Okay.  So you're testifying that Mauricio

13    never responded to this?

14          A.  Uh-huh.

15          Q.  But he does respond -- he does say more

16    things to you, right?

17          A.  Yes, sir.

18          Q.  So on 10/6, Mauricio says, "Are you going

19    today?"

20          A.  Uh-huh.

21          Q.  At 7:45?

22          A.  Yes, sir.

23          Q.  And you say, "I'm not available today,

24    Bro, but I would really love to sync in the morning."

25          A.  Uh-huh.

211

1          Q.  He says, "Okay."  What -- what is he --
2    what is Mauricio talking about?
3          A.  He must have had like a meeting that day,
4    and I wasn't available, sir.
5          Q.  Had you been invited to it?
6          A.  Based on this conversation, I presume so,
7    sir.
8          Q.  But you don't recall what that meeting
9    was as we sit here today?
10         A.  No, sir.
11         Q.  Had you been -- already been instructed
12   not to interact with Mauricio at this time?
13         A.  Not by -- not by Ronak or anybody.
14   Still, I knew that the lawsuit was going on.
15         Q.  Did Marvin suggest to you it's not a good
16   idea to interact with Mauricio?
17         A.  Marvin did suggest that, sir.
18         Q.  When Mauricio suggests this meeting at
19   the Royal Sonesta on 10/8 --
20         A.  Uh-huh.
21         Q.  -- did you go to that?
22         A.  Yes, sir.  That's when I basically told
23   him, thank you for the opportunity and, you know,
24   good luck to you with everything in the future
25   endeavors.  And just doing my due diligence, sir.

                                                  212

1          Q.  And when you say doing your due
2    diligence, do you mean addressing the formalities of
3    quitting your job?
4          A.  Yes, sir.
5          Q.  Did you give him back anything that you
6    had in your possession from CFX?
7          A.  There was one thing that I tried giving
8    back to him, but he deflected.
9          Q.  What did you try to give back to him?
10         A.  The crypto wallet, sir.
11         Q.  And that's the one we've been talking
12   about this whole time?
13         A.  Yes, sir.
14         Q.  And when you say "tried to give back the
15   wallet," does that mean try to give back the --
16   the --
17         A.  The key.
18         Q.  -- the pass key to it?
19         A.  Yes, sir.
20         Q.  Okay.  And he deflected, he didn't take
21   it?
22         A.  Yes, sir.
23         Q.  Did you -- how did you interpret that?
24         A.  I mean, I didn't think much of it, sir,
25   other than he just doesn't want to give me time, you

                                                      213

1  know.

2       Q.  You didn't think he was making you a gift

3  of whatever was in that wallet?

4       A.  No, sir.

5       Q.  Okay.

6       A.  He just -- he answered a phone call and

7  he said, "Later, later, later."  And I was obviously

8  not going to interact with him, you know.

9       Q.  At this meeting at 4:30 at the Royal

10 Sonesta Hotel on the 8th, who else was present?

11      A.  There were staff members present that

12 day, sir.

13      Q.  Is this the entire staff again?

14      A.  No.  There was -- there was -- I'm just

15 trying to get my dates in order.  Everything was hazy

16 that week, lots going on.  There was members from

17 accounting team and then random leaders came in.

18 There was one leader from Houston that came in.  Her

19 name was Loly (ph).  And I remember Anna from

20 accounting was there.  Nancy from accounting was

21 there.

22      Q.  Is Loly (ph) Marie Seravia --

23      A.  I don't know, sir.

24      Q.  -- do you know?  Okay.

25      A.  I just know her by Loly.

                                                    214

1          Q.   Okay.  Was Orlin Turcios there?

2          A.   I don't recall, sir, no.

3          Q.   Do you know Orlin Turcios?

4          A.   I know who he is, sir.

5          Q.   Who is he?

6          A.   He's a leader.

7          Q.   Where?

8          A.   I know he would do presentations in

9  New Orleans, and I knew he would do presentations in

10 Houston.

11         Q.   Okay.  But you don't know if he was based

12 in Houston or New Orleans?

13         A.   (Shakes head.)

14         Q.   Okay.

15         A.   No, sir.  Sorry.

16         Q.   And what did -- did Mauricio present to

17 the group at the hotel that day on the 8th?

18         A.   He did, sir.

19         Q.   What did he say?

20         A.   Again, he was trying to -- he was just

21 saying that, like, everything's not true; that he's

22 working on it, to be patient with him; that things

23 are going to get resolved.  And it was just a long

24 conversation of it.  And I mean, people -- people

25 still showed support, but, you know, not -- it wasn't

                                                    215

1  clear to me that -- I felt a strong sense of morale

2  to say, hey, this is not cool, and I expressed it;

3  and I also expressed that I didn't think it was fair

4  that we had to find out this late.

5      Q.  You said that to Mauricio in front of

6  everybody?

7      A.  Yes, sir.

8      Q.  And how did he react to that?

9      A.  He -- in my previous conversations with

10  Mauricio, and this was -- this happened quite a bit,

11  there was always something that just happened in the

12  middle of my speech, whether somebody came in or the

13  subject was rapidly changed, but that is what I

14  recall, sir.

15      Q.  And when you're talking about "this"

16  happening before, are you saying -- is this a common

17  thing when Mauricio is presented with information he

18  doesn't like?

19          MR. FLACK:  Object to the form of the

20  question.

21      Q.  (BY MR. GULDE)  You can answer.

22      A.  Oh, okay.  That is my interpretation,

23  sir.  He was on his phone as well.

24      Q.  He was on his phone while you were trying

25  to talk to him?

                                              216

1   my --

2         Q.   (BY MS. THEMELI)   It's okay.   Did

3   Mauricio, say, have a chauffeur or someone who would

4   drive him around?

5         A.   Yes.

6         Q.   And who would that be?

7         A.   It was Mon, and there was also another

8   guy.   I don't know his name, though.

9         Q.   And did Mon carry a gun?

10        A.   I never saw anything.

11        Q.   What about the other guy, did he carry a

12  gun?   Or I assume it was a guy.

13        A.   I don't know.

14        Q.   Did Mauricio have a personal computer?

15        A.   Yes, ma'am.

16        Q.   Was it a desktop?

17        A.   It was a Mac Mini that sat on his desk.

18        Q.   And we have seen some pictures.   And

19  other than that computer you just described, are you

20  aware of any other type of computer, laptop or iPads

21  that Mauricio had?

22        A.   His cousin gifted him a custom built

23  computer.   It was white.   It was underneath his desk

24  as well.

25        Q.   Was it an Apple computer?

335

```
 1              A.   A custom built PC.

 2              Q.   Custom built.  And I am a complete

 3     ignorant.  That's why I'm asking you.

 4              A.   No, no worries.  It was a custom built

 5     PC.

 6              Q.   PC?

 7              A.   Uh-huh.

 8              Q.   Did he have any other device that you

 9     have seen him other than his phone?

10              A.   No, ma'am.

11              Q.   An iPad, for example?

12              A.   No, ma'am.

13              Q.   What type of car did Mauricio drive at

14     the office?

15              A.   It was a BMW.

16              Q.   We know that CFX had a Facebook account

17     and other social media.  Do you know who administered

18     those and who ran those?

19              A.   No, ma'am.

20              Q.   Was Carlo in marketing?  Right?

21              A.   Yes.

22              Q.   Would he handle -- is it possible that he

23     handled those?

24              A.   No, ma'am, I don't think so.

25              Q.   And who would know?
```

336

```
1    STATE OF TEXAS
2    COUNTY OF HARRIS
3
4                    REPORTER'S CERTIFICATE
5                ORAL VIDEOTAPED DEPOSITION OF
6                   MR. JULIO E. TAFFINDER
7                     December 14, 2022
8
9         I, Michelle Hartman, the undersigned
10   Certified Shorthand Reporter in and for the State of
11   Texas and Registered Professional Reporter, certify
12   that the facts stated in the foregoing pages are true
13   and correct.
14         I further certify that I am neither
15   attorney or counsel for, related to, nor employed by
16   any parties to the action in which this testimony is
17   taken and, further, that I am not a relative or
18   employee of any counsel employed by the parties
19   hereto or financially interested in the action.
20
21
22
23
24
25
```

1           SUBSCRIBED AND SWORN TO under my hand and

2    seal of office on this   19th   day of December, 2022.

3

4

5    _____

6           Michelle Hartman, CSR, RPR

     Texas CSR 7093

7    Expiration:  12/31/23

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25