# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| *Defendants.* | § § § | JUDGE ANDREW S. HANEN |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

## AFFIDAVIT OF S. GREGORY HAYS

Personally appeared before the undersigned notary public, duly authorized to administer oaths, S. Gregory Hays, who being duly sworn, deposes and states the following under oath:

1.      My name is S. Gregory Hays.  I am over 21 years of age, of sound mind, and otherwise competent to give this affidavit based on my personal knowledge.

2.      I am the managing principal of Hays Financial Consulting, LLC ("HFC"), which was employed by the court-appointed Receiver, John Lewis, Jr. (the "Receiver") as Financial Consultants and Accountants.  Our role is to assist the Receiver with financial analysis and forensic accounting, and a court order allowing this employment was entered on December 1, 2022.  (Doc. Nos. 31 and 37).

3.      The Receiver employed Shook, Hardy & Bacon LLP ("SHB") as counsel to the Receiver.  Collectively, the Receiver, HFC, and SHB are referred to as the "Receiver Team".

4.      The Receiver Team inspected the offices of CryptoFX and arranged to have all the paper records scanned and stored in Relativity, a database and document review program.

5.      I searched the files in Relativity and identified the daily reports (the "Daily Reports") of cash transaction activity for CryptoFX for the time September 20, 2022 (when Defendant Mauricio Chavez ("Chavez") was informed of the asset freeze) to September 28, 2022 (the last day these Daily Reports were available). I organized these Daily Reports in chronological order and included in attached Exhibit A. I have identified hundreds of these Daily Reports from January 2021 to September 28, 2022. These reports are the primary type of accounting records for CryptoFX the Receiver Team has located to date.

6.      The Daily Reports list "Total Revenue" in the top, left column by day. It is my understanding that this figure represents the total of investment contracts that were entered into for the day. This same column includes "Rollovers," which I understand to be investment contracts that are renewed and where no cash changed hands.

7.      I summarized the activity on these Daily Reports in Exhibit D for the days from September 20, 2022 to September 28, 2022. The Total Revenue less the Rollovers is $7,106,867, which I understand represents the total funds, which were primarily cash, received by CryptoFX after the asset freeze through September 28, 2022.

8.      From my review of Daily Reports in prior months, cash delivered to Chavez is often described as follows: "Entrega[1] Maurico;" "Entrega Cash Mauricio;" or sometimes just "Entrega Cash." It is my understanding that all of these references indicate the cash that was delivered to o Chavez. Furthermore, the Daily Report for 9/22/22 includes a footnote '$127,000.00 LO TOMO

---

[1] "Entrega" is Spanish for "delivery." *See* https://www.collinsdictionary.com/us/dictionary/spanish-english/entrega (last accessed Dec. 22, 2022).

MAURICIO" in Spanish which I understand in English means that $127,000 was delivered to Chavez.

9.     There are three "Entrega Cash" descriptions in Exhibit A on 9/21/22, 9/23/22, and 9/27/22. In addition there is the footnote regarding the $127,000 on 9/22/22 referenced above. As a result, the total cash that appears to have been delivered to Chavez on these days totals $607,000 as shown in Exhibit D. I also prepared a graph on the information in Exhibit D of the cumulative amount raised net of rollovers during this period along what appears to be the total cash delivered to Chavez.

10.     In addition, I located the CryptoFX record included as Exhibit B in the Relativity file SCAN0029209. This document is one page from a report named "Leader's Summary Balances,"[2] and there is one page document for each leader by day. The example included in Exhibit B is for "Leader" Juan Gomez, and the activity shown on this report for 9/21/22, 9/23/22 and 9/27/22 ties to the information in Exhibit A by day for the cash delivered to leader Juan Gomez by investors. This CryptoFX record further shows the financial transaction activity in cash that occurred at Blalock office after the asset freeze.

11.     Attached as Exhibit C are pages of a spreadsheet produced in December 2022, by Julio Taffinder, a CryptoFX employee, in response to a subpoena. This CryptoFX record shows financial transactions between Chavez and CryptoFX "Leaders" on 9/21/22, 10/3/22, 10/5/22, and 10/14/22—well after the asset freeze and the entry of the Receivership Order. This record indicates millions of dollars are being moved by Chavez and the CryptoFX "Leaders."

12.     More specifically, the first page of Exhibit C dated 9/21/22 states that "$1,000,000 sent with Chino on 9/20/22." I have not seen this $1,000,000 reflected in the Daily Reports. I

---

[2] A "Leader" at CryptoFX was a person who solicited and collected payments from investors.

understand that Chino worked for CryptoFX and among other things, delivered cash between CryptoFX offices in other states and Houston.  I understand from other CryptoFX records that Chino's real name in Man Loi Wong, a CryptoFX employee.

13.     The second page of Exhibit C dated 10/3/22 shows "Sent with Chino 700K" on 10/3/22.  I have not located Daily Reports for October 2022, and I do not know what happened to this $700,000 delivered to CryptoFX and/or Chavez by Chino.

14.     The fourth page of Exhibit C dated 10/14/22 indicates in the middle of the page that "Santiago Gomez (Chicago)" sent funds to CryptoFX.  On the right hand side of the page there is a comment stating "He Sent 200K."  I have not located the Daily Report for October 2022, and I do not know what happened to this $200,000—or the other cash collected by the CryptoFX "leaders"—that was transferred to CryptoFX.

15.     The CryptoFX documents included in Exhibit A, B, and C clearly indicate that millions of dollars were being transferred by CryptoFX associates and/or employees after this Court's asset freeze on 9/20/2022 and the entry of the Receivership Order on 9/29/22.

FURTHER AFFIANT SAYETH NOT.



_____
S. Gregory Hays

***Sworn to and Subscribed*** before me

This **23ʳᵈ** Day of December, 2022

_Dwaine A. Butler_
_____
Notary Public
My Commission Expires: **3-14-2026**

# EXHIBIT A

## REPORT 09/20/2022

| | | | | | |
|---|---|---|---|---|---|
| **REVENUE** | | 283,250.00 | 100 = | | 0.00 |
| CASH | 283,250.00 | | 50 = | | 0 |
| BTC | | | 20 = | | 0.00 |
| CHECK | | | 10 = | | 0.00 |
| OTHER | | | 5 = | | 500.00 |
| **UPGRADE** | | 0.00 | 1 = | | 1,700.00 |
| **ROLLOVER** | | 109,024.00 | VARIOUS | | 683.00 |
| CONTRACT REC. JUANITA TORRES | | 85,000.00 | **SUB TOTAL** | | **2,883.00** |
| CONTRACT REC. JUDITH CASTANEDA | | 90,000.00 | **SALDO EMPLEADAS** | | 8,210.00 |
| CONTRACT REC. JUAN GALARZA | | 25,000.00 | **TOTAL** | | **11,093.00** |
| **TOTAL REVENUE** | | **592,274.00** | **CASH REPORT** | | |
| | | | **BIGINNING BALANCE** | | 84,933.00 |
| **COMMISSION** | | **94,032.00** | CONTRACT REC. | | 290,250.00 |
| CASH | 53,032.00 | | CASH REC. | | 250,000.00 |
| LIDER | 41,000.00 | | PAYMENT REC. JUANITA TORRES | | 51,193.00 |
| ROLLOVER | | | PAYMENT REC. JUDITH CASTANEDA | | 58,375.00 |
| **CONTRACT** | | 828,835.00 | PAYMENT REC. JUAN GALARZA | | 20,750.00 |
| CASH | 691,129.00 | | **TOTAL REV.** | | **670,568.00** |
| LIDER | 28,682.00 | | ENTREGAS A INGRID | | 228,715.00 |
| ROLLOVER | 109,024.00 | | ENTREGAS A WENDY | | 0.00 |
| **EXPENSES** | | | ENTREGAS A CINDY | | 208,190.00 |
| **LABOR** | | - | ENTREGAS A ANGIE | | 0.00 |
| **TOTAL** | | **922,867.00** | ENTREGAS A ELAINE | | 43,852.00 |
| | | | ENTREGAS A NANCY | | 119,730.00 |
| SALDO INGRID | $2.00 | | ENTREGAS A JULIETA | | 129,000.00 |
| SALDO WENDY | $1,982.00 | | **SALDOS ANTERIORES** | | 22,874.00 |
| SALDO CINDY | $30.00 | | **EXPENSES** | | 257.00 |
| SALDO ANGIE | $6,195.00 | | **DEPOSIT** | | 0.00 |
| SALDO JULIETA | 0.00 | | **LABOR** | | 0.00 |
| SALDO NANCY | $1.00 | | **ENTREGA CASH** | | 0 |
| **TOTAL** | **$8,210.00** | | **TOTAL EXP.** | | 752,618.00 |
| | | | **SUB TOTAL** | | **2,883.00** |
| | | | **SALDO EMPLEADAS** | | 8,210.00 |
| | | | **TOTAL** | | **11,093.00** |

# REPORT 09/21/2022

| | | | | |
|---|---|---|---|---|
| REVENUE | | 325,000.00 | 100 = | 0.00 |
| CASH | 325,000.00 | | 50 = | 0 |
| BTC | | | 20 = | 0.00 |
| CHECK | | | 10 = | 0.00 |
| OTHER | | | 5 = | 2,000.00 |
| UPGRADE | | 0.00 | 1 = | 2700 |
| ROLLOVER | | 129,416.00 | VARIOUS | 7,600.00 |
| CONTRACT REC. LUCY ALBARRAN | | 85,000.00 | SUB TOTAL | 12,300.00 |
| CONTRACT REC. ALBA VASQUEZ | | 61,000.00 | SALDO EMPLEADAS | 18,699.00 |
| CONTRACT REC. ROGER RIVERA | | 184,000.00 | TOTAL | 30,999.00 |
| CONTRACT REC. ROLANDO TAJIBOY | | 75,000.00 | CASH REPORT | |
| TOTAL REVENUE | | 859,416.00 | BIGINNING BALANCE | 11,093.00 |
| | | | CONTRACT REC. | 325,000.00 |
| COMMISSION | | 129,495.00 | CASH REC. | 200,000.00 |
| CASH | 60,645.00 | | PAYMENT REC. LUCY ALBARRAN | 65,550.00 |
| LIDER | 68,850.00 | | PAYMENT REC. ALBA VASQUEZ | 35,105.00 |
| ROLLOVER | | | PAYMENT REC. ROGER RIVERA | 65,507.00 |
| CONTRACT | | 987,367.00 | PAYMENT REC. ROLANDO TAJIBO | 62,250.00 |
| CASH | 750,213.00 | | PAYMENT REC. ORLIN TURCIOS | 209,278.00 [1] |
| LIDER | 107,738.00 | | TOTAL REV. | 962,690.00 |
| ROLLOVER | 129,416.00 | | ENTREGAS A INGRID | 242,925.00 |
| EXPENSES | | 1,416.00 | ENTREGAS A WENDY | 0.00 |
| LABOR | | 0 | ENTREGAS A CINDY | 203,922.00 |
| TOTAL | | 1,118,278.00 | ENTREGAS A ANGIE | 188,750.00 |
| | | | ENTREGAS A ELAINE | 54,260.00 |
| SALDO INGRID | $7.00 | | ENTREGAS A NANCY | 30,000.00 |
| SALDO WENDY | $1,982.00 | | ENTREGAS A JULIETA | 102,000.00 |
| SALDO CINDY | $6,498.00 | | SALDOS ANTERIORES | 8,210.00 |
| SALDO ANGIE | $3,420.00 | | EXPENSES | 1,416.00 [2] |
| SALDO JULIETA | 6,053.00 | | DEPOSIT | 0.00 |
| SALDO NANCY | $739.00 | | LABOR | 0.00 |
| TOTAL | $18,699.00 | | ENTREGA CASH | 130,000.00 |
| | | | TOTAL EXP. | 961,483.00 |
| | | | SUB TOTAL | 12,300.00 |
| | | | SALDO EMPLEADAS | 18,699.00 |
| | | | TOTAL | 30,999.00 |

[1] SOLO LE RECIBO EL CASH NO ME ENTREGA LOS CONTRATOS.
ANA LE HACE CUENTAS

[2] $541.00 PAGO DE TELEFONO A OLEGARIO
$565.00 PAGO A CARLOS CAMPOS POR EQUIPO DE GRABACION
$310.00 COMIDA

## REPORT 09/22/2022

| | | | | |
|---|---|---|---|---|
| **REVENUE** | | 224,400.00 | 100 = | 110,000.00 |
| CASH | 224,400.00 | | 50 = | 0 |
| BTC | | | 20 = | 0.00 |
| CHECK | | | 10 = | 1,000.00 |
| OTHER | | | 5 = | 3,000.00 |
| **UPGRADE** | | 0.00 | 1 = | 3200 |
| **ROLLOVER** | | 297,870.00 | VARIOUS | 7,412.00 |
| CONTRACT REC. ROSALINDA GOMEZ | | 268,000.00 | **SUB TOTAL** | **124,612.00** |
| CONTRACT REC. SANDRA IGLESIAS | | 112,000.00 | **SALDO EMPLEADAS** | 2,326.00 |
| CONTRACT REC. OLEGARIO MUÑOZ | | 73,000.00 | **TOTAL** | **126,938.00** |
| CONTRACT REC. VIRGINIA MARTINE | | 175,000.00 | **CASH REPORT** | |
| **TOTAL REVENUE** | | 1,150,270.00 | **BIGINNING BALANCE** | 30,999.00 |
| | | | CONTRACT REC. | 224,400.00 |
| **COMMISSION** | | 236,523.00 | CASH REC. | 357,000.00 |
| CASH | 45,263.00 | | PAYMENT REC. ROSALINDA GOME | 380.00 [1] |
| LIDER | 191,260.00 | | PAYMENT REC. SANDRA IGLESIS | 7,965.00 |
| ROLLOVER | | | PAYMENT REC. OLEGARIO MUÑOZ | 38,840.00 |
| **CONTRACT** | | 1,048,119.00 | PAYMENT REC. VIRGINIA MARTINI | 87,275.00 |
| CASH | 574,968.00 | | **TOTAL REV.** | **715,860.00** |
| LIDER | 175,281.00 | | ENTREGAS A INGRID | 166,450.00 |
| ROLLOVER | 297,870.00 | | ENTREGAS A WENDY | 0.00 |
| **EXPENSES** | | 0.00 | ENTREGAS A CINDY | 155,500.00 |
| **LABOR** | | 0 | ENTREGAS A ANGIE | 138,300.00 |
| **TOTAL** | | 1,284,642.00 | ENTREGAS A ELAINE | 37,148.00 |
| | | | ENTREGAS A NANCY | 20,000.00 |
| SALDO INGRID | $0.00 | OVER 410 | ENTREGAS A JULIETA | 86,150.00 |
| SALDO WENDY | $1,982.00 | | SALDOS ANTERIORES | 18,699.00 |
| SALDO CINDY | $3.00 | | EXPENSES | 0.00 |
| SALDO ANGIE | $13.00 | SHORT 100 | DEPOSIT | 0.00 |
| SALDO JULIETA | 128.00 | | LABOR | 0.00 |
| SALDO NANCY | $200.00 | | ENTREGA CASH | 0.00 |
| **TOTAL** | **$2,326.00** | | **TOTAL EXP.** | **622,247.00** |
| | | | **SUB TOTAL** | **124,612.00** |
| | | | **SALDO EMPLEADAS** | 2,326.00 |
| | | | **TOTAL** | **126,938.00** |

[1] $127,000.00 LO TOMO MAURICIO

## REPORT 09/23/2022

| | | | |
|---|---|---|---|
| REVENUE | | 343,500.00 | 100 = | 160,000.00 |
| CASH | 343,500.00 | | 50 = | 5,000.00 |
| BTC | | | 20 = | 8,000.00 |
| CHECK | | | 10 = | 1,000.00 |
| OTHER | | | 5 = | 3,500.00 |
| UPGRADE | | 0.00 | 1 = | 3,200.00 |
| ROLLOVER | | 221,239.00 | VARIOUS | 6,700.00 |
| CONTRACT REC. JUAN GOMEZ | | 446,000.00 | SUB TOTAL | 187,400.00 |
| CONTRACT REC. JUDITH CASTANEDA | | 121,500.00 | SALDO EMPLEADAS | 4,063.00 |
| CONTRACT REC. JOHN SEGURA | | 10,000.00 | TOTAL | 191,463.00 |
| CONTRACT REC. SILVIA J GARCIA | | 47,000.00 | CASH REPORT | |
| CONTRACT REC. ROLANDO TAJIBOY | | 63,000.00 | BIGINNING BALANCE | 126,938.00 |
| CONTRACT REC. HORACIO MORALES | | 359,000.00 | CONTRACT REC. | 343,500.00 |
| CONTRACT REC. NINFA/MARTIN | | 225,000.00 | CASH REC. | 0.00 |
| TOTAL REVENUE | | 1,611,239.00 | PAYMENT REC. JUAN GOMEZ | 251,172.00 |
| | | | PAYMENT REC. JUDITH CASTAN | 60,268.00 |
| COMMISSION | | 375,380.00 | PAYMENT REC. JOHN SEGURA | 8,300.00 |
| CASH | 99,125.00 | | PAYMENT REC. SILVI GARCIA | 39,010.00 |
| LIDER | 276,255.00 | | PAYMENT REC.ROLANDO TAJIB | 52,290.00 |
| ROLLOVER | | | PAYMENT REC. HORACIO MORA | 127,127.00 |
| CONTRACT | | 987,331.00 | PAYMENT REC.NINFA ZARCO | 80,425.00 |
| CASH | 610,675.00 | | TOTAL REV. | 962,092.00 |
| LIDER | 376,656.00 | | ENTREGAS A INGRID | 205,300.00 |
| ROLLOVER | | | ENTREGAS A WENDY | 0.00 |
| EXPENSES | | | ENTREGAS A CINDY | 174,000.00 |
| LABOR | | - | ENTREGAS A ANGIE | 127,500.00 |
| TOTAL | | 1,362,711.00 | ENTREGAS A ELAINE | 52,165.00 |
| | | | ENTREGAS A NANCY | 50,000.00 |
| SALDO INGRID | $530.00 | | ENTREGAS A JULIETA | 105,000.00 |
| SALDO WENDY | $1,982.00 | | SALDOS ANTERIORES | 2,326.00 |
| SALDO CINDY | $74.00 | | EXPENSES | 4,704.00 |
| SALDO ANGIE | $667.00 | | DEPOSIT | 0.00 |
| SALDO JULIETA | 810.00 | | LABOR | 30,750.00 |
| SALDO NANCY | | | ENTREGA CASH | 150,000.00 |
| TOTAL | $4,063.00 | | TOTAL EXP. | 901,745.00 |
| | | | SUB TOTAL | 187,285.00 |
| PAGADO EN CASH EN OFICINA 529,000.00 | | | SALDO EMPLEADAS | 4,063.00 |
| | | | TOTAL | 191,348.00 |
| | | | OVER 115.00 | |

## REPORT 09/24/2022

| | | | | | |
|---|---|---|---|---|---|
| REVENUE | | 311,500.00 | 100 = | 180,000.00 | |
| CASH | 311,500.00 | | 50 = | 10000 | |
| BTC | | | 20 = | 4,000.00 | |
| CHECK | | | 10 = | 1,000.00 | |
| OTHER | | | 5 = | 1,500.00 | |
| UPGRADE | | | 1 = | 3,200.00 | |
| ROLLOVER | | 56,372.00 | VARIOUS | 7,438.00 | |
| CONTRACT REC. SANTOS | 67,500.00 | | SUB TOTAL | 207,138.00 | |
| CONTRACT REC. GABRIEL | 101,000.00 | | SALDO EMPLEADAS | 15,946.00 | |
| TOTAL REVENUE | | 367,872.00 | TOTAL | 223,084.00 | |
| | | | CASH REPORT | | |
| COMMISSION | | 80,570.00 | BIGINNING BALANCE | 191,463.00 | |
| CASH | 50,925.00 | | CONTRACT REC. | 311,500.00 | |
| LIDER | 29,645.00 | | CASH REC. | 199,500.00 | |
| ROLLOVER | | | PAYMENT REC. SANTOS ZETINO | 3,525.00 | |
| CONTRACT | | 568,091.00 | PAYMENT REC. GABRIELA LONGOR | 37,728.00 | |
| CASH | 470,495.00 | | TOTAL REV. | 552,253.00 | |
| LIDER | 97,596.00 | | ENTREGAS A INGRID | 114,500.00 | |
| ROLLOVER | | | ENTREGAS A WENDY | 0.00 | |
| EXPENSES | | | ENTREGAS A CINDY | 97,000.00 | |
| LABOR | | - | ENTREGAS A ANGIE | 109,000.00 | |
| TOTAL | | 648,661.00 | ENTREGAS A ELAINE | 42,865.00 | |
| | | | ENTREGAS A NANCY | 122,500.00 | |
| SALDO INGRID | $9,153.00 | | ENTREGAS A JULIETA | 46,650.00 | |
| SALDO WENDY | $1,982.00 | | SALDOS ANTERIORES | 4,063.00 | |
| SALDO CINDY | $237.00 | | EXPENSES | 0.00 | |
| SALDO ANGIE | $97.00 | | DEPOSIT | 0.00 | |
| SALDO JULIETA | 2,479.00 | | LABOR | 0.00 | |
| SALDO NANCY | $1,998.00 | | ENTREGA CASH | 0.00 | |
| TOTAL | $15,946.00 | | TOTAL EXP. | 536,578.00 | |
| | | | SUB TOTAL | 207,138.00 | |
| | | | SALDO EMPLEADAS | 15,946.00 | |
| | | | TOTAL | 223,084.00 | |

# REPORT 09/26/2022

| | | | |
|---|---|---|---|
| REVENUE | | 344,500.00 | 100 = | 10,000.00 |
| CASH | 344,500.00 | | 50 = | 0 |
| BTC | | | 20 = | 4,000.00 |
| CHECK | | | 10 = | 1,000.00 |
| OTHER | | | 5 = | 1,500.00 |
| UPGRADE | | 0.00 | 1 = | 3100 |
| ROLLOVER | | 205,329.00 | VARIOUS | 5,314.00 |
| CONTRACT REC. ALBA VASQUEZ | | 121,000.00 | TOTAL NORMA | 24,914.00 |
| TOTAL REVENUE | | 670,829.00 | SALDO EMPLEADAS | 9,822.00 |
| | | | TOTAL | 34,736.00 |
| COMMISSION | | 33,350.00 | CASH REPORT | |
| CASH | 12,780.00 | | BIGINNING BALANCE | 223,084.00 |
| LIDER | 20,570.00 | | CONTRACT REC. | 344,500.00 |
| ROLLOVER | | | CASH REC. | 90,000.00 [1] |
| CONTRACT | | 1,047,603.00 | PAYMENT REC. IDALIA C LUNA | 115,000.00 [2] |
| CASH | 808,897.00 | | PAYMENT REC. LETICIA RIVAS | 25,000.00 [3] |
| LIDER | 33,377.00 | | PAYMENT REC. EDUARDO CARMONA | 25,000.00 |
| ROLLOVER | 205,329.00 | | PAYMENT REC. ALBA VASQUEZ | 67,053.00 |
| EXPENSES | | 317.00 | TOTAL REV. | 666,553.00 |
| LABOR | | 0 | ENTREGAS A INGRID | 197,750.00 |
| TOTAL | | 1,081,270.00 | ENTREGAS A WENDY | 0.00 |
| | | | ENTREGAS A CINDY | 165,320.00 |
| SALDO INGRID | $960.00 | | ENTREGAS A ANGIE | 236,500.00 |
| SALDO WENDY | $1,982.00 | | ENTREGAS A OMAR | 22,125.00 |
| SALDO CINDY | $2,254.00 | | ENTREGAS A NANCY | 44,750.00 |
| SALDO ANGIE | $97.00 | | ENTREGAS A JULIETA | 130,000.00 |
| SALDO JULIETA | 78.00 | | SALDOS ANTERIORES | 15,946.00 |
| SALDO NANCY | $4,451.00 | | EXPENSES | 317.00 |
| TOTAL | $9,822.00 | | DEPOSIT | 52,015.00 |
| | | | LABOR | 0.00 |
| | | | ENTREGA CASH | 0 |
| | | | TOTAL EXP. | 864,723.00 |
| | | | TOTAL | 24,914.00 |
| | | | SALDO EMPLEADAS | 9,822.00 |
| | | | TOTAL | 34,736.00 |

[1] RECIBIDO DE MABELITA
80K =100
10K = 50

[2] REINTERO DE CASHIERS CHECK

[3] SOLO ENTREGO CASH CON MIGO, NO CONTR

# REPORT 09/27/2022

| REVENUE | | 527,417.00 | | 100 = | 10,000.00 |
|---|---|---|---|---|---|
| CASH | 527,417.00 | | | 50 = | 0 |
| BTC | | | | 20 = | 0.00 |
| CHECK | | | | 10 = | 0.00 |
| OTHER | | | | 5 = | 1,000.00 |
| UPGRADE | | 0.00 | | 1 = | 3100 |
| ROLLOVER | | 166,206.00 | | VARIOUS | 1464 |
| CONTRACT REC. JUAN GOMEZ | | 523,000.00 | SUB TOTAL | | 15,564.00 |
| CONTRACT REC. JUDITH CASTANEDA | | 135,000.00 | SALDO EMPLEADAS | | 3,960.00 |
| CONTRACT REC. JUAN GALARZA | | 25,000.00 | TOTAL | | 19,524.00 |
| CONTRACT REC. SANDA IGLESIAS | | 118,000.00 | CASH REPORT | | |
| CONTRACT REC. MAIA ELENA ROSAD | | 71,300.00 | BIGINNING BALANCE | | 34,736.00 |
| TOTAL REVENUE | | 1,565,923.00 | CONTRACT REC. | | 527,417.00 |
| | | | CASH REC. | | 100,000.00 |
| COMMISSION | | 245,971.00 | PAYMENT REC. JUAN GOMEZ | | 251,813.00 |
| CASH | 98,250.00 | | PAYMENT REC. JUDITH CASTANEDA | | 79,450.00 |
| LIDER | 147,721.00 | | PAYMENT REC. JUAN GALARZA | | 12,350.00 |
| ROLLOVER | | | PAYMENT REC. SANDRAIGLSIAS | | 44,595.00 |
| CONTRACT | | 1,237,365.00 | PAYMENT REC. MARIA ELENA ROSADO | | 25,497.00 |
| CASH | 760,255.00 | | PAYMENT REC.AURISTELA/ROBERTO ? | | 3,287.00 |
| LIDER | 310,904.00 | | PAYMENT REC. OLEGARIO/ANA | | 30,000.00 |
| ROLLOVER | 166,206.00 | | TOTAL REV. | | 1,074,409.00 |
| EXPENSES | | | ENTREGAS A INGRID | | 252,311.00 |
| LABOR | | - | ENTREGAS A WENDY | | 158,635.00 |
| TOTAL | | 1,483,336.00 | ENTREGAS A CINDY | | 104,430.00 |
| | | | ENTREGAS A ANGIE | | 112,300.00 |
| SALDO INGRID | $1,278.00 | | ENTREGAS A OMAR | | 72,570.00 |
| SALDO WENDY | $50.00 | | ENTREGAS A NANCY | | 30,000.00 |
| SALDO CINDY | $392.00 | | ENTREGAS A JULIETA | | 92,500.00 |
| SALDO ANGIE | $1,752.00 | | SALDOS ANTERIORES | | 9,822.00 |
| SALDO JULIETA | 488.00 | | EXPENSES | | 1,083.00 |
| SALDO NANCY | $0.00 | | ENTREGAS A ELAINE | | 59,930.00 |
| TOTAL | $3,960.00 | | LABOR | | 0.00 |
| | | | ENTREGA CASH | | 200,000.00 |
| | | | TOTAL EXP. | | 1,093,581.00 |
| | | | SUB TOTAL | | 15,564.00 |
| | | | SALDO EMPLEADAS | | 3,960.00 |
| | | | TOTAL | | 19,524.00 |

 

# REPORT 09/28/2022

| REVENUE | | 326,000.00 |
|---|---|---|
| CASH | 326,000.00 | |
| BTC | | |
| CHECK | | |
| OTHER | | |
| **UPGRADE** | | 0.00 |
| **ROLLOVER** | | 102,284.00 |
| CONTRACT REC. ROGER RIVERA | | 200,000.00 |
| CONTRACT REC. MARIA ELENA ROSADO | | 15,000.00 |
| CONTRACT REC. HORACIO MORALES | | 310,000.00 |
| CONTRACT REC. ROLANDO TAJIBOY | | 71,000.00 |
| CONTRACT REC. SILVIA J GARCIA | | 40,000.00 |
| CONTRACT REC. ROSALINDA GOMEZ | | 512,500.00 |
| **TOTAL REVENUE** | | **1,576,784.00** |

| COMMISSION | | 357,665.00 |
|---|---|---|
| CASH | 49,670.00 | |
| LIDER | 307,995.00 | |
| ROLLOVER | | |
| **CONTRACT** | | 1,055,652.00 |
| CASH | 640,392.00 | |
| LIDER | 312,976.00 | |
| ROLLOVER | 102,284.00 | |
| **EXPENSES** | | 359.00 |
| **LABOR** | | 0 |
| **TOTAL** | | 1,413,676.00 |

| SALDO INGRID | $327.00 |
|---|---|
| SALDO WENDY | $50.00 |
| SALDO CINDY | $2,069.00 |
| SALDO ANGIE | $851.00 |
| SALDO JULIETA | 6,805.00 |
| SALDO NANCY | $1,678.00 |
| **TOTAL** | **$11,780.00** |

| | |
|---|---|
| 100 = | 250,000.00 |
| 50 = | 0 |
| 20 = | 0.00 |
| 10 = | 0.00 |
| 5 = | 1,000.00 |
| 1 = | 3,000.00 |
| VARIOUS | 4,636.00 |
| **SUB TOTAL** | **258,636.00** |
| **SALDO EMPLEADAS** | 11,780.00 |
| **TOTAL** | **270,416.00** |

| CASH REPORT | |
|---|---|
| **BIGINNING BALANCE** | 19,524.00 |
| **CONTRACT REC.** | 326,000.00 |
| **CASH REC.** | 118,050.00 |
| PAYMENT REC. ROGER RIVERA | 45,123.00 |
| PAYMENT REC. MARIA ELENA ROSADO | 12,450.00 |
| PAYMENT REC. HORACIO MORALES | 154,367.00 |
| PAYMENT REC. ROLANDO TAJIBOY | 58,930.00 |
| PAYMENT REC. ROLANDO TAJIBOY | 80.00 [1] |
| PAYMENT REC. SILVIA J GARCIA | 23,438.00 |
| PAYMENT REC.ROSALINDA GOMEZ | 233,538.00 |
| **TOTAL REV.** | 971,976.00 |
| **ENTREGAS A INGRID** | 158,000.00 |
| **ENTREGAS A WENDY** | 0.00 |
| **ENTREGAS A CINDY** | 170,900.00 |
| **ENTREGAS A ANGIE** | 170,660.00 |
| **ENTREGAS A OMAR** | 30,650.00 |
| **ENTREGAS A NANCY** | 60,000.00 |
| **ENTREGAS A JULIETA** | 91,000.00 |
| **SALDOS ANTERIORES** | 3,960.00 |
| **EXPENSES** | 359.00 |
| **DEPOSIT** | 47,320.00 |
| **FALTANTE EN FAJO DE 1** | 15.00 [2] |
| **ENTREGA CASH** | 0 |
| **TOTAL EXP.** | 732,864.00 |
| **SUB TOTAL** | **258,636.00** |
| **SALDO EMPLEADAS** | 11,780.00 |
| **TOTAL** | **270,416.00** |

# EXHIBIT B

## LEADERS SUMMARY BALANCES / JUAN GOMEZ

| DATE | 9/7/2022 | 9/9/2022 | 9/13/2022 | 9/15/2022 | 9/19/2022 | 9/21/2022 | 9/23/2022 | 9/27/2022 |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE FROM PREVI | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| NEW BTC CONTRACTS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| NEW CHECK CONTRACTS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| NEW CASH CONTRACTS | $ 419,750.00 | $ 314,000.00 | $ 529,500.00 | $ 576,500.00 | $ 479,000.00 | $ 496,500.00 | $ 446,000.00 | $ 523,000.00 |
| TOTAL CASH RECEIVED | $ 419,750.00 | $ 314,000.00 | $ 529,500.00 | $ 576,500.00 | $ 479,000.00 | $ 496,500.00 | $ 446,000.00 | $ 523,000.00 |
| CONTRACTS PAID APPROVED | $ 202,775.00 | $ 72,030.00 | $ 189,153.00 | $ 198,724.00 | $ 147,083.00 | $ 160,077.00 | $ 119,008.00 | $ 182,277.00 |
| COMISIONS PAID APPROVED | $ 71,358.00 | $ 53,380.00 | $ 90,015.00 | $ 98,005.00 | $ 81,430.00 | $ 84,405.00 | $ 75,820.00 | $ 88,910.00 |
| BONO ELITE PAID APROVED JULIO | $ - | $ - | $ - | $ 17,000.00 | $ - | $ - | $ - | $ - |
| TOTAL BALANCE PAID | $ 274,133.00 | $ 125,410.00 | $ 279,168.00 | $ 313,729.00 | $ 228,513.00 | $ 244,482.00 | $ 194,828.00 | $ 271,187.00 |
| BALANCE OWED TO CFX | $ 145,617.00 | $ 188,590.00 | $ 250,332.00 | $ 262,771.00 | $ 250,487.00 | $ 252,018.00 | $ 251,172.00 | $ 251,813.00 |
| RECIBIDO NORMA 9/7/2022 | $ 145,617.00 | | | | $ - | | | |
| RECIBIDO NORMA 9/9/2022 | | $188,590.00 | | | | | | |
| RECIBIDO NORMA 9/13/2022 | | | $250,332.00 | | | | | |
| RECIBIDO NORMA 9/15/2022 | | | | 262,771.00 | | | | |
| RECIBIDO NORMA 9/19/2022 | | | | | 250,487.00 | | | |
| RECEIVED BY CINDY 9/21/2022 (GAVI | | | | | | $252,018.00 | | |
| RECIBIDO NORMA 9/23/2022 | | | | | | | $ 251,172.00 | |
| RECIBIDO NORMA 9/27/2022 | | | | | | | $ - | $ 251,813.00 |
| FINAL BALANCE DUE TO CFX | $ - | $ - | $ - | $ - | | | $ - | $ - |

# EXHIBIT C

| 9/21/2022 | BALANCES ON THE SPREADSHEET | PAYMNETS NOT APPROVE | BALANCE | $$ LEADER SENT | DATE MONEY WAS SENT |
|---|---|---|---|---|---|
| ELIZABETH ESCOTO (NOLA) | (172,423.00) | 10,350.00 | (182,773.00) | | |
| | | | 0.00 | | |
| OLGA ARRIAGA (DALLAS) | (848,636.00) | 887,900.00 | (1,736,536.00) | | |
| | | | 0.00 | | |
| NALLELY ALVAREZ (NOLA) | (485,084.00) | 95,012.00 | (580,096.00) | | |
| | | | 0.00 | | |
| REYNA GUIFARRO (NOLA) | (227,851.00) | 1,265,413.00 | (1,493,264.00) | | |
| | | | 0.00 | | |
| GLORIA CASTANEDA (CHICAGO) | 290,614.00 | 301,084.00 | (10,470.00) | | |
| | | | 0.00 | | |
| CLAUDIA BUSTAMANTES (ATLANTA) | 2,866.00 | 181,901.00 | (179,035.00) | | |
| | | | 0.00 | | |
| ISMAEL SANCHEZ (CHICAGO) | (67,156.00) | 1,091,216.00 | (1,158,372.00) | | |
| | | | 0.00 | | |
| FLOR DE MARIA MILLAN (CALI) | 3,625,780.00 | 1,255,003.00 | 2,370,777.00 | | $1,000,000.00 SENT WITH CHINO 9/20/22 |
| FLOR OKLAHOMA | 406,564.00 | 175,267.00 | 231,297.00 | | |
| ROBERTO ZAVALA (CHICAGO) | 18,647.00 | 29,250.00 | (10,603.00) | | |
| JORGE FUENTES (CALI) | 194,321.00 | 178,674.00 | 15,647.00 | | |
| LETICIA RIVAS (CHICAGO) | 501,555.00 | 32,625.00 | 468,930.00 | | |
| SANTIAGO GOMEZ (CHICAGO) | 331,660.00 | 0.00 | 331,660.00 | | |
| XIMORA VENTURA (NOLA) | 109,972.00 | 286,478.00 | (176,506.00) | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HEIDY MONTOYA (NOLA) | 109,972.00 | 0.00 | 109,972.00 | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HECTOR ROBLES (KANSAS) | (16,200.00) | 0.00 | (16,200.00) | | |
| LUIS NUNEZ (ATLANTA) | 71,812.00 | 111,385.00 | (39,573.00) | | |
| SULAY AGUADO (FLORIDA) | 141,278.00 | 81,050.00 | 60,228.00 | | |
| JOHN SEGURA (FLORIDA) | 0.00 | 0.00 | 0.00 | | |
| ROSA TERAN (CHICAGO) | 973,861.00 | 522,630.00 | 451,231.00 | | |
| SANTOS BALVINO ZETINO (DALLAS) | 30,973.00 | 87,950.00 | (56,977.00) | | |
| HORACIO MORALES (AUSTIN) | 312,885.00 | 276,720.00 | 36,165.00 | | |
| GERVANCIA JUAQUIN/JUAN PUAC (FL | 24,900.00 | 204,967.00 | (180,067.00) | | |

| 10/3/2022 | BALANCES ON THE SPREADSHEET | PAYMNETS NOT APPROVE | BALANCE | $$ LEADER SENT | DATE MONEY WAS SENT |
|---|---|---|---|---|---|
| ELIZABETH  ESCOTO (NOLA) | 303,788.00 | 391,498.00 | (87,710.00) | | |
| OLGA ARRIAGA (DALLAS) | (1,055,966.00) | | 0.00 | | |
| | | 732,240.00 | (1,788,206.00) | | 10/3/2022 |
| NALLELY ALVAREZ (NOLA) | (485,084.00) | 234,774.00 | 0.00 | | |
| | | | (719,858.00) | | |
| REYNA GUIFARRO (NOLA) | (823,491.00) | 514,750.00 | 0.00 | | |
| | | | (1,338,241.00) | | |
| GLORIA CASTANEDA (CHICAGO) | 262,226.00 | 994,135.00 | 0.00 | | |
| | | | (731,909.00) | | |
| CLAUDIA BUSTAMANTES (ATLANTA) | (45,515.00) | 140,720.00 | (186,235.00) | | |
| | | | 0.00 | | |
| ISMAEL SANCHEZ (CHICAGO) | 2,427,830.00 | 1,469,197.00 | 958,633.00 | SENT WITH CHINO 700K | |
| | | | 0.00 | | |
| FLOR DE MARIA MILLAN (CALI) | 4,942,852.00 | 1,124,970.00 | 3,817,882.00 | | |
| FLOR OKLAHOMA | 397,583.00 | 294,679.00 | 102,904.00 | | |
| ROBERTO ZAVALA (CHICAGO) | 520,353.00 | 368,276.00 | 152,077.00 | | |
| JORGE FUENTES (CALI) | 254,911.00 | 171,424.00 | 83,487.00 | | |
| LETICIA RIVAS (CHICAGO) | 292,105.00 | 34,875.00 | 257,230.00 | | |
| SANTIAGO GOMEZ (CHICAGO) | 311,465.00 | 0.00 | 311,465.00 | | |
| XIMORA VENTURA (NOLA) | 372,690.00 | 169,209.00 | 203,481.00 | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HEIDY MONTOYA (NOLA) | 295,062.00 | 307,174.00 | (12,112.00) | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HECTOR ROBLES (KANSAS) | 25,300.00 | 36,900.00 | (11,600.00) | | |
| LUIS NUNEZ (ATLANTA) | 27,116.00 | 91,704.00 | (64,588.00) | | |
| SULAY AGUADO (FLORIDA) | 407,328.00 | 115,516.00 | 291,812.00 | | |
| JOHN SEGURA (FLORIDA) | 0.00 | 0.00 | 0.00 | | |
| ROSA TERAN  (CHICAGO) | 1,628,759.00 | 921,899.00 | 706,860.00 | | |
| SANTOS BALVINO ZETINO (DALLAS) | 22,143.00 | 95,650.00 | (73,507.00) | | |
| HORACIO MORALES (AUSTIN) | 154,367.00 | 0.00 | 154,367.00 | ENTREGO 9/28 | |
| GERVANCIA JUAQUIN/JUAN PUAC (FLORIDA) | 24,900.00 | 204,967.00 | (180,067.00) | | |

| 10/5/2022 | BALANCES ON THE SPREADSHEET | PAYMNETS NOT APPROVE | BALANCE | $$ LEADER SENT | DATE MONEY WAS SENT |
|---|---|---|---|---|---|
| ELIZABETH  ESCOTO (NOLA) | 342,102.00 | 425,102.00 | (83,000.00) 0.00 | | |
| OLGA ARRIAGA (DALLAS) | (1,043,442.00) | 732,240.00 | (1,775,682.00) 0.00 | | |
| NALLELY ALVAREZ (NOLA) | (485,084.00) | 310,774.00 | (795,858.00) 0.00 | | |
| REYNA GUIFARRO (NOLA) | (186,271.00) | 555,721.00 | (741,992.00) 0.00 | | |
| GLORIA CASTANEDA (CHICAGO) | 163,322.00 | 827,732.00 | (664,410.00) 0.00 | | |
| CLAUDIA BUSTAMANTES (ATLANTA | (45,515.00) | 140,720.00 | (186,235.00) 0.00 | | |
| ISMAEL SANCHEZ (CHICAGO) | 3,468,777.00 | 3,589,480.00 | (120,703.00) 0.00 | SENT WITH CHINO 600K | 10/3/2022 |
| FLOR DE MARIA MILLAN (CALI) | 5,627,402.00 | 1,871,417.00 | 3,755,985.00 | | |
| FLOR OKLAHOMA | 397,583.00 | 294,679.00 | 102,904.00 | | |
| ROBERTO ZAVALA (CHICAGO) | 662,363.00 | 548,900.00 | 113,463.00 | | |
| JORGE FUENTES (CALI) | 254,911.00 | 171,424.00 | 83,487.00 | | |
| LETICIA RIVAS (CHICAGO) | 185,805.00 | 34,875.00 | 150,930.00 | | |
| SANTIAGO GOMEZ (CHICAGO) | 238,691.00 | 0.00 | 238,691.00 | | |
| XIMORA VENTURA (NOLA) | 472,480.00 | 230,371.00 | 242,109.00 | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HEIDY MONTOYA (NOLA) | 353,992.00 | 307,174.00 | 46,818.00 | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HECTOR ROBLES (KANSAS) | 25,300.00 | 18,450.00 | 6,850.00 | | |
| LUIS NUNEZ (ATLANTA) | 9,908.00 | 91,067.00 | (81,159.00) | | |
| SULAY AGUADO (FLORIDA) | 385,848.00 | 121,795.00 | 264,053.00 | | |
| JOHN SEGURA (FLORIDA) | 0.00 | 0.00 | 0.00 | | |
| ROSA TERAN  (CHICAGO) | 978,759.00 | 868,123.00 | 110,636.00 | | |
| SANTOS BALVINO ZETINO (DALLAS) | 26,293.00 | 113,827.00 | (87,534.00) | | |
| HORACIO MORALES (AUSTIN) | 523,638.00 | 226,740.00 | 296,898.00 | | |
| GERVANCIA JUAQUIN/JUAN PUAC (FLORIDA) | 70,550.00 | 340,229.00 | (269,679.00) | | |

| 10/14/2022 | BALANCES ON THE SPREADSHEET | PAYMNETS NOT APPROVE | BALANCE | $$ LEADER SENT | DATE MONEY WAS SENT |
|---|---|---|---|---|---|
| ELIZABETH ESCOTO (NOLA) | 84,792.00 | 142,759.00 | (57,967.00) | | |
| | | | 0.00 | | |
| OLGA ARRIAGA (DALLAS) | (1,043,442.00) | 732,240.00 | (1,775,682.00) | | |
| | | | 0.00 | | |
| NALLELY ALVAREZ (NOLA) | (685,084.00) | 548,413.00 | (1,233,497.00) | | |
| | | | 0.00 | | |
| REYNA GUIFARRO (NOLA) | (986,952.00) | 516,380.00 | (1,503,332.00) | | |
| | | | 0.00 | | |
| GLORIA CASTANEDA (CHICAGO) | (651,403.00) | 44,702.00 | (696,105.00) | | |
| | | | 0.00 | | |
| CLAUDIA BUSTAMANTES (ATLANTA) | (50,515.00) | 29,320.00 | (79,835.00) | | |
| | | | 0.00 | | |
| ISMAEL SANCHEZ (CHICAGO) | 2,448,780.00 | 2,059,906.00 | 388,874.00 | SENT WITH CHINO 600K | 10/3/2022 |
| | | | 0.00 | | |
| FLOR DE MARIA MILLAN (CALI) | 4,637,352.00 | 1,816,892.00 | 2,820,460.00 | | |
| FLOR OKLAHOMA | 458,983.00 | 314,554.00 | 144,429.00 | | |
| ROBERTO ZAVALA (CHICAGO) | 761,165.00 | 848,128.00 | (86,963.00) | | |
| JORGE FUENTES (CALI) | 258,975.00 | 151,363.00 | 107,612.00 | | |
| LETICIA RIVAS (CHICAGO) | 185,805.00 | 34,875.00 | 150,930.00 | | |
| SANTIAGO GOMEZ (CHICAGO) | 480,091.00 | 31,250.00 | 448,841.00 | HE SENT 200K | |
| XIMORA VENTURA (NOLA) | 81,340.00 | 19,957.00 | 61,383.00 | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HEIDY MONTOYA (NOLA) | 1,426.00 | 0.00 | 1,426.00 | SHE IS NEW IT'S ELIZABETH'S TEAM | |
| HECTOR ROBLES (KANSAS) | 0.00 | 18,450.00 | (18,450.00) | | |
| LUIS NUNEZ (ATLANTA) | 51,816.00 | 105,384.00 | (53,568.00) | | |
| SULAY AGUADO (FLORIDA) | 307,688.00 | 278,233.00 | 29,455.00 | | |
| JOHN SEGURA (FLORIDA) | (123,171.00) | 0.00 | (123,171.00) | | |
| ROSA TERAN (CHICAGO) | 541,990.00 | 206,614.00 | 335,376.00 | | |
| SANTOS BALVINO ZETINO (DALLAS) | 88,460.00 | 83,700.00 | 4,760.00 | | |
| HORACIO MORALES (AUSTIN) | 268,771.00 | 280,740.00 | (11,969.00) | | |
| GERVANCIA JUAQUIN/JUAN PUAC (FLORIDA) | 70,550.00 | 340,229.00 | (269,679.00) | | |

# EXHIBIT D

**SEC v. CryptoFX**
**Total Revenue and Cash to Mauricio Chavez On or After the 9/20/22 TRO**

| Day | Total Revenue | Rollovers | Net Daily Revenue | Net $ Raised Post TRO | Daily Cash to Chavez | Cash to Chavez Cumulative | Statement on Daily Report |
|---|---|---|---|---|---|---|---|
| 9/20/2022 | $592,274 | $109,024 | $483,250 | $483,250 | $0 | $0 | See note #1 Below |
| 9/21/2022 | $859,416 | $129,416 | $730,000 | $1,213,250 | $130,000 | $130,000 | "Entrega Cash" |
| 9/22/2022 | $1,150,270 | $297,870 | $852,400 | $2,065,650 | $127,000 | $257,000 | $127,000 .00 LO TOMO MAURICIO (3) |
| 9/23/2022 | $1,611,239 | $221,239 | $1,390,000 | $3,455,650 | $150,000 | $407,000 | "Entrega Cash" |
| 9/24/2022 | $367,872 | $56,372 | $311,500 | $3,767,150 | | $407,000 | |
| 9/26/2022 | $670,829 | $205,329 | $465,500 | $4,232,650 | | $407,000 | |
| 9/27/2022 | $1,565,923 | $166,206 | $1,399,717 | $5,632,367 | $200,000 | $607,000 | "Entrega Cash" |
| 9/28/2022 | $1,576,784 | $102,284 | $1,474,500 | $7,106,867 | | $607,000 | |
| | $8,394,607 | $1,287,740 | $7,106,867 | | $607,000 | | |

**Footnotes:**
(1) Exhibit C, page 1 attached dated 9/21/22 indicates that "$1,000,000 was sent with Chino 9/20/22." This $1 million delivered by Chino is not refleced in the Daily Reports included as Exhibit A.
(2) Exhibit C, page 2, attached dated 10/3/22 indicated that "Sent with Chino $700K"
(3) See footnote second page of the 9/22/22 Daily Report

