# EXHIBIT F

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF TEXAS

3                      HOUSTON DIVISION

4

5   SECURITIES AND EXCHANGE )
    COMMISSION,              )
6                            )
         Plaintiff,          )
7                            )
    vs.                      ) Case No. 4:22-cv-3359
8                            )
    MAURICIO CHAVEZ,         )
9   GIORGIO BENVENUTO, and   )
    CRYPTOFX, LLC,           )
10                           )
         Defendants.         )
11                           )
         and                 )
12                           )
    CBT GROUP, LLC,          )
13                           )
         Relief Defendant.   )
14  _____)

15

16

17

18                  ORAL DEPOSITION OF

19               MS. ANGELICA M. VARGAS

20                  November 29, 2022

21                   Houston, Texas

22

23

24  Reported by:
    Michelle Hartman
25  JOB No. 221129WWC

                                                      1

1          Q.  Do they have any other expenses in

2     addition to that other than the $900 tuition expense?

3          A.  No.

4          Q.  Does Mauricio provide your children any

5     extra money?

6          A.  No, the money that he provides to help

7     with the expenses and all of that, he gives it to me

8     personally.

9          Q.  And are you saying that is around $3,000

10    per month plus the $900 per month for montessori

11    tuition?

12         A.  Yes.

13         Q.  Since January 1st, 2020, has Mauricio

14    provided that amount per month to you?

15         A.  Yes.

16         Q.  Okay.  Since January 1st, 2020, has

17    Mauricio Chavez given you money outside of that

18    monthly pattern?

19         A.  No.

20         Q.  Has Mauricio given you any money to buy a

21    house?

22         A.  I am going to follow my attorney's advice

23    and I'm not going to answer to your question

24    according to the protections granted to me by the

25    Constitution of the United States.

                                                        32

1    today?

2           A.   I didn't fill it today.  It is full.

3           Q.   When you filled it last, how did you do

4    it?

5           A.   Cash.

6           Q.   And where did that cash come from?

7           A.   From what I -- from what I have, from

8    what I do, from the assets that I make.

9           Q.   Okay.  Did some of that money come from

10   Mauricio?

11          A.   No.

12          Q.   When was the last time Mauricio gave you

13   any cash?

14          A.   About two weeks ago.

15          Q.   Okay.  How much was that?

16          A.   $3,000.

17          Q.   Okay.  In cash?

18          A.   Yes.

19          Q.   Where were you when he gave you that

20   money?

21               THE INTERPRETER:  I'm sorry, the

22   interpreter need you to repeat.

23          Q. (BY MR. GULDE)  Where were you when he

24   gave you that money?

25               A.  I am going to follow my attorney's advice

                                                          41

```
 1   STATE OF TEXAS

 2   COUNTY OF HARRIS

 3

 4                    REPORTER'S CERTIFICATE

 5                     ORAL DEPOSITION OF

 6                   MS. ANGELICA M. VARGAS

 7                      November 29, 2022

 8

 9          I, Michelle Hartman, the undersigned

10   Certified Shorthand Reporter in and for the State of

11   Texas and Registered Professional Reporter, certify

12   that the facts stated in the foregoing pages are true

13   and correct.

14          I further certify that I am neither

15   attorney or counsel for, related to, nor employed by

16   any parties to the action in which this testimony is

17   taken and, further, that I am not a relative or

18   employee of any counsel employed by the parties

19   hereto or financially interested in the action.

20

21

22

23

24

25
```

1          SUBSCRIBED AND SWORN TO under my hand and

2    seal of office on this  2nd    day of December, 2022.

3

4

5    _____

6          Michelle Hartman, CSR, RPR

     Texas CSR 7093

7          Expiration:  12/31/23

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25