# EXHIBIT I

**Cooksey, Sharon (SHB)**

| | |
|---|---|
| **From:** | Themeli, Sonila (SHB) |
| **Sent:** | Tuesday, December 27, 2022 6:11 PM |
| **To:** | Paul Flack |
| **Cc:** | Gulde, Matthew; Cogdell, Dan; Lewis, John (SHB); Cooksey, Sharon (SHB); Themeli, Sonila (SHB) |
| **Subject:** | FW: Motion for Show cause against Chavez |

Paul,

I have reviewed your email below and discussed with the Receiver. We will proceed with filing the motion.

As to the cars, our research shows that the VIN numbers on the cars owned by Ms. Vargas and those owned by Mr. Chavez are different. Thus, we believe these cars are owned by Chavez. He has not provided any documents to confirm otherwise. As to the Lexus, Chavez is a managing member of JM Monarchy, so he controls the vehicle and any documents related to it.
Further, Chavez has a duty to cooperate under the Order and cannot simply direct us to third parties to obtain this information.

Mauricio
Description: Black 2021 Mercedes-Benz GLE - 4 Dr Wagon Sport Utility
VIN: 4JGFB6BB7MA288181

Description: Gray 2021 Lexus ES - Sedan 4 Door
VIN: 58AGZ1B16MU104673

Description: Gray 2022 BMW X6 - 4 Dr Wagon Sport Utility
VIN: 5UXCY8C07N9J61298
Description: White 2020 Volkswagen Tiguan - 4 Dr Wagon Sport Utility
VIN: 3VV3B7AX4LM041309

Vargas
Description: Black 2021 Mercedes-Benz GLS - 4 Dr Wagon Sport Utility
VIN: 4JGFF8GE3MA399023

Description: Black 2021 Volkswagen Atlas - 4 Dr Wagon Sport Utility
VIN: 1V2JP2CA8MC564563


Regarding Chavez's computer and cell phone: while I understand your position that Mr. Chavez has and will continue to plead the Fifth Amendment in relation to these devices, we do not think that that privilege applies to them, or any other CFX devices and/or property. Further, Mr. Lewis is Receiver of Mr. Chavez's personal assets as well as of CFX, as such these devices should have been turned over to the Receiver. Similarly, we have requested and not received access credentials for Mr. Chavez's CFX Google drive account and email.

While the Receive will take possession of the $55,000 you have, that is a far smaller amount than the cash received by CFX and Chavez in just the period 9/20 – 28 (when the freeze went into effect and the entry of the receivership order) and even after the order. We have requested and Mr. Chavez continues to refuse to turn over the cash removed from the CFX offices and funds received after the entry of the Receivership order. Nor has Mr. Chavez turned over any information or documents about any other assets he owns and or controls.

In addition, we continue to ask for compliance with paragraphs 9 and 10 of the Order and do not think that the Fifth Amendment applies.

I understand that you entered an appearance in this case a month ago, but we have been requesting these assets, documents and/or information for three months now, and Mr. Chavez's refusal to comply with the Order has caused a lot of delay and expense.

Thank you.

Sonila

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



---

**From:** Paul Flack <pflack@prattflack.com>
**Sent:** Tuesday, December 27, 2022 10:59 AM
**To:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Cc:** guldem@sec.gov; Cogdell, Dan <dcogdell@joneswalker.com>; Lewis, John (SHB) <jolewis@shb.com>
**Subject:** RE: Motion for Show cause against Chavez

**EXTERNAL**

Sonila,

We do oppose any motion for an order to show cause. Since I have been engaged in this case, I have been working toward compliance with the Court's orders and I will continue to do so. Toward that end, we turned over the 2021 Mercedes GLE and the extra key. Mauricio does not have the title. At his wife's deposition, she testified that she was the only one on the title for that car.

Regarding the other cars, the Volkswagen is his wife's car. He does not live with her. At her deposition she testified that it is titled in her name and Mauricio's, but he never drives it. She uses it to transport herself and her two daughters.

The Lexus ES 350 is in the possession of Janette Gonzalez. She testified that JM Monarchy purchased the car from Mauricio. Ms. Gonzalez testified that she has the title to that car. Mauricio does not drive the car and he does not have possession of it. It seems that this is a matter you need to address with Ms. Gonzalez's lawyer, but if you need something further from us, please just let me know.

The other car you mentioned is the BMW X6. That is the car Mauricio is currently using to transport himself and his daughter. Given that that car is not paid for, it does not likely have much value in any case.

Regarding Mauricio's laptop, I have taken possession of it, but we are asserting his Fifth Amendment privilege which covers the act of production.

Regarding paragraphs 9 and 10 of the order, those paragraphs call for sworn statements and accountings. Mauricio is asserting his Fifth Amendment rights against providing such things. He has been asserting his Fifth Amendment rights ever since his June 7, 2022 Declaration. I told Matt Gulde at one of the deposition breaks that he was still taking the Fifth and I believe I wrote that to you in a prior email. Matt said something about possibly needing Mauricio to update

the Declaration.  I don't think doing that would be a problem, but I defer to Mauricio's criminal lawyer for the final say on such issues.  Moreover, as a practical matter, I don't think Mauricio could provide an accounting or the other information requested, especially since he no longer has access to the company records.

Regarding the calls from investors you reference, I have advised Mauricio in the strongest terms that he cannot have any involvement with any CFX-related activities.  If you are aware of anything indicating he is not following my instructions on that (or on any other issue) please let me know and I will address it with him.

Regarding funds he has, I have $55,000 that I received very recently that I am prepared to send you.  We also need to get you a proposal for an allowance for his living expenses.  We have started that process, but it has taken longer than I expected and, of course, we've all been tied up with some depositions.

So, I am working to comply and I do not think a motion for an order to show cause would be productive.  If there are other particular issues, please let me know as I am prepared to work with you on them.

Paul D. Flack
(713) 705-3087

---

**From:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Sent:** Thursday, December 22, 2022 7:31 PM
**To:** Paul Flack <pflack@prattflack.com>
**Cc:** guldem@sec.gov; Cogdell, Dan <dcogdell@joneswalker.com>; Lewis, John (SHB) <jolewis@shb.com>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** Motion for Show cause against Chavez

Hi Paul,

As previously discussed, the Receiver plans to file a motion for show cause why Mr. Chavez should not be held in contempt for failure to comply with the Receivership Order, including paragraphs 9 and 10, and for his failure to turn over all receivership property, including his computers, cash and other property to the Receiver.

Further, we continue to receive calls from investors stating that Mr. Chavez  (and people associated with him and CFX) continues  his CFX-related activities.  We had previously sent a cease and desist letter to both Mr. Sklar and Mr. Chavez requesting that all  such activities be stopped.

I assume you oppose the motion, based on prior conversations, but let me know if things have changed by December 27, 2022 at noon.

Dan – please let me know your client's position as well.

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



3

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.