EXHIBIT A

DECLARATION PURSUANT TO ORDER APPOINTING RECEIVER (Doc. No. 11)

The Undersigned hereby declares under penalty of perjury:

1. I am the Director of Investigations for BlockTrace, LLC, a company based in Austin, Texas.

2. BlockTrace requests Court approval to be retained as cryptocurrency consultants to John Lewis, Jr., in his capacity as Court-Appointed Receiver in this case. To the best of my knowledge, after formal conflict check, BlockTrace has no professional, business or other connection to any party in this matter. Further, BlockTrace represents no interest adverse to this Receivership estate in connection to the matters upon which BlockTrace is to be engaged.

3. Pursuant to the Receivership Order, BlockTrace will not expect or receive any compensation from the Receivership Estate except upon application to and approval by the Court.

This 3rd day of January, 2023.

_____
James Daniels