IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO EMPLOY BLOCKTRACE, LLC AS CRYPTOCURRENCY CONSULTANTS

This cause, having come before the Court on the Receiver's Unopposed Motion to Employ BlockTrace, LCC to serve as the Receiver's cryptocurrency consultants in this matter, and the Court, having considered the Motion and all other relevant facts, finds the Motion to be good, and the same is hereby granted. It is, therefore,

ORDERED that Receiver, John Lewis, Jr. is permitted to retain BlockTrace, LCC to serve as the Receiver's cryptocurrency consultants in this matter.

SIGNED this _____ day of _____, 2023.

_____
HON. ANDREW S. HANEN
United States District Court Judge