United States District Court
Southern District of Texas
**ENTERED**
January 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMM. | § | |
| | § | |
| v. | § | CIVIL ACTION 4:22-CV-3359 |
| | § | |
| MAURICIO CHAVEZ et al. | § | |

### ORDER TO PAY FEES

The law firm Gerger, Hennessy & Martin has moved to transfer $17,342.50 from its trust account to pay for legal work the firm provided during September 2022. The Receiver has reviewed the motion and does not object to the September fees. For the reasons stated in the motion, the motion is granted, and the law firm may transfer $17,342.50 from its trust account to pay for services provided.

SIGNED at Houston, Texas, this _13th_ day of January 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE