Messages - John Fernandez TRADER

Yes lets do 4:45

Ok perfect 😌👌🏻

1/13/21, 4:45 PM

On the way boss

Hey boss I'm here

On the 3rd floor

1/14/21, 2:01 PM



Done for today

24 hours back in the market and we have done 27% 😌👌🏻 not bad

1/15/21, 8:18 AM

Hey bro we need to contact kot

They are messing up bad in your account

Ok brother lets contact them today

You see what happened ?

MC_000237

FOIA Confidential Treatment Requested

Messages - John Fernandez TRADER

Ok yeah send me the log in info imma screenshot all the balances and account numbers and I'm gonna contact them form mine as wel

Attachment stored in iCloud: IMG_8911.HEIC (Image)

We can fix it if the chat is open like that

Attachment stored in iCloud: 63331038491__C386A693-B466-4BC9-BEAB-A979C76C48C4.HEIC (Image)

Yeah I'll be there around 6:30

On my way !

1/26/21, 7:00 AM



256%

1/26/21, 8:31 AM

Thats crazy bro

Congratulations bro

Attachment stored in iCloud: IMG_0258.jpeg (Image)

1.5M this week

I'll be at the office at 11:30

MC_000252

FOIA Confidential Treatment Requested

Messages - John Fernandez TRADER

Don't forget to send me the log in brother

Imma be up tonight again

1/26/21, 7:53 PM

*Attachment stored in iCloud:
IMG_0322.jpeg (Image)*

Woww brother

On our way to 1.5

1/26/21, 9:29 PM

Hey brother you still sending me the other account log in for me to trade it tonight?

1/27/21, 5:42 AM

*Attachment stored in iCloud:
IMG_0346.jpeg (Image)*

Damm bro

Are you taking profits

Ia already 500

No not yet

Lol remember trust me !

1.4 is easy

2.2 this week brother

It's already done

Don't forget to bring that bottle lol

Because we where able to get more entries we will hit it in half the time and distance

Wow bro amazing thats so crazy

Congratulations brother

Messages - John Fernandez TRADER

Hey brother

Please do it ASAP

I don't wanna get margin out

Done

Perfect check the account now

2/1/21, 1:39 PM

+300 k so far

Wowwww

5Mill this week

It's done already

Wow awesome brother

Lol I'm gonna make your company as big as mine 🙏

1 man can change it all !

Yes sir

Attachment stored in iCloud:
IMG_0628.heic (Image)

Elite Generators INC

Do you think you can get it down today ?

2/1/21, 7:38 PM

Hey brother were you able to do the wire

2/2/21, 8:38 AM

1M down

I know bro

That's amazing

1/5 to our target

MC_000260
FOIA Confidential Treatment Requested

Messages - John Fernandez TRADER



Lol

By tonight or tomorrow morning we should be halfway

Woww bro we will take a vacation lol

Lol shiii i already have mine booked remember 😂

That's awesome brother

1.3M down

🙏

👋👋👋👋🙏🙏🙏

1.6M

👏👏👏👏👏

Ok brother sounds good go take care of you daughter !!

2,120,000.00

How is she bro ? Is she ok !

?*

Hopefully bro

They are going to check her

🙏 I'm sure she will be fine brother

Thanks bro

2/2/21, 11:28 AM

Whats the address for the account

Here at the bank

2151 fort Laramie dr Katy tx 77449

MC_000261
FOIA Confidential Treatment Requested