4/6/21, 9:33 PM

?

4/7/21, 11:37 AM

What's the plan brother ?

4/8/21, 10:20 AM

?

4/8/21, 7:35 PM

Good Evening boss,

I was reaching out to let you know that i am going to proceed and begin trading for my 2 clients.

I can honestly say that i have been trying to reach out multiple times and there has been no communication in return at all.

I understand you may be going through many things right now and honestly brother i hope and pray that everything works out for you.

I would love to continue to do business. But the communication has been terrible.

Let me know if you want to talk about it. As of right now the lack of communication does not assure me in anything, so i will Continue to move forward.

Sincerely,
John

4/12/21, 8:54 AM

The .20 lot you place som US30

On*

Hold it

Us30 is going to fall nasty

Morning brother ok thanks bro

🙏😌 how is everything going with the family brother ? Getting better ?