```
[7/23/21, 12:10:44 PM] Gio CFX: Branch Mgr is assisting me
[7/23/21, 12:13:08 PM] Gio CFX: Can you provide me a phone number and contact for one cargo express?
They are asking me to verify the customer by phone
[7/23/21, 12:14:48 PM] Gio CFX: Missed voice call
[7/23/21, 12:30:58 PM] Gio CFX: Still here brother. Can you get me that phone number please???
[7/23/21, 1:02:58 PM] Gio CFX: image omitted
[7/23/21, 1:02:59 PM] Gio CFX: image omitted
[7/23/21, 1:04:48 PM] Gio CFX: Call me when you are free
[7/23/21, 1:07:19 PM] Gio CFX: image omitted
[7/23/21, 1:07:34 PM] M GROUP: Thanks
[7/23/21, 1:11:24 PM] Gio CFX: Admin needs at least two people to assist in processing these contracts.
I need physical bodies in the office. Niurka starts Monday.
Norma is aware.
[7/23/21, 1:14:58 PM] M GROUP: Brother
[7/23/21, 1:15:09 PM] M GROUP: audio omitted
[7/23/21, 1:21:08 PM] Gio CFX: I will be there in about 20 minutes. You have to let me fix the company brother.
We are committing so many violations and I'm really trying to avoid us getting into some serious trouble not only from the IRS but also the Texas workforce commission.
[7/23/21, 1:22:07 PM] M GROUP: audio omitted
[7/26/21, 8:36:19 AM] Gio CFX: Good morning brother,
I need to respond to that Kennedy email this morning and I'm going to decline their offer.
Let me know where you stand?
[7/26/21, 8:52:54 AM] M GROUP: audio omitted
[7/26/21, 8:54:14 AM] Gio CFX: I will call you at 9:30
[7/26/21, 9:22:41 AM] M GROUP: Ok
[7/26/21, 9:39:29 AM] Gio CFX: Call me please.
[7/26/21, 12:03:12 PM] Gio CFX: audio omitted
[7/26/21, 12:19:52 PM] Gio CFX: Can you get 100 K ready for tomorrow when I'm in?
[7/26/21, 1:24:30 PM] M GROUP: yes
[7/26/21, 1:27:28 PM] Gio CFX: What do you think of Bill Rapp becoming our broker when we actually are granted the license to be a dealer entity?
[7/26/21, 1:38:22 PM] M GROUP: Lets do it brother
[7/26/21, 1:41:22 PM] Gio CFX: Sounds awesome!
Let's submit your financials this week brother.
We are making all the right moves. I promise.
[7/27/21, 7:27:30 AM] Gio CFX: audio omitted
[7/27/21, 7:34:57 AM] M GROUP: Morning bro
[7/27/21, 7:34:59 AM] M GROUP: Yea
[7/27/21, 7:35:01 AM] M GROUP: Yea
[7/27/21, 7:35:08 AM] M GROUP: I willl bro
[7/27/21, 7:35:28 AM] Gio CFX: Thank you brother. I should be there by 8:30 AM
[7/27/21, 7:36:37 AM] Gio CFX: Please have this meeting in English for my benefit?
I really need to understand the issues in order to find a path to correct them with our attorneys help.
[7/27/21, 7:37:02 AM] M GROUP: Ok bro
```

MC_000133
FOIA Confidential Treatment Requested