## Paul Flack

**From:** Paul Flack
**Sent:** Saturday, December 24, 2022 3:05 PM
**To:** Matthew Gulde; Sonila Themeli
**Subject:** Websites SEC v Chavez et al.

Matt and Sonila,

The following websites no longer work:

https://cryptofxtv.com/mioficina/aut/register

https://cryptofxtv.com/mioficina/aut/register

Hope y'all have happy holidays.

Paul D. Flack
(713) 705-3087