

December 12, 2022

Sonila Themeli
Senior Counsel
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5656
**f** 713.227.9508
sthemeli@shb.com

*Via Electronic Mail*

Rhonda Hawkins
Case Manager to
Judge Andrew S. Hanen
United States District Court, Houston Divisio
Houston, TX 77002
Email: Rhonda_Hawkins@txs.uscourts.gov

**RE: *SEC v. Chavez et al*, Case No. 4:22-cv-03359; Possible Gathering by CryptoFX Investors on Wednesday December 14, 2022 at 9:30 am at 515 Rusk Street, Houston TX 77002**

Dear Ms Hawkins,

I represent John Lewis, Jr., the court-appointed Receiver in the matter *Securities and Exchange Commission v. Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC and CBT Group, LLC*, Case No.: 4:22-cv-03359, pending in the Southern District of Texas, in Judge Andrew Hanen's court.

During our investigation of the case, today, our team was informed that CryptoFX investors intend to organize a gathering at the courthouse on 515 Rusk Street, on Wednesday December 14, 2022 at 9:30 am.

The Receiver and his team do not plan to attend or participate in the event, but simply wanted the Court to be aware should there be media coverage.

Should you wish to discuss this matter further, please do not hesitate to contact me.

Best regards,

Sonila Themeli
Senior Counsel