**CFX lifestyle**

NAME: REDACTED
ADDRESS: REDACTED, tomball tx 77377
START DATE: 07/22/2022   DUE DATE: 01/22/2023
PHONE: 917- REDACTED 036
E-MAIL: REDACTED @ hotmail.com
DIRECT SPONSOR 7%: REDACTED
INDIRECT SPONSOR 3%: REDACTED   65.

No. 037088

**BRONZE PACKAGE 1K+**   $ _____
**SILVER PACKAGE 5K+**   $ _____
**GOLD PACKAGE 10K+**   $ 10,000 00

MONTHLY ☐   3 MONTHS ☒   6 MONTHS ☐   CONTRACT RENEWAL ☐

MONTH 1  10-22-2022   $ 4,500 00
MONTH 2  01-22-2023
MONTH 3  _____
MONTH 4  _____
MONTH 5  _____
MONTH 6  _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

### VENTURE AGREEMENT CRYPTOFX, LLC

x REDACTED _____ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF  $ 10,000 00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

### CONFIDENTIAL AGREEMENT

x REDACTED _____ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

x REDACTED   REDACTED   REDACTED
STUDENT'S SIGNATURE   CRYPTOFX, LLC REPRESENTATIVE   CRYPTOFX, LLC RECEIVER
DATE: 07-22-22   DATE: 07-22-22   DATE: 07-22-22

800 Town and Country Blvd, Suite 300, Houston, TX 77024   Tels: 832-888-6924 / 832-997-1240 / 832-404-1291   www.cryptofxla.com