UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:22-cv-03359 |
|---|---|---|---|

| SECURITIES AND EXCHANGE COMMISSION |
|---|
| *versus* |
| MAURICIO CHAVEZ, GIRGIO BENVENUTO, CRYPTOFX, LLC AND CBT GROUP, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ernest G. Foundas<br>Pugh, Accardo, LLC<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163<br>504-799-4500; efoundas@pugh-law.com<br>Louisiana Bar No. 24419 |
|---|---|

| Name of party applicant seeks to appear for: | Receiver, John Lewis, Jr. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 1/17/23 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____
United States District Judge