United States District Court
Southern District of Texas
**ENTERED**
January 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03359 |
|---|---|---|---|

**SECURITIES AND EXCHANGE COMMISSION**

*versus*

**MAURICIO CHAVEZ, GIRGIO BENVENUTO, CRYPTOFX, LLC AND CBT GROUP, LLC**

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Ernest G. Foundas<br>Pugh, Accardo, LLC<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163<br>504-799-4500; efoundas@pugh-law.com<br>Louisiana Bar No. 24419 |
|---|---|

| Name of party applicant seeks to appear for: | Receiver, John Lewis, Jr. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/19/23    Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 1/20/2023    Clerk's signature

**Order**

Dated: 1/23/23

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge