# EXHIBIT J

**Themeli, Sonila (SHB)**

**Subject:** FW: Spreadsheet shared with you: "gloria Castaneda"

---------- Forwarded message ---------
From: **Mauricio Chavez (via Google Sheets)** <drive-shares-dm-noreply@google.com>
Date: Tue, Oct 5, 2021 at 8:27 AM
Subject: Spreadsheet shared with you: "gloria Castaneda"
To: <glorilyc@gmail.com>
Cc: <ceo10xplan@gmail.com>, <karla.gonzalez.cfx@gmail.com>

# agreements@cfxlifestyle.org shared a spreadsheet

 agreements@cfxlifestyle.org has invited you to **edit** the following spreadsheet:

REPORTE AL BALANCE





If you don't want to receive files from this person, block the sender from Drive

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because agreements@cfxlifestyle.org shared a spreadsheet with you from Google Sheets.

Google Workspace

1