# EXHIBIT L

```
[10/22/22, 9:42:57 p.m.] LA ACADEMIA 247 FOUNDERS: Los mensajes y las llamadas están cifrados de extremo a extremo. Nadie fuera de este chat, ni siquiera WhatsApp, puede leerlos ni escucharlos.
[10/22/22, 9:42:57 p.m.] Mauricio Chavez creó este grupo.
[10/22/22, 10:36:01 p.m.] Mauricio Chavez te añadió.
[10/22/22, 10:36:42 p.m.] Mauricio Chavez añadió a ███████████
[10/22/22, 10:40:14 p.m.] Mauricio Chavez añadió a ███████████ y ███████████
[10/22/22, 10:40:39 p.m.] Mauricio Chavez añadió a ███████████, Lucy Albarran 2250 Fm-1092 Missouri City Tx, y ███████████
[10/22/22, 10:36:57 p.m.] Nancy CFX: Haci es campeon!!!
[10/22/22, 10:38:57 p.m.] Pedro CFX: GRACIAS TOTALES
[10/22/22, 10:49:03 p.m.] Pedro CFX: Puro 🔥 este grupo
[10/22/22, 10:51:16 p.m.] ███████████: Somos hacedores de lluvia y si no llueve hacemos que llueva ! Vamos hacer que suceda !
[10/22/22, 11:06:30 p.m.] Mauricio Chavez añadió a ███████████
[10/22/22, 11:06:52 p.m.] Mauricio Chavez añadió a ███████████
[10/22/22, 11:07:20 p.m.] Mauricio Chavez añadió a ███████████
[10/22/22, 11:07:47 p.m.] Mauricio Chavez añadió a ███████████
[10/22/22, 11:13:26 p.m.] Pedro CFX: https://es.cointelegraph.com/news/bitcoin-will-shoot-over-100k-in-2023-before-largest-bear-market-trader
[10/23/22, 9:48:03 a.m.] Gabriela Longoria: imagen omitida
[10/23/22, 7:01:21 p.m.] Mauricio Chavez: Buenas noches equipo, ase Vienen Cosas Grandes!!!! GRACIAS POR SU APOYO!!!!
[10/23/22, 7:02:17 p.m.] Nancy CFX: 💪👏💪👏💪
[10/23/22, 7:02:36 p.m.] Pedro CFX: 💯💯💯💯💯
[10/23/22, 7:04:49 p.m.] ███████████: Con todo compañeros ! Campeón , estamos al 100
[10/23/22, 7:20:57 p.m.] Gabriela Longoria: Contigo Al 💯
[10/23/22, 10:07:10 p.m.] Mauricio Chavez: *******NOTA:

BONOS DE REFERIDO LOS PUEDES RETIRAR TODOS LOS MIÉRCOLES Y LOS RECIVES EN BITCOIN LOS VIERNES.
[10/23/22, 10:14:29 p.m.] Mauricio Chavez añadió a ███████████ y ███████████
[10/23/22, 10:08:00 p.m.] Mauricio Chavez: YA SE ESTA TRABAJANDO PARA HACERLOS AUTOMATIZADOS
[10/23/22, 10:08:38 p.m.] Ana Muñoz CFX: Excelente
[10/23/22, 10:09:11 p.m.] Sr Olegario Muñoz: Awesome👍
[10/23/22, 10:13:00 p.m.] ███████████ 👏👍👏
[10/23/22, 10:13:56 p.m.] ███████████: Bien 👍👏
[10/23/22, 11:08:47 p.m.] Lucy Albarran 2250 Fm-1092 Missouri City Tx: Excelente Mauricio al 💯
[10/24/22, 10:11:22 a.m.] Gabriela Longoria: sticker omitido
[10/24/22, 9:29:12 p.m.] ███████████: Se eliminó este mensaje.
[10/24/22, 9:29:49 p.m.] ███████████: sticker omitido
[10/25/22, 10:03:19 a.m.] Ricarda Bitmasterpro: https://youtu.be/DMpvHEaZYoM
[10/25/22, 10:03:56 a.m.] Ricarda Bitmasterpro: Se eliminó este mensaje.
[10/25/22, 10:20:54 a.m.] Ricarda Bitmasterpro: Bieteras digitales ayuden a su
```