# EXHIBIT M



**Usted esta siendo referido por: jmpuac**

Nombre (*)

Usuario (*)

N° de Documento de Identidad (*)

Dirección (*)

País

Selecciones una opción

Estado (*)

Ciudad (*)

Celular (*)

Bitcoin Wallet (Opcional)

Correo Electrónico (*)

Confirmación de Correo Electrónico (*)

Contraseña (*)

Confirmación de Contraseña (*)

☐ He leído, Acepto los términos y condiciones

Descargar Términos y Condiciones

Registrarme

Ya tienes una cuenta Iniciar Sesión