# EXHIBIT N

2228083

| CUSTOMER ORDER NO. | | | DEPARTMENT | | | DATE 10-07-22 | |
|---|---|---|---|---|---|---|---|
| NAME Adam | | | | | | | |
| ADDRESS | | | | | | | |
| CITY, STATE, ZIP | | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | SHIP DATE |
| QUANTITY | | | DESCRIPTION | | | PRICE | AMOUNT |
| 1 | | | | | | | |
| 2 | | Le di al Señor | | | | | |
| 3 | | Adam (Security) | | | | | |
| 4 | | | | | | | |
| 5 | | La Cantidad de | | | | | |
| 6 | | | | | | | |
| 7 | | $19,995= | | | | | |
| 8 | | | | | | | |
| 9 | | Sign: | | | | | |
| 10 | | [signature] Adam | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| RECEIVED BY | | | | | | TAX | |
| | | | | | | TOTAL | |

KEEP THIS SLIP FOR REFERENCE