# Exhibit C

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---:|
| **Liquidated Assets** | | |
| Cash | Cash located at 1124 Blalock | $53,346 |
| Cash in Safe | Recovered from two safes at Blalock | $392,765 |
| First Community Credit Union | Closed Benvenuto bank account | $407,042 |
| First Community Credit Union | Closed Benvenuto bank account | $44,406 |
| Bank of America | Closed Benvenuto bank account | $16,825 |
| Bank of America | Closed Benvenuto bank account | $4,500 |
| Simmons Bank | Closed Benvenuto bank account | $80,764 |
| Simmons Bank | Closed CBT bank account | $247,916 |
| Regions Bank | Closed Chavez bank account | $782 |
| Coinbase, Inc. | Proceeds from liquidation of crypto account | $982,924 |
| Blockchain.com | Proceeds from liquidation of crypto account | $1,161,141 |
| Burford Perry LLC | Balance of retainer | $155,631 |
| Gerger Hennessy & Martin LLP | Balance of retainer | $214,488 |
| | | **$3,762,530** |
| **Unliquidated Assets** | | |
| Cash | | |
| Cash (In Possession of Defendants) | Surveillance images show removal of cash from office | Unknown |
| Bank Accounts | | |
| First Community Credit Union | Benvenuto Holdings frozen account | $109,077 |
| First Community Credit Union | Benvenuto Holdings frozen account | $1,625 |
| Regions Bank | Two frozen related entity bank accounts | $61,045 |
| Investment / Crypto Accounts | | |
| Bittrex (Crypto Exchange) | Minimal balance | $6 |
| Gemini Trust Company LLC | Minimal balance | $11 |
| Exodus Wallet | Bitcoin, Tether & Solana. Receiver in control of acct | $76,955 |
| Digital Assets | | |
| Cold Storage Crypto | Four non-custodial accounts at Blockchain.com | Unknown |
| Cold Storage Crypto | Receiver possesses Ledger Nano drive | Unknown |
| 79 Proton LLC | Receiver investigating value of NFTs | Unknown |
| Escrow Deposits / Retainers | | |
| Jones Walker Retainer | Turned over to the Receiver on 1/6/2023. | $102,229 |
| Vehicles | | |
| 2021 Lexus ES350 F Sport | Transferred to related entity | $50,000 |
| 2022 BMW X6 M501 | In Chavez's possession. Lien appears to exceed value. | $0 |
| 2021 Mercedes-Benz GLE AMG | Recovered by Receiver. Listed for sale. | $60,000 |
| 2020 Jeep Gladiator | In Benvenuto's possession. | $30,000 |

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---|
| **Personal Property** | | |
| Chavez jewelry & personal property | Receiver's appraiser determining value | Unknown |
| Benvenuto personal property | Minimal value. In possession of Mr. Benvenuto | $0 |
| CFX furniture and fixtures | Removed from 1124 Blalock to be sold | $10,000 |
| Computers | At Receiver's office. Will be preserved. | $5,000 |
| **Real Properties** | | |
| 28 Lawrence Marshall Dr, Hemptstead, TX | Listed for sale by Receiver | $70,000 |
| Hogan Lane, Hempstead | Listed for sale by Receiver | $70,000 |
| Mack Washington, Hempstead, TX | CBT purchased for $2.05 million. Appraised at $1.15 million | $1,150,000 |
| *Receiver Pursuing Recovery — Property Addresses Redacted* | Fort Bend County, TX | $750,000 |
| | Fort Bend County, TX | $731,000 |
| | Fort Bend County, TX | $630,000 |
| | Fort Bend County, TX | $400,000 |
| | Fort Bend County, TX | $423,000 |
| **Other** | | |
| Hair News Color n Cuts | Investment/purchase by Defendants | Unknown |
| **Causes of Action** | | |
| Investor winner clawback claims | Receiver investigating | Unknown |
| Commissions and bonuses paid | Receiver investigating | Unknown |
| *Receiver Investigating — Recoveries Redacted* | Transfers to related company | $950,249 |
| | Transfers | Unknown |
| | Transfers | Unknown |
| | Investment/fraudulent transfer | Unknown |
| | Investment/fraudulent transfer | Unknown |
| | | **$5,680,197** |
| **Liquidated Plus Unliquidated Assets** | | **$9,442,726** |