# Exhibit D

| Category | Description |
|---|---|
|  |  |
| **Televisions** |  |
|  | QTY 5 - Samsung TV – 75" |
|  | QTY 4 - LG TV's – 75" |
|  | QTY 2 - Samsung TV – 55" |
| **Computer Monitors** |  |
|  | Samsung Computer Monitor (Security System) – 28" |
|  | LG Monitor – 29" |
|  | HP Monitor – 27" |
|  | HP Gaming Monitor – 25x Nvidia G Sync – 25" |
|  | Aopen Fire Legend Gaming Monitor – 25" |
|  | LG Monitor Ultrawide – 29" |
|  | QTY 4 - LG Monitor Ultrawide – 32" |
|  | QTY 2 - Aopen Fire Legend Gaming Monitor – 27" |
|  | Dell Monitor – 22" |
|  | LG Monitor – 32" |
| **Desktop Printers** |  |
|  | QTY 3 - HP Printer M404n |
|  | QTY 3 - HP Multifunction Printer M428fdw |
|  | QTY 3 - HP Printer M283fdw |
|  | Epson Printer ET 4760 |
|  | HP Printer 8035e |
| **Keyboards & Mice** |  |
|  | QTY 3 - White HP keyboard |
|  | QTY 6 - Black HP keyboard |
|  | QTY 2 - White HP keyboard & mouse |
|  | Black, white and orange keyboard |
|  | Apple black keyboard |
|  | Apple white keyboard |
| **Other miscellaneous items** |  |
|  | Large Louis Vuiton Kirigami Pochette (1 of 3 pieces only) |
|  | YSL Tiny Cassandre Bill Clip Wallet In Shiny Leather (appears new) |
|  | QTY 2 - Tech LED display (unsure if working) |
|  | QTY 3 - Power UPS Back Up Battery |
|  | QTY 2 - Primo water dispenser |
|  | QTY 9 - Cash counting machines (various models) |
|  | QTY 5 - Cash/gun box (empty and without keys) |
|  | QTY 2 - Lasko fan |
|  | QTY 2 - Utilitech fan |
|  | QTY 7 - Various Personal Desk Fans |
|  | QTY 2 - EV Speakers on stands  (no power cords) |

|   | |
|---|---|
|   | QTY 4 - Logitech H390 headset (new in package) |
|   | 5-drawer metal file cabinet (without key) |
|   | Xbox mini refrigerator |
|   | Small desktop scanner |
|   | NightHawk Router |
|   | AKG Microphone |
|   | Meauro 1080P Projector |
|   | Blue ice chest |
|   | Server/network switch equipment |
|   | Full size LG refrigerator |
|   | Black Bose speaker (without power or USB) |
|   | Metal detector wand |
|   | Microphone |
|   | Octabella 1500 W 3-light LED Softbox Kit for Photos |
|   | Red canvas wagon |
|   | Off-white metal and glass cabinet |
|   | Bulk office supplies; masks; Clorox wipes; paperclips; rubber bands; Kleenex; folders; envelopes, printer toner; calculators; hole punch, etc. |
| **Total** |   |