# Exhibit E

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| **Expense Code: NONE** | | |
| 12/15/22 | Reimbursement from Nichole E Forrest , refund fr court reporter | ($49.50) |
| | **Subtotal for NONE** | **($49.50)** |
| | | |
| **Expense Code: E102** | | |
| 10/13/22 | Imaging Services - Print Black and White documents (5 @ 0.12) | $0.60 |
| 10/13/22 | Imaging Services - Print Color Document (10 @ 0.50) | 5.00 |
| 10/13/22 | Imaging Services - Print Color Document (8 @ 0.50) | 4.00 |
| 10/13/22 | Imaging Services - Print Black and White documents (2 @ 0.12) | 0.24 |
| 10/13/22 | Imaging Services - Print Color Document (10 @ 0.50) | 5.00 |
| 10/13/22 | Imaging Services - Print Black and White documents (9 @ 0.12) | 1.08 |
| 10/14/22 | Imaging Services - Print Black and White documents (4 @ 0.12) | 0.48 |
| 10/14/22 | Imaging Services - Print Color Document (12 @ 0.50) | 6.00 |
| 10/26/22 | Imaging Services - Print Black and White documents (1,547 @ 0.12) | 185.64 |
| 10/28/22 | Imaging Services - Print Color Document (6 @ 0.50) | 3.00 |
| 10/31/22 | Imaging Services - Black and White Copies (1,158 @ 0.12) | 138.96 |
| 11/15/22 | Imaging Services - Print Black and White documents (7 @ 0.12) | 0.84 |
| 11/15/22 | Imaging Services - Print Color Document (42 @ 0.50) | 21.00 |
| 11/15/22 | Imaging Services - Print Color Document (13 @ 0.50) | 6.50 |
| 11/15/22 | Imaging Services - Print Black and White documents (6 @ 0.12) | 0.72 |
| 11/22/22 | Imaging Services - Print Color Document (10 @ 0.50) | 5.00 |
| 11/22/22 | Imaging Services - Print Black and White documents (68 @ 0.12) | 8.16 |
| 11/29/22 | Imaging Services - Print Black and White documents (250 @ 0.12) | 30.00 |
| 12/06/22 | Imaging Services - Print Black and White documents (278 @ 0.12) | 33.36 |
| 12/06/22 | Imaging Services - Print Black and White documents (193 @ 0.12) | 23.16 |
| 12/08/22 | Imaging Services - Black and White Copies (3,643 @ 0.12) | 437.16 |
| 12/13/22 | Imaging Services - Print Black and White documents (110 @ 0.12) | 13.20 |
| 12/14/22 | Imaging Services - Print Color Document (75 @ 0.50) | 37.50 |
| 12/15/22 | Imaging Services - Print Color Document (93 @ 0.50) | 46.50 |
| 12/15/22 | Imaging Services - Scan Paper Documents (718 @ 0.10) | 71.80 |
| 12/15/22 | Imaging Services - Print Black and White documents (441 @ 0.12) | 52.92 |
| 12/16/22 | Imaging Services - Scan Paper Documents (307 @ 0.10) | 30.70 |
| 12/21/22 | PayPal, Inc., Copies, Fee for documents produced in response to Subpoena. | 48.00 |
| 12/21/22 | Imaging Services - Scan Paper Documents (963@ .10) | 96.30 |
| 12/28/22 | Imaging Services - Scan Paper Documents (12@ .10) | 1.20 |
| 12/28/22 | Imaging Services - Color Copies (12@ .50) | 6.00 |
| 12/28/22 | Imaging Services - Color Copies (16@ .50) | 8.00 |
| 12/30/22 | Imaging Services - Print Black and White documents (36 @ 0.12) | 4.32 |
| | **Subtotal for E102** | **$1,332.34** |
| | | |
| **Expense Code: E106** | | |
| 10/19/22 | Lexis Legal Research | $84.15 |

| | | |
|---|---|---:|
| 10/19/22 | Lexis Legal Research | 1,178.10 |
| 10/19/22 | Lexis Legal Research | 45.05 |
| 10/19/22 | Lexis Legal Research | 80.75 |
| 10/26/22 | Lexis Legal Research | 84.15 |
| 10/31/22 | Pacer | 0.10 |
| 10/31/22 | Accurint | 66.28 |
| 11/06/22 | Westlaw | 17.03 |
| 11/30/22 | Accurint | 34.93 |
| 12/01/22 | Westlaw | 35.21 |
| 12/15/22 | Westlaw | 42.57 |
| 12/22/22 | Westlaw | 17.03 |
| 12/27/22 | Westlaw | 25.54 |
| 12/28/2022 | Westlaw | 165.49 |
| 12/29/2022 | Westlaw | 17.03 |
| 12/31/2022 | Accurint | 129.94 |
| | **Subtotal for E106** | **$2,023.35** |

**Expense Code: E107**

| | | |
|---|---|---:|
| 10/06/22 | Special Postage | $10.13 |
| 10/13/22 | Special Postage | 11.75 |
| 10/13/22 | Special Postage | 11.75 |
| 10/13/22 | Special Postage | 11.75 |
| 10/19/22 | Special Postage | 0.57 |
| 10/19/22 | Special Postage | 0.57 |
| 10/19/22 | Special Postage | 0.57 |
| 10/19/22 | Special Postage | 11.75 |
| 10/19/22 | Special Postage | 11.75 |
| 10/19/22 | Special Postage | 11.75 |
| 10/24/22 | Delivery | 21.10 |
| 10/26/22 | Special Postage | 12.35 |
| 10/26/22 | Special Postage | 2.50 |
| 10/26/22 | Special Postage | 0.96 |
| 10/26/22 | Special Postage | 11.75 |
| 10/26/22 | Special Postage | 11.75 |
| 10/26/22 | Special Postage | 0.96 |
| 10/26/22 | Special Postage | 14.00 |
| 10/26/22 | Special Postage | 14.00 |
| 10/27/22 | Special Postage | 11.75 |
| 10/27/22 | Special Postage | 0.96 |
| 10/31/22 | Delivery | 26.17 |
| 11/4/22 | Delivery | 19.73 |
| 11/9/22 | Delivery | 16.84 |
| 11/9/22 | Special Postage | 13.25 |
| 11/15/22 | Special Postage | 8.93 |
| 11/15/22 | Special Postage | 8.93 |

4893-7172-1548

| 11/15/22 | Special Postage | 8.93 |
| 11/15/22 | Special Postage | 8.93 |
| 11/15/22 | Special Postage | 8.93 |
| 11/15/22 | Special Postage | 8.21 |
| 11/15/22 | Special Postage | 9.17 |
| 11/15/22 | Special Postage | 8.45 |
| 11/15/22 | Special Postage | 8.45 |
| 11/15/22 | Special Postage | 1.20 |
| 11/15/22 | Special Postage | 1.20 |
| 11/22/22 | Delivery | 29.01 |
| 12/2/22 | Delivery | 21.48 |
| | **Subtotal for E107** | **$392.23** |

**Expense Code: E110**

| 10/21/2022 | Caroline Gieser, Fuel, SEC Receivership - Houston, TX, 10/03/22 | $29.45 |
| | **Subtotal for E110** | **$29.45** |

**Expense Code: E111**

| 10/21/22 | Caroline Gieser, Breakfast, SEC Receivership - Houston, TX, 09/30/22 | $5.59 |
| 10/21/22 | Caroline Gieser, Lunch, SEC Receivership - Houston, TX, 09/30/22 | 10.18 |
| 10/21/22 | Caroline Gieser, Dinner, SEC Receivership - Houston, TX, 09/30/22 | 3.55 |
| 10/21/22 | Caroline Gieser, Lunch, SEC Receivership - Houston, TX, 10/01/22 | 19.25 |
| 10/21/22 | Caroline Gieser, Lunch, SEC Receivership - Houston, TX, 10/02/22 | 29.22 |
| 10/21/22 | Caroline Gieser, Breakfast, SEC Receivership - Houston, TX, 10/03/22 | 9.20 |
| 10/21/22 | Caroline Gieser, Dinner, SEC Receivership - Houston, TX, 10/03/22 | 23.54 |
| | **Subtotal for E111** | **$100.53** |

**Expense Code: E112**

| 10/13/22 | Fort Bend County Clerk, Court Filing Fees, Recording Notice of Interest in Property located at 2030 Green Haven Ct., Missouri City, TX 774593872. | $20.00 |
| 10/13/22 | Fort Bend County Clerk, Court Filing Fees, Recording fee for property located at 24923 Tidmor Lane, Richmond, TX 77406 | 20.00 |
| 10/13/22 | Fort Bend County Clerk, Court Filing Fees, Recording fee regarding property located at 9302 Knollwood Lane, Missouri City, TX 77459.5196. | 20.00 |
| 10/13/22 | Fort Bend County Clerk, Court Filing Fees, Recording fee for property located at 26602 Polaris Rise Lane, Richmond, TX 77406. | 20.00 |

4893-7172-1548

| | | |
|---|---|---|
| 10/13/22 | Fort Bend County Clerk, Court Filing Fees, Recording fee for property located at 27915 Round Moon Lane, Katy, TX 77494 | 20.00 |
| 10/18/22 | Waller County Clerk, Court Filing Fees, Recording fee for property located in Waller County - Hogan Lane, Hempstead, TX 77445. | 20.00 |
| 10/18/22 | Waller County Clerk, Court Filing Fees, Recording fee for Notice of Interest in Real Property re: 28 Lawrence Marshall Dr., Hempstead, TX 77445 | 20.00 |
| 10/18/22 | Waller County Clerk, Court Filing Fees, Recording fee for Notice of Interest in Real Property - Mack Washington, Hempstead, TX 77445. | 20.00 |
| 10/28/22 | U.S. District Clerk, Court Filing Fees, Filing Fee for Notice of Filing Miscellaneous Action: Registration of Appointment of Receiver. | 49.00 |
| 12/02/22 | Commerce Bank, Court Filing Fees, Pay.gov filing | 49.00 |
| 12/02/22 | Commerce Bank, Court Filing Fees, Fee to Open Case | 49.00 |
| 12/23/22 | Commerce Bank, Translation, Website FAQ translation | 85.00 |
| 12/30/22 | Commerce Bank, Court Filing Fees, eFiling | 49.00 |
| | **Subtotal for E112** | **$441.00** |

**Expense Code: E113**

| | | |
|---|---|---|
| 12/07/22 | Veritext 20-3132569, Service of Subpoena, on Gabriel Torres, 11/22/2022 | $200.00 |
| 12/07/22 | Veritext 20-3132569, Service of Subpoena, Service of Subpoena on Teresa Torres. | 203.50 |
| | **Subtotal for E113** | **$403.50** |

**Expense Code: E115**

| | | |
|---|---|---|
| 10/27/22 | Nichole Forrest, Depositions/Transcripts, Fee for providing original and one copy of September 29, 2022 Preliminary Injunction hearing. | $218.45 |
| 12/23/22 | Gradillas Court Reporters, Depositions/Transcripts, Oral Deposition of Angelica Vargas. | 371.50 |
| | **Subtotal for E115** | **$589.95** |

**Expense Code: E118**

| | | |
|---|---|---|
| 12/30/2022 | Gulfstream Legal Group LLC, Litigation Support Vendor, Electronic and forensic data collection from devices related to Securities and Exchange Commission (MceSECA€C1) filed a complaint against Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC and CBT Group LLC. Houston, TX. | $20,825.00 |
| 12/30/22 | Gulfstream Legal Group LLC, Litigation Support Vendor, Scanning of all documents retrieved related to Securities and Exchange Commission (MceSECA€C1) filed a complaint against Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC and CBT | 30,658.44 |

Group LLC, in addition to Relativity set-up, licensing and management. Houston, TX.

| | | |
|---|---|---|
| | **Subtotal for E118** | **$51,483.44** |

**Expense Code: E123**

| 12/12/22 | Appraisal MC LLC, Professional Services, Appraisal of Waller County, TX properties. | $4,695.00 |
|---|---|---|
| | **Subtotal for E123** | **$4 ,695.00** |

**Expense Code: E124**

| 10/21/22 | Valerie Muniz Hayes, Commercial cleaning services of building at 1124 Blalock in connection with SEC v. Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC and CBT Group, LLC. 1124 Blalock, Houston, TX, 10/09/22 | $1,872.36 |
|---|---|---|
| 11/29/22 | Commerce Bank, Translation, Translation and Interpretation | 85.00 |
| 11/29/22 | Commerce Bank, Supplies, Key Copy for Landlord | 8.64 |
| 11/29/22 | Commerce Bank, Photographs, Camera Memory Card for SEC Case. | 43.29 |
| 11/29/22 | Commerce Bank, Supplies, Key Copy for 1124 Blalock. | 10.81 |
| 11/29/22 | Commerce Bank, Reference Materials, Fed Ex - Laminating Signage for Mauricio Chavez, et al. | 5.39 |
| 11/29/22 | Commerce Bank, Reference Materials, Fed Ex (2) - Laminating Signage for Mauricio Chavez, et al. | 5.39 |
| 11/29/22 | Commerce Bank, Reference Materials, Office Depot - Packing boxes for 1124 Blalock. | 44.10 |
| 12/20/22 | Valerie Muniz Hayes, Obtain title history documents from Texas Department of Motor Vehicles for vehicles registered to Mauricio Chavez; Houston, TX, 12/12/22 | 17.25 |
| 12/23/22 | Commerce Bank, Facilities, Forced opening of small safe at 1124 Blalock | 1,200.00 |
| 12/23/22 | Commerce Bank, Facilities, Forced opening of large safe at 1124 Blalock | 1,500.00 |
| | **Subtotal for E124** | **$4,792.23** |
| **Total Disbursements** | | **66,233.52** |