| Reporte: 9/21/2022 | | |
|---|---|---|
| Nombre | Cantidad | ENTREGO |
| REDACTED | $68,907.00 | 9/21/2022 |
| | (36,096.00) | 9/13/2022 |
| | $4,290.00 | 9/2/2022 |
| | $50,700.00 | 9/17/2022 |
| | $150,970.00 | 9/21/2022 |
| | $20,000.00 | 9/12/2022 |
| | $5,400.00 | 9/8/2022 |
| | $615,000.00 | 9/1/2022 |
| | $237,583.00 | 9/17/2022 |
| | $20,750.00 | 9/20/2022 |
| MARIA SARAVIA (LOLLY) | $78,888.00 | 9/16/2022 |
| REDACTED | $0.00 | |
| | $100,000.00 | 9/13/2022 |
| | $42,330.00 | 9/13/2022 |
| | $66,537.00 | 9/16/2022 |
| | $351,709.00 | 9/20/2022 |
| | $598.00 | 9/15/2022 |
| | $33,566.00 | 9/16/2022 |
| | $65,550.00 | 9/20/2022 |
| | $252,018.00 | 9/21/2022 |
| | $1,020.00 | 9/18/2022 |
| | $181,890.00 | 9/15/2022 |
| | $2,030.00 | 9/12/2022 |
| | $113,540.00 | 9/19/2022 |
| | $304,195.00 | 9/6/2022 |

SEC V CHAVEZ et al
EXHIBIT 58