# EXHIBIT B

Notice: Vacant Lot for Sale. 0 Hogan Lane, Hempstead, Texas 77445. Set to close on 3/3/23 for $70,000. 0.5553 acres. To make a bona fide offer of $70,000 or more call 281-861-6199 before 3/2/23.