# EXHIBIT C

## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

**B. Type of Loan**

1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.
4. ☐ VA  5. ☐ Conv. Ins.

6. File Number: 1568336
7. Loan Number:
8. Mortgage Insurance Case Number:

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:**
CBT GROUP LLC

**E. Name & Address of Seller:**
DAVID SANDERS
PATTY SANDERS
1031 QUALEX, LLC

**F. Name & Address of Lender:**

**G. Property Location:**
LOT HOGAN LANE
HEMPSTEAD, TX 77445 (WALLER)

**H. Settlement Agent:**
STEWART TITLE COMPANY
2925 RICHMOND AVE, SUITE 1500, HOUSTON, TX 77098  (713) 528-5007
Tax ID: 74-0923770

**Place Of Settlement:**
2925 RICHMOND AVE, SUITE 1500
HOUSTON, TX 77098

**I. Settlement Date / Disbursement Date:**
2/28/2022  /  3/1/2022

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $80,000.00 | 401. Contract sales price | $80,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | $1,336.26 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. Homeowners Association Dues (Paid) 2/28/2022 to 1/1/2023 | $294.38 | 406. Homeowners Association Dues (Paid) 2/28/2022 to 1/1/2023 | $294.38 |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments 2/28/2022 to 7/31/2022 @ $250.00/Year | $104.79 | 408. Assessments 2/28/2022 to 7/31/2022 @ $250.00/Year | $104.79 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **$81,735.43** | **420. Gross Amount Due To Seller** | **$80,399.17** |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or Earnest Money | $1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | | 502. Settlement Charges to Seller (line 1400) | $6,069.95 |
| 203. Existing loan taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Earnest money retained by | |
| 207. | | 507. Disbursed as proceeds ($1,000.00) | |
| 208. | | 508. 1031 Exchange Funds to 1031 QualEx LLC | $74,145.68 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 1/1/2022 to 2/28/2022 @ $1,155.04/Year | $183.54 | 511. County taxes 1/1/2022 to 2/28/2022 @ $1,155.04/Year | $183.54 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$1,183.54** | **520. Total Reduction Amount Due Seller** | **$80,399.17** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount Due From Borrower (line 120) | $81,735.43 | 601. Gross Amount Due To Seller (line 420) | $80,399.17 |
| 302. Less Amounts Paid By/For Borrower (line 220) | $1,183.54 | 602. Less Deduction in Amt. Due To Seller (line 520) | $80,399.17 |
| 303. Cash  ☑ From  ☐ To Borrower | $80,551.89 | 603. Cash  ☐ To  ☐ From Seller | $0.00 |

Loan Number:
File Number: 1568336
Page 1 of 3

CONFIDENTIAL

Perry_Buford00004113

| L. Settlement Charges | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price $80,000.00 @ 6.00 % = $4,800.00 | | |
| Division of Commission (line 700) as follows: | | |
| 701. $2,400.00 to BHGRE Gary Greene | | |
| 702. $2,400.00 to Diverse City Realty | | |
| 703. Commission paid at Settlement | | $4,800.00 |
| 704. | | |
| 800. Items Payable In Connection With Loan | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 900. Items Required By Lender To Be Paid In Advance | | |
| 901. Interest | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 1000. Reserves Deposited With Lender | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1008. Aggregate accounting adjustment | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to Stewart Title Company | $400.00 | $400.00 |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1105. Document preparation to Albert Butler, PC | | $75.00 |
| 1106. Notary fees to DFW Notary Series, LLC | $125.00 | |
| 1107. Attorney's fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to Stewart Title Company | | $698.00 |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage  Premium $0.00  to Stewart Title Company | | |
| 1110. Owner's coverage $80,000.00 Premium $698.00  to Stewart Title Company | | |
| 1111. Area and Boundary Coverage (Non-Residential 15%) (Owner's) Endorsement(s) to Stewart Title Company | $104.70 | |
| 1113. TX Policy Guaranty Fee to Texas Title Policy Guaranty Fee - STC | | $2.00 |
| 1114. Tax Certificate Fee to Stewart Title Company | | $64.95 |
| 1115. e Record Fee (Buyer/Borrower) to Stewart Title Company | $4.00 | |
| 1116. e Record Fee (Seller) to Stewart Title Company | | $4.00 |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording fees: Deed $26.00;Mortgage ;Release ; | $26.00 | |
| 1202. County tax/stamps: Deed ;Mortgage ; | | |
| 1203. State tax/stamps: Deed ;Mortgage ; | | |
| 1204. City tax/stamps: Deed ;Mortgage ; | | |
| 1205.  to Stewart Title Company | | $26.00 |
| 1300. Additional Settlement Charges | | |
| 1301. Survey to CBG Surveying Texas, LLC | $676.56 | |
| 1302. Pest Inspection | | |
| 1305. Past Due Property Tax to Waller County Tax  (POC $1,259.02 by David Sanders) | | |
| 1306. 1031 Exchange Fee to 1031 QualEx LLC  (POC $950.00 by David Sanders) | | |
| 1400. Total Settlement Charges (enter on line 103, Section J and 502, Section K) | $1,336.26 | $6,069.95 |

CONFIDENTIAL                    Perry_Buford00004114

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BORROWERS**

CBT Group LLC

_____
BY: Giorgio Benvenuto, Managing Member

**SELLERS**

_____/s/ David Sanders_____
DAVID SANDERS

_____/s/ Patty Sanders_____
PATTY SANDERS

1031 QualEx, LLC, as Qualified Intermediary for David Sanders and Patty Sanders

_____
BY:

_____
Read and Approve

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

**Settlement Agent** _____/s/ Diana Jurisich_____   **Date** 2/28/2022

DIANA JURISICH

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see; Title 18 U.S. Code Section 1001 and Section 1010.

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of Buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

Loan Number:        File Number: 1568336        Page 3 of 3

CONFIDENTIAL        Perry_Buford00004115

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BORROWERS**

CBT Group LLC

*Giorgio Benvenuto*   03/01/2022 08:24 AM CST
_____
BY: Giorgio Benvenuto, Managing Member

**SELLERS**

_____
DAVID SANDERS

_____
PATTY SANDERS

1031 QualEx, LLC, as Qualified Intermediary for David Sanders and Patty Sanders

_____
BY:

_____
Read and Approve

---

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

**Settlement Agent** *[signature]*      **Date** 2/28/2022
_____
DIANA JURISICH

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of Buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - if this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

Loan Number:        File Number: 1568336              Page 3 of 3

CONFIDENTIAL                                                                                          Perry_Buford00004116

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

| BORROWERS | SELLERS |
|---|---|
| CBT Group LLC | |
| | DAVID SANDERS |
| BY: Giorgio Benevenuto, Managing Member | |
| | PATTY SANDERS |
| | 1031 QualEx, LLC, as Qualified Intermediary for David Sanders and Patty Sanders |
| | BY: *Wade F. Grafx* (signature) |
| | Read and Approve (signature) |

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _(signature)_     Date: 2/28/2022

DIANA JURICICH

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or if line 401 is asterisked, lines 403 and 404) 406, 407 and 408-412 (applicable part of Buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

Loan Number:            File Number: 1566335            Page 3 of 3

CONFIDENTIAL                                          Perry_Buford00004117

## Supplemental Page
## HUD-1 Settlement Statement

**Seller Addendum**

Seller 1
DAVID SANDERS
28030 N HWY 6
HEMPSTEAD, TX 77445

Seller 2
PATTY SANDERS
28030 N. HWY
HEMPSTEAD, TX 77445

Seller 3
1031 QUALEX, LLC
PO BOX 4754
FAYETTEVILLE, AR 72702

Loan Number:  File Number: 1568336  Page 4 of 4

CONFIDENTIAL                                                                 Perry_Buford00004118