# EXHIBIT E

# Waller CAD

## Property Search > 186919 CBT GROUP LLC for Year 2022

Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 186919 | Legal Description: | S566000 LEGENDARY OAKS BLK 1 LOT 56 ACRES .5553 |
| Geographic ID: | 566000-001-056-000 | Zoning: | AR |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Protest

Protest Status:
Informal Date:
Formal Date:

### Location

| | | | |
|---|---|---|---|
| Address: | HOGAN LANE HEMPSTEAD, TX 77445 | Mapsco: | LGNDRY_OAK |
| Neighborhood: | LEGENDARY OAKS | Map ID: | 303200-109-000-100 |
| Neighborhood CD: | S566000 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | CBT GROUP LLC | Owner ID: | 1026483 |
| Mailing Address: | 9200 WESTEIMER RD APT 1606 HOUSTON, TX 77063-3545 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $0 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $0 | | |
| (+) Land Non-Homesite Value: | + | $71,360 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | ------------------------ | | |
| (=) Market Value: | = | $71,360 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | $71,360 | | |
| (–) HS Cap: | – | $0 | | |
| | | ------------------------ | | |

| | | | |
|---|---|---|---|
| (=) Assessed Value: | | = | $71,360 |

## Taxing Jurisdiction

| | |
|---|---|
| Owner: | CBT GROUP LLC |
| % Ownership: | 100.0000000000% |
| Total Value: | $71,360 |

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| CAD | WALLER CAD | 0.000000 | $71,360 | $71,360 | $0.00 |
| CHD | HEMPSTEAD CITY OF | 0.552573 | $71,360 | $71,360 | $394.32 |
| ESD | WALLER-HARRIS ESD 200 | 0.097426 | $71,360 | $71,360 | $69.52 |
| GWA | WALLER COUNTY | 0.522593 | $71,360 | $71,360 | $372.92 |
| RFM | WALLER CO FM | 0.028941 | $71,360 | $71,360 | $20.65 |
| SHD | HEMPSTEAD ISD | 1.136700 | $71,360 | $71,360 | $811.15 |
| | Total Tax Rate: | 2.338233 | | | |
| | | | | Taxes w/Current Exemptions: | $1,668.56 |
| | | | | Taxes w/o Exemptions: | $1,668.56 |

## Improvement / Building

No improvements exist for this property.

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | C1 | C1 | 0.5553 | 24393.60 | 0.00 | 0.00 | $71,360 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2023 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | $0 | $71,360 | 0 | 71,360 | $0 | $71,360 |
| 2021 | $0 | $47,760 | 0 | 47,760 | $0 | $47,760 |
| 2020 | $0 | $49,980 | 0 | 49,980 | $0 | $49,980 |
| 2019 | $0 | $38,870 | 0 | 38,870 | $0 | $38,870 |
| 2018 | $0 | $27,770 | 0 | 27,770 | $0 | $27,770 |
| 2017 | $0 | $27,770 | 0 | 27,770 | $0 | $27,770 |
| 2016 | $0 | $27,770 | 0 | 27,770 | $0 | $27,770 |
| 2015 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |
| 2014 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |
| 2013 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |
| 2012 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |
| 2011 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |
| 2010 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |
| 2009 | $0 | $44,420 | 0 | 44,420 | $0 | $44,420 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed | Type | Description | Grantor | Grantee | Volume | Page | Deed |
|---|---|---|---|---|---|---|---|---|

| | Date | | | | | | Number |
|---|---|---|---|---|---|---|---|
| 1 | 2/28/2022 | GWD | GENERAL WARRANTY DEED | SANDERS DAVID & PATTY | CBT GROUP LLC | | 2202516 |
| 2 | 2/25/2014 | SD | SHERIFF'S DEED | LEGENDARY OAKS DEV CORP | SANDERS DAVID & PATTY | 1406 602 | 1401529 |
| 3 | 1/5/2010 | SWD | SPECIAL WARRANTY DEED | NORTH AMERICAN ENTERPRISES LP | LEGENDARY OAKS DEV CORP | 1191 846 | 0 |

## Tax Due

Property Tax Information as of 10/13/2022

Amount Due if Paid on: 

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount / Penalty & Interest | Attorney Fees | Amount Due |
|---|---|---|---|---|---|---|---|---|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability if not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

**Questions Please Call (979) 921-0060**

Website version: 1.2.2.33    Database last updated on: 10/12/2022 8:24 PM    © N. Harris Computer Corporation