# EXHIBIT D



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

- 33206.393697 -

| | |
|---|---|
| **JOHN LEWIS JR.**<br>RECEIVER<br>600 TRAVIS ST., SUITE 3400<br>HOUSTON TX 77002-2926 | **Invoice No:** 2275937<br>Invoice Date: 1/24/2023<br>Matter Number: 33206.393697<br>Billing Attorney: John Lewis Jr. |

## Summary of Invoice

For professional services and disbursements thru December 31, 2022

SEC vs. Mauricio Chaves, et al. -  John Lewis, Jr. Receiver
Receivers Invoice

| | |
|---|---:|
| Current Fees | $ 84,315.00 |
| Current Disbursements | 0.00 |
| **Total Current Fees and Disbursements** | **$ 84,315.00** |

## REMITTANCE INFORMATION
*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after 1/17/2023 may not be reflected herein.



33206.393697 • Inv# 2275937 • 1/24/2023    **2**

## Summary of Invoice

For professional services and disbursements thru December 31, 2022

SEC vs. Mauricio Chaves, et al. - John Lewis, Jr. Receiver
Receivers Invoice

### Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **SEC01** | **Asset Analysis** | | | |
| 09/26/22 | JLJ | Review incoming information from SEC and Hays regarding public records search, preparation for appointment hearing. | 3.50 | $ 1,837.50 |
| 09/30/22 | JLJ | Continued inventorying of receivership assets at Blalock. Strategy and role sorting exercise meeting with receivership team. | 2.70 | 1,417.50 |
| 10/02/22 | JLJ | Review materials provided by SEC. Create work plan for team meeting tomorrow. | 2.50 | 1,312.50 |
| 10/04/22 | JLJ | Skim Bittrex (crypto) production. Review and revisions to Retained Professionals employment applications. Correspondence with Coinbase regarding frozen accounts (900k USD), Attention to banking and establishment of fiduciary accounts. | 4.00 | 2,100.00 |
| 10/05/22 | JLJ | Visit to Bank to convert recovered currency to cashiers check for deposit. Confer with branch manager at JMP Chase branch in downtown houston. Participate in Bank's AML protocols. | 1.00 | 525.00 |
| 10/05/22 | JLJ | Work on Hays employment application. Turns of same. | 1.00 | 525.00 |
| 10/06/22 | JLJ | Review and responses to 20+ emails from team regarding document requests, dedicated email and hotline verbiage. Review and approve employment applications for SHB and HFC | 1.50 | 787.50 |
| 10/11/22 | JLJ | Prepare for and lead call with D. Gerber regarding retainer held and involvement in SEC proceeding prior to receiver appointment. | 0.80 | 420.00 |
| 10/14/22 | JLJ | Exchanges and guidance to team regarding Waller and Fort Bend county real estate and review of newly discovered affiliated corporate entities. | 0.70 | 367.50 |
| 10/14/22 | JLJ | Exchanges regarding follow up with Chavez counsel (Gerber) regarding recovery of nine boxes at his office. | 0.50 | 262.50 |



33206.393697 • Inv# 2275937 • 1/24/2023   **3**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/22 | JLJ | Give direction to team as to outreach with counsel for Benvenuto (Cogdell) on outstanding document requests and carveout request. | 0.50 | 262.50 |
| 10/14/22 | JLJ | Approve correspondence for supplemental requests of Chavez and Benvenuto lawyers (Burford). | 0.40 | 210.00 |
| 10/19/22 | JLJ | Call with M. Gulde (SEC) and S. Themeli regarding newly discovered facts in violation of asset freeze. | 0.90 | 472.50 |
| 10/21/22 | JLJ | Calls and emails with Scott A. regarding liquidation protocol for Blockchain holdings. | 1.20 | 630.00 |
| 10/24/22 | JLJ | Attention to Salesforce access and approve correspondence regarding document retention. | 0.70 | 367.50 |
| 10/25/22 | JLJ | Revisions to status update to M. Gulde. | 1.20 | 630.00 |
| 10/26/22 | JLJ | Prepare for Burford interview call. Respond to 20+ emails. | 1.60 | 840.00 |
| 10/26/22 | JLJ | Refinements to summary requested by M. Gulde. | 0.80 | 420.00 |
| 10/27/22 | JLJ | Interview with Sklar and ST. Debrief after call. | 1.00 | 525.00 |
| 10/31/22 | JLJ | Review status of Chavez and Benvenuto's compliance with Order and follow up letters in determination of timing and extent of claw back of unearned retainers by Gerber, Cogdell and Burford. | 0.80 | 420.00 |
| 11/02/22 | JLJ | Consideration of whether to oppose Sklar withdrawal motion and briefly confer with team regarding retainers, scope of Sklar's representation of Chavez and other factors. | 0.50 | 262.50 |
| 11/03/22 | JLJ | Confer regarding options for document review mechanics and related cost considerations. | 0.80 | 420.00 |
| 11/04/22 | JLJ | Attention to banking matters. | 0.80 | 420.00 |
| 11/04/22 | JLJ | Review intel on Chicago office location. | 0.80 | 420.00 |
| 11/14/22 | JLJ | Vetting of investigators for LA, IL and other rumored business locations. | 1.20 | 630.00 |
| 11/14/22 | JLJ | Attention to communications regarding incoming checks from bank account sweep. | 0.50 | 262.50 |
| 11/14/22 | JLJ | Attention to exchanges regarding Gerber retainer and trailing document production issues. | 0.40 | 210.00 |
| 11/14/22 | JLJ | Skim Burford production and direct demand for remaining retainer. | 0.30 | 157.50 |
| 11/14/22 | JLJ | Review and offer edits to Vargas letter in lieu of interview. | 0.20 | 105.00 |
| 11/17/22 | JLJ | Review investigative material on Ebenezer Construction and relationship to CBT and Torres. | 0.80 | 420.00 |
| 11/17/22 | JLJ | Attention to banking following Regions sweeps. | 0.50 | 262.50 |



33206.393697 • Inv# 2275937 • 1/24/2023       4

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/22 | JLJ | Take cash recovered from CFX premises safes and convert to cash at Chase Bank. Confer with branch manager regarding AML and related issues. | 1.20 | 630.00 |
| 12/01/22 | JLJ | Review Hays writeup on ongoing fraud investigation and Zavalo/Chicago real estate transactions. | 1.20 | 630.00 |
| 12/01/22 | JLJ | Skim produced documents relating to Tomball Parkway real estate transaction. | 0.80 | 420.00 |
| 12/01/22 | JLJ | Review documentation regarding sale of computer equipment, televisions and other office equipment from Blalock. | 0.60 | 315.00 |
| 12/01/22 | JLJ | Review and decide on Flack retainer issue. | 0.40 | 210.00 |
| **Subtotal for SEC01 Asset Analysis** | | | **38.30** | **$ 20,107.50** |
| **SEC02** | **Asset Disposition** | | | |
| 10/05/22 | JLJ | Call with Coinbase inhouse counsel M. Cianfani regarding transactions and liquidation process. | 1.00 | $ 525.00 |
| 10/05/22 | JLJ | Update from ST on appraisal and recovery of vehicles noted in the SEC complaint. Conf with ST regarding discovered closing of real property and stopping same (property listed day before receivership ordered entered). | 1.00 | 525.00 |
| 10/10/22 | JLJ | Lengthy team call review action items related to liquidated of crypto currency accounts, negotiations with land lord, strategize regarding dealings with parties' counsel, banking matters, disposition of real estate, set up of website, receiver hotline, role sort on other tasks. | 2.50 | 1,312.50 |
| 10/25/22 | JLJ | Review proposals from real estate agents. Attention to lease termination negotiations. | 0.80 | 420.00 |
| 10/31/22 | JLJ | Attention to ongoing liquidation of Blockchain and Coinbase holdings. | 0.40 | 210.00 |
| 11/02/22 | JLJ | Review and comment upon real estate listing and engagement agreement templates. | 0.80 | 420.00 |
| 11/02/22 | JLJ | Review of exchanges regarding ongoing efforts to liquidate Coinbase holdings. | 0.70 | 367.50 |
| 11/02/22 | JLJ | Review and verification of Blockchain liquidation amount and wiring details. | 0.50 | 262.50 |
| 11/14/22 | JLJ | Review and execution of real estate listing agreements for sale of Ft. Bend and Waller County properties. | 0.60 | 315.00 |
| 11/14/22 | JLJ | Update on situation with Blalock safe and options with vendor. | 0.40 | 210.00 |



33206.393697 • Inv# 2275937 • 1/24/2023        5

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/22 | JLJ | Attention to appraisal requirements in receivership order and retention of appraisers for Fort Bend property. | 0.40 | 210.00 |
| 12/05/22 | JLJ | Update on turnover of Chavez vehicles and related documentation. | 0.30 | 157.50 |
| **Subtotal for SEC02 Asset Disposition** | | | **9.40** | **$ 4,935.00** |
| **SEC03** | **Business Operations** | | | |
| 10/12/22 | JLJ | Attention to 20+ emails on topics including directing negotiations with Landlord, skim Cogdell responses to court ordered documents from Benvenuto, collection of records from Gerber on behalf of Chavez. Approval of bids for ordinary expenses related to opening office safe, forensic search of premises security system. | 3.20 | $ 1,680.00 |
| 10/14/22 | JLJ | Briefings on status of negotiations with Blalock landlord and his counsel regarding claim of outstanding rent, access to property and termination of lease to abate continuing estate obligation. | 0.70 | 367.50 |
| 11/14/22 | JLJ | Review and edit landlord release draft. | 0.40 | 210.00 |
| 11/17/22 | JLJ | Authorize locksmith to forcibly enter remaining safes at Blalock. | 0.30 | 157.50 |
| 11/18/22 | JLJ | Detail walk though of Blalock premises considering landlord's offer to purchase certain remaining FFE, custody of cash and contents of safes after forced opening by locksmith. | 3.50 | 1,837.50 |
| 12/05/22 | JLJ | Review and approve documents memorializing settlement with Blalock landlord. | 0.60 | 315.00 |
| **Subtotal for SEC03 Business Operations** | | | **8.70** | **$ 4,567.50** |
| **SEC04** | **Case Admin** | | | |
| 09/01/22 | JLJ | Meetings and review research regarding SEC receivership opportunity. | 3.00 | $ 1,575.00 |
| 09/08/22 | JLJ | Work on SEC Receiver proposed work plan. | 3.50 | 1,837.50 |
| 09/12/22 | JLJ | Review intelligence on parties in prep for call with SEC. | 2.50 | 1,312.50 |
| 09/13/22 | JLJ | CryptoFX SEC receivership proposed work plan to SEC | 4.00 | 2,100.00 |
| 09/19/22 | JLJ | Prepare for meeting with Court and SEC. Discussion with team about next steps. | 3.20 | 1,680.00 |
| 09/20/22 | JLJ | Conversations with SEC regarding hearing on appointment. Meetings with team. | 2.50 | 1,312.50 |
| 09/23/22 | JLJ | Continued work on SEC receivership proposal. | 4.00 | 2,100.00 |



33206.393697 • Inv# 2275937 • 1/24/2023      6

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/22 | JLJ | Numerous calls and email with Receivership team as they inventory Blalock documents and computers. | 2.80 | 1,470.00 |
| 10/03/22 | JLJ | Team huddle to strategic regarding computer forensics, motions, document requests, demand for books and fiduciary banking matters. Call with M. Gulde and J. Harris. | 2.50 | 1,312.50 |
| 10/05/22 | JLJ | Attention to website development, approval of commercial cleaners. | 1.00 | 525.00 |
| 10/05/22 | JLJ | Draft and revisions to credentialing letter for use by receivership team. | 1.00 | 525.00 |
| 10/11/22 | JLJ | Attention to billing set up, administrative matters pertaining to receivership. Calls with firm billing, file management and related matters. | 1.60 | 840.00 |
| 10/14/22 | JLJ | Call with KCC vendor regarding elements of website and referral of crypto experts if needed. | 0.70 | 367.50 |
| 10/16/22 | JLJ | Review of task lists regarding Coinbase, Document scanning, real property issues, approval of administrative expenses, exchanges with Blockchain, status of website, hotline and USPS mail redirection and review, review of shared SEC files, demand for personal property in preparation for weekly team call. | 2.20 | 1,155.00 |
| 10/17/22 | JLJ | Weekly activity and update call with team. Call with L. Ferm (KCC) regarding case management administrative issues. | 1.50 | 787.50 |
| 10/19/22 | JLJ | Strategize next steps with S. Themeli on various issues. | 0.90 | 472.50 |
| 10/20/22 | JLJ | Call with team regarding action items following new information from cooperating witness. | 1.50 | 787.50 |
| 10/21/22 | JLJ | Skim and respond to 30+ emails from victims, correspondence with receivership defendants counsel, give guidance to team members. Review and approve final iteration of website. | 1.50 | 787.50 |
| 10/24/22 | JLJ | Analysis and decision making about ongoing work streams during weekly call regarding liquidation of crypto accounts, final approval of website, hotline and emails, discuss coverage of case on Univision and other spanish speaking media outlets, interviews of potential cooperating witnesses. | 1.50 | 787.50 |
| 10/31/22 | JLJ | Review and approve FAQs for website. | 0.50 | 262.50 |
| 11/02/22 | JLJ | Discussion with CMG and approve document management processes and protocols of review. | 0.70 | 367.50 |
| 11/02/22 | JLJ | Review and approve website FAQs. | 0.30 | 157.50 |



33206.393697 • Inv# 2275937 • 1/24/2023    **7**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/22 | JLJ | Review and approve document review protocols and cost. | 0.60 | 315.00 |
| 11/07/22 | JLJ | Weekly team strategy call regarding next steps re Coinbase, update on status of OCR and document scanning., debrief of Benvenuto interview, discussion of motion to show cause directed at chavez. Ongoing updates on issues related to landlord, third party subpoenas and inquiries regarding additional operating locations. | 1.30 | 682.50 |
| 11/14/22 | JLJ | Exchanges with team over Benvenuto laptop and Cogdell retainer. | 0.30 | 157.50 |
| 11/17/22 | JLJ | Review recently discovered "shadow" website and consider next steps. | 0.40 | 210.00 |
| 11/21/22 | JLJ | Team call reviewing status of ongoing work structure and content of report, status of ongoing negotiations with landlord, status of marketing of Waller County properties, document management strategy, staffing upcoming SEC noticed depositions and considerations around document sharing with SEC. | 1.20 | 630.00 |
| 11/28/22 | JLJ | Skim hot documents from Relativity scan. | 1.80 | 945.00 |
| 12/01/22 | JLJ | Attention to email exchanges regarding Microsoft 365 information request and internal discussions with Microsoft relationship partner regarding same. | 1.30 | 682.50 |
| 12/02/22 | JLJ | Reviewing cost considerations of UCC-1 and other business databases and options related. | 0.80 | 420.00 |
| 12/05/22 | JLJ | Team huddle to analyze evidence establishing ongoing fraud scheme. | 1.20 | 630.00 |
| 12/06/22 | JLJ | Review and approval of sponsor demands and delegation of authority for Relativity/document management platform. | 1.70 | 892.50 |
| 12/12/22 | JLJ | Team call to review and strategize regarding recap of SEC depositions, local Louisiana counsel coordination, Chavez contempt motion, consideration of additional parties to expand the receivership, closeout of landlord issues, third party subpoenas, brainstorm approach for interviewing employees. | 1.60 | 840.00 |
| 12/13/22 | JLJ | Outline ongoing necessary work during holiday break and 1:1 discussions with team. | 0.70 | 367.50 |
| **Subtotal for SEC04 Case Admin** | | | **55.80** | **$ 29,295.00** |
| **SEC11** | **Status Reports** | | | |
| 11/17/22 | JLJ | Skim and annotate rough draft of First Interim Report. | 1.10 | $ 577.50 |
| 11/20/22 | JLJ | Edits to draft receiver report. | 3.50 | 1,837.50 |



33206.393697 • Inv# 2275937 • 1/24/2023    8

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/22 | JLJ | Work on Court ordered interim report. | 3.60 | 1,890.00 |
| 11/22/22 | JLJ | Turns of First Interim Report including review of status of ongoing doc and forensic review, time line development and Ponzi elements. | 3.50 | 1,837.50 |
| 11/27/22 | JLJ | Turns of First Interim Report. | 1.50 | 787.50 |
| 11/28/22 | JLJ | Strategy call with team to review and refine First Interim Report. | 1.40 | 735.00 |
| **Subtotal for SEC11 Status Reports** | | | **14.60** | **$ 7,665.00** |
| **SEC13** | **Litigation** | | | |
| 09/29/22 | JLJ | Appear at Receivership appointment hearing. Confer with Defendants and Counsel. Travel to Blalock office and search. Conferral with SEC, Defendants. Secure premises. Engage locksmith. | 9.50 | $ 4,987.50 |
| 11/02/22 | JLJ | Weigh in on preparation for Benvenuto interview and strategize regarding areas of focus. | 0.60 | 315.00 |
| 11/08/22 | JLJ | Review of exhibits to SEC lawsuit and skim initial production. | 3.30 | 1,732.50 |
| 11/09/22 | JLJ | Review Chavez Answer, consideration of Sklar's role in filing answer in light of pending show cause draft directed to Chavez; review and edit show cause motion. | 1.10 | 577.50 |
| 11/09/22 | JLJ | Attention to ongoing discussions regarding Benvenuto voluntary interview. | 0.40 | 210.00 |
| 11/09/22 | JLJ | Consideration of receiver team involvement in SEC depositions. | 0.30 | 157.50 |
| 11/10/22 | JLJ | Revisions and followup question regarding motion for show cause. | 1.30 | 682.50 |
| 11/14/22 | JLJ | Edits to motion to show cause. | 0.50 | 262.50 |
| 11/14/22 | JLJ | Update on developments in retention of Orleans Parish ancillary litigation. | 0.40 | 210.00 |
| 11/17/22 | JLJ | Consideration of Gerber Chavez representation and proposed carve out request by Gerber balanced by Chavez cooperation. | 0.50 | 262.50 |
| 11/17/22 | JLJ | Consider and authorize subpoena for self storage, WhatsApp, PayPal. | 0.40 | 210.00 |
| 11/17/22 | JLJ | Briefing on NJ operationsStrategic considerations of Vargas deposition involvement. | 0.30 | 157.50 |
| 11/17/22 | JLJ | Exchanges regarding Coinbase subpoena. | 0.30 | 157.50 |
| 11/29/22 | JLJ | Call with ST regarding Vargas deposition and outreach from Chavez for attorney carveout and recovery of vehicles. | 0.50 | 262.50 |

**SHOOK**
HARDY & BACON

33206.393697 • Inv# 2275937 • 1/24/2023    9

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/22 | JLJ | Review rationale and approve the issuance of 20+ third party subpoenas. | 2.50 | 1,312.50 |
| 12/01/22 | JLJ | Consideration and approval of document repository motion. | 0.50 | 262.50 |
| 12/02/22 | JLJ | Review and analysis of company documents. | 0.80 | 420.00 |
| 12/05/22 | JLJ | Detailed review of Hay's analysis and quantification of ongoing fraud investigation into potentially related entities including JJ Trust, Aspire Living, JCA Trust and several other entities. | 1.50 | 787.50 |
| 12/05/22 | JLJ | Consideration of legal authorities relating to producing documents collected from various sources related to receivership defendant. | 1.50 | 787.50 |
| 12/05/22 | JLJ | Attention to Salesforce subpoena and notes from statements, documents and pictures provided by cooperating investor. | 1.30 | 682.50 |
| 12/06/22 | JLJ | Work through potential conflict issues related to issuance of third party subpoenas to large tech companies. Internal emails and calls regarding same. | 0.80 | 420.00 |
| 12/07/22 | JLJ | Conduct analysis of company documents in order assess ongoing fraud. | 2.50 | 1,312.50 |
| 12/12/22 | JLJ | Skim business records reflecting extent of Chavez personal enrichment during SEC investigation. | 1.20 | 630.00 |
| 12/13/22 | JLJ | Detailed review of Fifth Amendment research and comments to same. | 1.80 | 945.00 |
| **Subtotal for SEC13 Litigation** | | | **33.80** | **$ 17,745.00** |
| **Total Fees** | | | **160.60** | **$ 84,315.00** |

**Timekeeper Summary**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| JLJ | Mr. Lewis | 160.60 | $ 525.00 | $ 84,315.00 |
| **Total Fees** | | | | **$ 84,315.00** |

| | Invoice Summary | |
|---|---|---|
| | Current Fees | $ 84,315.00 |
| | Current Disbursements | 0.00 |
| | **Total Current Fees and Disbursements** | **$ 84,315.00** |