# EXHIBIT E

# Pugh Accardo, LLC

**1100 Poydras Street**
**3600 Energy Centre**
**New Orleans, LA 70163**
**TEL: 504.799.4500**
**FAX: 504.799.4520**

Fed Tax ID NO. 26-1774709

December 29, 2022

Sonila Themeli
Shook, Hardy & Bacon L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX  77002

| | |
|---|---|
| Client: | 17887 |
| Matter: | 00001 |
| Invoice #: | 62961 |
| Attorney: | EGF |

RE:  Shook, Hardy & Bacon L.L.P.

For Professional Services Rendered Through: November 30, 2022

## SERVICES

| Date | Person | | Description of Services | Hours | Amount |
|---|---|---|---|---|---|
| 11/08/2022 | EGF | L120 | Study and analysis of draft Motion to Employ Pugh Accardo, including preparation of revisions, and execution of declaration | 0.50 | 175.00 |
| 11/11/2022 | EGF | L250 | Continue preparation of draft Notice of Filing and study and analysis of local rules to file a Miscellaneous Action | 0.80 | 280.00 |
| 11/14/2022 | EGF | L250 | Coordination of efforts to verify filing method, procedures for initiating a miscellaneous action, and preparation of correspondence to accompany filing to create a miscellaneous case in Louisiana for Receiver | 0.30 | 105.00 |
| 11/18/2022 | AJB | L120 | Began initial review of all documents produced to date, such as the pleading and appendix in support of preliminary injunction, ex parte temporary restraining order, asset freeze, appointment of receiver and other ancillary emergency relief and brief in support | 0.40 | 90.00 |
| 11/28/2022 | EGF | L120 | Study and analysis of correspondence from Sonila Themeli regarding estimate of costs and fees in anticipation of filing an interim report; evaluation of billing records; and preparation of reply correspondence | 0.20 | 70.00 |
| | | | Total hours/fees for this matter | 2.20 | $720.00 |

Shook, Hardy & Bacon L.L.P.                                                                 Page        2
17887  00001  Receivership Matter (Shook, Hardy & Bacon L.L.P)                              Inv#  62961

## FEE RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJB | Brewster, Alexander J | Associate | 0.40 | 225.00 | $90.00 |
| EGF | Foundas, Ernest G. | Partner | 1.80 | 350.00 | $630.00 |

## CHARGES AND DISBURSEMENTS

| Date | | Description of Disbursements | Person |
|---|---|---|---|
| 11/15/2022 | E112 | USDC, Eastern District of Louisiana, Clerk of Court-11152022Lewis-Filing Fee - Filing of Notice of Filing Miscellaneous Action for Registration of Appointment of Receiver, along with Letter to Clerk of Court and Exhibits | 49.00 |

|  |  |  |
|---|---|---|
| Total disbursements for this matter | | $49.00 |
| Total Services | $720.00 | |
| Total Charges and Disbursements | $49.00 | |
| **TOTAL CURRENT CHARGES FOR THIS MATTER** | | **$769.00** |
| *Less Prepaid Funds Applied* | | $0.00 |
| *Less Trust Applied* | | $0.00 |
| **PLEASE PAY THIS AMOUNT** | | **$769.00** |

## TASK RECAP

| Category | Hours | Amount |
|---|---|---|
| L120 | 1.10 | $335.00 |
| L250 | 1.10 | $385.00 |
|  | 2.20 | $720.00 |

**Disbursements**

| Category | Amount |
|---|---|
| E112 | $49.00 |
|  | $49.00 |

**PLEASE NOTE INVOICE NUMBER ON YOUR REMITTANCE**
**THANK YOU**

# Pugh Accardo
ATTORNEYS AT LAW

DATE: 11/15/22

**CHECK REQUEST FORM**

*PLEASE ATTACH BILL/INVOICE*

SUBMIT ALL CHECK REQUESTS TO: ACCOUNTSPAYABLE@PUGH-LAW.COM

REQUESTED BY: Rose Jones
TYPE: Client [✔]  Trust [ ]  Operating [ ]  Other [ ]
PAYMENT METHOD: Check [✔]  Firm Credit Card [ ]  e-File [ ]
THE SUM OF: 49.00
PAYABLE TO: Eastern District, Clerk of Court
COST SHARE: YES [ ]  NO [✔]
FILE NAME(S): Receiver, John Lewis
FILE NUMBER(S): 17887-00001
IN PAYMENT, FOR: ECF filing of Notice of Filing Miscellaneous Action for Registration of Appointment of Receiver, along with Leter to COC and Exhibits

APPROVED BY: E. Foundas

ASAP [✔]   Return to Requestor [ ]   Mail [ ]

**ACCOUNTING ONLY**

VENDOR ID:                          VOUCHER ID:
INVOICE NUMBER:                     DATE POSTED:
INVOICE DATE:                       CHECK NUMBER: