IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SECURITIES and EXCHANGE COMMISSION §
§
VS § CIVIL ACTION NO. H-22-3359
§
Mauricio Chavez, *et al* §

## NOTICE OF TELEPHONE CONFERENCE

The parties in this matter are hereby notified that a telephone conference has been set regarding the parties' disputes as to attorney fees issues. The conference is scheduled for Thursday, March 2, 2023 at 10:00 AM. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

**NOTE:   ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

---

Date: February 23, 2023                    Nathan Ochsner, Clerk of Court

                                          By: R. Hawkins, Case Manager