United States District Court
Southern District of Texas
**ENTERED**
February 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff,* vs. MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, *Defendants.* CBT Group, LLC, *Relief Defendant.* | CIVIL ACTION NO. 4:22-CV-03359 JUDGE ANDREW S. HANEN |

## ORDER APPROVING RECEIVER'S MOTION FOR APPROVAL OF PRIVATE SALE OF REAL PROPERTY

On February 16, 2023, John Lewis, Jr., the Court-appointed Receiver for the court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX") and CBT Group, LLC ("CBT"), filed a Motion for Approval of Private Sale of Real Property Located at 0 Hogan Lane, Hempstead, Texas 77445. No objections were filed in response to the Receiver's Motion.

Having considered the Receiver's Motion and all exhibits in support thereof, as well as previous pleadings filed by the Receiver, the Court finds that the Subject Property is part of the Receivership Estate. The Court further finds that the Receiver has complied with all requirements necessary for the sale of the Subject Property. Therefore, the Receiver's motion is hereby GRANTED.

Accordingly, IT IS HEREBY ORDERED that the Court approves the sale of the Subject Property as described in the Receiver's Motion.

IT IS SO ORDERED this 24th day of February, 2023.

Andrew S. Hanen
United States District Judge