# EXHIBIT A

# BUYER'S ORDER

DATE: 2/28/2023　　STOCK #: LM041309

**BUYER INFORMATION:**

MARIA LUISA LEMKE
10122 HRDGE WAY DR
HOUSTON, TX 77065　　COUNTY: HARRIS
HOME:　　CELL: 832-876-5004　　WORK:
D.L./STATE ID #: 09509595　　STATE: TX　　EXP. DATE: 3/04/23
D.O.B.: 04/03/72

**DEALER/SELLER INFORMATION:**

MICHAEL POUTOUS AUTO SALES LLC
4601 KELVIN DR
HOUSTON, TX 77005
713-791-4203

SALESPERSON:

**VEHICLE INFORMATION:**

| YEAR: 2020 | COLOR 1: WHITE | VIN: 3VV3B7AX4LM041309 | STOCK: LM041309 |
|---|---|---|---|
| MAKE: VOLKSWAGEN | COLOR 2: | STYLE: SE | CYL: 4 |
| MODEL: TIGUAN | BODY: 4DR | MILEAGE: 59029 | TRANS: AUTO |

**TRADE-IN INFORMATION:**

YEAR:　　COLOR:
MAKE:　　MILEAGE:
MODEL:　　BODY:
VIN:

BALANCE OWED TO:

BALANCE OWED: $ 0.00　　GOOD THROUGH:
ALLOWANCE: $ 0.00　　QUOTED BY:

*The Dealer's Inventory Tax charge is intended to reimburse the dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the dealer to the county tax assessor-collector, is not a tax imposed on a consumer by the government, and is not required to be charged by the dealer to the consumer.

REMARKS:

**SETTLEMENT**

| | | |
|---|---|---|
| | VEHICLE PRICE | 18,000.00 |
| | | N/A |
| | CASH PRICE | 18,000.00 |
| Sales Tax: | | 1,125.00 |
| Title Fee: 33.00 License/Registration: 50.75 | | 83.75 |
| Inspection Fee (state): 8.25 (station): 25.50 | | 33.75 |
| Deputy Service: N/A Other: 4.75 | | 4.75 |
| E-Tag Fee: | | 5.00 |
| Dealer's Inventory Tax*: | | 34.96 |
| Payoff on Trade-in: | | N/A |

**A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents relating to the sale. A documentary fee may not exceed a reasonable amount agreed to by the parties. This notice is required by law.
Un honorario de documentación no es un honorario oficial. Un honorario de documentación no es requerido por la ley, pero puede ser cargada al comprador como gastos de manejo de documentos relacionados con una venta. Un honorario de documentación no puede exceder una cantidad razonable acordada por las partes. Esta notificación es requerida por la ley.

| Documentary Fee**: | 150.00 |
|---|---|
| | |
| | |
| **TOTAL DUE** | **19,437.21** |

| CREDIT | TRADE-IN ALLOWANCE | N/A | |
|---|---|---|---|
| | DEPOSIT | N/A | |
| | DOWN PAYMENT | 19,437.21 | |
| | | | |

| | TOTAL CREDIT | 19,437.21 |
|---|---|---|
| ☒ Cash ☐ Finance | BALANCE DUE | 0.00 |

If financed, please see your installment sales contract for information about finance charge, insurance, and terms of payment (other than cash).

**LIEN HOLDER INFORMATION:**
COMPANY:
STREET:
CITY, STATE, ZIP:

**INSURANCE INFORMATION:**
COMPANY:
AGENT:
PHONE:　　POLICY #:

**WARRANTY DISCLAIMER:** Unless Seller provides a written warranty, or enters into a service contract within 90 days from the date of this contract, this vehicle is being sold "AS IS – WITH ALL FAULTS" and Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. This disclaimer does not affect any warranties by the vehicle manufacturer. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle and the related products and services.

**CONTRACTUAL DISCLOSURE STATEMENT** (USED VEHICLES ONLY) The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Buyer hereby declares that they are of legal age to transact business and that no unfair inducement has been made by Seller. This agreement and the related documents that Buyer signs contemporaneously with this agreement, including any retail installment contract, contain the entire agreement between Buyer and Seller and cancels and supersedes any prior agreement including oral agreements relating to the sale of the motor vehicle. Any change to this agreement must be in writing and Seller must sign it.

X _[signature]_ 2/28/23　　X _____ 2/28/23　　X N/A
Accepted by Authorized Representative of Seller　Date　Buyer　Date　Co-Buyer　Date

FZ-TX-BO rev 06/21　　　　©2021 Frazer Computing, LLC