# EXHIBIT B

Here's Your

# CARFAX History-Based Value

Curious about how this was calculated? ⓘ

**2020 VOLKSWAGEN TIGUAN**
VIN: 1vv1b7ax4lm041306

[Change Car]

**$22,860**
Retail Value ⓘ
Shopping for a Used Car?

**$21,200**
Private Party Value ⓘ
15 Records Found! Get the Report

**$18,730**
Trade-In Value ⓘ
Get CASH Offers

**CONDITION**

FAIR          GOOD          EXCELLENT

**TRIM & OPTIONS**                                               Reset

Select Trim
SE

Zip Code
77005

Mileage
59145

Select Color
White

**Features**

☐ Extended Moonroof / Sunroof

https://www.carfax.com/value/