# EXHIBIT C



# Manheim Market Report

February 27, 2023 US Edition

## 2020 VOLKSWAGEN TIGUAN FWD 4D SUV SE

3VV3B7AX4LM041309

**Base MMR**
$22,800

Avg Odometer (mi)
39,166

Avg Condition
4.2

**MMR Adjustments**

Odometer
59,045 mi · -$2,220

Region
Southwest · -$30

Condition Report
4.2 · $0

Color
White · +$70

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

**MMR Range**
$19,300 - $22,000

**Adjusted MMR**
$20,600 ▼

Estimated Retail Value
Based on Cox Automotive Retail Transactions
$22,900

### Transactions — Showing 25 of 39

| Date ↓ | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 2/24/23 | $23,800 | 39,327 | 4.2 | 4GT/A | Silver | Regular | Southeast | Fort Lauderd… |
| 2/22/23 | $23,500 | 29,943 | 4.4 | 4GT/– | – | Lease | Midwest | myCentralAu… |
| 2/21/23 | $19,900 | 74,882 | 4.4 | 4GT/A | Black | Regular | Southeast | Georgia |
| 2/21/23 | $27,750* | 20,951 | 4.9 | 4GT/A | Blue | Lease | Southeast | Orlando |
| 2/21/23 | $24,250 | 14,483 | 5.0 | 4GT/A | – | Regular | Southeast | myCentralAu… |
| 2/21/23 | $24,300 | 36,764 | 4.6 | 4GT/A | Gray | Regular | Southeast | Orlando |
| 2/21/23 | $19,300 | 60,229 | – | 4GT/– | – | Regular | West Coast | Fresno |
| 2/20/23 | $25,200 | 18,319 | 4.8 | 4GT/– | – | Lease | Southeast | myCentralAu… |
| 2/17/23 | $17,800 | 63,709 | 4.1 | 4GT/A | Gray | Regular | Southeast | Fort Lauderd… |
| 2/16/23 | $20,000 | 58,474 | 4.3 | 4GT/A | White | Regular | Southeast | Atlanta |
| 2/16/23 | $22,000 | 17,117 | 3.6 | 4GT/A | White | Regular | Southeast | Palm Beach |
| 2/16/23 | $21,900 | 43,764 | 3.9 | 4GT/A | White | Regular | Southeast | Atlanta |
| 2/16/23 | $15,600 | 68,292 | 2.7 | 4GT/A | Black | Regular | West Coast | Fresno |
| 2/15/23 | $18,600 | 61,565 | 4.5 | 4GT/A | Black | Lease | Southeast | Central Florida |
| 2/15/23 | $25,750 | 10,194 | 4.4 | 4GT/A | Black | Regular | West Coast | California |
| 2/14/23 | $23,000 | 33,077 | 4.2 | 4GT/A | White | Regular | West Coast | Riverside |
| 2/14/23 | $24,500 | 25,768 | 3.6 | 4GT/A | Blue | Regular | Southwest | Dallas |
| 2/14/23 | $20,500 | 58,379 | 4.3 | 4GT/A | Gray | Regular | West Coast | Riverside |
| 2/9/23 | $22,600 | 32,753 | 4.3 | 4GT/A | White | Regular | Southwest | Texas Hobby |
| 2/9/23 | $24,250 | 23,676 | 4.6 | 4GT/A | Silver | Regular | Southwest | Texas Hobby |
| 2/9/23 | $25,750 | 23,111 | 4.7 | 4GT/A | White | Regular | West Coast | Southern Cal… |
| 2/9/23 | $20,000 | 58,464 | 4.4 | 4GT/A | White | Regular | Southeast | Palm Beach |

* Transactions not in sample
Condition Reports from AutoGrade™ or Manheim Express Grade