# EXHIBIT D



# Kelley Blue Book
THE TRUSTED RESOURCE

## 2020 Volkswagen Tiguan Pricing Report

Style: SE Sport Utility 4D
Mileage: 60,000
KBB.com Consumer Rating: 4.4/5

## Trade in to a Dealer



Trade-In Range
**$16,752 - $18,957**

Trade-in Value
$17,855



Valid for **ZIP code 77005** through **02/27/2023**