IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:22-CV-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

**[PROPOSED] ORDER APPROVING RECEIVER'S UNOPPOSED MOTION FOR APPROVAL OF PRIVATE SALE OF PERSONAL PROPERTY**

On February 28, 2023, John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX") and CBT Group, LLC ("CBT"), filed an Unopposed Motion for Approval of Private Sale of Personal Property. No objections were filed in response to the Receiver's Motion.

Having considered the Receiver's Unopposed Motion and all exhibits in support thereof, as well as previous pleadings filed by the Receiver, the Court finds that the 2020 Volkswagen Tiguan (VIN: 3VV3B7AX4LM041309) is part of the Receivership Estate. The Court further finds that the Receiver has complied with all requirements necessary for the sale of the subject vehicle. Therefore, the Receiver's Unopposed Motion is hereby GRANTED.

Accordingly, IT IS HEREBY ORDERED that the Court approves the sale of the personal property as described in the Receiver's Unopposed Motion for Approval of Private Sale of Personal Property.

2

IT IS SO ORDERED this \_\_\_\_ day of \_\_\_\_\_, 2023.

                                                    JUDGE ANDREW S. HANEN
                                                  UNITED STATES DISTRICT JUDGE