# EXHIBIT B

Notice: Vacant Lot for Sale. 28 Lawrence Marshall Drive, Hempstead, Texas 77445. Set to close on 3/31/23 for $70,000. 0.4448 acres. To make a bona fide offer of $70,000 or more call 281-861-6199 before 3/24/23.