# EXHIBIT C

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

### B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins<br>4. ☐ VA   5. ☐ Conv Ins.  6. ☐ Seller Finance<br>7. ☒ Cash Sale. | 6. File Number<br>2200152HE | 7. Loan Number |
| | 8. Mortgage Ins Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| CBT Group, LLC<br>1124 Blalock Rd #A<br>Houston, TX 77055 | Richard Pearce and Cindy Pearce<br>257 Lawrence Marshall<br>Hempstead, TX 77445 | , |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Legendary Oaks, Block 1, Lot 28, Waller County<br>28 Lawrence Marshall Drive<br>Hempstead, TX 77445 | University Title Company<br>1021 University Drive East<br>College Station, TX 77840  Tax ID: 74-1753734<br>Underwritten By: National Investors |

| Place of Settlement | I. Settlement Date |
|---|---|
| University Title Company<br>820 13th Street<br>Hempstead, TX 77445 | 2/23/2022<br>Fund: 2/23/2022 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $80,000.00 | 401. Contract Sales Price | $80,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $354.33 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. HOA Assessment     02/24/22 thru 12/31/22 | $511.23 | 406. HOA Assessment     02/24/22 thru 12/31/22 | $511.23 |
| 107. City Property Taxes | | 407. City Property Taxes | |
| 108. County Property Taxes | | 408. County Property Taxes | |
| 109. MUD Taxes | | 409. MUD Taxes | |
| 110. Other Taxes | | 410. Other Taxes | |
| 111. School Property Taxes | | 411. School Property Taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $80,865.56 | **420. Gross Amount Due to Seller** | $80,511.23 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $800.00 | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $6,050.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan     to | |
| 205. | | 505. Payoff of second mortgage loan   to | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. HOA Assessment | | 510. HOA Assessment | |
| 211. City Property Taxes | | 511. City Property Taxes | |
| 212. County Property Taxes  01/01/22 thru 02/23/22 | $156.03 | 512. County Property Taxes  01/01/22 thru 02/23/22 | $156.03 |
| 213. MUD Taxes | | 513. MUD Taxes | |
| 214. Other Taxes | | 514. Other Taxes | |
| 215. School Property Taxes | | 515. School Property Taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $956.03 | **520. Total Reduction Amount Due Seller** | $6,206.03 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $80,865.56 | 601. Gross Amount due to seller (line 420) | $80,511.23 |
| 302. Less amounts paid by/for borrower (line 220) | $956.03 | 602. Less reductions in amt. due seller (line 520) | $6,206.03 |
| **303. Cash From Borrower** | $79,909.53 | **603. Cash To Seller** | $74,305.20 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

| L. Settlement Charges | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | $80,000.00 | | @6 % = $4,800.00 | | |
| Division of Commission (line 700) as follows: | | | | | | |
| 701. $2,400.00 | | to | Styers Realty | | | |
| 702. $2,400.00 | | to | Styers Realty | | | |
| 703. Commission Paid at Settlement | | | | | $0.00 | $4,800.00 |
| 800. Items Payable in Connection with Loan | | | | | | |
| 801. Loan Origination Fee | % | to | | | | |
| 802. Loan Discount | % | to | | | | |
| 803. Appraisal Fee | | to | | | | |
| 804. Credit Report | | to | | | | |
| 805. Lender's Inspection Fee | | to | | | | |
| 806. Mortgage Insurance Application | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 900. Items Required by Lender To Be Paid in Advance | | | | | | |
| 901. Interest from  2/23/2022  to  3/1/2022 @ $0/day | | | | | | |
| 902. Mortgage Insurance Premium for months | | to | | | | |
| 903. Hazard Insurance Premium for years | | to | | | | |
| 1000. Reserves Deposited With Lender | | | | | | |
| 1001. Hazard insurance | | months @ | | per month | | |
| 1002. Mortgage insurance | | months @ | | per month | | |
| 1003. HOA Assessment | | months @ | $50.00 | per month | | |
| 1004. City Property Taxes | | months @ | | per month | | |
| 1005. County Property Taxes | | months @ | $87.89 | per month | | |
| 1006. MUD Taxes | | months @ | | per month | | |
| 1007. Other Taxes | | months @ | | per month | | |
| 1008. School Property Taxes | | months @ | | per month | | |
| 1011. Aggregate Adjustment | | | | | | |
| 1100. Title Charges | | | | | | |
| 1101. Settlement or closing fee | | to | University Title Company | | | |
| 1102. Abstract or title search | | to | | | | |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | Cross Law Firm | | | $150.00 |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's fees | | to | | | | |
| (includes above items numbers: | | | | ) | | |
| 1108. Title insurance | | to | University Title Company | | | $698.00 |
| (includes above items numbers: | | | | ) | | |
| 1109. Lender's coverage | | $0.00/$0.00 . | | | | |
| 1110. Owner's coverage | | $80,000.00/$698.00 | | | | |
| 1111. Escrow fee | | to | University Title Company | | $325.00 | $325.00 |
| 1112. State of Texas Policy Guaranty Fee. | | to | UTC fbo State of Texas | | $0.00 | $2.00 |
| 1200. Government Recording and Transfer Charges | | | | | | |
| 1201. Recording Fees  Deed $24.00 ; Mortgage ; Rel | | | to Simplifile | | $24.00 | |
| 1202. City/county tax/stamps  Deed ; Mortgage | | | to | | | |
| 1203. State tax/stamps  Deed ; Mortgage | | | to | | | |
| 1204. Tax certificates | | to | RealTaxCONNECT, LLC | | | $75.00 |
| 1205. Courier/Messenger Fee | | to | University Title Company | | $0.00 | |
| 1206. E-Recording fee | | to | Simplifile | | $5.33 | |
| 1300. Additional Settlement Charges | | | | | | |
| 1301. Survey | | to | | | | |
| 1302. Pest Inspection | | to | | | | |
| 1303. REIMBURSEMENT FOR UPFRONT HOA CERT | | to | University Title Company | | | |
| 1304. REIMBURSEMENT FOR UPFRONT COURT WORK | | to | University Title Company | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | | $354.33 | $6,050.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

DocuSigned by:

EST Group, LLC, a Limited Liability Company

*Giorgio Benvenuto, Manager*

Giorgio Benvenuto
Manager         2/22/2022

_____
Richard Pearce

*Cindy Pearce*
Cindy Pearce

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____   2·23·2022
Settlement Agent            Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete        Page 2        form HUD-1 (3/86)
                                                    Handbook 4305.2

DocuSign Envelope ID: 38782C4C-1C15-4326-B004-60CC00CD4E29

Escrow No. 2200152HE/KL3

### SELLER'S AND/OR PURCHASER'S/BORROWER'S STATEMENT

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Seller's and Purchaser's/Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Purchaser/Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.

Seller(s)

_____  2.23.2022
Richard Pearce            Date

_____  2.23.2022
Cindy Pearce              Date

Purchaser(s)

CBPCSignetLLC, a Limited Liability Company
_____
Giorgio Benvento, Manager
6420282707714155
Giorgio Benvento   2/22/2022
Manager

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____  Date: 2.23.2022

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.