# EXHIBIT E

## Waller CAD

## Property Search > 186891 LEWIS JOHN JR RECEIVER for Year 2023

Tax Year: | 2023 - Values not available |

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 186891 | Legal Description: | S566000 LEGENDARY OAKS BLK 1 LOT 28 ACRES 0.4448 |
| Geographic ID: | 566000-001-028-000 | Zoning: | AR |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Protest

Protest Status:

Informal Date:

Formal Date:

### Location

| | | | |
|---|---|---|---|
| Address: | 28 LAWRENCE MARSHALL DRIVE HEMPSTEAD, TX 77445 | Mapsco: | LGNDRY_OAK |
| Neighborhood: | LEGENDARY OAKS | Map ID: | 303200-109-000-100 |
| Neighborhood CD: | S566000 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | LEWIS JOHN JR RECEIVER | Owner ID: | 1030220 |
| Mailing Address: | %SHOOK HARDY & BACON LLP 600 TRAVIS ST SUITE 3400 HOUSTON, TX 77002 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | N/A | | |
| (+) Improvement Non-Homesite Value: | + | N/A | | |
| (+) Land Homesite Value: | + | N/A | | |
| (+) Land Non-Homesite Value: | + | N/A | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | N/A | N/A | |
| (+) Timber Market Valuation: | + | N/A | | N/A |
| | | ------------------------- | | |
| (=) Market Value: | = | N/A | | |
| (–) Ag or Timber Use Value Reduction: | – | N/A | | |
| | | ------------------------- | | |
| (=) Appraised Value: | = | N/A | | |
| (–) HS Cap: | – | N/A | | |

---------------------------

(=) Assessed Value:                =                        N/A

## Taxing Jurisdiction

Owner:          LEWIS JOHN JR RECEIVER
% Ownership:    100.0000000000%
Total Value:    N/A

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | |
|--------|-------------|----------|-----------------|---------------|---------------|---|
| CAD | WALLER CAD | N/A | N/A | N/A | N/A | |
| CHD | HEMPSTEAD CITY OF | N/A | N/A | N/A | N/A | |
| ESD | WALLER-HARRIS ESD 200 | N/A | N/A | N/A | N/A | |
| GWA | WALLER COUNTY | N/A | N/A | N/A | N/A | |
| RFM | WALLER CO FM | N/A | N/A | N/A | N/A | |
| SHD | HEMPSTEAD ISD | N/A | N/A | N/A | N/A | |
| | Total Tax Rate: | N/A | | | | |
| | | | | Taxes w/Current Exemptions: | | N/A |
| | | | | Taxes w/o Exemptions: | | N/A |

## Improvement / Building

No improvements exist for this property.

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|------|-------------|-------|------|-----------|-----------|--------------|-------------|
| 1 | C1 | C1 | 0.4448 | 19166.40 | 0.00 | 0.00 | N/A | N/A |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|------|--------------|-------------|--------------|-----------|--------|----------|
| 2023 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | $0 | $62,870 | 0 | 62,870 | $0 | $62,870 |
| 2021 | $0 | $43,610 | 0 | 43,610 | $0 | $43,610 |
| 2020 | $0 | $45,640 | 0 | 45,640 | $0 | $45,640 |
| 2019 | $0 | $35,500 | 0 | 35,500 | $0 | $35,500 |
| 2018 | $0 | $26,690 | 0 | 26,690 | $0 | $26,690 |
| 2017 | $0 | $26,690 | 0 | 26,690 | $0 | $26,690 |
| 2016 | $0 | $26,690 | 0 | 26,690 | $0 | $26,690 |
| 2015 | $0 | $26,690 | 0 | 26,690 | $0 | $26,690 |
| 2014 | $0 | $35,580 | 0 | 35,580 | $0 | $35,580 |
| 2013 | $0 | $35,580 | 0 | 35,580 | $0 | $35,580 |
| 2012 | $0 | $35,580 | 0 | 35,580 | $0 | $35,580 |
| 2011 | $0 | $35,580 | 0 | 35,580 | $0 | $35,580 |
| 2010 | $0 | $35,580 | 0 | 35,580 | $0 | $35,580 |
| 2009 | $0 | $35,580 | 0 | 35,580 | $0 | $35,580 |

2/28/23, 3:04 PM    Case 4:22-cv-03359   Document 59-5   Filed on 03/14/23 in TXSD   Page 4 of 4
Washington CAD - Property Details

Questions Please Call (979) 921-0060

**This year is not certified and ALL values will be represented with "N/A".**

Website version: 1.2.2.33                    Database last updated on: 2/27/2023 8:25 PM                    © N. Harris Computer Corporation