IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § § | |

## NOTICE OF PUBLISHER'S AFFIDAVIT

Receiver, John Lewis, Jr., hereby gives notice of Publisher's Affidavit in Support of Receiver's Amended Unopposed Motion for Approval of Private Sale of Real Property and to Expedite Consideration and Brief in Support [ECF No. 53], as shown in the attached Exhibit A. This Notice of Publisher's Affidavit relates to the property located at 0 Hogan Lane, Hempstead, Texas 77445.

Respectfully submitted, this March 14, 2023.

                                                  SHOOK, HARDY & BACON L.L.P.

                                        By: */s/ Sonila Themeli*
                                             Sonila Themeli
                                             Texas Bar No. 24073588
                                             S.D. Tex. Bar No. 2828237
                                             600 Travis Street, Suite 3400
                                             Houston, TX 77002
                                             Telephone:  713.227.8008
                                             Facsimile:   713.227.9508
                                             sthemeli@shb.com

Caroline M. Gieser
(admitted *pro hac vice*)
1230 Peachtree Street, NE, Suite 1200
Atlanta, GA  30309
Telephone:  470.867.6000
mcgieser@shb.com

***Counsel for Court-appointed Receiver,
John Lewis, Jr.***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of March, 2023, the above and foregoing document was filed electronically through the CM/ECF system, which sent notification of such filing to all known counsel of record, addressed as follows:

Matthew J. Gulde
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:   817.978.1410
Facsimile:    817.978.4927
guldem@sec.gov

*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*

Paul D. Flack
PRATT &FLACK, LLP
4306 Yoakum Blvd., Suite 500
Houston, TX 77006
Telephone: 713.705.3087
pflack@prattflack.com

*Counsel for Defendant Mauricio Chavez*

Dan L. Cogdell
Cogdell Law Firm PLLC
1000 Main Street, Suite 2300
Houston, TX  77002
Telephone:  713. 426. 2244
dan@cogdell-law.com
*Attorney for Defendant,*
*Giorgio Benvenuto*

*/s/ Sonila Themeli*
Sonila Themeli