# EXHIBIT A

**TEXAS STREET MEDIA, LLC**

THE GREENSHEET
THE LEADER
FORT BEND STAR
TEXAS PRINTERS
CHARLOTTE MEDIA GROUP

2020 North Loop West Ste # 220, Houston, TX 77018

## PUBLISHER'S AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF HARRIS

I solemnly swear that the attached notice was published in The Greensheet printed in Houston, Harris County, Texas, and of general circulation in Harris county, and the date that the issue of said newspaper bore in which said notice was published was 02/22/23 – 02/28/23. A copy of the notice published, clipped from the newspaper, is attached hereto.

_Kathelene Tamez_
Publisher's Representative

Sworn to and subscribed before me by

On this 13 day of March, 2023, to certify which witness my hand seal of office.

_Julie P Heppler_
Notary Public, State of Texas Notary's Signature

Name Printed:
Julie P Heppler
My Commission Expires: 10/13/2026

JULIE P HEPPLER
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/13/26
NOTARY ID 12995876-8

# REAL ESTATE FOR SALE

Notice: Vacant Lot for Sale. 0 Hogan Lane, Hempstead, Texas 77445. Set to close on 3/3/23 for $70,000. 0.5553 acres. To make a bona fide offer of $70,000 or more call 281-861-6199 before 3/2/23.