**PRATT & FLACK** LLP

4306 Yoakum Blvd., Suite 500
Houston, Texas 77006

T  713-936-2403
F  713-481-0231

Carmen Cavazos Pratt
cpratt@prattflack.com

March 15, 2023

# INVOICES SUMMARY

Re:     *Mauricio Chavez – SEC*

1. Invoice No.: 2748

    Invoice Date: 12/10/2022

    | | |
    |---|---|
    | Total Legal Fees for Paul Flack: | $ 6050.00 |
    | Total Expenses: | $      0.00 |
    | Total: | $ 6050.00 |

2. Invoice No.: 2779

    Invoice Date: 1/12/2023

    | | |
    |---|---|
    | Total Legal Fees for Paul Flack: | $ 56,155.00 |
    | Total Expenses: | $  6,029.95 |
    | Total: | $ 62,184.95 |

3. Invoice No.: 2806

    Invoice Date: 2/21/2023

    | | |
    |---|---|
    | Total Legal Fees for Paul Flack: | $ 49,685.00 |
    | Total Legal Fees for Tina Dugas: | $     400.00 |

| | |
|---|---:|
| Total Expenses: | $     32.50 |
| Total: | $ 50,117.50 |

4. Invoice No.: 2826

   Invoice Date: 3/15/2023

| | |
|---|---:|
| Total Legal Fees for Paul Flack: | $ 11,000.00 |
| Total Expenses: | $     12.00 |
| Total: | $ 11,012.00 |