# Paul Flack

| | |
|---|---|
| **From:** | Themeli, Sonila (SHB) <STHEMELI@shb.com> |
| **Sent:** | Tuesday, January 24, 2023 9:56 PM |
| **To:** | Paul Flack |
| **Cc:** | Carmen Pratt; Tina Dugas; Powell, Kierra K. (SHB); Lewis, John (SHB); Themeli, Sonila (SHB) |
| **Subject:** | FW: SEC v. Chavez - Attorney's Fees and Expenses |
| **Attachments:** | RE: SEC v Chavez |

Hi Paul,

While the Receiver recognizes that the Receivership Order allows for reasonable attorney's fees, the Receiver does not think that $56,155 a month are reasonable.

The Receiver had previously agreed (see attached email) to a $14,500 allowance for reasonable attorneys' fees after Mr. Chavez turned over the 4 cars and passwords/credentials for the CFX computers and the other devices we obtained from the CFX offices and which we had requested multiple times and continue to request.  The Receiver also stated he would not oppose another $14,500 allowance for reasonable attorneys' fees after some meaningful cooperation from Mr. Chavez.  As of today, Mr. Chavez has turned over only one car and given us the run around on the other cars and other assets, and he has shown no form of cooperation.   As we had stated previously, one of the reasons we agreed to this amount for attorney's fees was because we saw value in counsel facilitating cooperation.

That said, the Receiver will agree to $30,000 in attorney's fees to be paid quarterly with a 20% hold back and subject to 30-day approval, which is in accordance with the Receivership Order on how professionals are to be paid in this case.  *See* Receivership Order at par. 58, 60.

Best,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com

<image002.jpg>

---

**From:** Paul Flack <pflack@prattflack.com>
**Sent:** Tuesday, January 24, 2023 4:20 PM
**To:** Themeli, Sonila (SHB) <sthemeli@shb.com>
**Cc:** Carmen Pratt <cpratt@PrattFlack.com>; Tina Dugas <tdugas@prattflack.com>
**Subject:** SEC v. Chavez - Attorney's Fees and Expenses

**EXTERNAL**

Sonila,

Our fees for representing Mr. Chavez in November were $6,050 and we had no expenses.  Our fees for December were $56,155 and our expenses were $6,029.95.

1

I understand you will want us to move the Court for approval, but please let me know if we can file the motion as unopposed.

Thank you,

Paul D. Flack
(713) 705-3087

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.