UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Securities And Exchange Commission

v.                                                                           Case Number: 4:22–cv–03359

Mauricio Chavez, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/20/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Show Cause Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   March 16, 2023

                                                                                Nathan Ochsner, Clerk