# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Securities And Exchange Commission

v.                         Case Number: 4:22–cv–03359

Mauricio Chavez, et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/23/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Show Cause Hearing

Date: March 17, 2023                              Nathan Ochsner, Clerk