IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § § | CIVIL ACTION NO. 4:22-CV-03359<br><br>JUDGE ANDREW S. HANEN |
| *Defendants.* | § § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

## [PROPOSED] ORDER DENYING MOTION FOR ATTORNEY'S FEES

Defendant Mauricio Chavez filed a Motion for Payment of Attorney's Fees (Doc. No. 61). John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC, and CBT Group, LLC filed his Response opposing the Motion. Having considered the Motion, the responses, and any argument of counsel, the Court finds that the Motion is DENIED.

Accordingly, IT IS HEREBY ORDERED that the Receiver shall not make an allowance for the payment of reasonable attorney's fees and living expenses for Defendant Mauricio Chavez until Chavez has:

(1) provided to the Receiver a full accounting of monies removed from accounts covered by the asset freeze and from the CryptoFX offices and other locations from which CryptoFX continued to operate; and

(2) provided to the Receiver (a) the location of all the funds, or (b) if spent in an arm's length transaction, when the funds were spent, for whose benefit they were spent, what was purchased, and copies of any invoices or records concerning the expenditures; and

(3) turned over to the Receiver all funds in Chavez's possession.

IT IS SO ORDERED this ____ day of _____, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE