IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:22-cv-03359 |
| v. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO, and CRYPTOFX, LLC, | § § § § | JUDGE ANDREW S. HANEN |
| Defendants, | § § | |
| and | § § | |
| CBT GROUP, LLC, | § § | |
| Relief Defendant. | § | |

## ORDER REGARDING ATTORNEY'S FEES
## OF COUNSEL FOR MAURICIO CHAVEZ

The Court has considered Mauricio Chavez's Motion for Payment of Attorney's Fees [ECF No. 61] and any opposition thereto. The motion is GRANTED. The Court approves payment of the following fees and expenses to Chavez's counsel by the Receiver:

November 2022
Time         $6,050.00
Expenses     $0.00

December 2022
Time         $56,155.00
Expenses     $6,029.95

January 2023
Time         $50,085.50
Expenses     $32.50

1

<u>February 2023</u>
Time         $11,030.00
Expenses     $12.00

Signed: _____, 2023.      _____
                                            UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF electronic service of process on or before March 23, 2023.

                                        _____
                                        Paul D. Flack