IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-3359 |
| § § | |
| MAURICIO CHAVEZ GIORGIO BENVENUTO and CRYPTOFX, LLC, § § § | |
| Defendants, § § | |
| CBT GROUP, LLC, § § § | |
| Relief Defendant. § | |

## ORDER

The Court held a hearing in the above-captioned matter regarding the following pending motions: (1) Receiver's Motion for An Order to Show Cause Why Defendant Chavez Should Not be Held in Civil Contempt (Doc. No. 39), (2) Receiver's Motion for Fees (Doc. No. 54), (3) Receiver's Motion for Approval of Private Sale of Personal Property (Doc. No. 58), and (4) Defendant Mauricio Chavez's Motion for Payment of Attorney Fees (Doc. No. 61).

The Court **DENIES WITHOUT PREJUDICE** Receiver's Motion for An Order to Show Cause Why Defendant Chavez Should Not be Held in Civil Contempt (Doc. No. 39). The parties are permitted to reassert this issue in the future.

The Court **GRANTS** Receiver's Motion for Fees (Doc. No. 54) and Receiver's Motion for Approval of Private Sale of Personal Property (Doc. No. 58). The Receiver is to be paid at a rate of $425 per hour.

1

The Court also **GRANTS** Defendant Mauricio Chavez's Motion for Payment of Attorney Fees. (Doc. No. 61). Defendant Mauricio Chavez's attorney is, likewise, to be paid by the Receiver at the rate of $425 per hour.

Additionally, the Court **DENIES** as **MOOT** the Unopposed Motion for Extension of Time to Answer (Doc. No. 21) and the Unopposed Motion for Approval of Private Sale of Real Property (Doc. No. 52).[1]

Signed at Houston, Texas, this 23rd day of March, 2023.

Andrew S. Hanen
United States District Judge

---

[1] The Court ruled on the issue in a previous Order. (*See* Doc. No. 57).