# Exhibit A


## Your Appraisal Info - 2022 BMW X6 M50i 4dr SUV AWD (4.4L 8cyl Turbo 8A) Appraisal
1 message

**Edmunds** <messages@email.edmunds.com>     Tue, Mar 28, 2023 at 9:53 AM
Reply-To: offers@edmunds.com
To: poutousautosales@gmail.com



Hi ,

Get the most accurate, up-to-date pricing with Edmunds. Check out the official Edmunds appraisal of your 2022 BMW X6 M50i 4dr SUV AWD (4.4L 8cyl Turbo 8A):



Would you recommend this car?

(click to rate)

SEE YOUR DASHBOARD

📅 Schedule Appointment

2022 BMW X6 M50i 4dr SUV AWD (4.4L 8cyl Turbo 8A) M50i

|               | rough    | average  | clean    | outstanding |
|---------------|----------|----------|----------|-------------|
| TRADE-IN      | $68,833  | $70,302  | $71,431  | $72,109     |
| PRIVATE PARTY | $72,529  | $74,241  | $75,558  | $76,347     |

### True Market Value®

| | |
|---|---|
| Trade-in | $72,109 |
| Dealer Retail | $81,509 |
| Private Party Sale | $76,347 |

### Customized True Market Value Prices®

|  | Trade-in |
|---|---|
| National Base Price | $70,936 |
| Optional Equipment | $7,998 |
| Color Adjustment - (Ind) Dravit Grey Metallic | $-30 |
| Regional Adjustment (zip 77262) | $-128 |
| Mileage Adjustment - 31214 miles | $-8,474 |