# Exhibit B

# Manheim Market Report

March 28, 2023 US Edition

## 2022 B M W X SERIES X6 4D SUV M50I

5UXCY8C07N9J61298

| Base MMR | MMR Adjustments | | MMR Range |
|---|---|---|---|
| **$80,600** | Odometer | | $77,500 - $83,700 |
| | -- | | |
| Avg Odometer (mi) | Region | | Adjusted MMR |
| 12,062 | -- | | -- |
| | Condition Report | | |
| Avg Condition | -- | | |
| 4.5 | Color | | Estimated Retail Value |
| | -- | | Based on Cox Automotive Retail Transactions |
| | | | **$85,000** |

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

## Transactions   Showing 6 of 6

| Date ↓ | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 3/17/23 | $78,500 | 15,750 | 5.0 | 8GT/A | Blue | Regular | Northeast | Pennsylvania |
| 3/15/23 | $84,500 | 11,133 | 4.3 | 8GT/A | Black | Regular | Southwest | Dallas |
| 3/9/23 | $81,600 | 16,300 | 4.8 | 8GT/A | Black | Regular | Midwest | Chicago |
| 2/22/23 | $77,750 | 13,010 | 4.8 | 8GT/A | Black | Regular | Southwest | San Antonio |
| 2/21/23 | $81,000 | 7,501 | 5.0 | 8GT/A | Blue | Lease | Northeast | New England |
| 2/20/23 | $82,000 | 8,680 | 5.0 | 8CY/A | White | Regular | Midwest | St Louis |

Condition Reports from AutoGrade™ or Manheim Express Grade

## Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| $81,500 | $86,900 | -- |
| 14,394 mi | 6,663 mi | -- |

## Projected Average

Next Month
**$80,600**

## Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$85,000**
Typical Range
$81,100 - $88,900