# Exhibit C

# 2022 BMW X6
# Pricing Report

Style: M50i Sport Utility 4D

Mileage: 31,214

KBB.com Consumer Rating: 5/5

## Trade in to a Dealer



Trade-in Range
**$77,568 - $83,821**
Trade-in Value
$80,864

Valid for ZIP code **77005** through **03/28/2023**