# Exhibit D

**Edmunds** <messages@email.edmunds.com>  
Reply-To offers@edmunds.com  
To poutousautosales@gmail.com

Tue, Apr 4, 2023 at 8:04 AM



Hi ,

Get the most accurate, up-to-date pricing with Edmunds. Check out the official Edmunds appraisal of your 2021 Mercedes-Benz GLE-Class AMG GLE 53 4dr SUV AWD (3.0L 6cyl Twincharger gas/electric mild hybrid 9A)



Would you recommend this car?

(click to rate)

SET YOUR DASHBOARD

🗓 Schedule Appointment

2021 Mercedes-Benz GLE-Class AMG GLE 53 4dr SUV AWD (3.0L 6cyl Twincharger gas/electric mild hybrid 9A) AMG GLE 53

|  | rough | average | clean | outstanding |
|---|---|---|---|---|
| TRADE-IN | $64,612 | $66,280 | $67,563 | $68,333 |
| PRIVATE PARTY | $69,544 | $71,475 | $72,959 | $73,850 |

**True Market Value®**

| | |
|---|---|
| Trade-in | $68,333 |
| Dealer Retail | $80,077 |
| Private Party Sale | $73,850 |

**Customized True Market Value Prices®**

| | Trade-in |
|---|---|
| National Base Price | $57,110 |
| Optional Equipment | $8,856 |

| | |
|---|---:|
| Color Adjustment - Black | $45 |
| Regional Adjustment (zip 77262) | $-85 |
| Mileage Adjustment - 18000 miles | $354 |
| Condition Adjustment - Outstanding | $2,053 |
| **Total** | **$68,333** |

**Private Party**

| | |
|---|---:|
| National Base Price | $61,586 |
| Optional Equipment | $9,550 |
| Color Adjustment - Black | $48 |
| Regional Adjustment (zip 77262) | $-91 |
| Mileage Adjustment - 18000 miles | $382 |
| Condition Adjustment - Outstanding | $2,376 |
| **Total** | **$73,850** |

**Dealer Retail**

| | |
|---|---:|
| National Base Price | $66,633 |
| Optional Equipment | $10,332 |
| Color Adjustment - Black | $52 |
| Regional Adjustment (zip 77262) | $-99 |
| Mileage Adjustment - 18000 miles | $413 |
| Condition Adjustment - Outstanding | $2,745 |
| **Total** | **$80,077** |

**Terms Defined**

**Trade-in:** This is the amount you can expect to receive when you trade in your used car and purchase a new car. The trade-in price is usually credited as a down payment on the new car.

**Dealer Retail:** This is what other customers have paid for similar cars in your area. Dealer retail will usually be higher than private party prices and much higher than trade-in prices.

Edmunds
2401 Colorado Ave, Santa Monica, CA 90404

Unsubscribe | Privacy Statement