# Exhibit E

4D   3.7   (33 Ratings)   Write a review

VIN: **4JGFB6BB7MA288181**

 Recalls: **5 Recalls Found**
Is my car affected?

Repair Estimator: **See Pricing**
What's a fair price?

# Your Options

Instant Cash Offer   **Trade-in**   Private Party   Donate Your Car



Trade-in Range
**$69,724 - $74,824**
Trade-in Value
$72,278

ⓘ Important info & definitions

Value valid as of **04/04/2023**

### Factors That Impact Value
Check that yours are correct below.

Mileage: **18,000** ✎    ZIP Code: **77005** 📍

s://www.kbb.com/mercedes-benz/mercedes-amg-gle/2021/gle-53-4matic-sport-utility-4d/?vehicleid=454909&mileage=18000&vin=4jgfb6bb7ma288

# Your Options

Cash Offer | Trade-in | **Private Party** | Donate Your Car



Private Party Value
$76,297



ⓘ Important info & definitions

Value valid as of **04/04/2023**

### Factors That Impact Value

Check that yours are correct below.

Mileage: 18,000 ✏️    ZIP Code: 77005 📍

/mercedes-benz/mercedes-amg-gle/2021/gle-53-4matic-sport-utility-4d/?condition=good&intent=trade-in-sell&iscombi