# Exhibit F

 **Manheim Market Report** — April 4, 2023 US Edition

## 2021 MERCEDES-BENZ GLE HYBRID 4D SUV AMG GLE 53 4MATIC
4JGFB6BB7MA288181

### Base MMR
**$70,500**

Odometer (mi): 26,603
*AutoGrade*: 4.6

### MMR Adjustments
Odometer — 18,000 mi · +$3,020
Region — Southeast · +$1,560
Condition Report — 4.9 · +$70
Color — Black · −$100

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

### MMR Range
$72,400 − $77,600

### Adjusted MMR
**$75,000** ▲

### Estimated Retail Value
Based on Cox Automotive Retail Transactions
**$78,800**

### Transactions — Showing 6 of 6

| Date ↓ | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 3/23/23 | $72,500 | 21,793 | 4.5 | 6G/A | White | Lease | West Coast | Riverside |
| 3/22/23 | $77,750 | 3,676 | 5.0 | 6G/A | Blue | Regular | Southwest | Dallas |
| 3/20/23 | $66,400 | 40,259 | 4.4 | 6GT/A | White | Regular | Northeast | New Jersey |
| 3/15/23 | $68,500 | 30,654 | 4.6 | 6CY/A | Black | Regular | West Coast | San Francisc... |
| 3/10/23 | $71,250 | 21,861 | 4.9 | 6GT/A | Silver | Regular | Northeast | Pennsylvania |
| 3/3/23 | $67,250 | 41,375 | 4.4 | 6GT/A | Black | Regular | Northeast | Pennsylvania |

Condition Reports from AutoGrade™ or Manheim Express Grade

### Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| $71,300 | $75,700 | $88,600 |
| 23,649 mi | 12,241 mi | 12,418 mi |

### Projected Average
Next Month
**$70,200**

### Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$78,800**
Typical Range
$69,400 − $79,000