United States District Court
Southern District of Texas
**ENTERED**
April 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, vs. MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, *Defendants*. CBT Group, LLC, *Relief Defendant*. | CIVIL ACTION NO. 4:22-CV-03359 JUDGE ANDREW S. HANEN |

## ORDER APPROVING RECEIVER'S UNOPPOSED MOTION FOR APPROVAL OF PRIVATE SALE OF PERSONAL PROPERTY

On April 10, 2023, John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX") and CBT Group, LLC ("CBT"), filed an Unopposed Motion for Approval of Private Sale of Personal Property.

Having considered the Receiver's Unopposed Motion and all exhibits in support thereof, as well as previous pleadings filed by the Receiver, the Court finds that the 2022 BMW X6 M50i (VIN: 5UXCY8C07N9J61298) and the 2021 Mercedes-Benz GLE Hybrid SUV (VIN: 4JGFB6BB7MA288181) are part of the Receivership Estate. The Court further finds that the Receiver has complied with all requirements necessary for the sale of the subject vehicles. Therefore, the Receiver's Unopposed Motion is hereby GRANTED.

The Receiver is authorized to sell the 2022 BMW X6 M50i at or above $68,800;

The Receiver is authorized to sell the 2021 Mercedes-Benz GLE Hybrid SUV at or above $64,600.

Accordingly, IT IS HEREBY ORDERED that the Court approves the sale of the personal property as described in the Receiver's Unopposed Motion for Approval of Private Sale of Personal Property.

IT IS, SO ORDERED this 13 day of April, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE