# EXHIBIT E

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF TEXAS

3                     HOUSTON DIVISION

4

5  SECURITIES AND EXCHANGE )
   COMMISSION,              )
6                           )
        Plaintiff,          )
7                           )
   vs.                      ) Case No. 4:22-cv-3359
8                           )
   MAURICIO CHAVEZ,         )
9  GIORGIO BENVENUTO, and   )
   CRYPTOFX, LLC,           )
10                          )
        Defendants.         )
11                          )
        and                 )
12                          )
   CBT GROUP, LLC,          )
13                          )
        Relief Defendant.   )
14 _____)

15            ORAL VIDEOTAPED DEPOSITION OF

16               MR. JULIO E. TAFFINDER

17                  December 14, 2022

18       ORAL VIDEOTAPED DEPOSITION OF MR. JULIO E.

19 TAFFINDER, produced as a witness at the instance of

20 the Plaintiff and duly sworn, was taken in the

21 above-styled and numbered cause on the 14th day of

22 December, 2022, from 9:15 a.m. to 6:43 p.m., before

23 Michelle Hartman, Certified Shorthand Reporter in and

24 for the State of Texas and Registered Professional

25 Reporter, reported by computerized stenotype machine

1

1          THE VIDEOGRAPHER:  Today's date is

2  December 14th, 2022.  The time is approximately 9:15

3  a.m.  We are now on the record.  Beginning tape one.

4          THE COURT REPORTER:  Do we want to do

5  appearances?

6          MR. GULDE:  Sure.  For the Securities and

7  Exchange Commission, I'm Matt Gulde.

8          MS. THEMELI:  Sonila Themeli, Shook,

9  Hardy & Bacon for the Receiver, John Lewis.

10          MR. FLACK:  Paul Flack for Mauricio

11  Chavez.

12          MR. PATEL:  Ronak Patel for Julio

13  Taffinder.

14          MR. JULIO E. TAFFINDER,

15  having been first duly sworn, testified as follows:

16                    EXAMINATION

17      Q.  (BY MR. GULDE)  Good morning,

18  Mr. Taffinder.  As I said, my name is Matt Gulde.  I

19  represent the United States Securities and Exchange

20  Commission.  You're probably aware we have sued

21  Mauricio Chavez, CFX, Giorgio Benvenuto, and then as

22  a Relief Defendant, also your company CBT Group.

23          Are you aware of that?

24      A.  From the package I received, yes.

25      Q.  And you understand when you lifted your

7

1    hand there, you swore an oath to tell the truth?

2         A.  Yes, sir.

3         Q.  And that if you don't tell the truth

4    today, that could have civil consequences or it could

5    have criminal consequences.  Do you understand that?

6         A.  Of course.

7         Q.  Have you ever had your deposition taken?

8         A.  No, sir.

9         Q.  Is there any reason that you couldn't

10   give us your full attention today?

11        A.  No, no, sir.

12        Q.  Okay.  You're prepared to answer my

13   questions?

14        A.  Of course, sir.

15        Q.  Do you have any medical conditions that

16   would affect your ability to recall the events of the

17   last couple of years?

18        A.  Not that I'm aware, sir.

19        Q.  Okay.  Are you taking any medications

20   that might affect your ability to answer my

21   questions?

22        A.  No, sir.

23        Q.  Will you let me know if you don't

24   understand one of the questions that I ask you?

25        A.  Yes, sir.

8

1          Q.  And you're doing a great job, I would say

2    continue speaking loudly and clearly.  And will you

3    agree to, you know, use -- use words, yes, no,

4    whatever answer it is instead of just nodding or

5    shaking your head?

6          A.  Okay.  Understood.

7          Q.  Thanks.

8          A.  Uh-huh.

9          Q.  One more preliminary, if you need a break

10   at any time, that's fine, just ask for it.  The only

11   thing that I ask is that if there's a question

12   pending, when you need your break, go ahead and

13   answer the question, and then we will take the break,

14   okay?

15         A.  Okay.  Understood.

16         Q.  Okay.  Would you state your full name for

17   the record.

18         A.  Yes, sir.  My name is Julio Eduardo

19   Taffinder.

20         Q.  Will you spell Eduardo.

21         A.  E-D-U-A-R-D-O.

22         Q.  And Taffinder is T-A-F-F-I-N-D-E-R?

23         A.  Yes, sir, with double F.

24         Q.  And am I pronouncing that correctly, with

25   an emphasis on the first syllable, Taffinder?

9

1       A.  Yes, sir.

2       Q.  Have you ever used any other names?

3       A.  No, sir.

4       Q.  Do you have any nicknames you go by?

5       A.  Yes, L-A-L-O, Lalo.

6       Q.  Lalo?

7       A.  Yeah.

8       Q.  Okay.  Who calls you Lalo?

9       A.  Personal family.

10      Q.  Did you say "personal family"?

11      A.  Yes, sir.

12      Q.  Friends, too?

13      A.  Some.  Most call me Julio.

14      Q.  Okay.  What's your date of birth and

15  where were you born?

16      A.  REDACTED

17  REDACTED

18      Q.  REDACTED

19      A.  REDACTED

20      Q.  REDACTED

21          REDACTED

22      A.  REDACTED

23      Q.  REDACTED

24  REDACTED

25      A.  REDACTED

10

```
 1          Q.  I am just going to go ahead and mark this
 2   document as Exhibit 31 --
 3                  (Exhibit 31 marked)
 4          Q.  (BY MR. GULDE)  -- and hand it to you.
 5              Can you tell me what I have marked as
 6   Exhibit 31?
 7          A.  Am I looking for a yellow sticker?
 8          Q.  I put a front -- a sticker on the first
 9   page there that says --
10          A.  Oh.
11          Q.  -- Exhibit 31.
12          A.  Sorry.
13          Q.  That's for our purposes to identify it
14   when we're looking at this record later.
15          A.  Okay.
16          Q.  Can you tell me what this document is?
17          A.  Oh, of course, yes, sir.  It's a WhatsApp
18   chat between me and Mauricio.
19          Q.  And as I read it, it -- it starts with a
20   chat entry from April 19th, 2022; is that correct?
21          A.  Yes, sir.
22          Q.  And the last one on here is from
23   October 8th, 2022?
24          A.  Yes.
25          Q.  And this is a document that you provided
```

                                                              11

1   to your lawyer recently?

2          A.  Yes, sir.

3          Q.  Okay.  As you look at it -- when you

4   provided it to your lawyer, was it in the same form

5   that it -- that it was sitting in your phone or your

6   computer?

7          A.  Of course.

8          Q.  Okay.  Did you do anything to change it?

9          A.  No, sir.

10         Q.  Are there any texts between you and

11  Mauricio outside of this time frame, April to

12  October?

13         A.  So there were texts before, but I had a

14  phone glitch, so these are the -- from the WhatsApp

15  chat, these are the only ones that exist.

16         Q.  So am I to understand you switched your

17  phone sometime around April --

18         A.  In March.

19         Q.  -- 2022?

20         A.  Yes, sir.  But the WhatsApp chart started

21  in April.

22         Q.  Did you have WhatsApp chats on the prior

23  phone?

24         A.  No.

25         Q.  Okay.  How did you communicate with

                                                    12

1    Mauricio before April of 2022?

2          A.   IMessage.

3          Q.   IMessage on a --

4          A.   IPhone.

5          Q.   -- an iPhone?

6          A.   Yes, sir.

7          Q.   Is that just the normal text message app

8    on an iPhone?

9          A.   Correct.

10         Q.   Okay.  And when you got your new phone,

11   did you migrate any of that data over to your -- over

12   to your new phone?

13         A.   The -- the other iMessages that were

14   submitted were -- those were the ones that I was able

15   to retrieve.

16         Q.   Okay.  So you gathered in preparation for

17   this deposition the messages you were able to

18   retrieve?

19         A.   Exactly, yes, sir.

20         Q.   Okay.  And what was the process you went

21   through to get your hands on those?

22         A.   So on the Apple computer, you are able

23   to -- whatever is synced to the computer, you're able

24   to print out a PDF file of it, and it automatically

25   generates that.

                                                    13

1          Q.  Okay.  So between this document,

2     Exhibit 31 --

3          A.  Uh-huh.

4          Q.  -- and the other text messages that you

5     provided to your lawyer --

6          A.  Yes, sir.

7          Q.  -- that he provided to us, are there any

8     other text messages that you have between you and

9     Mauricio?

10         A.  No text, just the e-mails that were

11    provided as well.

12         Q.  You provided e-mails, okay.

13         A.  Yes, sir.

14         Q.  Are there any other records of your

15    communications other than those text messages or

16    e-mails?

17         A.  Not that I recall, sir.

18         Q.  Okay.  So let's just start with this

19    document, Exhibit 31.

20         A.  Uh-huh.

21         Q.  Starting in April of 2022, had Mauricio

22    told you prior to this that he had already been

23    interviewed by the SEC in February?

24         A.  I have no idea, sir.

25         Q.  Okay.  And I noticed down in the third

                                                      14

1    entry here for 4/21 at 4:22 p.m., there's Flow with

2    two emojis there.  And who is that?

3          A.  That's my -- so in October, I was

4    receiving a lot of calls constantly, and for security

5    reasons, I didn't know who had access to my phone, so

6    I changed the -- my name on WhatsApp to Flow, just to

7    limit the amount of calls that I was receiving.

8          Q.  And is there any significance to the word

9    "Flow"?

10         A.  No, sir.

11         Q.  Okay.  Do you know -- why did you pick

12   it?

13         A.  I believe that my parents' death, like

14   everything just goes with the flow in life --

15         Q.  Okay.

16         A.  -- and you just have to adjust to that.

17         Q.  Is there any meaning to the emojis?

18         A.  Oh, no, sir.  I like learning, so I'm

19   putting a little thing.

20         Q.  That's a graduation cap?

21         A.  Yes, sir.

22         Q.  And then some stars?

23         A.  Yes, sir.

24         Q.  Okay.  What was your name before you

25   changed it to Flow?

                                                        15

```
 1            A.   It was just my -- my name, Julio.

 2            Q.   Okay.  Just your first name?

 3            A.   No, I had Julio Taffinder.

 4            Q.   Okay.

 5            A.   Yes, sir.

 6            Q.   And was it associated with your phone

 7     number?

 8            A.   Yes, sir.  It -- it's linked to the phone

 9     number.

10            Q.   Okay.  Did changing your name to Flow

11     prevent people from being able to get in touch with

12     you?

13            A.   There were some people that were calling

14     me and in a very threatening way, and so I wanted --

15     I didn't feel safe and so that's why I put that

16     there.

17            Q.   So I guess my question is:  If someone

18     had access to your phone number --

19            A.   Uh-huh.

20            Q.   -- when your I.D. was Julio Taffinder --

21            A.   Uh-huh.

22            Q.   -- how did changing it to Flow --

23            A.   It doesn't matter.

24            Q.   So they would still have access to your

25     phone number?
```

                                                      16

1          A.  Of course, sir.

2          Q.  But they just wouldn't necessarily know

3    from seeing Flow that it's Julio?

4          A.  No, they could still see it's me, whoever

5    had my phone number.

6          Q.  So I guess I'm having a hard time

7    understanding the change.  Did it help?

8          A.  I just did it for security reasons, sir.

9          Q.  And that's my question:  Did it -- did it

10   help security reasons, did you get fewer contacts

11   from unwanted people?

12         A.  Yes, sir.

13         Q.  Okay.  Do you think that's just because

14   they didn't associate Flow with Julio?

15         A.  If my number was shared -- I mean, I

16   don't know, sir, if that changes the thing if my

17   number was shared, but if for whatever reason

18   somebody new was added to a particular chat or

19   something that I was a part of, then they would see

20   Flow.

21         Q.  Okay.  And then you'll notice many

22   examples in here where it says "audio omitted."

23              Do you see any of those on the first

24   page?

25         A.  Yes, sir.

                                                      17

1          Q.  Can you describe to people who don't

2    necessarily use WhatsApp very often what's happening

3    there?

4          A.  That's just how WhatsApp compiles when

5    you export the chat.

6          Q.  Let's go even further back.

7              What is -- does WhatsApp allow people to

8    send spoken messages, too?

9          A.  Yes, sir.

10         Q.  Okay.  And if audio -- if it says "audio

11   omitted," does that indicate that there was a spoken

12   word message?

13         A.  Yes, sir.

14         Q.  Okay.  Does the audio of that message

15   still exist on your -- on your device?

16         A.  Yes, sir.

17         Q.  Okay.  It just doesn't transfer to the --

18         A.  It doesn't transfer.

19         Q.  -- to the next page?

20         A.  Exactly.

21         Q.  I haven't had much time with the

22   documents, but did -- did it transfer to the files

23   that you gave your lawyer?

24         A.  No, sir, it just would have -- it's what

25   is there.

                                                      18

1        Q.  Okay.  So if we wanted to hear those, we

2  would have to get our hands on your -- on one of the

3  devices that has this account?

4        A.  Yeah, each -- each -- each audio message

5  would have to be individually downloaded.

6        Q.  Okay.  I think we're going to want to do

7  that.

8        A.  Okay.

9             MR. PATEL:  Sure, yeah.

10            MR. GULDE:  Let me know if I need to make

11  an official request for that, but I think that's

12  probably covered under the --

13            MR. PATEL:  I think it's -- I think it's

14  covered.  We're just --

15            MR. GULDE:  Okay.

16            MR. PATEL:  -- in the interest of time

17  and getting --

18            MR. GULDE:  Getting us something, I

19  appreciate it.

20            MR. PATEL:  Yeah.

21             (Information to be supplied)

22        Q.  (BY MR. GULDE)  Okay.  So let's look

23  at -- one, two, three, four -- five entries down.

24            On May 25th at 3:33, you say, "Hi,

25  Brother."  Is this something you often said to

                                                    19

1   Mauricio?

2            A.   Yes, sir.

3            Q.   "Brother" is a term that you used for

4   him?

5            A.   "Brother" is a term that was very common

6   amongst everyone there.

7            Q.   Yeah, I've been through it, I've seen it.

8            A.   Yes, sir.

9            Q.   Your message to him is, "I paid out all

10  BTC payments from last week of 21K."

11           A.   Uh-huh.

12           Q.   Does that mean BitCoin payments?

13           A.   Yes, sir.

14           Q.   And then 21K is $21,000?

15           A.   Yes, sir.

16           Q.   Okay.  And then you say, "This week there

17  will be an additional 70K that will need to be paid

18  out."

19                Did I read that correctly?

20           A.   Yes, sir.

21           Q.   Is it fair to say that these kind of

22  requests are -- exist throughout your chat with

23  Mauricio?

24           A.   Yes, sir.

25           Q.   Almost every day?

                                                          20

1          A.  No, sir, whenever -- at least once a

2    week, sir.

3          Q.  At least once a week you're asking him

4    for BitCoin payments?

5          A.  Yes, sir.

6          Q.  And when you're asking him for BitCoin

7    payments, sometimes you ask for a specific number of

8    BitCoin, right?

9          A.  Uh-huh.

10         Q.  And then other times you ask for an

11   amount of U.S. dollars; is that right?

12         A.  Translated in BitCoin.

13         Q.  So help -- help me understand that.

14   If -- well, let's -- we'll wait until we get to an

15   example of that.  So I'll ask a different question.

16              What were -- what were the purpose of

17   these BitCoin payments?

18         A.  So the BitCoin payments were part of

19   students, they called in customer service that

20   Mauricio had to pay them back, and Mauricio would

21   then hold the BitCoin; and then he asked me, and I

22   don't recall the exact date in May, I believe it was

23   early May, if I could help out distribute the

24   payments; and so he would send me BitCoin, and then I

25   would distribute that to the students that submitted

                                                      21

 1  me a request.

 2       Q.  Let's break that down, but tack on the

 3  last thing you said first.

 4       A.  Uh-huh.

 5       Q.  He asked you -- you said he asked you

 6  sometime in May, but this is in April, right?

 7       A.  I'm sorry, April, yes, sir.

 8       Q.  Okay.  So did -- are --

 9       A.  No, but --

10       Q.  -- do you think he asked you sometime

11  before?

12            MR. GULDE:  Go ahead.

13            MR. PATEL:  I think he -- just, Matt, I

14  think we are looking at May here.

15            MR. GULDE:  Oh, okay.  I got you.  Sorry

16  about that.  I was looking at the -- the very top.

17            THE WITNESS:  Uh-huh.

18       Q.  (BY MR. GULDE)  So we're talking about a

19  May 25th, 2022 request.  So do you recall that being

20  around the time he asked you to help distribute

21  BitCoin?

22       A.  Yes, sir, if I recollect correctly.

23       Q.  Okay.  Now, you said earlier students

24  would call customer service for payment.  Did I

25  understand that right?

                                                    22

1           A.  Yes, sir.

2           Q.  Was -- did CFX just have a customer

3    service phone line?

4           A.  Yes, sir.

5           Q.  Did they have an e-mail associated with

6    that, with customer service?

7           A.  Not at their general e-mail, no, not that

8    I'm aware of.

9           Q.  Okay.  What was your role in connection

10   with customer service?

11          A.  So customer service would gather the

12   payment requests from students, and then I would

13   simply just process them or distribute the BitCoin.

14          Q.  And that's your role after Mauricio asked

15   you in May to help distribute BitCoin?

16          A.  Yes, sir.

17          Q.  Did you have any role with customer

18   service before May?

19          A.  No, sir.

20          Q.  We'll talk more about your -- your roles

21   with CFX, but just briefly, what were you doing

22   before May?

23          A.  I was brought in to be a crypto teacher,

24   sir.

25          Q.  And were you on salary?

                                                    23

1          A.  He would pay me on a biweekly basis.

2          Q.  How much?

3          A.  5K.

4          Q.  So does that mean $5,000 every two weeks?

5          A.  Yes, sir.

6          Q.  And how long were you a crypto teacher?

7          A.  The entirety of the time that I was

8  there, sir.

9          Q.  Okay.  So you continued to be a crypto

10  teacher after you took on this additional duty?

11         A.  Yes, sir.

12         Q.  Did you make more money for this

13  additional duty?

14         A.  No, sir.

15         Q.  Did you ever ask for -- to make more

16  money because of this additional duty?

17         A.  No, sir.

18         Q.  Did this duty take a significant amount

19  of your time?

20         A.  No, sir.

21         Q.  Were you basically pinging Mauricio for

22  BitCoin payments and then distributing --

23  distributing them to the people who had called for

24  payment?

25         A.  Yeah, based on the data that customer

24

1  service gathered, yes.

2        Q.  How many hours a week would you estimate

3  that you spent doing this?

4        A.  Maybe two to three if Mauricio sent me

5  BitCoin.

6        Q.  And you said "if -- if Mauricio sent you

7  BitCoin."  What -- what do you mean by that?

8        A.  Per the requests, sir, on the text

9  messages.

10        Q.  So if he didn't send you the BitCoin,

11  would you spend less time on it?

12        A.  Yeah, I don't have anything to do.

13        Q.  Okay.  And did you find yourself having

14  to remind him a lot to keep sending you the BitCoin?

15        A.  Yes, sir.

16        Q.  Now, let's -- let's go back and talk

17  about what -- what you said about students calling

18  customer service.  Are these people who held

19  contracts with CFX?

20        A.  Yes, sir.

21        Q.  And did you have access to their

22  contracts?

23        A.  They would submit their contract to

24  customer service and then I would see it.

25        Q.  Okay.  How would they submit it

                                                    25

1    generally?

2         A.   Through text.

3         Q.   And then how would you receive it?

4         A.   Either through text, and then the --

5    there was -- there was also a system, I should say

6    so, a Salesforce.  Salesforce was used for that, too.

7         Q.   Describe the Salesforce system.

8         A.   It's a customer management tool, sir.

9         Q.   Okay.  Software -- a piece of software?

10        A.   Yes, sir.

11        Q.   Okay.  Does -- does a contract holder

12   with CFX know that they're interacting with

13   Salesforce?

14        A.   No, sir.

15        Q.   Okay.  If someone who's holding a

16   contract with CFX is asking for payment, does someone

17   at CFX have to enter that request into Salesforce?

18        A.   Yes, sir.

19        Q.   Okay.  And who would that be?

20        A.   Customer service, and then there was a

21   contract filing team.

22        Q.   Okay.  Who were the people who worked in

23   customer service?

24        A.   There was -- there was Olegario Munoz.

25        Q.   Can you spell that to the best of your

26

1 ability.

2        A.  O-L-E-G-A-R-I-O; and then Munoz,

3 M-U-N-O-Z.

4        Q.  Okay.  Who else?

5        A.  Alejandra S-A-N-E-Z, I believe.  I don't

6 know how to spell her last name.  And then her -- her

7 son Raul, the same last name.

8        Q.  Okay.

9        A.  And then Andrea Munoz as well.

10        Q.  Related to Olegario?

11        A.  Yes, sir.

12        Q.  How?

13        A.  Niece.  And then there were some -- there

14 was also another -- front end customer service people

15 that just answered general questions.

16        Q.  And who were they?

17        A.  Alex Lemus, and I don't know how to spell

18 their last names exactly correctly either, L-E-M-O-S

19 (sic).  Jonathan, I don't remember his last name.

20 Eddie, E-D-D-I-E; Carmona C-A-R-M-O-N-A.  There was

21 one more person I'm trying to recollect.  There was

22 one more girl.  I can't remember her name at this

23 time.

24        Q.  Okay.  Were all of these people that you

25 just listed people who worked at the Blalock

                                                    27

1  location?

2         A.  Yes, sir.

3         Q.  Did you have any experience with the City

4  Center location of CFX?

5         A.  No, sir, not at all.

6         Q.  Okay.  So you -- you're telling me that

7  students would call customer service for payout and

8  you said that you would see the contracts that

9  they're talking about, right?

10         A.  Yes.

11         Q.  And these are -- are contracts in which

12  students have invested money; is that right?

13         A.  That they purchased their student

14  membership.

15         Q.  Purchased a student membership.

16             So, in your words, tell me what the

17  student membership gets you at CFX.

18         A.  The learning curriculum or the access to

19  the classes, and then they do get like a return on

20  their purchase of 15 percent a month.

21         Q.  Okay.  So if I invested $5,000 as a

22  student member of CFX, I would have access to

23  classes?

24         A.  Yes, sir.

25         Q.  And they would be in person at Blalock?

28

1          A.   Both in person and -- and streamed.

2          Q.   Okay.   Streamed on Zoom?

3          A.   Yes, sir.

4          Q.   And you taught these classes?

5          A.   I was one of the teachers, sir.

6          Q.   Okay.   How many total teachers were

7    there?

8          A.   There was me.   Eddie was also a teacher.

9    There was another teacher called -- his name is Juan

10   Puac.   There was another guy that worked at CFX.   His

11   name was Marco, and I believe he also taught

12   technical fundamentals; and then there were previous

13   teachers before me, sir.

14         Q.   Okay.   And then aside from the classes,

15   tell me about the -- what I can expect with my $5,000

16   payment as a CFX Academy member.

17         A.   They would payout on a three-month basis,

18   sir.

19         Q.   And what would they pay out?

20         A.   The 15 percent that was incurred.

21         Q.   Okay.   Compounded monthly?

22         A.   Yes, sir, it was on a monthly basis.

23         Q.   Okay.   So if I invest my $5,000, after

24   one month, I would have earned 15 percent on that

25   5,000; is that right?

                                                        29

1          A.  Yes, sir.

2          Q.  But I don't have access to it until month

3  three?

4          A.  Yes, sir.

5          Q.  Okay.  And that's -- that's something

6  that people typically agreed to in the contract?

7          A.  Yes, sir.

8          Q.  Okay.  And then after month two, now I

9  have 15 percent of that $5,000, plus the 15 percent

10  that I earned in the first month?

11          A.  Oh, no, sir.

12          Q.  Oh, okay.  So how does the math work?

13          A.  15 from the five.

14          Q.  Okay.  So month one, 5,000 times

15  15 percent; month two, 5,000 times 15 percent; and

16  the same for month three?

17          A.  Yes, sir.

18          Q.  Okay.  And then at month three, if I have

19  chosen the three-month option, can I pull my money

20  out?

21          A.  Yes, sir.

22          Q.  Okay.  And I could choose to have that

23  paid in BitCoin?

24          A.  Yes, sir.

25          Q.  Okay.  How would I tell people that I

                                                        30

1    want it in BitCoin?

2            A.   You call the customer service line, sir.

3            Q.   Okay.  And that's when it would come to

4    you?

5            A.   Yes.

6            Q.   Okay.  Was there anybody else that you

7    know of who was involved in getting the BitCoin to

8    the student investors?

9            A.   No, sir.

10           Q.   Okay.  Just you?

11           A.   From what Mauricio had to give to me,

12   sir.

13           Q.   Okay.  You're unaware of Mauricio giving

14   BitCoin to anybody else to get them to cust -- to get

15   it to customers?

16           A.   Yes, sir.  He used to do it directly

17   himself.

18           Q.   Okay.  Who handled the BitCoin at CFX

19   other than you and Mauricio?

20           A.   Just Mauricio.

21           Q.   Okay.  So when -- when student investors

22   made a request to be paid in BitCoin, would -- would

23   they give you a wallet that BitCoin could be

24   transferred to?

25           A.   They would give customer service a

                                                          31

1   wallet, sir.

2          Q.   Okay.  And that information came to you

3   in your role helping Mauricio?

4          A.   Yes, if he asked me to.

5          Q.   With that information about the wallet,

6   once Mauricio gave you access to the BitCoin, would

7   you be able to conclude that transaction?

8          A.   Once he sent the BitCoin from the main --

9   his wallet to just the temporary wallet that was

10  used, which when we had the BitCoin that he sent

11  over, then that wallet, which is I guess you could

12  call it a child wallet, would just send it to the

13  adequate student.

14         Q.   Help me understand those terms as

15  somebody who's -- who's not too hip with -- with

16  crypto terms.  Did you call it a "child wallet"?

17         A.   I'm making up that term just to kind of

18  help illustrate the -- the process, sir.

19         Q.   Okay.

20         A.   Mauricio was the owner of that, if you

21  will, and so I don't -- I did not have access to

22  BitCoin other than what he authorized to send me; and

23  so then that will get distributed to the student.

24         Q.   So when we look at the entry on 5/23 on

25  Exhibit 31 --

                                                          32

1          A.   Uh-huh.

2          Q.   -- can you explain what that string of

3  characters and numbers is?

4          A.   That's a BitCoin wallet, sir.

5          Q.   And whose BitCoin wallet is that?

6          A.   That's the child's wallet, the one that

7  was created temporarily to distribute back to the

8  student.

9          Q.   Who created that?

10          A.   That was one that I created that was --

11  it doesn't hold anything other than what Mauricio

12  sends.

13          Q.   Okay.  So if there was ever any BitCoin

14  going through this wallet ending in PGR --

15          A.   Uh-huh.

16          Q.   -- that came from Mauricio Chavez --

17          A.   Yes, sir.

18          Q.   -- at your request?

19          A.   From the student's request, sir.

20          Q.   But the student request didn't go

21  straight to Mauricio; is that right?

22          A.   No, sir.

23          Q.   They came through you to Mauricio?

24          A.   Through the customer service, and then

25  based on what the customer service info was gathered,

                                                        33

1  then that amount is specifically stated in the

2  messages.

3          Q.  Okay.  Now, let's go down to the very

4  bottom entry on that first page of Exhibit 31.

5          A.  Uh-huh.

6          Q.  Do you see where it says, "Hi, Brother,

7  good morning.  For the BitCoin payment, can you send

8  me two Bits to continue to pay out folks?  We have

9  about 30 plus people awaiting payments."

10          A.  Yes, sir.

11          Q.  And this is 30 plus people awaiting

12  payments who have asked to be paid in BitCoin on CFX

13  contracts; is that right?

14          A.  Correct, sir.

15          Q.  Now, when you were talking earlier about

16  what being a student investor/contract holder at CFX

17  entitled you to, you talked about the classes, you

18  talked about the payments; is that right?

19          A.  Yes, sir.

20          Q.  Does it entitle you to anything else?

21          A.  I mean, if the -- there was an event

22  held, then they could go to the event, but just

23  mainly the classes and the streams.

24          Q.  Now, at some point, you know, people

25  started learning about this lawsuit, right?

                                                    34

1          A.   I mean, after October when everything was

2   published.

3          Q.   Okay.  And you were aware of

4   conversations happening in the CFX community about --

5   about what would happen with CFX?

6          A.   Previous to October?

7          Q.   I'm asking you after people learned about

8   our lawsuit.

9          A.   After October, everything that was

10  published, that's when everybody found out.

11         Q.   Okay.  And were people discussing, you

12  know, what might happen with CFX?

13         A.   The -- you can see the conversations on

14  the -- one of the WhatsApp chats that was provided,

15  sir.

16         Q.   And I'm just asking about your personal

17  knowledge.  Are you aware of the chatter coming from

18  the CFX student investor community?

19         A.   Based on what's in the chat, sir, in the

20  English chat that was provided.

21         Q.   Your chat was the only access you had to

22  CFX investors?

23         A.   There was other chats, sir.

24         Q.   Okay.

25         A.   There were -- I don't even know how many.

1          Q.  In general, were people more concerned

2     about the classes continuing or the money getting

3     paid back?

4          A.  Some people were concerned about the --

5     the classes, and then some people obviously wanted

6     their -- their money back.

7          Q.  Can you -- can you say what people were

8     more concerned about?

9          A.  I mean, after this was published, it is

10    evident that people wanted their -- their student

11    membership back.

12         Q.  And what do you mean by "student

13    membership"?

14         A.  So whatever they purchased, so like the

15    5,000, they wanted it back.

16         Q.  They wanted their money back?

17         A.  Yes, sir.

18         Q.  Okay.  Looking at that last entry, just

19    to help me understand the way you would talk to

20    Mauricio, you're asking him for a specific number of

21    BitCoin here, right?

22         A.  Yes, sir.

23         Q.  And BitCoin -- at this time in early June

24    of 2022, was a BitCoin worth about $30,000?

25         A.  I don't remember, sir.

                                                    36

1      Q.  Okay.  But is it fair to say that the

2  price of BitCoin in relation to U.S. dollars would

3  fluctuate over time?

4      A.  Yes, sir.

5      Q.  Okay.  And so when you're asking him for

6  two BitCoin on July 2nd, is it fair to say that you

7  knew how many U.S. dollars that represented?

8      A.  Yes, sir, based on the day.

9      Q.  Based on the daily price of --

10      A.  Yes.

11      Q.  -- BitCoin?

12      A.  Yes, sir.

13      Q.  Okay.  And you had probably done the

14  calculation to know that whatever number of dollars

15  that two BitCoin represented, that would be enough to

16  make the payments that you needed to make?

17      A.  Exactly, sir.

18      Q.  And you know, if BitCoin dropped in, you

19  know, U.S. dollar price over the next month, as it

20  did, you would make that adjustment in your head if

21  you're asking for a specific number of BitCoin?

22      A.  If I was asking on a different date?

23      Q.  Yes.

24      A.  Yes, sir.

25      Q.  Let's turn to the next page.  And just

                                                    37

1  for reference as we work through this document,

2  there's a number on the lower right side we'll call a

3  Bates number, and I'll just say this one is 157.

4          MR. PATEL:  (Indicates.)

5          THE WITNESS:  Oh, perfect.  Thank you,

6  sir.

7          Q.  (BY MR. GULDE)  So when I direct you to

8  certain pages, I will use that number, okay?

9          A.  Uh-huh.

10          Q.  And so looking five entries down,

11  Mauricio is responding to you and he's saying "Hey,

12  Bro, I sent you, $40,000 for BitCoin payment."

13          Do you see that?

14          A.  Yes, sir.

15          Q.  Now, he says "$40,000," he doesn't say

16  "two BitCoin"?

17          A.  Uh-huh.

18          Q.  So what did he do there?

19          A.  I mean, we would have to look at the

20  price of the date, and I don't remember how much it

21  is; but he's basically just telling me that he's

22  sending BitCoin, but instead of translating it to

23  BitCoin, he just translated it to dollars.

24          Q.  This would be some -- if he had literally

25  sent you $40,000' worth of BitCoin, that would be,

                                                    38

1   you know, presumably 1. some string of decimals in

2   BitCoin, right?

3           A.  If you make the conversion on that date,

4   then it would be whatever the conversion is.

5           Q.  Now, assuming it was 30-something,

6   assuming that one BitCoin is worth $30,000 --

7           A.  Uh-huh.

8           Q.  -- so would it be -- would it have been

9   standard for you to receive some decimal amount of

10  BitCoin from Mauricio?

11          A.  Yes, sir.

12          Q.  And would you -- like, could you trust

13  his statement here of $40,000 -- that -- that he sent

14  you $40,000 worth of BitCoin?

15          A.  Yes, sir, it's all knowledge in the -- on

16  the blockchain.

17          Q.  I guess what I'm asking is:  How loose is

18  he with language, is he estimating here, or would you

19  find him to speak pretty precisely?

20          A.  He would speak precisely.

21          Q.  Okay.  So if he says, "I sent you

22  40,000," you would go check, and sure enough, there's

23  $40,000 worth of BitCoin?

24          A.  Sure.

25          Q.  And that was the case throughout your

                                                      39

1    interaction with him?

2         A.  Yes, sir.

3         Q.  Okay.  Now, in the next line, you thank

4    him and you note that you received them and then say

5    you'll be sending out the urgent payments now.

6              Do you see that?

7         A.  Yes, sir.

8         Q.  Now, what would make any payment more or

9    less urgent?

10         A.  Depending on the date the request was

11   received, sir.

12         Q.  And does that have any relation to the --

13   the payout date that's on the contract?

14         A.  Yes, it could.  So if a contract was very

15   past due and they have been calling for a while and

16   it hasn't been taken care of because there was no

17   BitCoin to get paid out, then that's urgent, right?

18         Q.  Okay.  That makes sense from a customer

19   service perspective --

20         A.  Yeah.

21         Q.  -- to handle the people who have been

22   barking the longest, right?

23         A.  (Nods).

24         Q.  So you said something about there --

25   there not being enough BitCoin.  What do you mean by

                                                    40

1    that?

2         A.  Again, sir, I don't control the BitCoin

3    that's available.  So if there is more requests, then

4    I can only make the request and just sit there until

5    it's received.

6         Q.  So when you said, you know, "there's not

7    enough BitCoin available," you're talking about

8    Mauricio has not sent over the BitCoin yet?

9         A.  Precisely.

10        Q.  Okay.  So we'll keep -- keep going to the

11   next line.  There's a request in Spanish -- or a

12   statement in Spanish from Mauricio.  Could you

13   translate that for us?

14        A.  Which line, sir?

15        Q.  6/3 at 3:20.

16        A.  Oh, that is a forwarded message, sir,

17   from -- that he received directly.  So it's saying,

18   "Good afternoon, my name is Abraham Benitez.  I am

19   calling because I have not received a $6,522 from

20   April 20th.  Please, you know, I'm looking for

21   assistance."

22        Q.  Now, do you know why Mauricio would have

23   received this request outside of the customer service

24   procedure that you outlined for us?

25        A.  A lot of people had his personal number,

                                                      41

1   sir.

2        Q.   Is this something that would have

3   surprised you that somebody reached out like this to

4   Mauricio?

5        A.   No, sir.

6        Q.   Okay.  And a couple of lines down, he

7   asks, "Do you have this one for payment?"  Do you

8   think that means Abraham Benitez?

9        A.   That means has he called customer service

10  and has it been tracked appropriately.

11       Q.   Okay.  Got you.  So when he says, "Do you

12  have this one for payment," he's effectively asking,

13  is he in the system, in the line getting ready for

14  payout; is that right?

15       A.   Correct, sir.

16       Q.   Okay.  And you tell him you'll check,

17  right?

18       A.   Uh-huh.

19       Q.   And then you tell Mauricio that you found

20  Mr. Benitez and that you can pay him in a short bit;

21  is that right?

22       A.   Yes, sir.

23       Q.   And you tell Mauricio effectively, "After

24  I pay Mr. Benitez, I will only have $2,000 of BitCoin

25  left;" is that right?

                                                    42

 1          A.  Yes, sir.

 2          Q.  And just to make sure I understand the

 3  jargon, you're saying, "I will only have $2,000

 4  United States dollars' worth of BitCoin left;" is

 5  that right?

 6          A.  That's correct, sir.

 7          Q.  And you're asking Mauricio to send you

 8  some more to keep paying other people, right?

 9          A.  Correct.

10          Q.  Okay.  Now, down at the bottom of this

11  page, three from the bottom, there's a comment from

12  you that says, "We have these remaining now for the

13  month of April.  I have paid out the above but will

14  need another 44,000 to complete the rest."

15          Do you see that?

16          A.  Yes, sir.

17          Q.  So, I mean, it's June 3rd when you're

18  sending this.  Is it -- is it common for there to

19  be -- was it common for there to be unpaid requests

20  from April and June?

21          A.  So customers would call from any time

22  period.  Some customers wouldn't call for months, and

23  then that would have to be backtracked.  So whatever

24  customers were needed to be backtracked from April,

25  that's what this is explaining.

                                                        43

1    250 each?

2          A.   That was guidance, sir.

3          Q.   Guidance from Mauricio?

4          A.   Yes, sir.

5          Q.   Okay.  Who decided that VIP tickets would

6    be $500?

7          A.   That was discussed with him as well.

8          Q.   With Mauricio?

9          A.   Yes, sir.

10         Q.   And who had the final say on gala

11   planning?

12         A.   Mauricio, sir.

13         Q.   Okay.  If -- if you wanted to include a

14   key chain in the swag bag, would you have asked

15   Mauricio?

16         A.   No, sir, just -- that was -- that came

17   through the -- the team, from like Carlos, Henry, and

18   I, sir.

19         Q.   Okay.  So the team decided what's in the

20   swag back?

21         A.   Yes, sir.

22         Q.   Anything else that you guys had

23   discretion in terms of the gala?

24         A.   On the larger aspect, for example, we

25   brought in a motivational speaker.  His name was

                                                        57

1    Ruben Gonzalez.  He was an Olympian.  And those --

2    those things were covered with Mauricio, sir.

3           Q.  You guys found him but Mauricio okayed

4    it?

5           A.  Yes, sir.

6           Q.  What was Ruben Gonzalez's event in the

7    Olympics, do you remember?

8           A.  What did he do?

9           Q.  Yeah.

10          A.  Oh, he did the -- where you -- the ice --

11          Q.  Luge?

12          A.  Is it a luge?  I don't know he --

13          Q.  Like a one-man bobsled?

14          A.  Yeah, yeah.  And he was a gold medalist.

15          Q.  And so what was his fee?

16          A.  $5,000, if I recall correctly, sir.

17          Q.  What was the total gala cost?

18          A.  I don't recall, sir.

19          Q.  You don't remember what your budget was?

20          A.  No, sir.

21          Q.  Do you know how many people attended?

22          A.  Yes, sir.  There was supposed to be only

23   300 tickets sold, but people swapped their -- there

24   was a lanyard that was used as a ticket and people

25   were swapping it in and out and bringing additional

                                                      58

 1   people in, and it turned -- I don't know, there was

 2   probably way over 300, maybe 400, maybe more.

 3          Q.   What day was this?

 4          A.   August 19th.

 5          Q.   Of 2022?

 6          A.   2022, yes, sir.

 7          Q.   And Royal Sonesta's in Houston?

 8          A.   Yes, sir.

 9          Q.   How long did this event last?

10          A.   It was a three-hour conference, which

11   included the motivational speaker; it also included

12   the panel from 79 Protons; and then it included

13   Mauricio speaking to the audience; and then there was

14   cocktail happy hour socializing afterwards.

15          Q.   Who was on the 79 Proton's panel?

16          A.   The CEO and the --

17          Q.   Did you say CEO?

18          A.   Yeah, the CEO -- and his partner, and

19   they brought in a speaker on their behalf as well,

20   sir.

21          Q.   What are -- what is the name of the CEO

22   of 79 Proton?

23          A.   Marvin Bunnell.  B-U I believe it's

24   N-N-E-L-L.

25          Q.   And his partner?

                                                            59

```
 1          A.   Yes, Sergio Aleman.

 2          Q.   A-L-L-E-M-A-N?

 3          A.   B-U-N-N-E-L-L, Bunnell.

 4          Q.   That's Marvin?

 5          A.   Yes.

 6          Q.   And then Sergio's last name?

 7          A.   Aleman, A-L-M-E-A-N (sic), yes.  Like

 8  Germany in Spanish.

 9          Q.   And then a third person, who was that by

10  name?

11          A.   I don't recall his name, sir.

12          Q.   Okay.  But he was a motivational speaker

13  as well?

14          A.   You could say he was a motivational

15  speaker.

16          Q.   Why -- why could you say he was a

17  motivational speaker?

18          A.   Because he was very hyped and making

19  jokes.

20          Q.   He's a rah-rah guy?

21          A.   I don't understand, sir.

22          Q.   Somebody who's going to hype the crowd

23  up?

24          A.   Oh, yes, sir.

25          Q.   Other than the 79 Proton's panel and
```

                                                    60

1    Mauricio speaking, what else happened at the gala?

2         A.   The Argentinian Olympian, sir.

3         Q.   Okay.  And that's Ruben Gonzalez?

4         A.   Yes, sir.

5         Q.   And then other than that?

6         A.   Just the cocktail happy hour networking

7    event.

8         Q.   Was there a meal served?

9         A.   Yeah, there was -- I don't know what

10   they're called.  When they pass around and they have

11   trays and people pick from them.

12        Q.   Hors d'oeuvres?

13        A.   Yes, sir.

14        Q.   Okay.  Did you -- did the planning

15   committee pick the hors d'oeuvres or did Mauricio?

16        A.   No, the planning committee, sir.

17        Q.   Did Mauricio get to veto any

18   hors d'oeuvre picks?

19        A.   No, sir.

20        Q.   All right.

21        A.   It was based on what availability they

22   had, sir, at the hotel.

23        Q.   Did you speak at this event?

24        A.   Just an introduction, sir.  Carlos and I

25   spoke in the introduction.

                                                        61

1          Q.   And what -- what did you say?

2          A.   I was the greeter, sir.

3          Q.   What did you say?

4          A.   So we thanked everybody for coming in.

5     We told them we had a special night, and we hinted

6     that we were going to be presenting someone in the

7     crypto space, sir.

8          Q.   That you were going to be presenting

9     someone in the crypto space --

10         A.   Yes, sir.

11         Q.   -- is that what you said?

12         A.   79 Protons, sir.

13         Q.   Oh, okay.

14         A.   Yes, sir.

15         Q.   And what was the gist of the 79 Proton's

16    package?

17         A.   They were presenting their NFT, sir.

18         Q.   And can you -- can you tell us what they

19    presented about their NFT?

20         A.   So they were presenting the first

21    gold-backed NFT and how they were associated with a

22    gold -- I am trying to look for the right word --

23    producer, so someone that produced gold from scratch

24    or a process.

25         Q.   They mine it from the ground?

                                                        62

1        A.  Yes, sir, mining.  There we go.

2        Q.  Okay.  And --

3        A.  And --

4        Q.  -- and you say they were associated with

5    a mining operation?

6        A.  Yes, sir.

7        Q.  And what's the name of that mining

8    operation?

9        A.  I don't recall, sir.

10       Q.  Okay.  So they're the first gold-backed

11   NFT, they're associated with a mining operation, and

12   what else?

13       A.  And their plan to build a Metaverse,

14   which included a gold castle in a virtual world.

15       Q.  And what does that mean to the laymen

16   that a gold castle is coming to the virtual world?

17       A.  So just like the Oculus Quest where you

18   put your goggles and you see a hole in a virtual

19   reality or a virtual world that it is part of the

20   Metaverse, which is part of the Web3, which is just

21   an entire world that you submerge into virtually.

22       Q.  And among the three to 400 people who are

23   attending here, do you know how many were CFX

24   contract holders?

25       A.  All of them, sir.

                                                      63

1          Q.   Everybody in that room is a CFX contract

2    holder?

3          A.   Except the invitees.

4          Q.   Okay.  Were there any people giving

5    testimonies about how much they had made with CFX?

6          A.   No, sir.

7          Q.   Were you at events where such testimonies

8    were given?

9          A.   There were -- I was invited to Chicago

10   events where that would occur, sir.

11         Q.   And what would people giving their

12   testimonies at events like the Chicago events say?

13         A.   Basically that CFX changed their life.

14         Q.   How?

15         A.   Because they were able to quit their jobs

16   or they were able to pay for their medical bills.

17   There was one lady who had a daughter who had cancer

18   and there was a donation for her.

19         Q.   There was a donation from CFX outside of

20   her contract?

21         A.   No, as in like a community, like

22   fundraising.

23              MR. PATEL:  Matt, just --

24              MR. GULDE:  Feel free.

25              MR. PATEL:  Just Matt's question was

                                                              64

1   about people talking about their experience with CFX

2   and how it made them money.  Is that separate than

3   this donation piece?

4           THE WITNESS:  Oh, 100 percent separate,

5   sir, yeah.

6           Q.  (BY MR. GULDE)  I'm curious about the

7   donation piece, too.  How -- how do you know -- if

8   you know, how -- how did the CFX community of

9   investor -- investors learn about this woman's

10  medical issue?

11          A.  Whoever the -- coordinated the Chicago

12  event were the ones that presented her story, sir,

13  and ask if anybody wanted to donate.

14          Q.  Were you there in person when this story

15  was presented?

16          A.  Yes, sir.

17          Q.  And did you observe people donating?

18          A.  No, sir.

19          Q.  Okay.  Do you know what form they donated

20  money in?

21          A.  No, sir.

22          Q.  Do you know if they donated money?

23          A.  No, sir.

24          Q.  Okay.  Did you ever hear from this woman

25  again?

                                                    65

1          A.   No, sir.

2          Q.   Did you ever hear anybody talking about

3     this woman again?

4          A.   No, sir.

5          Q.   But what I'm -- what I'm hearing from you

6     is that it would not be uncommon for people to stand

7     up at the Chicago events and give testimony about how

8     the payments from CFX changed their life?

9          A.   Correct, sir.

10         Q.   Would people in the crowd at these events

11    be prospective CFX contract holders?

12         A.   I'm not sure, sir.

13         Q.   Do you know who was in the crowd at these

14    events?

15         A.   No, sir.

16         Q.   Do you know who set up these events?

17         A.   No, sir.  I know who invited me.

18         Q.   Who invited you?

19         A.   Ismael Sanchez.

20         Q.   How many of these events did you attend?

21         A.   I attended one in April.  They were

22    typically held at the end of the month.  I attended

23    one in May, I believe, and then I attended one in

24    September.

25         Q.   Do you think those three are the only

                                                      66

```
 1  time you ever attended a Chicago event for CFX?

 2          A.  I can't remember if I attended in August

 3  or not.

 4          Q.  Let's keep going from Exhibit 31.  Turn

 5  to page 164.  A little less than halfway down the

 6  page, you're asking Mauricio, "Are you still good for

 7  me to meet with Eric about Salesforce?"

 8          A.  Oh, yes, sir.

 9          Q.  Who's Eric?

10          A.  That is his brother-in-law.

11          Q.  What is Eric's full name?

12          A.  I believe it's Gonzalez.

13          Q.  And you believe that Eric is Mauricio's

14  brother-in-law?

15          A.  Yes, sir.

16          Q.  Because he's married to Mauricio's

17  sister?

18          A.  Yes, sir.

19          Q.  And what's Mauricio's sister's name?

20          A.  I don't know.  Actually, first name

21  Carla.

22          Q.  Did Eric work at Blalock?

23          A.  No, sir.

24          Q.  Okay.  What would you meet with Eric

25  about Salesforce for?
```

                                                      67

1          A.  So Mauricio asked me to -- Eric was

2   building a new Salesforce system, sir, and Mauricio

3   asked me to see why it was taking so long to build.

4          Q.  Is Eric a computer programmer?

5          A.  Yes, sir.

6          Q.  And help me understand.  Salesforce is a

7   proprietary software package, right?

8          A.  It can be customized, sir.

9          Q.  Okay.  Was Eric customizing Salesforce

10  for use by CFX?

11         A.  Yes.  He was developing the Salesforce

12  system --

13         Q.  Okay.

14         A.  -- based on Mauricio's ask.

15         Q.  Okay.  And why were you meeting with

16  Eric?

17         A.  Because Mauricio asked me to, sir.

18         Q.  What -- what did Mauricio ask you to do

19  with Eric in Salesforce?

20         A.  By the time he asked me for this, he said

21  that he had been doing it for a long time and that he

22  was wondering why.

23         Q.  Okay.  So he's asking you to give Eric a

24  kick in the pants?

25         A.  He's asking me to see why -- what's

                                                           68

1  the -- what's the progress behind it.

2          Q.  Okay.  Are you -- do you have computer

3  programming background?

4          A.  I have an information systems background.

5          Q.  Okay.  Do you feel qualified to

6  understand what amount of progress Eric has made and

7  what might be taking him so long?

8          A.  Yes, sir.

9          Q.  Okay.  And you told Mauricio that?

10         A.  Yes, sir.  He did not understand.

11         Q.  Mauricio did not understand?

12         A.  (Shakes head).

13         Q.  Did Mauricio understand computer programs

14  in general?

15         A.  I don't think so.

16              MR. PATEL:  When you get to a good spot.

17              MR. GULDE:  We're at a good spot.  Yeah,

18  we can take a break.

19              Let's go off the record.

20              THE VIDEOGRAPHER:  Off the record at

21  10:29 a.m.  Ending tape one.

22                    (Recess taken)

23              THE VIDEOGRAPHER:  Back on the record

24  10:41 a.m.  Beginning tape two.

25         Q.  (BY MR. GULDE)  Mr. Taffinder, we were

                                                    69

1   just talking about Eric Gonzalez's efforts with

2   Salesforce.  Do you remember that?

3          A.  Yes, sir.

4          Q.  Did you end up meeting with Eric?

5          A.  I did, sir.

6          Q.  And what came of that meeting or any

7   meetings that followed?

8          A.  He was very confused on the guidance that

9   he was given from Mauricio.

10         Q.  Okay.  What was he confused about if you

11  can remember?

12         A.  The system.  There seemed to be

13  conflicting information that was told to him on

14  different occasions and so he had to redevelop things

15  a few times.

16         Q.  Do you remember, like, what the

17  conflicting information was?

18         A.  The automation and the -- what fields

19  should be present on the system, like what

20  information should be present on the system.

21         Q.  And when you say "fields," you mean

22  spaces for information to be input, correct?

23         A.  Correct.

24         Q.  Okay.  And Mauricio had feelings about

25  that and had communicated them to Eric?

1          Q.  And so that -- that would be the date

2    that the student investor called CFX customer

3    service?

4          A.  Yes, sir.

5          Q.  Okay.  And the next column is a BitCoin

6    amount?

7          A.  Yeah, translated in dollars.

8          Q.  Okay.  And so if we used the dollars

9    there, we don't have to worry about any -- any daily

10   conversion to BitCoin.  That's just the amount of

11   U.S. dollars that these people are expecting?

12         A.  No.  You have to convert it to BitCoin on

13   that date.

14         Q.  On the date of payment?

15         A.  Yes, sir.

16         Q.  On whatever date that Mauricio gets you

17   the BitCoin and you're able to turn it around and

18   send it to the investors --

19         A.  Yes, sir.

20         Q.  -- that's when you would do the

21   conversion?

22              For example, on this first one you would

23   say, okay, what -- how many BitCoin's $4,500?

24         A.  Yes, sir.

25         Q.  And you would send that amount to

                                                      97

1    Ms. Ordonez?

2         A.  Yes, sir.

3         Q.  To the -- and that's her telephone number

4    in the next one?

5         A.  Yes, sir.

6         Q.  And then the next one is the wallet that

7    belongs to the investor?

8         A.  Yes, sir.

9         Q.  Okay.  So you would get the BitCoin from

10   Mauricio and convert 4,500 of U.S. dollars to BitCoin

11   on whatever day the payment's going to be made, and

12   you would send it from your wallet that we have

13   discussed to the wallets in the wallet column here;

14   is that right?

15        A.  Yes, sir.

16        Q.  And then "ciudad," what is that?

17        A.  Where they're calling from.

18        Q.  Does that have anything to do with where

19   their contract was executed?

20        A.  It could be, but it's typically where

21   they're from.

22        Q.  Is it where they reside when they're

23   asking for payment?

24        A.  Yes, sir.

25        Q.  Okay.  Is that information that customer

98

1  service would collect when the call came in?

2       A.  That was -- yes, sir, it was collected

3  from -- from customer service.

4       Q.  And a lot of these are empty, as you'll

5  notice on the September page.  So was it important

6  information?

7       A.  No.  It was just -- if I recall

8  correctly, it was in the previous template, sir.  So

9  it was just kept.

10       Q.  And then the next column says -- it says

11  "false," but then it's populated by a bunch of falses

12  and a few truths.  So what is that?

13       A.  So upon download, I think there must have

14  been a glitch, but there should be a checkmark

15  that -- there that represents paid.  So if you would

16  see "true," then it should -- it should have a

17  checkmark and which would have resembled that it's

18  been paid.

19       Q.  Okay.  So we'll -- we'll confirm and do

20  some -- and do some talking about that logistically

21  to make sure we understand.

22           But -- but as you're -- as you're looking

23  at this right now, you think that column that's

24  currently labeled "false" is the "paid yes or no"

25  column?

99

1         A.  Yes, exactly.

2         Q.  Okay.

3         A.  So in programming, a check represents a

4    true and a no represents a false.

5         Q.  Okay.  So the ones we're seeing as

6    "true," you believe that those represent people who

7    have been paid?

8         A.  Correct, yes, sir.

9         Q.  Okay.  And the next column, please

10   translate that for us.

11        A.  Date of payment.

12        Q.  Okay.  Now, the first column also says

13   "date of payment," but you understand that to --

14        A.  Oh, the second one is like when it

15   actually was paid.

16        Q.  Yeah, okay.

17        A.  Yeah.

18        Q.  And when I said the "first column," it

19   was first until I scrolled over.  It's actually

20   the -- column C is another date of payment, but

21   that's the day that their contract payment became

22   due, and then you're telling me that the dates that

23   reside in column J are the dates that money was

24   actually paid to these student investors?

25        A.  Yes, sir.

                                                    100

1        Q.   Okay.   So if a -- if it's blank, is that

2   typically associated with -- with a "false" or a "no"

3   check?

4        A.   It either means that it hasn't been fully

5   paid out or that -- yeah, that it hasn't been paid

6   out.

7        Q.   Okay.   And would customer service fill in

8   the checkmarks and the dates of payment?

9        A.   They would help, yes, sir.   Some I would

10  fill out myself whenever I -- I did the tento (ph)

11  transaction, and for all the transactions that were

12  finalized, there is a transaction I.D. that should be

13  present on the left.

14       Q.   Yeah, is that column L?

15       A.   Yes, sir.

16       Q.   Okay.   And is that a feature of BitCoin

17  transactions such that any payment of BitCoin is

18  assigned an identification?

19       A.   That's like a receipt from the

20  blockchain, yes.

21       Q.   Okay.   So using that I.D. -- transaction

22  I.D., you could find it on the -- on the blockchain?

23       A.   Yes, sir.   It's public information.

24       Q.   Okay.   Is that the easiest way to find it

25  on the blockchain is to have that I.D.?

                                                          101

1          A.   Yes, sir.

2          Q.   Are there other ways?

3          A.   I don't think so, sir.

4               MR. PATEL:  Can you pull up history --

5     can you pull up history by an address?

6               THE WITNESS:  You can -- if you have the

7     BitCoin address, you can pull up the history, too.

8               Q. (BY MR. GULDE)  And you see every single

9     transaction that had been made into or out of a

10    specific wallet?

11         A.   Yes, sir.

12         Q.   And so that would include these -- this

13    information that we're seeing in column L, but just

14    all -- all such transactions --

15         A.   Yes, sir --

16         Q.   -- in a wallet?

17         A.   -- it should all be there.

18         Q.   Okay.

19         A.   Yeah, that's correct.

20         Q.   Okay.  Where did this spreadsheet in

21    Exhibit 32 reside in the CFX system?

22         A.   Google Drive, sir.

23         Q.   Google Drive?

24         A.   Yes.

25         Q.   Okay.  And whose Google account was that

                                                    102

1   associated with?

2        A.   The entire customer service team and

3   obviously my e-mail, sir; and the accounting team

4   also had access to it, sir.

5        Q.   Okay.  Does it still exist?

6        A.   Yes, sir.

7        Q.   Have you seen it recently?

8        A.   This is the copy, sir.

9        Q.   You pulled this straight off of the

10  Google Drive?

11       A.   Yes, sir.

12            MR. PATEL:  Just so the record's clear,

13  is it a Google Drive or is this a Google document

14  that people have access to?

15            THE WITNESS:  Oh, I'm sorry, it is a

16  Google sheet.

17            Q. (BY MR. GULDE)  Okay.  As I understand

18  the -- when I think of Google Drive, I'm thinking

19  of -- I'm thinking of Google's umbrella that they put

20  over sheets and docs and whatever other apps that

21  Google offers.  Is that consistent with what you

22  think of?

23       A.   That is the same -- yeah, I am in line

24  with the Google Sheet.

25       Q.   Okay.  What day was it that you logged in

                                                    103

1   and pulled this off?

2          A.   It's Wednesday.  So Monday?

3               MR. GULDE:  Can we go off the record for

4   just a second?

5               THE VIDEOGRAPHER:  Off the record at

6   11:19 a.m.

7                    (Recess taken)

8               THE VIDEOGRAPHER:  Back on the record,

9   11:24 a.m.  Beginning tape three.

10          Q.   (BY MR. GULDE)  So as to this spreadsheet

11  in Exhibit 23, if we're looking at September 2002

12  (sic), there are a lot more that haven't been paid

13  than have been paid, right?

14          A.   I'm sorry, where are we at, sir?

15          Q.   If we're looking at the September tab on

16  Exhibit 32 --

17          A.   Uh-huh.

18          Q.   -- there are a lot more that have not

19  been paid than have been paid.

20          A.   In September, yes, sir, whatever is on

21  the sheet --

22          Q.   Okay.

23          A.   -- is accurate.

24          Q.   And is that the case because they just

25  haven't become -- the passage of time has not become

                                                    104

1  urgent enough to -- to get the BitCoin from Mauricio?

2          A.  It's whatever Mauricio wanted to provide

3  with -- to me, it's whatever could be paid out.

4          Q.  So if we're looking at the first green

5  row, that shows a date that was owing -- or an amount

6  that was owing on the 7th of September; is that

7  right?

8          A.  Uh-huh.

9          Q.  2700 bucks, and you have the wallet

10 information, and they have called customer service on

11 the day before it was -- it was in.

12         Do you know if you would have, before the

13 end of all things at CFX, spoken with Mauricio about

14 getting this one paid?

15         A.  I'm sorry, sir, can you repeat that

16 again?

17         Q.  Do you know if you would have spoken with

18 Mauricio about getting Jane Abril (ph) and Josinia

19 Van (ph) paid via BitCoin?

20         A.  If it's in -- wait, what date,

21 September -- September 7th?  If it's on the text

22 message, then that was my request; and if it doesn't

23 say "paid" there, then at the time I did not have any

24 funds to pay it.

25         Q.  But we wouldn't necessarily see those

105

1  names or any contract number in the text message,

2  right?

3          A.  No, sir.  No, there is -- there's a

4  document that is mentioned here that shows the

5  request amount that I would send him, and I needed

6  for him to see it so he could see the urgency.

7          Q.  And did that document reside in Google

8  Drive?

9          A.  Yeah, you guys can now have access to it.

10          Q.  And it is still there as far as you know?

11          A.  Yeah, everything should still be there.

12          Q.  Is that a running document that was

13  altered as you go or would there be a September

14  version of that document?

15          A.  There should be different iterations of

16  the document based on the dates of that document.

17          Q.  Okay.  Do you know anything about the

18  color codes on the rows here?

19          A.  Oh, that was customer service, sir.

20          Q.  Did they say anything to you?

21          A.  Those were the ones they would highlight

22  that would call very often, sir.

23          Q.  Okay.  Which --

24          A.  They're --

25          Q.  Do you know which color indicated more

106

1   urgency?

2          A.   There is no -- there's -- there's not a

3   color system, sir.   It was just they highlighted

4   them --

5          Q.   Oh, okay.

6          A.   -- different colors.

7          Q.   Okay.   So if you see color on one of

8   these, you can assume that's someone that customer

9   service gets calls from?

10         A.   Yes, sir.

11         Q.   Okay.  All right.   Let's -- let's move on

12  and go back to Exhibit 31.

13             MR. PATEL:   Before you do, there -- I

14  just wanted to point something out.

15             MR. GULDE:   Sure.

16             MR. PATEL:   Looking at the first column

17  in the name, there is reference to a name and a

18  number three.

19             THE WITNESS:   Uh-huh.

20             MR. PATEL:   We see that in sort of

21  various instances.   What does that reflect to your

22  understanding?

23             THE WITNESS:   Students had different

24  accounts there, sir.

25             Q.  (BY MR. GULDE)   Appreciate that.   Let's go

                                                      107

1    to page 168 of Exhibit 31.  Do you see about a little

2    less than halfway down there's a message from you to

3    Mauricio saying, "Hi, Brother.  Eduardo from L.A.

4    told me they gave 18 percent for BitCoin contracts."

5            A.  At 1:33:56 p.m., sir?

6            Q.  Yeah.

7            A.  Yes, sir.  What was the question?

8            Q.  Do you -- you see where -- where that is.

9    So you've confirmed that.

10           A.  Uh-huh.

11           Q.  Who is Estuardo?

12           A.  He is an L.A. leader, sir.

13           Q.  Okay.  And by "leader," what do you mean?

14           A.  So "leader" is where salespeople that

15   would have a lot of references, so they would sell a

16   lot of student packages, sir.  Some leaders had their

17   own office there.

18           Q.  I didn't understand that last part.

19               Some leaders have their own what?

20           A.  Office.

21           Q.  Office.  And so Estuardo is in L.A.?

22           A.  Yes, sir.

23           Q.  Do you know where the L.A. office is?

24           A.  I'm trying to recall.  I mean, I don't

25   know the exact address, sir.

                                                      108

1          Q.  Would you have the address anywhere in
2    your possession?
3          A.  I can -- I can look into that, sir.
4          Q.  Definitely relevant to -- to what we have
5    asked.  So if you have documents that show what the
6    address in L.A. is, please produce them.
7          A.  Of course.
8               (Information to be supplied)
9          Q.  (BY MR. GULDE)  Now, do you have a last
10   name for Estuardo?
11         A.  Colama.
12         Q.  Spell, please.
13         A.  And this may be spelled wrong, but it
14   should be C-O-L-A-M-A.
15         Q.  And what do you understand giving
16   18 percent for BitCoin contracts to mean?
17         A.  So I'm asking because at the time it
18   seemed like they were doing their own thing, sir.
19         Q.  And you want to make sure that Mauricio
20   has blessed whatever Estuardo is doing?
21         A.  Yes, sir.
22         Q.  So what did you understand them to be
23   doing?
24         A.  At the time, giving 18 percent on the
25   contract, sir.

109

1          Q.  Well, who -- giving 18 percent to whom?

2          A.  They're students, sir.

3          Q.  Okay.  So let's pick a hypothetical,

4   okay, and say that there is a $10,000 contract; and

5   so a student investor, how would that 18 percent be

6   relevant to the student investor?

7          A.  So 5,000, they would get 18 percent of

8   5,000 for month three or six.

9          Q.  Okay.  So the 18 percent that you're

10  describing here simply substitutes for the 15 percent

11  that we have been discussing, which was the

12  monthly --

13         A.  Correct.

14         Q.  -- proceeds to expect from your initial

15  investment; is that right?

16         A.  Yes, sir.

17         Q.  Okay.  So instead of getting 8 -- or

18  15 percent for each of the three months in a

19  three-month contract, you get 18 percent?

20         A.  Yes, sir.

21         Q.  Okay.  And you were checking to see if

22  Mauricio had authorized this?

23         A.  Yes, sir.

24         Q.  And you were asking -- you asked him

25  explicitly, "Is this across the company or just

                                                      110

1  them?"

2         A.  I was asking -- I was trying to

3  understand what was going on with that situation,

4  because I had never came across it, sir.

5         Q.  Yeah.  And what did you end up finding

6  out about that?

7         A.  I don't exactly remember.  I believe they

8  were, but did not seem to have answered my question.

9         Q.  Now, does that 18 percent mean that they

10  were better at trading BitCoin than L.A.?

11         A.  I don't know where it came from, sir.

12         Q.  What's your understanding of how CFX was

13  able to pay any percent of return on amounts invested

14  by student investors?

15         A.  Mauricio would conduct trading, sir.

16         Q.  And you said trading, not training?

17         A.  Trading, yes.

18         Q.  Okay.  So Mauricio would conduct trading

19  in -- in what assets?

20         A.  I don't know, sir.

21         Q.  Now, do you know if Mauricio conducted

22  trades in -- in crypto currency?

23         A.  I witnessed a Coinbase Pro account once.

24         Q.  And do you have any details of that

25  Coinbase Pro account?

111

1          A.   No.   He just mentioned that he had made

2     $50,000 in five minutes once and then he showed the

3     transaction.

4          Q.   When was this transaction?

5          A.   It was when I was joining, sir.

6          Q.   Would that have been around -- or when

7     was that?

8          A.   It should have been around -- I started

9     volunteering for classes in February, so around that

10    time, sir.

11         Q.   And this is February of 2022?

12         A.   Yes, sir.

13         Q.   And Mauricio -- Mauricio was telling you

14    that he just made $50,000 in five minutes?

15         A.   Yes, sir.

16         Q.   And did he spin his monitor around and

17    show you?

18         A.   Oh, no, he showed me on his phone, sir.

19         Q.   On his phone?

20         A.   Yeah.

21         Q.   And is this something Mauricio did more

22    than once?

23         A.   No, sir, I only saw it once.

24         Q.   Did you ever see any -- anything on his

25    phone or in documentation that reflected other crypto

                                                        112

1    currency trading?

2         A.   I saw a -- on his monitor, he had

3    CoinMarketCap pulled up quite often.

4         Q.   What is CoinMarketCap?

5         A.   It is a platform that shows you all the

6    crypto currencies and their relevant prices at the

7    time.

8         Q.   And could you tell if he was logged in as

9    a trader on this website?

10        A.   No, sir.

11        Q.   Is this a trading website that allows you

12   to conduct transactions?

13        A.   It's an information site, sir.

14        Q.   Okay.  So it's like having CNN up?

15        A.   Yes.

16        Q.   Okay.  So that's not an indication to you

17   that he was conducting trades?

18        A.   I never saw anything other than

19   described, sir.

20        Q.   Okay.  So you saw on his monitor, he

21   would have the CoinMarketCap screen up, and he showed

22   you his phone the one time.

23             Did you actually confirm that there was a

24   $50,000 gain on a transaction?

25        A.   I glanced at it, sir.

113

1        Q.  Can you say -- can you say right now that
2   you are confident from what you saw that it was a
3   $50,000 gain in five minutes?
4        A.  I can only recall the -- the
5   conversation, sir.
6        Q.  Okay.
7        A.  And green on the -- green squigglies on
8   the -- on the chart.
9        Q.  Okay.  Green squigglies, like a graph?
10       A.  Yes, sir.
11       Q.  How far away from the phone were you when
12   he showed you?
13       A.  Like, (indicates) --
14       Q.  Okay.
15       A.  -- maybe three, four feet, I would guess
16   from my face.
17       Q.  Okay.  Three or four feet from your face?
18       A.  I don't know.
19       Q.  Could you tell if he -- could you tell
20   what particular app he had open in that moment?
21       A.  I don't know for a fact, sir.  It looked
22   like a CoinbasePro account.
23       Q.  And Coinbase is an actual crypto
24   transaction app, correct?
25       A.  It's an exchange, sir.

114

```
 1            Q.  And by "representative," do you mean like

 2    sales staff?

 3            A.  Yes.

 4            Q.  Okay.  Sergio is the design guy?

 5            A.  Yes, sir.

 6            Q.  So literally like the art -- art design?

 7            A.  Yes, sir.

 8            Q.  Okay.  So he would design the keys?

 9            A.  Yes, sir, he designed the keys.

10            Q.  And then Marvin, what role did he play?

11            A.  He was like business and the -- yeah, he

12    was like on the business side, sir.

13            Q.  Okay.  Did they have any other NFT

14    offerings that you know of?

15            A.  No, sir.

16            Q.  Does 79 Protons have any other NFT

17    offerings that you know of?

18            A.  Pardon me, sir?

19            Q.  Does 79 Protons have any other NFT

20    offerings other than the ones we have discussed?

21            A.  No, sir.

22            Q.  Okay.  So did you have conversations with

23    Marvin and Sergio after we filed our lawsuit?

24            A.  Marvin reached out to explain the lawsuit

25    to me, and -- and then they -- they reached out maybe
```

167

1  like a couple of weeks ago just to check in on me;

2  and they said that maybe one day I could

3  potentially -- like, they would be interested in me

4  helping them with technology.

5          Q.  Was Marvin the first person to tell you

6  about this lawsuit?

7          A.  Aside from the news, sir, that was

8  published, yes, he was the one to explain in detail

9  what's going on to me.

10         Q.  And this would have been the beginning of

11 October?

12         A.  Yes, sir.

13         Q.  Okay.  What did Marvin tell you about it?

14         A.  He basically told me -- and I'm trying to

15 recollect.  He told me that the contract -- the --

16 had been voided, and then he -- he just laid out the

17 facts for me, sir, that are explained in the details

18 of the lawsuit; and then from there, yeah, he was

19 asking me, like, if I had spoken to Mauricio, and I

20 told him -- I mean, from there, I was -- I mean, I

21 was, you know, not going to -- not going to do

22 anything with -- with Mauricio basically.  And that

23 was the terms that we came that to talk, because I

24 understood kind of what's going on now.

25         Q.  Let's go back to -- back in time to when

                                                      168

1    CFX began its relationship with 79 Protons.

2          A.   Uh-huh.

3          Q.   How did -- how did CFX and 79 Protons

4    come together at first?

5          A.   So there was a -- one of their sales

6    representatives one evening before I was about to

7    teach the class, she went into the office and she was

8    looking for Mauricio or, you know, kind of someone to

9    convey the message that she was a part of the team --

10         Q.   What was her name?

11         A.   Maribel.

12         Q.   Maribel what?

13         A.   Coleman.

14         Q.   C-O-L-E-M-A-N?

15         A.   Yes, sir.

16         Q.   Okay.  Sorry to interrupt.  She -- she

17   came and she found Mauricio?

18         A.   No.  So, again, Mauricio was not around

19   too often, or only in the evenings, and so she wanted

20   to speak to kind of bring out the idea.  She spoke to

21   the front desk; and then eventually someone pointed

22   her out to, like, just talk to me, because no one

23   really understands NFTs, and I was the crypto

24   teacher.

25              Yeah, someone pointed it out to me

                                                      169

1    eventually.  And so I told Mauricio about it, about

2    what had happened; and he told me to go with Carlos,

3    which is our marketing guy, and just to hear them out

4    and then report back to him as to what it was.

5             Q.  Okay.  And did you?

6             A.  Yes, sir.

7             Q.  And did she give you a pitch for

8    79 Protons?

9             A.  No, sir, she -- she told me that she

10   could come in and maybe we could meet and she would

11   bring in her team, and then that's when Carlos and I,

12   after confirming with Mauricio, met with the

13   79 Protons staff, sir.

14            Q.  Okay.  And that -- would that have been

15   Mar -- Marvin and Sergio?

16            A.  Yes, sir.

17            Q.  And did they tell you -- what did they

18   tell you about NFTs at 79 Protons?

19            A.  The same thing I was just -- I had

20   commented before, sir.  And they brought in examples

21   of rocks and talked about the mineralogy and the NFT

22   and building a castle and how it is inspired after,

23   like, Egyptian, Greek, you know, ancient world

24   artifacts, if you will.

25            Q.  You're saying that the keys themselves or

                                                          170

1  the castle --

2          A.  Yes.

3          Q.  -- or everything?

4          A.  Everything.

5          Q.  Okay.  The -- the world that they're

6  building has -- has an Egyptian aesthetic; is that

7  the idea?

8          A.  Not just Egyptian, sir.  Just more like

9  an ancient relic type of aesthetic --

10         Q.  Okay.

11         A.  -- mixed with obviously modern.

12         Q.  Now, the second part of that pitch that

13 we were talking about was exclusivity.  So can you

14 tell me more about what -- what that means and how it

15 benefits a potential investor.

16         A.  So in the NFT world, it's very common for

17 NFT holders of whatever NFT have exclusive rights to

18 other presales or advance.  For example, the New York

19 Yacht Club, they do like a big giant New York event,

20 right?  And so that's only -- like, you have to hold

21 them or an Ape in order to go to that event.  So they

22 had the same idea in mind.

23         Q.  Are these real world events or are they

24 virtual events?

25         A.  They could be both.

171

1        Q.  Okay.  So that's one thing.

2            Is there any other aspect of exclusivity

3    that -- that is good for potential investors?

4        A.  I mean, they could eventually build a

5    game around the NFTs, which they would have gaming

6    rights for it; and by "gaming," I'm talking about

7    video game type of feel and style in the Metaverse.

8        Q.  Okay.  So other than gaming rights and a

9    potential video game and presale or VIP event-type

10   things, were there other exclusivity aspects of this

11   that were beneficial?

12       A.  No, sir.

13       Q.  How about the financial aspect, how do

14   you -- can you -- can you explain what you would say

15   to an investor who was wondering how this could

16   benefit them financially?

17       A.  Well, they would ultimately buy an NFT,

18   right?  That, per 79 Protons, would be the first NFT

19   backed by gold.  So the mint price would be backed by

20   gold, they would back it; and then after that, they

21   can do whatever they want with it:  They can hold it,

22   they can sell it, they can do whatever.

23       Q.  So the backed by gold aspect of this

24   is -- am I understanding it correctly to say that

25   even if the -- the resale price on OpenSea goes into

                                                    172

1  the toilet, you still have rights to this actual,

2  physical gold that will always be worth something?

3        A.  Yes.  And they would -- they were the

4  managers of that, if you will, or the -- the ones

5  that would take custody of that.

6        Q.  So tell me if I understand this

7  correctly:  The financial aspect of this that is

8  beneficial to investors is that because of the backed

9  by gold things we have discussed, because of the

10 exclusivity things we've discussed, they will combine

11 to lead to an increase in value that will allow for

12 higher resale, should an investor choose to do that?

13       A.  That's depending on the market or what --

14 I mean, that was -- that was the market's decision to

15 do if it was ever released.

16       Q.  Is there any other -- is there any other

17 factor that affects the financial aspect of this that

18 I'm ignoring?

19       A.  No.  An NFT is -- you're the owner of

20 that digital asset, and as the owner, you have

21 exclusive rights to do whatever you want to with it.

22       Q.  So if the value goes up, great?

23       A.  Pretty much.

24       Q.  Okay.  And if it doesn't, we got the

25 gold?

173

```
 1          A.   (Nods.)

 2          Q.   Okay.

 3               THE COURT REPORTER:  Out loud.

 4               THE WITNESS:  Yes.  I'm sorry.

 5               THE COURT REPORTER:  It's okay.

 6          Q. (BY MR. GULDE)  So the -- Sergio and

 7  Marvin told you something pretty similar to that --

 8  that group of facts to -- to suggest this is a

 9  worthwhile endeavor?

10          A.   Basically what's on the website, sir.

11          Q.   What's on the 79 Protons website?

12          A.   Yes, sir.  They just dove more into the

13  mineralogy, and they showed videos of how the gold

14  plants do it and like their process and all that

15  stuff, sir.

16          Q.   Did they actually have a gold mine?

17          A.   They were in the process of building one,

18  sir.

19          Q.   But they -- they owned -- owned the

20  property on which they were building a gold mine?

21          A.   They were in the process of -- so they

22  have a facility in Utah or some sort of association

23  to a facility in Utah they were looking to bring over

24  here to Texas.

25          Q.   Were they going to find gold in Texas?
```

                                                      174

1          A.   I don't know the process, sir.

2          Q.   Do you know if the gold was in Utah?

3          A.   I don't know the process, sir.

4          Q.   Okay.

5          A.   I know it was -- based on the videos, it

6     was processed through extraction of the -- of the

7     soil, and they had some sort of, like, chemical

8     compounds and processes; and they showed a video on

9     it, and you had pictures of the gold being liquid and

10    then -- yeah.

11         Q.   And did they run the numbers for you

12    comparing the cost of extracting the gold from the --

13    to the price of the gold extracted?

14         A.   They mentioned they could produce it,

15    like, wholesale, like way below market value, sir,

16    because they were the controllers of it.

17         Q.   Okay.  Did they give you numbers on that,

18    or did they just say generally, "We can -- we can

19    produce this gold at well under its -- its value"?

20         A.   There was a lot of technical terms that I

21    don't recall, sir.

22         Q.   Okay.  We're going to come back again to

23    NFTs.

24         A.   Okay.

25         Q.   Let's run -- let's run to page 179, the

175

1  third from the bottom -- the third entry from the

2  bottom on September 1st of this year, you told

3  Mauricio, "Also, Bud, if someone wanted to void their

4  contract in exchange for an NFT (this saves us money

5  long-term because we don't have to pay the reward)

6  can I go ahead and do it?  I think that's a pretty

7  fair transaction."

8             Do you see that?

9        A.  Yes, sir.

10       Q.  Do you remember that?

11       A.  Yes, sir.

12       Q.  Did it end up happening?

13       A.  Do you want me to explain the process?

14       Q.  Sure.

15       A.  So I had a customer come in, and he

16  pretty much brought up this idea, and so I'm

17  regurgitating the idea of the customer since he

18  wanted an NFT and he didn't care about his contract

19  anymore.

20       Q.  And so what -- what size contract would

21  this guy have?

22       A.  The equivalent to the NFT, sir.

23       Q.  So a $5,000 total value or are we talking

24  about multiples of the gold keys --

25       A.  No, just --

                                                    176

1          Q.  -- would sell for 5,000?

2          A.  -- just the one 5,000.

3          Q.  Okay.  And your view was it seemed pretty

4    fair because, you know, he's going to get 5,000, he

5    could just trade that for an NFT?

6          A.  That was what he wanted, sir --

7          Q.  Okay.  And it seemed fair to you?

8          A.  -- the customer wanted.

9              I believe so, sir.

10         Q.  And Mauricio agreed with that?

11         A.  Yes, sir.

12         Q.  Okay.  And so did that transaction

13   happen?

14         A.  Yes, sir.

15         Q.  Okay.

16             MR. PATEL:  Just to help --

17             MR. GULDE:  Yeah.

18             MR. PATEL:  -- real quick.

19             On this spreadsheet -- you provided this

20   spreadsheet that -- that identifies certain sales of

21   these NFTs, right?

22             THE WITNESS:  Yes, sir.

23             MR. PATEL:  And how is that situation

24   that we just talked about reflected on that

25   spreadsheet?

                                                    177

1            THE WITNESS:  So on the spreadsheet, you

2    will see the customer name and then it says "CFX

3    contract" next to "payment."

4            Q.  (BY MR. GULDE)  Okay.  Without pulling it

5    back up, is that something that happened more than

6    once?

7            A.  It happened a few times.

8            Q.  Okay.  More than 10 times?

9            A.  No, I don't think.  It happened less than

10   10 times --

11           Q.  Okay.

12           A.  -- I think.

13           Q.  Turn to the next page, 180.  A little

14   more than halfway down, there is a message on 9/7 at

15   9:43 p.m. where you tell Mauricio, "Hi, Bud.  Spoke

16   to Carlitos earlier.  He mentioned if we could pay

17   him out his salary from the key sales?"

18           A.  Yes, sir.

19           Q.  "Let me know if you're good with this,

20   and I'll discount it from the -- from the sales,

21   Bud."  And then in parentheses, "He mentioned 15K

22   from six weeks."

23               Was Carlitos making a salary for selling

24   NFT keys?

25           A.  No, sir.

                                                        178

1          Q.  Okay.  What is this talking about?

2          A.  Based on this, and my memory, Carlitos

3    had not been paid for his day-to-day activities

4    designing content, and so he asked me that he needed

5    to get paid.  And Mauricio is responsible for the

6    payment, so if he wasn't going to show up that day, I

7    was asking if he could just discount it, and

8    obviously he makes up for it since he still has to

9    pay him.

10         Q.  Okay.  That makes sense.  And do you know

11   if that happened?

12         A.  I don't believe so, sir.  I don't see a

13   reply.

14         Q.  Okay.  Did you go to L.A. for the opening

15   of the new office?

16         A.  Yes, sir.

17         Q.  Okay.  And we've discussed that you went

18   out to L.A. several times, right?

19         A.  No, just once.

20         Q.  Oh.  Was it Chicago you went to several

21   times?

22         A.  To Chicago, yes, sir.

23         Q.  Okay.  What was the opening of the new

24   office like?

25         A.  They were the -- they toured the office.

179

1    It had a big auditorium -- not -- I wouldn't call it

2    auditorium, more like conference room; and then they

3    had several little offices there.  They were still

4    moving in, so they were just showing it; and then

5    they had probably 30 people there, and they had a

6    mariachi.

7           Q.  Now, Mauricio asked you to go out

8    specifically?

9           A.  Yes, sir.

10          Q.  What role did you play in the opening of

11   the new office?

12          A.  I was just there to report back; and I

13   did a live crypto class training, sir, about the

14   history of BitCoin and crypto and how it started,

15   where we're at now, and how it's evolving to

16   tomorrow.

17          Q.  From the L.A. office?

18          A.  Yes, sir.

19          Q.  Okay.  Who is Flor, F-L-O-R?

20          A.  She is the California leader, sir.

21          Q.  Okay.  Did she stop being responsive to

22   Mauricio about -- about payment?

23          A.  I believe so, sir.

24          Q.  Okay.  And was Mauricio concerned about

25   that?

                                                              180

1          A.  Yes, sir --

2          Q.  Did he --

3          A.  -- very concerned.

4          Q.  Did he ask you to do anything about it?

5          A.  He asked the accounting team, and then he

6  said that the accounting team, he felt like they

7  weren't pushing, and so he asked me if I can push as

8  well since I saw her at the event, sir.

9          Q.  Now, how -- how did Mauricio know that

10  Flor was not sending enough money?

11          A.  The accounting team had a spreadsheet,

12  sir.

13          Q.  The accounting team at Blalock in

14  Houston?

15          A.  Yes, sir.

16          Q.  Okay.  And how would the accounting team

17  at Blalock in Houston know that Flor was not sending

18  enough money?

19          A.  They would be in contact with -- with the

20  leaders, sir.

21          Q.  So would the leaders in California be

22  sending in contracts to Blalock?

23          A.  Yes, sir.

24          Q.  Okay.  Is that how it happened for every

25  satellite office where contracts were signed in L.A.

181

1  or Chicago or New Orleans but they were sent to

2  Houston?

3          A.  Yes, sir.

4          Q.  And did the money also come all to

5  Houston?

6          A.  That was the accounting department's job,

7  sir.

8          Q.  Do you know if the money came to Houston,

9  regardless of whose job it was?

10          A.  Yes, sir.

11          Q.  And how do you know the money came from

12  Houston?

13          A.  Because the leaders were present in the

14  accounting offices, sir.

15          Q.  I'm not sure I understand how that -- are

16  you a CFX leader?

17          A.  No, sir.

18          Q.  Okay.  So the leaders were present in the

19  accounting office; is that what you said?

20          A.  Yeah, they would have meetings with the

21  accounting team, sir.

22          Q.  And would you participate in the

23  meetings?

24          A.  No, sir.

25          Q.  So how do you know the money came in from

182

1  places like L.A.?

2          A.  Because Mauricio is asking for the money,

3  sir, from there.

4          Q.  Okay.  So Mauricio's asking for money

5  from Flor and has involved you in it, right?

6          A.  Yes, at the end, sir.

7          Q.  Is there any other reason that you know

8  that money's coming in from other offices?

9          A.  Just seeing the leaders and I would see

10  the leaders talk about balance and stuff with the

11  accounting team.

12          Q.  Okay.  Do you know how money was

13  transported between offices?

14          A.  So Flor would send BitCoin from this last

15  one or to Mauricio, sir.

16          Q.  To Mauricio directly?

17          A.  Yes, sir.

18          Q.  So on page 183, is that what you're

19  looking at?

20          A.  Yes, sir.

21          Q.  When you say, "Did you receive from

22  Flor," and Mauricio says, "Only 100,000," is he

23  reporting a BitCoin transaction?

24          A.  I believe so, sir.

25          Q.  Okay.  Do you know what form money came

                                                      183

```
 1   from other offices to Houston?
 2           A.  No -- not entirely, sir.
 3           Q.  How about partially?
 4           A.  It can be anything, sir.  It could be any
 5   form of money.
 6           Q.  Do you know if money came in the form of
 7   cash from any other office?
 8           A.  It could have been, sir.
 9           Q.  Did you know if it was?
10           A.  For a fact, I do not.
11           Q.  Okay.  Does anything lead you to believe
12   that cash went between offices?
13           A.  There is a statement here where he asks
14   to send Mon over.
15           Q.  What page is that on?
16           A.  Which --
17               MR. PATEL:  184.
18               THE WITNESS:  184, sir.
19           Q.  (BY MR. GULDE)  Okay.  Who is Mon?
20           A.  His chauffeur, sir.
21           Q.  And so Mon is somebody from Houston?
22           A.  Yes, sir.
23           Q.  Okay.  So if we're talking about that
24   second message on page 184 from you, it says, "I
25   followed up with her today," are we still talking
```

184

1  about Flor?  Is that right?

2         A.  Yes, sir.

3         Q.  "And I just spoke to Anna."  Who is Anna?

4         A.  She is the accounting person in charge of

5  Flor, sir.

6         Q.  In California?

7         A.  No.  She's here in Houston, sir.

8         Q.  Okay.  So she is a Houston accounting

9  employee who had responsibility for California

10 accounts?

11        A.  Yes, sir.

12        Q.  Okay.  And Anna was calling Flor?

13        A.  Yes, sir.

14        Q.  And you say, "If she doesn't respond" --

15 meaning if Flor doesn't respond -- "I will call her

16 one last time in the evening and let her know that

17 from now on, we will send Mon every 15 day to collect

18 or sooner since the U.S. dollar" -- is that right?

19 Is that U.S. dollar transaction?

20              MR. PATEL:  No.

21              THE WITNESS:  U.S. Tether.  That is a

22 crypto currency.

23        Q.  (BY MR. GULDE)  What crypto currency is

24 that?

25        A.  U.S. dollar Tether.

                                                      185

1          Q.  U.S. dollar Tether?

2          A.  Uh-huh.

3          Q.  So does that indicate to you that if --

4    that Flor had been paying with that particular crypto

5    currency?

6          A.  Yes, sir.

7          Q.  Had been paying Mauricio?

8          A.  That's what Mauricio told me, sir.

9          Q.  Okay.  And did Mauricio tell you that --

10   that the plan would be if Flor didn't become more

11   responsive to send his chauffeur to California from

12   Houston?

13         A.  Yes, sir.  He was pressuring me a lot,

14   sir.

15         Q.  Okay.  Is there a threat involved in that

16   at all?

17         A.  No, sir.

18         Q.  Okay.  The idea is it is harder to say --

19   to say no to somebody in person?

20         A.  Yes, sir.  He was -- he kept telling me

21   pretty much and texting me about it, and it was -- it

22   was very strange.  It was the first occurrences that

23   he had done that.

24         Q.  This is the first time you ever heard

25   Mauricio saying, "Let's send somebody in person to

                                                    186

1  get the money"?

2          A.  Yes, sir.

3          Q.  Let's go to that previous page, 183.

4              At 3:50 on 9/15, there is a statement

5  from you that says, "Okay, Bro, can you send me your

6  wallet?  I'm going to send you 40K from NFT -- NFT

7  sales, too.  I had to use 40K from the 80 for daily

8  payments, and I'll follow up on the rest from Flor."

9              Do you see that?

10         A.  Yes, sir.

11         Q.  Is that a situation where you're telling

12 Mauricio that you have used $40,000 from $80,000 that

13 had come in on NFT sales?

14         A.  Uh-huh.

15         Q.  And you would use that $40,000 to make

16 routine contract payments for student investors?

17         A.  So at this point, sir, there was no

18 BitCoin that was ever received, and so there was a

19 lot of people and there was people at my doorstep,

20 and that BitCoin money was something that he told me

21 that, if needed, that he could -- that I could pay it

22 out and then he would just replenish it.

23         Q.  So Mauricio had -- had pre-authorized

24 this -- this sort of transaction with you; is that

25 right?

                                                      187

1          A.  Yes, in person, sir.

2          Q.  Is this the first time that it actually

3  happened?

4          A.  Yes, sir.

5          Q.  So did he give any reason for why the

6  BitCoin was -- was not forthcoming?

7          A.  No, sir.  The only thing I can see is

8  that he's starting to pressure.

9          Q.  He's starting to what?

10          A.  Pressure, on like the text messages in

11  regards to -- so he wouldn't send me BitCoin, but he

12  was starting to, like, pressure me to ask for that.

13          Q.  I'm not sure I understand.  Can you --

14  can you tell me what you mean by "pressure."

15          A.  Yes, sir.  So there was no BitCoin in

16  that wallet at the same -- at the time.

17          Q.  No BitCoin in the wallet that you and I

18  have been discussing?

19          A.  Yes, sir.

20          Q.  Okay.

21          A.  So that means that I can't conduct my

22  duties that were assigned to me at that time, and so

23  the only thing I have which was separate was the NFT

24  crypto currency, which is separate; and so in order

25  to be able to conduct my daily tasks that I was

188

1   instructed to do, I had pre-asked them if I was okay

2   where I'm asking him again, because at the end of the

3   day, the NFT money, he's still responsible for that,

4   too.  So I was looking for authorization.

5          Q.  I understand that.  Explain what -- so is

6   the pressure part of that just the whole thing, that

7   the -- the wallet's empty, that there's pressure on

8   you to get the payments made, and he is -- and you've

9   approached him with a way to relieve that pressure?

10          Whose idea was it to use the NFT money

11  to -- to pay the -- the contract investors?

12          A.  So that was brought up to him because

13  there was no money in the wallet, so --

14          Q.  It was brought up to him by you?

15          A.  Yes, I asked him if that could be done

16  and if it would be okay to do.

17          Q.  And he gave you the thumbs up on that?

18          A.  Yes, sir.

19          Q.  Yeah.  And this is just you asking to do

20  it again?

21          A.  Yes, sir.

22          Q.  I was just reacting to your use of the

23  word "pressure," and I want to make sure I understand

24  where it's coming from.

25          MR. PATEL:  Yeah, I -- I think I do know.

                                                        189

1          MR. GULDE:  Clarify, feel free.

2          MR. PATEL:  When you -- when you

3    referenced "pressure," were you referring to his

4    efforts to collect money from others -- other

5    offices?  Was that the pressure you're referring to?

6          MR. FLACK:  Object to the form.

7          THE WITNESS:  Yes, that, and having a

8    lack of -- of BitCoin in the wallet as well.

9               (Discussion off record re objection)

10         MR. GULDE:  I mean he said, "Objection:

11   Form."  I don't have any objections at all.

12         THE COURT REPORTER:  I got it.

13         MR. FLACK:  He objected to the form of my

14   form objection.

15       Q.  (BY MR. GULDE)  Okay.  Did this happen

16   again where -- where you had to use money from NFT

17   sales to pay contract payments?

18       A.  If it's not on the messaging, sir, then I

19   don't recollect doing so, sir.

20       Q.  And let's just discuss the form of the

21   payment --

22       A.  Uh-huh.

23       Q.  -- briefly.  Do you know what form that

24   $80,000 was in?

25       A.  It was in crypto, sir.

                                              190

1          Q.  And how do you know that?

2          A.  Because that was the same crypto that

3   was -- in this case he was authorizing me to send pay

4   in BitCoin, sir.

5          Q.  Student -- does that mean that all of the

6   student investors who came in for that $80,000 worth

7   of NFTs had paid in crypto?

8          A.  Yes, sir.

9          Q.  Okay.  Did Flor eventually pay?

10         A.  I don't quite know, sir.

11         Q.  Did Mauricio have to send Mon out to

12  California every 15 days?

13         A.  I don't quite know, sir.

14         Q.  Who would know?

15         A.  Probably the accounting team, sir.

16         Q.  Now, you said that you had people at your

17  doorstep.  Is that literally true?

18         A.  Yes, sir, there were people in my office.

19         Q.  Did people come to your home?

20         A.  No, sir.

21         Q.  But student investors came to your

22  office?

23         A.  Uh-huh.

24         Q.  And what did they want?

25         A.  Their BitCoin payments, sir.

191

```
 1          Q.  Did they also come up and say, "Teach me
 2   my classes"?
 3          A.  I don't -- what do you mean, sir?
 4          Q.  You had people on your doorstop --
 5   doorstep demanding payment, right?
 6          A.  Yes, sir.
 7          Q.  Of the amount due proceeds on their
 8   contract, right?
 9          A.  Yes, sir.
10          Q.  Similarly, did you have people coming up
11   to your doorstep demanding classes?
12          A.  I had people come to me with all kinds of
13   crypto questions, sir.
14          Q.  They -- were they coming to your
15   doorstep, like in person saying, "Hold more classes"?
16          A.  No, they were asking me like about
17   wallets, and they were asking me how to -- most of
18   the time it was ask -- they were asking me how to
19   open up wallets.
20          Q.  Did those questions increase after our
21   lawsuit?
22          A.  I wasn't -- I -- I wasn't involved in
23   this after that, sir.
24          Q.  And you had investors approaching you
25   about how they -- how they might get repaid?
```

192

1          A.  Oh, yes, sir, there's -- there's -- I
2    would get a lot of calls and some -- sometimes they
3    were threatening calls, sir.
4          Q.  Yeah, can you describe some of the
5    threats?
6          A.  There's one person on the chat that was
7    provided, sir, that she kept -- she keeps asking
8    like, "Where's Julio?  Don't-make-me-come-get-you"
9    type of threats, sir.
10         Q.  Has anyone threatened you in person?
11         A.  No, sir.
12         Q.  Has there been any violence in connection
13   with this?
14         A.  No, sir.
15         Q.  Are you familiar with a situation in
16   which Carmen de la Cruz was threatened with a gun?
17         A.  No, sir.
18         Q.  Are you familiar with anyone receiving a
19   threat -- in-person threat with a weapon?
20         A.  No, sir.
21         Q.  Let's go back to page 184.
22         A.  Sure.
23         Q.  About two-thirds of the way down, there's
24   a message from you that says you spoke to Estuardo a
25   moment ago.  And this is one of the leaders in

                                                       193

1          Q.  Okay.  So this is -- what is his real
2    name?
3          A.  I know him as "Mon."
4          Q.  I'm sorry?
5          A.  I know him as "Mon."
6          Q.  Okay.  And "Chino" was his nickname?
7          A.  Yes.
8          Q.  Why was his nickname Chino or Chinese?
9          A.  He was Asian.
10         Q.  He was Asian?
11         A.  (Nods).
12         Q.  There are a couple of documents -- CFX
13   documents that show Chino brought to Houston a
14   million dollars in September.  Do you know how Chino
15   or Mon carried that money from L.A. or from
16   California to Houston?
17         A.  No.  That's -- I don't know any of that,
18   ma'am.
19         Q.  You never heard any -- anybody at CFX
20   say, "Oh, he drove from California, he took three
21   days" or something like that?
22         A.  No, ma'am.
23         Q.  Were -- were -- do you know -- do you
24   have any other information about this -- this person?
25         A.  None other than the text messages that

327

1  Mauricio told me about.

2         Q.  Do you have a phone number for Mon?

3         A.  Yes.  It should be on the sheet, I think.

4         Q.  Okay.  And were those WhatsApp text

5  messages?  Or in the sheet that you went through

6  there?

7         A.  It's actually on the -- it's actually on

8  this big sheet, the WhatsApp -- the English chat.

9         Q.  Okay.  That's fine.  We can look at that.

10        A.  Yeah.

11        Q.  Did you have a -- did CFX give you a

12  company -- a phone?

13        A.  The Ring Central, ma'am, that you have

14  access to.

15        Q.  Okay.  And anything else other than Ring

16  Central, any other -- any other phone?

17        A.  No, ma'am.

18        Q.  What about other employees, were they

19  given like a cellphone, a CFX cellphone?

20        A.  There was two other cellphones that I

21  saw, ma'am.

22        Q.  Okay.  And who handled the CFX cellphone?

23        A.  People in customer service.

24        Q.  Customer service?

25        A.  Yeah, people in customer service.

                                                    328

1          Q.  Would they bring those cellphones at home

2     with them at the end of the day or were those

3     cellphones left at Blalock?

4          A.  What I saw was they were always left

5     there.

6          Q.  And were you given a computer by CFX, a

7     laptop or any other type of computer?

8          A.  I purchased that from the money that

9     Mauricio would pay me for the classes.

10         Q.  I don't understand.  Did you purchase

11    your computer with CFX money?

12              MR. PATEL:  Well, her question is:  Did

13    you buy -- was that your personal laptop or was that

14    CFX's laptop?

15              THE WITNESS:  It was my personal laptop

16    that I spent from the money that I was paid to

17    conduct the classes.

18         Q. (BY MS. THEMELI)  So you consider that

19    your personal laptop?

20         A.  Yes, ma'am.

21         Q.  Okay.  Do you know if CFX gave any

22    company laptops or other type of devices, iPads or

23    anything like that to any other employee?

24         A.  Yes, everyone had their own computer.

25         Q.  And when you say "everyone had their own

                                                     329

1  computer," were those computers that -- were those

2  laptops or desktops?

3          A.  Both.

4          Q.  Well, let's start with the desktops.

5          A.  Uh-huh.

6          Q.  Those were CFX computers?

7          A.  Yes, ma'am.

8          Q.  Okay.  And they stayed presume -- I

9  assume at Blalock, right --

10         A.  Yes.

11         Q.  -- during the -- okay.

12             And do you know if they were password

13  protected?

14         A.  I didn't handle those, ma'am.

15         Q.  Who at CFX would handle this type of

16  information, like passwords for computers, computer

17  system or anything like that?

18         A.  They're individually managed by the

19  device owner.

20         Q.  Okay.  So each -- each employee would

21  manage their own computer?

22         A.  Yes, ma'am.

23         Q.  Okay.  And was there some sort of

24  service -- IT service that the company had

25  entertained or hired in case there were any IT

                                                    330

1   issues?

2          A.  No, ma'am.

3          Q.  What did y'all do when there were IT

4   issues?  I have IT issues all the time.  I cannot

5   live without IT, so that's why I wanted to --

6          A.  People would ask me for assistance as the

7   crypto teacher.

8          Q.  So were you always there to help?

9          A.  No.

10         Q.  Okay.  And who would help them with

11  resetting passwords or anything like that?

12         A.  Oh, that was their -- their own doing.

13         Q.  Did CFX give anyone a laptop and I mean,

14  as a company laptop?

15         A.  Yeah, people had company laptops.

16         Q.  And who had company laptops?

17         A.  Customer service had their company

18  laptop.

19         Q.  Okay.  Anyone else other than the

20  customer service employees?

21         A.  No, ma'am, just that.

22         Q.  What about the accounting personnel?

23         A.  I recall them having the desktop, ma'am.

24         Q.  Tell me about the security system at the

25  CFX offices of Blalock.

                                                    331

1          A.   What do you mean?

2          Q.   Do you know -- I mean, there are cameras

3    everywhere, right?

4          A.   Uh-huh.

5          Q.   Okay.  And there were -- they are

6    monitors as well connected to those cameras?

7          A.   Those were -- there was cameras.  They

8    were connected to the big, giant t.v. screen that was

9    in the main office.

10         Q.   Okay.  Do you know if CFX -- if there was

11   a company -- some sort of security company that CFX

12   had retained to handle the security systems?

13         A.   No, ma'am.  But I did see a fire alarm

14   company.

15         Q.   Okay.  And what is the fire alarm

16   company?

17         A.   You can easily tell by the tags on the

18   extinguishers.

19         Q.   But you're not aware of a security -- of

20   a company handling their security systems?

21         A.   I don't know that information, ma'am.

22         Q.   Who would know that information?

23         A.   Gio.

24         Q.   And by "Gio," do you mean Giorgio

25   Benvenuto?

                                                    332

```
 1              A.  Yes, ma'am.

 2              Q.  Was Gio in charge of the -- of the office

 3    there, of the rent, of the like --

 4              A.  Yeah, he was -- he was the bill manager

 5    and he would pay for the desks and the sprinkler

 6    system and if anything broke, which the AC would

 7    break like religiously.

 8              Q.  Okay.  The armed security guards at CFX

 9    at Blalock, tell me about them.  How many were there?

10              A.  Excuse me.  There was two, which are

11    listed in the -- in the team -- in the org chart from

12    July.

13              Q.  Uh-huh.

14              A.  And then eventually Joseph, like, became

15    a security guard as well.

16              Q.  Okay.  So Adam and Joseph?

17              A.  Yes, ma'am.

18              Q.  What's Adam's last name?

19              A.  Whatever's on the sheet, ma'am.

20              Q.  There's nothing on the sheet.

21              A.  Oh.

22              Q.  It says "N/A."

23              A.  Then I don't know.

24              Q.  And Adam and Joseph, were they like

25    off-duty police officers or Harris County Sheriff's
```

333

```
 1   Officers or anything like that?

 2          A.  I don't know that information, ma'am.

 3          Q.  Did you know if they were hired through a

 4   company, like Securitas or any other type -- or a

 5   similar type company?

 6          A.  I don't know.

 7          Q.  Other than Adam and Joseph, did Mauricio

 8   have a personal security guard?

 9          A.  I don't know.

10          Q.  Someone who would drive him around or

11   drive him home or anything like that?

12          A.  I don't know.  I know that the securities

13   at the office would escort him to his car.

14          Q.  Would anyone go with him in the car?

15          A.  No.

16              MR. PATEL:  Hold on one second.

17                  (Discussion off record sotto voce)

18              THE WITNESS:  Oh, okay.

19              MR. PATEL:  Just to be clear, they're

20   asking about not just people in security.  Her

21   question about "Did somebody drive Mauricio around"

22   is not tied to the security title, if I understand

23   correctly.

24              MS. THEMELI:  Correct.

25              THE WITNESS:  Oh, understood.  That was
```

                                                            334

```
 1    my --
 2          Q.   (BY MS. THEMELI)  It's okay.  Did
 3    Mauricio, say, have a chauffeur or someone who would
 4    drive him around?
 5          A.   Yes.
 6          Q.   And who would that be?
 7          A.   It was Mon, and there was also another
 8    guy.  I don't know his name, though.
 9          Q.   And did Mon carry a gun?
10          A.   I never saw anything.
11          Q.   What about the other guy, did he carry a
12    gun?  Or I assume it was a guy.
13          A.   I don't know.
14          Q.   Did Mauricio have a personal computer?
15          A.   Yes, ma'am.
16          Q.   Was it a desktop?
17          A.   It was a Mac Mini that sat on his desk.
18          Q.   And we have seen some pictures.  And
19    other than that computer you just described, are you
20    aware of any other type of computer, laptop or iPads
21    that Mauricio had?
22          A.   His cousin gifted him a custom built
23    computer.  It was white.  It was underneath his desk
24    as well.
25          Q.   Was it an Apple computer?
```

335

```
 1          A.  A custom built PC.
 2          Q.  Custom built.  And I am a complete
 3  ignorant.  That's why I'm asking you.
 4          A.  No, no worries.  It was a custom built
 5  PC.
 6          Q.  PC?
 7          A.  Uh-huh.
 8          Q.  Did he have any other device that you
 9  have seen him other than his phone?
10          A.  No, ma'am.
11          Q.  An iPad, for example?
12          A.  No, ma'am.
13          Q.  What type of car did Mauricio drive at
14  the office?
15          A.  It was a BMW.
16          Q.  We know that CFX had a Facebook account
17  and other social media.  Do you know who administered
18  those and who ran those?
19          A.  No, ma'am.
20          Q.  Was Carlo in marketing?  Right?
21          A.  Yes.
22          Q.  Would he handle -- is it possible that he
23  handled those?
24          A.  No, ma'am, I don't think so.
25          Q.  And who would know?
```

336

1          A.   My -- may I provide my assumption?

2          Q.   Yes, of course.

3          A.   Okay.  If any social media things were

4    created, they were created a long time ago before I

5    was there.

6          Q.   Uh-huh.

7          A.   And I think there's social medias, like

8    this picture (indicates), from accounts that were

9    created from random students.

10         Q.   So are you saying that there is no

11   official CFX Academy or Life -- or CFX Lifestyle or

12   CryptoFX Facebook account?

13         A.   From March when I was there, no.

14         Q.   Does CFX have a website?

15         A.   There was one.  It says it on the bottom

16   of the contract.

17         Q.   And who managed that?

18         A.   I don't know.

19         Q.   Did CFX ever use web services to generate

20   business leads or new investors?

21         A.   No.

22         Q.   It was all word of mouth?

23         A.   I think that's --

24         Q.   As far as you know?

25         A.   As far as I know.

                                                        337

```
 1          Q.   Did you ever confirm commissions for

 2    meters?

 3          A.   No, ma'am.

 4          Q.   I have an e-mail here -- I think I need

 5    to put on my glasses -- from John Segura.  He's in

 6    Miami, correct?

 7          A.   Correct.

 8          Q.   And he's sending an e-mail to you --

 9          A.   Uh-huh.

10          Q.   -- talking about his commission and his

11    bonus?

12          A.   Yes, ma'am.

13          Q.   And why would John Segura send you -- by

14    the way, John Segura, is he the founder of CFX Miami?

15               Is that -- does that sound correct?

16          A.   Yes.

17          Q.   How long has CFX Miami been around?

18          A.   It never kicked off, ma'am, that I'm

19    aware of.

20          Q.   They never had an office?

21          A.   They never went live.

22          Q.   Okay.  And why would John Segura send you

23    an e-mail about his commission?

24          A.   So he would reach out to Anna and as an

25    additional source, he always wanted me to -- he
```

                                                            338

 1   always provided the e-mail to me as well.  He was

 2   also an attender of my crypto class, so --

 3          Q.  So what, he was going to send it to you

 4   just so that you knew about it or was he asking for

 5   some sort of confirmation from you?

 6          A.  He was asking me to share that with Anna

 7   or see if there is a status from Anna since I was

 8   also in the building.

 9          Q.  I am going to hand you what's being

10   marked as Exhibit 42 to this deposition.

11                   (Exhibit 42 marked)

12          Q.  (BY MS. THEMELI)  This is a contract

13   under the name of Jonadas Salido?

14          A.  Yes, ma'am.

15          Q.  This is your -- your brother-in-law,

16   right?

17          A.  Yes, ma'am.

18          Q.  And if you see at the bottom there, the

19   contract was signed on June 17th, 2022.

20              Do you see that?

21          A.  Yes, ma'am.

22          Q.  And is that John's signature above

23   student's signature?

24          A.  Yes, ma'am.

25          Q.  And next to that it says "CryptoFX, LLC

                                                        339

1    representative," and that's your name, right?

2         A.   Yes, ma'am.

3         Q.   And then on the right we have again your

4    name as the CryptoFX, LLC student?

5         A.   Yes, ma'am.

6         Q.   What does that mean, that you received

7    his $10,000 investment?

8         A.   That I received the 10,000, and then that

9    would go to the accounting team.

10        Q.   And was that $10,000 in cash?

11        A.   That was 10,000, ma'am, yes.

12        Q.   Okay.  And if you go at the top of the

13   document where it says "Direct sponsor, seven

14   percent; indirect sponsor, three percent." do you see

15   that?

16        A.   Yes, ma'am.

17        Q.   And your name is listed on those --

18   you're listed both as a direct sponsor and also as an

19   indirect sponsor, correct?

20        A.   Yes, ma'am.

21        Q.   Okay.  And how much money did you receive

22   as a direct sponsor from this -- from this contract?

23        A.   None, ma'am.  That went back to John.

24        Q.   What do you mean it went back to John?

25        A.   So, yeah, so that -- that was a referral

340

1    STATE OF TEXAS

2    COUNTY OF HARRIS

3

4                    REPORTER'S CERTIFICATE

5              ORAL VIDEOTAPED DEPOSITION OF

6                  MR. JULIO E. TAFFINDER

7                    December 14, 2022

8

9           I, Michelle Hartman, the undersigned

10   Certified Shorthand Reporter in and for the State of

11   Texas and Registered Professional Reporter, certify

12   that the facts stated in the foregoing pages are true

13   and correct.

14          I further certify that I am neither

15   attorney or counsel for, related to, nor employed by

16   any parties to the action in which this testimony is

17   taken and, further, that I am not a relative or

18   employee of any counsel employed by the parties

19   hereto or financially interested in the action.

20

21

22

23

24

25

1         SUBSCRIBED AND SWORN TO under my hand and

2 seal of office on this   19th   day of December, 2022.

3

4

5                 *Michelle Hartman*

6         Michelle Hartman, CSR, RPR

          Texas CSR 7093

7         Expiration:  12/31/23

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[4/19/22, 9:40:24 PM] Mauricio: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[4/19/22, 9:40:24 PM] Mauricio: Contact card omitted

[4/21/22, 4:22:35 PM] Flow 🍪 💱: image omitted

[5/23/22, 8:07:57 PM] Flow 🍪 💱 REDACTED

[5/25/22, 3:33:40 PM] Flow 🍪 💱: Hi brother, I paid out all btc payments from last week of 21k. This week there are an additional 70k that need to be paid out

[5/26/22, 1:38:16 PM] Flow 🍪 💱: Hi brother, happy Wednesday. Just a friendly reminder that we are out of btc to continue pay outs. Let me know if I can help with anything

[5/26/22, 8:28:39 PM] Mauricio: audio omitted

[5/26/22, 11:14:35 PM] Flow 🍪 💱: audio omitted

[5/26/22, 11:15:22 PM] Mauricio: audio omitted

[5/26/22, 11:16:20 PM] Flow 🍪 💱: audio omitted

[5/26/22, 11:23:07 PM] Mauricio: Awesome bro

[5/26/22, 11:27:53 PM] Flow 🍪 💱: Awesome bro, I'll text you when I get back Sunday my guy 🗨🗨

[5/26/22, 11:28:10 PM] Mauricio: Have a great flight

[5/26/22, 11:29:54 PM] Flow 🍪 💱: Yes sir, thanks man! I'll send you pics fo shizzle

[5/26/22, 11:38:22 PM] Flow 🍪 💱: I'll still be in the office tomorrow just going to leave at 4 to catch the flight. Let me know if you need anything as well

[5/27/22, 12:38:07 PM] Flow 🍪 💱: audio omitted

[5/27/22, 2:24:36 PM] Flow 🍪 💱: CFX Academy - Poster Boards CFXACA-0001.pdf • 1 page document omitted

[5/27/22, 2:25:25 PM] Flow 🍪 💱: Hi brother this is the quote for the led banner. Let me know when I'm good to place the order 👍

[5/27/22, 2:26:24 PM] Flow 🍪 💱: I was able to get a $300 discount. The leds will also be for indoor/outdoor and we can transport them to events if needed

[5/27/22, 2:47:49 PM] Mauricio: audio omitted

[5/27/22, 2:49:13 PM] Flow 🍪 💱: No problem my guy 🗨🗨 can I get the money from Cindy to order them?

[6/2/22, 10:52:42 AM] Flow 🍪 💱: Hi brother, Good Morning. For the BTC payments, can you send me 2 BTC to continue to pay out folks. We have about 30+ people awaiting payments



SEC V CHAVEZ etal
EXHIBIT
31

CFX_ENF_156