IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

**ORDER ON RECEIVER'S MOTION TO COMPEL**

This cause, having come before the Court on the Receiver's Motion to Compel Defendant Mauricio Chavez to produce Receivership records and property, and the Court, having considered the Motion, any Responses, and all other relevant facts, finds the Motion to be good, and the same is hereby Granted.  IT is, therefore:

ORDERED that Mauricio Chavez turn over to the Receiver the Mac-Mini computer and his cell phone in an unencrypted state.  It if further,

ORDERED that Mauricio Chavez provide to the Receiver the usernames and passwords to the CryptoFX Google Drive as well as cooperate with the Receiver in any two step authorization required to access the same.  It is further,

ORDERED that Mauricio Chavez turn over to the Receiver all non-privileged records in his possession and/or control that relate to the operations of (1) Maurizzio Group LLC, (2) Luxury Real Estate LLC, (3) JM Monarchy LLC, and (4) Hair News Color N Cuts LLC.

1

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                   HON. ANDREW S. HANEN
                                                                   United States District Judge