# EXHIBIT A

*SEC v. Chavez et al.*: SUMMARY OF DATA COLLECTION AND DEVICES

The chart below describes the devices collected from CryptoFX LLC's offices at Blalock, the location of the device and the corresponding size of files and file count. The red cells show the devices protected by passwords or encrypted, and from which the data has not yet been collected. The chart also lists devices turned over by CryptoFX employees or sponsors.

| Device | Device SN | Physical inspection Notes | Location of the Device | Collection Date | Image Size | File Count |
|---|---|---|---|---|---|---|
| SanDisk SDCard | N/A | SD Card in Envelope | CryptoFX Canon Camera SD | 10/25/2022 | 22.7 GB | 1468 |
| HP Envy | CND20491NF | Gray Laptop | Room 6E | 10/28/2022 | 70.5 GB | 43143 |
| HP ProBook 640 G2 | 2TK72708QV | Black Laptop | Room 6A (a) | 10/25/2022 | 21.1 GB | 32032 |
| Dell Inspirion 24 | 8GK5KQ3 | Silver All in one desktop | Room 6C | 10/26/2022 | 87.4 GB | 15935 |
| Dell Inspirion 24 | 1MC6KQ3 | Silver All in one desktop | Room 6B | 10/27/2022 | 91.3 GB | 23424 |
| Dell Inspirion 24 | 7PN5KQ3 | Silver All in one desktop | Room 2A (annex) | 10/27/2022 | 108 GB | 21664 |
| HP Model 24 | 8CC1180H3R | Silver HP All in one desktop | Room 2E | 10/26/2022 | 238 GB | 52340 |
| HP Model 24 | 8CC1240TWS | Silver HP All in one desktop | Room 2G (b) | 10/27/2022 | 34.8 GB | 65799 |
| HP 24-cb1141 | 8CC2160BSD | Silver HP All in one desktop | Room 2G (a) | 10/27/2022 | 33.4 GB | 51092 |
| HP Model 24 | 8CC1240TPB | Silver HP All in one desktop | Room 6D | 10/27/2022 | 238 GB | 197082 |
| HP Model 24 | 8CC1180H3Y | Silver HP All in one desktop | Room 2B | 10/27/2022 | 238 GB | 45923 |
| Custom Desktop PC (White) | LCE0328 | White desktop pc | Room 1D (a) | 10/28/2022 | 477 GB | 78380 |
| Custom Desktop PC (White) | N/A | White desktop pc (clear sides) | Room 2H | 10/28/2022 | 931 GB | 9182 |
| Custom Desktop PC (White, Black) | 3721AN23709437 | White and black pc | Room 1C | 10/27/2022 | 447 GB | 6838 |
| HP EliteDesk | N/A | Black pc | Room 1A (a) | 10/27/2022 | 447 GB | 17347 |
| HP Model 24 | 8CC12120W1 | Silver HP All in one desktop | Room 2A (a) | 10/26/2022 | 477 GB | 31954 |
| HP Model 24 | 8CC1490VX7 | Silver HP All in one desktop | Room 2C | 10/26/2022 | N/A | N/A |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| HP Laptop Model 15 | 5CD232DDN6 | Silver Laptop | Room 2F (a) | 10/27/2022 | N/A | N/A |
| IdeaPad Slim 7 | LT10883A | Gray Laptop, Damaged case | Room 1B | 10/27/2022 | 477 GB | 29698 |
| Apple MacBook Pro | C02Q7QU0FVH3 | Gray Laptop | Room 2A (b) | 11/12/2022 | 113 GB | 38365 |
| HP Stream | 5CD90942KM | Gray Laptop | Room 2D | 10/26/2022 | 29.1 GB | 31285 |
| HP Envy Model 13m | CND2021217 | Silver Laptop | Room 6F | 10/26/2022 | N/A | N/A |
| IdeaPad Flex 5 | PW009NL7 | Gray Laptop | Room 2F (b) | 10/26/2022 | N/A | N/A |
| PNY USB | N/A | Black USB | No Labels | 10/25/2022 | 145 MB | 146 |
| SanDisk SDCard | N/A | In SD card case | No Labels | 10/25/2022 | N/A | N/A |
| HikVision Video Recorder | G10412530 | Video recording device | No Labels | 11/16/2022 | N/A | N/A |
| Ledger Device | N/A | Metal USB | No Labels | 10/31/2022 | N/A | N/A |
| Apple iMac | C02D82JWH7JY | White all in one | Room 6A (b) | 11/8/2022 | 931 GB | 357960 |
| Apple iMac | C02D80X1H7JY | White all in one | Room 1D (b) | 11/9/2022 | 931 GB | 167130 |
| Apple iMac | C02D80UDH7JY | White all in one | Room 1A (b) | 11/9/2022 | 931 GB | 209134 |
| Samsung Galaxy Phone | R5CR4088NJR | Black Samsung phone | Room 6B | 11/15/2022 | 128 GB | 36353 |
| Apple iPad Air | MT2JRWT264 | Gray tablet | Room 1C | 11/16/2022 | N/A | N/A |
| Samsung Phone: SM-G998U | R5CRA1TBYKZ | Black Samsung phone | N/A | 12/19/2022 | | |
| IPhone 14 | NPW37JPKWW | Gold Phone | N/A | 12/19/2022 | | |
| HP Envy | 5CD14820HR | Silver Laptop | N/A | 12/19/2022 | 69.9 GB | |
| ASUS VivoBook 15 | MBN0CV07F83145D | Black Laptop | | 2/14/2023 | | |
| | | | | | | |