# Exhibit B

# Fidelity National Title Agency, Inc.

23226 Red River Drive, Katy, TX 77494
Phone: (281)201-9000 | Fax: (281)533-8032

## MASTER STATEMENT

|  |  |
|---|---|
| **Settlement Date:** March 27, 2023 | **Escrow Number:** FAH23001408 |
| **Disbursement Date:** March 28, 2023 | **Escrow Officer:** Walter Martin IV |
| **Borrower:** Jasmeet Singh Sudhan and Lovedeep Saini<br>5211 Monarch Belle Ln<br>Katy, TX 77493 | |
| **Seller:** John Lewis, Jr., as and only as court-appointed Receiver for the receivership estate in the matter "Securities and<br>600 Travis St, Suite 3400<br>Houston, TX 77002 | |
| **Property:** 0 Hogan Lane<br>Hempstead, TX 77445<br>Lot(s): 56 Legendary Oaks Parcel ID(s): 566000001056000 | |
| **Lender:** | |

| SELLER DEBITS $ | SELLER CREDITS $ |  | BORROWER DEBITS $ | BORROWER CREDITS $ |
|---|---|---|---|---|
|  |  | **FINANCIAL CONSIDERATION** |  |  |
|  | 70,000.00 | Sale Price of Property | 70,000.00 |  |
|  |  | Deposit or earnest money |  | 1,400.00 |
|  |  | Option Fee |  | 200.00 |
|  |  | **PRORATIONS/ADJUSTMENTS** |  |  |
|  | 649.73 | HOA Prorations / Credit Seller Annually at $850.00<br>03/29/23-12/31/23 | 649.73 |  |
| 392.62 |  | County Taxes at $1,666.36<br>01/01/23-03/28/23 |  | 392.62 |
|  |  | **COMMISSIONS** |  |  |
| 2,100.00 |  | Listing Agent Commission to Mark Dimas Properties<br>$70,000.00 @ 3.0000% = $2,100.00<br>- Mark Dimas Properties |  |  |
| 2,100.00 |  | Selling Agent Commission to Mark Dimas Properties<br>$70,000.00 @ 3.0000% = $2,100.00<br>- Mark Dimas Properties |  |  |
|  |  | **TITLE & ESCROW CHARGES** |  |  |
|  |  | Title - eRecording Fee - FBO CSC e-Recording Services, Inc. | 14.08 |  |
| 495.00 |  | Title - Escrow Fee to Fidelity National Title Agency, Inc. | 495.00 |  |
| 71.00 |  | Title - Tax Cert to National Tax Net |  |  |
| 631.00 |  | Title - Owner's Title Insurance to Fidelity National Title Agency, Inc.<br>(25.00% to W. Clark Martin IV, Attorney at Law) |  |  |
| 2.00 |  | Title - State of Texas Policy Guaranty Fee to Texas Title Insurance Guaranty Association |  |  |
|  |  | T-3 Amendment of Survey Exception for T-1R (T-3 or Deletion) to Fidelity National Title Agency, Inc. | 31.55 |  |
|  |  | Policies to be issued:<br>Owners Policy<br>Coverage: $70,000.00   Premium: $631.00<br>Version: Texas Residential Owner Policy of Title Insurance One-To-Four Family Residences (T-1R) - 2014 |  |  |
|  |  | **GOVERNMENT CHARGES** |  |  |
|  |  | Recording Fees to Fidelity National Title Agency, Inc. - Recording Related Fees<br>ESTIMATE - PLEASE SEND PAGE COUNT | 168.00 |  |
|  |  | **MISCELLANEOUS CHARGES** |  |  |
| 100.00 |  | Doc Prep to Alta Vista W Clark<br>Warranty Deed |  |  |

**MASTER STATEMENT - Continued**

| | | | | |
|---|---|---|---|---|
| 5,891.62 | 70,649.73 | Subtotals | 71,358.36 | 1,992.62 |
| | | Balance Due FROM Borrower | | 69,365.74 |
| 64,758.11 | | Balance Due TO Seller | | |
| 70,649.73 | 70,649.73 | TOTALS | 71,358.36 | 71,358.36 |

### APPROVED and ACCEPTED

Borrower and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Borrower and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Borrower and Seller direct. The undersigned hereby authorizes Fidelity National Title Agency, Inc. to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:
John Lewis, Jr., as and only as court-appointed Receiver for the receivership estate in the matter "Securities and Exchange Commission v. Mauricio Chavez, Giorgio Benvenuto, CryptoFX LLC, CBT Group, LLC", Civil Action No. 4:22-cv-03359, U.S. District Court for the Southern District of Texas, Houston Division

BY: _____, Receiver
John Lewis, Jr.

BORROWER:

_____
Jasmeet Singh Sudhan

_____
Lovedeep Saini

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Fidelity National Title Agency, Inc.
Settlement Agent

| 5,891.62 | 70,649.73 | **Subtotals** | 71,358.36 | 1,992.62 |
|---|---|---|---|---|
| | | **Balance Due FROM Borrower** | | 69,365.74 |
| 64,758.11 | | **Balance Due TO Seller** | | |
| 70,649.73 | 70,649.73 | **TOTALS** | 71,358.36 | 71,358.36 |

### APPROVED and ACCEPTED

Borrower and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Borrower and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Borrower and Seller direct. The undersigned hereby authorizes Fidelity National Title Agency, Inc. to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

John Lewis, Jr., as and only as court-appointed Receiver for the receivership estate in the matter "Securities and Exchange Commission v. Mauricio Chavez, Giorgio Benvenuto, CryptoFX LLC, CBT Group, LLC", Civil Action No. 4:22-cv-03359, U.S. District Court for the Southern District of Texas, Houston Division

BY:_____
   John Lewis, Jr.

BORROWER: _____

Jasmeet Singh Sudhan

_____

Lovedeep Saini

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Fidelity National Title Agency, Inc.
Settlement Agent