# EXHIBIT F

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---:|
| **Liquidated Assets** | | |
| Cash | Cash located at 1124 Blalock | $53,346 |
| Cash in Safe | Recovered from two safes at Blalock | $392,765 |
| First Community Credit Union | Closed Benvenuto bank account | $407,042 |
| First Community Credit Union | Closed Benvenuto bank account | $44,406 |
| Bank of America | Closed Benvenuto bank account | $16,825 |
| Bank of America | Closed Benvenuto bank account | $4,500 |
| Simmons Bank | Closed Benvenuto bank account | $80,764 |
| Simmons Bank | Closed CBT bank account | $247,916 |
| Regions Bank | Closed Chavez bank account | $782 |
| Coinbase, Inc. | Proceeds from liquidation of crypto account | $982,924 |
| Blockchain.com | Proceeds from liquidation of crypto account | $1,161,141 |
| Burford Perry LLC | Balance of retainer | $155,631 |
| Gerger Hennessy & Martin LLP | Balance of retainer | $214,488 |
| Jones Walker Retainer | To be turned over to Receiver | $102,229 |
| Televisions | Located at 1124 Blalock | $3,040 |
| Pratt & Flack LLP | Cash turned over to the Receiver by Chavez | $55,000 |
| Hogan Lane, Hempstead TX | Net sale proceeds from sale of real property for $70k. | $64,758 |
| Total Liquidated Assets | | **$3,987,556** |
| **Unliquidated Assets** | | |
| Cash | | |
| Cash | In Possession of Chavez | $17,000 |
| Bank Accounts | | |
| First Community Credit Union | Benvenuto Holdings frozen account | $109,077 |
| First Community Credit Union | Benvenuto Holdings frozen account | $1,625 |
| Regions Bank | Two frozen related entity bank accounts | $61,045 |
| Investment / Crypto Accounts | | |
| Bittrex (Crypto Exchange) | Minimal balance | $6 |
| Gemini Trust Company LLC | Minimal balance | $11 |
| Exodus Wallet | BTC, Tether & Solana. Liquidated in April 2023. | $86,915 |
| Digital Assets | | |
| Cold Storage Crypto | Four non-custodial accounts at Blockchain.com. | Unknown |
| Cold Storage Crypto | Receiver possesses Ledger Nano drive. | Unknown |
| 79 Proton LLC | Receiver investigating value of unsold NFTs. | Unknown |
| Vehicles | | |
| 2021 Lexus ES350 F Sport | Transferred to JM Monarchy. | $30,000 |
| 2020 Volkswagen Tiguan | Turned over to Receiver. Offer received. | $15,000 |
| 2022 BMW X6 M501 | Offer received. Value is net of loan. | $30,000 |
| 2021 Mercedes-Benz GLE AMG | Recovered by Receiver. Listed for sale. | $60,000 |
| 2020 Jeep Gladiator | In Benvenuto's possession. Insured thru Geico. | $30,000 |

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---|
| **Personal Property** | | |
| Chavez jewelry & personal property | Receiver investigating | $0 |
| Benvenuto personal property | Minimal value. | $0 |
| CFX furniture and fixtures | Removed from 1124 Blalock to be sold. | $2,000 |
| Computers | At Receiver's office. Will be preserved. | $5,000 |
| **Real Properties** | | |
| 28 Lawrence Marshall Dr, Hemptstead, TX | Sale closed in April 2023. | $65,027 |
| Mack Washington, Hempstead, TX | CBT purchased for $2.05 million. Apprised at $1 million. | $1,080,000 |
| *Receiver Investigating — Property Addresses Redacted* | Fort Bend County, TX | $750,000 |
| | Fort Bend County, TX | $731,000 |
| | Fort Bend County, TX | $630,000 |
| | Fort Bend County, TX | $400,000 |
| | Fort Bend County, TX | $423,000 |
| **Other** | | |
| Hair News Color n Cuts | Investment/purchase by Defendants | Unknown |
| **Causes of Action** | | |
| Investor winner clawback claims | Receiver investigating | Unknown |
| Commissions paid | Receiver investigating | Unknown |
| *Receiver Investigatng — Recoveries Redacted* | Transfers to related company | $950,249 |
| | Transfers | Unknown |
| | Transfers | Unknown |
| | Investment/fraudulent transfer | Unknown |
| | Investment/fraudulent transfer | Unknown |
| | | **$5,476,954** |

| | | |
|---|---|---|
| **Liquidated Plus Unliquidated Assets** | | **$9,464,511** |