# EXHIBIT G



**Disbursements**

| Date | Description | Amount |
|---|---|---|
| **Expense Code:** | **E102** | |
| 01/06/23 | Imaging Services - Print Black and White documents (72 @ 0.12) | $8.64 |
| 01/09/23 | Imaging Services - Print Black and White documents (1,309 @ 0.12) | 157.08 |
| 01/10/23 | Imaging Services - Print Black and White documents (1,161 @ 0.12) | 139.32 |
| 01/20/23 | Imaging Services - Print Black and White documents (31 @ 0.12) | 3.72 |
| 01/25/23 | Imaging Services - Print Black and White documents (34 @ 0.12) | 4.08 |
| 01/31/23 | Imaging Services - Print Black and White documents (435 @ 0.12) | 52.20 |
| 02/06/23 | Imaging Services - Scan Paper Documents (373 @ 0.10) | 37.30 |
| 02/07/23 | Imaging Services - Print Black and White documents (17 @ 0.12) | 2.04 |
| 02/07/23 | Imaging Services - Print Color Document (373 @ 0.50) | 186.50 |
| 02/07/23 | Imaging Services - Create Thumb Drive - 128 Gig (2 @ 70.00) | 140.00 |
| 02/07/23 | Imaging Services - Print Color Document (73 @ 0.50) | 36.50 |
| 02/07/23 | Imaging Services - Print Black and White documents (300 @ 0.12) | 36.00 |
| 02/15/23 | Imaging Services - Print Black and White documents (18 @ 0.12) | 2.16 |
| 02/17/23 | Imaging Services - Print Color Document (54 @ 0.50) | 27.00 |
| 03/07/23 | Imaging Services - Create Thumb Drive - 128 Gig (2 @ 70.00) | 140.00 |

42



33206.389768  3008735  04/30/2023

| Date | Description | Amount |
|---|---|---|
| 03/16/23 | Imaging Services - Print Black and White documents (43 @ 0.12) | 5.16 |
| 03/16/23 | Imaging Services - GBC Binding (1 @ 1.25) | 1.25 |
| 03/16/23 | Imaging Services - Print Black and White documents (224 @ 0.12) | 26.88 |
| 03/21/23 | Imaging Services - Black and White Copies (806 @ 0.12) | 96.72 |
| 03/31/23 | Imaging Services - Black and White Copies (432 @ 0.12) | 51.84 |
| 03/31/23 | Imaging Services - Color Copies (288 @ 0.50) | 144.00 |
| **Subtotal for** | **E102** | **$1,298.39** |

**Expense Code:**     E106

| Description | Amount |
|---|---|
| Westlaw | $135.83 |
| Westlaw | 42.57 |
| Westlaw | 165.02 |
| Pacer | 23.80 |
| Westlaw | 70.93 |
| Accurint | 224.99 |
| Westlaw | 8.51 |
| Westlaw | 660.07 |
| Westlaw | 10.22 |
| Pacer | 34.70 |
| Westlaw | 20.44 |
| Westlaw | 10.22 |
| Westlaw | 37.30 |
| Westlaw | 39.76 |
| Westlaw | 166.00 |
| Westlaw | 40.87 |
| Westlaw | 165.02 |
| Lexis Legal Research | 168.30 |
| Westlaw | 8.51 |
| Lexis Legal Research | 84.15 |
| Westlaw | 10.22 |
| Westlaw | 61.30 |
| Westlaw | 117.68 |
| Lexis Legal Research | 303.45 |
| Westlaw | 10.22 |
| Westlaw | 24.79 |
| Lexis Legal Research | 100.30 |
| Westlaw | 495.05 |
| Westlaw | 165.02 |
| Westlaw | 330.04 |
| Westlaw | 8.51 |



33206.389768  3008735  04/30/2023

| Date | Description | Amount |
|---|---|---|
| | Westlaw | 132.82 |
| **Subtotal for** | **E106** | **$3,876.61** |

**Expense Code:**      **E107**

| | | |
|---|---|---|
| | Delivery | $20.56 |
| | Delivery | 19.50 |
| | Delivery-UPS | 37.88 |
| | Delivery - Federal Express - 771499654196 - from Arlen Tanner, Esq. to Sonila Themeli | 37.24 |
| | Delivery - Federal Express | 55.34 |
| | Delivery - Federal Express | 65.12 |
| **Subtotal for** | **E107** | **$235.64** |

**Expense Code:**      **E108**

| Date | Description | Amount |
|---|---|---|
| | Special Postage | $10.20 |
| | Special Postage | 8.76 |
| | Special Postage | 49.80 |
| | Special Postage | 4.44 |
| | Special Postage | 9.70 |
| | Special Postage | 8.76 |
| | Special Postage | 29.88 |
| | Special Postage | 11.50 |
| | Special Postage | 1.00 |
| | Special Postage | 13.05 |
| | Special Postage | 8.88 |
| | Special Postage | 39.56 |
| | Special Postage | 1.26 |
| | Special Postage | 6.66 |
| | Special Postage | 13.05 |
| | Special Postage | 22.50 |
| | Special Postage | 86.85 |
| | Special Postage | 40.80 |
| | Special Postage | 9.65 |
| | Special Postage | 29.88 |
| | Special Postage | 1.26 |
| | Special Postage | 1.26 |
| | Special Postage | 164.58 |
| | Special Postage | 19.92 |
| | Special Postage | 5.70 |
| | Special Postage | 31.35 |
| | Special Postage | 5.55 |
| 03/31/23 | Houston Express, Inc - Postage Houston Express, Inc, Outgoing mail delivery to Harris County Clerk's Office | 129.00 |



33206.389768  3008735  04/30/2023

| Date | Description | Amount |
|---|---|---|
| 03/31/23 | Houston Express, Inc - Postage  Houston Express, Inc, Outgoing mail delivery to Harris County Clerk's Office | 34.00 |
| **Subtotal for** | **E108** | **$798.80** |
| **Expense Code:** | **E112** | |
| 02/07/23 | Montgomery County Clerk, Court Filing Fees, Filing Fees | $20.00 |
| 02/28/23 | Commerce Bank, Court Filing Fees, Pay.gov eFiling | 49.00 |
| **Subtotal for** | **E112** | **$69.00** |
| **Expense Code:** | **E113** | |
| 01/05/23 | Santander Consumer USA Inc., Service of Subpoena, Fee for service of subpoena. | $25.00 |
| 02/16/23 | Veritext 20-3132569, Service of Subpoena, on Norma Chavez, 1/23/2023 | 127.75 |
| 02/16/23 | Veritext 20-3132569, Service of Subpoena, on Gustavo Gomez, 1/25/2023 | 204.60 |
| 02/16/23 | Veritext 20-3132569, Service of Subpoena, on Cindy Mezomo, 1/23/2023 | 127.75 |
| 02/18/23 | Veritext 20-3132569, Service of Subpoena, on Ana Munoz, 1/23/2023 | 127.75 |
| **Subtotal for** | **E113** | **$612.85** |
| **Expense Code:** | **E115** | |
| 02/16/23 | Gradillas Court Reporters, Depositions/Transcripts, Oral Deposition of Maria Saravia. | $1,012.85 |
| 02/16/23 | Gradillas Court Reporters, Depositions/Transcripts, Oral Deposition of Orlin Turcios. | 1,144.40 |
| 02/16/23 | Gradillas Court Reporters, Depositions/Transcripts, Oral Deposition of Julio Taffinder. | 1,594.25 |
| 02/16/23 | Gradillas Court Reporters, Depositions/Transcripts, Oral Deposition of Carmen De la Cruz. | 471.95 |
| 02/16/23 | Gradillas Court Reporters, Depositions/Transcripts, Oral Deposition of Janette Gonzalez. | 1,119.50 |
| **Subtotal for** | **E115** | **$5,342.95** |
| **Expense Code:** | **E118** | |
| 01/27/23 | Gulfstream Legal Group LLC, Litigation Support Vendor, Relativity managed services, license, project management and collection. Houston, TX | $4,014.60 |
| 02/20/23 | Gulfstream Legal Group LLC, Litigation Support Vendor, Relativity database project management and technical services, in addition to data collection related to Securities and Exchange Commission (â€œSECâ€) filed a complaint against Mauricio Chavez, Giorgio Benvenuto, CryptoFX, LLC and CBT Group LLC. Houston, TX | 2,414.35 |
| **Subtotal for** | **E118** | **$6,428.95** |
| **Expense Code:** | **E124** | |
| 01/27/23 | Commerce Bank, Searching & Monitoring, Vehicle search | $30.00 |
| 01/27/23 | Commerce Bank, Searching & Monitoring, Vehicle searches | 16.13 |
| 01/27/23 | Commerce Bank, Translation, Translation service | 647.60 |



33206.389768  3008735  04/30/2023

| Date | Description | Amount |
|---|---|---|
| 01/27/23 | Commerce Bank, Searching & Monitoring, Subscription fee refund | (16.13) |
| 02/09/23 | Valerie Muniz Hayes, Payment of Waller County, TX and Hempstead, TX property tax account number R186919; Houston, TX, 10/01/22 | 1,705.59 |
| 02/09/23 | Valerie Muniz Hayes, Payment of Waller County, TX and Hempstead, TX property tax account number R186891; Houston, TX, 10/01/22 | 1,502.59 |
| 02/24/23 | Legendary Oaks POA, Facilities, POA Maintenance dues for property owned by CBT Group, LLC. Houston, TX | 700.00 |
| 02/24/23 | Commerce Bank, Official Fees, Waller County, TX property tax | 44.13 |
| 02/24/23 | Commerce Bank, Transaction Costs, Service fee for Waller County, TX property tax | 1.04 |
| **Subtotal for E124** | | **$4,630.95** |
| **Total Disbursements** | | **$23,294.14** |