```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF TEXAS
 3                      HOUSTON DIVISION
 4

 5   SECURITIES AND EXCHANGE )
     COMMISSION,              )
 6                            )
         Plaintiff,            )
 7                            )
     vs.                       ) Case No. 4:22-cv-3359
 8                            )
     MAURICIO CHAVEZ,         )
 9   GIORGIO BENVENUTO, and   )
     CRYPTOFX, LLC,           )
10                            )
         Defendants.           )
11                            )
         and                   )
12                            )
     CBT GROUP, LLC,          )
13                            )
         Relief Defendant.     )
14   _____)
15            ORAL AND VIDEOTAPED DEPOSITION OF
16                       MARIA SARAVIA
17                     DECEMBER 15, 2022
18
19       ORAL AND VIDEOTAPED DEPOSITION OF MARIA SARAVIA,
     produced as a witness at the instance of the PLAINTIFF,
20   and duly sworn, was taken in the above-styled and
     numbered cause on DECEMBER 15, 2022, from 9:17 a.m. to
21   6:19 p.m., before Donna L. Garza, CSR, in and for the
     State of Texas, reported by machine shorthand, at the
22   law offices of Shook, Hardy & Bacon, LLP, 600 Travis
     Street, Suite 3400, Houston, Texas, pursuant to the
23   Federal Rules of Civil Procedure and the provisions
     stated on the record or attached hereto; that the
24   deposition shall be read and signed before any notary
     public.
25   JOB No. 221215WWC
```

1

```
         1        Q.    Where is Ascira headquartered?
         2        A.    In Dubai.
         3        Q.    Did you ever get to travel to Dubai?
         4        A.    But I've won a trip to go there in February
10:23    5   for my husband and me.
         6        Q.    How did you win a trip to Dubai through
         7   Ascira?
         8        A.    You have to invite nine people, and I did.
         9        Q.    Does everyone who invites nine people get to
10:23   10   go to Dubai?
        11        A.    They go to Dubai.  If you want to come with
        12   me...
        13        Q.    How do I get in touch with these people?  I'm
        14   serious.  How do I get in touch with these people?
10:24   15        A.    Well, you have my telephone.
        16        Q.    Do you know who I -- so, their contact
        17   information is listed under Ascira on your telephone
        18   number?
        19        A.    That's through the Internet.  But I have
10:24   20   photographs there of what I won, if you want to see
        21   them.
        22        Q.    Who -- who here got you into Ascira?
        23        A.    The husband of my sister invited me.  He also
        24   won the trip.
10:24   25        Q.    Are you going at the same time?
```

37

```
                1   bonus or commission payment from CFX?
                2        A.   Yes.  After that, I wasn't paid.
                3        Q.   Do you --
                4        A.   That's why I'm mad.
       14:45    5        Q.   Do you believe that you received $10,000 in
                6   bitcoin?
                7        A.   He was going to send it to me in bitcoin, but
                8   I didn't want it.  He gave it to me in cash.  I didn't
                9   want him to send that.
       14:46   10        Q.   And when you say "He was going to send it,"
               11   who are you talking about?
               12        A.   Mauricio.
               13        Q.   Okay.  Did you have a personal conversation
               14   with Mauricio about whether this would be in bitcoin or
       14:46   15   in cash?
               16        A.   Yes.
               17        Q.   What does $80,000 in "contratos" mean here?
               18        A.   I don't know -- I don't know what it is
               19   referring to, but it was bonuses that I was paid.  And
       14:47   20   bonuses and contracts, perhaps that's why they put it in
               21   there.
               22        Q.   So, are -- are you saying to us today that
               23   this $90,000 includes both bonus and commission payments
               24   to you and contract payments?
       14:47   25        A.   Yes.
```

128

```
              1          Q.   Okay.  Is -- would this be broken out anywhere
              2    so we could know what belonged to what?
              3          A.   No.
              4          Q.   Did you believe that this $90,000 had been
     14:47    5    correctly calculated?
              6          A.   I don't remember, because I don't even
              7    remember this date.
              8          Q.   Do you remember getting paid $90,000?
              9          A.   Yes.
     14:48   10          Q.   And did you think that's what you were owed?
             11          A.   I believe so.  I don't -- I don't remember, to
             12    tell you the truth.
             13          Q.   Do you think you would recall -- do you think
             14    you would have known if Mauricio was shortchanging you?
     14:48   15          A.   I don't remember.  I'm not able to tell you
             16    "yes" or "no."
             17          Q.   After this date in February, did you earn more
             18    bonuses that haven't been paid?
             19          A.   Bonuses I have not been paid.  I don't
     14:49   20    remember.  I don't remember contracts.  Bonuses, I have
             21    not been paid.
             22                    (Marked Saravia Exhibit 47.)
             23          Q.   (BY MR. GULDE)  Okay.  I'm going to hand you
             24    what I put exhibit sticker No. 47 on.  And it's a
     14:50   25    collection of documents, some of which have been
```

129

```
 1        A.    Yes.
 2        Q.    Were you just scheduled not to come in that
 3   day?
 4        A.    I would go Tuesday and Wednesdays.
 5        Q.    Okay.  Who kept that schedule, by the way?
 6   How did -- how did CFX know who was going to show up?
 7        A.    I would go Tuesdays and Wednesdays.  Because
 8   on Wednesdays, I would stay for the classes.  That's why
 9   I scheduled it what way.
10        Q.    My question to you is:  Was there someone at
11   CFX who organized various shifts that people worked?
12        A.    That was if I wanted to go, I would go.  If
13   not, not.
14        Q.    Were there ever days when nobody showed up to
15   work?
16        A.    Yes.  Nobody showed up to make contracts, or
17   do you mean to work?
18        Q.    Either one.  Let's talk about contracts.
19              So, were there days when people didn't
20   show up to -- to become -- to create a contract for
21   themselves?
22        A.    Yes.  There were days that nobody would show
23   up.
24        Q.    Were there days when CFX was just
25   understaffed?
```

149

```
 1          A.   Yes, inside a cabinet.
 2          Q.   Was it like a white or a black cabinet?  Do
 3   you recall the color?
 4          A.   The cabinet was white, but the safe was black.
 5          Q.   And that's the only safe that you saw at the
 6   Blalock office?
 7          A.   Yes.  That's the only one, the only I saw.
 8          Q.   Who had the codes to that safe or the keys?
 9          A.   I.
10          Q.   Did anybody else have the keys or the codes to
11   the safe?
12          A.   No.  Only I so they wouldn't steal.
13          Q.   And who gave you the codes to the safe?
14          A.   Where it was bought, the code was with it.
15          Q.   How come Norma, the accountant, didn't have
16   the codes to that safe?
17          A.   Because that's where I kept my money.  If all
18   of a sudden it was stolen, they wouldn't know if it was
19   her or if it was me.
20          Q.   And, so, you -- in all of CFX employees and
21   representatives, you were the only person who had the
22   codes to that safe?
23          A.   Yes.
24          Q.   Okay.  And who knew that you were the only
25   person who had the codes to that safe?
```

197

```
 1          A.   Norma.  I told her because she was the
 2   manager.
 3          Q.   And did Mauricio also know that you were the
 4   one who had the codes to that safe?
 5          A.   I don't remember if I told -- I told him, too.
 6   But I informed her so that she would know.
 7          Q.   Now, if Mauricio wanted to have access to that
 8   safe, what would he have to do?
 9          A.   He would have asked.  He would have had to ask
10   me for the number.
11          Q.   Would you have given it to him?
12          A.   If I would be present, yes.  If not, no.
13          Q.   And why is that?
14          A.   For my safety.  If it was lost, then they
15   would want -- if it was lost, they -- then they would
16   want me to pay it back.
17          Q.   Okay.  And the other leaders at CFX, did they
18   have their own safes?
19          A.   No.
20          Q.   Okay.  So, why were you so special to have
21   your own safe?
22          A.   Because I asked for it for safety.  Because if
23   they -- if they asked me to work and if there was nobody
24   upstairs, then who is going to manage that money?
25          Q.   What do you mean "if there was nobody
```

198

```
 1          A.   No.  I didn't know you.
 2          Q.   Okay.  Let me first say congratulations on
 3   paying off your house.
 4               Now, you mentioned several companies that
 5   you were involved with.  I believe it was Melaleuca,
 6   Zurvita, Ambit, Organo Gold?
 7          A.   No.  Organo Gold, no.
 8          Q.   You were not involved.
 9               But you were with the other three?
10          A.   Correct.
11          Q.   And I think you mentioned with Melaleuca, you
12   went to a sales meeting?
13          A.   Yes.
14          Q.   People speaking very positively about the
15   company and its products?
16          A.   Correct.
17          Q.   And then with Ascira, that's the one you're
18   doing currently and you're expecting to take a trip to
19   Dubai in February; is that correct?
20          A.   Yes, sir.
21          Q.   And with each of those, you receive some
22   compensation if you bring other people to the company,
23   correct?
24          A.   Yes, sir.
25          Q.   Okay.  And I think during a break, I heard you
```

217

```
         1   say you also sold Amway long ago, correct?
         2        A.   Yes, in the '90s.
         3        Q.   And did you receive compensation if you
         4   brought other people to Amway?
18:14    5        A.   Everywhere they have paid me.
         6        Q.   And Amway is still operating today, correct?
         7        A.   No, not anymore.
         8        Q.   You're not doing Amway anymore, or the company
         9   is no longer operating?
18:14   10        A.   No.  Amway still functions, but I don't work
        11   with it anymore.  Amway has been around for 50 years.
        12        Q.   Right.  And those other companies we
        13   mentioned -- Melaleuca, Zurvita, Ambit, and Ascira --
        14   all those are still operating, correct?
18:14   15        A.   Yes, sir.
        16        Q.   Okay.  Now, I want to make sure I heard this
        17   right.  When you first heard about CryptoFX, it was
        18   explained to you that you might get 15 percent, that you
        19   might not get anything, correct?
18:15   20        A.   From zero to 15.
        21        Q.   And did you explain to the people that you
        22   told about CFX that they had the same situation; they
        23   could get 15 percent or they might get zero?
        24        A.   Yes, sir.
18:15   25        Q.   And you took a lot of classes at CFX, correct?
```

218

```
 1              A.   Yes, sir.
 2              Q.   You learned to open bitcoin wallets?
 3              A.   Yes, to buy and sell coins.
 4              Q.   And you started with CFX, you believe, in June
18:16  5   of 2020?
 6              A.   Yes.
 7              Q.   But I think we saw some documents that said it
 8   might have been as late as December 2020, you thought?
 9              A.   The contract was with that date.  I don't know
18:16 10   why.  I started before.
11              Q.   But in any case, you had no knowledge of CFX
12   prior to June of 2020, correct?
13              A.   No.
14              Q.   And did you ever meet or communicate with
18:17 15   Gustavo Gomez?
16              A.   I saw him two or three times at the office.
17              Q.   And what did you understand him -- his role to
18   be at CFX?
19              A.   I -- I know that he was part of CFX.  I never
18:17 20   knew if he was owner or whatever.
21              Q.   Okay.  Do you have any knowledge of whether
22   Mauricio Chavez was successful in trading bitcoin?
23              A.   Yes, sir.
24              Q.   And what did you know about that?
18:18 25              A.   That he earned a lot of money with the
```

219

```
         1   purchase and selling of coins.
         2        Q.   And up to mid-September of 2022, had CFX, to
         3   your knowledge, made all the payments it was supposed to
         4   make on all the contracts that students had?
18:18    5        A.   Yes.  They always paid because I always paid.
         6             MR. FLACK:  Okay.  Thank you.  I don't
         7   have any further questions.
         8             MR. GULDE:  We can close?
         9             MR. FLACK:  You can take off your
18:19   10   microphone.
        11             THE VIDEOGRAPHER:  Off the record at
        12   6:19 p.m.
        13             THE COURT REPORTER:  Are you getting a
        14   copy?
18:19   15             MR. FLACK:  Yes.
        16             MS. AGUILAR:  Yes, please.
        17             MS. THEMELI:  Yes.
        18             (The deposition concluded at 6:19 p.m.)
        19
        20
        21
        22
        23
        24
        25
                                                                   220
```

```
1    THE STATE OF TEXAS     )
2    COUNTY OF POLK         )
3
4              I, Donna L. Garza, Certified Shorthand
5    Reporter in and for the State of Texas, do hereby
6    certify that the above and foregoing contains a true and
7    correct transcription of all portions of evidence and
8    other proceedings in the above-styled and numbered
9    cause, all of which occurred and were reported by me.
10             I further certify that I am neither counsel
11   for, related to, nor employed by any of the parties or
12   attorneys in the action in which this proceeding was
13   taken, and further that I am not financially or
14   otherwise interested in the outcome of the action.
15             GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
16   this, the  20th  day of December, 2022.
17
18
                                    _____
19
                                    DONNA L. GARZA, TEXAS CSR NO. 4785
20                                  Expiration Date:  12-31-22
21
22
23
24
25
```