```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF TEXAS
 3                       HOUSTON DIVISION
 4
 5  SECURITIES AND EXCHANGE )
    COMMISSION,             )
 6                          )
         Plaintiff,         )
 7                          )
    vs.                     )  Case No. 4:22-cv-3359
 8                          )
    MAURICIO CHAVEZ,        )
 9  GIORGIO BENVENUTO, and  )
    CRYPTOFX, LLC,          )
10                          )
         Defendants.        )
11                          )
         and                )
12                          )
    CBT GROUP, LLC,         )
13                          )
         Relief Defendant.  )
14  _____)
15
16
17              ORAL VIDEOTAPED DEPOSITION
18                MS. CARMEN DE LA CRUZ
19                  December 9, 2022
20
21
22
23
24  Reported by:
    Michelle Hartman
25  JOB No. 221209WWC
```

1

```
 1        ORAL VIDEOTAPED DEPOSITION OF MS. CARMEN DE LA
 2   CRUZ, produced as a witness at the instance of the
 3   Plaintiff and duly sworn, was taken in the
 4   above-styled and numbered cause on the 9th day of
 5   December, 2022, from 9:12 a.m. to 1:14 p.m., before
 6   Michelle Hartman, Certified Shorthand Reporter in and
 7   for the State of Texas and Registered Professional
 8   Reporter, reported by computerized stenotype machine
 9   at the offices of Shook, Hardy & Bacon, LLP, JPMorgan
10   Chase Tower, 600 Travis Street, Suite 3400, Houston,
11   Texas 77002, pursuant to the Federal Rules of Civil
12   Procedure and the provisions stated on the record or
13   attached hereto.
14
15
16
17
18
19
20
21
22
23
24
25
```

2

```
 1            Q.   Where did you meet Mauricio Chavez?
 2            A.   I met him at a class about crypto and
 3   forex that was taking place in the academy.
 4            Q.   Were you already an investor in CryptoFX
 5   at this time?
 6            A.   Yes.
 7            Q.   And did you speak with Mauricio Chavez?
 8            A.   I just asked him because we had a chat
 9   about people that were receiving the classes and we
10   needed to know the schedule and the times.  I asked
11   him about that, about the times, and told him that I
12   was interested in learning.
13            Q.   And did you attend the classes?
14            A.   Yes.
15            Q.   And have you learned about crypto --
16   crypto trading?
17            A.   No, I just went, but I didn't learn.
18            Q.   How many classes did you attend?
19            A.   I went like three times.
20            Q.   And how long were the classes?
21            A.   Like one hour and a half, more or less,
22   with a crypto teacher.
23            Q.   And do you know who the crypto teacher
24   was?
25            A.   Yes, Julio Taffinder, Taffinder, yes,
```

22

```
 1  something like that, and a forex one, too, a forex
 2  teacher.
 3          Q.   Do you know who the forex teacher was?
 4          A.   Yes, Juan Puac.
 5          Q.   And that last name is spelled P-U-A-C?
 6          A.   Yes.
 7          Q.   But as you are sitting here today, you
 8  can't tell us what you learned?
 9          A.   Well, I learned is that the BitCoin is
10  like a crypto currency that is the most famous crypto
11  currency, and those who invest in BitCoin are
12  investing for the future, and that the BitCoin was
13  what they were doing with the money.  I was listening
14  to that, that they were using our money to invest in
15  BitCoin.
16          Q.   And were you involved in any of the
17  decisions about what was done with the actual trades?
18          A.   No.
19          Q.   Did you learn how to make any of the
20  trades yourself?
21          A.   No, never.
22          Q.   Did you learn how to make any forex
23  trades?
24          A.   No.
25          Q.   So did they describe what they were doing
```

23

```
 1   STATE OF TEXAS
 2   COUNTY OF HARRIS
 3
 4                REPORTER'S CERTIFICATE
 5              ORAL VIDEOTAPED DEPOSITION OF
 6                 MS. CARMEN DE LA CRUZ
 7                    December 9, 2022
 8
 9        I, Michelle Hartman, the undersigned
10   Certified Shorthand Reporter in and for the State of
11   Texas and Registered Professional Reporter, certify
12   that the facts stated in the foregoing pages are true
13   and correct.
14        I further certify that I am neither
15   attorney or counsel for, related to, nor employed by
16   any parties to the action in which this testimony is
17   taken and, further, that I am not a relative or
18   employee of any counsel employed by the parties
19   hereto or financially interested in the action.
20
21
22
23
24
25
```

```
 1            SUBSCRIBED AND SWORN TO under my hand and
 2   seal of office on this  14th    day of December, 2022.
 3
 4
 5       _____Michelle Hartman_____
 6            Michelle Hartman, CSR, RPR
              Texas CSR 7093
 7            Expiration:  12/31/23
```