```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE SOUTHERN DISTRICT OF TEXAS
 3                       HOUSTON DIVISION
 4
 5    SECURITIES AND EXCHANGE )
      COMMISSION,              )
 6                             )
          Plaintiff,            )
 7                             )
      vs.                      ) Case No. 4:22-cv-3359
 8                             )
      MAURICIO CHAVEZ,         )
 9    GIORGIO BENVENUTO, and   )
      CRYPTOFX, LLC,           )
10                             )
          Defendants.          )
11                             )
          and                  )
12                             )
      CBT GROUP, LLC,          )
13                             )
          Relief Defendant.    )
14    _____)
15
16
17              ORAL VIDEOTAPED DEPOSITION
18             MS. JANETTE HERNANDEZ-GONZALEZ
19                   December 7, 2022
20
21
22
23
24  Reported by:
    Michelle Hartman
25  JOB No. 221207WWC
```

```
 1         ORAL VIDEOTAPED DEPOSITION OF MS. JANETTE
 2    HERNANDEZ-GONZALEZ, produced as a witness at the
 3    instance of the Plaintiff and duly sworn, was taken
 4    in the above-styled and numbered cause on the 7th
 5    day of December, 2022, from 9:19 a.m. to 4:38 p.m.,
 6    before Michelle Hartman, Certified Shorthand Reporter
 7    in and for the State of Texas and Registered
 8    Professional Reporter, reported by computerized
 9    stenotype machine at the offices of Shook, Hardy &
10    Bacon, LLP, JPMorgan Chase Tower, 600 Travis Street,
11    Suite 3400, Houston, Texas 77002, pursuant to the
12    Federal Rules of Civil Procedure and the provisions
13    stated on the record or attached hereto.
14
15
16
17
18
19
20
21
22
23
24
25
```

2

1  looked at the same kind of properties as the Maurizio
2  Group?
3      A.  Approximately.
4      Q.  Okay.  And so did you also help them make
5  appointments like you did at the Maurizio Group?
6      A.  Yes.
7      Q.  Okay.  Did you have any roles to play in
8  transactions with Luxury Real Estate Group?
9      A.  No.
10     Q.  And so other than helping Mauricio make
11 appointments and conducting market research, did you
12 do anything else at Luxury Real Estate Group?
13     A.  No.
14     Q.  Is there an office for Luxury Real Estate
15 Group?
16     A.  No.
17     Q.  There is no central office for that
18 business?
19     A.  I don't know the office.  I just know
20 that I worked from my house.
21     Q.  Okay.  Were you ever present for meetings
22 that Mauricio had as part of the Luxury Real Estate
23 business?
24     A.  No.
25     Q.  How did you present your market research

56

```
 1          Q.   So you're saying the 3,500 was a direct
 2   deposit to your bank account?
 3          A.   Yes.
 4          Q.   Were there any other employees at Luxury
 5   Real Estate?
 6          A.   Not that I know of.
 7          Q.   Did you negotiate this pay range with
 8   Mauricio Chavez?
 9          A.   Yes.
10          Q.   Did you ask for more money?
11          A.   No.
12          Q.   Who suggested the number 3,500?
13          A.   Himself.
14          Q.   Okay.  And that was fine with you?
15          A.   That was fine with me, yes.
16          Q.   How many hours would you work per -- per
17   day and per -- per week for the Luxury Real Estate
18   Group?
19          A.   It was from 9:00 to 5:00.  So 9:00 to
20   5:00 five days a week.
21          Q.   That is a pretty big pay cut from what
22   you made at the Maurizio Group; is that right?
23          A.   Yes.
24          Q.   Yeah.  How did you -- but roughly the
25   same hours; is that right?
```

58

```
 1   testified earlier that this is your current
 2   residence, correct?
 3           A.   Correct.
 4           Q.   And this was also a new construction when
 5   the house was purchased?
 6           A.   Yes.
 7           Q.   Now, in August -- so the house was
 8   purchased in April of 2022 from Perry Homes, and then
 9   in August 11th, 2022, it was transferred from Luxury
10   Real Estate to Janette Gonzalez as trustee of the JJ
11   Trust.  Does that sound correct to you?
12           A.   I don't remember the dates, but I know
13   that we did that transfer.
14           Q.   What is the JJ Trust?
15           A.   It is a trust fund that I created for my
16   son's future.
17           Q.   Is there a co-trustee, another trustee to
18   this trust?
19           A.   Just myself.
20           Q.   And did you hire an attorney or some
21   other professional to help you create the JJ Trust?
22           A.   Yes, through LegalZoom.
23           Q.   And what type of trust is this?
24           A.   I believe it is a -- I don't remember to
25   be honest.  I would have to check because I don't
```

207

```
 1    trust from the one that we discussed previously --
 2         A.   Yes.
 3         Q.   -- correct?
 4              And this trust is called JCA Trust?
 5         A.   Yes.
 6         Q.   Okay.  And when did you create this
 7    trust?
 8         A.   I don't remember the -- the date.
 9         Q.   Well, the property records show that the
10    house was transferred from JM Monarchy, LLC to
11    Janette Gonzalez as trustee of the JCA Trust in
12    January of 2022.
13              Does that sound correct to you?
14         A.   I don't remember if it was that day.
15         Q.   Okay.  What type of trust is JCA Trust?
16         A.   JCA Trust is a living trust, and I don't
17    recall very much.
18         Q.   So it's a -- but you recall it's a living
19    trust?
20         A.   It's a living trust from what I remember.
21         Q.   And the other trust, the JJ Trust, is
22    that a living truth as well?
23         A.   I'm sorry?
24         Q.   ==The other trust we discussed, is that a
25    living trust as well?==
```

222

```
 1          A.  I believe so.  I have the documents and
 2   it was -- I can send them to you so you can check.
 3          Q.  And are you the only trustee for JCA
 4   Trust?
 5          A.  Yes.
 6          Q.  And did you use LegalZoom for this trust
 7   as well?
 8          A.  Yes.
 9          Q.  And who are the beneficiaries of this
10   trust?
11          A.  From my recollection, I put my brother,
12   two of them, but I don't remember which -- who
13   they -- who they were.
14          Q.  And other than this house, what other
15   assets does this trust own?
16          A.  No other assets.
17          Q.  Is the Polaris house insured?
18          A.  Not from my recollection.
19          Q.  And there is no note on that house,
20   right?  There's no mortgage or anything like that?
21          A.  No, ma'am.
22          Q.  And what about the property taxes, do you
23   receive the bill for this house?
24          A.  Yes.  I paid it.
25          Q.  And you paid it?
```

223

```
 1          A.  Yes, through the company's bank.
 2          Q.  What -- what do you mean?
 3          A.  I paid it.  I don't remember to be
 4   honest.  I'm so sorry, I'm just tired.
 5          Q.  That's okay.  I understand.  We're all a
 6   little bit tired today.
 7              You said you paid the property taxes for
 8   Polaris Lane house through the company's bank
 9   account?
10          A.  No.  I'm sorry.  I made the payment.  I
11   don't remember how, but I have all the receipts that
12   I can show it where -- how I made it.
13          Q.  Is there a bank account associated with
14   the JCA Trust?
15          A.  No.
16          Q.  Do you own any other houses or real
17   estate properties we have not discussed?
18          A.  No.
19          Q.  What type of vehicle do you drive?
20          A.  A Lexus ES 350.
21          Q.  And when did you have purchase the Lexus?
22          A.  I don't remember the date.
23          Q.  Did you personally purchase the Lexus?
24          A.  Myself, I didn't purchase the Lexus.
25          Q.  And when -- let's -- let's -- let me ask
```

224

1  you this: When did you come to get possession of
2  this Lexus 350 -- did you say 350?
3        A. Yes.
4        Q. Is that an SUV or a sedan?
5        A. Sedan.
6        Q. Okay. What year is the car?
7        A. 2021.
8        Q. 2021. Okay. So when -- when did you
9  take possession of the -- of this car?
10        A. My company, JM Monarchy, purchased it
11  from Mauricio, but I don't remember when exactly.
12        Q. When did you start driving it?
13        A. Since I purchased the car. Well, since
14  the company purchased the car. I don't remember what
15  date.
16        Q. Was it sometime in 2021?
17        A. I don't remember.
18        Q. So you were saying JM Monarchy purchased
19  the car?
20        A. Yes.
21        Q. What funds did JM Monarchy use to pay for
22  the Lexus?
23        A. The funds were from the bank.
24        Q. What bank account?
25        A. B -- Bank of America.

225

```
 1          Q.  And were you there when the car was
 2   purchased?
 3          A.  No, I was not there.
 4          Q.  And do you know what dealership it was
 5   purchased from?
 6          A.  No.
 7          Q.  And do you know how much the car -- how
 8   much JM Monarchy paid for the car?
 9          A.  Yes, I believe he said $35,000 from my
10   recollection.
11          Q.  Who said that?
12          A.  Mauricio.  That's the amount he sold it
13   to me for approximately.
14          Q.  I'm sorry?
15          A.  That's the amount he approximately sold
16   it to me for.
17          Q.  Okay.  Let's take a step back.
18              So JM Monarchy sometime in 2021 purchased
19   this Lexus, correct?
20          A.  Yes.
21          Q.  And then at some point Mauricio sold you
22   the car?
23          A.  No, Mauricio was the first one to
24   purchase the car --
25          Q.  Okay.
```

226

```
 1              A.   -- and I -- well, JM Monarchy purchased
 2   it from Mauricio.
 3              Q.   Okay.  So JM Monarchy paid Mauricio
 4   $35,000 for the Lexus?
 5              A.   Yes.
 6              Q.   Is this car insured?
 7              A.   No.
 8              Q.   There's no liability insurance on the
 9   car?
10              A.   No.
11              Q.   So you're driving without an insurance
12   card?
13              A.   Yes, ma'am.
14              Q.   Is there a reason for that?
15              A.   I haven't got the insurance.  I forgot to
16   get it.
17              Q.   When was the last time that the car was
18   insured?
19              A.   I don't remember.
20              Q.   And when did JM Monarchy purchase the
21   car, this Lexus car, from -- from Chavez?
22              A.   I don't remember the date, but I do have
23   the cashier's check in my history that I can check
24   for you and give you an exact date.
25              Q.   Do you drive your son in this car?
```

227

```
 1              MR. FLACK:  Okay.  I have just a few.
 2                         EXAMINATION
 3        Q.  (BY MR. FLACK)  For the record, I'm Paul
 4   Flack.  I represent Mauricio --
 5        A.  Okay.
 6        Q.  -- Cavales -- or Chavez.  Sorry.
 7             We have not met before today, correct?
 8        A.  I have never met you.
 9        Q.  Okay.  And you entered into a contract
10   with CFX, correct?
11        A.  Yes.
12        Q.  And do you have in front of you
13   Exhibit 6?
14        A.  Yes, I can get it.  Yes, I have it.
15        Q.  Okay.  Counsel for the SEC asked you some
16   questions about this document and he referred to some
17   parts that are small print, but to me they look like
18   reasonably sized print, so let me just ask you.
19             Do you see the part where it says, "I,
20   Janette Gonzalez, fully decided to contribute to
21   CryptoFX -- CryptoFX, LLC the amount of $140,000"?
22        A.  Yes, plus the 2 -- 20,000 that states
23   there.
24        Q.  Okay.  And you recall seeing similar
25   language to this in the first one you signed,
```

254

```
 1    correct, the first contract you signed for CryptoFX?
 2            A.   Yes.
 3            Q.   And I think you said you read it that
 4    time but you didn't read it the other time?
 5            A.   Yes.
 6            Q.   Okay.  And do you recall whether that
 7    first one that you read said, "We are taking your
 8    money and investing on our behalf.  If we received
 9    enough return on crypto currency, we will repay the
10    student a portion of the total tuition"?
11                 Do you recall reading that when you first
12    invested with CFX or something to that effect?
13            A.   The first time that I had the contract,
14    yes.
15            Q.   Okay.  And do you see the part where it
16    says, "The venture is very speculative and risky.
17    Foreign exchange and crypto currency trading is
18    highly speculative and the student understand and is
19    willing to assume the economic, legal and other risks
20    involved and (B) is financially able to assume
21    losses"?
22                 Do you remember reading something like
23    that when you first invested?
24            A.   Something like that, but --
25            Q.   Okay.  You recall --
```

255

```
 1          A.   -- to me that --
 2          Q.   -- reading warnings about the risk of the
 3   investment?
 4          A.   Yes.
 5          Q.   And did you understand when you invested
 6   that there was risk?
 7          A.   Yes.
 8          Q.   And then it says, "The student
 9   understands that CryptoFX is a simple educational
10   academy, not registered with the Texas Workforce
11   Commission, nor has any registration with the
12   Security and Exchange Commission as a dealer or as an
13   agent nor has any insurance coverage."
14               Do you recall reading something like that
15   when you first invested?
16          A.   I don't recall at this time, but I might
17   have read it at that first time.
18          Q.   Okay.  And then skipping down to the part
19   underneath "Confidential Agreement," there's again a
20   paragraph that begins, "I, Janette Gonzalez," and
21   then the second paragraph, "the student" --
22               That would be you, correct?
23          A.   Yes.
24          Q.   -- "further understand there is a high
25   risk in trading foreign currencies and acknowledges
```

256

1  he/she does not know nor understand the fees involved
2  in trading foreign currencies."
3              Do you recall reading something like that
4  when you first got involved with CryptoFX?
5       A.   Yes.
6       Q.   And there's the next paragraph, "The
7  student further understand there is a high risk with
8  the crypto currency and in trading in crypto
9  currencies because the volatility of the price may
10 decrease over a short period of time, resulting in
11 significant loss for the student.  A possible hacking
12 incident from malicious attack may negatively impact
13 the price of the crypto currencies, and in the event
14 of theft or fraud are difficult to trace or recover."
15             Do you recall reading something like that
16 when you first invested?
17      A.   Something like that.
18      Q.   Now, it refers -- it talks some about
19 classes that investors were in.  You understood that
20 you could take classes as part of this involvement
21 you were having with CryptoFX?
22      A.   Yes.
23      Q.   And did you understand that those classes
24 would teach you about crypto currency and how to
25 invest in them?

257

```
 1            A.   Yes.
 2            Q.   Did you see other people attend such
 3    classes at CryptoFX?
 4            A.   During the day that I was in the office,
 5    yes, I saw a lot of people there.
 6            Q.   Okay.  And a lot of those people were
 7    attending classes?
 8            A.   Yes.
 9            Q.   Did you ever see -- hear anyone speak
10    positively about learning a lot in any of those
11    classes?
12            A.   Yes.
13            Q.   Did CFX have a website?
14            A.   Yes.
15            Q.   And did it explain the programs and
16    classes that CFX offered?
17            A.   Yes.
18            Q.   As far as you know, was it available for
19    anybody to look at?
20            A.   Yes.
21            Q.   24 hours a day?
22            A.   Yes.
23            Q.   Did CFX also give presentations to your
24    understanding that were open to the public where
25    anybody could come and learn about what their program
```

258

```
 1            Q.   Did that stop when the SEC filed its suit
 2   in September of this year?
 3            A.   One contract still hasn't been paid.
 4            Q.   Right.  And you haven't received a
 5   payment on that contract, but you did on all the
 6   prior ones, correct?
 7            A.   Yes.
 8            Q.   Who was Eduardo Taffinder?
 9            A.   One of the founders.
10            Q.   And what happened to him?
11            A.   He passed away.
12            Q.   From Covid?
13            A.   Yes, from Covid-19.
14            Q.   And what was his role at CryptoFX to your
15   understanding, obviously prior to when he got sick
16   and passed away?
17            A.   From my understanding, he was there with
18   Mauricio managing the company.
19            Q.   Okay.  So the company was being led by
20   Mauricio Chavez, Eduardo Taffinder, and who is the
21   third person?
22            A.   Gustavo Gomez.
23            Q.   Ands Mr. Taffinder got sick with Covid
24   and subsequently died, correct?
25            A.   Yes.
```

260

```
1        Q.   And Gustavo, he stepped back from the
2   company?
3        A.   Yes.
4        Q.   So that left just Eduardo -- or just
5   Mauricio to try to run things, correct?
6        A.   Just Mauricio, yes.
7        Q.   Okay.  Was the office when you were there
8   a pretty hectic place at -- at Town & Country?
9        A.   It was pretty busy.
10       Q.   Okay.  Was it your understanding that
11  Mauricio Chavez was trading BitCoin?
12       A.   Not my fully understanding.
13       Q.   Okay.  Do you have any idea how much he
14  might have made trading BitCoin over the time --
15       A.   No.
16       Q.   -- he was at the company?
17       A.   No, sir.
18       Q.   Was it your -- did you have any
19  understanding whether he was very successful in
20  trading BitCoin?
21       A.   Yes.  From what he stated, he was.
22       Q.   But you have no idea how much he made?
23       A.   No, sir.
24       Q.   Okay.  I think that's all the questions I
25  have.
```

261

```
 1  STATE OF TEXAS
 2  COUNTY OF HARRIS
 3
 4                  REPORTER'S CERTIFICATE
 5               ORAL VIDEOTAPED DEPOSITION OF
 6             MS. JANETTE HERNANDEZ-GONZALEZ
 7                     December 7, 2022
 8
 9          I, Michelle Hartman, the undersigned
10  Certified Shorthand Reporter in and for the State of
11  Texas and Registered Professional Reporter, certify
12  that the facts stated in the foregoing pages are true
13  and correct.
14          I further certify that I am neither
15  attorney or counsel for, related to, nor employed by
16  any parties to the action in which this testimony is
17  taken and, further, that I am not a relative or
18  employee of any counsel employed by the parties
19  hereto or financially interested in the action.
20
21
22
23
24
25
```

```
 1            SUBSCRIBED AND SWORN TO under my hand and
 2   seal of office on this  12th    day of December, 2022.
 3
 4
 5   _____
 6            Michelle Hartman, CSR, RPR
              Texas CSR 7093
 7            Expiration:  12/31/23
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```