Yes lets do 4:45

Ok perfect 😌 👌

1/13/21, 4:45 PM

On the way boss

Hey boss I'm here

On the 3rd floor

1/14/21, 2:01 PM



Done for today

24 hours back in the market and we have done 27% 😌 👌 not bad

1/15/21, 8:18 AM

Hey bro we need to contact kot

They are messing up bad in your account

Ok brother lets contact them today

You see what happened ?

MC_000237
FOIA Confidential Treatment Requested
Page 27 of 92

Ok yeah send me the log in info imma screenshot all the balances and account numbers and I'm gonna contact them form mine as wel

*Attachment stored in iCloud: IMG_8911.HEIC (Image)*

We can fix it if the chat is open like that

*Attachment stored in iCloud: 63331038491__C386A693-B466-4BC9-BEAB-A979C76C48C4.HEIC (Image)*

Yeah I'll be there around 6:30

On my way !

1/26/21, 7:00 AM



256%

1/26/21, 8:31 AM

Thats crazy bro

Congratulations bro

*Attachment stored in iCloud: IMG_0258.jpeg (Image)*

1.5M this week

I'll be at the office at 11:30

> Don't forget to send me the log in brother

> Imma be up tonight again

*1/26/21, 7:53 PM*

> *Attachment stored in iCloud: IMG_0322.jpeg (Image)*

>> Woww brother

> On our way to 1.5

*1/26/21, 9:29 PM*

> Hey brother you still sending me the other account log in for me to trade it tonight?

*1/27/21, 5:42 AM*

> *Attachment stored in iCloud: IMG_0346.jpeg (Image)*

>> Damm bro

>> Are you taking profits

>> Ia already 500

> No not yet

> Lol remember trust me !

> 1.4 is easy

> 2.2 this week brother

> It's already done

> Don't forget to bring that bottle lol

> Because we where able to get more entries we will hit it in half the time and distance

>> Wow bro amazing thats so crazy

>> Congratulations brother

> Hey brother

> Please do it ASAP

> I don't wanna get margin out

Done

> Perfect check the account now

2/1/21, 1:39 PM

> +300 k so far

Wowwww

> 5Mill this week

> It's done already

Wow awesome brother

> Lol I'm gonna make your company as big as mine 🙏

> 1 man can change it all !

Yes sir

> *Attachment stored in iCloud: IMG_0628.heic (Image)*

> Elite Generators INC

> Do you think you can get it down today ?

2/1/21, 7:38 PM

> Hey brother were you able to do the wire

2/2/21, 8:38 AM

> 1M down

I know bro

That's amazing

> 1/5 to our target



**Left (received):**
- Lol
- By tonight or tomorrow morning we should be halfway
- Lol shiii i already have mine booked remember 😂
- 1.3M down
- 🙏
- 1.6M
- Ok brother sounds good go take care of you daughter !!
- 2,120,000.00
- How is she bro ? Is she ok !
- ?*
- 🙏 I'm sure she will be fine brother
- 2151 fort Laramie dr Katy tx 77449

**Right (sent):**
- Woww bro we will take a vacation lol
- That's awesome brother
- 👋👋👋🙏🙏🙏
- 👏👏👏👏👏
- Hopefully bro
- They are going to check her
- Thanks bro

2/2/21, 11:28 AM

- Whats the address for the account
- Here at the bank