```
[9/28/21, 8:40:02 AM] M GROUP: Had a death in the family
[9/28/21, 8:40:24 AM] M GROUP: Moms husband son past away
[9/28/21, 8:53:30 AM] Gio CFX: Sorry to hear that brother.  I will meet with her today to make sure about our order anyway and will ask her to come back when you are available.
[9/28/21, 5:12:30 PM] Gio CFX: audio omitted
[9/28/21, 5:14:38 PM] M GROUP: audio omitted
[9/28/21, 5:15:46 PM] Gio CFX: audio omitted
[9/28/21, 5:16:26 PM] M GROUP: Thanks brother
[9/28/21, 5:16:29 PM] M GROUP: Appreciate that
[9/28/21, 5:16:41 PM] Gio CFX: I got you brother
[9/29/21, 8:48:46 AM] Gio CFX: image omitted
[9/29/21, 8:52:16 AM] M GROUP: audio omitted
[9/29/21, 8:53:35 AM] Gio CFX: audio omitted
[9/29/21, 12:25:39 PM] Gio CFX: audio omitted
[9/29/21, 12:26:37 PM] M GROUP: audio omitted
[9/29/21, 1:00:40 PM] Gio CFX: audio omitted
[9/29/21, 1:09:55 PM] M GROUP: Amazing bro
[9/29/21, 1:29:13 PM] Gio CFX: I understand you have hired one to assistance here at the office with writing up contracts correct?
[9/29/21, 1:29:34 PM] Gio CFX: Juan to assist us
[9/29/21, 1:29:38 PM] M GROUP: audio omitted
[9/29/21, 1:30:19 PM] Gio CFX: I will take anybody you throw at us but we need more admin help
[9/29/21, 1:30:34 PM] M GROUP: Ee are on it bro
[9/29/21, 2:27:38 PM] Gio CFX: image omitted
[9/29/21, 2:28:04 PM] M GROUP: You deleted this message.
[9/29/21, 2:28:53 PM] M GROUP: Can you send soneone who ever the receipt for that asap
[9/29/21, 2:29:19 PM] Gio CFX: Explain what you mean please?
[9/29/21, 2:29:37 PM] M GROUP: Marcos and Adrian have to take it back
[9/29/21, 2:29:42 PM] M GROUP: I told them yesterday
[9/29/21, 2:30:05 PM] Gio CFX: I'm on it
[9/29/21, 2:30:13 PM] M GROUP: Thanks
[9/29/21, 2:31:21 PM] Gio CFX: Are we swapping that piece of shit out with something you've already picked out at Micro Center?
[9/29/21, 2:31:37 PM] Gio CFX: They probably won't do cash back at Micro Center by the way and it would probably have to be an exchange
[9/29/21, 2:31:40 PM] M GROUP: I am going to buy the other ones
[9/29/21, 2:31:49 PM] M GROUP: All they have to do is drop it off
[9/29/21, 2:31:53 PM] M GROUP: And get money back
[9/29/21, 2:34:09 PM] Gio CFX: Ok
[9/29/21, 2:34:38 PM] Gio CFX: And what if Micro Center will only allow for exchange?
[9/29/21, 2:34:59 PM] M GROUP: Tell them to get gift card
[9/29/21, 2:35:03 PM] M GROUP: I am on that
[9/29/21, 2:35:09 PM] Gio CFX: OK
[9/29/21, 2:35:48 PM] Gio CFX: If you have a particular model in mind let's just do a swap at Micro Center? We will be right there anyway.
A.D. knows exactly what we need
```