```
[5/28/21, 5:12:39 PM] M GROUP: Let me ask him in a couple of hours to go and get it
[5/28/21, 5:12:56 PM] M GROUP: I willl call you in. 2 hours
[5/28/21, 5:13:01 PM] Gio CFX: Ok brother
[5/28/21, 5:13:11 PM] M GROUP: Sorry for the headache bro
[5/28/21, 5:14:37 PM] Gio CFX: It's been a rough day brother. I'm not going to lie.
[5/28/21, 5:20:22 PM] M GROUP: Sorry man
[5/28/21, 5:20:41 PM] M GROUP: I really thought that account was not going to be ready today
[5/28/21, 5:21:44 PM] Gio CFX: Just get me the check and I will handle that part. When are you back in town to be able to transfer the rest of the money? Tuesday or Wednesday?
[5/28/21, 5:22:05 PM] M GROUP: Tuesday night
[5/28/21, 5:22:44 PM] Gio CFX: I will let you know when the account is active if you can possibly transfer any funds from where you are?
[5/28/21, 5:22:47 PM] M GROUP: It will be done
[5/28/21, 5:22:57 PM] M GROUP: Ok perfect bro
[5/28/21, 5:23:34 PM] Gio CFX: Ok brother. Enjoy your time away. I know you've been stressed too.

I really need your head in the game when you get back my brother.
[5/28/21, 5:24:12 PM] M GROUP: Yes brother thats tbe reason I did it bro
[5/28/21, 5:24:17 PM] M GROUP: Too much going on
[5/28/21, 5:25:33 PM] Gio CFX: I get it brother but you really need to tell me what you're up to so that I don't go bat shit crazy when you're gone. Lol
[5/28/21, 5:27:05 PM] M GROUP: Yes bro
[5/28/21, 5:27:12 PM] M GROUP: It won't happen again
[5/28/21, 5:27:22 PM] M GROUP: I did not tell anyone
[5/28/21, 5:27:30 PM] M GROUP: Hope you didnt bro
[5/28/21, 5:27:36 PM] Gio CFX: I know. Everybody is looking for you
[5/28/21, 8:44:27 PM] M GROUP: Contact card omitted
[5/28/21, 8:44:42 PM] M GROUP: audio omitted
[5/28/21, 8:45:00 PM] Gio CFX: On it
[6/1/21, 11:45:54 AM] Gio CFX: image omitted
[6/1/21, 11:46:22 AM] Gio CFX: image omitted
[6/1/21, 11:48:04 AM] Gio CFX: Please call me tonight.  We need to take care of this tomorrow morning in order to make our deadline.

Fernando is wanting to meet with us both with regards to all of your accounts and how things should be handled to protect us and you specifically.
[6/1/21, 8:58:05 PM] Gio CFX: Contact card omitted
[6/1/21, 9:00:04 PM] Gio CFX: audio omitted
[6/2/21, 10:45:55 AM] Gio CFX: FYI:  Jorge Moreno is able to expedite fund confirmations on wire transfers only.

We need to go to Magnolia if you want Maurizzio group account to be opened.
[6/2/21, 11:35:56 AM] Gio CFX: audio omitted
[6/2/21, 11:40:22 AM] M GROUP: Where arw you
[6/2/21, 11:40:29 AM] M GROUP: Can you come to the office
[6/2/21, 11:41:43 AM] Gio CFX: audio omitted
[6/2/21, 4:41:38 PM] Gio CFX: audio omitted
```

MC_000116
FOIA Confidential Treatment Requested