# Paul Flack

| | |
|---|---|
| **From:** | Paul Flack |
| **Sent:** | Tuesday, January 24, 2023 12:13 PM |
| **To:** | Themeli, Sonila (SHB) |
| **Cc:** | Scott Askue; Powell, Kierra K. (SHB) |
| **Subject:** | RE: HAIR NEWS COLOR N CUTS LLC |

Sonila,

I am checking on documents.  It was a hair salon, but it shut down after the stylist moved away sometime before the SEC suit and never reopened.  It had a bank account – probably at Regions – with a few hundred dollars in it that is frozen.

Paul D. Flack
(713) 705-3087

---

**From:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Sent:** Monday, January 23, 2023 1:42 PM
**To:** Paul Flack <pflack@prattflack.com>
**Cc:** Scott Askue <saskue@haysconsulting.net>; Powell, Kierra K. (SHB) <kkpowell@shb.com>; Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Subject:** HAIR NEWS COLOR N CUTS LLC

Hi Paul,

We have not received any information or documents about this business yet, and Mr. Chavez is the only member of this LLC.   Ms. Gonzalez testified that she has no information about this entity and Mauricio is the one who is operating it.

Can you please send us as soon as possible all documents related to this LLC, including any general liability insurance information?  If someone else is operating the business, then please send us the name and contact information of that person?

Thank you,

**Sonila Themeli**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.