# EXHIBIT M

## BACKGROUND QUESTIONNAIRE

**Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.**

Today's date: 02/09/2022

1. What is your full name?
   Mauricio Antonio Chavez

2. Have you ever been known by any other name?  Yes ☐  No ☑

   If yes, list each such name and the period(s) in which you were known by that name.

3. Date and Place of Birth?
   █████████████████████

4. Country of Citizenship?
   El Salvador & United States of America

5. Marital Status?  Married ☑  Divorced ☐  Single ☐

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; (iii) your spouse's birth name, if different; (iv) your spouse's age; and (v) your spouse's occupation.
   ███████████████████
   ███████████
   ███████████

6. List the names, ages and occupations of your children, if any.
   ████████████

7. List all residences you occupied at any time during the last [three] years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.
   ████████████████████
   Houston, Texas 77077
   No Phone Number

Background Questionnaire
Page 2

8. List all telephone numbers and telecommunication services that were in your name or that you regularly used at any time during the last [three] years. Include all residential, business, cellular, credit card, and VOIP telephone numbers, including those listed in your response to question 7, and services such as GoogleVoice, Skype, video conference services. For each telephone number, state the name(s) of the corresponding carrier(s) (*e.g.*, AT&T, Verizon, Vonage, Skype, etc.).
   ███████ 6214 (mobile) Verizon

9. List the universal resource locator (URL) for all websites or blogs that you established or for which you had the authority to control content, at any time during the last [three] years. For each website, state the name(s) of the domain name registrar (*e.g.* GoDaddy) through which the URL was obtained, the name(s) of all individuals or entities who provided web site hosting or design services, whether the website contained primarily business or personal information, and the time period in which it was active.
   Cryptofxlearningacademy.com (GoDaddy.com)
   Cryptofxla.com (GoDaddy.com)

10. List all electronic mail addresses and social networking accounts (*e.g.* Facebook, LinkedIn, Twitter, Instagram, Flickr, and Google+) that were in your name or that you regularly used at any time during the last [three] years. Include all personal, business and shared electronic mail addresses and social networking accounts. For each electronic mail address and social networking account, state the name(s) of the corresponding internet service provider(s) (*e.g.*, Google, Yahoo, AOL, or your employer), whether the address was used primarily for business or personal correspondence, and the time period in which it was active.
    CEO10XPLAN@GMAIL.COM (Google); MAURICIOX40@OUTLOOK.COM (Microsoft)
    MAURIZZIOGROUP@GMAIL.COM (Google)
    CEO10XPLAN@ICLOUD.COM (Apple)
    GRUPOBM@YAHOO.COM (Yahoo)
    CFXLIFESTYLELLC@GMAIL.COM (Google)

11. List all usernames for instant messaging and similar electronic communication services (including, but not limited to, Bloomberg, Skype, whatsapp), other than those listed in your response to questions 8 through 10, that were in your name or that you regularly used at any time during the last [three] years. Include all personal, business and shared addresses. For each username, state the name(s) of the communication service provider (*e.g.*, Google, AOL, etc.), whether the address was used primarily for business or

Background Questionnaire
Page 3

    personal correspondence, the time period in which it was active, and the name of the software application(s) (*e.g.*, GTalk, ICQ, MSN Messenger) you used to access it.
    ▮▮▮▮6214 (WhatsApp)

12. List all internet message boards or discussion forums (including, but not limited to, Money Maker Group, PNQI Message Board, Investors Hub Daily) of which you were a member or on which you posted any messages at any time during the last [three] years. For each message board or discussion forum, state the service provider and your member name or identification information.
    None

## PUBLICLY-HELD COMPANIES

13. Are you now, or have you ever been, an officer or director of any publicly-held company? Yes ___ No ✓

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state your positions (including membership on any Board or management committees) and the dates you held each position.

14. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five percent or more of any class of equity securities of any publicly held company? Yes ___ No ✓

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state the amount, percentage, and dates of your ownership.

Background Questionnaire
Page 4

PRIVATELY-HELD COMPANIES

15. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of any privately-held company (i.e., corporation, partnership, limited liability company or other corporate form)? Yes ✓ No ☐

   If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.
   Maurizzio Group LLC, Manager, 11/12/20 to date; CRYPTOFX LLC, Manager, 02/05/20 to date;
   CFX Lifestyle LLC, Manager, 12/09/20 to date; CBT Group LLC, Manager, 10/16/20 to date;
   CORELIFE INTERNATIONAL LLC, Manager, 07/29/21 to date

16. Are you now, or have you ever been, a manager or a member of any privately-held company (i.e., corporation, partnership, limited liability company or other corporate form)? Yes ✓ No ☐

   If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.
   Maurizzio Group LLC, Manager, 11/12/20 to date; CRYPTOFX LLC, Manager, 02/05/20 to date;
   CFX Lifestyle LLC, Manager, 12/09/20 to date; CBT Group LLC, Manager, 10/16/20 to date;
   CORELIFE INTERNATIONAL LLC, Manager, 07/29/21 to date

SECURITIES ACCOUNTS

17. List all securities or brokerage accounts that you have held in your name, individually or jointly, at any time during the last [three] years. Include all foreign accounts. For each such account, identify: (i) the brokerage firm; (ii) the location of the branch where your account is or was held; (iii) your broker; (iv) the type of account (i.e., cash, margin or IRA); (v) the account number; and (vi) whether any person has ever held discretionary authority or power of attorney over the account; if so, name such person(s).

Background Questionnaire
Page 5

18. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17, in which you had any direct or indirect beneficial interest at any time during the last [three] years. For each such account, provide the information requested by question 17.
    None

19. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17 or 18, over which you had any control at any time during the last [three] years. For each such account, provide the information requested by question 17.
    None

## BANK ACCOUNTS

20. List all accounts you have held in your name at any financial institution (*i.e.*, bank, thrift, or credit union) at any time during the last [three] years. Include all foreign accounts. For each such account, identify: (i) the financial institution; (ii) the address of the branch at which your account is or was held; (iii) the type of account (*i.e.*, checking, savings, money market or IRA); (iv) the account number; and (v) whether any person has ever had discretionary authority or power of attorney over the account; if so, name such person(s).
    [redacted]

21. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20, in which you had any direct or indirect beneficial interest at any time during the last [three] years. For each such account, provide the information requested by question 20.
    [redacted]

Background Questionnaire
Page 6

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬

22. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20 or 21, over which you had any control at any time during the last [three] years. For each such account, provide the information requested by question 20.
   None

23. List any other accounts (including foreign accounts), other than those listed in your answers to questions 20 through 22, that were held in your name, in which you had any direct or indirect beneficial interest, or over which you had any control, that you have used to transfer funds in the last [three] years, including, but not limited to, PayPal accounts. For each such account, provide the information requested by question 20.
   None

PRIOR PROCEEDINGS

24. Have you ever testified in any proceeding conducted by the staff of the Securities and Exchange Commission, a U.S. or foreign federal or state agency, a U.S. or foreign federal or state court, a stock exchange, the Financial Industry Regulatory Authority ("FINRA") or any other self-regulatory organization ("SRO"), or in any arbitration proceeding related to securities transactions?  Yes ☐   No ✓

If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the organization or agency; and (iii) the date(s) on which you testified.

Background Questionnaire
Page 7

25. Have you ever been deposed in connection with any court proceeding? Yes ☐ No ☑

    If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the date(s) on which you were deposed.

    _____
    _____
    _____
    _____

26. Have you ever been named as a defendant or respondent in any action or proceeding brought by the SEC, any other U.S. or foreign federal agency, a state securities agency, FINRA, an SRO, or any exchange? Yes ☐ No ☑

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and (v) the date of the outcome.

    _____
    _____
    _____
    _____

27. Have you ever been a defendant in any action (other than those listed in response to question 26) alleging violations of the federal securities laws? Yes ☐ No ☑

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

    _____
    _____
    _____
    _____

28. Have you ever been a defendant in any criminal proceeding other than one involving a minor traffic offense? Yes ☐ No ☑

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

    _____
    _____
    _____
    _____

Background Questionnaire
Page 8

## EDUCATIONAL HISTORY

29. Provide the requested information about each educational institution that you have attended, beginning with the most recent and working backward to the date that you completed high school.

| Name of School | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | | ▓▓▓ |
| City | State | Country | Zip Code |
| ▓▓▓ | | | |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

| Name of School | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | | 77024 |
| City | State | Country | Zip Code |
| ▓▓▓ | | | |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

| Name of School | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | | |
| City | State | Country | Zip Code |
| ▓▓▓ | | | 1997 |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

| Name of School | | | |
|---|---|---|---|
| City | State | Country | Zip Code |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

30. Other than courses taken in connection with institutions listed in response to question 29, list any securities, accounting or business related courses taken since high school. For each such course, identify the date that the course was completed and the name of the institution or organization that offered the course.
    None

Background Questionnaire
Page 9

PROFESSIONAL LICENSES/CLUBS

31. Do you hold, or have you ever held, any professional license? Yes ☐ No ☑

    If yes, for each such license, identify: (i) the license number or attorney bar number; (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against you: and (vi) the outcome of any such disciplinary proceeding (*e.g.*, reprimand, suspension, revocation).

    _____
    _____
    _____
    _____

32. Are you, or have you ever been, a member of any professional or business club or organization? Yes ☐ No ☑

    If yes, list for each: (i) the name of the club or organization; (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board member, committee member, etc.) including title and dates of service.

    _____
    _____
    _____
    _____

33. Are you, or have you been in the last [three] years, a member of any social clubs, charities or nonprofit organizations? Yes ☐ No ☑

    If yes, list for each: (i) the name of the social club, charity or nonprofit organization; (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board member, committee member, etc.) including title and dates of service..

    _____
    _____
    _____
    _____

EMPLOYMENT HISTORY

34. Are you, or have you ever been, an employee of a broker, dealer, investment adviser, investment company, municipal securities dealer, municipal advisor, transfer agent, or

Background Questionnaire
Page 10

nationally recognized statistical rating organization?   Yes ☐   No ☑

If yes, list for each: (i) the jurisdiction of the entity; (ii) your CRD number; (iii) the entity's CRD number; (iv) the entity's SEC File number; (v) the entity's CUSIP number; and (vi) any foreign registration information similar to the foregoing.

35. State your employment activities, beginning with the present and working backward to the date that you completed high school and attach a recent copy of your resume or curriculum vitae.

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| CRYPTOFX LLC | | | |
| Employer's Street Address | | | Telephone Number |
| 1124 Blalock Road | | | 832-207-8636 |
| City | State | Country | Zip Code |
| Houston | TX | USA | 77055 |
| Title | Dates of Employment | | Supervisor |
| Manager/CEO | 2/5/20 to date | | |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Maurizzio Group LLC | | | |
| Employer's Street Address | | | Telephone Number |
| 800 Town & Country Blvd., Suite 301 | | | |
| City | State | Country | Zip Code |
| Houston | Texas | USA | 77024 |
| Title | Dates of Employment | | Supervisor |
| Manager/CEO | 11/12/20 to date | | |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

Background Questionnaire
Page 11

| Que Sabor Group (Self-Employment) | | | |
|---|---|---|---|
| Employer's Name/Self-Employment | | | |
| 13411 Briar Forest Drive, Apt. 1033 | | | |
| Employer's Street Address | | | Telephone Number |
| Houston | Texas | USA | 77077 |
| City | State | Country | Zip Code |
| Self-employed | 01/01/16 to 12/31/17 (approx.) | | |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

Background Questionnaire
Page 12

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

**CONTINUE ON ADDITIONAL SHEETS IF NECESSARY**