# EXHIBIT C

# Pugh Accardo, LLC

1100 Poydras Street  
3600 Energy Centre  
New Orleans, LA 70163  
TEL: 504.799.4500  
FAX: 504.799.4520  

Fed Tax ID NO. 26-1774709

March 29, 2023

Sonila Themeli  
Shook, Hardy & Bacon L.L.P.  
JPMorgan Chase Tower  
600 Travis St., Suite 3400  
Houston, TX  77002

| | |
|---|---|
| Client: | 17887 |
| Matter: | 00001 |
| Invoice #: | 64749 |
| Attorney: | EGF |

RE:  Shook, Hardy & Bacon L.L.P.

For Professional Services Rendered Through: February 28, 2023

## SERVICES

| Date | Person | | Description of Services | Hours | Amount |
|---|---|---|---|---|---|
| 02/02/2023 | EGF | L250 | Initial study and analysis of the Objection of Microsoft to the Subpoena and preparation of transmittal correspondence to | 0.20 | 70.00 |
| 02/28/2023 | AJB | L310 | Review of Microsoft's objections to the subpoena that was issued to them and research on correct procedural motion to bring in order to compel such discovery | 0.50 | 112.50 |
| | | | Total hours/fees for this matter | 0.70 | $182.50 |

## FEE RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJB | Brewster, Alexander J | Associate | 0.50 | 225.00 | $112.50 |
| EGF | Foundas, Ernest G. | Partner | 0.20 | 350.00 | $70.00 |

| | | |
|---|---|---|
| Shook, Hardy & Bacon L.L.P. (EGF) | Page | 2 |
| 17887  00001  Receivership Matter (Shook, Hardy & Bacon L.L.P) | Inv# | 64749 |

| | |
|---|---|
| Total Services | $182.50 |
| Total Charges and Disbursements | $0.00 |
| **TOTAL CURRENT CHARGES FOR THIS MATTER** | **$182.50** |
| Previous Balance | $1,666.30 |
| Net Balance Carried Forward | $1,666.30 |
| *Less Prepaid Funds Applied* | $0.00 |
| *Less Trust Applied* | $0.00 |
| **PLEASE PAY THIS AMOUNT** | **$1,848.80** |

**TASK RECAP**

| Category | Hours | Amount |
|---|---|---|
| L250 | 0.20 | $70.00 |
| L310 | 0.50 | $112.50 |
| | 0.70 | $182.50 |

**PLEASE NOTE INVOICE NUMBER ON YOUR REMITTANCE**
**THANK YOU**