# EXHIBIT D

**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from    1/1/2023    to   3/31/2023**

April 28, 2023

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 7.40 | 2,042.40 |
| Asset Analysis & Recovery | 58.50 | 15,355.20 |
| Asset Disposition | 2.40 | 722.60 |
| Business Analysis | 88.10 | 17,218.40 |
| Business Operations | 1.50 | 482.80 |
| Case Administration | 42.80 | 14,093.00 |
| Claims Administration & Objections | 1.10 | 398.20 |
| Data Analysis | 59.30 | 16,071.40 |
| Employee Benefits / Pensions | 5.70 | 1,232.60 |
| Fee / Employment Applications & Objection | 14.10 | NO CHARGE |
| Forensic Accounting | 34.40 | 10,403.80 |
| Litigation Consulting | 60.60 | 19,993.60 |
| Status Reports | 9.50 | 3,249.80 |
| Tax Issues | 5.60 | 1,545.60 |
| **For professional services rendered** | **391.00** | **$102,809.40** |

Additional Charges :

|  |  |
|---|---|
| Online & Other Research/Reports | 258.75 |
| Tax Return Filing Fees | 70.00 |
| **Total costs** | **$328.75** |

|  |  |
|---|---|
| **Total amount of this bill** | **$103,138.15** |

**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from    1/1/2023   to   3/31/2023**

April 28, 2023

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dwaine A. Butler | 106.50 | 18,003.00 |
|  | 169.04/hr |  |
| James R. Jennings, CPA | 1.60 | 441.60 |
|  | 276.00/hr |  |
| S. Gregory Hays, CTP, CIRA | 127.40 | 42,136.80 |
|  | 330.74/hr |  |
| Scott S. Askue | 155.50 | 42,228.00 |
|  | 271.56/hr |  |
| **For professional services rendered** | **391.00** | **$102,809.40** |

Additional Charges :

| | | Amount |
|---|---|---|
| Online & Other Research/Reports | | 258.75 |
| Tax Return Filing Fees | | 70.00 |
| **Total costs** | | **$328.75** |
| **Total amount of this bill** | | **$103,138.15** |

CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor
CTP - Certified Turnaround Professional

CPA - Certified Public Accountant
PHR - Professional in Human Resources

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from     1/1/2023    to   3/31/2023**

April 28, 2023

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 1/11/2023 | SSA | Drafted email to banking representative regarding account ledger. | 0.20 276.00/hr | 55.20 |
| 1/12/2023 | SSA | Reviewed report of receivership transactions. Drafted email to the Receiver regarding transfer of funds between accounts. | 0.40 276.00/hr | 110.40 |
|  | SSA | Prepared updated analysis of receiver assets and recoveries through December 2022. | 1.30 276.00/hr | 358.80 |
|  | SSA | Set up and prepared SFAR though December 2022. | 2.30 276.00/hr | 634.80 |
| 1/19/2023 | SSA | Reviewed response to email from the Receiver regarding sources and uses of investor funds. | 0.40 276.00/hr | 110.40 |
| 1/30/2023 | SSA | Verified monthly allowance payment to Defendant Benvenuto.  Drafted email to the Receiver regarding same. | 0.20 276.00/hr | 55.20 |
| 3/2/2023 | SSA | Reviewed Angelica Vargas' bank records for sources of funds. Reviewed budget prepared by Mauricio Chavez. Drafted email to Sonila Themeli regarding issues for hearing. | 1.10 276.00/hr | 303.60 |
|  | SSA | Drafted email to Paul Flack regarding wire instructions for return of retainer. Drafted email to Sonila Themeli regarding source of funds. | 0.30 276.00/hr | 82.80 |
| 3/24/2023 | SSA | Prepared fee payment allocation among defendant accounts. Drafted emails to and reviewed emails from bank representative and Receiver regarding wire transfers. | 0.60 276.00/hr | 165.60 |
| 3/28/2023 | SSA | Prepared template for payment of professional fees from each Defendant account. | 0.30 276.00/hr | 82.80 |
| 3/29/2023 | SSA | Prepared updated wire instructions for Receiver's new bank account. Drafted email to closing attorney for Hogan Lane property. | 0.30 276.00/hr | 82.80 |
|  |  | Subtotal | 7.40 | 2,042.40 |
| **Asset Analysis & Recovery** | | | | |
| 1/3/2023 | SSA | Reviewed appraisal of Waller County property and reviewed purchase documents for same. Drafted email on discrepancy. | 1.20 276.00/hr | 331.20 |
| 1/13/2023 | SSA | Reviewed value of holdings at Exodus and updated recovery analysis with same. | 0.20 276.00/hr | 55.20 |
| 1/17/2023 | SSA | Researched for information relating to Ebenezer Construction and involvement in Waller County properties. | 2.30 276.00/hr | 634.80 |

**SEC v CryptoFX**

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2023 | SSA | Reviewed documents produced by Angelina Vargas and researched for purchase of vehicles. | 0.60 276.00/hr | 165.60 |
| 1/23/2023 | SGH | Research regarding the seller of the real property in Waller County for $2.0 million to CBT Group when current value is $1.0. Drafted several emails regarding same.  Reviewed reports and sale contract and legal description. Research regarding prior owner Odis Styers. Drafted email regarding additional research to Sonila Themeli and Dwaine Butler | 1.50 362.00/hr | 543.00 |
| | DAB | Discussed issues with Greg Hays regarding sale of property by Odis Styles III.  Researched idiCore for agent information.  Reviewed and responded to emails from Mr. Hays regarding same.  Reviewed county property records for the property and ownership information.  Verified ownership of properties. | 0.80 170.00/hr | 136.00 |
| | SSA | Reviewed for information relating to Waller County real property purchases. | 0.10 276.00/hr | 27.60 |
| 1/27/2023 | SGH | Reviewed information regarding Santander and the car loans. Email to Sonila Themeli regarding same. | 0.40 362.00/hr | 144.80 |
| 2/1/2023 | SGH | Reviewed documents produced by PLS Financial Services. Researched information and lawsuits against PLS. Reviewed financial information and daily volume of money order purchased in 2021. On some days over $60K was purchased in Money Order. Drafted email to the Receiver and Sonila Themeli regarding potential issues with PLS and possible claims. Drafted email to James Daniels regarding money order issue. | 3.00 362.00/hr | 1,086.00 |
| | SSA | Reviewed insurance policy and other issues relating to vehicles. Researched for purchase documents. Prepared analysis of same. | 1.60 276.00/hr | 441.60 |
| | SSA | Researched for invoices, payments and relating real property issues relating to payments to Ebenezer Construction.  Drafted emails to Kierra Powell regarding same. | 1.20 276.00/hr | 331.20 |
| 2/2/2023 | SGH | Research in Relativity regarding PLS, Barri and Western Union Money Order. Drafted email to Receiver Team regarding issue and procedures in money order and the issues on check where Payee is not name. There are almost $1 million in Money Orders with no Payee. | 2.00 362.00/hr | 724.00 |
| | SGH | Reviewed regarding money order and remittance transfers. Drafted email to Receiver Team regarding same. | 0.80 362.00/hr | 289.60 |
| | SSA | Reviewed data provided by PLS and formatted for analysis. Prepared summary of transactions. | 2.20 276.00/hr | 607.20 |
| | DAB | Researched Relativity for money order and transaction detail.  Reviewed WhatsApp messages for references to money orders and cashier's check.  Continued to review money order receipt detail for transaction information. | 1.60 170.00/hr | 272.00 |
| 2/3/2023 | SGH | Additional research regarding Money Orders, PLS, and the replacement vendor after October 2021 when CFX discontinued issuing Money Orders. | 0.70 362.00/hr | 253.40 |
| | DAB | Reviewed emails from the Receiver and Greg Hays regarding potential claim against PLS.  Continued research of money order transactions in Relativity. Discussed issues with Mr. Hays regarding WhatsApp communications regarding money orders. | 2.20 170.00/hr | 374.00 |

**SEC v CryptoFX**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2023 | SSA | Researched for ownership of property by Ismael Sanchez in Conroe Texas and transfer of same. Reviewed for transactions and correspondences in CryptoFX files. | 3.20 276.00/hr | 883.20 |
| 2/7/2023 | SSA | Reviewed for additional information regarding Ismael Sanchez and purchase of property. | 0.40 276.00/hr | 110.40 |
| | DAB | Reviewed Relativity for information regarding money order and cashier check transactions.  Researched correspondence regarding PLS information. | 1.10 170.00/hr | 187.00 |
| 2/8/2023 | SSA | Reviewed and responded to email from Kierra Powell regarding 2493 Tidmor Lane property. | 0.30 276.00/hr | 82.80 |
| | DAB | Researched Relativity for money order purchase and distribution information. | 0.60 170.00/hr | 102.00 |
| 2/10/2023 | DAB | Reviewed emails from Kierra Powell and Sonila Themeli regarding money order law and reference to money order regulations.  Researched same. Discussed issues with Greg Hays regarding recovery and review of money order correspondence. | 1.40 170.00/hr | 238.00 |
| | SSA | Reviewed for identifying information relating to purchase of Knollwood property. | 0.70 276.00/hr | 193.20 |
| 2/14/2023 | SSA | Traced funds used to purchase real properties and funds transferred to related entities for expansion of receivership. Researched for supporting documents for same. | 2.60 276.00/hr | 717.60 |
| | DAB | Discussed issues with Greg Hays regarding research of PLS information.  Continued to review Relativity and compare financial documents. | 0.80 170.00/hr | 136.00 |
| 2/16/2023 | DAB | Reviewed for PLS data in Relativity. | 0.60 170.00/hr | 102.00 |
| 2/20/2023 | SGH | Reviewed issues and drafted email to Caroline Gieser regarding PLS and research we had done. | 0.40 362.00/hr | 144.80 |
| | DAB | Discussed issues with Greg Hays regarding research and discovery of PLS money laundering issue. Reviewed Relativity and SalesForce data for information. | 0.70 170.00/hr | 119.00 |
| 2/21/2023 | SSA | Reviewed and researched for information relating to purchase of Knollwood property, source of funds for same and supporting documents for addition of Aspire Living to receivership. | 2.60 276.00/hr | 717.60 |
| 2/23/2023 | SSA | Finalized researched regarding purchase of real properties. Compiled documents regarding same. Drafted emails regarding findings. Telephone call from Sonila Themeli regarding same. | 5.10 276.00/hr | 1,407.60 |
| 2/27/2023 | DAB | Continued to research PLS information in Salesforce data. | 0.90 170.00/hr | 153.00 |
| 2/28/2023 | SSA | Reviewed documents provided by Providence Title. Drafted email with findings. | 2.10 276.00/hr | 579.60 |
| | DAB | Reviewed Salesforce data for money order and cashier check transactions.  Reviewed PLS information and researched business computer purchases.  Reviewed computer inventory database and researched in Relativity. | 0.80 170.00/hr | 136.00 |
| | SSA | Researched for and drafted email to Kierra Powell regarding 28 Marshall purchase and current value. | 0.40 276.00/hr | 110.40 |
| 3/1/2023 | DAB | Reviewed Relativity for Crypto FX transactions. Researched Binance and Metedex searches for identification of transfers.  Drafted email to and reviewed from Greg Hays regarding same. | 1.30 170.00/hr | 221.00 |
| 3/2/2023 | SSA | Reviewed and traced investor funds used to purchase the Polaris property. | 5.30 276.00/hr | 1,462.80 |

**SEC v CryptoFX**

Page     4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/21/2023 DAB | Relativity research.  Reviewed keyword search of PLS and Metadex.  Reviewed information and spreadsheet with information containing transaction detail and daily sales. | 1.80 170.00/hr | 306.00 |
| 3/29/2023 SSA | Reviewed documents produced by Styers relating to purchase of property and relationship with CBT.  Drafted notes on same. | 1.20 276.00/hr | 331.20 |
| 3/31/2023 SSA | Compiled data relating to Luxury Real Estate receipts from investors and purchase of real property. | 1.80 276.00/hr | 496.80 |
|  | Subtotal | 58.50 | 15,355.20 |

### Asset Disposition

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/13/2023 SSA | Drafted email to the Receiver regarding sale of crypto currencies and method for same. | 0.20 276.00/hr | 55.20 |
| 1/16/2023 SSA | Drafted email to the Receiver regarding opening trading account for transfer and liquidation of coins. | 0.30 276.00/hr | 82.80 |
| 1/23/2023 SGH | Reviewed emails regarding real estate appraiser and issue regarding sale of properties. Research regarding same. | 0.70 362.00/hr | 253.40 |
| 2/10/2023 SSA | Telephone call from Radames Darby regarding setting up crypto wallet for the Receiver. Drafted email to Blocktrace regarding same. | 0.30 276.00/hr | 82.80 |
| 2/16/2023 SSA | Drafted email to the Receiver regarding liquidation of Nano Ledger. | 0.20 276.00/hr | 55.20 |
| 3/29/2023 SSA | Reviewed and responded to email from the Receiver regarding liquidation of crypto currencies transferred to Coinbase. Drafted letter to Coinbase with instruction for liquidation of holdings. Drafted wire instructions for proceeds. | 0.70 276.00/hr | 193.20 |
|  | Subtotal | 2.40 | 722.60 |

### Business Analysis

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2023 DAB | Discussed issues with Greg Hays regarding leader research, update of mailing addresses, and draft of leader database schedule.  Continued to update leader detail and noted specific transactions. | 0.70 170.00/hr | 119.00 |
| 1/4/2023 DAB | Researched Relativity for leader information.  Reviewed emails and leader lists via Relativity search.  Verified social security and addresses via scanned documents.  Indexed documents as reference. | 1.70 170.00/hr | 289.00 |
| 1/5/2023 DAB | Continued to research specific leader bonus structure documents and information regarding designated leader states.  Updated leader analysis with detail. | 1.40 170.00/hr | 238.00 |
| 1/6/2023 DAB | Reviewed Relativity portal and researched leader and employee identification documents for distribution of sponsor letters to appropriate parties.  Continued to update draft leader schedule and supporting detail.  Discussed issues with Greg Hays regarding review of bonus and commission structure chart. | 1.80 170.00/hr | 306.00 |
| SSA | Prepared list of leaders from Defendant records. | 0.40 276.00/hr | 110.40 |
| 1/9/2023 DAB | Continued to research several leaders information via Relativity and online sources.  Input address and email addresses for identified leaders.  Reviewed and responded to several emails from Greg Hays and | 2.40 170.00/hr | 408.00 |

**SEC v CryptoFX**

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Sonila Themeli regarding verification of leader and employee information.  Identified Chicago leaders and input information. | | |
| 1/10/2023 | DAB | Discussed issues with Greg Hays and Scott Askue regarding recovery of leader addresses and research of same.  Reviewed Relativity for emails regarding bonus and commission detail.  Continued to input information into leader database.  Telephone calls to and from Sonila Themeli regarding research efforts and additions to leader list. | 2.40 170.00/hr | 408.00 |
| 1/11/2023 | DAB | Continued to input leader information into spreadsheet report.  Researched for current leader addresses, phone numbers, and social security information.  Telephone call from Sonila Themeli regarding additional leader list and input of new of new information.  Reviewed and responded to emails from Greg Hays and Mrs. Themeli regarding same. | 2.80 170.00/hr | 476.00 |
| | DAB | Continued to update leader information report in preparation of mailing to sponsors. | 1.20 170.00/hr | 204.00 |
| | SGH | Review and edit the analysis of all the leaders. Discuss the new information with Dwaine Butler and updated to the leader analysis. Call from Sonila Themeli regarding sending the demand letters to the Sales Agents / Leaders. | 0.80 362.00/hr | 289.60 |
| 1/12/2023 | SGH | Reviewed new information regarding the leaders and discussed with Dwaine Butler. Updated the leader list. | 0.30 362.00/hr | 108.60 |
| | DAB | Continued to research updated contact information for sponsors.  Updated chart of known sales agents.  Reviewed email from Mr. Hays regarding new list of potential leaders.  Reviewed current roster of leaders and compared to new document listing. | 2.50 170.00/hr | 425.00 |
| 1/13/2023 | DAB | Continued to research missing addresses and contact information of verified leaders.  Discussed issues with Greg Hays regarding specific leader detail and review of email addresses.  Reviewed IdiCore for additional research efforts. | 1.60 170.00/hr | 272.00 |
| 1/16/2023 | DAB | Updated leaders/sponsors list with current addresses from research reports.  Drafted emails to and reviewed emails from Greg Hays and Sonila Themeli regarding same. | 2.00 170.00/hr | 340.00 |
| 1/17/2023 | DAB | Reviewed email from Sonila Themeli regarding sponsor demand letter and distribution of same.  Reviewed updated sponsor list and continued to research address and location of 14 verified sponsors. | 1.50 170.00/hr | 255.00 |
| 1/18/2023 | DAB | Reviewed email from Sonila Themeli regarding draft demand letter to CFX sponsors.  Reviewed letter.  Reviewed current leader list for the determination of missing leader information. Continued to research idiCore for specific sponsor contact information. | 0.80 170.00/hr | 136.00 |
| 1/20/2023 | SGH | Reviewed analysis of daily activity and considered new analysis of outstanding principal for contracts in last six months. | 0.50 362.00/hr | 181.00 |
| 1/24/2023 | SSA | Reviewed for backup and support documents relating to leader transactions. | 2.40 276.00/hr | 662.40 |
| 1/25/2023 | SGH | Reviewed information on commissions paid to leaders and Chicago operations with no investments in BTC. | 0.40 362.00/hr | 144.80 |
| | DAB | Continued to research relativity for missing sponsor contact information.  Compared to updated leader list and updated two contacts with email addresses. | 1.30 170.00/hr | 221.00 |

**SEC v CryptoFX**

Page    6

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/26/2023 DAB | Reviewed and responded to emails from Sonila Themeli and Scott Askue regarding research of federal identification numbers for additional entities. Reviewed Texas Secretary of State website and idiCore for business information.  Discussed issues with Mr. Askue regarding Notice to entities. | 0.80<br>170.00/hr | 136.00 |
| 1/30/2023 DAB | Research and review of Relativity to locate leader and purchased IT inventory information.  Discussed issues with Greg Hays regarding research efforts.  Updated leader/sponsor summary. | 2.20<br>170.00/hr | 374.00 |
| 1/31/2023 DAB | Discussed issues with Greg Hays regarding status of leader research and contact information.  Reviewed Status Report. | 0.40<br>170.00/hr | 68.00 |
| 2/1/2023 DAB | Continued to research Relativity for specific leader and sponsor detail.  Reviewed documents for money order transactions in Relativity database. | 1.60<br>170.00/hr | 272.00 |
| 2/2/2023 SGH | Additional research regarding payment of sale agents after CFX discontinued using PLS money orders in October 2021. Reviewed Chavez deposition. Drafted email regarding same. | 0.80<br>362.00/hr | 289.60 |
| DAB | Continued to research correct contact information for seven remaining leaders.  Reviewed and responded to email from Sonila Themeli regarding research efforts. | 0.70<br>170.00/hr | 119.00 |
| 2/3/2023 DAB | Reviewed emails from the Receiver and Greg Hays regarding potential claim against leaders. Reviewed and responded to emails from Sonila Themeli regarding update of leader addresses.  Researched idlCore and updated list to send demand letters. | 0.30<br>170.00/hr | 51.00 |
| 2/7/2023 DAB | Reviewed and responded to email from Sonila Themeli regarding research of ten located phone numbers. Reviewed reverse phone directory in idiCore for determination of contact information to correspond with phone numbers.  Continued to research contact information and addresses from the sponsor list. | 1.80<br>170.00/hr | 306.00 |
| DAB | Discussed issues with Greg Hays regarding research of the remaining leader addresses. | 0.20<br>170.00/hr | 34.00 |
| 2/8/2023 DAB | Reviewed and responded to email from Sonila Themeli regarding extended research of missing leader contact and address information. | 0.60<br>170.00/hr | 102.00 |
| 2/9/2023 DAB | Researched for leader address and contact information.  Reviewed Relativity for Claudia Bustamantes correspondence and leader reference. Discussed issues with Greg Hays regarding conveyance of demand letters to identified leader addresses.  Continued to research transaction and purchase detail from WhatsApp platform. | 2.30<br>170.00/hr | 391.00 |
| SSA | Researched for contract style used by California leaders still operating. Reviewed for information regarding same. | 1.60<br>276.00/hr | 441.60 |
| 2/10/2023 SSA | Reviewed contracts with California investors and leaders. Compared to Salesforce data and issues with analyzing same. | 2.20<br>276.00/hr | 607.20 |
| 2/13/2023 DAB | Reviewed and responded to email from Sonila Themeli regarding  leader research.  Reviewed for Juan Puac information.  Reviewed Relativity for communications and reference to Mr. Puac.  Updated notes with current contact information.  Reviewed account reports in Kiteworks for transaction detail. | 1.80<br>170.00/hr | 306.00 |
| 2/14/2023 DAB | Researched information for remaining sale agent addresses and contact information. | 1.20<br>170.00/hr | 204.00 |

**SEC v CryptoFX**

Page    7

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2023 | SGH | Researched information on sales agents. Reviewed new documents uploaded to Kiteworks. | 0.80 362.00/hr | 289.60 |
| | DAB | Reviewed email from Sonila Themeli regarding research of California sales agent information. Researched idiCore and Relativity for information for four individuals. | 0.60 170.00/hr | 102.00 |
| 2/16/2023 | SGH | Reviewed new information on sales agents and drafted email to Sonila Themeli regarding same. | 0.40 362.00/hr | 144.80 |
| | DAB | Reviewed and responded to email from Sonila Themeli regarding review of California sales agent information. Researched location detail and compared to sponsor directory spreadsheet.  Discussed issues with Greg Hays regarding update of sales agent addresses. Reviewed updated mailing list. | 1.80 170.00/hr | 306.00 |
| 2/17/2023 | DAB | Reviewed and responded to emails from Sonila Themeli regarding request for Claudia Bustamante contact and mailing information.  Reviewed idiCore and researched leader address.  Drafted email to Mrs. Themeli and Mia Fleming regarding information. | 0.70 170.00/hr | 119.00 |
| | SSA | Researched defendant files for addresses and contact information for leaders. | 0.60 276.00/hr | 165.60 |
| 2/21/2023 | DAB | Reviewed email from Scott Askue regarding recovery of contact information from Salesforce.  Reviewed and researched several Salesforce entries for the determination of sales agent location information. | 0.80 170.00/hr | 136.00 |
| 2/22/2023 | DAB | Researched SalesForce and PLS data for information regarding transfers and money order distributions. Continued to research Relativity for sales agent information.  Reviewed missing mailing addresses and researched IdiCore and Relativity database for missing information. | 1.80 170.00/hr | 306.00 |
| 2/23/2023 | DAB | Reviewed and responded to email from Sonila Themeli regarding Leticia Rivas and Angel Gonzalez contact and communication efforts.  Reviewed idiCore for correct contact information and addresses.  Discussed issues with Greg Hays regarding update of missing Illinois sales agent information.  Continued to research missing documentation and contact information. | 1.60 170.00/hr | 272.00 |
| 3/2/2023 | DAB | Reviewed Relativity for information regarding money order transfers and Metadex information.  Reviewed documents for the determination of leader transactions and commission structure. | 0.80 170.00/hr | 136.00 |
| 3/8/2023 | DAB | Reviewed leader schedule and researched for information of nine leaders.  Researched idiCore and social media web sites for information. | 1.20 170.00/hr | 204.00 |
| 3/9/2023 | DAB | Reviewed Relativity for remaining leader contact information and transaction detail.  Continued to broad search of Metadex and Binance search terms for transactions | 0.80 170.00/hr | 136.00 |
| 3/13/2023 | DAB | Leader research via Relativity.  Compared prior addresses to addresses in idICore portal.  Updated contact detail. | 0.80 170.00/hr | 136.00 |
| 3/14/2023 | DAB | Discussed issues with Scott Askue regarding leader research and identification of assets within case. | 0.20 170.00/hr | 34.00 |
| 3/15/2023 | DAB | Researched Relativity portal for leader fee structure and transaction detail.  Continued to research missing leader contact information. Identified documents for additional review. | 0.80 170.00/hr | 136.00 |

**SEC v CryptoFX**

Page       8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2023 | DAB | Reviewed Relativity portal for information regarding money order purchases and leader commission structure.  Continued to research additional leader information for the determination of additional investor leads. | 1.60 170.00/hr | 272.00 |
| 3/20/2023 | DAB | Reviewed Relativity for leads related to leader transactions and flow of cash to insiders.  Reviewed several spreadsheets with information regarding daily revenue and sales. | 1.80 170.00/hr | 306.00 |
| 3/21/2023 | SSA | Reviewed documents produced by the Chicago leaders. Researched transfer of property and other issues with same. | 1.80 276.00/hr | 496.80 |
| 3/22/2023 | DAB | Discussed issues with Scott Askue regarding research of Google Documents for information related to leader revenue.  Reviewed Relativity for information on each leader.  Continued review of daily sales spreadsheets for the determination of leader revenue. | 1.70 170.00/hr | 289.00 |
| 3/23/2023 | DAB | Continued to review Relativity for information regarding leader transactions, purchase orders, and chain of revenue.  Researched key words for daily gross sales. | 1.80 170.00/hr | 306.00 |
| | SSA | Reviewed available leader spreadsheets produced and available in the Defendant's records. Discussed locating additional leader transaction information with Dwaine Butler. | 2.20 276.00/hr | 607.20 |
| 3/24/2023 | DAB | Reviewed and responded to emails from Scott Askue regarding search for leader revenue spreadsheets.  Reviewed Gloria Castanda "nuevos ingresos" spreadsheet and searched Relativity for other leader spreadsheets. | 2.40 170.00/hr | 408.00 |
| 3/27/2023 | SSA | Drafted emails regarding leader tracking spreadsheets. | 0.20 276.00/hr | 55.20 |
| | DAB | Continued Relativity research for leader revenue spreadsheets.  Reviewed several revenue and sales charts for the determination of individual leader reports.  Reviewed and searched Google Drive for specific files. | 2.80 170.00/hr | 476.00 |
| 3/28/2023 | DAB | Continued the review in Relativity for leader spreadsheets and information regarding new revenue detail.  Reviewed and responded to emails from Scott Askue regarding same. | 1.80 170.00/hr | 306.00 |
| | DAB | Reviewed and responded to several emails from Sonila Themeli, Levi Percy, and Greg Hays regarding requests for company Google drive and information regarding employee folder access.  Continued to research Relativity for leader information and new revenue spreadsheets for each leader.  Discussed issues with Scott Askue regarding leader spreadsheet identification.  Tagged documents for further review. | 3.30 170.00/hr | 561.00 |
| 3/29/2023 | DAB | Reviewed information regarding leader revenue and sale charts for the determination of new revenue.  Reviewed Relativity and researched spreadsheet for the determination of individual leader spreadsheets. | 1.80 170.00/hr | 306.00 |
| | DAB | Continued Relativity review and research for leader information and revenue reports. | 0.70 170.00/hr | 119.00 |
| 3/30/2023 | SSA | Reviewed for additional data on leader transactions and corresponding investor data. | 2.20 276.00/hr | 607.20 |
| | DAB | Continued research of leader spreadsheets and new revenue documentation. | 0.60 170.00/hr | 102.00 |
| 3/31/2023 | SSA | Drafted email to Greg Hays regarding leader data and additional required information. | 0.30 276.00/hr | 82.80 |

**SEC v CryptoFX**

Page 9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Subtotal | | 88.10 | 17,218.40 |

### Business Operations

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2023 | SGH | Reviewed information regarding the Chicago leaders and on-going fraud in that market. Drafted email to Dwaine Butler regarding same and updated the leaders schedule. | 0.40<br>362.00/hr | 144.80 |
| 2/3/2023 | SGH | Reviewed email regarding Ring Central phone numbers and on-going fraud. Reviewed communications to investors. | 0.40<br>362.00/hr | 144.80 |
| | SSA | Reviewed and responded to email from the Receiver regarding continuing operations of the Defendants. | 0.30<br>276.00/hr | 82.80 |
| | SSA | Reviewed for contact information for telephone service in Defendant records. Drafted email to Valerie Hays regarding same. | 0.40<br>276.00/hr | 110.40 |
| | Subtotal | | 1.50 | 482.80 |

### Case Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2023 | SSA | Receiver team meeting regarding various case matters and recoveries. | 1.40<br>276.00/hr | 386.40 |
| | SGH | Participated in the weekly Receiver team conference call to discuss plans for the week and pending matters including action against sales agents, motion to expand receivership and other issues. | 1.40<br>362.00/hr | 506.80 |
| | SGH | Reviewed issues regarding the Receiver's web site and drafted email to Lisa Fern regarding updates to the website to keep investor informed. | 0.40<br>362.00/hr | 144.80 |
| | SGH | Organized documents from recent filings and prepared project list of issue to research. | 1.20<br>362.00/hr | 434.40 |
| 1/6/2023 | SGH | Reviewed updated files in Kiteworks that included recording from calls from investors. Drafted email to Sonila Themeli regarding the call from the police department in Illinois. Corresponded with Sonila Themeli regarding updated message to investor and directing them to the website. | 0.80<br>362.00/hr | 289.60 |
| | SGH | Corresponded with Lisa Ferm regarding updates to Receiver's web site. | 0.30<br>362.00/hr | 108.60 |
| 1/13/2023 | SSA | Reviewed and responded email from the Receiver and Sonila Themeli regarding requests from Mr. Chavez and websites update. | 0.30<br>276.00/hr | 82.80 |
| 1/17/2023 | SGH | Participated in the weekly Receiver Team Zoom conference call. Discussed issues including recovery from sales agents, motion to expand receivership, asset sales, website updates, Salesforce data, document depository, discovery, Ponzi report. | 1.40<br>362.00/hr | 506.80 |
| | SGH | Reviewed and edited the Receiver's Plan of Liquidation. Email regarding same. | 0.50<br>362.00/hr | 181.00 |
| | SSA | Telephone conference with Receiver Team regarding sales agents claims, motion to expand receivership, asset sales, Salesforce data and other issues. | 1.40<br>276.00/hr | 386.40 |
| 1/19/2023 | SGH | Reviewed and made recommendations for updates to website. Corresponded with Lisa Fern. | 0.30<br>362.00/hr | 108.60 |
| | SGH | Reviewed and responded to emails on wide variety of issues including recovery of cars, sale of real estate, sales agents, on-going fraud in Chicago, subpoenas, and other matters. | 1.30<br>362.00/hr | 470.60 |

**SEC v CryptoFX**

Page      10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2023 | SSA | Reviewed and responded to email from Sonila Themeli regarding information for liquidation plan. | 0.30<br>276.00/hr | 82.80 |
| 1/20/2023 | SGH | Reviewed docket activity and Plan filed. Reviewed issues regarding website. Drafted email regarding claims on website. | 0.40<br>362.00/hr | 144.80 |
| 1/23/2023 | SGH | Weekly conference call with Sonila Themeli, Scott Askue, and Kierra Powell regarding pending matters including: next report due 1/30/23, Salesforce, sale of real property, liquidation of BTC, report form Blocktrace, recovery from sales agents, recovery of computer, etc. | 1.20<br>362.00/hr | 434.40 |
| | SGH | Reviewed email regarding invoice from Frank Sodetz for Chicago work and email to Sonila Themeli regarding payment of invoice. | 0.20<br>362.00/hr | 72.40 |
| | SSA | Weekly conference call with receiver team regarding pending matters. | 1.20<br>276.00/hr | 331.20 |
| 1/24/2023 | SGH | Reviewed issues regarding information on website and email  to update the website for investor communications. Tested new additions to website. | 0.30<br>362.00/hr | 108.60 |
| | SGH | Reviewed and responded to wide variety of emails on asset sale, news, Chavez money request, and other issues. Research issues regarding objection to Defendant's fund request. Corresponded with Receiver and Sonila Themeli regarding same. | 0.70<br>362.00/hr | 253.40 |
| | SSA | Reviewed blog posts relating to investor issues. Drafted email to the Receiver regarding same. | 0.30<br>276.00/hr | 82.80 |
| 1/25/2023 | SGH | Reviewed and responded to emails. Sent email to update the website. | 0.40<br>362.00/hr | 144.80 |
| | SGH | Researched issues regarding the use of investor funds to pay Chavez's legal fees. Researched prior cases and for information regarding objections to use investors funds to pay Defendant's legal fees. | 0.80<br>362.00/hr | 289.60 |
| 1/26/2023 | SGH | Researched and drafted email to Receiver and Sonila Themeli regarding Defendant's use of investor funds to pay legal fees. Reviewed pleadings in several case and picked highlights to send to Sonila Themeli for response to Flack's request for legal fees. | 1.20<br>362.00/hr | 434.40 |
| 1/27/2023 | SGH | Reviewed and responded to emails from Sonila Themeli and the Receiver regarding wide variety of issues. | 0.80<br>362.00/hr | 289.60 |
| | SGH | Researched information regarding Motion to Expand the Receivership to include asset and sales agents. Sent several emails to Sonila Themeli regarding the Motion to Expand the Receivership. | 0.80<br>362.00/hr | 289.60 |
| | SGH | Reviewed filed motion and downloaded for posting to the Receiver's website. | 0.20<br>362.00/hr | 72.40 |
| 1/30/2023 | SSA | Weekly team meeting with Receiver and Receiver Team regarding case matters, recoveries, depositions and upcoming issues. | 1.20<br>276.00/hr | 331.20 |
| | SGH | Participated in the weekly receiver team conference call. Discussed issues regarding Blocktrace crypto trading report, sale of assets, motion to expand receivership, First Quarterly report and many other issues for this week. | 1.20<br>362.00/hr | 434.40 |
| 1/31/2023 | SGH | Drafted email to Frank Soetz in Chicago. Drafted emails to Blocktrace representatives. Followed-up on pending matters. | 0.40<br>362.00/hr | 144.80 |
| 2/3/2023 | SGH | Reviewed and edited letter regarding legal fees and Chavez expenses. Corresponded with counsel regarding same. | 0.30<br>362.00/hr | 108.60 |

**SEC v CryptoFX**

Page    11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2023 | SSA | Reviewed and verified content of letter to judge regarding attorney fees. | 0.30<br>276.00/hr | 82.80 |
| 2/6/2023 | SGH | Participated in the weekly receiver team conference call and discussed pending matters and plans for the week. | 1.40<br>362.00/hr | 506.80 |
| 2/9/2023 | SGH | Reviewed and responded to email on wide variety of issues after being out of the office for a week. | 1.50<br>362.00/hr | 543.00 |
| | SGH | Participated in Zoom call with investors in Los Angeles. | 1.20<br>362.00/hr | 434.40 |
| 2/13/2023 | SSA | Weekly strategy regarding conference call with Receiver and receiver team. | 1.80<br>276.00/hr | 496.80 |
| | SGH | Discussion with Scott Askue regarding the Receiver team conference call and pending matters. | 0.20<br>362.00/hr | 72.40 |
| 2/14/2023 | SGH | Review and draft email to Sonila Themeli regarding motion to expand receivership. | 0.40<br>362.00/hr | 144.80 |
| 2/16/2023 | SGH | Telephone call from the Receiver regarding pending matters and administrative issues. | 0.30<br>362.00/hr | 108.60 |
| | SGH | Researched issues regarding reappointent of Receiver under Section 724 and drafted email to Sonila Themeli regarding same. | 0.40<br>362.00/hr | 144.80 |
| 2/17/2023 | SGH | Researched issues regarding the fee cap in other SEC cases and email to Receiver and Sonila Themeli regarding the 60 day fee cap and implied waiver. | 0.60<br>362.00/hr | 217.20 |
| 2/20/2023 | SGH | Participated in the weekly Receiver Team Zoom call to discuss pending duties and assignment. Discussed PLS complain, Salesforce data, Ponzi Expert report, sale agents, etc. | 1.00<br>362.00/hr | 362.00 |
| | SGH | Reviewed email and issues regarding research requested by the Receiver of the on-going fraud. | 0.20<br>362.00/hr | 72.40 |
| | SSA | Video conference with Receiver and Receiver team regarding action items and status of pending matters. | 1.00<br>276.00/hr | 276.00 |
| 2/24/2023 | SGH | Reviewed receiver procedures motion and drafted email to Sonila Themeli and Receiver regarding the procedures motion to simplify certain filing issues. | 0.40<br>362.00/hr | 144.80 |
| 2/27/2023 | SSA | Telephone conference with Receiver Team regarding case strategy and upcoming matters. | 1.10<br>276.00/hr | 303.60 |
| | SGH | Participated in the weekly conference call on issues to be pursued this week. Discusses all pending matters and possible litigation and research. | 1.10<br>362.00/hr | 398.20 |
| 3/6/2023 | SSA | Receiver team meeting about potential litigation and other case matters. | 1.10<br>276.00/hr | 303.60 |
| | DAB | Discussed issues with Greg Hays regarding current case issues, research of Metadex transactions, and Relativity research.  Weekly status call with John Lewis and Scott Askue. | 0.80<br>170.00/hr | 136.00 |
| 3/13/2023 | SSA | Weekly team meeting with Receiver and team. | 0.30<br>276.00/hr | 82.80 |
| | SSA | Updated Motion to invest receivership funds with information regarding recoveries to date. Updated Receiver's recovery report with same. | 0.60<br>276.00/hr | 165.60 |
| 3/20/2023 | SGH | Participated in the weekly Receiver Team conference call. Reviewed pending matters. | 1.50<br>362.00/hr | 543.00 |
| | SSA | Weekly meeting with receiver and team. | 1.50<br>276.00/hr | 414.00 |
| 3/21/2023 | SGH | Reviewed draft of response to Flack's fees and email regarding same. | 0.30<br>362.00/hr | 108.60 |
| 3/27/2023 | SGH | Participated in the weekly receiver team call. | 0.50<br>362.00/hr | 181.00 |
| | SSA | Weekly team meeting with Receiver and team. | 0.50<br>276.00/hr | 138.00 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2023 | SSA | Researched for personal identification for Mauricio Chavez. Drafted email to Kierra Powell regarding same. | 0.20 276.00/hr | 55.20 |
| | | Subtotal | 42.80 | 14,093.00 |

### Claims Administration & Objections

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2023 | SGH | Reviewed issues for claims administration process and made recommendations regarding use of the website and data when we receive from Salesforce. | 0.40 362.00/hr | 144.80 |
| 2/17/2023 | SGH | Reviewed the chart of sales agents and letter to the sales agents. Discussed the Salesforce database with Scott Askue and plans to use the data to establish a claims process. | 0.70 362.00/hr | 253.40 |
| | | Subtotal | 1.10 | 398.20 |

### Data Analysis

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2023 | SSA | Reviewed additional documents produced by Rapp and Krock. | 1.60 276.00/hr | 441.60 |
| | SSA | Reviewed and responded to email from Sonila Themeli regarding review and download of data from employee and leader accounts. | 0.20 276.00/hr | 55.20 |
| 1/5/2023 | SSA | Reviewed documents produced by Janette Gonzalez. | 1.60 276.00/hr | 441.60 |
| 1/12/2023 | SGH | Reviewed emails from Receiver Team regarding new documents produced in Kiteworks, Salesforce data, and other matters. | 0.40 362.00/hr | 144.80 |
| | SSA | Telephone call with SalesForce regarding access to data. Drafted email regarding same. | 0.50 276.00/hr | 138.00 |
| 1/19/2023 | DAB | Researched Relativity for information on Chavez' Apple Mini-Mac computer. | 1.30 170.00/hr | 221.00 |
| 1/20/2023 | DAB | Reviewed and researched purchased computer inventory list and verified.  Drafted updated list of computers for the determination of company purchased IT equipment and Apple Mini Mac computer purchase. | 0.80 170.00/hr | 136.00 |
| 1/23/2023 | SSA | Reviewed investor report from Gloria Castaneda. Drafted email to Sonila Themeli regarding initial comments. | 1.10 276.00/hr | 303.60 |
| 1/24/2023 | DAB | Reviewed Relativity and researched information technology inventory purchases.  Reviewed several invoice and receipts for the determination of company owned devices.  Continued to review documentation and WhatsApp communications from Relativity database. | 1.20 170.00/hr | 204.00 |
| | SSA | Reviewed and replied to email from Sonila Themeli regarding review of Salesforce data. | 0.20 276.00/hr | 55.20 |
| 1/25/2023 | SSA | Reviewed leader data provided by Gloria Castaneda. Prepared analysis of same and summary of distribution of funds received. | 2.90 276.00/hr | 800.40 |
| 1/26/2023 | DAB | Continued to research Relativity database for company purchased computers.  Updated schedule of computers and drafted inventory summary to Greg Hays and Scott Askue.  Verified purchase of six additional business computers and continued researched of Chavez Apple Mac Mini computer. Researched Relativity for Adam Security invoices and | 2.80 170.00/hr | 476.00 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | documentation.  Printed invoices and drafted email to Receiver's counsel regarding potential contact information. | | |
| 1/27/2023 | SGH | Reviewed new documents produced in Kiteworks. | 0.90 362.00/hr | 325.80 |
| 2/1/2023 | SSA | Reviewed and provided initial comments on leader report provided by Elizabeth Escoto. | 0.30 276.00/hr | 82.80 |
| | SSA | Reviewed documents provided by PRWCSWTX and drafted mails regarding tracing of crypto payments and analysis of same. Reviewed defendants' records regarding same. | 2.20 276.00/hr | 607.20 |
| 2/2/2023 | SSA | Reviewed report provided by Roberto Zavala and drafted comments on findings. | 1.50 276.00/hr | 414.00 |
| 2/3/2023 | SSA | Formatted Salesforce extracted data for further analysis. Studied various reports for recreation of data in additional format. | 4.50 276.00/hr | 1,242.00 |
| 2/6/2023 | DAB | Reviewed and responded to email from Sonila Themeli regarding research of RingCentral phone numbers for identification of additional insiders.  Reviewed idiCore reverse phone directory for information.  Reviewed Relativity for data consisting of RingCentral phone numbers. | 2.40 170.00/hr | 408.00 |
| | SSA | Reviewed and emailed Sonila Themeli and Arlen Tanner regarding Salesforce data and processing of same. | 0.40 276.00/hr | 110.40 |
| 2/7/2023 | SSA | Set up and accessed Salesforce account. Reviewed available data.  Prepared report of investor date. Video Conference with Levi Percy, Arlen Tanner and Sonila Themeli regarding extraction of data, creation of database and other issues with the data. | 3.40 276.00/hr | 938.40 |
| 2/15/2023 | SSA | Reviewed and prepared reports from Salesforce. Compared report results to paper statements and leader documents. Exported data and compared to extracted .csv data. | 4.30 276.00/hr | 1,186.80 |
| 2/16/2023 | SSA | Designed and prepared reports of investor earnings, bonus and commission reports in Salesforce by year. Tested data for completeness against paper investment contracts and spreadsheets. Drafted email to Arlen Tanner regarding same.  Compared individual investor | 5.30 276.00/hr | 1,462.80 |
| 2/17/2023 | SGH | Reviewed new documents uploaded in Kiteworks. | 0.60 362.00/hr | 217.20 |
| | SSA | Drafted emails to and reviewed emails from Arlen Tanner regarding restrictions in Salesforce access. Formatted and combined  exported Salesforce csv raw data for creation of database. | 3.80 276.00/hr | 1,048.80 |
| 2/21/2023 | SGH | Reviewed data of 35,000 investors from Salesforce. Discussed issues in the data with Scott Askue. Reviewed email regarding the Illinois data for production | 0.50 362.00/hr | 181.00 |
| 2/27/2023 | SSA | Reviewed productions from JP Morgan, Bank of America and others.  Prepared notes and documents of interest. | 1.30 276.00/hr | 358.80 |
| 3/2/2023 | SSA | Drafted email to and reviewed emails from Sonila Themeli regarding SalesForce data and use of same. Reviewed issues and testing of same. | 0.40 276.00/hr | 110.40 |
| 3/7/2023 | SSA | Drafted email to Sonila Themeli regarding review of Salesforce data. | 0.30 276.00/hr | 82.80 |
| 3/10/2023 | SSA | Downloaded, restore and reviewed reports from Salesforce. | 1.20 276.00/hr | 331.20 |

**SEC v CryptoFX**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/21/2023 | SGH | Reviewed new documents posted in Kiteworks and check for Benvenuto. Drafted email to Scott Askue and Sonila Themeli regarding $230,000 checks from Ebenezer Construction. Reviewed other documents produced from sales agents and uploaded to Kiteworks. | 1.10 362.00/hr | 398.20 |
| | SGH | Continued to review new documents posted in Kiteworks. | 0.60 362.00/hr | 217.20 |
| 3/28/2023 | SGH | Reviewed new data uploaded in Kiteworks. | 0.70 362.00/hr | 253.40 |
| | SSA | Reviewed production from Netspend. Researched issues raised by production. Drafted email regarding same. | 0.60 276.00/hr | 165.60 |
| 3/30/2023 | SGH | Reviewed the Google files that were uploaded to Relativity for information on sales leaders and BTC. | 0.90 362.00/hr | 325.80 |
| | SGH | Reviewed additional Google files and sent email to Sonila Themeli regarding the passwords for the email accounts. | 1.10 362.00/hr | 398.20 |
| 3/31/2023 | SGH | Reviewed documents uploaded to Kiteworks. Email regarding Zelle payments. | 0.70 362.00/hr | 253.40 |
| | SGH | Continued to reviewed documents from the Google Drive. Corresponded with Sonila Themeli and Levi Percy and Scott Askue regarding issues on the data and the "takedown drive." Emailed regarding the fact that there is a main drive and we do not have access to all of records we need for leaders and sales agents. | 2.50 362.00/hr | 905.00 |
| | DAB | Reviewed and responded to several emails from Greg Hays, Levi Percy, Sonila Themeli and Scott Askue regarding access to Google Drive, specific downloads, and research in Relativity for information regarding investor Bitcoin transactions.  Continued to research Relativity to identify transactions, investor detail, and leader Bitcoin accounts. | 2.40 170.00/hr | 408.00 |
| | SSA | Reviewed leader findings and drafted email to the Receiver and Sonila Themeli regarding available leader information transaction information and need to additional information on the CryptoFX Google drive. | 0.60 276.00/hr | 165.60 |
| | SSA | Reviewed and responded to emails from Arlen Tanner and Sonila Themeli regarding continued use of Salesforce. | 0.20 276.00/hr | 55.20 |
| | | Subtotal | 59.30 | 16,071.40 |

**Employee Benefits / Pensions**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2023 | SSA | Compiled employee contact and other informational data. Drafted email to Sonila Themeli regarding same. | 1.40 276.00/hr | 386.40 |
| | DAB | Reviewed and responded to emails from Sonila Themeli and Greg Hays regarding research for security guard (Adam) information.  Researched idiCore for relative information. | 0.30 170.00/hr | 51.00 |
| 1/19/2023 | DAB | Reviewed Generad Serrano information for Adam in security contact information.  Researched IdiCore and Relativity for addition multiple references. | 0.50 170.00/hr | 85.00 |
| 1/25/2023 | DAB | Researched Relativity for information regarding Adam in security and payments to security professionals. Researched security company information for Adam contact information. | 0.40 170.00/hr | 68.00 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/27/2023 | SGH | Reviewed email from Dwaine Butler regarding his research regarding Chavez security team. Researched information regarding the security teams and searched for last names of Adam and Joseph as we need to identify and interview. | 0.60 362.00/hr | 217.20 |
| | DAB | Continued Relativity and IdiCore research for Adam Security contact information.  Reviewed several idiCore searches for Adan and Adam Garcia. Reviewed provided phone number and researched via phone information.  Reviewed investor list and call detail report for information. | 1.20 170.00/hr | 204.00 |
| 2/1/2023 | DAB | Reviewed and responded to emails from Sonila Themeli and Scott Askue regarding discovery of Adam Security information. | 0.20 170.00/hr | 34.00 |
| 2/3/2023 | DAB | Reviewed and responded to email from Greg Hays regarding additional information on employee phone numbers.  Reviewed database and compared to current list. | 0.30 170.00/hr | 51.00 |
| 2/7/2023 | DAB | Researched idiCore for Adan Security personnel contact information. | 0.20 170.00/hr | 34.00 |
| 2/8/2023 | DAB | Continued to review emails from Relativity and documentation of employee W-2 forms for determination of addresses. | 0.60 170.00/hr | 102.00 |
| | | Subtotal | 5.70 | 1,232.60 |

**Fee / Employment Applications & Objection**

| | | | | |
|---|---|---|---|---|
| 1/3/2023 | SGH | Reviewed issues for the upcoming fee application and researched recent fee application in SEC cases in Texas. Drafted an email to Receiver and Sonila Themeli regarding a fee application in Arise Bank Texas case and sample fee application. Began reviewing time entries for HFC fee application. | 0.80 362.00/hr | NO CHARGE |
| 1/9/2023 | SSA | Reviewed and edited fee invoice for upcoming fee application. | 1.20 276.00/hr | NO CHARGE |
| 1/10/2023 | SGH | Edited time for fee application. | 1.00 362.00/hr | NO CHARGE |
| 1/11/2023 | SGH | Reviewed and edited time and coded all time entries for consistency for the fee application. | 2.00 362.00/hr | NO CHARGE |
| 1/12/2023 | SGH | Reviewed issues for the fee application and drafted an email to Receiver and Sonila Themeli recommending certain issues to include in the fee application including references to: First Interim Report and Motion for Contempt. Recommended Bios be included and the graphs of the total amount of fraud of and post TRO activity. | 0.60 362.00/hr | NO CHARGE |
| | SSA | Worked on fee application issues. | 0.80 276.00/hr | NO CHARGE |
| 1/13/2023 | SGH | Prepared Exhibits for fee applications. | 0.70 362.00/hr | NO CHARGE |
| 1/17/2023 | SGH | Reviewed draft of the Receiver's First Fee Application and provided edits and comments regarding the work accomplished during the fee application period. | 0.50 362.00/hr | NO CHARGE |
| | SGH | Researched information to included in the fee application and drafted language regarding the Johnson factors. | 0.40 362.00/hr | NO CHARGE |
| 1/19/2023 | SGH | Reviewed receiver efforts and drafted issues for use in fee application. | 0.40 362.00/hr | NO CHARGE |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2023 | SGH | Reviewed draft of the fee application and provided comments. | 0.30 362.00/hr | NO CHARGE |
| | SSA | Reviewed fee application. | 0.50 276.00/hr | NO CHARGE |
| 2/21/2023 | SGH | Reviewed and edited fee order. Drafted email to Receiver and Sonila Themeli regarding draft of order and issues for concern. Researched additional language regarding fee cap imposed by SEC for 60 days on this estimated $400 million Ponzi scheme. | 1.20 362.00/hr | NO CHARGE |
| | SGH | Additional review and analysis of total fees for the fee application. Calculated blended hourly rate for Receiver Team for fee application and drafted email regarding same. Verified figures. Drafted email to Sonila Themeli and Receiver. Additional analysis regarding the fee cap and holdback. | 1.90 362.00/hr | NO CHARGE |
| 2/22/2023 | SGH | Review and analysis in connection with the first fee application. Updated analysis of fee. Call to Sonila Themeli regarding the fee application. Edited the drafts of the application and order regarding the 60 Day fee cap and holdback issues. | 1.20 362.00/hr | NO CHARGE |
| 2/23/2023 | DAB | Reviewed Receiver's Interim Fee Application. Discussed issue with Greg Hays regarding preparation of second fee application. | 0.40 170.00/hr | NO CHARGE |
| 3/20/2023 | DAB | Reviewed idiCore invoice and confirmed billing to include in Fee Application. | 0.20 170.00/hr | NO CHARGE |
| | | Subtotal | 14.10 | 0.00 |

**Forensic Accounting**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2023 | SGH | Conference call with James Daniels, Kevin Duberstein of Blocktrace and Scott Askue. Discussed plans for forensic accounting analysis of the Coinbase data and tracing the crypto currencies purchased. | 0.80 362.00/hr | 289.60 |
| | SGH | Reviewed crypto search terms. Researched information in Relativity on the search terms provided by BlockTrace. Corresponded with Levy Percy regarding the search terms and set up search. Reviewed data regarding National Bitcoin ATM and drafted email regarding same. Continued to research data of various crypto currencies to locate the data to trace the funds.  Uploaded documents to a Box share file secure account to share with James Daniels and Kevin Duberstein. | 3.50 362.00/hr | 1,267.00 |
| | SSA | Telephone call to with James Daniel and Kevin Duberstein of Blocktrace regarding review of crypto transactions. Drafted email to Sonila Themeli regarding engagement of same. Reviewed for available crypto records. | 1.50 276.00/hr | 414.00 |
| 1/6/2023 | SGH | Updated document to the BOX share filed for BlockTrace to investigate the crypto transactions. Reviewed document provided by SEC and others and posted to the website. Drafted email to Scott Askue regarding index to SEC production. Continued to review crypto documents and researched Relativity. | 2.50 362.00/hr | 905.00 |
| | SSA | Drafted emails to Blocktrace and responded to email from same regarding issues for engagement. Edited and commented on engagement agreement. | 0.50 276.00/hr | 138.00 |

**SEC v CryptoFX**

Page    17

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 1/9/2023 | SGH | Reviewed new information uploaded for any crypto data. Corresponded with Crypto investigators at BlockTrace. | 5.00 362.00/hr | 1,810.00 |
| 1/12/2023 | SSA | Gathered data relating to additional crypto transactions and updated for review. Drafted email to James Daniel and Kevin Duberstein regarding same. | 0.70 276.00/hr | 193.20 |
| 1/17/2023 | SGH | Conference call with James Daniels, Kevin Duberstein, and Scott Askue crypto currency issues and liquidation of account and trading profits from the Coinbase account. Drafted email to James Daniels and Kevin Duberstein regarding crypto matters and reported profits. | 0.60 362.00/hr | 217.20 |
| | SSA | Conference call with James Daniels, Kevin Duberstein of BlockTrace and Greg Hays regarding analysis of accounts and other crypto issues. | 0.50 276.00/hr | 138.00 |
| 1/20/2023 | SGH | Researching issues regarding cryptocurrency trading. | 0.60 362.00/hr | 217.20 |
| | DAB | Reviewed report form Blocktrace on Crypto tracing. Searched Relativity for two wallets mentioned. Drafted email to James Daniels, Kevin Duberstein and Scott Askue regarding same. | 0.60 170.00/hr | 102.00 |
| 1/23/2023 | SGH | Review and analysis in response to James Daniels email regarding Coinbase. Drafted several email to James Daniels. | 0.90 362.00/hr | 325.80 |
| 1/24/2023 | SSA | Analyzed issues relating to value of Julio Taffinder's wallet as of 12/31/22. | 0.40 276.00/hr | 110.40 |
| 1/30/2023 | SSA | Performed initial review of BlockTrace analysis of crypto trading by CryptoFX. | 0.70 276.00/hr | 193.20 |
| 1/31/2023 | SSA | Completed review of report prepared by Blocktrace. Drafted email to same regarding various issues. | 1.10 276.00/hr | 303.60 |
| 2/2/2023 | SGH | Microsoft Teams conference with Kevin Duberstein and Scott Askue regarding Binance and SquareUp crypto wallets. Email to Sonila Themeli regarding same. | 0.50 362.00/hr | 181.00 |
| | SSA | Conference call with Blocktrace regarding crypto transactions. | 0.30 276.00/hr | 82.80 |
| 2/10/2023 | SGH | Reviewed and responded to emails regarding crypto transaction with Kevin Duberstein and Scott Askue (.4). Emails to Sonila Themeli regarding crypto and other pending matters (.3). | 0.70 362.00/hr | 253.40 |
| 2/15/2023 | SSA | Drafted email to Kevin Duberstein regarding Binance transactions. | 0.20 276.00/hr | 55.20 |
| 2/22/2023 | SSA | Drafted email to Kevin Duberstein of Blocktrace regarding transfer to Nano Ledger and access to same. | 0.30 276.00/hr | 82.80 |
| 2/24/2023 | SGH | Reviewed information regarding Binance, Metadex and Safe Pal. Corresponded with Kevin Duberstein regarding same and funds from Coinbase to Binance. | 0.60 362.00/hr | 217.20 |
| | DAB | Researched Binance, Metadex, and SafePal for the determination of additional assets and transactions. Reviewed and responded to emails from Greg Hays regarding same. | 1.20 170.00/hr | 204.00 |
| | SSA | Reviewed and uploaded data to shared drive and drafted email to Blocktrace regarding Binance response. | 0.50 276.00/hr | 138.00 |
| 2/27/2023 | SSA | Reviewed for crypto transactions with Gustavo Gomez. Drafted email to BlockTrace regarding same. | 0.60 276.00/hr | 165.60 |
| | DAB | Reviewed email from Greg Hays regarding Binance and Metadex transaction research. Reviewed Relativity for information regarding tracking of payments via SafePal and Binance. | 0.90 170.00/hr | 153.00 |

**SEC v CryptoFX**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2023 | SSA | Uploaded files for research of crypto transactions with Gustavo Gomez. Drafted email to Blocktrace regarding same. | 0.40 276.00/hr | 110.40 |
| 3/7/2023 | SSA | Researched for and compiled documents relating to accounts and backup of Crypto exchange trades. | 1.90 276.00/hr | 524.40 |
|  | DAB | Reviewed Relativity portal for Coinbase and Binance transactions.  Researched various Metadex and Binance searches for money order transactions. | 0.80 170.00/hr | 136.00 |
| 3/21/2023 | SSA | Researched for payments received by CBT from investors. Traced uses of funds. | 1.50 276.00/hr | 414.00 |
| 3/28/2023 | SGH | Reviewed issues regarding crypto accounts. Corresponded with James Daniels regarding several issues and liquidating the nano account. | 0.50 362.00/hr | 181.00 |
| 3/30/2023 | SGH | Prepared summary of BTC purchases and sent email to James Daniels and Kevin Duberstein of Blocktrace regarding the $400K in BTC investors payments in July 2020. | 1.40 362.00/hr | 506.80 |
|  | DAB | Reviewed several emails from Greg Hays regarding Bitcoin earning schedule and tracking of Bitcoin transactions.  Reviewed Relativity and searched for information on Bitcoin deposit activity. | 2.20 170.00/hr | 374.00 |
|  |  | Subtotal | 34.40 | 10,403.80 |

**Litigation Consulting**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2023 | SGH | Researched issues regarding the Document Depository and drafted email to Receiver and Sonila Themeli regarding such an arrangement in a Arizona case. | 0.40 362.00/hr | 144.80 |
|  | SGH | Reviewed issues regarding claims against Sales Agents and drafted email to Sonila Themeli and Receiver. | 0.50 362.00/hr | 181.00 |
| 1/4/2023 | SGH | Researched issues regarding claims against Sales Agent and Document Depository. Reviewed email from Sonila Themeli regarding pending matters and responded. | 0.40 362.00/hr | 144.80 |
| 1/5/2023 | SSA | Reviewed defendant records for documents associated with Tony Lemos for interview of same. | 1.50 276.00/hr | 414.00 |
| 1/6/2023 | SGH | Research regarding claims against Sponsors / Leaders / Sales Agents. Updated the list of sale agents prepared by Dwaine Butler. Researched additional information on sales agents in Relativity. Updated list and drafted email to Sonila Themeli and Receiver regarding mailing a demand letter to all 72 "leaders" | 2.50 362.00/hr | 905.00 |
|  | SSA | Continued review of defendant records for documents associated with Tony Lemos. Prepared as exhibits for interview. Prepared index and comments on same. | 4.20 276.00/hr | 1,159.20 |
| 1/10/2023 | SGH | Emails with Sonila Themeli on plans regarding pursuing the Sales Agents. | 0.30 362.00/hr | 108.60 |
| 1/12/2023 | SGH | Reviewed Defendant's subpoena for receivership records. Researched issues and pleading from other receiver case regarding producing documents to Defendants in electronic database. Reviewed issues regarding privacy concerns. Downloaded documents and procedures from NAFER web site. Drafted email to Receiver Team regarding issues in other receiver cases and prepared an outline of recommended | 2.50 362.00/hr | 905.00 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | objections and procedures given the tens of thousands of pages of documents as discussed in the Receiver's First Interim Report. | | |
| 1/13/2023 | SGH | Updated the graphs of total sales activity of over $300 million and the post TRO activity. Drafted email to Kierra Powell, Sonila Themeli and Receiver regarding same. | 0.60 362.00/hr | 217.20 |
| 1/16/2023 | SGH | Drafted the Ponzi Scheme expert report. Reviewed case law and reviewed and organized document to attach to the report. Drafted language regarding the Ponzi presumption and funds in bank account at time of receiver's appointment. Reviewed complaint and Carol Hand Declaration and added information regarding the crypto trading profits of $1.5 million and compared to total funds raised. Began organizing supporting documents. Spent all day on this matter on holiday without interruption. | 6.00 362.00/hr | 2,172.00 |
| | SSA | Reviewed case documents for interview of Ana Munoz. | 3.80 276.00/hr | 1,048.80 |
| 1/17/2023 | SGH | Reviewed issues regarding Defendants request for access to all documents and drafted email to Sonila Themeli regarding same. | 0.40 362.00/hr | 144.80 |
| | SGH | Updated the draft of the Ponzi report. Added language on crypto to the Ponzi report. | 0.80 362.00/hr | 289.60 |
| | SGH | Reviewed Response to Receiver's Motion to Show Cause. Considered issues to address in the Ponzi report. | 0.60 362.00/hr | 217.20 |
| | SGH | Updated the Ponzi report with quotes regarding the office management from the Response to Receiver's Motion to Show Cause. | 1.20 362.00/hr | 434.40 |
| | SSA | Compiled documents for interview of Ana Munoz. Drafted email to Sonila Themeli regarding same. | 2.60 276.00/hr | 717.60 |
| 1/18/2023 | SGH | Spent the entire day working and updating the Ponzi scheme expert report reviewed the Hahn declaration and added information. Reviewed the Flack response and added information regarding the business operation. | 7.00 362.00/hr | 2,534.00 |
| | SGH | Reviewed and responded to Sonila Themeli regarding Receiver's Reply Brief to the Response filed by Flack to Motion to Show Cause. Considered issues and drafted response. | 0.80 362.00/hr | 289.60 |
| 1/19/2023 | SGH | Review and analysis of the outstanding obligations of CFX given the terms of the contract. Reviewed and discussed issues with Scott Askue. Reviewed analysis of daily investments and considered format for analysis for Ponzi report. | 2.00 362.00/hr | 724.00 |
| 1/26/2023 | SGH | Reviewed draft of Motion to Show Cause and provided comments regarding computers CFX acquired and waiver of privilege to obtain Chavez computer. | 0.80 362.00/hr | 289.60 |
| 1/27/2023 | SGH | Reviewed and researched additional information for response to Chavez regarding Motion to Show Cause. Provided edits regarding waiver of privilege. | 0.40 362.00/hr | 144.80 |
| 1/30/2023 | SGH | Reviewed the BlockTrace report on crypto trading and considered issues for the Ponzi report. Drafted language for quarterly report. | 0.60 362.00/hr | 217.20 |
| 1/31/2023 | SGH | Reviewed and consider plans to purse the sales agents. Researched the Stanford case and the litigation against the 300 advisors that were added as Relief Defendants. Retrieved documents from the docket regarding issues in the litigation and drafted | 2.50 362.00/hr | 905.00 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | email to Receiver team regarding issues and the recoveries the case over a 10 year period. Retrieved language for use in CFX case against sales agents. | | |
| 2/2/2023 | SGH | Reviewed and responded on email from Sonila Themeli regarding litigation plan. | 0.40 362.00/hr | 144.80 |
| 2/6/2023 | SSA | Reviewed and commented on Sur-Reply in opposition to Receiver's motion to show cause. | 0.50 276.00/hr | 138.00 |
| 2/7/2023 | SSA | Continued review of records and coding of documents for interview with former employee Cindy Mezomo. | 3.30 276.00/hr | 910.80 |
| 2/8/2023 | SSA | Prepared for and attended interview of Cindy Mezomo. Drafted notes and questions or same. | 2.50 276.00/hr | 690.00 |
| 2/9/2023 | SGH | Reviewed banking laws on MSA and money orders. Considered issues. Drafted email regarding referral of PLS to Texas Banking Department to determine reporting requirements. | 0.60 362.00/hr | 217.20 |
| 2/13/2023 | SGH | Reviewed issues regarding sale agent litigation and emails regarding same. | 0.40 362.00/hr | 144.80 |
| 2/14/2023 | SGH | Conference call with Sonila Themeli and Scott Askue regarding litigation strategy and claims against sales agents and net winners. Discussed the Zeek Rewards model for the class action for all claims and pursuing on a contingent fee. | 0.50 362.00/hr | 181.00 |
| | SSA | Telephone conference with Sonila Themeli and Greg Hays regarding litigation strategy. | 0.40 276.00/hr | 110.40 |
| 2/20/2023 | SGH | Telephone call to Sonila Themeli regarding litigation strategy and filing the Ponzi scheme expert report. Discussed issues in completing the report and using the Salesforce data and report from crypto experts to clearly show the case was a Ponzi scheme. Discussed the case law and recent decision. | 0.50 362.00/hr | 181.00 |
| 2/21/2023 | SSA | Prepared account data from Salesforce for production to the Illinois Secretary of State's office. Drafted emails to Receiver team regarding same. | 1.10 276.00/hr | 303.60 |
| | SGH | Reviewed and researched additional documents for Ponzi expert report. Reviewed issues and information regarding office procedures and cash administration. Updated sections of report and searched Relativity for documents. | 2.00 362.00/hr | 724.00 |
| 2/22/2023 | SGH | Reviewed information regarding Gustavo Gomez and issues for interview. Reviewed Transfer Agreement and $600,000 agreement. Drafted email to Kevin Duberstein regarding the transfer of $500,000 in cryptos per the WhatsApp exchange before June 2021. | 0.80 362.00/hr | 289.60 |
| | SGH | Researched information for the Ponzi scheme expert report. | 0.60 362.00/hr | 217.20 |
| | SSA | Researched for information on Gustavo Gomez and documents supporting issues relating to same for interview. | 1.30 276.00/hr | 358.80 |
| 2/24/2023 | SGH | Reviewed 5th circuit case law on Ponzi schemes and reviewed draft of report on Ponzi schemes and cases to add to the report. | 0.50 362.00/hr | 181.00 |
| 2/28/2023 | SGH | Reviewed information regarding PLS claim. | 0.30 362.00/hr | 108.60 |
| | SGH | Responded to email from James Daniels regarding PLS issues. | 0.30 362.00/hr | 108.60 |
| 3/13/2023 | SSA | Researched for information relating to Quest Trust document request. Drafted email to Sonila Themeli regarding same. | 0.40 276.00/hr | 110.40 |

**SEC v CryptoFX**

Page      21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2023 | SSA | Telephone call from Sonila Themeli regarding estimated investors and investments and daily cash flow as reported by CryptoFX in preparation for Show Cause hearing. | 0.80 276.00/hr | 220.80 |
| 3/23/2023 | SSA | Reviewed and responded to Sonila Themeli's summary of show cause hearing. | 0.20 276.00/hr | 55.20 |
| 3/31/2023 | SGH | Reviewed status of the Ponzi report and considered information to add regarding the Bitcoin payments by investors during 2022. | 0.80 362.00/hr | 289.60 |
|  |  | Subtotal | 60.60 | 19,993.60 |

**Status Reports**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/23/2023 | SGH | Updated analysis of the chart of BTC price versus the funds raised by CFX for the upcoming report. | 0.80 362.00/hr | 289.60 |
| 1/24/2023 | SGH | Prepared an analysis and affidavit regarding the funds raised by CFX and the price of BTC. Updated the chart of from 11/1/22 to 9/28/22. Explained the Chart in an Affidavit. Emails with Kierra Power and Sonila Themeli regarding same. | 1.50 362.00/hr | 543.00 |
| 1/25/2023 | SGH | Updated graph and finalized the Affidavit to attach to the Second Interim Report. | 0.90 362.00/hr | 325.80 |
| 1/27/2023 | SGH | Drafted outline for Receiver's Second Interim Report and email to Sonila Themeli. | 0.40 362.00/hr | 144.80 |
|  | SGH | Telephone call to Sonila Themeli regarding Second Interim Report. | 0.40 362.00/hr | 144.80 |
| 1/30/2023 | SGH | Reviewed and edited the Quarterly Report. Researched issues to add to the report. Corresponded with Sonila Themeli regarding issues for the report. | 1.50 362.00/hr | 543.00 |
| 1/31/2023 | SGH | Reviewed and edited second status report. Researched information for the report and added. Discussed pending issues with Scott Askue. | 0.80 362.00/hr | 289.60 |
|  | SSA | Reviewed and edited Receiver's Second Interim Report. | 1.60 276.00/hr | 441.60 |
|  | SSA | Prepared updated asset and recovery analysis for Second Interim Report. | 0.60 276.00/hr | 165.60 |
| 2/25/2023 | SGH | Reviewed status of research by Blocktrace. Email with James Daniels regarding status of fees to date. Drafted email to receiver regarding status and fees to date. Email to James Daniels regarding report to file with Receiver's Interim Report. | 0.60 362.00/hr | 217.20 |
| 3/28/2023 | SGH | Reviewed information for the quarterly report on BTC transactions. | 0.40 362.00/hr | 144.80 |
|  |  | Subtotal | 9.50 | 3,249.80 |

**Tax Issues**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2023 | SSA | Prepared IRS forms 8809 for Receiver's signature to extend timing to file 1099s. | 1.20 276.00/hr | 331.20 |
| 1/26/2023 | SSA | Researched for tax id number for defendants and related entities. | 1.00 276.00/hr | 276.00 |
| 2/19/2023 | JRJ | Prepared Federal extension for year ended 12/31/2022 for CBT Group LLC. Electronically filed extension. | 0.40 276.00/hr | 110.40 |
|  | JRJ | Prepared Federal extension for year ended 12/31/2022 for Crypto FX LLC. Electronically filed extension. | 0.60 276.00/hr | 165.60 |

**SEC v CryptoFX**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2023 | JRJ | Researched IRS e file rejects for 2022 extensions for Crypto FX and CBT Group. Researched documents to confirm single member LLC status as disregarded entities. Reviewed receiver Order. Discussed same with Scott Askue and payroll tax filings. | 0.60 276.00/hr | 165.60 |
|  | SSA | Telephone call from Jim Jennings regarding various tax filing requirements, data and strategy for same. | 0.40 276.00/hr | 110.40 |
|  | SSA | Researched for documents supporting tax treatment of CBT and CFX. Telephone call from Jim Jennings regarding same. | 0.50 276.00/hr | 138.00 |
| 2/27/2023 | SSA | Prepared form 8809 extension for additional time to prepare 1099s. | 0.30 276.00/hr | 82.80 |
| 3/31/2023 | SSA | Prepared letter to the IRS and Forms 8809 requesting additional time to prepare W2s and 1099s. Drafted email to the Receiver regarding same. | 0.60 276.00/hr | 165.60 |
|  |  | Subtotal | 5.60 | 1,545.60 |
|  |  | **For professional services rendered** | **391.00** | **$102,809.40** |

# EXHIBIT D

**SEC v CryptoFX**                                                          Page      23

Additional Charges :

|  |  | __Amount__ |
|---|---|---|
| **Expenses** |  |  |
| 1/31/2023 | IDI charges January 2023 | 227.00 |
| 2/24/2023 | Tax software licensing fee for filing of bankruptcy estate returns (CryptoFX LLC). | 35.00 |
|  | Tax software licensing fee for filing of bankruptcy estate returns (CBT). | 35.00 |
| 3/31/2023 | IdiCore research and comprehensive reports invoice #475393. | 31.75 |
|  | Subtotal | 328.75 |
|  | **Total costs** | **$328.75** |
|  | **Total amount of this bill** | **$103,138.15** |