# EXHIBIT E

**STANDARDIZED FUND ACCOUNTING REPORT for**
Receivership in SEC v. Mauricio Chavez, Giorgio Benvenuto and Crypto FX, LLC - Cash Basis
Receivership; Civil Court Docket No. 4:22-cv-3359
Reporting Period 01/01/2023 to 03/31/2023

| FUND ACCOUNTING (See Instructions): | | Detail (for Current Period) | Subtotal (From Prior Period) | Grand Total (All Periods) |
|---|---|---|---|---|
| Line 1 | Beginning Balance | $3,762,529.64 | | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | $0.00 | $0.00 |
| Line 3 | Cash and Securities | $0.00 | $3,392,411.14 | $3,392,411.14 |
| Line 4 | Interest/Dividends Income | $0.00 | $0.00 | $0.00 |
| Line 5 | Business Asset Liquidation | $67,798.11 | $0.00 | $67,798.11 |
| Line 6 | Personal Asset Liquidation | $0.00 | $0.00 | $0.00 |
| Line 7 | Third-Party Litigation Income | $0.00 | $0.00 | $0.00 |
| Line 8 | Miscellaneous - Other (Attorney Escrows) | $157,228.70 | $370,118.50 | $527,347.20 |
| | *Total Funds Available (Lines 1-8)* | *$3,987,556.45* | | *$3,987,556.45* |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0.00 | $0.00 | $0.00 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $375,336.50 | $0.00 | $375,336.50 |
| Line 10b | *Business Asset Expenses* | $5,170.00 | $0.00 | $5,170.00 |
| Line 10c | *Personal Asset Expenses (Includes monthly budget for Defendant* | $18,000.00 | $0.00 | $18,000.00 |
| Line 10d | *Investment Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | *$0.00* | *$0.00* | *$0.00* |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | $0.00 | $0.00 |
| Line 10g | *Federal and State Tax Payments* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | **$398,506.50** | **$0.00** | **$398,506.50** |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | *$0.00* | *$0.00* | *$0.00* |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | *$0.00* | *$0.00* | *$0.00* |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
| | **Total Funds Disbursed (Line 9-11):** | $398,506.50 | $0.00 | $398,506.50 |
| Line 13 | **Ending Balance (As of 3/31/2023):** | **$3,589,049.95** | | **$3,589,049.95** |

| Line 14 | Ending Balance of Fund - Net Assets: | | | |
|---|---|---|---|---|
| Line 14a | *Cash & Cash Equivalents* | $3,589,049.95 | | $3,589,049.95 |
| Line 14b | *Investments* | $0.00 | | $0.00 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | | | |
| | **Total Ending Balance of Fund - Net Assets** | **$3,589,049.95** | | **$3,589,049.95** |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT To Be Paid by the Fund:** | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses Not Paid by the Fund* | *$0.00* | *$0.00* | *$0.00* |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | $0.00 | $0.00 | $0.00 |
| *Line 16b* | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | **Total disbursements to Court/Other Not Paid by Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | | | 0 |
| Line 18b | # of Claims Received Since Inception of Fund | | | 0 |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | 0 |
| Line 19b | # of claimants/Investors Paid Since Inception of Fund | | | 0 |

Receiver:

By: _____
(signature)

John Lewis, Jr. _____
(printed name)

Receiver _____
(title)

Date: June 16, 2023 _____