IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| | § | CIVIL ACTION NO. 4:22-CV-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

## ORDER AUTHORIZING PAYMENT OF RECEIVER'S SECOND CERTIFIED INTERIM FEE APPLICATION

On June 16, 2023, John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX"), and CBT Group, LLC ("CBT"), filed an Application Authorizing Payment of Receiver's Second Certified Interim Fee Application ("SCIFA"), which seeks approval of the fees incurred by the Receiver and the Receiver's Retained Professionals from January 1, 2023 through March 31, 2023 (the "Application Period").

Pursuant to the Receivership Order, paragraph 58, the Receiver served a copy of the proposed SCIFA, together with all exhibits and billing information to counsel for the SEC. Receiver and counsel for the SEC have conferred regarding the Receiver's SCIFA, its compliance with the SEC's Billing Guidelines and this Court's Receivership Order, and the reasonableness of the costs and expenses incurred in the ordinary course of the administration and operation of the Receivership. The SEC does not oppose the Receiver's Application. The Court finds and

determines that good cause exists to approve the Receiver's Second Certified Interim Fee Application. Accordingly, the Court finds and determines as follows:

    (a)    The Receiver's Second Certified Interim Fee Application should be and hereby is granted; it is further ordered that

    (b)    That the Receiver be conditionally awarded fees incurred during the Second Interim Fee Application in the amount of $46,672.50; it is further ordered that

    (c)    That the Receiver's Retained Professionals be awarded fees incurred during the Second Interim Fee Application as follows: Shook Hardy & Bacon, LLC for $323,534.50; Pugh Accardo, LLC $1,079.50; and Hays Financial for $102,809.40; it is further ordered that

    (d)    That the out-of-pocket costs and expenses incurred by the Receiver in the ordinary course of the administration and operation of the Receivership, as set out more fully in this SCIFA in the aggregate amount of $23,623.19, are reasonable and necessary, and that they be approved for immediate reimbursement by the Receiver.

    IT IS SO ORDERED this \_\_\_\_ day of \_\_\_\_\_, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE