IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

## RECEIVER'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Movant, Poston E. Pritchett of the law firm of Shook, Hardy & Bacon L.L.P., respectfully requests that the Court enter an order withdrawing Sonila Themeli and substituting Movant as counsel of record for the Receiver, John Lewis, Jr. In support of this motion, Movant states the following:

1. Poston E. Pritchett of the law firm of Shook, Hardy & Bacon L.L.P., will be substituted as the attorney for the Receiver, John Lewis, Jr. and hereby enters his appearance as counsel on behalf of the Receiver, John Lewis, Jr. Mr. Pritchett's Texas State Bar No. is 24088258, and his S.D. Tex. Bar No. is 2157597. Mr. Pritchett's office address is 600 Travis St., Suite 3400, Houston, Texas 77002; Telephone: 713.227.8008; Facsimile: 713.227.9508; Email:

ppritchett@shb.com. Mr. Pritchett requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic case filing system.

2. Receiver John O. Lewis, Jr. approves the substitution.

3. Good cause exists for the granting of the motion herein, and the withdrawal and substitution is not sought for delay, but so that justice may be done.

4. Movant has conferred with counsel for Plaintiff U.S. Securities and Exchange Commission and counsel for Defendants Mauricio Chavez and Giorgio Benvenuto, and none oppose this Motion.

5. Movant respectfully requests that the Court enter an order permitting Sonila Themeli of the law firm of Shook, Hardy & Bacon L.L.P. to withdraw as counsel of record for Receiver John Lewis, Jr. and substituting Poston E. Pritchett of the law firm of Shook, Hardy & Bacon L.L.P as attorney of record for the Receiver in her place.

Dated: June 16, 2023                            Respectfully submitted,

By:   */s/ Poston E. Pritchett*
Sonila Themeli
Texas Bar No. 24073588
S.D. Tex. Bar No. 3435473
Poston E. Pritchett
Texas Bar No.: 24088258
S.D. Tex. Bar No.2157597
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX  77002
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
E-mail:   sthemeli@shb.com
E-mail:   ppritchett@shb.com

                                                  Caroline M. Gieser
                                                  (admitted *pro hac vice*)
                                                  1230 Peachtree Street, NE, Suite 1200
                                                  Atlanta, GA  30309
                                                  Telephone:  470.867.6000
                                                  cgieser@shb.com

                                                  ***Counsel for Court-Appointed Receiver John Lewis, Jr.***

3

**RECEIVER'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**4868-6322-5194

## CERTIFICATE OF CONFERENCE

I hereby certify that that I conferred with Plaintiff's counsel and counsel for Defendants regarding this Motion, and they are unopposed to the relief sought.

>  */s/ Sonila Themeli*
>  Sonila Themeli

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2023, the above and foregoing document was filed electronically through the CM/ECF system, which sent notification of such filing to all counsel of record:

| | |
|---|---|
| Matthew J. Gulde<br>UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102<br>Telephone:  817.978.1410<br>Facsimile:   817.978.4927<br>guldem@sec.gov<br><br>*Attorney for Plaintiff*<br>*U.S. Securities and Exchange Commission* | Paul D. Flack<br>PRATT & FLACK, LLP<br>4306 Yoakum Blvd., Suite 500<br>Houston, TX  77006<br>Telephone:    713.705.3087<br>pflack@prattflack.com<br><br>*Attorney for Defendant,*<br>*Mauricio Chavez*<br><br>Dan L. Cogdell<br>COGDELL LAW FIRM, PLLC<br>1000 Main Street, Suite 2300<br>Houston, TX  77002<br>Telephone:  713.426.2244<br>Dan@cogdell-law.com<br><br>*Attorney for Defendant,*<br>*Giorgio Benvenuto* |

>  */s/ Poston E. Pritchett*
>  Poston E. Pritchett