IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| *Defendants.* | § § | JUDGE ANDREW S. HANEN |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

**ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pending before the Court is Receiver's Unopposed Motion to Withdraw and Substitute Counsel, and the Court, after considering the same, is of the opinion that the Motion is meritorious and should be in all things GRANTED.

It is further ORDERED that Poston E. Pritchett of the law firm of Shook, Hardy & Bacon L.L.P., State Bar No. is 24088258; 600 Travis St., Suite 3400, Houston, Texas 77002; Telephone: 713.227.8008; Facsimile: 713.227.9508; email: ppritchett@shb.com is hereby substituted as attorney-in-charge for Receiver John Lewis, Jr.

It is so ORDERED.

_____          _____
Date                                                                          UNITED STATES DISTRICT JUDGE