Francine Hendricks
3201 Michigan Avenue
Metairie, La. 70003
July 15, 2023

United States Courts
Southern District of Texas
F I L E D

JUL 19 2023

Nathan Ochsner, Clerk of Court

The Honorable Andrew S. Hanen
ATTN: Rhonda Hawkins, Case Manager
United States District Clerk's Office
Unites States Courthouse
515 Rusk Street. Room 9110
Houston, Tx 77002

Re: Securities and Exchange Commission v. Mauricio Chavez, Civil # 4:22CV3359

Dear Judge Hanen,

I was instructed by the Attorney General's Office to send you my information. I am writing to let you know that I am one of the victims of the cryptocurrency Ponzi scheme in this case. I live in the Greater New Orleans Area and learned about this investment opportunity from a friend. Believing that this would be a legitimate opportunity. I paid $15,000 in August of 2023 to fund the certificates with the promise of a return on my investment.

I am a 76-year-old grandmother who has spent her entire life working very hard for any money I have saved. I was hoping investing my savings in this way would lead to a return, as it did for my friend, but instead I am facing totally losing that money and having to struggle financially to recover from that loss.

I have attached my documents showing the certificates I created and funded for myself and I am asking to be considered in any judgement in this case so I can have my money returned.

I can be reached at 504-813-7383. Your assistance is greatly appreciated. Thanking you and your staff in advance.

Sincerely,
Francine Hendricks

*Francine A. Hendricks*

NAME: Francine Hendricks
ADDRESS: Kenner la
START DATE: 8/18/22   DUE DATE: 2/18/23
PHONE: 504-813-7383
E-MAIL: Francygemfran@yahoo.com
DIRECT SPONSOR 7%: Mary Sabrino 504 307 4138
INDIRECT SPONSOR 3%: Ivana Ivania Suarez 504 255 4361

No. 043008

**BRONZE** PACKAGE 1K+
**SILVER** PACKAGE 5K+
**GOLD** PACKAGE 10K+

$ _____     $ 5,000.00     $ _____

MONTHLY ☐     3 MONTHS ☒     6 MONTHS ☐     CONTRACT RENEWAL ☐

MONTH 1 _____
MONTH 2 _____
MONTH 3  11-18-22   $ 2250-
MONTH 4 _____
MONTH 5 _____
MONTH 6  2-18-23

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX LLC

Francine Hendricks FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF  $5,000.00

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM. IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

Francine Hendricks AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER

Francine Hendricks                              [signature]                                   [signature]
STUDENT'S SIGNATURE          CRYPTOFX,LLC REPRESENTATIVE          CRYPTOFX,LLC RECEIVER
DATE: 8-18-22                 DATE: 8-18-22                       DATE: 8-18-22

NAME: Francine Hendricks #2
ADDRESS: Kenner, LA
START DATE: 08/30/22   DUE DATE: 03/01/23
PHONE: 504-8137383
E-MAIL: franeygemfran@yahoo.com
DIRECT SPONSOR 7%: Francine Hendricks
INDIRECT SPONSOR 3%: Huey Saladino

No. 046661

**BRONZE** PACKAGE 1K+   $ _____

**SILVER** PACKAGE 5K+   $ _____

**GOLD** 10K+   $ 10,000

MONTHLY ☐   3 MONTHS ☒   6 MONTHS ☐   CONTRACT RENEWAL ☐

MONTH 1 _____
MONTH 2 _____
MONTH 3  11-30-22   $4,500
MONTH 4 _____
MONTH 5 _____
MONTH 6  03-01-23

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX LLC

Francine Hendricks #2 FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF $10,000

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY. WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY. FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES.

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

Francine Hendricks #2 AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER

Francine Hendricks
STUDENT'S SIGNATURE
DATE: 08-30-22

CRYPTOFX,LLC REPRESENTATIVE
DATE: 08-30-22

CRYPTOFX,LLC RECEIVER
DATE: 08-30-22

Francine Hendricks
3201 Michigan Ave
Metairie LA 70003-3440

NEW ORLEANS LA 700

United States Courts
Southern District of Texas
FILED

JUL 19 2023

Nathan Ochsner, Clerk of Court

The Honorable Andrew S. Hanen
ATTN: Rhonda Hawkins, Case Manager
United States District Clerk's Office
United States Court House
515 - Rusk Street Room 9110
Houston,