# EXHIBIT A

SEC v. CryptoFX LLC et al
Receipts and Disbursements

**Receipts**

| | | |
|---|---|---:|
| Cash | Cash located at 1124 Blalock | $53,346 |
| Cash in Safe | Recovered from two safes at Blalock | $392,765 |
| First Community Credit Union | Closed Benvenuto bank account | $407,042 |
| First Community Credit Union | Closed Benvenuto bank account | $44,406 |
| Bank of America | Closed Benvenuto bank account | $16,825 |
| Bank of America | Closed Benvenuto bank account | $4,500 |
| Simmons Bank | Closed Benvenuto bank account | $80,764 |
| Simmons Bank | Closed CBT bank account | $247,916 |
| Regions Bank | Closed Chavez bank account | $782 |
| Coinbase, Inc. | Proceeds from liquidation of crypto account | $982,924 |
| Blockchain.com | Proceeds from liquidation of crypto account | $1,161,141 |
| Burford Perry LLC | Balance of retainer | $155,631 |
| Gerger Hennessy & Martin LLP | Balance of retainer | $214,488 |
| Jones Walker Retainer | Turned over to Receiver | $102,229 |
| Televisions | Located at 1124 Blalock | $3,040 |
| Pratt & Flack LLP | Cash turned over to the Receiver by Chavez | $55,000 |
| Hogan Lane, Hempstead TX | Net sale proceeds from sale of real property | $64,758 |
| Exodus Wallet | BTC, Tether & Solana. Liquidated in April 2023 | $86,915 |
| 28 Lawrence Marshall Dr, Hemptstead, TX | Net sale proceeds from sale of real property | $65,027 |
| 2020 Volkswagen Tiguan | Turned over to Receiver by Angelica Vargas and liquidated | $16,695 |
| 2021 Mercedes-Benz GLE AMG | Turned over to Receiver by Mauricio Chavez and liquidated | $63,568 |
| | **Total Receipts** | **$4,219,761** |

**Disbursements**

| | | |
|---|---|---:|
| Webster's Auction Palace, Inc. | Inspection of contents at 1616 Post Oak Blvd | $2,000 |
| Hays Financial Consulting, LLC | Professional Fees and Expenses thru 12/31/22 | $95,264 |
| John Lewis Jr., Receiver | Professional Fees and Expenses thru 12/31/22 | $62,895 |
| Shook Hardy & Bacon, LLP | Professional Fees and Expenses thru 12/31/22 | $215,924 |
| Pugh Accardo, LLC | Professional Fees and Expenses thru 12/31/22 | $554 |
| Frank Jack Sodetz III | Fee for researching the on-going fraud in Chicago | $700 |
| Appraisal MC | Appraisal for Lot 1- Mack Washington, Hempstead TX | $1,875 |
| Plateau Land and Wildlife Management, Inc | Refile Wildlife Management Plan with Biologist Site Visit | $1,295 |
| Giorgio Benvenuto | Monthly Allowance - $6,000 per month - Thru June 2023 | $36,000 |
| Pratt & Flack LLP | Fees & Expenses paid per Court Order, Docket # 67 | $101,368 |
| SalesForce | Prepayment for data hosting | $3,838 |
| Santander Consumer USA | BMW Lien payoff prior to sale of same | $36,450 |
| | **Total Disbursements** | **$558,162** |

**Cash in Bank (6/30/2023)** $3,661,599