# EXHIBIT

**BLOCKTRACE, LLC**

+1 5122228145
sales@blocktrace.com
www.blocktrace.com

![BLOCKTRACE]

## INVOICE

**BILL TO**
SEC vs. CryptoFX
Receiver John Lewis

| | |
|---|---|
| INVOICE | 1090 |
| DATE | 04/10/2023 |
| TERMS | Due on receipt |
| DUE DATE | 04/10/2023 |

**Remit to:**
**BLOCKTRACE, LLC**
**Shaun MaGruder**
**1320 Arrow Point Dr**
**Suite 501 #TW83**
**Cedar Park, TX 78613**

| Area | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 8.7 | $3,132.00 |
| Case Administration | 7.1 | $2,556.00 |
| Data Analysis | 400.1 | $144,036.00 |
| | 415.9 | $149,724.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James Daniels | 23 | $360.00 | $8,280.00 |
| Julio Castro | 71.4 | $360.00 | $25,704.00 |
| Kevin Duberstein | 321.5 | $360.00 | $115,740.00 |
| Professional Services Rendered | 415.9 | | $149,724.00 |

BALANCE DUE  **$149,724.00**

### Asset Analysis and Recovery

| Date | Person | Detail | Hours | Amount |
|---|---|---|---|---|
| 01/12/23 | JD | Exodus wallet - Export Transactions; Review Transactions | 1.5 | $540.00 |
| 01/12/23 | JD | Analize Exodus Wallet; Document Exodus wallet with screen shots of current balances | 1.5 | $540.00 |
| 01/12/23 | JD | Restore Exodus Wallet with seed phrase | 0.5 | $180.00 |

| Date | Person | Detail | Hours | Amount |
|---|---|---|---|---|
| 01/12/23 | JD | Exodus wallet - Email Sonila; Hays; Askue - Current Balance information and recommendations on liquidation options | 0.5 | $180.00 |
| 02/10/23 | KD | Emailed Coinbase to open account for Receiver to liquidate crypto. | 0.5 | $180.00 |
| 02/15/23 | KD | Contacting Coinbase to open an account as per Hays Consulting to liquidate the crypto currency found on the Exdous wallet. | 1.8 | $648.00 |
| 03/28/23 | KD | Receive email from Greg Hays, contact Coinbase to setup transfer of funds | 0.7 | $252.00 |
| 03/28/23 | JD | Emails with Coinbase regarding Exodus Wallet; Execute crypto transfers from Exodus Wallet to Coinbase account; document crypto transfers | 1.7 | $612.00 |
| | | **Subtotal Asset Analysis and Recovery** | 8.7 | $3,132.00 |

**Case Administration**

| Date | Person | Detail | Hours | Amount |
|---|---|---|---|---|
| 01/05/23 | JD | Meeting with G Hays and J Daniels to discuss CryptoFX. Discussed investigation to date and how cryptocurrency is involved | 0.8 | $288.00 |
| 01/05/23 | KD | Meeting with G Hays and J Daniels to discuss CryptoFX. Discussed investigation to date and how cryptocurrency is involved | 0.8 | $288.00 |
| 01/11/23 | KD | Draft email with financial account data stripped from all 6 Coinbase account to provide to Hays Consulting | 1.5 | $540.00 |
| 03/06/23 | KD | Draft email with data for subpoenas and send to JD for review | 0.4 | $144.00 |
| 03/07/23 | KD | Followup conversation on status of approval by Shook, Hardy, & Bacon regarding transferring crypto currency from Exdous wallet to Coinbase account. | 0.5 | $180.00 |
| 03/20/23 | KD | Read 2 emails from G. Hays regarding the case. Prepared and replied to each email | 0.6 | $216.00 |
| 03/28/23 | JC | Status call with J. Castro and K Duberstein; modifications made to report #2 | 0.5 | $180.00 |
| 03/28/23 | KD | Status call with J. Castro and K Duberstein; modifications made to report #2 | 0.5 | $180.00 |
| 03/30/23 | KD | Meeting J Castro, K Duberstein and J Daniels to review and modify report. | 0.5 | $180.00 |
| 03/30/23 | JD | Meeting J Castro, K Duberstein and J Daniels to review and modify report. | 0.5 | $180.00 |

| Date | Person | Detail | Hours | Amount |
|---|---|---|---|---|
| 03/30/23 | JC | Meeting J Castro, K Duberstein and J Daniels to review and modify report. | 0.5 | $180.00 |
| | | **Subtotal Case Administration** | 7.1 | $2,556.00 |

**Data Analysis**

| Date | Person | Detail | Hours | Amount |
|---|---|---|---|---|
| 01/05/23 | KD | Review Crypto FX documents received from Hays. | 1.2 | $432.00 |
| 01/05/23 | JD | Review Crypto FX documents received from Hays. | 0.5 | $180.00 |
| 01/09/23 | KD | Review and Index documents received from Hays:EPROD-SEC-REC-000000205.xlsx; EPROD-SEC-REC-000000206.xlsx;EPROD-SEC-REC-000000207.xlsx;EPROD-SEC-REC-000000208.xlsx;EPROD-SEC-REC-000000209.xlsx;EPROD-SEC-REC-000000210.xlsx;EPROD-SEC-REC-000000211.xlsx;20221007 Receiver Production CL.pdf;CB_422CV03359_00000001.xlsx;CB_422CV03359_00000002.xlsx;CB_422CV03359_00000003.xlsx;CB_422CV03359_00000004 - CB_422CV03359_00000009.pdf;EPROD-SEC-REC-000026004 UPHOLD RESPONSE.pdf;EPROD-SEC-REC-000026040 uphold letter.docx;Exhibit 3 gov.uscourts.txsd.1890735.3.3.pdf;Keyword list.csv;Taffinder or CryptoFX Exodus wallet.docx;CB_422CV03359_00000010.xlsx | 1.2 | $432.00 |
| 01/09/23 | KD | Review and Index documents received from Hays: EPROD-SEC-REC-000000016.xlsx; EPROD-SEC-REC-000000025.xlsx;EPROD-SEC-REC-000000026.xlsx;EPROD-SEC-REC-000000027.xlsx;EPROD-SEC-REC-000000041.xlsx;EPROD-SEC-REC-000000042.xlsx;EPROD-SEC-REC-000000051.xlsx;EPROD-SEC-REC-000000052.xlsx;EPROD-SEC-REC-000000139.xlsx;EPROD-SEC-REC-000000140.xlsx;EPROD-SEC-REC-000000167.xlsx;EPROD-SEC-REC-000000168.xlsx;EPROD-SEC-REC-000000170.xlsx;EPROD-SEC-REC-000000191.xlsx;EPROD-SEC-REC-000000192.xlsx;EPROD-SEC-REC-000000199.xlsx;EPROD-SEC-REC-000000200.xlsx;EPROD-SEC-REC-000000202.xlsx; | 1.1 | $396.00 |
| 01/09/23 | KD | Review and Index documents received from Hays: CFX_020711 ETH_07-01-2019_05-06-2022.csv; CFX_020712 exodus 001 CRYPTOFX_0-all-txs-2022-05-22_20-04-34.csv;CFX_020713 EXODUS 003 - ALL TRANSACTIONS exodus_0-all-txs-2022-05-22_19-51-45.csv;CFX_020714 exodus_0-all-txs-2022-05-23_13-17-04.csv;CFX_020715 N_BTC_01-01-2015_05-06-2022_copy.csv;EPROD-SEC-REC-000000001.xlsx;EPROD-SEC-REC-000000002.xlsx;EPROD-SEC-REC-000000015.xlsx | 0.9 | $324.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/23 | KD | Review and Index documents received from Hays:CFX_020412 - CFX_020429 (KOT4X).pdf; CFX_020430 - CFX_020434 (KOT4X).pdf;CFX_020435 - CFX_020447 (Blochain).pdf;CFX_020448 - CFX_020476 (Exodus).pdf;CFX_020477 - CFX_020478 (Bittrex).pdf;CFX_020479 - CFX_020706 (Coinbase).pdf;CFX_020707 BITTREX - CRYPTOFX transactions_HIFO_Universal-6 copy.csv;CFX_020708 BLOCCKCHAIN 002 - CRYPTOFX BTC_12-31-2019_05-22-2022 copy.csv;CFX_020709 COINBASE CRYPTOFX transactions_HIFO_Universal-3.csv;CFX_020710 ETH_06-30-2019_05-22-2022.csv | 1.3 | $468.00 |
| 01/09/23 | KD | Review and Index documents received from Hays: Bittrex Statement; Balance.csv;Summary.txt;Orders.csv;IPAddressUsed.csv;Deposits.csv;Withdrawals.csv;Identity info.txt;front.png;back.png;face.png;Identity info.txt;front.png;back.png;face.png;Identity info.txt;front.png;back.png;face.png | 0.8 | $288.00 |
| 01/10/23 | KD | Review and analize account data for Coinbase account 5fb5aee4687e0805cd131299, identifying verified banking data and indexing crypto currency addresses | 6.5 | $2,340.00 |
| 01/11/23 | KD | Review account data from 6 Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab, 5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 2.6 | $936.00 |
| 01/12/23 | KD | Analyze account data for Coinbase account 59e52fb6ffe09203563d33fb, identifying verified banking data and indexing crypto currency addresses | 4.2 | $1,512.00 |
| 01/12/23 | KD | Analyze account data for Coinbase account 5a25a5933677ea010563e272, identifying verified banking data and indexing crypto currency addresses | 4.3 | $1,548.00 |
| 01/13/23 | KD | Analyze account data for Coinbase account 5ecdb723b5d3d005b78e385e, identifying verified banking data and indexing crypto currency addresses | 4.2 | $1,512.00 |
| 01/16/23 | KD | Create separate spreadsheets for Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab, 5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 3.7 | $1,332.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/23 | KD | Review and analize account data from Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb) | 2.6 | $936.00 |
| 01/17/23 | JD | Meeting to review identified Coinbase account transactions with K Duberstein and J Daniels; | 1.0 | $360.00 |
| 01/17/23 | KD | Analyze account data for Coinbase account 52cd37b04323a13f6c0000ab, idenifying verified banking data and crypto currency addresses | 3.7 | $1,332.00 |
| 01/17/23 | KD | Meeting to review identified Coinbase account transactions with K Duberstein and J Daniels; | 1.0 | $360.00 |
| 01/18/23 | KD | Review and analize account data from Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab) | 1.8 | $648.00 |
| 01/18/23 | KD | Review and analize account data from Coinbase accounts (5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 2.1 | $756.00 |
| 01/18/23 | JD | Review and analize account data from Coinbase accounts (52cd37b04323a13f6c0000ab) | 0.9 | $324.00 |
| 01/18/23 | KD | Create pivot table and analyze data for Coinbase account 59e52fb6ffe09203563d33fb | 3.3 | $1,188.00 |
| 01/19/23 | JD | Review and analize account data from Coinbase accounts (5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 0.9 | $324.00 |
| 01/19/23 | KD | Create pivot table and analize data for Coinbase account 5a25a5933677ea010563e272 | 1.3 | $468.00 |
| 01/19/23 | KD | Create pivot table and analize data for Coinbase account 5fb5aee4687e0805cd131299 | 2.8 | $1,008.00 |
| 01/19/23 | KD | Create pivot table and analize data for Coinbase account 52cd37b04323a13f6c0000ab | 2.7 | $972.00 |
| 01/23/23 | KD | Create pivot table and analize data for Coinbase account 5ecdb723b5d3d005b78e385e | 3.5 | $1,260.00 |
| 01/23/23 | JD | Create pivot table and analize data for Coinbase account 5a25a5933677ea010563e272 | 1.5 | $540.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/23 | KD | Create spreadsheet and master pivot table with all 6 Coinbase account combined (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab, 5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6); Analyze pivot data | 2.1 | $756.00 |
| 01/24/23 | JD | Create pivot table and analize data for Coinbase account 60248db419a560107a9ba5d6 | 1.8 | $648.00 |
| 01/24/23 | KD | Write report #1 draft, providing details of Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab, 5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 4.6 | $1,656.00 |
| 01/25/23 | KD | Write report #1 draft, Adding citations of Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab, 5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 5.5 | $1,980.00 |
| 01/26/23 | KD | Partical tracing transactions outbound from 14JwT3zTtbC8UDkCAUVBCFJ539FAdizpfV | 2.1 | $756.00 |
| 01/26/23 | KD | Continue writing report #1, documenting data contained within Coinbase accounts (5fb5aee4687e0805cd131299, 59e52fb6ffe09203563d33fb, 52cd37b04323a13f6c0000ab, 5a25a5933677ea010563e272, 5ecdb723b5d3d005b78e385e, 60248db419a560107a9ba5d6) | 3.4 | $1,224.00 |
| 01/26/23 | JD | Graph transactions leaving Coinbase account 52cd37b04323a13f6c0000ab | 2.2 | $792.00 |
| 01/26/23 | KD | Analyze transactions leaving Coinbase accounts, looking for patterns | 2.7 | $972.00 |
| 01/27/23 | KD | Review outbound transactions to Coinbase accounts 5ecdb723b5d3d005b78e385e and 59e52fb6ffe09203563d33fb | 2.2 | $792.00 |
| 01/27/23 | KD | Review outbound transactions to Coinbase accounts 52cd37b04323a13f6c0000ab and 5fb5aee4687e0805cd131299 | 2.8 | $1,008.00 |

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 01/27/23 | KD | Review outbound transactions to Coinbase accounts 5a25a5933677ea010563e272 and 60248db419a560107a9ba5d6 | 3.3 | $1,188.00 |
| 01/27/23 | JD | Finish and submit report #1 for approval | 3.7 | $1,332.00 |
| 01/30/23 | KD | Graphing transactions from Fernandez Coinbase account through 31okNC, identifying transactions to Kraken addresses 33DRV5h, 3Qfzbk, 3MfxrYt and 33JhE5, Binance addresses 16tEdT and 1HDWAto, | 1.6 | $576.00 |
| 01/30/23 | KD | Combined graphs from Fernandez Coinbase account transfers to 19i8e, 1KqgFh, and 1JdPAZ after finding links to one large transaction. | 1.9 | $684.00 |
| 01/30/23 | KD | Graphing transactions from Chavez Coinbase account through 1p855NL, identifying transactions to Coinbase addresses 3LxHMs and 3FaqFr, LocalBitcoins address 3F3LK8, and Binance addresses 1M2b6f and 1G8oa4. | 1.8 | $648.00 |
| 01/30/23 | KD | Graphing transactions from Fernandez Coinbase account through 1JdPaZ, identifying transactions to SquareUp addresses 3L168Vo, 3MvNeD5R, and 3E94Cn4. | 2.5 | $900.00 |
| 01/31/23 | KD | Graphing transactions from Fernandez Coinbase account through 31okNC, identifying transactions to Genesis address bc1q4jch, WirexApp address 32kuZ6A, Coinbase address 3NGoTn, and unspent BTC at address bc1p2ws. | 2.2 | $792.00 |
| 01/31/23 | KD | Graphing transactions from Fernandez Coinbase account through 31okNC, identifying transactions to Kraken addresses 3H45DY, 3CLPki, 3BtABY and 3DW9ow, Instacoins address 335FQir, and unspent BTC in address 3GgYYk and 325PzvH. | 3.3 | $1,188.00 |
| 01/31/23 | KD | Graphing transactions from Fernandez Coinbase account through 31okNC, identifying transactions to Kraken addresses 3BUJfh, 3Njn7u, 32spPutS, 3QF3VA4, 3E7i1G and 3CUizWV. | 1.7 | $612.00 |
| 02/01/23 | KD | Graphing transactions from Fernandez Coinbase account through 329m4, identifying transactions to Kraken address 3LgEQSE and Coinbase addresses 3GQSpzo and 3CwbrA. | 1.1 | $396.00 |
| 02/01/23 | KD | Graphing transactions from Fernandez Coinbase account through 31okNC, identifying transactions to Kraken addresses 3Qws3Cx and 3NTasu, unspent BTC in addresses 35fxSTY and 1FiHXrU, and Coinbase address bc1qppmm. | 2.8 | $1,008.00 |
| 02/01/23 | KD | Graphing transactions from Fernandez Coinbase account through 31okNC, identifying transactions to Kraken addresses 3GY1YGR, 33FWVZj, Kucoin address 3BkN53, and Coinbase address 37um7RJ. | 3.3 | $1,188.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/23 | KD | Graphing transactions from Fernandez Coinbase account through 329m4, identifying transactions to Kraken address 3BtABY, KOT4X address, 3JPtwF, and Binance address 18wk8pm. | 3.4 | $1,224.00 |
| 02/02/23 | KD | Video call to Hays and email exchanges regarding significant transfer of Crypto currency to Binance address 19kcbBZ9. | 0.7 | $252.00 |
| 02/02/23 | KD | Graphing transactions from Fernandez Coinbase account through 329m4, identifying transactions to Kraken address 3Qws3C, KOT4X address 3E4ZT7, SquareUp addresses 1BPzsp and 3284EM, and Crypto.com address 38Y6s. | 1.6 | $576.00 |
| 02/03/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to Kraken addresses 3LR4Ng, 3J8Yc5, 3ERXU2, 3KYWkg, and 3Fenzv6, B2BX address 39RcyS, and Coinsquare address 3L1WFEA. | 3.2 | $1,152.00 |
| 02/03/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to B2BX/FMA crypto address 31rfNm, Kraken address 3NCibz, Binance addresses 18hSkiu and 1HDWAt, Bitpay address 19bXRn, and Coinbase address 3NdXTc. | 2.6 | $936.00 |
| 02/06/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to Kraken address 3MfxrY, Genesis Trading address bc1q4jch, Deribit address 35KkAu, Binance address 19aaLsP, Blockchain.com address 38gfemn, and Coinbase address 3NGoTn. | 2.3 | $828.00 |
| 02/07/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to Kraken addresses 32spPut, 3Qf3VA, and 3E7i1G, TheRock Trading address 3MBFPP, and unspent funds found at address bc1q3fa. | 2.6 | $936.00 |
| 02/07/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to Bitfinex address bc1q4aa, Kraken addresses 3HTpqS, 33DRV5h, 3KTVXeJ, and 3Njn7u, and Binance address 1BwDqZC. | 2.3 | $828.00 |
| 02/07/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to Coinbase addresses 3CCcTjX, 31hztRu, SquareUp address 3LQEZL, Paribu address 37Gp3N, and Paxful address 3J7dNK. | 3.1 | $1,116.00 |
| 02/08/23 | KD | Graphing transactions from Fernandez Coinbase account through 34de8D, identifying transactions to Bitpay addresses 18saUxz and 1MStgeL, SquareUp addresses 343Wf5 and 39YxDp. | 1.8 | $648.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/08/23 | KD | Graphing transactions from Chavez Coinbase account through 14JwT3z, identifying transactions to SwitchChain address 3HXNXA and Binance addresses 14xS53 and 1EaxfLr. | 2.2 | $792.00 |
| 02/09/23 | KD | Graphing transactions from Chavez Coinbase account through 14JwT3z, identifying transactions to SwitchChain addresses 3JUgHAE and 3CSeY9M, Binance addresses 1DeEv8 and 1NdZxZk, and HugosWay address bc1qwg. | 4.5 | $1,620.00 |
| 02/10/23 | KD | Graphing transactions from Chavez Coinbase account through 1d8g7XKX, identifying transactions to Coinbase addresses 3569d3G and 3Ea5oXz, Crypto.com address 3J5kWpad, Binance addresses 18MBhUg and 1FA8JM4. | 2.7 | $972.00 |
| 02/10/23 | KD | Graphing transactions from Chavez Coinbase account through 1d8g7XKX, identifying transactions to SwitchChain address bc1qag8.  Traced a newly located transfer receipt which was provided by Hays Consulting.  Provided analysis in email to Hays.  Followed up with an email identifying Binance and SquareUp addresses for potential subpoenas. | 3.4 | $1,224.00 |
| 02/13/23 | KD | Graphing transactions from Chavez Coinbase account through 1d8g7XKX, identifying transactions to SquareUp address 352Lu4 and Coinbase address 37tGccqa. | 1.2 | $432.00 |
| 02/14/23 | KD | Graphing transactions from Chavez Coinbase account through 1d8g7XKX, identifying transactions to ZTGlobal address 18uNw1gB, Kucoin addresses 3FEGMT and 3H8dVeP, Coinbase addresses 37E3LQ5U and 3QAmTVn. | 2.7 | $972.00 |
| 02/14/23 | KD | Graphing transactions from Fernandez Coinbase account through 1JdPaZsd and 1K1gFhbc, identifying transactions to SquareUp address 3E94Cn4.  Also linked transactions tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 3.5 | $1,260.00 |
| 02/15/23 | KD | Review new subpoena return data from Binance.  Located address in Fernandez transactions and labeled address with the account holder's name. | 2.1 | $756.00 |
| 02/15/23 | KD | Graphing transactions from Fernandez Coinbase account through 1Db3ExDx, identifying transactions to Coinbase address 13sfkaoL and SquareUp addresses 3MgDm93 and 38iphcrf. | 3.0 | $1,080.00 |
| 02/16/23 | KD | Graphing transactions from Fernandez Coinbase account through 1Db3ExDx, identifying transactions to Coinbase account 1NaBHZ9s, SquareUp addresses 3Fg68xZ and 3EbawtUc, and Binance address 1LKphU69.  Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 3.5 | $1,260.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/16/23 | KD | Graphing transactions from Fernandez Coinbase account through 1D4CetSh, identifying transactions to Crypto.com address 3PPyjXF and Coinbase address 3KrTvK2. Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 2.9 | $1,044.00 |
| 02/17/23 | KD | Graphing transactions from Fernandez Coinbase account through 19i8eMsCb, identifying transactions to Gemini address 13hXxKiGDn, Coinbase address 3HGcT7MB, Crypto.com address 1HC9out8vA, Uphold addresses 1JSiERUUFP and 3LJckVxNbF, and Blockchain.com address 3BVCB8huQ. Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 2.8 | $1,008.00 |
| 02/17/23 | KD | Graphing transactions from Fernandez Coinbase account through 13U6S7ELkb, identifying transactions to Paxful address 3MaC1Vpv and SquareUp address 1NScreTyPR. Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 3.3 | $1,188.00 |
| 02/20/23 | KD | Graphing transactions from Fernandez Coinbase account through 15o8Zsrp, identifying transactions to SquareUP addresses 3Fft2GXaC and 39ADYxdphU, Coinbase address 3MeJyTsFh, and crypto.com address 3LJHAt7ja. Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 2.4 | $864.00 |
| 02/20/23 | KD | Graphing transactions from Fernandez Coinbase account through 15o8Zsrp, identifying transactions to SquareUp addresses 3BDeC7fR and 382eqnaomS, crypto.com address 381fYmpwDUX and Coinbase addresses 37vXHe64 and 3GW9irT6 | 3.3 | $1,188.00 |
| 02/21/23 | KD | Graphing transactions from Fernandez Coinbase account through 1CAvLzKGG, identifying transactions to Bitstamp addres 3BNWVhr, SquareUp addresses 3Asr4En and 3Jb3DE6, Coinbase addresses 34aBhr17 and 33s4H5Y8. Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 3.9 | $1,404.00 |
| 02/22/23 | KD | Graphing transactions from Fernandez Coinbase account through 1CAvLzKGG, identifying transactions to Binance address 12FLxMeDW, Bitstamp address 3J1CVu7, unspent BTC at address 3JEx2mxc, and SquareUp address 36U6k497 | 3.4 | $1,224.00 |
| 02/22/23 | KD | Graphing transactions from Fernandez Coinbase account through 1KqahKWN, indentifying transactions to SquareUp address 3KABkAj6, crypto.com addresses 3LJHAt7ja and 35a6NE81, and Binance address, 1M1QMtw.  Also linked transaction tree to a transfer of 30 BTC to Binance address 19kcbBZ9. | 3.1 | $1,116.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/23 | KD | Graphing transactions from Fernandez Coinbase account through 1KqahKWN, identifying transactions to Binance address 1Ez2GTrVhB, Kraken addresses 3Qws3CxDz and 3JRL8aSY, and Kucoin address 3MKpdXcsEk | 3.5 | $1,260.00 |
| 02/23/23 | KD | Graphing transactions from Fernandez Coinbase account through 1KqahKWN, identifying transactions to Binance addresses 1LofcDy7 and 1FUzLxBTZ, Coinbase address 3KUyYSz, and unspent BTC in bc1qt4wuq and bc1qvra4ns. | 1.8 | $648.00 |
| 02/24/23 | KD | Graphing transactions from 13U6S7EL, creating a legend and updating address notations that information was provided for subpoena requests | 2.6 | $936.00 |
| 02/24/23 | KD | Graphing transactions from Fernandez Coinbase account through 1KqahKWN, identifying transactions to Binance addresses 18wDqZCu5 and 1Ex2GTrV | 1.4 | $504.00 |
| 02/27/23 | KD | Reviewed and index newly provided documents xREL0000009314.pdf and xREL0000009313.xlsx, and 2/24/23 email | 1.2 | $432.00 |
| 02/27/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, identifying transfers to Coinbase address 1MmyWNVH, and Binance addresses 13fHSpVRU2E and 1AACKik6 | 3.3 | $1,188.00 |
| 02/27/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, identifying transfers to Binance address 1KAbWupFQW, Blockchain.com address 345GjmFB, and Qubit scam addresses 3CuEsLm9CH and 39VskEhjv. | 2.9 | $1,044.00 |
| 02/28/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, identifying transfers to Coinbase address 37fXghERH, 3JrLoFag, 3QbX7iD, and 3PMmSpiQ, and Binance address 1RHdNPBq | 3.2 | $1,152.00 |
| 02/28/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, identyfing transactions to mycryptounit address 3NT7jWX, and unspent BTC at address 17vB7B6M | 1.9 | $684.00 |
| 02/28/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, organizing transaction tree flow into a readable format which provides for addition of more branches of the transaction tree. | 2.6 | $936.00 |
| 03/01/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, idenitfying a Brooks Invest address 3Qm3LzL. tracing out change in Transaction tree after transfer of 30 BTC to Binance account 19kcbBZ9, identified SquareUp address 3CEdneq. | 3.4 | $1,224.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/23 | KD | Graphing transactions from Chavez Coinbase account through1Msfx5TD, identifying a LocalBitcoins address bc1qqg7, crypto.com address 38ikaRKJz1, and a Coinbase address 3QSDWn4 | 2.7 | $972.00 |
| 03/01/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, 3/15/2022 transaction forward, identifying transfers to coinbase addresses 37fXghER and 38qgKa1f. | 2.4 | $864.00 |
| 03/03/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, 3/15/2022 transaction forward, identifying transfers to coinbase addresses 37fXghER and 38qgKa1f. | 2.2 | $792.00 |
| 03/03/23 | KD | Graphing transactions from Chavez Coinbase account through 1Msfx5TD, idenitfying a Brooks Invest address 3Qm3LzL.  tracing out change in Transaction tree after transfer of 30 BTC to Binance account 19kcbBZ9, identified SquareUp address 3CEdneq. | 2.9 | $1,008.00 |
| 03/03/23 | KD | Graphing transactions from Chavez Coinbase account through1Msfx5TD, identifying a LocalBitcoins address bc1qqg7, crypto.com address 38ikaRKJz1, and a Coinbase address 3QSDWn4 | 3.1 | $1,116.00 |
| 03/06/23 | JD | Review Documents EPROD-SEC-REC-000014624 and EPROD-SEC-REC-000014627; Send Email regarding review to Hays Consulting | 0.5 | $180.00 |
| 03/06/23 | JD | Status meeting with J Daniels and K Duberstein regarding newly provided exodus spreadsheet data and prioritizing the identification of Gustavo Gomez accounts to subpoena | 0.5 | $180.00 |
| 03/06/23 | KD | Status meeting with J Daniels and K Duberstein regarding newly provided exodus spreadsheet data and prioritizing the identification of Gustavo Gomez accounts to subpoena | 0.5 | $216.00 |
| 03/06/23 | KD | Analyze new spreadsheet data related to exodus wallets and find a link to Gustavo Gomez accounts | 3.1 | $1,116.00 |
| 03/06/23 | KD | Reviewed and indexed xREL0000009313.xlsx and xREL0000009314.pdf | 1.8 | $648.00 |
| 03/07/23 | JD | Email to Askue regarding new found documents; | 0.1 | $36.00 |
| 03/07/23 | KD | Review and index newly uploaded documents in folder Exodus 3-7-2023; extract and index cryptocurrency addresses | 3.2 | $1,152.00 |
| 03/07/23 | KD | Extract and index cryptocurrency addresses EPROD-SEC-REC-000014627 (1).xls & EPROD-SEC-REC-000014624.xlsx | 2.1 | $756.00 |
| 03/07/23 | JD | Start analysis of additional Exodus Wallets; 3 different wallets identified | 0.2 | $72.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/07/23 | JD | Email to Sonila; Hays; Askue regarding transactions related to Gustavo | 0.2 | $72.00 |
| 03/07/23 | KD | Review and index newly uploaded documents in folder March 6, 2023 ; EPROD-SEC-REC-000014627 (1).xls & EPROD-SEC-REC-000014624.xlsx; extract and index cryptocurrency addresses | 1.4 | $504.00 |
| 03/08/23 | KD | Review and index newly uploaded documents in folder KOT4X 3-7-2023; extract cryptocurrency addresses | 1.6 | $576.00 |
| 03/08/23 | KD | Reviewed and indexed EPROD-SEC-REC-000014624.xlsx, EPROD-SEC-REC-000014627 (1).xlsx, EPROD-SEC-REC-000014619.pdf, EPROD-SEC-REC-000014628.csv | 3.1 | $1,116.00 |
| 03/08/23 | KD | Reviewed and indexed EPROD-SEC-REC-000014629.csv, EPROD-SEC-REC-000014694.xlsx, EPROD-SEC-REC-000017576.pdf, EPROD-SEC-REC-000017579.pdf, xREL0000001520.XLSX, xREL0000007417.XLSX | 2.8 | $1,008.00 |
| 03/09/23 | KD | Reviewed an indexed EPROD-SEC-REC-000014616.pdf, EPROD-SEC-REC-000014617.pdf, EPROD-SEC-REC-000014628.csv, EPROD-SEC-REC-000014629 (1).csv, EPROD-SEC-REC-000014701.pdf, EPROD-SEC-REC-000014702.pdf, EPROD-SEC-REC-000014704.xlsx, xREL0000000258.PDF | 3.4 | $1,224.00 |
| 03/09/23 | KD | Reviewed an indexed xREL0000000259.PDF, xREL0000000276.CSV, xREL0000000278 (2).CSV, xREL0000006806.PDF, xREL0000006807.PDF, xREL0000006822.CSV | 2.1 | $756.00 |
| 03/09/23 | KD | Reviewed an indexed xREL0000006823 (1).CSV, xREL0000007241.CSV, xREL0000007242.CSV, xREL0000007243.CSV, xREL0000007292.CSV, xREL0000007293.CSV, xREL0000007364.PNG, PRWCSWTXLLC-000001-1.31.23-PRWCSWTXLLC-000020-1.31.23 (Coinbase Transfers).pdf | 2.0 | $720.00 |
| 03/10/23 | KD | Reviewed all Maricio Chavez graphs and inserted attributed names to addresses from recently provided document exodus documents | 4.3 | $1,548.00 |
| 03/14/23 | JC | Analyzed CryptoFX documents from SEC and reports written to date. | 1.3 | $468.00 |
| 03/16/23 | JC | Analyzed Coinbase account 5fb5 | 0.8 | $288.00 |
| 03/16/23 | JC | Analyzed Coinbase account 52cg | 1.3 | $468.00 |
| 03/16/23 | JC | Analyzed Coinbase account 5a25 | 0.9 | $324.00 |
| 03/16/23 | JC | Analyzed Coinbase account 5ecd | 0.7 | $252.00 |
| 03/16/23 | JC | Analyzed Coinbase account 6024 | 1.2 | $432.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/23 | JC | Analyzed Coinbase account 59e5 | 1.1 | $396.00 |
| 03/17/23 | JC | Analyzed graphs for all accounts. | 3.8 | $1,368.00 |
| 03/20/23 | JC | Analized and summarized transactions for the graphs 15o8.  Imported the information into the report. | 1.6 | $576.00 |
| 03/20/23 | JC | Analyzed and summarized transactions for the graphs 1JdP. Imported the information into the report. | 2.2 | $792.00 |
| 03/20/23 | JC | Analized and summarized transactions for the graphs 1CAv. Imported the information into the report. | 2.3 | $828.00 |
| 03/20/23 | JC | Analized and summarized transactions for the graphs 1Kga. Imported the information into the report. | 2.1 | $756.00 |
| 03/20/23 | KD | Created spreadsheet of addresses within Exodus wallet clusters bc1q3agar, 1Msfx5T, 1d8g7XK, and bc1qsgi | 0.5 | $180.00 |
| 03/21/23 | JC | Analyzed and summarized transactions for the graphs 13U6, 1D4c, 1Db3, and 19i8 . Imported the  information into the report. | 3.4 | $1,224.00 |
| 03/21/23 | JC | Analyzed and summarized transactions for the graphs 1P85, 14Jw, 1Msf, and 328M. Imported the information into the report. | 2.5 | $900.00 |
| 03/21/23 | JC | Analyzed and summarized transactions for the graphs 329m, 34de, and 1d8g. Imported the information into the report. | 2.3 | $828.00 |
| 03/21/23 | KD | Prepared additional tracing information and graphs for report | 3.2 | $1,152.00 |
| 03/21/23 | KD | Analized and summarized transactions leaving wallet address 1d8g7XK. | 3.1 | $1,116.00 |
| 03/21/23 | KD | Analized and summarized transactions leaving wallet address 1CAv. | 1.7 | $612.00 |
| 03/22/23 | JC | Analized and summarized transactions for the graphs 1Db3 and 19i8 . | 2.2 | $792.00 |
| 03/22/23 | KD | Traced transactions leaving wallet address 329m4w, 34de8D | 3.1 | $1,116.00 |
| 03/22/23 | KD | Traced transactions leaving wallet address 13U6S, 328 MBv | 2.8 | $1,008.00 |
| 03/22/23 | JC | Analized and summarized transactions for the graphs 15o8 and 1JdP. | 2.4 | $864.00 |
| 03/22/23 | JC | Analized and summarized transactions for the graphs 1Kga and 1CAv. | 1.6 | $576.00 |
| 03/22/23 | KD | Traced transactions leaving wallet address 1Msfx5T | 2.2 | $792.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/23 | JC | Analized and summarized transactions for the graphs 13U6 and 1D4c . | 2.1 | $756.00 |
| 03/23/23 | KD | Analized and summarized for transactions leaving wallet address 15o8Z, 1Db3E and 1JdPaZ | 3.3 | $1,188.00 |
| 03/23/23 | KD | Analized and summarized transactions leaving wallet address 19i8e and 1p855 | 1.6 | $576.00 |
| 03/23/23 | KD | Analized and summarized transactions leaving wallet address 1Kqah, 1CAvL | 2.5 | $900.00 |
| 03/23/23 | JC | Modified draft summary report for review to J Daniels | 0.5 | $180.00 |
| 03/23/23 | JC | Revised summary for 1d8g and completed table summarizing findings for 1d8g. | 1.0 | $360.00 |
| 03/23/23 | JC | Analized and summarized transactions for the graphs 329m, 34de, and 1d8g. | 2.1 | $756.00 |
| 03/23/23 | JC | Analized and summarized transactions for the graphs 1P85, 14Jw, and 328M. | 1.7 | $612.00 |
| 03/23/23 | JC | Analized and summarized transactions for wallet address 1Msfx5T. | 0.5 | $180.00 |
| 03/24/23 | JC | Analized and worked on spreadsheets for graph 1d8g. Revised chart summaries based on additional tracing. | 2.1 | $756.00 |
| 03/24/23 | JC | Revised chart summaries based on additional tracing. | 2.8 | $1,008.00 |
| 03/24/23 | JD | Meeting with J Castro, J Daniels and K Duberstien to discuss progress.  Worked on spreadsheets for graph 1d8g.  Revised chart summaries based on feedback provided. | 0.5 | $180.00 |
| 03/24/23 | KD | Analized and summarized for transactions leaving wallet address 1p855, 1D4C | 3.1 | $1,116.00 |
| 03/24/23 | KD | Create master spreasheet for report #2, Clean up graphs for all existing graphs | 2.2 | $792.00 |
| 03/24/23 | KD | Analized and summarized transactions leaving wallet address 14JwT, 1Msfx | 1.7 | $612.00 |
| 03/24/23 | KD | Meeting with J Castro, J Daniels and K Duberstien to discuss progress.  Worked on spreadsheets for graph 1d8g.  Revised chart summaries based on feedback provided. | 0.5 | $180.00 |
| 03/24/23 | JC | Meeting with J Castro, J Daniels and K Duberstien to discuss progress.  Worked on spreadsheets for graph 1d8g.  Revised chart summaries based on feedback provided. | 0.5 | $180.00 |
| 03/27/23 | JC | Created Pivot Table for graph addresses. | 2.6 | $936.00 |

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/23 | KD | Create tracing graphs suppoorting documentation for report #2 | 1.2 | $432.00 |
| 03/27/23 | JC | Analized and summarized transactions for graphs 1kga, 1CAv, 15o8, 1JdP, and 13U6. Updated report. Created analysis pivot table to summarize transactions. | 2.1 | $756.00 |
| 03/27/23 | JC | Updated report to include modified summaries and additional tracing information. | 1.6 | $576.00 |
| 03/27/23 | KD | Update attribution list for subpoenas for additional tracing performed | 0.8 | $288.00 |
| 03/28/23 | JC | Updated summaries for table amounts obtained from pivot table. | 2.2 | $792.00 |
| 03/28/23 | JC | Update report with supporting documation; tracing graphs; reports from excel files | 1.5 | $540.00 |
| 03/28/23 | KD | Analized and updated tracing transactions for report #2 | 1.7 | $612.00 |
| 03/29/23 | JC | Analized and updated tracing transactions for report #2 | 2.4 | $864.00 |
| 03/29/23 | JC | Appended and documented supporting reports and graphs to report #2 | 1.8 | $648.00 |
| 03/29/23 | KD | Update graph for 1Msfx5T, tracing out payments and transfers to attributed addresses | 3.1 | $1,116.00 |
| 03/29/23 | KD | Update graph for 1Msfx5T, tracing out payments and transfers to attributed addresses | 2.3 | $828.00 |
| 03/30/23 | JC | Attached documents to report and completed citing. | 2.5 | $900.00 |
| 03/30/23 | KD | Completed graphing, adding to master payments, and summary for 1d8g7XK | 3.3 | $1,188.00 |
| 03/30/23 | KD | Completed graphing, adding to master payments, and summary for 1Msfx5T | 3.1 | $1,116.00 |
| 03/30/23 | JD | Review and modify report #2 | 0.5 | $180.00 |
| 03/30/23 | JC | Reviewed Graph and Bullet points for 1Msf. Attached documents to report and completed citing. Converted Report to PDF. | 1.6 | $576.00 |
| 03/30/23 | KD | Revised and uploaded updated supporting documents in report #2 | 1.5 | $540.00 |
| 03/31/23 | KD | Update graph for 14JwT3, tracing out payments and transfers to attributed addresses | 2.8 | $1,008.00 |
| 03/31/23 | JC | Status upate call with K Duberstein and J Daniels; Review and modify report #2 | 0.5 | $180.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/23 | JC | Reviewed and modified report #2; documentated supporting information | 2.8 | $1,008.00 |
| 03/31/23 | JC | Made format, revisions, and citing updates to report based on feedback from meeting. | 1.8 | $648.00 |
| 03/31/23 | JD | Review and modify report #2 | 0.5 | $180.00 |
| 03/31/23 | JD | Status upate call with K Duberstein and J Daniels; Review and modify report #2 | 0.5 | $180.00 |
| 03/31/23 | KD | Uploaded additional documents into report #2, added requested data and modified data sections in report | 1.5 | $540.00 |
| 03/31/23 | KD | Status upate call with K Duberstein and J Daniels; Review and modify report #2 | 0.5 | $180.00 |
| 03/31/23 | KD | Update graph for 1p855NL, tracing out payments and transfers to attributed addresses | 2.7 | $972.00 |
| | | **Subtotal Data Analysis** | 400.1 | $144,036.00 |
| | | **Total** | 415.9 | $149,724.00 |