IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:22-CV-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | JUDGE ANDREW S. HANEN |
| Defendants. | § § § | |
| CBT Group, LLC, | § § § | |
| Relief Defendant. | § | |

**ORDER AUTHORIZING PAYMENT OF RECEIVER'S
FIRST INTERIM FEE APPLICATION FOR BLOCKTRACE, LLC**

On July __, 2023, John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX"), and CBT Group, LLC ("CBT"), filed a First Certified Fee Application for BlockTrace, LLC ("BlockTrace Fee Application"), which seeks approval of the fees incurred by BlockTrace, LLC from January 1, 2023 through March 31, 2023 (the "Application Period").

Pursuant to the Receivership Order, paragraph 58, the Receiver served a copy of the proposed BlockTrace Fee Application, together with all exhibits and billing information to counsel for the SEC. Receiver and counsel for the SEC have conferred regarding the Receiver's BlockTrace Fee Application, its compliance with the SEC's Billing Guidelines and this Court's Receivership Order, and the reasonableness of the costs and expenses incurred in the ordinary course of the administration and operation of the Receivership. The SEC does not oppose the

Receiver's request. The Court finds and determines that good cause exists to approve the Receiver's BlockTrace Fee Application. Accordingly, the Court finds and determines as follows:

(a) The Receiver's First Interim Fee Application for BlockTrace, LLC should be and hereby is granted; it is further ordered that

(b) That the BlockTrace, LLC shall be conditionally awarded fees incurred during the First Interim Fee Application for BlockTrace in the amount of $149,724.00; it is further ordered that

IT IS SO ORDERED this _____ day of _____, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE