Case 4:22-cv-03359   Document 84   Filed on 07/27/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:22-CV-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § | |

### ORDER AUTHORIZING PAYMENT OF RECEIVER'S FIRST INTERIM FEE APPLICATION FOR BLOCKTRACE, LLC

On July 20, 2023, [counsel for ASH] John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX"), and CBT Group, LLC ("CBT"), filed a First Certified Fee Application for BlockTrace, LLC ("BlockTrace Fee Application"), which seeks approval of the fees incurred by BlockTrace, LLC from January 1, 2023 through March 31, 2023 (the "Application Period").

Pursuant to the Receivership Order, paragraph 58, the Receiver served a copy of the proposed BlockTrace Fee Application, together with all exhibits and billing information to counsel for the SEC. Receiver and counsel for the SEC have conferred regarding the Receiver's BlockTrace Fee Application, its compliance with the SEC's Billing Guidelines and this Court's Receivership Order, and the reasonableness of the costs and expenses incurred in the ordinary course of the administration and operation of the Receivership. The SEC does not oppose the

Receiver's request. The Court finds and determines that good cause exists to approve the Receiver's BlockTrace Fee Application. Accordingly, the Court finds and determines as follows:

(a) The Receiver's First Interim Fee Application for BlockTrace, LLC should be and hereby is granted; it is further ordered that

(b) That the BlockTrace, LLC shall be conditionally awarded fees incurred during the First Interim Fee Application for BlockTrace in the amount of $149,724.00.

IT IS SO ORDERED this 27th day of July, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE