# Exhibit A

**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**SEC v CryptoFX**
**John Lewis, Receiver**


**For the Period from    4/1/2023   to  6/30/2023**

July 14, 2023


Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 1.70 | 469.20 |
| Asset Analysis & Recovery | 7.70 | 2,055.40 |
| Asset Disposition | 1.00 | 293.20 |
| Business Analysis | 67.40 | 17,272.40 |
| Case Administration | 20.00 | 6,483.20 |
| Claims Administration & Objections | 0.80 | 289.60 |
| Data Analysis | 24.60 | 6,440.20 |
| Fee / Employment Applications & Objection | 5.20 | NO CHARGE |
| Forensic Accounting | 193.00 | 53,279.60 |
| Litigation Consulting | 74.20 | 21,055.40 |
| Status Reports | 16.10 | 5,535.80 |
| **For professional services rendered** | **411.70** | **$113,174.00** |

Additional Charges :

| | |
|---|---|
| Pacer Charges | 113.36 |
| **Total costs** | **$113.36** |

| | |
|---|---|
| **Total amount of this bill** | **$113,287.36** |

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from    4/1/2023   to   6/30/2023**

July 14, 2023

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dwaine A. Butler | 92.90 | 15,793.00 |
|  | 170.00/hr |  |
| S. Gregory Hays, CTP, CIRA | 126.40 | 45,575.80 |
|  | 360.57/hr |  |
| Scott S. Askue | 192.40 | 51,805.20 |
|  | 269.26/hr |  |
| **For professional services rendered** | **411.70** | **$113,174.00** |

Additional Charges :

| | | |
|---|---|---|
| Pacer Charges | | 113.36 |
| **Total costs** | | **$113.36** |
| | | |
| **Total amount of this bill** | | **$113,287.36** |

---

CFE - Certified Fraud Examiner                          CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor   PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

# Hays Financial Consulting, LLC

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**SEC v CryptoFX**
**John Lewis, Receiver**

For the Period from    4/1/2023    to  6/30/2023

July 14, 2023

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 4/5/2023 | SSA | Drafted email to Lisa Ferm regarding banking ledgers. | 0.10 276.00/hr | 27.60 |
| 4/10/2023 | SSA | Reviewed prior quarter banking activity. Prepared Standardized Funds Accounting Report for first quarter 2023. | 1.60 276.00/hr | 441.60 |
| | | Subtotal | 1.70 | 469.20 |
| | | **Asset Analysis & Recovery** | | |
| 5/23/2023 | SSA | Reviewed for available information on Hair News Color N Cuts LLC. | 0.20 276.00/hr | 55.20 |
| 6/21/2023 | SGH | Reviewed the updated liquidation analysis and pending recovery matters. | 0.40 362.00/hr | 144.80 |
| | SSA | Updated recovery analysis and updated based on recovery type and maximum and expected recoveries. | 2.30 276.00/hr | 634.80 |
| 6/22/2023 | SGH | Reviewed information on possible claims against PLS. Reviewed prior emails. Drafted email to John Lewis and Caroline Gieser. Researched information on the $4.7 million in cashier's checks. | 0.90 362.00/hr | 325.80 |
| | SGH | Additional research and email to receiver regarding PLS possible claims. | 0.60 362.00/hr | 217.20 |
| | SSA | Updated recovery analysis. | 0.20 276.00/hr | 55.20 |
| | SSA | Reviewed issues and value of money order transactions. Drafted email to the Receiver regarding same. | 0.30 276.00/hr | 82.80 |
| 6/23/2023 | SSA | Reviewed issues with cashier check purchases and claim against issuer of same. | 0.60 276.00/hr | 165.60 |
| | DAB | Reviewed and responded to several emails from Greg Hays regarding PLS matter and money order research.  Reviewed several notices regarding fraudulent money order conveyances for Receiver's report.  Continued to research for language to add to report. | 1.40 170.00/hr | 238.00 |
| 6/27/2023 | DAB | Relativity research regarding potential PLS money order claim.  Discussed issues with Greg Hays regarding open case issues and research of wallet address detail. | 0.80 170.00/hr | 136.00 |

**SEC v CryptoFX**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Subtotal | 7.70 | 2,055.40 |
| **Asset Disposition** | | | |
| 4/4/2023 SSA | Drafted email to James Daniels regarding administration of coins on nano drive. Drafted emails to Sonila Themeli regarding access to same. | 0.40<br>276.00/hr | 110.40 |
| 5/9/2023 SGH | Reviewed appraisal and responded to email regarding sale of property. | 0.20<br>362.00/hr | 72.40 |
| 6/20/2023 SSA | Reviewed offer on Mack Washington property. Reviewed file and drafted email to Receiver Team regarding valuation of property and other issues for counter offer. | 0.40<br>276.00/hr | 110.40 |
| | Subtotal | 1.00 | 293.20 |
| **Business Analysis** | | | |
| 4/4/2023 SSA | Reviewed production by and researched for transactions by Los Angeles based leaders and investors. Complied same. Reviewed spreadsheet containing data and data in SalesForce. | 4.40<br>276.00/hr | 1,214.40 |
| DAB | Continued research in Relativity of WhatsApp images and investor Bitcoin accounts.  Reviewed communications and documents for leader accounts. | 1.70<br>170.00/hr | 289.00 |
| SSA | Reviewed for leader Flor De Mara's involvement in sales. | 2.20<br>276.00/hr | 607.20 |
| 4/5/2023 DAB | Continued to review Relativity for documentation and leader revenue reports.  Researched listing of investor names for the determination of transactions and insider transfers. | 2.70<br>170.00/hr | 459.00 |
| 4/6/2023 SGH | Reviewed and responded to emails regarding documents, BTC and leaders. Reviewed new documents posted in Kiteworks. | 1.00<br>362.00/hr | 362.00 |
| 4/10/2023 SGH | Reviewed email and draft email to Sonila Themeli regarding data on leaders and pursuing the leaders. Discussed same with Scott Askue. | 0.40<br>362.00/hr | 144.80 |
| 4/12/2023 DAB | Reviewed and responded to emails from Greg Hays and Scott Askue regarding research of John Fernandez and determination of involvement with Crypto operation.  Reviewed Relativity for information regarding insider transactions and communications with investors.  Reviewed several emails from James Daniels regarding Blocktrace transaction detail and related Coinbase account transactions.  Researched Crypto report for specific transfer and insider dialogue information. | 2.80<br>170.00/hr | 476.00 |
| 4/13/2023 SSA | Researched for connection between John Fernandez and CFX and activity between same. | 1.90<br>276.00/hr | 524.40 |
| 4/14/2023 SSA | Researched for connection between Elite Generation and CryptoFX and importance to report. | 0.50<br>276.00/hr | 138.00 |
| 4/18/2023 SSA | Reviewed complaint filed by the SEC against John Fernandez and Elite Generators. Drafted summary of same. Researched for cash payments from CryptoFX to same. | 0.70<br>276.00/hr | 193.20 |

**SEC v CryptoFX**

Page 3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/25/2023 DAB | Reviewed and responded to emails from Greg Hays and Scott Askue regarding review of leader spreadsheets and calculation of commissions and sales for Receiver report. Reviewed and responded to email from Mr. Hays. Adjusted and circulated leader report with wallet address information. Continued to researched 14Jw wallet address information and correspondence in Relativity. Updated leader schedule with information regarding wallet addresses. | 2.80 170.00/hr | 476.00 |
| SSA | Reviewed for information available on leaders and their transactions. Drafted various emails regarding same. | 3.30 276.00/hr | 910.80 |
| 5/3/2023 SSA | Reviewed documents produced by leader Nallely Alvarez and Flor De Maria. | 1.20 276.00/hr | 331.20 |
| 5/15/2023 SSA | Analyzed Gloria Castaneda leader spreadsheet for commissions earned, elite bono payments and investment returns, reinvestments and return of principal. Tested against Salesforce data. | 4.20 276.00/hr | 1,159.20 |
| SSA | Prepared analysis of funds paid to Gloria Castaneda for commission, investment returns and commissions. | 2.50 276.00/hr | 690.00 |
| 5/16/2023 SSA | Compiled leader contracts for future use. | 2.20 276.00/hr | 607.20 |
| 5/18/2023 SSA | Set up data capturing template for payments to sales leaders. | 1.80 276.00/hr | 496.80 |
| SSA | Prepared report of payments to Elizabeth Escoto based on 'leader' spreadsheet. | 3.20 276.00/hr | 883.20 |
| 5/19/2023 SSA | Continued review and analysis of leader payments and research based on Salesforce data and leader spreadsheet and Defendant records. | 5.20 276.00/hr | 1,435.20 |
| 5/23/2023 SSA | Continued researching leader issues and drafting of memo regarding data collection and issues with same. | 4.40 276.00/hr | 1,214.40 |
| DAB | Reviewed Relativity portal for research of Elvia Chalco communications and correspondence. Reviewed investor list and researched Elvia Cecilia Chalco Llangara and related WhatsApp communications. Reviewed potential Bitcoin transactions and related leader investment information. Researched leader spreadsheets for information regarding investor transfers and communication with Bustos. | 1.60 170.00/hr | 272.00 |
| 5/24/2023 SGH | Reviewed analysis of leader transaction and memo by Scott Askue. | 0.80 362.00/hr | 289.60 |
| SSA | Finalized memo on leader data and issues with same. Finalized analysis of payments to same leader. | 3.60 276.00/hr | 993.60 |
| 5/25/2023 SGH | Reviewed information regarding leader and reports prepare by Scott Askue to prepare for the call with SEC today. Considered issues regarding pursuing sales agents. | 0.70 362.00/hr | 253.40 |
| 5/26/2023 DAB | Reviewed emails from Sonila Themeli and Greg Hays regarding database of CFX leaders and employees. Researched employee detail and communication in Relativity in preparation of leader earnings analysis. Continued to research leader spreadsheets and specific wallet address detail. | 1.40 170.00/hr | 238.00 |

**SEC v CryptoFX**

Page      4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/31/2023 DAB | Researched Relativity portal for leader spreadsheet information.  Researched search from leader list and reviewed email communications for wallet transaction detail and accounting. | 0.70<br>170.00/hr | 119.00 |
| 6/1/2023 SSA | Coded leaders as such, created data merge with Salesforce data and prepared query to extract payment of commissions and earnings. Prepared report of same. | 2.70<br>276.00/hr | 745.20 |
| 6/7/2023 DAB | Researched Relativity for leader spreadsheets. Continued to review leader names in search of communications with investors and several wallet address designations. | 1.20<br>170.00/hr | 204.00 |
| SSA | Prepared reports of earnings and commission earned by select leaders. Prepared contracts for same. | 5.60<br>276.00/hr | 1,545.60 |
| | Subtotal | 67.40 | 17,272.40 |

### Case Administration

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/3/2023 SGH | Participated in the weekly Receiver Team conference call and discussed all pending matters including plans for next quarterly report and sales agent litigation. | 1.00<br>362.00/hr | 362.00 |
| SSA | Weekly Receiver Team conference call regarding open matters and administration of same. | 1.00<br>276.00/hr | 276.00 |
| 4/4/2023 SGH | Reviewed and responded to email on wide variety of issues including nano drive, liquidation of Ether, investors payment via BTC, report and WhatsApp jpeg files.  Discussed status of research with Scott Askue and Dwaine Butler. | 0.80<br>362.00/hr | 289.60 |
| 4/14/2023 SGH | Telephone  call from Sonila Themeli regarding motion to expand receivership, contempt motion, crypto tracing and other matters. | 0.40<br>362.00/hr | 144.80 |
| 4/17/2023 SSA | Weekly team meeting regarding upcoming matters and case strategy. | 1.00<br>276.00/hr | 276.00 |
| 4/26/2023 SGH | Telephone call to Carol Hahn at SEC regarding our research on sale agents, Salesforce data, commission, Blocktrace and other matters. | 0.40<br>362.00/hr | 144.80 |
| 5/1/2023 SGH | Conference call with Receiver, Sonila Themeli, and Scott Askue regarding the Receiver's Third Interim Report and issues regarding the crypto currency tracing report. Discussed issues for the report and what to include in this status report and filing the Blocktrace report separately. | 1.00<br>362.00/hr | 362.00 |
| SSA | Prepared updated asset and recoveries report for exhibit to status report. Drafted email to Sonila Themeli regarding same. | 0.50<br>276.00/hr | 138.00 |
| SSA | Conference call with Receiver Team regarding interim report and various case matters. | 1.00<br>276.00/hr | 276.00 |
| 5/15/2023 SGH | Receiver Team conference call on pending investigation issues. | 1.00<br>362.00/hr | 362.00 |
| SSA | Weekly meeting with Receiver team. | 1.20<br>276.00/hr | 331.20 |

**SEC v CryptoFX**

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2023 | SGH | Telephone call from Shaun MacGruder of Blocktrace (.1). Call to Sonila Themeli regarding Blocktrace Report and fee application (.3) Researched issue regarding Blocktrace Report and fee application and email to Sonila Themeli (.5) | 0.90 362.00/hr | 325.80 |
| 5/22/2023 | SGH | Zoom call with Receiver Team including John Lewis, Sonila Themeli, and Scott Askue. Discussed issue regarding crypto investigation, sale leaders, 5th amendment for Chavez, and plans for call with SEC this week. | 1.00 362.00/hr | 362.00 |
| | SGH | Responded to email from James Daniels of Blocktrace. Reviewed Blocktrace invoice for $150,000. Drafted email to Receiver and Sonila Themeli regarding Blocktrace invoice. | 0.50 362.00/hr | 181.00 |
| | SSA | Conference call with Receiver Team regarding crypto investigation, sale leaders and other case matters. | 1.00 276.00/hr | 276.00 |
| 5/25/2023 | SGH | Conference call with Receiver Team and SEC's representative Jillian Harris, Jamie Haussecker, and Carol Hahn. John Lewis and Sonila Themeli were on line for Receiver. Discussed issues regarding the leaders, commissions paid, and potential recoveries from the sale leaders. | 1.20 362.00/hr | 434.40 |
| 6/5/2023 | SSA | Weekly conference call with Receiver Team | 0.60 276.00/hr | 165.60 |
| 6/6/2023 | SGH | Emails with Sonila Themeli regarding pending matters. | 0.20 362.00/hr | 72.40 |
| | SGH | Telephone call from John Lewis regarding pending matters and case administration. Discussed crypto tracing and call with SEC and the pending fee application. | 0.40 362.00/hr | 144.80 |
| 6/12/2023 | SGH | Participated in weekly Zoom call with Receiver team. Discussed expansion of receivership, sales leaders, Blocktrace conference call with SEC, and other matters. | 0.60 362.00/hr | 217.20 |
| | SSA | Weekly team meeting. | 0.60 276.00/hr | 165.60 |
| 6/13/2023 | SGH | Reviewed email from Receiver regarding call with SEC. Reviewed comments on CFX Crypto report. | 0.30 362.00/hr | 108.60 |
| 6/15/2023 | SSA | Conference call with Receivership Team regarding expansion of receivership. | 0.70 276.00/hr | 193.20 |
| 6/16/2023 | SGH | Telephone call to Scott Askue regarding the litigation strategy call I missed yesterday. | 0.20 362.00/hr | 72.40 |
| 6/20/2023 | SSA | Weekly call with team. | 0.40 276.00/hr | 110.40 |
| 6/26/2023 | SGH | Participated in weekly conference call with the Receiver team. | 0.80 362.00/hr | 289.60 |
| | SSA | Weekly team meeting on various case issues and strategy. | 0.80 276.00/hr | 220.80 |
| 6/27/2023 | SGH | Email to John Lewis regarding Blocktrace and fee application. | 0.20 362.00/hr | 72.40 |
| | SGH | Reviewed emails regarding demand letters and crypto tracing. | 0.30 362.00/hr | 108.60 |
| | | Subtotal | 20.00 | 6,483.20 |

**SEC v CryptoFX**

Page    6

| | | Hrs/Rate | Amount |
|---|---|---|---|

### Claims Administration & Objections

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/6/2023 SGH | Began considering plan for claims administration for 35,000 investors. Reviewed data we have available and information need on BTC transfers. | 0.80 362.00/hr | 289.60 |
| | Subtotal | 0.80 | 289.60 |

### Data Analysis

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/3/2023 DAB | Reviewed and responded to several emails from Greg Hays and Scott Askue regarding research of investor Bitcoin deposits and CFX contract information. Reviewed Relativity portal for investor information. Initiated schedule of investor emails and contact information.  Reviewed email from Sonila Themeli regarding correspondence to investors and research of additional investor information.  Researched investor transfers and sales leader Bitcoin accounts. | 2.70 170.00/hr | 459.00 |
| 4/4/2023 SSA | Reviewed production by Rapp and Krock and drafted email to the Receiver regarding same. | 0.20 276.00/hr | 55.20 |
| 4/5/2023 SGH | Researched information regarding Mauricio Chavez from People Bank. | 0.50 362.00/hr | 181.00 |
| 4/6/2023 SGH | Reviewed documents produced by Peoples Trust and note to Scott Askue regarding same. | 0.40 362.00/hr | 144.80 |
| 4/11/2023 DAB | Researched information regarding Bitcoin transaction detail and investor contributions.  Reviewed Relativity and Salesforce data for information related to John Fernandez.  Researched several documents and spreadsheets for the determination of investor transactions.  Discussed issues with Scott Askue regarding investor information and corresponding Bitcoin transactions. | 2.30 170.00/hr | 391.00 |
| 4/14/2023 SSA | Prepared queries and generated report of transactions involving crypto within Salesforce. | 3.70 276.00/hr | 1,021.20 |
| 5/1/2023 SSA | Reviewed documents produced by AMEX.. | 0.50 276.00/hr | 138.00 |
| 5/12/2023 SSA | Prepared various reports to extract investor data and verify correct based on various investing scenarios and other issues. Prepared reports of same. | 2.10 276.00/hr | 579.60 |
| 5/22/2023 SGH | Research regarding Code Red Security Services in Relativity and email to Sonila Themeli and Receiver regarding same. Searched for information on Google Docs. | 0.50 362.00/hr | 181.00 |
| SSA | Prepared various data merges and reports of investor totals for bonuses, earnings and contract returns. Verified raw data merge against contracts. Prepared summary and detailed reports of same. | 6.50 276.00/hr | 1,794.00 |
| 5/24/2023 SSA | Drafted write up of Salesforce data. Prepared sample reports of same. | 1.30 276.00/hr | 358.80 |
| 5/25/2023 SGH | Reviewed and responded to email from Jillian Harris of the SEC regarding crypto tracing. Email to Scott Askue regarding leader research. | 0.30 362.00/hr | 108.60 |
| 6/9/2023 SGH | Telephone call to John Lewis regarding Blockchain.com and KOT4x (.2). Telephone call to Scott Askue regarding same (.2). | 0.40 362.00/hr | 144.80 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2023 | SSA | Reviewed and tested SalesForce data to account for earning rolled over into principal. Prepared data query to calculate same. | 1.50 276.00/hr | 414.00 |
| | SSA | Reviewed Salesforce data to account for rolled over principal for what appears to be additional investments. | 1.40 276.00/hr | 386.40 |
| 6/26/2023 | SSA | Reviewed and responded to emails regarding imaging of laptop from Mauricio. Chavez. | 0.30 276.00/hr | 82.80 |
| | | Subtotal | 24.60 | 6,440.20 |

### Fee / Employment Applications & Objection

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2023 | SSA | Reviewed and edited fee invoice for the first quarter 2023 for content and consistency of categories. | 4.70 276.00/hr | NO CHARGE |
| 5/5/2023 | SGH | Reviewed draft of fee application. | 0.50 362.00/hr | NO CHARGE |
| | | Subtotal | 5.20 | 0.00 |

### Forensic Accounting

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2023 | SGH | Research regarding investor payments via BTC and other crypto currency. Prepared analysis of the February 2021 to June 2021 BTC payment of almost $400,000 (2.5). Drafted email to James Daniels, Kevin Duberstein, Sonila Themeli and Scott Askue regarding the investor payment in BTC and key investors (.8). Reviewed analyses of sale agent accounting for the BTC (.7). Researched Relativity for files on hash tags for BTC (2.0). Drafted additional emails to Blocktrace on searching the investor payments in BTC (1.5) There are over $800,000 in payments during 2021 that we do not see deposited in CFX accounts. Continued to analyze and research this issue (.5). | 8.00 362.00/hr | 2,896.00 |
| | SGH | Researched jpeg and jpg files for copies of transaction on WhatsApp on BTC transfers. Drafted email to James Daniels on one file located for a $40K transfer. | 1.20 362.00/hr | 434.40 |
| | DAB | Reviewed several emails from James Daniels and Greg Hays regarding Blocktrace data and HASH search for investor addresses.  Continued to review Relativity for leader contracts and revenue reports. | 1.60 170.00/hr | 272.00 |
| 4/5/2023 | SGH | Reviewed schedule of additional investors that invested regarding BTC.  Formatted data and send email to Sonila Themeli regarding the $489,000 in additional investors of $10,000 that we have identified that transferred BTC to CFX.  Sonila Themeli is sending emails to these investors to determine where the BTC was transferred. | 0.60 362.00/hr | 217.20 |
| 4/6/2023 | SGH | Reviewed issue regarding the nano drive and email regarding same. | 0.30 362.00/hr | 108.60 |
| 4/10/2023 | SGH | Corresponded with BlockTrace regarding pending matters. | 0.30 362.00/hr | 108.60 |
| | DAB | Reviewed Relativity for Bitcoin and Coinbase account correspondence and detail with leaders.  Reviewed information regarding Ismael Sanchez correspondence with investors.  Researched | 2.80 170.00/hr | 476.00 |

**SEC v CryptoFX**

Page   8

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | WhatsApp messages correspondence and email communications for the determination of transaction detail. | | |
| 4/11/2023 SGH | Reviewed the 175 page Blocktrace crypto tracing report including all detailed Exhibits. Summarized the information of key funds in and funds out of the crypto wallets. Reviewed crypto that still needs to be traced. Drafted memo regarding highlights for Scott Askue and I to discuss what will be included in  Receiver's Third Interim Report. Drafted email to James Daniels at Blocktrace regarding summary level report. | 2.20 362.00/hr | 796.40 |
| 4/12/2023 SGH | Investigated and reviewed the Blocktrace report on BTC transactions and discussed the cash flow summary report with Scott Askue. Reviewed outline of what we want to summarize all the BTC issues. Searched for information regarding missing BTC. | 1.20 362.00/hr | 434.40 |
| SGH | Continued review and analysis of the BTC transactions in the Blocktrace report. | 0.60 362.00/hr | 217.20 |
| SSA | Analyzed detailed crypto exchange analyses. Prepared summary based on same. Drafted emails to and reviewed James Daniels regarding same. Reviewed for additional crypto transaction to add to report. | 6.50 276.00/hr | 1,794.00 |
| 4/13/2023 DAB | Reviewed Relativity for information on John Fernandez and potential as investor.  Reviewed SEC deposition for detail.  Researched KOT4X documents. | 2.80 170.00/hr | 476.00 |
| SGH | Review and investigation regarding Blocktrace report. | 1.10 362.00/hr | 398.20 |
| SGH | Conference call with James Daniels, Kevin Duberstein and Scott Askue regarding the Blocktrace report and a summary of all money in and out of CFX accounts. | 1.20 362.00/hr | 434.40 |
| SGH | Reviewed Relativity and sent information to Kevin Duberstein regarding Block and Square. Reviewed the Block and Square information for significant activity. | 1.50 362.00/hr | 543.00 |
| SGH | Drafted email to Dwaine Butler regarding the need to reconcile the known investor transfers for BTC to CFX and attempt to verify investors funds were received in CFX wallets. Reviewed report of investor activity and compared to know CFX accounts. Considered issues regarding same to identify if leaders or Chavez diverted investor BTC. | 1.20 362.00/hr | 434.40 |
| SSA | Conference call with BlockTrace and Greg Hays regarding content of report and issues for same. | 1.20 276.00/hr | 331.20 |
| 4/14/2023 SGH | Reviewed Blocktrace report and investigated issue regarding John Fernandez (.6). Reviewed SEC litigation against Fernandez for information regarding payments to him and email regarding same (.5). Reviewed issues in Chavez deposition regarding Fernandez (.4). Reviewed Blocktrace report regarding Fernandez and funds transferred to that crypto wallet (.5). Considered issues and whether that account should be consolidated in the CFX crypto report (.5). Discussed with Scott Askue (.2). Reviewed analysis regarding investor transfers and discussed issues | 3.10 362.00/hr | 1,122.20 |

**SEC v CryptoFX**

Page     9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | regarding the investor accounts with Dwaine Butler and email to Sonila Themeli. Reviewed issues for Dwaine Butler to focus on in his review (.4). | | |
| 4/14/2023 | DAB | Reviewed and responded to several emails from Greg Hays and Scott Askue regarding Bitcoin and investor transactions and research.  Continued to research Relativity for information regarding John Fernandez and related Bitcoin transactions.  Drafted analysis of investor transactions and Wallet identification. Reviewed several emails from Sonila Themeli regarding trace of transaction and investor detail. | 1.80 170.00/hr | 306.00 |
| 4/17/2023 | SGH | Reviewed Blocktrace report. Call from James Daniels regarding the report and crypto issues. Call from Shaun Marauder regarding the Blocktrace Report and next steps. | 1.20 362.00/hr | 434.40 |
| | DAB | Researched Relativity for Bitcoin and Coinbase transfer documentation for Receiver's Motion. Reviewed wallet addresses and researched link to leader and investor transfers. | 1.80 170.00/hr | 306.00 |
| 4/18/2023 | SGH | Reviewed the Blocktrace report for information regarding Fernandez BTC accounts to determine if CFX transferred BTC or funds to Fernandez (.9). Drafted email to Blocktrace regarding the account and what we have researched regarding Fernandez (.7). Reviewed the WhatsApp log of 35 pages and highlighted the BTC transfers and began preparing an Excel schedule of the transfers. Discussed project with Dwaine Butler to complete the research (.5). | 2.10 362.00/hr | 760.20 |
| | SGH | Conference call on Teams with Blocktrace representatives, Scott Askue and Sonila Themeli. Discussed the Fernandez issues and whether those accounts should be in the Blocktrace report. Discussed plans for report, key issues, and next steps to trace crypto currency. | 0.80 362.00/hr | 289.60 |
| | SGH | Reviewed Blocktrace report of additional accounts to subpoena. | 0.40 362.00/hr | 144.80 |
| | SGH | Reviewed the Coinbase account and highlighted accounts for Blocktrace to consider. Continued to review the Blocktrace report. | 1.30 362.00/hr | 470.60 |
| | SSA | Video conference with BlockTrace regarding report content and research for same. Reviewed report of research crypto addresses. Researched for same. Researched for addresses identified in Defendant records. | 2.90 276.00/hr | 800.40 |
| | DAB | Reviewed and responded to emails from Greg Hays and Scott Askue regarding investor Bitcoin transactions and research of John Fernandez for documentation of account information.  Researched Relativity for relative insider information and preparation of Contempt Motion.  Reviewed WhatsApp information for determination of leader BTC payments.  Reviewed several emails and documents pertaining to Taffinder and Chavez. | 2.80 170.00/hr | 476.00 |

**SEC v CryptoFX**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2023 | SGH | Continued reviewed the Blocktrace report and researching issues on crypto trading. Drafted email to Kevin Duberstein regarding Exhibit 22 and the Net Gain analysis. | 1.20 362.00/hr | 434.40 |
| | DAB | Discussed issues with Greg Hays regarding Block chain analysis and tracing of Chavez transfers. Reviewed Relativity for information regarding specific wallet addresses and WhatsApp communications. | 1.30 170.00/hr | 221.00 |
| 4/20/2023 | SGH | Analysis of the BlockTrace report and profits earned on BTC trades. Prepared analysis of net gain vs total funds raised. Call to James Daniels regarding BTC report and next gain. | 1.80 362.00/hr | 651.60 |
| | SGH | Traced funds and BTC in the Blocktrace report. | 0.50 362.00/hr | 181.00 |
| | DAB | Telephone conference call with Blocktrace team and Greg Hays to discuss executive summary of Bitcoin transactions. | 0.70 170.00/hr | 119.00 |
| | DAB | Researched CFX wallet addresses from Exhibit 22 and updated chart of leader and investor wallet addresses in preparation of Motion to Compel. Continued to review Relativity for information regarding wallet transfers and transactions in connection with defendant Chavez.  Reviewed email from Sonila Themeli regarding Hays Affidavit and Receiver's Motion to Compel. | 1.80 170.00/hr | 306.00 |
| | SSA | Researched for transfers into Mauricio Chavez's bank accounts from Coinbase. Drafted emails to BlockTrace regarding tracing of same to Coinbase accounts. | 2.60 276.00/hr | 717.60 |
| 4/21/2023 | SSA | Prepared updated report of Coinbase activity. Reviewed data from Coinbase. Prepared summary report of same. Drafted emails regarding same. Researched for total account balances at certain times for determination of beginning and ending balances. | 4.30 276.00/hr | 1,186.80 |
| | SGH | Reviewed the Executive Summary prepared by Blocktrace and reviewed report to understand the information (.6) Reviewed analysis prepared by Scott Askue and commented regarding issues in the net gain and total dollar amounts of all transaction (.4). Researched information for three large BTC distributions over $1.3 million (.4). Drafted email to James Daniels (.2). Organized information from report to include in the Ponzi scheme analysis (.5). | 2.10 362.00/hr | 760.20 |
| | SGH | Continued researching $1.3 million in transfers to unknown crypto wallets. Drafted several email to BlockTrace team regarding documents with the crypto addresses. | 0.60 362.00/hr | 217.20 |
| | DAB | Reviewed high level notes of Crypto activity in preparation of Receiver's Motion.  Reviewed and verified specific Crypto wallet addresses against specific investor information and correspondence. Reviewed Greg Hays Affidavit and notarized document.   Reviewed revised draft Motion. | 2.30 170.00/hr | 391.00 |
| 4/24/2023 | DAB | Reviewed and responded to emails from Greg Hays regarding research of wallet 14Jw, 1Msf, and rHwk in Relativity.  Reviewed Relativity for information | 2.40 170.00/hr | 408.00 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | regarding transfers or transactions to these wallet addresses and accounts.  Continued to review BlockTrace report Coinbase account activity and connection to specific leader information in Relativity. | | |
| 4/24/2023 | SSA | Researched for specific crypto wallets in defendant records. | 0.70 276.00/hr | 193.20 |
| 4/26/2023 | SGH | Reviewed Blocktrace report to summarize information and chose possible exhibits to include in the  Third Interim report. | 0.60 362.00/hr | 217.20 |
| | SGH | Considered issue and drafted email to James Daniels regarding crypto report. | 0.40 362.00/hr | 144.80 |
| | DAB | Discussed issues with Greg Hays and Scott Askue regarding summarization of BlockTrace report and identification of four wallet address transfer information. Reviewed Relativity for information related to cf79 and 5fb5. | 1.80 170.00/hr | 306.00 |
| 4/27/2023 | SGH | Prepared for and Microsoft Teams video call with James Daniels, Kevin Duberstein, Scott Askue and Dwaine Butler regarding the status of the Blocktrace investigation and the Receivers' Third Interim Report. | 0.70 362.00/hr | 253.40 |
| | DAB | Video conference call with James Daniels and BlockTrace team regarding executive summary report, preparation of Motion, and analysis of wallet transactions. | 0.70 170.00/hr | 119.00 |
| | DAB | Reviewed several emails from Greg Hays and James Daniels regarding tracing of Coinbase accounts. Reviewed Relativity for information regarding Elite Generators and use of investor funds. | 0.80 170.00/hr | 136.00 |
| | SSA | Analyzed transactions involving Switchain wallets and impact on CryptoFX.  Conference call with James Daniels, Kevin Duberstein, Greg Hays and Dwaine Butler regarding the status of the Blocktrace report and other issues. | 1.60 276.00/hr | 441.60 |
| 4/28/2023 | SGH | Analyzed the data in the Blocktrace 175 page report and reviewed the Excel schedule. Prepared new reports from the Excel database to use in the Receiver's Third Interim Report. | 2.50 362.00/hr | 905.00 |
| | SGH | Drafted email to James Daniels and Kevin Duberstein regarding the analysis of crypto currency tracing for the Third Interim Report. | 0.40 362.00/hr | 144.80 |
| | DAB | Reviewed and responded to emails from Greg Hays and James Daniels regarding BlockTrace analysis of various wallet platforms.  Researched Chavez non-custodial wallets for the determination of company transactions.  Researched documents in Relativity related to the valuation of Chavez non custodial accounts and corresponding detail.  Input search of FuBU in Relativity for correspondence and investor/leader communications.  Reviewed BlockTrace report for additional detail. | 2.80 170.00/hr | 476.00 |
| 4/29/2023 | SGH | Corresponded with James Daniels regarding a wide variety of issue for the crypto currency report including Coinbase loan account, account 5f75 for the loan and $1 million transfer, clusters, Kot4x accounts, Blockchain.com account and other issue. | 2.00 362.00/hr | 724.00 |

**SEC v CryptoFX**

Page   12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2023 | SGH | Researched Relativity for information on KOT4X, Blockchain.com accounts, account 5f75 where over $1.0 million was transferred (1.5). Also searched the Kiteworks account for additional information and researched issues for the crypto currency report (.7). Corresponded with James Daniels. Reviewed information regarding the Net Gain and profits analysis. Reviewed information from Coinbase on trades and profits (1.0). | 3.20 362.00/hr | 1,158.40 |
| 4/30/2023 | SGH | Researched information in Relativity on specific wallets for updating report on crypto currency trading (1.1). Researched Blockchain.com addresses (.5). Reviewed the Coinbase detail report on CFX trading for information on the trading of BTC and other currencies (.7). | 2.30 362.00/hr | 832.60 |
| | SGH | Corresponded with James Daniels (.3). Updated the status report with additional information and comments from James Daniels of Blocktrace (.6). | 0.90 362.00/hr | 325.80 |
| 5/1/2023 | SGH | Reviewed information regarding additional wallets to research and email to James Daniels. | 0.20 362.00/hr | 72.40 |
| | SGH | Updated the Status Report of Crypto currency Trading with comments from Sonila Themeli and Scott Askue. Researched information in the BlockTrace report. | 3.00 362.00/hr | 1,086.00 |
| | SGH | Researched additional information regarding specific crypto accounts. Requested Dwaine Butler to research additional account information in Relativity. Reviewed exhibits to file with the Crypto Status Report. | 2.20 362.00/hr | 796.40 |
| 5/2/2023 | SGH | Telephone call from James Daniels regarding the report and adding Blockchain.com and KOT4x data to the analysis. | 0.40 362.00/hr | 144.80 |
| | SGH | Research regarding the 2/5/21 two $1 million transactions to the KOT4X account from Exodus wallet 1d8g and 3KRj. | 0.80 362.00/hr | 289.60 |
| | SGH | Researched 3RKj and drafted email to James Daniels at Blocktrace. Discussed 3RKj with Dwaine Butler and requested he research in Relativity. We see $1.0 million transferred to this address and do not know where it was sent. Corresponded with Daniels regarding possible transfer to Fernandez. | 0.70 362.00/hr | 253.40 |
| | DAB | Researched documentation for wallet address 24f41b5c for transaction detail in Receiver's Motion. Reviewed Relativity for correspondence related to this wallet address.  Identified wallet address owner and account information. | 2.50 170.00/hr | 425.00 |
| | SGH | Reviewed the KOT4X statement for December 2021 to April 2022. KOT4X is in the Grenadines and may be difficult to recover more information. Searched for specific large transactions. | 0.80 362.00/hr | 289.60 |
| | SGH | Additional research on the $2 million transferred through KOT4X account. Searched the BlockTrace report for information on receipt of funds. Attempted to trace though available documents. Searched Relativity. | 0.80 362.00/hr | 289.60 |
| 5/3/2023 | SGH | Telephone call to James Daniels regarding KOT4x and Blockchain.com accounts. Discussed other pending crypto currency investigation issues. | 0.40 362.00/hr | 144.80 |

**SEC v CryptoFX**

Page    13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2023 | DAB | Reviewed email from Greg Hays and James Daniels regarding additional information to subpoena defendant Chavez.  Reviewed wallet addresses 9ed03, 3CSeY9, bef2e54, and 3JUgHa in Relativity for information regarding transactions and wallet ownership.  Continued to research Relativity and business emails for communications regarding wallet addresses and specific transaction detail. | 2.40 170.00/hr | 408.00 |
| 5/4/2023 | SSA | Researched payments to wallet in the name of Angela Vargas. Drafted email regarding transfers to and from same. | 1.50 276.00/hr | 414.00 |
| | SGH | Reviewed emails from Jim Daniels regarding KOT4x and updated the draft of the crypto currency report.  Reviewed issues regarding KOT4x and Blockchain.com with Scott Askue. Researched issues regarding the 5 accounts at Switchain. | 0.70 362.00/hr | 253.40 |
| | SGH | Reviewed email regarding Switchain transactions of about $50,000. Email to Jim Daniels of Blocktrace regarding same. | 0.40 362.00/hr | 144.80 |
| | SGH | Updated draft of crypto currency report. | 0.60 362.00/hr | 217.20 |
| | SSA | Reviewed write up and tracing of activity in Block chain and KOT4X accounts. Drafted email to Greg Hays regarding thoughts and additional information needed. | 0.90 276.00/hr | 248.40 |
| | DAB | Prepared summary of wallet addresses and corresponding wallet owner information.  Drafted email to and reviewed email from Greg Hays regarding summary of wallet information and verification of wallet ownership.  Continued to research Relativity for information related to wallet 3HXNX, C41101, 3F7usx, and 6C8AA as potential Chavez owned wallets. | 2.80 170.00/hr | 476.00 |
| | DAB | Reviewed BlockTrace report and discussed with Greg Hays. | 0.40 170.00/hr | 68.00 |
| 5/5/2023 | DAB | Review in Relativity for transactional detail of wallet cf79. Reviewed BlockTrace summary for transfer detail and to verify exchange platform.   Reviewed emails from Jim Daniels and Greg Hays regarding summary of BTC transactions and identification of non custodial wallets. | 1.70 170.00/hr | 289.00 |
| | SGH | Reviewed emails and updated section of the crypto currency report with additional information. Updated the report format and email to James Daniels at Blocktrace regarding the top 10 investigation issues. | 0.70 362.00/hr | 253.40 |
| 5/8/2023 | DAB | Researched self custodial wallet accounts in Relativity.  Researched relative transactions and communications surrounding specific wallet addresses.  Discussed issues with Greg Hays regarding discovery of specific Exodus wallets and communications regarding same. | 2.50 170.00/hr | 425.00 |
| 5/9/2023 | DAB | Reviewed emails from Greg Hays and James Daniels regarding BlockTrace summary report and designation of specific non custodial wallet addresses. | 2.00 170.00/hr | 340.00 |

**SEC v CryptoFX**

Page    14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Researched Relativity for information related the Chavez Bitcoin accounts and detail related to non custodial accounts. | | |
| 5/10/2023 | SGH | Research regarding Benvenuto crypto trading. Drafted email to Scott Askue regarding activity in Benvenuto account. | 0.50 362.00/hr | 181.00 |
| | SGH | Edited the draft of the crypto currency report. | 0.60 362.00/hr | 217.20 |
| | DAB | Researched Relativity for specific leader spreadsheets for the determination of transaction detail and Defendant communications.  Researched wallet address WcjV for the determination of wallet type and Bitcoin platform. | 1.80 170.00/hr | 306.00 |
| 5/12/2023 | SGH | Reviewed Benvenuto report and researched issues regarding transfers out of Benvenuto Coinbase crypto account. Emails to Blocktrace. Researched transactions. Emails to Dwaine Butler regarding same. | 0.80 362.00/hr | 289.60 |
| | SGH | Research on crypto transactions and emails with Sonila Themeli and James Daniels regarding certain crypto currency accounts and response from Coinbase subpoena. Determine an unknown transfer from Chavez's Exodus wallet account 3R14 for $263,000 was an alternate wallet deposit address for account and was deposited into 52cd. Several email and time researching accounts to resolve this issue. | 1.50 362.00/hr | 543.00 |
| 5/15/2023 | SGH | Zoom conference with James Daniels and Kevin Duberstein regarding pending matters in the forensic investigation. | 0.70 362.00/hr | 253.40 |
| | SGH | Continued to updated the crypto currency tracing report (2.5). Added in priorities for Blocktrace investigation (.8). Researched issues regarding specific transactions. Email to James Daniels regarding issues (.4). Reviewed, updated and investigated crypto issues (2.7). | 6.40 362.00/hr | 2,316.80 |
| | SSA | Telephone conference with James Daniels, Kevin Duberstein and Greg Hays regarding crypto tracing issues and additional information needed. Researched for information on same. | 1.40 276.00/hr | 386.40 |
| | DAB | Researched Exodus wallet in Relativity.  Researched wallet addresses IMsfx, bc1Q3, and 1d8g7 known exodus wallets for the determination of Defendant Chavez ownership.  Reviewed emails from Greg Hays and James Daniels regarding research efforts and findings. | 2.40 170.00/hr | 408.00 |
| 5/16/2023 | SGH | Research, investigate, review and update the crypto currency report. Research specific transactions and explained in the report the primary transaction we are investigating. Discussed the loan account transactions with Scott Askue. Drafted emails to James Daniels regarding the draft report and the Coinbase "Pro" vs "Non-Pro" accounts. | 3.80 362.00/hr | 1,375.60 |
| | DAB | Reviewed Relativity for data and information on leader spreadsheets.  Discussed issues with Greg Hays regarding identification of specific wallet addresses and review of BlockTrace summary report.  Reviewed report and draft Motion. | 1.80 170.00/hr | 306.00 |

**SEC v CryptoFX**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2023 | DAB | Reviewed and edited Receiver Report.  Drafted email to and reviewed email from Greg Hays regarding review of report and editing of same. | 0.50 170.00/hr | 85.00 |
| | SSA | Researched Crypto issues and prepared edits to Crypto status report. | 2.40 276.00/hr | 662.40 |
| 5/17/2023 | SGH | Corresponded with James Daniels on the crypto tracing and issues for our report (.4). Reviewed email from James Daniels on Coinbase Pro, KOT4x and other issues (.3). Discussed crypto issue in report with Scott Askue (.2). | 0.90 362.00/hr | 325.80 |
| | SGH | Reviewed crypto files and searched for information to update report. Draft note to Scott Askue regarding issues on subpoenas that we have requested. | 0.60 362.00/hr | 217.20 |
| | SSA | Reviewed and verified content of Crypto report. Updated and edited as necessary. | 4.20 276.00/hr | 1,159.20 |
| | DAB | Continued to review and edit report.  Reviewed BlockTrace summary report draft and discussed transactions with Greg Hays.  Reviewed five Coinbase accounts and researched Relativity for details of wallet addresses. | 1.70 170.00/hr | 289.00 |
| 5/18/2023 | SGH | Reviewed Blocktrace Net Gain analysis and research regarding crypto report and calculation of Net Gain that is reported to IRS. Discussion with Scott Askue regarding the BlockTrace Net Gain analysis. Reviewed emails regarding this analysis. Drafted email to Sonila Themeli regarding subpoena docs from Coinbase. | 0.80 362.00/hr | 289.60 |
| | SGH | Reviewed and researched crypto issues. Reviewed status of pending subpoenas for Kracken, Bitstamp, Crypto.com and Kucoin. Email to Sonila Themeli regarding same and reviewed response. Updated report with information on these issues.  Email to BlockTrace regarding same. | 1.50 362.00/hr | 543.00 |
| | SGH | Reviewed and edited the crypto currency 4th interim report. | 1.20 362.00/hr | 434.40 |
| | SSA | Reviewed and verified content of report of crypto analysis to date. | 2.60 276.00/hr | 717.60 |
| | DAB | Reviewed email from Greg Hays regarding subpoena requests for addresses for Kracken, Bitstamp, Crypto.com, and Kucoin wallet addresses.  Reviewed Relativity for wallet address detail and documentation for 3JRL, 3Qws, 3J1C, and 3BNW accounts. | 2.20 170.00/hr | 374.00 |
| 5/19/2023 | SGH | Research issues for report on missing information and emails regarding BlockTrace. Email to Sonila Themeli regarding issues for motion to compel. | 1.30 362.00/hr | 470.60 |
| | DAB | Discussed issues with Greg Hays regarding BlockTrace report and summary for fourth Receiver report.  Reviewed report detail and input wallet research efforts.  Reviewed BlockTrace summary chart and report.  Continued to review Relativity for specific wallet addresses and transaction detail. Verified subpoena requests and discussed review of wallet address information with Receiver team. | 1.40 170.00/hr | 238.00 |
| 5/22/2023 | SGH | Reviewed Blocktrace report and email to Receiver regarding the text portion of the report and tracing cryptos. | 0.40 362.00/hr | 144.80 |

**SEC v CryptoFX**                                                    Page      16

|              |     |                                                                                                                                                                                                                                                                                                                                                    | Hrs/Rate          | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/22/2023    | DAB | Researched specific wallet addresses in Relativity for communication with leaders and potential transaction detail.  Researched Gloria Castanada information for additional leader spreadsheets.  Reviewed the Google Drive for custodial wallet address detain and WhatsApp communications.                                                           | 1.80<br>170.00/hr | 306.00 |
| 5/25/2023    | DAB | Discussed issues with Greg Hays regarding Relativity research of wallet address identification and corresponding wallet address owners.  Reviewed Chavez accounts for transaction detail and communications with leaders.  Reviewed Relativity for leader spreadsheets.  Identified WhatsApp communications with John Fernandez and Mauricio Chavez. Telephone call from James Daniels regarding BlockTrace executive summary and Bitcoin transaction detail. | 2.80<br>170.00/hr | 476.00 |
|              | SGH | Drafted email to James Daniels of BlockTrace regarding call with SEC and crypto tracing. Call to James Daniels regarding uploading the Blockchain.com, KOT4x and Vargas data into the tracing database. Reviewed budget and sent email to Receiver and Sonila Themeli requesting approval to move forward.                                             | 0.60<br>362.00/hr | 217.20 |
| 5/30/2023    | DAB | Reviewed emails from Jillian Harris and James Daniels regarding the master address list.  Reviewed Crypto address list and compared with leader list.  Researched Relativity for information regarding specific wallet address detail.  Reviewed communications with Mauricio Chavez regarding custodial accounts and transactions of same.            | 1.80<br>170.00/hr | 306.00 |
| 6/1/2023     | DAB | Reviewed BlockTrace executive summary and identified specific wallet addresses for additional research in Relativity.  Reviewed wallet addresses and leader spreadsheets for the determination of leader transaction activity.                                                                                                                        | 0.80<br>170.00/hr | 136.00 |
| 6/5/2023     | DAB | Reviewed emails from James Daniels and Greg Hays regarding list of wallet addresses and compilation of total number of addresses.  Reviewed BlockTrace wallet address list and compared with Receiver's list.  Researched Relativity for information and communication related to four unidentified wallet addresses.                                  | 1.80<br>170.00/hr | 306.00 |
| 6/12/2023    | SGH | Telephone call to from James Daniels regarding call with the SEC on Thursday. Reviewed report. Drafted email to Receiver and Sonila Themeli regarding crypto tracing.                                                                                                                                                                                 | 0.40<br>362.00/hr | 144.80 |
|              | DAB | Reviewed Relativity for information regarding additional wallet addresses and corresponding transactions.  Continued to research leader spreadsheets and information regarding Chavez custodial accounts.                                                                                                                                             | 0.70<br>170.00/hr | 119.00 |
| 6/13/2023    | SGH | Reviewed and edited crypto report. Reviewed emails from Blocktrace and draft of Power Point for 6/15/23 call with SEC.                                                                                                                                                                                                                               | 1.50<br>362.00/hr | 543.00 |

**SEC v CryptoFX**

Page      17

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/13/2023 | DAB | Discussed issues with Greg Hays regarding research of leader information and spreadsheets.  Updated wallet address database and continued to review Relativity search for additional wallet address and leader detail. | 1.20 170.00/hr | 204.00 |
| 6/14/2023 | SGH | Reviewed and edited Power Point for the SEC zoom call on crypto currency. Call to James Daniels. | 1.50 362.00/hr | 543.00 |
| | SSA | Reviewed crypto analysis presentation. | 0.40 276.00/hr | 110.40 |
| 6/15/2023 | DAB | Participated in zoom meeting with the SEC, Receiver team, and BlockTrace regarding potential recovery plan and overview of scope. | 1.20 170.00/hr | 204.00 |
| | DAB | Researched Relativity for potential defendant information.  Reviewed several wallet addresses in search for transactions and leader detail.  Reviewed BlockTrace report and searched specific wallet addresses in Relativity portal. | 0.80 170.00/hr | 136.00 |
| | SGH | Telephone call to James Daniels regarding presentation to SEC (.4). Conference call with Receiver, Sonila, Scott Askue, James Daniels regarding SEC presentation today (1.0). | 1.40 362.00/hr | 506.80 |
| | SGH | Zoom conference with SEC, Receiver Team and Blocktrace regarding status of crypto currency investigation. Receiver team previewed 40 page Power Point with SEC. | 1.00 362.00/hr | 362.00 |
| | SGH | Telephone call to James Daniels after the SEC call today regarding crypto tracing. | 0.30 362.00/hr | 108.60 |
| | SSA | Prepared for and conference call with SEC and Receiver team. | 1.60 276.00/hr | 441.60 |
| 6/19/2023 | DAB | Relativity research of leader communications and wallet address information.  Continued to search for communications related to transactions. | 1.20 170.00/hr | 204.00 |
| 6/21/2023 | SGH | Reviewed pending crypto investigation matters and followed-up with James Daniels on the 18dg Vargas account, fee application, and other issues. | 0.30 362.00/hr | 108.60 |
| | DAB | Researched Relativity portal for information regarding leader transactions and connection to specific wallet addresses.  Searched for specific custodial wallet addresses for determination of transactions.  Reviewed BlockTrace report to verity addresses and transfer data. | 1.70 170.00/hr | 289.00 |
| 6/22/2023 | DAB | Reviewed wallet address wjcb for determination of leader transaction detail and communications with investors.  Researched Relativity for several wallet address searches and detail connected to same. | 0.70 170.00/hr | 119.00 |
| 6/29/2023 | SGH | Emails with James Daniels regarding pending matters. | 0.20 362.00/hr | 72.40 |
| | | Subtotal | 193.00 | 53,279.60 |

**Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 4/19/2023 | SGH | Reviewed the draft of the Motion to Compel and drafted email to Sonila Themeli. Began drafting my Affidavit to be Exhibit to the Motion to Compel. Reviewed my prior affidavits in this case and began | 2.50 362.00/hr | 905.00 |

**SEC v CryptoFX**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | | drafting an affidavit. Drafted email to Sonila Themeli and Scott Askue regarding the Affidavit and additional information to include and a chart of the Crypto profits. | |
| 4/20/2023 SGH | Telephone call to Sonila Themeli with Scott Askue regarding my affidavit for the Motion for Contempt. Continued to updated my affidavit. Reviewed section of Affidue drafted by Scott Askue on the houses purchased by Chavez. | 1.50 362.00/hr | 543.00 |
| SSA | Reviewed and verified content of Motion to Compel. Drafted email to Sonila Themeli regarding same. | 0.90 276.00/hr | 248.40 |
| SSA | Prepared write up and analysis of transfers for the purchase of Green Haven and Tidmore Lane properties. | 3.60 276.00/hr | 993.60 |
| 4/21/2023 SSA | Reviewed and edited motion to compel. Drafted email regarding same. | 0.30 276.00/hr | 82.80 |
| SSA | Researched and prepared analysis of funds paid to JM Monarchy. | 0.60 276.00/hr | 165.60 |
| SSA | Drafted email to Sonila Themeli regarding issues and details for Motion to Compel. | 0.40 276.00/hr | 110.40 |
| 4/25/2023 SSA | Reviewed and responded to email regarding settlement issues with Mauricio Chavez. | 0.60 276.00/hr | 165.60 |
| 5/1/2023 SSA | Drafted email to Sonila Themeli regarding Ana Munoz interview. | 0.20 276.00/hr | 55.20 |
| 5/2/2023 SSA | Reviewed documents in preparation for and attended interview of former employee Ana Munoz. | 4.50 276.00/hr | 1,242.00 |
| 5/4/2023 SSA | Prepared various payments reports capturing investments, return of investments, and payment of returns and commissions. Prepared specific reports for Gio Benvenuto. | 2.40 276.00/hr | 662.40 |
| 5/5/2023 SSA | Compiled bank account data. Researched for payments to Gio Benvenuto based on bank account deposits and checks. Prepared spreadsheet of same. Reconciled payments per Salesforce to contracts and other information. | 6.20 276.00/hr | 1,711.20 |
| 5/8/2023 SSA | Prepared supporting payment documents relating to payments to Giorgio Benvenuto. Updated and verified transactions. Researched additional information. | 5.10 276.00/hr | 1,407.60 |
| 5/9/2023 SSA | Continued preparation of supporting payment documents relating to payments to Gio Benvenuto. Updated and verified transactions. Researched additional information. | 4.00 276.00/hr | 1,104.00 |
| 5/10/2023 SGH | Reviewed analysis prepared by Scott Askue for the Benvenuto settlement. Researched more information on crypto currencies. | 0.60 362.00/hr | 217.20 |
| SSA | Reviewed for payments to Benvenuto Holdings and traced funds into and out of bank accounts. Prepared analysis of same. Updated report of funds received by Mr. Benvenuto and prepared updated supporting documents relating to same. | 6.80 276.00/hr | 1,876.80 |
| 5/11/2023 SSA | Reviewed documents produced by Ebenezer Construction.  Prepared analysis of payments to and from Ebenezer Construction based on project. Prepared report summarizing findings. Researched for investments and payments associated with investments of Gabriel Torres. Prepared supporting documents and analysis associated with same. | 7.40 276.00/hr | 2,042.40 |

**SEC v CryptoFX**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2023 | SSA | Finalized analysis of funds received by Giorgio Benvenuto.  Drafted email to Sonila Themeli regarding same. Telephone call from same. | 0.70 276.00/hr | 193.20 |
| | SSA | Prepared reports and supporting documents relating to payments to Ebenezer Construction and Gabriel Torres. | 4.50 276.00/hr | 1,242.00 |
| 5/16/2023 | SGH | Reviewed the response by Flack on Motion to Compel. | 0.40 362.00/hr | 144.80 |
| 5/23/2023 | SGH | Reviewed issues for Response to Motion to Compel and several emails to Sonila Themeli regarding certain crypto addresses of Chavez (.4). Reviewed email form Sonila Themeli and issues regarding sales leaders in Chicago. Researched information obtain in connection with first report and drafted email to Sonila Themeli regarding same (.5). | 0.90 362.00/hr | 325.80 |
| | SSA | Reviewed and verified content of Reply to Motion to Compel.  Research regarding same. | 0.80 276.00/hr | 220.80 |
| 5/24/2023 | SGH | Reviewed memos on interviews with Cindy Mezomo and Ana Munoz. | 0.80 362.00/hr | 289.60 |
| 6/9/2023 | SSA | Updated analysis of vehicles purchased for Angelica Vargas. Researched and compiled contracts where Ms. Vargas received a commission/bonus or direct payment. | 3.20 276.00/hr | 883.20 |
| 6/12/2023 | SSA | Prepared summary of payments to and for Angelica Vargas. Organized data supporting same. | 2.20 276.00/hr | 607.20 |
| 6/13/2023 | SSA | Finalized report of payments to and for the benefit of Angelica Vargas. Prepared supporting documents and schedules for same. Drafted email to Sonila Themeli regarding same. | 3.30 276.00/hr | 910.80 |
| 6/14/2023 | SSA | Drafted email to Greg Hays regarding analysis of crypto transactions in Angelica Vargas' crypto account. | 0.30 276.00/hr | 82.80 |
| 6/15/2023 | SSA | Researched for and organized documents relating to transactions with Ebenezer Construction and Torres. | 1.30 276.00/hr | 358.80 |
| 6/23/2023 | SSA | Prepared details for demand letter to Angelica Vargas. Drafted email to Jim Daniels regarding payments to Angelica Vargas. | 1.40 276.00/hr | 386.40 |
| 6/27/2023 | SSA | Finalized issues for demand letter to Angelica Vargas. Drafted email to Poston Prichett regarding same. | 0.40 276.00/hr | 110.40 |
| 6/29/2023 | SSA | Researched, compiled and organized documents for claims against Janette Gonzlez. | 2.30 276.00/hr | 634.80 |
| 6/30/2023 | SSA | Continued researching, compiling and organizing documents for claims against Janette Gonzalez. | 4.10 276.00/hr | 1,131.60 |
| | | Subtotal | 74.20 | 21,055.40 |

**Status Reports**

| | | | | |
|---|---|---|---|---|
| 4/17/2023 | SGH | Drafted email to Shaun McGruder regarding the Receiver's next interim report. | 0.20 362.00/hr | 72.40 |
| 4/26/2023 | SGH | Reviewed and edited Third Interim Report and drafted email to Sonila Themeli regarding same (.5). Call from Sonila Themeli regarding pending matters including Third Interim Report (.4). Drafted email to Scott Askue regarding issues for the Third Interim Report including Blocktrace, Sale Agents, claims administration, and other issues (.4). | 1.30 362.00/hr | 470.60 |

**SEC v CryptoFX**

Page      20

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2023 | SGH | Reviewed the Blocktrace report and began drafting a summary of all crypto/BTC issues to include in the Receiver's Third Interim Report. Reviewed Blocktrace Executive Summary and edited and added information to explain the analysis that was done and to help justify the expense and effort taken. Considered issues. Research information in prior emails. Updated the language and drafted a five (5) page section for the Receiver's Third Interim Report. | 3.70 362.00/hr | 1,339.40 |
| 4/28/2023 | SGH | Continued drafting section of the Receiver's Third Interim Report on crypto currency tracing. Reviewed the Blocktrace Report and  added information to Receiver's report. Discussed HFC work with Dwaine Butler and Scott Askue. Researched and updated report. | 3.20 362.00/hr | 1,158.40 |
| | SGH | Updated the section of the Third Interim Report on crypto currency trading (1.0). Drafted language regarding additional key issue and explained the Net Gain analysis (.8). Drafted language regarding the Fernandez account, the Switchain and Binance account (1.2). The entire section is now 9 pages and prepared Exhibits to attach to explain the Receiver's efforts in tracing crypto currency (.9) | 3.90 362.00/hr | 1,411.80 |
| | SGH | Drafted email to Sonila Themeli and the Receiver regarding Third Interim Report. | 0.40 362.00/hr | 144.80 |
| | SSA | Reviewed status of issues and recoveries. Prepared updated recovery report. Reviewed and edited Third Status Report. Prepared report of receivership receipts and disbursements. | 3.40 276.00/hr | 938.40 |
| | | Subtotal | 16.10 | 5,535.80 |
| | | **For professional services rendered** | **411.70** | **$113,174.00** |

**SEC v CryptoFX**

Page      21

Additional Charges :

| | | Amount |
|---|---|---|
| | **Expenses** | |
| 4/26/2023 | Pacer fees to download docket to post on CFX Website. | 19.50 |
| 5/1/2023 | Pacer on-line charges for downloaded for Receiver's Third Interim Report for posting on Receiver's web site. | 9.80 |
| 5/16/2023 | Pacer charges for Flack's Response to Motion to Compel | 1.16 |
| 5/23/2023 | Pacer on-line charges for Response to Motion to Compel. | 0.80 |
| 6/28/2023 | Pacer charges for first quarter 2023. | 82.10 |
| | Subtotal | 113.36 |
| | **Total costs** | **$113.36** |
| | **Total amount of this bill** | **$113,287.36** |