IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| *Plaintiff,* | § § § |
| vs. | § § |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § § | 
| *Defendants.* | § § |
| CBT Group, LLC, | § § § |
| *Relief Defendant.* | § |

CIVIL ACTION NO. 4:22-CV-03359

JUDGE ANDREW S. HANEN

**ORDER AUTHORIZING PAYMENT OF RECEIVER'S
THIRD INTERIM FEE APPLICATION FOR HAYS FINANCIAL CONSULTING, LLC**

On August 4, 2023, counsel for John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX"), and CBT Group, LLC ("CBT"), filed a Third Interim Fee Application for Hays Financial Consulting, LLC ("Third HFC Application"), which seeks approval of the fees incurred by HFC from April 1, 2023 through June 30, 2023 (the "Application Period").

Pursuant to the Receivership Order, paragraph 58, the counsel for the Receiver served a copy of the proposed Third HFC Application, together with all exhibits and billing information to counsel for the SEC. Receiver, counsel for the Receiver, and counsel for the SEC have conferred regarding the Receiver's Third HFC Fee Application, its compliance with the SEC's Billing Guidelines and this Court's Receivership Order, and the reasonableness of the costs and expenses incurred in the ordinary course of the administration and operation of the Receivership. The SEC does not oppose the Receiver's request. The Court finds and determines that good cause exists to

approve the Receiver's Third HFC Fee Application. Accordingly, the Court finds and determines as follows:

    (a)    The Receiver's Third HFC Application should be and hereby is granted; it is further ordered that

    (b)    That the Hays Financial Consulting shall be conditionally awarded fees incurred during the Third HFC Fee Application in the amount of $113,174.00 and costs in the amount of $113.36.

    IT IS SO ORDERED this _____ day of _____, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE