# Exhibit A



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

| | |
|---|---|
| **JOHN LEWIS JR.** | **Invoice No:** 3021399 |
| RECEIVER | Invoice Date: 08/09/2023 |
| 600 TRAVIS ST., SUITE 3400 | Matter Number: 33206.393697 |
| HOUSTON, TX 77002-2926 | Billing Attorney: John Lewis Jr. |

**Summary of Invoice**

For Professional services and disbursements thru *July 31, 2023*

SEC vs. Mauricio Chaves, et al. -  John Lewis, Jr. Receiver; Receivers Invoice

| | |
|---|---:|
| Current Fees | $37,695.00 |
| **Total Amount Due** | **$37,695.00** |

**REMITTANCE INFORMATION**
*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after July 31, 2023 may not be reflected herein.



33206.393697  3021399  08/09/2023

## Invoice Detail
For Professional services and disbursements thru *July 31, 2023*

SEC vs. Mauricio Chaves, et al. -  John Lewis, Jr. Receiver; Receivers Invoice

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **SEC01** | **Asset Analysis** | | | |
| 04/03/23 | JLJ | Strategize with team on BSA issues, pending real estate closings, expansion of receivership, privilege issues related to inbound subpoena response and demand for fees. | 1.80 | $945.00 |
| 05/24/23 | JLJ | Skim Mezomo and Munoz interview summary. Analysis of range of next steps with cooperating witnesses. | 0.90 | 472.50 |
| 06/02/23 | JLJ | Exchanges regarding counter offer from Waller Country tract.  Attention to transfer documents following broker sale of Mercedes. | 0.80 | 420.00 |
| 06/20/23 | JLJ | Consideration of counter offer on Mack Washington property and contingencies thereto. | 0.70 | 367.50 |
| **Subtotal for** SEC01 | | Asset Analysis | 4.20 | $2,205.00 |
| **SEC04** | **Case Admin** | | | |
| 05/01/23 | JLJ | Strategize and provide guidance to team on various pending matters. | 0.80 | $420.00 |
| 05/03/23 | JLJ | Skim cooperating witness interview notes and key documents provided (1.8); Review and follow up questions on Waller County land sale (1.0) | 2.80 | 1,470.00 |
| 05/10/23 | JLJ | Skim documents produced by Reyes.  Careful review of fee application and supporting drafts. Approval of same | 0.80 | 420.00 |
| 05/22/23 | JLJ | Review of workstream with team including ongoing efforts to access Google Docs for leader profits information, preparation for call with SEC staff and assets sales of Waller property and vehicles.  Turns of emails regarding same. | 2.60 | 1,365.00 |
| 06/05/23 | JLJ | Strategize team on various workstreams including targeted net winners analysis, money order/BSA claims, rescoping options for Blockchain work. | 1.50 | 787.50 |
| 06/06/23 | JLJ | Detailed review of case administration and outstanding matters with ST and collaboration on 90 day work plan. | 2.20 | 1,155.00 |
| 06/08/23 | JLJ | NO CHARGE - Review of status of various workstream in preparation for ST hand off and P. Poston onboarding.  Skim prior filings and materials. | 5.00 | No Charge |
| 06/09/23 | JLJ | Call with S. Themeli and P. Pritchett regarding | 1.20 | 630.00 |



33206.393697   3021399   08/09/2023

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | litigation strategy. | | |
| 06/12/23 | JLJ | Review 90 day action plan with team regarding expansion, turnover issues, ongoing fraud efforts, expenses and Blocktrace scope of work. | 1.50 | 787.50 |
| 06/13/23 | JLJ | Call with M. Gulde regarding crypto, staffing and case administration. | 1.20 | 630.00 |
| 06/14/23 | JLJ | Detailed review of draft Blocktrace report. Edits to same. | 6.00 | 3,150.00 |
| 06/15/23 | JLJ | Prepare for and participate in briefing with M. Gulde and J. Harris on cryptocurrency efforts and presentation from J. Daniels from Blocktrace. Action items following briefing. | 2.10 | 1,102.50 |
| 06/16/23 | JLJ | Attention to checks deposit from sale of Mercedes | 0.80 | 420.00 |
| 06/20/23 | JLJ | Analysis of open issues and workstreams with team including evaluating potential relief defendants, ongoing review of draft Blocktrace report, discussion of potential interview NJ leaders. Attention to tracking and status of outstanding subpoenas and demand letters. | 1.50 | 787.50 |
| 06/21/23 | JLJ | Detailed review of open workstreams following S.Themeli departure. | 4.00 | 2,100.00 |
| 06/22/23 | JLJ | Deep dive into preliminary Blocktrace preliminary report and recommendation on identification, accessing and valuing over 6800 crypto accounts transactions to develop a cost effective strategy for marshalling and liquidating. | 3.00 | 1,575.00 |
| 06/26/23 | JLJ | Detailed review of Blocktrace fee application draft. | 1.50 | 787.50 |
| 06/26/23 | JLJ | Detailed strategy update on ongoing work including Taffinder demand, tracking and updates on 20 + outstanding subpoenas and demand letters to leaders, family members and potential relief defendants, consideration of scope of Blocktrace work, analysis of moneygram cases and theories of liability and damages. | 3.20 | 1,680.00 |
| 06/27/23 | JLJ | Additional edits to draft interim report. | 1.50 | 787.50 |
| **Subtotal for** SEC04 | | Case Admin | 43.20 | $20,055.00 |
| **SEC05** | **Claims Admin** | | | |
| 05/12/23 | JLJ | Skim and approve Benvenuto analysis for forward to SEC. | 0.80 | $420.00 |
| 05/15/23 | JLJ | Strategize with team on open issues including sale negotiations regarding Waller property, Blocktrace ongoing work and billing and brief on document production and billing issues. | 1.80 | 945.00 |
| 05/16/23 | JLJ | Skim Montoya documents and interaction with Benvenuto Holdings in relation as part of analysis of basis for seeking expansion of receivership relief defendants. | 1.10 | 577.50 |
| **Subtotal for** SEC05 | | Claims Admin | 3.70 | $1,942.50 |



33206.393697   3021399   08/09/2023

| | | | | |
|---|---|---|---|---|
| **SEC08** | **Business Analyis** | | | |
| 05/31/23 | JLJ | Continue to digest the Blockchain draft report. Debrief from call with J. Harris on information exchanges. Direct team on next steps. | 1.50 | $787.50 |
| 06/13/23 | JLJ | Review and comments to draft interim report on crypto research and recovery efforts. | 2.50 | 1,312.50 |
| **Subtotal for** SEC08 | Business Analyis | | 4.00 | $2,100.00 |
| **SEC11** | **Status Reports** | | | |
| 04/17/23 | JLJ | Strategizing team regarding content, secondary source reports and evidence gathered for upcoming court mandated status report. | 1.80 | $945.00 |
| 06/28/23 | JLJ | Skim past interim reports for inputs into current draft. Review cash flows and form 2's for banking activity. | 2.20 | 1,155.00 |
| 06/29/23 | JLJ | Continued revisions to upcoming interim report including preliminary findings by Block trace and description of proposed work going forward. | 1.30 | 682.50 |
| 06/30/23 | JLJ | Continued attention to drafting of interim report and consideration of proposed Block trace workplan. | 1.10 | 577.50 |
| **Subtotal for** SEC11 | Status Reports | | 6.40 | $3,360.00 |
| **SEC12** | **Litigation Consulting** | | | |
| 04/04/23 | JLJ | Lengthy call with B. Abernathy and J. Posma regarding potential regulatory and audit matters. | 1.30 | $682.50 |
| **Subtotal for** SEC12 | Litigation Consulting | | 1.30 | $682.50 |
| **SEC13** | **Litigation** | | | |
| 04/05/23 | JLJ | Inputs to Motion to Compel draft. Follow questions on Blocktrace report requested compensation. | 1.80 | $945.00 |
| 04/10/23 | JLJ | Skim notes from Torres interview (.8); attention to Wildlife Management contract for Waller county tract (.7) | 1.50 | 787.50 |
| 04/18/23 | JLJ | Skim, offer edits to Motion to Compel draft | 1.50 | 787.50 |
| 05/15/23 | JLJ | Attention to turns of response to motion to compel, authorize new lis pendens actions based on newly discovered operations, exchanges with interested parties. | 1.70 | 892.50 |
| 05/17/23 | JLJ | Review and comments to Reply brief to Motion to Compel Chavez. | 0.80 | 420.00 |
| 05/23/23 | JLJ | Turns of Reply to Motion to Compel Chavez. Skim Blockchain work and draft summary of report status. | 2.50 | 1,312.50 |
| 06/12/23 | JLJ | Detailed status of turnover demands (Vargas and Gonzales), procedural aspects of prospective fraudulent transfer claims, consideration of pending motion to compel on expanding receivership. Skim interview notes from 15+ interviews. | 2.50 | 1,312.50 |
| 06/23/23 | JLJ | Detailed review of research (factual and legal) on | 1.70 | 892.50 |



33206.393697  3021399  08/09/2023

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | PLS potential cause of action. | | |
| **Subtotal for** SEC13 | Litigation | | 14.00 | $7,350.00 |
| Total | | | 76.80 | $37,695.00 |

### Timekeeper Summary

| Initials | Name | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JLJ | John Lewis Jr. | 71.80 | $525.00 | $37,695.00 |
| **Total Fees** | | **71.80** | | **$37,695.00** |

|  | Total Amount Due | $37,695.00 |
|---|---|---:|