# Exhibit B



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

| | | |
|---|---|---|
| **SHOOK HARDY AND BACON** | **Invoice No:** | **3021400** |
| JOHN LEWIS, JR, RECEIVER | Invoice Date: | 08/09/2023 |
| 600 TRAVIS ST, SUITE 3400 | Matter Number: | 33206.389768 |
| HOUSTON, TX 77002-2926 | Billing Attorney: | John Lewis Jr. |

**Summary of Invoice**

For Professional services and disbursements thru *July 31, 2023*

Lewis, John, Jr., Receiver - SEC vs. Mauricio Chavez, et al.

| | |
|---|---|
| Current Fees | $157,852.00 |
| Current Disbursements | 47,650.38 |
| | _____ |
| **Total Amount Due** | **$205,502.38** |

# REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after July 31, 2023 may not be reflected herein.



33206.389768  3021400  08/09/2023

## Invoice Detail

For Professional services and disbursements thru *July 31, 2023*

Lewis, John, Jr., Receiver - SEC vs. Mauricio Chavez, et al.

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| **SEC01** | **Asset Analysis** | | | |
| 04/03/23 | STV | Review responses to subpoena and confer with the team and Blocktrace re investor payments in crypto currency | 1.10 | $467.50 |
| 04/04/23 | STV | Call with real estate broker re appraisal of the Waller county Clear creek property | 0.20 | 85.00 |
| 04/04/23 | STV | Review case documents re payments in crypto and email with relevant investors | 0.80 | 340.00 |
| 04/04/23 | KKP | Draft Taffinder turnover letter. | 1.20 | 510.00 |
| 04/06/23 | STV | Confer with Gulfstream and Blocktrace re nano ledger access | 0.50 | 212.50 |
| 04/06/23 | CMG | Draft interview questions for Gabriel Torres. | 0.50 | 212.50 |
| 04/07/23 | STV | Review real estate records on Fort Bend county properties, call with title company on same, and email with counsel for Chavez and J. Gonzalez re transfer of the properties | 0.80 | 340.00 |
| 04/07/23 | STV | Emails with Chavez's counsel and team re nano ledger | 0.20 | 85.00 |
| 04/07/23 | ALTZ | Communicate with Ms. Themeli regarding a SalesForce image. | 0.10 | 42.50 |
| 04/07/23 | CMG | Revise interview questions for interview with Gabriel Torres. | 0.80 | 340.00 |
| 04/10/23 | STV | Review email re BTC payments to Chicago leaders and confer with the team re same | 0.20 | 85.00 |
| 04/13/23 | STV | Call with real estate broker re inspection of Mack Washington property | 0.30 | 127.50 |
| 04/14/23 | ALTZ | Communicate with Mr. Askue and Ms. Themeli regarding SalesForce access. | 0.10 | 42.50 |
| 04/14/23 | ALTZ | Verify renewed full access to SalesForce. | 0.20 | 85.00 |
| 04/17/23 | STV | Review third party records, finalize lis pendens and coordinate recording | 0.80 | 340.00 |
| 04/18/23 | STV | Call with Blocktrace re CryptoFX cryptocurrency transactions | 0.70 | 297.50 |
| 05/02/23 | ALTZ | Analyze SalesForce data to determine information regarding a CFX email account. | 0.20 | 85.00 |
| 05/02/23 | ALTZ | Communicate with Ms. Themeli regarding CFX email access. | 0.10 | 42.50 |
| 05/04/23 | STV | Emails with real estate broker re Clear creek property appraisal and listing | 0.20 | 85.00 |
| 05/05/23 | STV | Call with real estate broker re market analysis and | 1.40 | 595.00 |



33206.389768  3021400  08/09/2023

| | | | | |
|---|---|---|---|---|
| | | listing of the property and review appraisals of Creak creek property | | |
| 05/05/23 | STV | Confer with team analysis of defendants bank and other financial records | 0.20 | 85.00 |
| 05/09/23 | STV | Review market analysis on Clear Creek and confer with the Receiver team re listing of the property | 0.60 | 255.00 |
| 05/19/23 | STV | Call with BlockTrace regarding report and confer with the team re same | 0.80 | 340.00 |
| 05/24/23 | STV | Review emails with Blocktrace and revise status report on crypto currency tracing | 1.10 | 467.50 |
| 05/26/23 | ALTZ | Communicate with Ms. Themeli and Mr. Percy regarding producing copies of SalesForce. | 0.10 | 42.50 |
| 05/26/23 | ALTZ | Communicate with Mr. Percy regarding options for producing copies of the SalesForce data. | 0.10 | 42.50 |
| 05/30/23 | ALTZ | Communicate with Mr. Percy regarding additional options for producing copies of SalesForce. | 0.10 | 42.50 |
| 06/05/23 | STV | Review email re crypto wallets and confer with the team re Blocktrace analysis of additional accounts | 0.50 | 212.50 |
| 06/06/23 | ALTZ | Communicate with Ms. Themeli regarding the SalesForce data set. | 0.10 | 42.50 |
| 06/06/23 | STV | Confer with the team re receivership asset valuation and liquidation | 0.20 | 85.00 |
| 06/07/23 | ALTZ | Communicate with Mr. Percy regarding directions for alternative data transfer. | 0.10 | 42.50 |
| 06/07/23 | ALTZ | Communicate with Ms. Themili regarding issues with data transfer. | 0.10 | 42.50 |
| 06/07/23 | ALTZ | Communicate with Ms. Harris regarding issues with data transfer. | 0.10 | 42.50 |
| 06/07/23 | ALTZ | Resolve issues with data transfer. | 2.20 | 935.00 |
| 06/08/23 | ALTZ | Telephone conference with Mr. Percy regarding the data transfer details and issues. | 0.20 | 85.00 |
| 06/08/23 | ALTZ | Communicate with Mr. Percy regarding directions for data transfer. | 0.10 | 42.50 |
| 06/09/23 | STV | Call with S. Askue re Vargas demand for turn over of Receivership assets | 0.50 | 212.50 |
| 06/12/23 | CMG | Attend team strategy meeting to determine additional assets to pursue. | 0.50 | 212.50 |
| 06/14/23 | STV | Review personal property in the possession of the Receiver and coordinate value analysis | 0.90 | 382.50 |
| 06/15/23 | ALTZ | Communicate with Ms. Themeli regarding the SalesForce data. | 0.10 | 42.50 |
| 06/20/23 | CMG | Attend team strategy call to determine what assets to pursue next given cost to pursue them and value of the asset. | 0.50 | 212.50 |
| 06/22/23 | PEP | Analyze issues related to title for Mack Washington project. | 0.20 | 85.00 |
| 06/22/23 | PEP | Review most recent asset analysis from S. Askue for purposes of considering litigation strategy. | 0.20 | 85.00 |
| 06/22/23 | CMG | Evaluate possible avenues to seek recovery from PLS. | 1.20 | 510.00 |
| 06/23/23 | PEP | Review assets lined up for disposition by auction. | 0.20 | 85.00 |
| 06/26/23 | PEP | Attend to strategy for collecting and securing | 0.20 | 85.00 |



33206.389768  3021400  08/09/2023

| | | | | |
|---|---|---|---|---|
| | | computer, and subsequent analysis. | | |
| 06/26/23 | PEP | Analyze outstanding items associated with Chavez's prior counsel. | 0.20 | 85.00 |
| 06/26/23 | PEP | Communicate with John Sklar regarding computers in Mr. Chavez's custody. | 0.20 | 85.00 |
| 06/26/23 | CMG | Attend team strategy call to determine what assets to pursue next given cost to pursue them and value of the asset. | 0.70 | 297.50 |
| 06/27/23 | PEP | Attention to Chavez's personal property and communications with his counsel regarding turnover of same. | 0.40 | 170.00 |
| 06/28/23 | PEP | Analyze communications from Webster's auctions to Chavez counsel regarding missing items. | 0.20 | 85.00 |
| 06/29/23 | PEP | Further attention to Mack Washington sale. | 0.20 | 85.00 |
| **Subtotal for** SEC01 | | Asset Analysis | 23.40 | $9,945.00 |

### SEC02        Asset Disposition

| | | | | |
|---|---|---|---|---|
| 04/03/23 | STV | Confer with K. Powell re motion for sale of personal property and additional supporting documents; emails with real estate broker and title company re sale of 28 Lawrence property | 0.60 | $255.00 |
| 04/06/23 | STV | Email with Coinbase re liquidation of additional account and Mike Poutous re sales of cars | 0.20 | 85.00 |
| 04/07/23 | STV | Call with real estate broker re appraisal of Mack Washington property and Fort Bend properties; email with car dealer re sale of automobiles | 0.50 | 212.50 |
| 04/09/23 | STV | Revise motion for sale of personal property and confer with K. Powell re same | 0.50 | 212.50 |
| 04/10/23 | KKP | Draft receiver's motion to sell vehicles. | 0.50 | 212.50 |
| 04/10/23 | KKP | Confer w/ S. Themeli and M. poutus regarding title to vehicles and outstanding liens. | 0.20 | 85.00 |
| 04/17/23 | KKP | Assist with closing documents for 28 Lawrence Marshall. | 0.20 | 85.00 |
| 04/17/23 | KKP | Confer with M. Poutous regarding sell of vehicles and court order. | 0.10 | 42.50 |
| 04/20/23 | KKP | Email M. Poutus regarding title for Mercedes vehicle. | 0.10 | 42.50 |
| 05/01/23 | STV | Email with M. Poutous re sale of BMW | 0.20 | 85.00 |
| 05/04/23 | STV | Emails and call with M. Poutous re sale of VW and BMW and titles; confer with the Receiver re same | 0.80 | 340.00 |
| 05/08/23 | STV | Confer with team re sale of VW and check | 0.20 | 85.00 |
| 05/12/23 | STV | Review spreadsheet of Chavez's personal property requested by Receiver to be turned over and confer with P. Flack re same | 0.30 | 127.50 |
| 05/12/23 | STV | Emails with real estate broker re listing agreement for Clear Creak property | 0.20 | 85.00 |
| 05/15/23 | STV | Emails with P. Flack and Billy Webster re Chavez's personal property turnover and sale | 0.30 | 127.50 |
| 05/16/23 | STV | Review listing agreement for Clear Creek property and confer with real estate agent and Receiver re same | 0.40 | 170.00 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/23 | STV | Coordinate review of additional personal property to be liquidated by Webster | 0.40 | 170.00 |
| 05/17/23 | STV | Emails and call with Kelsey Morris, real estate agent | 0.30 | 127.50 |
| 05/17/23 | STV | Prepare letter to Webster's re sale of personal property | 0.20 | 85.00 |
| 05/17/23 | STV | Review email by prospective buyer of BMW and respond to same; email with Poutous re lien | 0.20 | 85.00 |
| 05/18/23 | STV | Email with M. Poutous re inspection of BMW | 0.10 | 42.50 |
| 05/23/23 | STV | Call with Mike Poutous and emails with the team re pay off and sale of BMW and sale of Mercedes | 0.30 | 127.50 |
| 05/24/23 | STV | Review list of Chavez personal property to be liquidated and confer with Webster and P. Flack re same | 0.30 | 127.50 |
| 06/05/23 | STV | Email with Mike Poutous re clear title on BMW and sales of the vehicles | 0.10 | 42.50 |
| 06/13/23 | STV | Follow up with real estate broker, Websters and Michael Poutous re sale of real estate and sale of Receivership personal property | 0.40 | 170.00 |
| 06/23/23 | PEP | Confer with B. Webster regarding items needed for auction. | 0.20 | 85.00 |
| 06/23/23 | PEP | Various communication with real estate team regarding potential sale of Mack Washington property. | 0.40 | 170.00 |
| **Subtotal for** SEC02 | | Asset Disposition | 8.20 | $3,485.00 |

| SEC04 | Case Admin | | | |
|---|---|---|---|---|
| 04/03/23 | STV | Email with NY and Connecticut counsel re filing of the notice of receivership and coordinate service. | 0.40 | $170.00 |
| 04/03/23 | KKP | No bill--draft fee app. | 3.00 | No Charge |
| 04/03/23 | KKP | Internal team call with G. Hayes, J. Lewis, S. Themeli, C. Geiser regarding upcoming deadlines and outstanding tasks. | 0.90 | 382.50 |
| 04/03/23 | STV | Review invoice by Rapp&Krock and confer with the Receiver and team re same; confer with team re additional calls from investors | 0.60 | 255.00 |
| 04/03/23 | STV | Review documents to be produced in response to Chavez request for documents; confer with A. Tanner re Salesforce accounts | 1.50 | 637.50 |
| 04/03/23 | CMG | Attend weekly team call to determine outstanding action items for this week. | 0.90 | 382.50 |
| 04/04/23 | KKP | No bill-draft fee application. | 3.00 | No Charge |
| 04/05/23 | KKP | No bill--draft fee app. | 3.00 | No Charge |
| 04/05/23 | STV | Review defendants' bank records and confer with the team re same; confer with e-discovery team re CFX devices and status of collection; confer with the team re crypto currency investments and coordinate follow up with investors; follow up with counsel for IS re document requests; confer with the team documents requested by title company on 28 Lawrence; coordinate additional case management tasks | 3.80 | 1,615.00 |



33206.389768  3021400  08/09/2023

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/23 | STV | Review emails with investors and respond to same | 0.20 | 85.00 |
| 04/09/23 | STV | Coordinate review of investor information and confer with Illinois secretary of state | 0.30 | 127.50 |
| 04/10/23 | STV | Review Flack invoices and follow up re payment; coordinate payment of GB. | 0.40 | 170.00 |
| 04/10/23 | STV | Call with Plateau Wild Life Management re valuation application for Mack Washington property and related tasks, review application and affidavit and coordinate execution | 0.60 | 255.00 |
| 04/10/23 | STV | Review investor information and email with Il SOS re same | 0.20 | 85.00 |
| 04/11/23 | STV | Call with real estate broker re Mack Washington property; review Wild Life Management tasks and confer with the Receiver re same. | 0.80 | 340.00 |
| 04/11/23 | STV | Analysis of company documents and supplement and revise motion to compel | 2.50 | 1,062.50 |
| 04/12/23 | STV | Emails with counsel for CFX leaders; confer with the Receiver re agreement with Plateau and other Receivership administration issues; coordinate research on additional CFX leaders; prepare D&C letter | 1.70 | 722.50 |
| 04/14/23 | STV | Call with G. Hays re crypto transactions, subpoenas and report; review deposition testimony and analysis of claims against third parties; review transaction information from CFX leader; confer with Plateau Wild Life management re Receiver's affidavit | 1.20 | 510.00 |
| 04/14/23 | STV | Confer with the team re subpoena responses from crypto currency platforms | 0.30 | 127.50 |
| 04/17/23 | STV | Revise subpoenas and demand letters to leaders; review case documents; call and email with Chicago leaders; review closing documents for the sale of Waller county property; email with counsel for A.M. CFX employee re depositions scheduling; review email from Chavez's counsel re request for turn over of personal property. | 1.10 | 467.50 |
| 04/17/23 | STV | Prepare for and attend strategy call with the receiver and the team | 0.50 | 212.50 |
| 04/17/23 | STV | Review case documents to investigate claims against third parties | 0.80 | 340.00 |
| 04/18/23 | STV | Analysis of deposition testimony and company records in preparation for supplementation of motion to compel and Ponzi report | 2.20 | 935.00 |
| 04/18/23 | STV | Email correspondence with counsel for CFX employees, call with Webster re sale of personal property; coordinate review of inventory; emails with title company re closing of sale; | 0.50 | 212.50 |
| 04/19/23 | STV | Call with counsel CA CFX leaders | 0.20 | 85.00 |
| 04/21/23 | STV | Revise and supplement Motion to compel and affidavit in support thereof | 1.50 | 637.50 |
| 04/22/23 | STV | NO BILL Review SEC billing guidelines and revise Fee application | 2.20 | No Charge |
| 04/24/23 | STV | Review final application re property valuation by | 0.50 | 212.50 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Plateau Wild Life management and confer with Shane Davis re same | | |
| 04/24/23 | STV | Review email and chart on cryptocurrency transactions prepared by Blocktrace and coordinate preparation of additional subpoenas. | 1.30 | 552.50 |
| 04/25/23 | STV | Confer with team re Chavez's request to modify order; call with counsel for SEC; review Wild Management plan and finalize same; confer with Plateau to filing of the plan; call with e-discovery team re document collection; emails with M. Poutous re sales of BMW; call and email with Santander Bank re note on BMW; call with American express re response to subpoena | 2.50 | 1,062.50 |
| 04/25/23 | STV | NO BILL - Revise pro formas in preparation for drafting fee application | 2.90 | No Charge |
| 04/26/23 | STV | NO BILL - Revise pro formas in preparation for fee application | 0.30 | No Charge |
| 04/26/23 | STV | Review case documents, supplement receiver's third report, confer with Pugh Accardo regarding their invoice; confer with the team re updates on Receiver website and investor tracking; revise subpoenas to cryptocurrency platforms; call wth Greg Hays re Receiver's third interim report | 2.50 | 1,062.50 |
| 04/26/23 | STV | Review documents produced by Rapp& Krock, privilege log, and invoice and confer with the Receiver and Rapp & Krock them re same | 0.80 | 340.00 |
| 04/27/23 | STV | Research SwitChain cryptocurrency exchange and confer with Hays group and Blocktrace transactions on subpoena to the same | 0.70 | 297.50 |
| 04/28/23 | STV | Coordinate update to Receiver's website; email with SwitChain crypto exchange re subpoena requesting documents; prepare exhibits to third report | 0.40 | 170.00 |
| 04/30/23 | STV | Review and revise analysis of report by Blocktrace re tracing of cryptocurrency transactions | 0.50 | 212.50 |
| 05/01/23 | STV | Prepare for and meet with the Receiver and Hays team re upcoming deadlines and case tasks, discuss case strategy | 1.20 | 510.00 |
| 05/01/23 | STV | Emails with counsel for Colony Ridge Land; coordinate research on additional CFX leader (J. Torres) and preparation of demand letter; analysis of company documents in preparation for interview with CFX employees AM and OM; review email from investors | 2.10 | 892.50 |
| 05/04/23 | STV | Confer with the team re new tasks and upcoming deadlines | 0.80 | 340.00 |
| 05/04/23 | STV | No BILL -- revise and supplement Receiver's fee application | 5.90 | No Charge |
| 05/05/23 | CAU | Discuss interview strategy with supervisor for a future interview with ER; draft correspondence for ER in foreign language; send correspondence to ER. | 0.50 | 212.50 |
| 05/05/23 | STV | Email with Louisiana investor | 0.10 | 42.50 |



33206.389768  3021400  08/09/2023

| 05/05/23 | STV | Call and emails with e-discovery team documents and Relativity | 0.30 | 127.50 |
|---|---|---|---|---|
| 05/05/23 | STV | Emails with counsel for Connecticut investors | 0.20 | 85.00 |
| 05/05/23 | STV | Review email from immigration group and coordinate preparation of additional demand and cease and desist letters | 0.30 | 127.50 |
| 05/05/23 | STV | Review email and wire transfer from CFX Boston investor | 0.20 | 85.00 |
| 05/08/23 | STV | Confer with the team re following up on demand letters | 0.20 | 85.00 |
| 05/08/23 | LJG | Research to obtain background report on individual for Mia Fleming. | 0.10 | 18.00 |
| 05/09/23 | STV | Emails with counsel for CFX leader SR. | 0.20 | 85.00 |
| 05/10/23 | YKR | Draft summary and analysis of the information recorded on CFX leaders' spreadsheets based on a review of the recorded interview of Ana Munoz. | 2.10 | 892.50 |
| 05/10/23 | YKR | Review and analyze interview of Ana Munoz and draft a summary of the interview based on such review. | 2.20 | 935.00 |
| 05/10/23 | YKR | Draft summary and analysis of the operations of the CFX office at Blalock based on a review of the interview of Ana Munoz. | 2.00 | 850.00 |
| 05/11/23 | CAU | Discuss interview strategy with supervisor for a future interview with SV; correspond with SV regarding interview tomorrow; correspond with EG regarding a future interview. | 1.00 | 425.00 |
| 05/11/23 | STV | Coordinate analysis of interview with CFX employee with Y. Rashad; coordinate interviews with CFX leaders; coordinate payment of invoices; | 0.70 | 297.50 |
| 05/12/23 | CAU | Prepare for and conduct interview with SV; draft and organize notes that were uploaded to file system; discuss interview with Sonila T. | 2.70 | 1,147.50 |
| 05/12/23 | STV | Coordinate research on additional leaders; research on third party assets and lis pendens | 0.40 | 170.00 |
| 05/12/23 | STV | Prepare for interview with CFX leader SV and conduct interview | 2.70 | 1,147.50 |
| 05/12/23 | YKR | Draft summary and description of CFX leaders identified by Ana Munoz in her interview to include in interview summary. | 1.90 | 807.50 |
| 05/12/23 | YKR | Draft summary and description of CFX contacts identified by Ana Munoz in her interview to include in the interview summary. | 2.60 | 1,105.00 |
| 05/12/23 | YKR | Draft introduction and background section to include in the Ana Munoz interview summary. | 1.90 | 807.50 |
| 05/12/23 | YKR | Draft summary and analysis of the accounting department at CFX's office in Houston to include based on a review of the recorded interview of Ana Munoz. | 3.20 | 1,360.00 |
| 05/15/23 | STV | Prepare for and conduct weekly strategy call with the receiver and the team | 1.00 | 425.00 |
| 05/15/23 | YKR | Revise section in written summary of Ana Munoz's interview containing discussion and analysis of the | 2.30 | 977.50 |



33206.389768  3021400  08/09/2023

| | | | | |
|---|---|---|---|---|
| | | process of opening new investor contracts at CFX. | | |
| 05/15/23 | YKR | Research procedural requirements for filing lis pendens in Illinois and draft summary of same. | 0.90 | 382.50 |
| 05/15/23 | YKR | Revise section in written summary of Ana Munoz's interview containing discussion and analysis of the process of calculating elite bonuses. | 2.30 | 977.50 |
| 05/16/23 | CAU | Attempt to contact investor through numerous communication means based updated contact information. | 0.30 | 127.50 |
| 05/16/23 | STV | Review email and investor documents including cashier's check made to Luxury Real estate from CFX investor and confer with the team re same | 0.30 | 127.50 |
| 05/16/23 | STV | Confer with the team re status call; email with M. Poutous re payoff of BMW; call with Chicago investor; emails with Flack and Webster re pick of personal property. | 0.60 | 255.00 |
| 05/16/23 | YKR | Revise analysis of CFX accounting operations in written summary of Ana Munoz's interview. | 2.90 | 1,232.50 |
| 05/16/23 | YKR | Review audio recording of Cindy Mezomo's interview to determine process for opening new contracts at the CFX office in Houston. | 1.90 | 807.50 |
| 05/16/23 | YKR | Review audio recorded interview of Cindy Mezomo to determine accounting operations at CFX. | 2.20 | 935.00 |
| 05/17/23 | CAU | Conduct interview with JA based on correspondence with JA; update internal records based on JA correspondence; discuss future strategy with supervisor in view of JA interview. | 0.60 | 255.00 |
| 05/17/23 | STV | Confer with the team re recording of additional emails from investors; confer with C. Udave re call with investor. | 0.40 | 170.00 |
| 05/17/23 | STV | Attention to payment of Salesforce invoice | 0.10 | 42.50 |
| 05/17/23 | YKR | Revise written summary of Ana Munoz interview to include banking and crypto wallet information for Ana and Olegario Munoz. | 1.40 | 595.00 |
| 05/17/23 | YKR | Draft summary and analysis of the accounting department at CFX's office in Houston based on a review of the Cindy Mezomo interview. | 2.80 | 1,190.00 |
| 05/18/23 | STV | Emails with counsel for Ana Munoz, confer with the team re CFX emails | 0.30 | 127.50 |
| 05/19/23 | STV | Call with Y. Rashad re analysis of interviews with leaders and CFX employees and other case management tasks with the team | 0.60 | 255.00 |
| 05/19/23 | YKR | Correspond with counsel for Ana Munoz and Olegario Munoz to schedule meeting in order to gain access to CFX Google drive containing leader spreadsheets and other company documents. | 0.20 | 85.00 |
| 05/19/23 | YKR | Draft summary and analysis of the operations of the CFX office in Chicago based on a review of the recorded interview of Ismael Sanchez. | 2.40 | 1,020.00 |
| 05/19/23 | YKR | Review audio recorded interview of Ismael Sanchez to determine the establishment of the CFX office in Chicago. | 2.20 | 935.00 |



33206.389768 3021400 08/09/2023

| 05/22/23 | CAU | Correspond with ER to schedule upcoming interview and answer preliminary questions; correspond with Sonila regarding strategy for interview. | 0.40 | 170.00 |
|---|---|---|---|---|
| 05/22/23 | STV | Call and email with Code Red security systems and confer with the team re CCTV system at Blalock, coordinate subpoena to the same | 0.50 | 212.50 |
| 05/22/23 | STV | Skim documents produced by CFX Leader | 0.60 | 255.00 |
| 05/22/23 | STV | Coordinate updates to Receiver's website | 0.10 | 42.50 |
| 05/22/23 | STV | Emails with the team and counsel for Chavez re Hair Salon lease agreement | 0.20 | 85.00 |
| 05/22/23 | STV | Coordinate with the e-discovery team re production of documents and CFX passwords | 0.20 | 85.00 |
| 05/22/23 | YKR | Review audio recorded interview of Cindy Mezomo and draft a summary and analysis of the CFX accounting operations identified in the interview. | 3.00 | 1,275.00 |
| 05/22/23 | YKR | Revise written summary of Cindy Mezomo interview to include individuals identified at the Blalock office at the time of closure. | 2.20 | 935.00 |
| 05/22/23 | YKR | Discuss strategy and status for motion to compel and prepare for upcoming call with the SEC with S. Themeli, J. Lewis, S. Askue. | 1.00 | 425.00 |
| 05/23/23 | CAU | Correspond with CB to schedule upcoming interview and answer preliminary questions; correspond with Sonila regarding strategy for interview. | 0.40 | 170.00 |
| 05/23/23 | STV | Review information on NJ CFX leader and coordinate demand letter | 0.30 | 127.50 |
| 05/23/23 | STV | Call and email with C. Bustamante, CFX leader in Atlanta and coordinate follow up call | 0.30 | 127.50 |
| 05/23/23 | STV | Coordinate update of case management charts; review analysis of calls with CFX employees and leaders prepared by Y. Rashad; revise demand letters and subpoenas | 0.80 | 340.00 |
| 05/23/23 | STV | Review email from FIEL group re CFX leaders | 0.20 | 85.00 |
| 05/23/23 | YKR | Draft summary and analysis of the process for opening new contracts for out of state leaders based on a review of the recorded interview of Ismael Sanchez. | 2.20 | 935.00 |
| 05/23/23 | YKR | Draft summary and analysis of the process for calculating elite bonuses for CFX leaders based on a review of the recorded interview of Ismael Sanchez. | 1.70 | 722.50 |
| 05/23/23 | YKR | Revise summary and analysis of CFX operations in Chicago based on a review of the recorded interview of Ismael Sanchez. | 1.30 | 552.50 |
| 05/23/23 | YKR | Draft summary and analysis of the relationship between the CFX office in Houston and the CFX office in Chicago based on a review of the recorded interview of Ismael Sanchez. | 2.40 | 1,020.00 |
| 05/24/23 | STV | Call with M. Fleming re updates to case management documents and additional document review | 0.40 | 170.00 |
| 05/24/23 | YKR | Revise written summary of Ismael Sanchez | 0.60 | 255.00 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | interview per edits from S. Themeli. | | |
| 05/24/23 | YKR | Draft summary and analysis of the income generated in CFX's Chicago office based on a review of the recorded interview of Ismael Sanchez. | 1.90 | 807.50 |
| 05/24/23 | YKR | Revise written summary of Ana Munoz's interview per additional edits from S. Themeli. | 0.30 | 127.50 |
| 05/24/23 | YKR | Draft summary and analysis of leader spreadsheets for out of state leaders at CFX based on a review of the recorded interview of Ismael Sanchez. | 2.50 | 1,062.50 |
| 05/24/23 | YKR | Correspond with M. Fleming to prepare subpoenas and demand letters to several CFX leaders. | 0.70 | 297.50 |
| 05/24/23 | YKR | Revise written summary of Cindy Mezomo interview per edits from S. Themeli. | 0.70 | 297.50 |
| 05/25/23 | STV | Skim documents produced by CFX leaders and prepare correspondence to counsel for OT and MS. | 0.80 | 340.00 |
| 05/25/23 | CAU | Correspond with Sonila and Yara regarding interview summaries for interviews with RZ, GC, SV, IS, SA, RT; review preliminary interview summary notes. | 0.40 | 170.00 |
| 05/25/23 | YKR | Attend call with SEC to discuss status of litigation and development of evidence. | 1.10 | 467.50 |
| 05/26/23 | STV | Confer with C. Udave re call with CFX employee, E. R. | 0.30 | 127.50 |
| 05/26/23 | STV | Prepare for and conduct call with CB and SM, CFX leaders, supplement summary of the call prepared by C. Udave and coordinate follow up requests for documents and updates to the leaders chart | 1.20 | 510.00 |
| 05/26/23 | STV | Skim documents produced by CFX leader S. R., follow up with counsel on same; update case management documents; confer with SEC counsel re case documents; call with the team re issuing additional deposition subpoenas and demand letters; review list of investors contacting Receiver | 0.80 | 340.00 |
| 05/26/23 | CAU | Attempt to reach out to ER via numerous methods to conduct interview at a time agreed to by ER; correspond with Sonila regarding interview summaries requested by SEC. | 0.50 | 212.50 |
| 05/26/23 | CAU | Correspond with Sonila and prepare for interview with CB; conduct detailed interview with CB and EA; memorialize and summarize notes from interview; internally distribute notes; draft and send detailed email in Spanish and English to CB, EA, and S based on correspondence with Sonila. | 2.80 | 1,190.00 |
| 05/26/23 | YKR | Correspond with S. Themeli and M. Fleming regarding status of subpoenas and demand letters to CFX leaders and responses to same. | 0.50 | 212.50 |
| 05/27/23 | CAU | Draft SEC report based on RZ interview. | 1.50 | 637.50 |
| 05/30/23 | CAU | Draft and finalize a preliminary draft of SEC report based on RT interview. | 2.60 | 1,105.00 |
| 05/30/23 | CAU | Draft and finalize a preliminary draft of SEC report based on RZ interview. | 5.10 | 2,167.50 |
| 05/30/23 | YKR | Correspond with L. Percy regarding production of | 0.50 | 212.50 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Salesforce data. | | |
| 05/30/23 | YKR | Review and analyze master crypto address list in preparation for upcoming conference with the SEC. | 0.60 | 255.00 |
| 05/30/23 | LJG | Research to obtain background check on individual for Mia Fleming. | 0.30 | 54.00 |
| 05/30/23 | YKR | Correspond with counsel for Ana and Olegario Munoz regarding access to CFX Google drive and CFX issued cellphone and laptop. | 0.30 | 127.50 |
| 05/31/23 | CAU | Draft and finalize a preliminary draft of SEC report based on SA interview, as requested by SEC. | 2.10 | 892.50 |
| 05/31/23 | CAU | Per voice mails from RQ and ER, reach out to RQ and ER to set up time for a formal interview. | 0.40 | 170.00 |
| 05/31/23 | YKR | Draft emails to CFX leaders in New Jersey requesting interviews of same. | 0.70 | 297.50 |
| 05/31/23 | YKR | Meet with Ana Munoz and counsel to change the password to CFX Google drive account in order to gain access to CFX company documents. | 0.60 | 255.00 |
| 06/01/23 | CAU | Draft and finalize a preliminary draft of SEC report based on SV interview; correspond with Yara regarding finalizing all four SEC reports. | 7.10 | 3,017.50 |
| 06/01/23 | YKR | Review and analyze data collected from CFX Google drive. | 2.00 | 850.00 |
| 06/01/23 | YKR | Correspond with counsel for Ana Munoz and Olegario Munoz regarding CFX google accounts in order to gain access to CFX financial information and records. | 0.40 | 170.00 |
| 06/01/23 | YKR | Correspond with New Jersey investors requesting call to discuss CFX operations in New Jersey. | 0.40 | 170.00 |
| 06/01/23 | YKR | Revise summaries of interviews with CFX leaders to share with the SEC. | 1.20 | 510.00 |
| 06/01/23 | YKR | Meet with counsel for Ana and Olegario Munoz to gain access to CFX google accounts. | 0.60 | 255.00 |
| 06/02/23 | CAU | Per Sonila's request, correspond with RQ regarding involvement in CrytpoFX; update internal records regarding RQ's information. | 0.30 | 127.50 |
| 06/02/23 | YKR | Draft subpoenas for the production of documents to various leaders at CFX who have provided no response to demand letters. | 2.70 | 1,147.50 |
| 06/02/23 | YKR | Draft demand letters to CFX leaders for production of documents and deposition testimony. | 2.20 | 935.00 |
| 06/05/23 | CAU | Further review and finalize SEC reports for RZ, SV, SA, RT based on Yara's review; submit SEC reports to Sonila for review; correspond with Sonila regarding future interviews. | 0.80 | 340.00 |
| 06/05/23 | STV | Revise and supplement analysis of interviews with CFX leaders | 0.80 | 340.00 |
| 06/05/23 | STV | Email with counsel for SEC re Salesforce data production | 0.20 | 85.00 |
| 06/05/23 | YKR | Revise demand letter to Juan Gomez requesting production of documents and deposition testimony. | 1.90 | 807.50 |
| 06/05/23 | YKR | Revise interview summary of Roberto Zavala per edits from S. Themeli. | 1.30 | 552.50 |



33206.389768  3021400  08/09/2023

| 06/05/23 | YKR | Discuss discovery of assets, status of asset collection, and financial tracing of crypto currency during call with J. Lewis, S. Themeli, and S. Askue. | 1.00 | 425.00 |
|---|---|---|---|---|
| 06/06/23 | CAU | Review documentation that we requested and that SA provided; translate correspondence from SA and distribute to internal team. | 0.50 | 212.50 |
| 06/06/23 | CAU | Review documents requested and sent over by CB; internally correspond regarding future request for more documents from CB. | 0.40 | 170.00 |
| 06/06/23 | STV | Revise and supplement analysis of interviews with CFX leaders | 0.70 | 297.50 |
| 06/06/23 | YKR | Continue drafting demand letters for various CFX leaders requesting documents and deposition testimony. | 2.40 | 1,020.00 |
| 06/06/23 | YKR | Correspond with library regarding Accurint reports on various CFX leaders which list the address and phone numbers for such leaders. | 0.50 | 212.50 |
| 06/06/23 | YKR | Revise draft interview summary of Sulay Aguado per edits from S. Themeli to share with the SEC at upcoming meeting. | 1.20 | 510.00 |
| 06/06/23 | YKR | Revise draft interview of Saul Varella per edits from S. Themeli. | 0.90 | 382.50 |
| 06/06/23 | YKR | Revise summary of Rosa Terran interview per edits from S. Themeli. | 1.30 | 552.50 |
| 06/07/23 | CAU | Further finalize SEC reports for RZ, SA, and RT; correspond with ER to try to schedule interview; correspond with SA regarding spreadsheets provided. | 3.70 | 1,572.50 |
| 06/07/23 | STV | Prepare for and interview CFX employee/volunteer E.R.  and confer with the team re follow up matters | 1.30 | 552.50 |
| 06/07/23 | STV | Review documents produced by S.A., CFX leader, attention to payment of monthly allowance to Benvenuto; update Receivership website with new property sale. | 0.40 | 170.00 |
| 06/07/23 | YKR | Interview Elizabeth Reyes regarding her involvement with CFX and CFX operations. | 2.40 | 1,020.00 |
| 06/07/23 | YKR | Draft summary of Elizabeth Reyes interview. | 2.90 | 1,232.50 |
| 06/07/23 | YKR | Correspond with E. Reyes regarding production of CFX documents and request for further information regarding CFX operations. | 0.40 | 170.00 |
| 06/08/23 | STV | Supplement litigation plan | 0.80 | 340.00 |
| 06/08/23 | STV | Review documents produced by SA and ER, CFX leaders | 0.40 | 170.00 |
| 06/08/23 | STV | Confer with SEC counsel re case documents and information; coordinate preparation of deposition subpoenas | 0.40 | 170.00 |
| 06/08/23 | YKR | Revise interview summary of Rosa Teran per additional edits from S. Themeli. | 0.90 | 382.50 |
| 06/08/23 | YKR | Implement revisions to interview summaries of R. Zavala, R. Teran, S. Aguado, and S. Varela and finalize to be sent to the SEC. | 1.50 | 637.50 |
| 06/08/23 | YKR | Review and analyze documents produced by E. | 1.40 | 595.00 |



33206.389768  3021400  08/09/2023

| | | | | |
|---|---|---|---|---|
| | | Reyes following interview. | | |
| 06/08/23 | YKR | Correspond with E. Reyes regarding production of CFX documents following interview. | 0.30 | 127.50 |
| 06/08/23 | YKR | Revise interview summary of S. Varela per additional edits from S. Themeli. | 0.80 | 340.00 |
| 06/08/23 | YKR | Continue to revise summary of S. Aguado per supplemental edits from S. Themeli. | 0.90 | 382.50 |
| 06/08/23 | YKR | Continue to revise summary of R. Zavala per edits from S. Themeli. | 0.90 | 382.50 |
| 06/09/23 | YKR | Draft demand letter to M. Fuentes requesting production of CFX related documents and deposition testimony regarding CFX involvement. | 1.30 | 552.50 |
| 06/09/23 | PEP | Analyze initial documents for background information and internal workup. | 0.60 | 255.00 |
| 06/09/23 | YKR | Draft subpoena for M. Bucceo for the production of documents and deposition testimony as a follow-up to previously issued demand letter. | 1.30 | 552.50 |
| 06/09/23 | YKR | Draft demand letter to Raul Vasquez requesting production of CFX documents and deposition testimony. | 1.40 | 595.00 |
| 06/09/23 | YKR | Draft demand letter to Antonio Yennez requesting production of CFX documents and deposition testimony. | 1.20 | 510.00 |
| 06/09/23 | YKR | Draft subpoena to Omar Chavez requesting documents and deposition testimony as a follow-up to previously issued demand letter. | 0.90 | 382.50 |
| 06/09/23 | YKR | Draft subpoena to J. Galarza requesting documents and deposition testimony. | 1.00 | 425.00 |
| 06/09/23 | YKR | Draft subpoena to Juan Gomez requesting production of documents and deposition testimony. | 1.20 | 510.00 |
| 06/12/23 | STV | Confer with Y. Rashad re follow up calls with sales people; confer with e-discovery team re status of document | 0.50 | 212.50 |
| 06/12/23 | YKR | Call with I. Oviedo regarding receivership order in response to inquiry from her regarding same. | 0.40 | 170.00 |
| 06/12/23 | YKR | Discuss case strategy and fact development with J. Lewis, S. Askue, G. Hayes and S. Themeli. | 0.60 | 255.00 |
| 06/12/23 | YKR | Draft summary of call with J. Lewis, P. Pritchett, S. Askue, G. Hays, and M. Fleming and circulate to the receivership team for comment and follow up. | 0.60 | 255.00 |
| 06/13/23 | YKR | Draft summary of the interview of Gloria Castaneda. | 3.70 | 1,572.50 |
| 06/13/23 | YKR | Review and analyze recorded interview of Gloria Castaneda. | 2.30 | 977.50 |
| 06/14/23 | STV | Call with P Pritchet re case status and litigation strategy | 1.10 | 467.50 |
| 06/14/23 | STV | Call with investor Maria E. | 0.20 | 85.00 |
| 06/14/23 | PEP | Further analysis of upcoming action items. | 1.30 | 552.50 |
| 06/14/23 | YKR | Continue drafting interview summary of Gloria Castaneda. | 0.80 | 340.00 |
| 06/14/23 | YKR | Revise interview summary of G. Castaneda to be sent to SEC. | 1.50 | 637.50 |
| 06/15/23 | YKR | Draft summary of conference with SEC and circulate | 0.60 | 255.00 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | same. | | |
| 06/15/23 | YKR | Discuss strategy for expansion of receivership and turnover of real property with J. Lewis, S. Askue, C. Geiser, and P. Pritchett. | 1.00 | 425.00 |
| 06/15/23 | PEP | Participate in call with SEC regarding status of investigation. | 1.00 | 425.00 |
| 06/15/23 | PEP | Analyze various issues related to Blocktrace analysis in advance of call with SEC. | 1.00 | 425.00 |
| 06/15/23 | YKR | Conference with SEC regarding Blocktrace analysis and status of asset recovery. | 1.00 | 425.00 |
| 06/16/23 | CAU | Correspond with ER regarding documentation provided; review documentation; internally correspond regarding future document requests. | 0.40 | 170.00 |
| 06/16/23 | STV | Correspondence with counsel for Chavez and Webster re sale of personal property. | 0.20 | 85.00 |
| 06/16/23 | STV | NO BILL Finalize Receiver's second fee application and coordinate filing | 0.50 | No Charge |
| 06/19/23 | YKR | Draft demand letter to Julio Taffinder's children for turnover of funds received from Mauricio Chavez. | 2.30 | 977.50 |
| 06/20/23 | YKR | Correspond with property listing agent regarding sale of real property. | 0.40 | 170.00 |
| 06/20/23 | YKR | Discuss status of asset recovery and expansion of receivership on call with J. Lewis, P. Pritchett, and S. Askue. | 0.60 | 255.00 |
| 06/20/23 | YKR | Revise draft subpoenas and finalize for mailing. | 1.10 | 467.50 |
| 06/21/23 | YKR | Create spreadsheet tracking status of correspondences sent to CFX investors. | 2.80 | 1,190.00 |
| 06/21/23 | YKR | Discuss strategy of asset recovery with P. Pritchett. | 0.50 | 212.50 |
| 06/22/23 | YKR | Create spreadsheet tracking status of correspondences sent to leaders at CFX and responses to same. | 1.60 | 680.00 |
| 06/26/23 | CAU | Correspond with ER; correspond with Yara and internal team regarding documents sent by ER. | 0.30 | 127.50 |
| 06/26/23 | PEP | Review status of various action items for purposes of ensuring items are being advanced.. | 0.70 | 297.50 |
| 06/26/23 | YKR | Meet with J. Lewis, P. Pritchett, S. Askue, G. Hayes to discuss status of case and recovery of assets. | 1.00 | 425.00 |
| 06/27/23 | PEP | Review cast of characters for identification of key personnel. | 0.30 | 127.50 |
| 06/30/23 | YKR | Revise section of case tracker with updates to correspondences issued to CFX leaders. | 2.30 | 977.50 |
| **Subtotal for** SEC04 | | Case Admin | 247.60 | $96,292.00 |

**SEC05**    **Claims Admin**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/15/23 | CMG | Attend team meeting to determine additional third parties to send demands to. | 1.30 | $552.50 |
| 06/28/23 | PEP | Confer with victim regarding claims submissions. | 0.20 | 85.00 |
| **Subtotal for** SEC05 | | Claims Admin | 1.50 | $637.50 |



33206.389768  3021400  08/09/2023

### SEC08 — Business Analyis

| | | | | |
|---|---|---|---|---|
| 04/03/23 | CAU | Correspond with investor JoAnna Luna regarding receivership case; correspond with supervisor regarding interview strategy. | 0.40 | $170.00 |
| 04/26/23 | | Mia Fleming (CHI): Research on international company Switchain | 1.00 | 180.00 |
| **Subtotal for** SEC08 | | Business Analyis | 1.40 | $350.00 |

### SEC10 — Data Analysis

| | | | | |
|---|---|---|---|---|
| 04/03/23 | LWP | Provide matter-specific database, document and case team support. | 0.60 | $108.00 |
| 04/05/23 | LWP | Provide matter-specific database, document and case team support. | 0.30 | 54.00 |
| 04/12/23 | LWP | Provide matter-specific database, document and case team support. | 0.70 | 126.00 |
| 04/25/23 | LWP | Provide matter-specific database, document and case team support. | 0.80 | 144.00 |
| 05/05/23 | LWP | Provide matter-specific database, document and case team support. | 0.70 | 126.00 |
| 05/08/23 | LWP | Provide matter-specific database, document and case team support. | 0.50 | 90.00 |
| 05/22/23 | LWP | Provide matter-specific database, document and case team support. | 0.40 | 72.00 |
| 05/23/23 | LWP | Provide matter-specific database, document and case team support. | 0.40 | 72.00 |
| 06/08/23 | LWP | Provide matter-specific database, document and case team support. | 0.30 | 54.00 |
| 06/15/23 | LWP | Provide matter-specific database, document and case team support. | 0.40 | 72.00 |
| **Subtotal for** SEC10 | | Data Analysis | 5.10 | $918.00 |

### SEC11 — Status Reports

| | | | | |
|---|---|---|---|---|
| 05/01/23 | STV | Incorporate Receiver's and team's comments on the Receiver's report, prepare exhibits and coordinate filing of the same | 0.90 | $382.50 |
| 05/01/23 | STV | Revise and supplement Receiver's third interim report | 0.60 | 255.00 |
| 05/02/23 | MDD | Mia Fleming (CH): Research to obtain a background report for Juan Efrain Torres in Texas. | 0.20 | 36.00 |
| 05/16/23 | MDD | Mia Fleming (CH): Research to identify and obtain background reports for Hellen Interano, Gabriel Gonzales, Rina Mendieta and Juan Puac. | 1.00 | 180.00 |
| 06/06/23 | MDD | Mia Fleming (CH): Research to try to identify and obtain background reports for 4 individuals in Houston, TX. | 1.00 | 180.00 |
| **Subtotal for** SEC11 | | Status Reports | 3.70 | $1,033.50 |



33206.389768  3021400  08/09/2023

### SEC12     Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 04/03/23 | ALTZ | Telephone conference with SalesForce regarding extending SalesForce. | 0.60 | $255.00 |
| 04/03/23 | ALTZ | Communicate with Ms. Themeli regarding extending SalesForce. | 0.10 | 42.50 |
| 04/04/23 | ALTZ | Communicate with Ms. Shane of SalesForce regarding the SalesForce licenses. | 0.10 | 42.50 |
| 04/04/23 | ALTZ | Communicate with Mr. Lewis and Ms. Themeli regarding extending SalesForce licenses. | 0.10 | 42.50 |
| 04/04/23 | ALTZ | Telephone conference with Ms. Shane, Mr. Rowedder and Ms. Memon of SalesForce regarding extending SalesForce. | 0.40 | 170.00 |
| 05/15/23 | YKR | Review and analyze status of litigation with S. Themeli, J. Lewis, and S. Askue. | 0.50 | 212.50 |
| 06/15/23 | PEP | Consider pre-litigation steps for various interested parties. | 1.30 | 552.50 |
| 06/20/23 | PEP | Review outstanding action items for purposes of making litigation determinations. | 0.50 | 212.50 |
| 06/21/23 | PEP | Further attention to pursuit of Vargas assets. | 0.90 | 382.50 |
| 06/22/23 | PEP | Further analysis of claims against Vargas. | 0.70 | 297.50 |
| 06/26/23 | PEP | Attention to subpoena to Chavez security company and failure to respond. | 0.20 | 85.00 |
| 06/26/23 | PEP | Finish initial draft of demand letter to Vargas. | 1.50 | 637.50 |
| 06/27/23 | PEP | Analyze records relating to Subpoena to Code Red security company. | 0.40 | 170.00 |
| 06/27/23 | PEP | Incorporate additional details into Vargas demand letter. | 0.40 | 170.00 |
| 06/29/23 | PEP | Attention to targets for litigation. | 0.40 | 170.00 |
| **Subtotal for** SEC12 | | Litigation Consulting | 8.10 | $3,442.50 |

### SEC13     Litigation

| | | | | |
|---|---|---|---|---|
| 04/03/23 | SIH | Review proposed Receiver Appointment documents and local rules and standing orders related to filing action notifying of receiver appointment and communicate with the Court regarding same | 3.50 | $1,487.50 |
| 04/03/23 | JAW | Attention to communications with ECF clerks re: filing of notice of receivership and refiling of same. | 0.60 | 255.00 |
| 04/03/23 | MKF | Preparation of documents received in response to document subpoena regarding C. Coloma, F. de Maria, and Zelle. | 2.50 | 912.50 |
| 04/04/23 | MKF | Perform Relativity searches regarding People's Trust Federal Credit Union. | 1.70 | 620.50 |
| 04/04/23 | MKF | Organization of case documents for substantive attorney review. | 2.50 | 912.50 |
| 04/04/23 | CMG | Finalize notice of receiver to be filed in the Northern District of GA. | 0.60 | 255.00 |
| 04/05/23 | STV | Analysis of 5th amendment cases in civil litigation involving company records in preparation for drafting motion to compel | 3.50 | 1,487.50 |



33206.389768  3021400  08/09/2023

| 04/05/23 | MKF | Organization of received case documents for substantive attorney review. | 3.20 | 1,168.00 |
|---|---|---|---|---|
| 04/05/23 | MKF | Preparation of correspondence to Investors regarding payment activities. | 1.20 | 438.00 |
| 04/06/23 | CMG | Communicate with Clerk' s office in Northern District of Georgia regarding notice of appointment of receiver. | 0.40 | 170.00 |
| 04/12/23 | MKF | Preparation of Demand Letters to S. Varela and L. Serrano. | 2.00 | 730.00 |
| 04/12/23 | MKF | Perform searches regarding L. Serrano and S. Varela. | 2.00 | 730.00 |
| 04/13/23 | KKP | Revise receiver's motion to compel. | 0.50 | 212.50 |
| 04/17/23 | MKF | Preparation of Receiver's Subpoena of Documents to Colony Ridge Land LLC and Colony Ridge Development LLC. | 2.00 | 730.00 |
| 04/18/23 | MKF | Review of Plaintiff's personal property list and agreed property list. | 2.30 | 839.50 |
| 04/20/23 | STV | Revise and supplement motion to compel, prepare exhibits to the same | 1.20 | 510.00 |
| 04/21/23 | MKF | Preparation of exhibits to be filed with Receiver's Motion to Compel | 2.00 | 730.00 |
| 04/24/23 | STV | Draft Receiver's Third Interim Report; update exhibits to th emotion to compel, emails with counsel for Chavez re same; coordinate filing of the motion; review email form Counsel re motion to modify TRO and receivership order | 3.20 | 1,360.00 |
| 04/24/23 | MKF | Perform Relativity searches regarding M. Chavez correspondence. | 1.00 | 365.00 |
| 04/24/23 | MKF | Continued preparation of exhibits to be filed with Receiver's Motion to Compel | 2.20 | 803.00 |
| 04/26/23 | MKF | Preparation of Receiver's Subpoena for Documents to Binance.US and Coinbase. | 2.00 | 730.00 |
| 04/28/23 | MKF | Preparation and organization of materials to be added to Receiver's website. | 2.00 | 730.00 |
| 05/01/23 | MKF | Perform Relativity searches regarding leader J. E. Torres. | 1.50 | 547.50 |
| 05/01/23 | MKF | Preparation of documents received in response to document subpoena regarding American Express. | 2.50 | 912.50 |
| 05/02/23 | STV | Prepare for and conduct interview of AM, CFX employee, confer with the S. Askue and Receiver re same | 3.30 | 1,402.50 |
| 05/02/23 | STV | Revise subpoenas and demand letters and coordinate service of the same; confer with Hays group re new crypto wallets; review discovery responses from Binance.US and confer with Hays Group re same; call with team re upcoming tasks | 2.30 | 977.50 |
| 05/02/23 | MKF | Preparation of Demand Letters to S. Varela and L. Serrano. | 2.50 | 912.50 |
| 05/02/23 | MKF | Organization of case documents for substantive attorney review. | 2.50 | 912.50 |
| 05/03/23 | MKF | Preparation of Receiver's Subpoena of Documents to Switchain. | 1.00 | 365.00 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/23 | MKF | Organization of case pleadings to be uploaded to Receiver's website. | 1.00 | 365.00 |
| 05/04/23 | MKF | Organization of documents in Response to Receiver's Subpoena regarding G. Oseguera and !. Sanchez. | 2.00 | 730.00 |
| 05/05/23 | MKF | Organization of case documents for substantive attorney review. | 2.50 | 912.50 |
| 05/08/23 | MKF | Review and analysis of background reports regarding A. Aich, R. Guilfarro, H. Salido, R. Zavala and G. Castaneda. | 2.50 | 912.50 |
| 05/12/23 | MKF | Preparation and organization of M. Chavez list of property to be submitted and turned over to the Receiver. | 1.00 | 365.00 |
| 05/15/23 | STV | Coordinate preparation of additional subpoenas to third parties | 0.40 | 170.00 |
| 05/15/23 | MKF | Preparation of documents received in response to document subpoena regarding Switchain and S. Reyes. | 1.50 | 547.50 |
| 05/15/23 | MKF | Review and analysis of background reports regarding H. Interano, R. Mendieta and J. Puac. | 2.50 | 912.50 |
| 05/18/23 | STV | Confer with the Hays group re subpoena responses from crypto currency platforms and coordinate follow up letters | 0.30 | 127.50 |
| 05/18/23 | STV | Coordinate service of notices of lis pendens filed in Liberty county | 0.10 | 42.50 |
| 05/22/23 | STV | Review Chavez's response to Motion to Compel and draft Reply in support of the motion; confer with the Receiver re same | 1.20 | 510.00 |
| 05/22/23 | MKF | Preparation of Receiver's Subpoena of Documents to Code Red Security Systems. | 1.50 | 547.50 |
| 05/23/23 | STV | Supplement and revise reply in support of motion to compel, coordinate filing, confer with the Receiver and team re same | 1.40 | 595.00 |
| 05/23/23 | MKF | Preparation of Cease and Desist letter to E. Chalco. | 0.50 | 182.50 |
| 05/24/23 | STV | Review summaries of SalesForce and leader commissions prepared by S. Askue in preparation of call with counsel for SEC. | 0.70 | 297.50 |
| 05/24/23 | MKF | Organization of case documents for substantive attorney review. | 2.50 | 912.50 |
| 05/25/23 | STV | Prepare for and attend status call with SEC counsel | 1.50 | 637.50 |
| 06/05/23 | MKF | Perform searches regarding Demand Letters and follow-up communications. | 2.30 | 839.50 |
| 06/05/23 | MKF | Preparation of Cease and Desist Letters to be shared with counsel. | 2.50 | 912.50 |
| 06/06/23 | STV | Analysis of case documents and prepare litigation strategy memorandum | 0.70 | 297.50 |
| 06/08/23 | MKF | Preparation of Demand Letters to M. Palma, R. Rivera, S. Martinez, J. Oviedo, J. Hernandez, S. Garcia and P. Enriques. | 2.00 | 730.00 |
| 06/12/23 | MKF | Perform searches regarding Leaders Excel spreadsheets. | 3.00 | 1,095.00 |
| 06/13/23 | STV | Review analysis of Receivership assets held by A. | 2.60 | 1,105.00 |



33206.389768  3021400  08/09/2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Vargas; prepare case plan and upcoming tasks and analysis of third party claims | | |
| 06/15/23 | STV | Meeting with the Receiver and team re litigation strategy | 1.20 | 510.00 |
| 06/15/23 | MKF | Perform searches regarding data and case information to be included with Receiver's Fee Application. | 3.00 | 1,095.00 |
| 06/16/23 | MKF | Continued searches regarding data and case information to be included with Receiver's Fee Application. | 3.00 | 1,095.00 |
| 06/21/23 | PEP | Further attention to decisions towards viable litigiation prospects. | 1.50 | 637.50 |
| 06/26/23 | MKF | Perform searches regarding Saleforce data. | 3.20 | 1,168.00 |
| 06/29/23 | MKF | Organization of recent case pleadings to be added to Receiver's Website. | 0.80 | 292.00 |
| **Subtotal for** SEC13 | | Litigation | 106.60 | $40,751.00 |

| SEC14 | **Forensic Accounting** | | | |
|---|---|---|---|---|
| 05/12/23 | STV | Review analysis of defendant's CFX/CBT related transactions and confer with Scott Askue and Receiver re same | 1.30 | $552.50 |
| 05/18/23 | STV | Email with Hays group and Coinbase re tax reporting to IRS on crypto accounts | 0.20 | 85.00 |
| **Subtotal for** SEC14 | | Forensic Accounting | 1.50 | $637.50 |

| SEC16 | **Valuation** | | | |
|---|---|---|---|---|
| 04/03/23 | LWP | Coordinate with vendor regarding document processing for review of documents in connection with production from third parties. | 0.50 | $90.00 |
| 05/01/23 | LWP | Coordinate with vendor regarding document processing for review of documents in connection with production from third parties. | 0.50 | 90.00 |
| 05/02/23 | LWP | Coordinate with vendor regarding document processing for review of documents in connection with production from third parties. | 0.50 | 90.00 |
| 05/15/23 | LWP | Coordinate with vendor regarding document processing for review of documents in connection with production from third parties. | 0.50 | 90.00 |
| **Subtotal for** SEC16 | | Valuation | 2.00 | $360.00 |
| Total | | | 409.10 | $157,852.00 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SIH | Stephen I. Hansen | 3.50 | $425.00 | $1,487.50 |
| ALTZ | Arlen L. Tanner | 5.30 | 425.00 | 2,252.50 |
| STV | Sonila Themeli | 102.00 | 425.00 | 43,350.00 |
| JAW | Joshua A. Weiner | 0.60 | 425.00 | 255.00 |
| CMG | Caroline M. Gieser | 7.40 | 425.00 | 3,145.00 |



33206.389768  3021400  08/09/2023

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| KKP | Kierra K. Powell | 3.70 | 425.00 | 1,572.50 |
| PEP | Poston E. Pritchett | 15.50 | 425.00 | 6,587.50 |
| YKR | Yara K. Rashad | 128.50 | 425.00 | 54,612.50 |
| CAU | Cesar A. Udave | 35.20 | 425.00 | 14,960.00 |
| MKF | Mia K. Fleming | 75.90 | 365.00 | 27,703.50 |
| MDD | Marit D. Bang | 2.20 | 180.00 | 396.00 |
| LJG | Leslie J. Gasper | 0.40 | 180.00 | 72.00 |
| | Stacey A. Mitchell | 1.00 | 180.00 | 180.00 |
| LWP | Levi W. Percy | 7.10 | 180.00 | 1,278.00 |
| **Total Fees** | | **388.30** | | **$157,852.00** |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| **Expense Code:** | **E101** | |
| 05/07/23 | Mayra Malone Reporting, Inc - Copies  Mayra Malone Reporting, Inc, Transcript of March 23, 2023 show cause hearing before Judge Hanen | $116.80 |
| **Subtotal for** | **E101** | **$116.80** |
| | | |
| **Expense Code:** | **E102** | |
| 04/14/23 | Imaging Services - Scan Paper Documents (944 @ 0.10) | $94.40 |
| 05/02/23 | Imaging Services - Print Color Document (19 @ 0.50) | 9.50 |
| 05/11/23 | Imaging Services - OCR - Create Searchable PDF file or Color Image File (88 @ 0.02) | 1.76 |
| 05/11/23 | Imaging Services - Scan Paper Documents (88 @ 0.10) | 8.80 |
| 05/15/23 | Imaging Services - Print Color Document (12 @ 0.50) | 6.00 |
| 05/15/23 | Imaging Services - Scan Paper Documents (24 @ 0.10) | 2.40 |
| 05/16/23 | Imaging Services - Print Color Document (7 @ 0.50) | 3.50 |
| 05/19/23 | Imaging Services - Print Black and White documents (17 @ 0.12) | 2.04 |
| 05/19/23 | Imaging Services - Print Color Document (158 @ 0.50) | 79.00 |
| 06/09/23 | Imaging Services - Create Thumb Drive - 128 Gig (1 @ 70.00) | 70.00 |
| 06/14/23 | Imaging Services - Scan Paper Documents (23 @ 0.10) | 2.30 |
| **Subtotal for** | **E102** | **$279.70** |
| | | |
| **Expense Code:** | **E106** | |
| 04/05/23 | Westlaw | $495.05 |
| 04/06/23 | Westlaw | 2,310.23 |
| 04/06/23 | Westlaw | 336.43 |
| 04/11/23 | Westlaw | 214.91 |
| 04/21/23 | Westlaw | 825.08 |
| 04/26/23 | Lexis Legal Research | 84.15 |
| 04/27/23 | Westlaw | 163.20 |

22



33206.389768  3021400  08/09/2023

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/23 | Legal Database Searches  Accurint | 80.27 |
| 04/30/23 | Pacer | 0.60 |
| 04/30/23 | Pacer | 6.10 |
| 05/08/23 | Westlaw | 154.80 |
| 05/08/23 | Courtlink | 84.15 |
| 05/30/23 | Courtlink | 84.15 |
| 05/31/23 | Legal Database Searches  Accurint | 95.90 |
| 06/30/23 | Legal Database Searches  Accurint | 159.05 |
| **Subtotal for** | **E106** | **$5,094.07** |

| | | |
|------|-------------|--------|
| **Expense Code:** | **E107** | |
| 05/15/23 | Delivery-UPS | $15.57 |
| 06/05/23 | Delivery - UPS | 15.68 |
| 06/08/23 | Delivery - Federal Express - 772392617889 - from Arlen Tanner to ENF-CPU (U.S. Securities & Exchange | 19.44 |
| **Subtotal for** | **E107** | **$50.69** |

| | | |
|------|-------------|--------|
| **Expense Code:** | **E108** | |
| 05/09/23 | Special Postage | $4.44 |
| 05/09/23 | Special Postage | 19.44 |
| 05/12/23 | Special Postage | 9.72 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 12.55 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 9.00 |

23



33206.389768  3021400  08/09/2023

| Date | Description | Amount |
|------|-------------|--------|
| 05/18/23 | Special Postage | 0.84 |
| 05/18/23 | Special Postage | 9.00 |
| 05/18/23 | Special Postage | 0.84 |
| 05/30/23 | Special Postage | 38.88 |
| 05/30/23 | Special Postage | 8.88 |
| 06/06/23 | Special Postage | 58.32 |
| 06/06/23 | Special Postage | 13.32 |
| 06/08/23 | Special Postage | 15.54 |
| 06/08/23 | Special Postage | 68.04 |
| 06/30/23 | Houston Express, Inc - Postage  Houston Express, Inc, Outgoing mail delivery and fuel surcharges, June 2023. | 14.00 |
| **Subtotal for** | **E108** | **$381.21** |

| | | |
|------|-------------|--------|
| **Expense Code:** | **E110** | |
| 10/06/22 | Caroline Gieser, Taxi/Car Service, SEC Receivership - Houston, TX, 09/19/22 | $41.61 |
| 10/06/22 | Caroline Gieser, Taxi/Car Service, SEC Receivership - Houston, TX, 09/20/22 | 35.89 |
| 10/06/22 | Caroline Gieser, Airfare - Coach from Atlanta to Houston, SEC Receivership - Houston, TX, 09/19/2022 - 09/20/2022 | 481.20 |
| 10/06/22 | Caroline Gieser, Lodging, SEC Receivership - Houston, TX, 09/19/2022 - 09/20/2022 | 168.36 |
| 10/19/22 | Caroline Gieser, Lodging, SEC Receivership - Houston. TX, 09/30/2022 - 10/03/2022 | 827.19 |
| 10/19/22 | Caroline Gieser, Car Rental, SEC Receivership - Houston. TX, 09/30/2022 - 10/03/2022 | 679.13 |
| 10/19/22 | Caroline Gieser, Taxi/Car Service, SEC Receivership - Houston. TX, 10/03/22 | 43.14 |
| 10/19/22 | Caroline Gieser, Taxi/Car Service, SEC Receivership - Houston. TX, 09/30/22 | 39.57 |
| 04/05/23 | Ruby Hyde - Travel Related Expense  Ruby, Taxi/Car Service from , COURT FILING FEE FOR MISCELLANEOUS ACTION IN CONNECTICUT, 04/05/2023 | 10.02 |
| **Subtotal for** | **E110** | **$2,326.11** |

| | | |
|------|-------------|--------|
| **Expense Code:** | **E111** | |
| 10/06/22 | Caroline Gieser, Breakfast, SEC Receivership - Houston, TX, 09/20/22 | $9.20 |
| 10/06/22 | Caroline Gieser, Breakfast, SEC Receivership - Houston, TX, 09/19/22 | 11.64 |
| 10/06/22 | Caroline Gieser, Lunch, SEC Receivership - Houston, TX, 09/20/22 | 24.56 |
| 10/06/22 | Caroline Gieser, Dinner, SEC Receivership - Houston, TX, 09/19/22 | 33.90 |
| 10/06/22 | Caroline Gieser, Hotel - Meals Other, SEC Receivership - Houston, TX, 09/19/22 | 4.33 |



33206.389768  3021400  08/09/2023

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/22 | Caroline Gieser, Dinner, SEC Receivership - Houston. TX, 10/01/22 | 28.89 |
| **Subtotal for** | **E111** | **$112.52** |

| **Expense Code:** | **E112** | |
|------|-------------|--------|
| 03/06/23 | Commerce Bank - Court Filing Fees  Commerce Bank, Notice of filing | $49.00 |
| 04/03/23 | Stephen I. Hansen - Court Filing Fees  Steve, Filing Fees, Filing Fee-Boston, MA, 04/03/2023 | 49.00 |
| 04/05/23 | Ruby Hyde - Court Filing Fees  Ruby, Filing Fees, COURT FILING FEE FOR MISCELLANEOUS ACTION IN CONNECTICUT, 04/05/2023 | 49.00 |
| 04/16/23 | Sonila Themeli - Court Filing Fees  Sonila, Court Costs, Liberty County, Texas recording fee for 12 Notices of Lis Pendens., 04/16/2023 | 360.00 |
| **Subtotal for** | **E112** | **$507.00** |

| **Expense Code:** | **E118** | |
|------|-------------|--------|
| 02/28/23 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, SEC Invoice for February | $8,630.35 |
| 03/31/23 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, Relativity managed services and electronic data collection invoice for March 2023, related to SEC v. Mauricio Chavez, et al. | 6,210.43 |
| 04/30/23 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, Relativity managed services and electronic data collection invoice for April 2023, related to SEC v. Mauricio Chavez, et al. | 4,359.25 |
| 05/31/23 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, Relativity managed services and electronic data collection invoice for May 2023, related to SEC v. Mauricio Chavez, et al. | 19,469.45 |
| 05/31/23 | Valerie Muniz Hayes - Litigation Support  Valerie Muniz Hayes, Real property notice of Lis Pendens and copies of some during March 2023. Elite/Chrome dark period. | 40.00 |
| **Subtotal for** | **E118** | **$38,709.48** |

| **Expense Code:** | **E124** | |
|------|-------------|--------|
| 03/06/23 | Commerce Bank - Advertising  Commerce Bank, Greensheet Advertisement for Sale of Property | $24.50 |
| 03/06/23 | Commerce Bank - Advertising  Commerce Bank, Greensheet Advertisement for Sale of Property | 23.80 |
| 04/04/23 | Commerce Bank - Advertising  Commerce Bank, The Green Sheet Advertisement. | 24.50 |
| **Subtotal for** | **E124** | **$72.80** |
| **Total Disbursements** | | **$47,650.38** |

| | Current Disbursements | 47,650.38 |
|---|---|---|
| | **Total Amount Due** | **$205,502.38** |