# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § § | CIVIL ACTION NO. 4:22-CV-03359 JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § § | |
| *Relief Defendant.* | § | |

**RECEIVER'S CERTIFICATION IN SUPPORT OF**
**THIRD INTERIM FEE APPLICATION**

I, John Lewis, Jr., the court appointed Receiver in the above captioned matter and in connection with the Third Fee Application ("Application") therein do hereby certify that:

(a) I have read the Application;

(b) to the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses in it are true and accurate and comply with the SEC Billing Instructions;

(c) all fees contained in the Application are based on the rates listed in the applicant's fee schedule and this Court's orders. All fees contained in the Application are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

(d) the amount for which reimbursement is sought does not include the amortization of the cost of any investment, equipment, or capital outlay; and

4887-4217-4069

    (e)    the requests for reimbursement of services that were justifiably purchased or contracted for from third parties (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), include only the amount billed to Shook, Hardy & Bacon by the third-party vendor and paid by Shook, Hardy & Bacon to such vendor.

Dated: August 17, 2023

 

/s/  *John Lewis, Jr.*
John Lewis Jr., Receiver