IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES and EXCHANGE COMMISSION | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-22-3359 |
| | § | |
| Mauricio Chavez, *et al* | § | |

### NOTICE OF STATUS CONFERENCE

The parties in this matter are hereby notified that a status conference has been set in this matter for Wednesday August 30, 2023 11:00 AM. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

**NOTE:** ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.

Date: August 25, 2023                         Nathan Ochsner, Clerk of Court

                                              By: R. Hawkins, Case Manager