# Exhibit A

# Comparative Market Analysis



**Mack Washington Lane, Hempstead, Texas 77445**

## John Lewis Jr. Receiver

MAY 9, 2023



**Mark Dimas**

Mark Dimas Properties

Comparative Market Analysis                                        Mack Washington Lane, Hempstead, Texas 77445

# Map of Comparable Listings



STATUS:  Ⓢ = SOLD

| | MLS # | STATUS | ADDRESS | BEDS | BATHS | SQFT | PRICE |
|---|---|---|---|---|---|---|---|
| **1** | **Subject** | 🔺 | **Mack Washington Lane, Hempstead, Texas 77445** | - | - | - | - |
| 2 | 93821722 | Ⓢ | 40647 Fm 1488 | - | 0/0 | - | $2,000,000 |
| 3 | 87998632 | Ⓢ | Tbd Fm 1098 | - | 0/0 | - | $500,000 |
| 4 | 37569686 | Ⓢ | Tbd Fm 1488 | - | 0/0 | - | $1,759,622 |
| 5 | 60300048 | Ⓢ | 37642 Brumlow Road | 3 | 2.00 | 2,964 | $1,050,000 |
| 6 | 16380255 | Ⓢ | 0 Fm 1488 Road | - | 0/0 | - | $438,000 |

Comparative Market Analysis                                      Mack Washington Lane, Hempstead, Texas 77445

# Summary of Comparable Properties

## 🅢 SOLD LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | PRICE | $/SQ.FT |
|---------|-----------|------|-------|------|-------|---------|
| 40647 Fm 1488 | 10/11/22 | - | 0/0 | - | $2,000,000 | - |
| Tbd Fm 1098 | 9/26/22 | - | 0/0 | - | $500,000 | - |
| Tbd Fm 1488 | 8/19/22 | - | 0/0 | - | $1,759,622 | - |
| 37642 Brumlow Road | 6/29/22 | 3 | 2.00 | 2,964 | $1,050,000 | $354 |
| 0 Fm 1488 Road | 9/8/22 | - | 0/0 | - | $438,000 | - |
| **Averages** | | | | 2,964 | $1,149,524 | $354 |



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

3

Comparative Market Analysis                                    Mack Washington Lane, Hempstead, Texas 77445

# Comparable Home

MLS #93821722



FM 1488 - 17 Acres
Hempstead, TX

### 40647 Fm 1488                                    $2,000,000

Hempstead, Texas 77445                              **SOLD** 10/11/22

| Beds | **0/0** Baths | Days on market: **31** |

---

## Features

**Acres Desciption:** 15 Up to 20 Acres

**Disclosures:** No Disclosures

**List Type:** Exclusive Right to Sell/Lease

**Pool Private:** False

**Road Surface:** Asphalt

**Water Sewer:** No Sewer, No Water

---

## Details

**Prop Type:** Country Homes/ Acreage

**County:** Waller

**Area:** 26

**Subdivision:** Wail Justo Liendo Surv Abs #41

**Acres:** 17.4632

**Lot Size (sqft):** 760,696

**List date:** 8/8/22

**Sold date:** 10/11/22

**Off-market date:** 9/8/22

**Updated:** Oct 16, 2022 4:41 PM

**List Price:** $2,250,000

**Orig list price:** $2,250,000

**Taxes:** $24

**School District:** 24 Hempstead

**High:** Hempstead High School

**Middle:** Hempstead Middle School

**Elementary:** Hempstead Elementary School

---

## Remarks

This 17.4632-acre property is a prime location for your country home or new/expanding commercial venture. Located in the highly desirable northwestern section of Waller County on FM 1488 at the intersection of US Hwy 290 and Hwy 6, it is within minutes of the new RCR Hempstead Logistics Park, Prairie View A&M University, and the Prairie View Cricket Fields, as well the nearly Wolfe Companies 521-acre development in Waller and the Daiken Manufacturing Plant in Hockley. This location is also situated at a pivotal point to provide easy access to the rapidly expanding Houston, Woodlands, College Station / Bryan, and Austin communities. The site offers an advantageous elevation, approximately 447 ft of road frontage, and the availability of City of Hempstead utilities. Call to schedule an appointment today.

Courtesy of Hegemeyer Realty & Associates



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

Comparative Market Analysis                                    Mack Washington Lane, Hempstead, Texas 77445

Information is deemed reliable but not guaranteed.



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com   |   www.markdimasteam.com

5

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# 40647 Fm 1488 Hempstead, Texas 77445

MLS #93821722

## $2,000,000

**SOLD** 10/11/22

Beds **0/0** Baths

Days on market: **31**

Days on market: **31**

















Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# 40647 Fm 1488 Hempstead, Texas 77445

MLS #93821722

  



Mark Dimas

Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com   |   www.markdimasteam.com

Comparative Market Analysis                                    Mack Washington Lane, Hempstead, Texas 77445

# Comparable Home

MLS #87998632



## Tbd Fm 1098                                    $500,000

Hempstead, Texas 77445                          **SOLD** 9/26/22

Beds        **0/0** Baths                    Days on market: **34**

## Features

**Acres Desciption:** 10 Up to 15 Acres

**Disclosures:** No Disclosures

**List Type:** Exclusive Right to Sell/Lease

**Pool Private:** False

**Road Surface:** Asphalt

**Water Sewer:** No Sewer, No Water

## Details

**Prop Type:** Country Homes/Acreage

**County:** Waller

**Area:** 26

**Subdivision:** Other

**Acres:** 13.4154

**Lot Size (sqft):** 584,374

**List date:** 6/8/22

**Sold date:** 9/26/22

**Off-market date:** 7/12/22

**Updated:** Sep 28, 2022 6:57 AM

**List Price:** $525,000

**Orig list price:** $525,000

**Taxes:** $50

**School District:** 55 Waller

**High:** Waller High School

**Middle:** Schultz Junior High School

**Elementary:** H T Jones Elementary School

## Remarks

In the heart of rapidly expanding area of northern Waller County, this prime 13+/- acre tract is the perfect site for your new county home, growing business venture, or as an addition to your investment portfolio. Unrestricted and ag exempt, it qualifies for a favorable tax rate. While outside the congestion of the big city, it offers easily accessible connections to the metropolitan areas of Bryan-College Station, Houston, Austin, and The Woodlands, and Austin via SH 6, US 290, and FM 1488. Additionally, it is only a short drive away from the new Hempstead Logistics Park, Daiken Manufacturing Plant in Hockley, and the Wolff Company Beacon Hill project in Waller. The propertys rural atmosphere, coupled with convenient access for clientele, make it an excellent choice for a variety of uses. Call today and come explore the unique possibilities this site has to offer. The property is cleared and visible from the road.



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

8

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

Courtesy of Hegemeyer Realty & Associates
Information is deemed reliable but not guaranteed.



**Mark Dimas**

Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

9

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# Tbd Fm 1098 Hempstead, Texas 77445

MLS #87998632

## $500,000

**SOLD** 9/26/22

Beds **0/0** Baths

Days on market: **34**

Days on market: **34**














**Mark Dimas**
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# Tbd Fm 1098 Hempstead, Texas 77445

MLS #87998632

  

  

Comparative Market Analysis                                           Mack Washington Lane, Hempstead, Texas 77445

# Comparable Home

MLS #37569686



## Tbd Fm 1488                                    $1,759,622
Hempstead, Texas 77445                               **SOLD** 8/19/22

Beds        **0/0** Baths              Days on market: **108**

## Features

**Acres Desciption:** 50 or more Acres

**Disclosures:** No Disclosures

**List Type:** Exclusive Right to Sell/Lease

**Pool Private:** False

**Road Surface:** Concrete

**Water Sewer:** No Sewer, No Water

## Details

**Prop Type:** Country Homes/ Acreage

**County:** Waller

**Area:** 26

**Subdivision:** N/A

**Acres:** 55.952

**Lot Size (sqft):** 2,437,269

**List date:** 3/30/22

**Sold date:** 8/19/22

**Off-market date:** 7/16/22

**Updated:** Aug 19, 2022 3:42 PM

**List Price:** $1,850,000

**Orig list price:** $2,200,000

**Taxes:** $85

**School District:** 55 Waller

**High:** Waller High School

**Middle:** Schultz Junior High School

**Elementary:** H T Jones Elementary School

## Remarks

This beautiful and well-located 56 acres is perfect for a buy-and-hold, development, or as part of a tax-deferred exchange. The gently rolling land is about 70% open and 30% wooded. The sandy loam soils are well drained, and there is no flood plain present. One pond supplies year-round water to livestock and wildlife, and likely could be developed into a beautiful water feature. Light grazing has left the property in good shape for the cattle tenant. There is approximately 1,500 feet of frontage on FM 1488 and 800 feet on Mayer Rd at the back of the property. The property is perimeter fenced. Electricity is available along the road, water well and septic needed. There is a 138-kV Centerpoint Energy transmission line easement on the property. Sellers own part or all of the mineral estate. Waller ISD. Agricultural tax valuation.

Courtesy of Grand Land Realty, LLC



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com | www.markdimasteam.com

12

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

Information is deemed reliable but not guaranteed.



Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# Tbd Fm 1488 Hempstead, Texas 77445

MLS #37569686

## $1,759,622

**SOLD** 8/19/22

Beds **0**/0 Baths

Days on market: **108**

Days on market: **108**














Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# Tbd Fm 1488 Hempstead, Texas 77445

MLS #37569686





Comparative Market Analysis                                    Mack Washington Lane, Hempstead, Texas 77445

# Comparable Home

MLS #60300048



## 37642 Brumlow Road

Hempstead, Texas 77445

**$1,050,000**

`SOLD` 6/29/22

**3** Beds          **2.00** Baths

**2,964 Sq. Ft.** ($354 / sqft)                    Year Built **1974**

---

## Features

**Acres Desciption:** 20 Up to 50 Acres

**Cool System:** Central Electric

**Disclosures:** Sellers Disclosure

**Energy:** Ceiling Fans

**Fireplaces:** 1

**Floors:** Carpet, Tile

**Foundation:** Slab

**Garage Desc:** Detached Garage

**Heating:** Central Electric

**Improvements:** Barn, Fenced, Guest House, Pastures

**List Type:** Exclusive Right to Sell/Lease

**Lot Desciption:** Cleared, Water View

**Oven Type:** Electric Oven

**Pool Private:** False

**Range Type:** Electric Cooktop

**Road Surface:** Asphalt

**Room Description:** Family Room, Formal Living, Kitchen/Dining Combo, Living Area - 1st Floor, Sun Room

**Topography:** Rolling

**Tree Desc:** Clusters

**Water Amenity:** Pond

**Water Sewer:** Septic Tank, Well

---

## Details

**Prop Type:** Country Homes/ Acreage

**County:** Waller

**Area:** 26

**Subdivision:** None

**Style:** ["Traditional"]

**Full baths:** 2.0

**Acres:** 35.14

**Lot Size (sqft):** 1,530,698

**Garages:** 1

**List date:** 4/26/22

**Sold date:** 6/29/22

**Off-market date:** 4/26/22

**Updated:** Jun 29, 2022 9:32 AM

**List Price:** $1,100,000

**Orig list price:** $1,100,000

**Taxes:** $8,728

**School District:** 55 Waller

**High:** Waller High School

**Middle:** Waller Junior High School

**Elementary:** H T Jones Elementary School

---

## Remarks

35 unrestricted acres, rolling land with nice views, no flood plain, fenced & cross fenced, pond, 2 wells, 5 septics, barn, shop unfinished guest quarters (19'x25'), working pens, kennels, chicken coop. Large 3 bedroom, 2 full bath home with fireplace, 2 living areas & sunroom. Home sits on a hill surrounded by trees. Easy access to Hwy 290 just off FM 359.



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com | www.markdimasteam.com

16

Courtesy of Waller County Land Co.

Information is deemed reliable but not guaranteed.



Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# 37642 Brumlow Road Hempstead, Texas 77445

MLS #60300048

## $1,050,000

**SOLD** 6/29/22

**3** Beds **2.00** Baths

Year Built **1974**

**2,964** Sq. Ft. ($354 / sqft)

















Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# 37642 Brumlow Road Hempstead, Texas 77445

MLS #60300048

  

  

  

  

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445





Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# Comparable Home

MLS #16380255



## 0 Fm 1488 Road

Hempstead, Texas 77445

**$438,000**

**SOLD** 9/8/22

Beds **0/0** Baths

Days on market: **79**

## Features

**Acres Desciption:** 10 Up to 15 Acres

**Disclosures:** No Disclosures

**Improvements:** Fenced

**List Type:** Exclusive Right to Sell/Lease

**Lot Desciption:** Cleared

**Pool Private:** False

**Road Surface:** Asphalt

**Water Sewer:** No Sewer, No Water

## Details

**Prop Type:** Country Homes/ Acreage

**County:** Waller

**Area:** 26

**Subdivision:** None

**Acres:** 12.5

**Lot Dim:** 637X869

**Lot Size (sqft):** 544,500

**List date:** 5/10/22

**Sold date:** 9/8/22

**Off-market date:** 7/28/22

**Updated:** Sep 12, 2022 5:29 AM

**List Price:** $499,500

**Orig list price:** $562,500

**Taxes:** $15

**School District:** 55 Waller

**High:** Waller High School

**Middle:** Schultz Junior High School

**Elementary:** H T Jones Elementary School

## Remarks

GREAT LOCATION! Cleared & Unrestricted just waiting for you to build your dream home or business! Scattered trees with excellent FM 1488 road frontage. Bring the cattle or horses. No Flood Plain! Don't miss out on this one! Agents, property is cleared, open and able to be fully viewed from the road. If you would like to access the property please make an appointment through showing time and the seller will accompany you due to cattle being on the property.

Courtesy of Waller County Land Co.

Information is deemed reliable but not guaranteed.



Mark Dimas

Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com   |   www.markdimasteam.com

21

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# 0 Fm 1488 Road Hempstead, Texas 77445

MLS #16380255

## $438,000

**SOLD** 9/8/22

Beds **0/0** Baths

Days on market: **79**

Days on market: **79**














Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

22

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# 0 Fm 1488 Road  Hempstead, Texas 77445

MLS #16380255

  

  

  

  

**Mark Dimas**
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com   |   www.markdimasteam.com

Comparative Market Analysis                                          Mack Washington Lane, Hempstead, Texas 77445

# Comparable Property Statistics



**S** **5 Sold Listings**

| | | | | |
|---|---|---|---|---|
| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
| $438,000 | **$1,149,524** | $2,000,000 | **$354** | **63** |

Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com   |   www.markdimasteam.com

Comparative Market Analysis                                                                    Mack Washington Lane, Hempstead, Texas 77445

# Sold Property Analysis

## Averages

# 87.49%

Homes sold for an average of 87.49% of their list price.

# 63 Days on market

It took an average of 63 days for a home to sell.

## Analysis

| ADDRESS | ORIG LIST PRICE | SOLD PRICE | % OF ORIG LIST PRICE | DOM | $ PER SQFT |
|---|---|---|---|---|---|
| 40647 Fm 1488 | $2,250,000 | $2,000,000 | 88.89% | 31 | - |
| Tbd Fm 1098 | $525,000 | $500,000 | 95.24% | 34 | - |
| Tbd Fm 1488 | $2,200,000 | $1,759,622 | 79.98% | 108 | - |
| 37642 Brumlow Road | $1,100,000 | $1,050,000 | 95.45% | - | $354 |
| 0 Fm 1488 Road | $562,500 | $438,000 | 77.87% | 79 | - |
| **Averages** | **$1,327,500** | **$1,149,524** | **87.49%** | **63** | **$354** |



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com  |  www.markdimasteam.com

25

Comparative Market Analysis

Mack Washington Lane, Hempstead, Texas 77445

# Suggested List Price

Analysis of the comparable properties suggests a list price of:

# $1,150,000

## Comparable Averages *per* Status

 5 Sold

**$1,149,524** $354 / sqft

ADJ↑ **$1,149,524** $354 / sqft

63 Days on Market

## Disclaimer

The CMA is a side-by-side comparison of homes for sale and homes that have recently sold in the same neighborhood and price range. This information is further sorted by data fields such as single-family or condo, number of bedrooms, number of baths, postal codes, and many other factors. Its purpose is to show fair market value, based on what other buyers and sellers have determined through past sales, pending sales and homes recently put on the market.



Mark Dimas
Mark Dimas Properties
Cell: 832-684-7691
mark@markdimasteam.com   |   www.markdimasteam.com

26

This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.