# Exhibit C

Notice: Vacant Lot for Sale. 28 Mack Washington Lane, Hempstead, Texas 77445. Set to close on 11/28/23 for $1,100,000. 25.132 acres. To make a bona fide offer of $1,100,000 or more call 281-861-6199 before 11/21/23.