United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | CIVIL ACTION NO. 4:22-CV-03359 |
| | § § | JUDGE ANDREW S. HANEN |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § § | |

## ¦ ORDER APPROVING RECEIVER'S UNOPPOSED MOTION FOR APPROVAL OF PRIVATE SALE OF REAL PROPERTY

On November 3, 2023, John Lewis, Jr., the court-appointed Receiver for Mauricio Chavez, Giorgio Benvenuto, and CryptoFX, LLC, Defendants, and CBT Group, LLC, Relief Defendant, and their assets, filed an unopposed Motion for Approval of Private Sale of Real Property ("Motion") located at S432500 Clear Creek Development Lot 1 Acres 25.132, Hempstead, Texas 77445 ("Subject Property").

Having considered the Receiver's Motion and all exhibits in support thereof, as well as previous pleadings filed by the Receiver, the Court finds that the Subject Property is part of the Receivership Estate. The Court further finds that the Receiver has complied with all requirements necessary for the sale of the subject property. Therefore, the Receiver's Motion is hereby GRANTED.

Accordingly, IT IS HEREBY ORDERED that the Court approves the sale of the Subject Property as described in the Receiver's Motion.

IT IS SO ORDERED this 8th day of November, 2023.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE