In the United States District Court
For the Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

JUN 24 2024

Nathan Ochsner, Clerk of Court

Securities and Exchange Commission,

Plaintiff,

vs.

Mauricio Chavez, Giorgio Benvenuto and CryptoFX, LLC,

I would like to file notice to add the following to the suit: Elva. A. Rebollar, Elibeth Rebollar and Citlalli Rebollar - Aguirre.

For further information/questions, contact at ellierebollar26@gmail.com

1111 Francitas Dr. Houston, TX 77038

(713) 263-4628