# Exhibit B

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---|
| **Liquidated Assets** | | |
| Cash | Cash located at 1124 Blalock Rd | $53,346 |
| Cash in Safe | Recovered from two safes at Blalock Rd | $392,765 |
| First Community Credit Union | Closed Benvenuto bank account | $407,042 |
| First Community Credit Union | Closed Benvenuto bank account | $44,406 |
| Bank of America | Closed Benvenuto bank account | $16,825 |
| Bank of America | Closed Benvenuto bank account | $4,500 |
| Simmons Bank | Closed Benvenuto bank account | $80,764 |
| Simmons Bank | Closed CBT bank account | $247,916 |
| Regions Bank | Closed Chavez bank account | $782 |
| Coinbase, Inc. | Proceeds from liquidation of crypto account | $982,924 |
| Blockchain.com | Proceeds from liquidation of crypto account | $1,161,141 |
| Burford Perry LLC | Balance of retainer | $155,631 |
| Gerger Hennessy & Martin LLP | Balance of retainer | $214,488 |
| Jones Walker Retainer | Turned over to Receiver | $102,229 |
| Televisions | Located at 1124 Blalock | $3,040 |
| Pratt & Flack LLP | Cash turned over to the Receiver by Chavez | $55,000 |
| Hogan Lane, Hempstead TX | Net sale proceeds from sale of real property | $64,758 |
| Exodus Wallet | BTC, Tether & Solana. Liquidated in April 2023. | $86,915 |
| 28 Lawrence Marshall Dr, Hemptstead, TX | Sale closed in April 2023. | $65,027 |
| 2020 Volkswagen Tiguan | Turned over to Receiver by Angelica Vargas and liquidated | $16,695 |
| 2021 Mercedes-Benz GLE AMG | Turned over to Receiver by Mauricio Chavez and liquidated | $63,568 |
| Chavez's personal property | Net auction proceeds | $9,267 |
| Mack Washington, Hempstead, TX | CBT purchased for $2.05 million. Net sale proceeds from closing | $1,027,280 |
| **Total Liquidated Assets** | | **$5,256,308** |
| **Unliquidated Assets** | | |
| Benvenuto Holdings Bank Accounts | | |
| First Community Credit Union | Benvenuto Holdings frozen account | $109,077 |
| First Community Credit Union | Benvenuto Holdings frozen account | $1,625 |
| Vehicles & Personal Property | | |
| 2022 BMW X6 M501 | Offer received. Loan paid off by Receiver | $64,600 |
| CFX furniture and fixtures | Removed from 1124 Blalock to be sold | $2,000 |
| Computers | At Receiver's office. Will be preserved | $5,000 |
| Janette Gonzalez and related entities | | |
| [redacted] | JJ Trust via Luxury Real Estate LLC | $750,000 |
| [redacted] | Aspire Living LLC via Gonzalez | $607,700 |
| [redacted] | The JCA Trust via JM Monarchy | $400,000 |
| [redacted] | JM Monarchy LLC via Chavez | $478,700 |
| Regions Bank Account | Frozen bank accounts - Luxury Real Estate & Hair News Color | $61,045 |
| 2021 Lexus ES350 F Sport | Transferred to JM Monarchy. | $30,000 |
| Other Transfers | Receiver Determining | TBD |
| Angelica Vargas | | |
| [redacted] | Purchased with investor funds | $630,000 |
| 2021 Mercedes-Benz GLS | Purchased for $114,015.21 | $75,000 |
| Cash and other payments from Defendants | Deposits into Chase Bank account. | $433,233 |
| Crypto Transfers | Over $11 million in/out of crypto account | Finalizing Number |

SEC v. CryptoFX LLC et al

| Asset | Description | Value |
|---|---|---|
| Causes of Action | | |
| Transfers to Leaders | Motion pending for turnover of Google Drive to determine amounts | Unknown |
| | | $960,000 |
| | | $950,249 |
| Receiver Investigatng | | Unknown |
| | | $500,000 |
| Recoveries Redacted | | $149,500 |
| | | $137,500 |
| **Total Unliquidated Assets** | | **$6,345,229** |
| **Liquidated Plus Unliquidated Assets** | | **$11,601,537** |