United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § § | CIVIL ACTION NO. 4:22-CV-3359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CRYPTOFX, LLC, Defendants, | § § § § § | |

## ORDER

Before the Court is a motion deemed to be a Third-Party Motion to Intervene filed by Elva A. Rebollar on behalf of herself and two others. (Doc. No. 120). The motion, in its entirety, reads as follows:

> I would like to file notice to add the following to the suit: Elva A. Rebollar, Elibeth Rebollar and Citlalli Rebollar-Aguirre. For further information/questions, contact at [email].

This motion makes no effort to explain who the Rebollars are in relation to the parties and fails to describe any interest they may have in the case. Plaintiff opposes the intervention and notes that, while it is likely the Rebollars are seeking to intervene as plaintiffs, the motion fails to suggest that their interests are inadequately represented by the existing parties, as required by Federal Rule of Civil Procedure 24(a)(2). The Court agrees and additionally notes that while a person may represent him or herself *pro se*, a person may not represent someone else in that capacity. Therefore, the Motion to Intervene is **DENIED** without prejudice. (Doc. No. 20).

Signed at Houston, Texas, this 5th day of December, 2024.

Andrew S. Hanen
District Judge