# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Securities And Exchange Commission

v.                         Case Number: 4:22–cv–03359

Mauricio Chavez, et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
by telephone

**DATE:** 1/17/2025

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date: January 13, 2025                          Nathan Ochsner, Clerk