

**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

| | |
|---|---|
| **JOHN LEWIS JR.** | **Invoice No:** 3125211 |
| RECEIVER | Invoice Date: 05/20/2025 |
| 600 TRAVIS ST., SUITE 3400 | Matter Number: 33206.393697 |
| HOUSTON, TX 77002-2926 | Billing Attorney: John Lewis Jr. |

**Summary of Invoice**

For Professional services and disbursements thru **March 31, 2025**

SEC vs. Mauricio Chaves, et al. -  John Lewis, Jr. Receiver; Receivers Invoice

| | |
|---|---|
| Current Fees | $17,010.00 |
| **Total Amount Due** | **$17,010.00** |

**REMITTANCE INFORMATION**

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after March 31, 2025 may not be reflected herein.



33206.393697  3125211  05/20/2025

## Invoice Detail

For Professional services and disbursements thru *March 31, 2025*

SEC vs. Mauricio Chaves, et al. -  John Lewis, Jr. Receiver; Receivers Invoice

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **SEC04** | **Case Admin** | | | |
| 01/27/25 | JLJ | Banking | 1.00 | No Charge |
| 02/06/25 | JLJ | Return of inbound calls from victims and victor advisors accumulated over the past month. | 2.20 | 1,155.00 |
| 02/10/25 | JLJ | Detail review of fee application package. | 1.00 | No Charge |
| **Subtotal for** SEC04 | | Case Admin | 4.20 | $1,155.00 |
| **SEC05** | **Claims Admin** | | | |
| 01/06/25 | JLJ | Return numerous calls with victims and other parties in interest as to claims process and other matters related to receivership. | 2.20 | $1,155.00 |
| 01/07/25 | JLJ | Review and comment on iterations of claims portal. | 0.80 | 420.00 |
| 01/10/25 | JLJ | Attention to design and elements of claims process.  Strategy meeting with claims agent candidate firm reviewing approach to noticing, solicitation of claim, process and protocol for reviewing and approval of claims, reporting routines, claims reporting to receiver and proposal pricing. | 3.50 | 1,837.50 |
| 01/13/25 | JLJ | Attention to banking matters.  Reconcilation of bank statements.  Prepare for Status conference with court. | 1.30 | 682.50 |
| 01/14/25 | JLJ | Exchanges around prep for court ordered status conference.  Strategic conferral regarding court briefing on ongoing workstreams in receivership. | 0.80 | 420.00 |
| 01/15/25 | JLJ | Skim victim outreach metrics.  Prepare for call with SEC (Gulde) to discuss court ordered status conference.  Lead call with SEC, S. Askew on issues relative to initiation of claims process. | 2.50 | 1,312.50 |
| 01/17/25 | JLJ | Review claims process motion templates.  Prep for status conference with Court.  Preparation call with P. Pritchett. | 3.20 | 1,680.00 |
| 01/18/25 | JLJ | Review links to elements of claims database.  Assess functionality for online and paper submission.  Testing of interface with larger database website. | 2.60 | 1,365.00 |
| 01/21/25 | JLJ | Call with C. Fluker regarding project for claims registration pleadings. | 0.80 | 420.00 |
| 02/06/25 | JLJ | Review of revisions to claims intake database.  Develop worklist for close out steps. | 0.60 | 315.00 |



33206.393697  3125211  05/20/2025

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/11/25 | JLJ | Review and weigh in on iterations of claims submission portal. | 0.90 | 472.50 |
| 02/13/25 | JLJ | Attention to claims process design, scope of work for claims agents and timing of claims submission, review and claims resolution options. | 3.30 | 1,732.50 |
| 02/26/25 | JLJ | Return calls from prospective victims and counsel. Notes to file regarding same. | 0.70 | 367.50 |
| 03/04/25 | JLJ | Call with team and claims vendor to plan rollout of claims portal.  Followup conversations following team call. | 0.80 | 420.00 |
| 03/11/25 | JLJ | Discussions regarding considerations and options for roll out of claims portal. | 2.30 | 1,207.50 |
| 03/11/25 | JLJ | Skim claims and related to inform and approximate CFX claims. | 1.80 | 945.00 |
| 03/13/25 | JLJ | Edits to receiver claims motion and proposed orders. | 0.80 | 420.00 |
| 03/26/25 | JLJ | Final review and comments to claims portal mock up. | 0.70 | 367.50 |
| 03/27/25 | JLJ | Turns of emails regarding claims form and related motion and draft order. | 0.60 | 315.00 |
| **Subtotal for** SEC05 | | Claims Admin | 30.20 | $15,855.00 |
| Total | | | 34.40 | $17,010.00 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| JLJ | John Lewis Jr. | 32.40 | $525.00 | $17,010.00 |
| **Total Fees** | | **32.40** | | **$17,010.00** |

|  | Total Amount Due | $17,010.00 |
|---|---|---|