

**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

|  |  |
|---|---|
| **SHOOK HARDY AND BACON** | **Invoice No:** 3125210 |
| JOHN LEWIS, JR, RECEIVER | Invoice Date: 05/20/2025 |
| 600 TRAVIS ST, SUITE 3400 | Matter Number: 33206.389768 |
| HOUSTON, TX 77002-2926 | Billing Attorney: John Lewis Jr. |

**Summary of Invoice**

For Professional services and disbursements thru **March 31, 2025**

Lewis, John, Jr., Receiver - SEC vs. Mauricio Chavez, et al.

| | |
|---|---:|
| Current Fees | $36,012.00 |
| Current Disbursements | 5,201.24 |
| **Total Current Fees and Disbursements** | **$41,213.24** |
| Previous Balance | 27,545.17 |
| **Total Amount Due** | **$68,758.41** |

## REMITTANCE INFORMATION
*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after March 31, 2025 may not be reflected herein.



33206.389768  3125210  05/20/2025

## Invoice Detail

For Professional services and disbursements thru *March 31, 2025*

Lewis, John, Jr., Receiver - SEC vs. Mauricio Chavez, et al.

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **SEC03** | **Business Operations** | | | |
| 02/18/25 | LNBY | Pulling a docket for Charelle Fluker | 0.40 | $72.00 |
| **Subtotal for** SEC03 | | Business Operations | 0.40 | $72.00 |
| **SEC04** | **Case Admin** | | | |
| 01/10/25 | PEP | Review status of request from T. Lies and follow up with regard to same. | 0.30 | $127.50 |
| 01/14/25 | PEP | Attention to upcoming status conference including stouts of various items. | 0.40 | 170.00 |
| 01/15/25 | PEP | Communication with victim. | 0.20 | 85.00 |
| 02/05/25 | PEP | Review status of document collection ■■■■■■■. | 0.20 | 85.00 |
| 02/11/25 | PEP | Confer with S. Askue regarding disgorgement amount for Receivership entities. | 0.20 | 85.00 |
| 02/11/25 | PEP | Intake documentation from victim. | 0.40 | 170.00 |
| 02/14/25 | PEP | Further attention to motion to approve plan and proposed plan. | 0.20 | 85.00 |
| **Subtotal for** SEC04 | | Case Admin | 1.90 | $807.50 |
| **SEC05** | **Claims Admin** | | | |
| 01/07/25 | PEP | Communication with vendor regarding claims database and agent. | 0.20 | $85.00 |
| 01/10/25 | PEP | Meeting with Veritas to discuss claims submission. | 0.50 | 212.50 |
| 01/23/25 | PEP | Attention to motion to approve plan. | 1.00 | 425.00 |
| 02/20/25 | PEP | Review additional briefing from C. Fluker. | 0.20 | 85.00 |
| 02/27/25 | PEP | Communications regarding status of claims portal. | 0.40 | 170.00 |
| 03/04/25 | PEP | Attention to motion for approval of plan. | 2.00 | 850.00 |
| 03/04/25 | PEP | Participate in call with vendor regarding remaining steps to activation of claims portal. | 0.50 | 212.50 |
| 03/27/25 | PEP | Comments to claim submission form. | 0.20 | 85.00 |
| **Subtotal for** SEC05 | | Claims Admin | 5.00 | $2,125.00 |
| **SEC11** | **Status Reports** | | | |
| 01/21/25 | CAF | Read and analyze all previous filed Receiver status reports. | 3.40 | No Charge |
| 01/21/25 | CAF | Onboarding to case. | 0.50 | No Charge |
| 01/22/25 | PEP | Attention to status report and associated exhibits, including follow up on minor few items. | 1.00 | 425.00 |



33206.389768  3125210  05/20/2025

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/25 | CAF | Onboarding meeting with Poston Pritchett and receive assignment with regard to motion in support of recevier's distribution plan | 0.50 | No Charge |
| 01/24/25 | PEP | Attention to status report, fee application, and exhibits. | 2.50 | No Charge |
| 01/27/25 | CAF | Review and edit eighth receivership status report | 4.50 | No Charge |
| 01/27/25 | CAF | Review motions of approval of receiver's distribution plan | 2.60 | 1,105.00 |
| 01/28/25 | PEP | Revise status report for circulation. | 0.30 | 127.50 |
| 01/29/25 | CAF | Edit and review receivership status report and file with the court | 2.40 | No Charge |
| 01/30/25 | PEP | Final attention to status report. | 0.40 | 170.00 |
| 01/31/25 | CAF | Correspond with supervising attorney on drafting upcoming motion for approval of recevier's distribution plan | 0.40 | 170.00 |
| 02/03/25 | CAF | Draft motion for receivership distribution plan and brief of support of distribution plan | 2.20 | 935.00 |
| 02/04/25 | CAF | Draft motion for receivership plan and brief in support of receivership plan with focus on relevant facts and background. | 4.60 | 1,955.00 |
| 02/07/25 | PEP | Attention to fee application. | 1.50 | No Charge |
| 02/10/25 | CAF | Draft motion for distribution plan and brief in support of distribution plan. | 1.50 | 637.50 |
| 02/11/25 | PEP | Attention to fee application. | 0.40 | No Charge |
| 02/11/25 | CAF | Draft motion for distribution plan and brief in support of distribution plan. | 2.50 | 1,062.50 |
| 02/12/25 | CAF | Draft motion for distribution plan and brief in support of distribution plan. | 2.10 | 892.50 |
| 03/03/25 | CAF | Draft motion in support of receiver's motion for the court to approve plan while adding a section for a bar claims date | 4.40 | 1,870.00 |
| **Subtotal for** SEC11 | | Status Reports | 37.70 | $9,350.00 |

**SEC13**    **Litigation**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/25 | MKF | Perform Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮ | 2.50 | $975.00 |
| 01/10/25 | MKF | Preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/13/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮ | 2.50 | 975.00 |
| 01/14/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮ | 2.50 | 975.00 |
| 01/14/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.00 | 780.00 |
| 01/15/25 | MKF | Continued Relativity searches regarding accounting | 2.50 | 975.00 |



33206.389768  3125210  05/20/2025

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | | |
| 01/15/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/16/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | 2.50 | 975.00 |
| 01/17/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮cios. | 2.50 | 975.00 |
| 01/17/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/22/25 | MKF | Perform searches regarding Webster's Auction Palace payments. | 0.50 | 195.00 |
| 01/22/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | 2.50 | 975.00 |
| 01/23/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | 2.50 | 975.00 |
| 01/23/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/27/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮rcios. | 2.50 | 975.00 |
| 01/27/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/28/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | 2.50 | 975.00 |
| 01/28/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/29/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | 2.50 | 975.00 |
| 01/30/25 | MKF | Continued Relativity searches regarding accounting spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▮▮▮▮. | 2.50 | 975.00 |
| 01/30/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/31/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 01/31/25 | MKF | Continued Relativity searches regarding accounting | 2.50 | 975.00 |



33206.389768  3125210  05/20/2025

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | spreadsheets, leader spreadsheets, payout sheets, master accounting sheets and documents produced by ▓▓▓rcios. | | |
| 02/05/25 | MKF | Continued preparation and organization of documents to be shared with SEC. | 2.50 | 975.00 |
| 02/11/25 | PEP | Review S. Askue analysis of potential disgorgement amount. | 0.40 | 170.00 |
| 02/13/25 | PEP | Analyze Motion to Approve Plan and Proposed Plan. | 1.00 | 425.00 |
| 03/03/25 | PEP | Revisions to Brief in Support of Receiver's plan. | 0.70 | 297.50 |
| 03/12/25 | PEP | Review analysis for disgorgement amounts for settlement. | 0.80 | 340.00 |
| **Subtotal for** SEC13 | | Litigation | 60.40 | $23,657.50 |
| Total | | | 105.40 | $36,012.00 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PEP | Poston E. Pritchett | 11.50 | $425.00 | $4,887.50 |
| CAF | Charelle A. Fluker | 20.30 | 425.00 | 8,627.50 |
| MKF | Mia K. Fleming | 57.50 | 390.00 | 22,425.00 |
| LNBY | Lindsey N. Bangert | 0.40 | 180.00 | 72.00 |
| **Total Fees** | | **89.70** | | **$36,012.00** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| **Expense Code:** | **E113** | |
| 03/11/25 | Veritext - Service of Subpoena  Veritext, Service of Subpoena/Summons for Henry Nguyen. | $503.25 |
| 03/11/25 | Veritext - Service of Subpoena  Veritext, Service of Subpoena/Summons for Olegario Munoz | 67.75 |
| 03/11/25 | Veritext - Service of Subpoena  Veritext, Service of Subpoena/Summons and Witness Fee of Man Lol Wong | 224.10 |
| 03/11/25 | Veritext - Service of Subpoena  Veritext, Service of Subpoena/Summons for Juaquin Santamaria. | 198.25 |
| **Subtotal for**  E113 | | **$993.35** |
| **Expense Code:** | **E118** | |
| 01/31/25 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, Relativity managed services and electronic data collection invoice for January 2025, related to SEC v. Mauricio Chavez, et al. | $1,427.63 |
| 02/28/25 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, Relativity managed services and electronic data collection invoice for February 2025, related to SEC v. Mauricio Chavez, et al. | 1,427.63 |



33206.389768  3125210  05/20/2025

| Date | Description | Amount |
|---|---|---|
| 03/31/25 | Gulfstream Legal Group LLC - Litigation Support  Gulfstream Legal Group LLC, Relativity managed services and electronic data collection invoice for March 2025, related to SEC v. Mauricio Chavez, et al. | 1,352.63 |
| **Subtotal for** | **E118** | **$4,207.89** |
| **Total Disbursements** | | **$5,201.24** |

|  | |  |
|---|---|---|
| | Current Disbursements | 5,201.24 |
| | **Total Current Fees and Disbursements** | **$41,213.24** |
| | Previous Balance | 27,545.17 |
| | **Total Amount Due** | **$68,758.41** |