**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from    1/1/2025    to   3/31/2025**

April 23, 2025

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| James R. Jennings, CPA | 0.50<br>276.00/hr | 138.00 |
| S. Gregory Hays, CTP, CIRA | 1.30<br>362.00/hr | 470.60 |
| Scott S. Askue | 26.50<br>276.00/hr | 7,314.00 |
| **For professional services rendered** | **28.30** | **$7,922.60** |

Additional Charges :

| | | |
|---|---|---:|
| Tax Return Preparation | | 50.00 |
| **Total costs** | | **$50.00** |
| | | |
| **Total amount of this bill** | | **$7,972.60** |

---

CFE - Certified Fraud Examiner                                CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor          PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from   1/1/2025   to   3/31/2025**

April 23, 2025

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 2.60 | 717.60 |
| Case Administration | 1.70 | 520.80 |
| Claims Administration & Objections | 3.60 | 1,019.40 |
| Reconstruction Accounting | 19.50 | 5,416.40 |
| Tax Issues | 0.90 | 248.40 |
| **For professional services rendered** | **28.30** | **$7,922.60** |

Additional Charges :

| | |
|---|---:|
| Tax Return Preparation | 50.00 |
| **Total costs** | **$50.00** |
| | |
| **Total amount of this bill** | **$7,972.60** |

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**SEC v CryptoFX**
**John Lewis, Receiver**

**For the Period from  1/1/2025  to  3/31/2025**

April 23, 2025

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Accounting** | | |
| 1/23/2025 | SSA | Prepared SFAR, asset and recovery report and receipts and disbursement report through 12/31/2024. | 2.10<br>276.00/hr | 579.60 |
| 1/24/2025 | SSA | Prepared fee payment allocation based on bank account balances of the four receivership estates. | 0.50<br>276.00/hr | 138.00 |
| | | Subtotal | 2.60 | 717.60 |
| | | **Case Administration** | | |
| 1/15/2025 | SSA | Telephone conference with the Receiver and SEC regarding upcoming status hearing and wind up of receivership. | 0.80<br>276.00/hr | 220.80 |
| 1/29/2025 | SSA | Reviewed ninth status report and drafted email to Poston Pritchett regarding same. | 0.30<br>276.00/hr | 82.80 |
| 1/30/2025 | SGH | Reviewed and edited status report and emails regarding same. | 0.40<br>362.00/hr | 144.80 |
| 2/13/2025 | SGH | Reviewed email from Poston Pritchett. | 0.20<br>362.00/hr | 72.40 |
| | | Subtotal | 1.70 | 520.80 |
| | | **Claims Administration & Objections** | | |
| 1/10/2025 | SSA | Prepared for and conference call with the Receiver, Poston Pritchett and Lisa Ferm regarding claims administration issues and web site. | 1.30<br>276.00/hr | 358.80 |
| 1/14/2025 | SSA | Researched for claims administration procedures and plans used in other matters. Drafted email to the Receiver regarding same. | 0.80<br>276.00/hr | 220.80 |
| 1/15/2025 | SGH | Reviewed pending matters regarding claim and discussed with Scott Askue. | 0.30<br>362.00/hr | 108.60 |
| 2/5/2025 | SSA | Reviewed claim form and tax issues. Drafted emails to Jim Jennings regarding same. Drafted email to Receiver team regarding same. | 0.70<br>276.00/hr | 193.20 |
| 3/4/2025 | SSA | Prepared for and conference call with the Receiver, Poston Pritchett and Lisa Ferm regarding claim portal and other claim issues. | 0.50<br>276.00/hr | 138.00 |
| | | Subtotal | 3.60 | 1,019.40 |
| | | **Reconstruction Accounting** | | |
| 2/11/2025 | SSA | Reviewed various reports from SalesForce. Prepared data and analysis for calculation of penalties. | 1.70<br>276.00/hr | 469.20 |

**SEC v CryptoFX**  Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2025 | SGH | Reviewed loss information requested by Receiver. Reviewed analysis prepared by Scott Askue of the $18 million loss. | 0.40 362.00/hr | 144.80 |
| 3/17/2025 | SSA | Formatted and created bank activity ledger for CBT account at Lone Star Bank. | 1.30 276.00/hr | 358.80 |
| | SSA | Formatted and created bank activity ledger for CBT account at Cadence Bank. | 1.30 276.00/hr | 358.80 |
| | SSA | Formatted and created bank activity ledger for CBT account at Simmons bank. | 2.80 276.00/hr | 772.80 |
| 3/18/2025 | SSA | Continued analysis of transactions in three CBT bank accounts for determination of investor loss. Coded transactions for summary reporting. | 4.20 276.00/hr | 1,159.20 |
| 3/19/2025 | SSA | Continued analysis of transactions in three CBT bank accounts. Coded transactions and prepare summary based on transaction type. | 4.70 276.00/hr | 1,297.20 |
| | SSA | Finalized report of transactions in CBT for claim against same. | 1.60 276.00/hr | 441.60 |
| 3/20/2025 | SSA | Prepared report of the liability of CBT Group based on investments funds, uses of funds and estate recoveries. Drafted email to Poston Pritchett regarding same. | 1.50 276.00/hr | 414.00 |
| | | Subtotal | 19.50 | 5,416.40 |

**Tax Issues**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2025 | SSA | Telephone call from Jim Jennings regarding various case investor tax issues. | 0.40 276.00/hr | 110.40 |
| 2/23/2025 | JRJ | Prepared Federal extension for 2024, enabled for e-filing and e-filed 2024 Federal extension. | 0.50 276.00/hr | 138.00 |
| | | Subtotal | 0.90 | 248.40 |
| | | **For professional services rendered** | **28.30** | **$7,922.60** |

**SEC v CryptoFX**  Page    3

Additional Charges :

|  | **Amount** |
|---|---:|
| **Expenses** | |
| 3/4/2025  Tax software licensing fee for filing of year 2024 CBT returns. | 50.00 |
| Subtotal | 50.00 |
| **Total costs** | **$50.00** |
| **Total amount of this bill** | **$7,972.60** |