# Exhibit 1

CryptoFX, LLC Receiver

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

*SECURITIES AND EXCHANGE COMMISSION, Plaintiff v. MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, Defendants.*

Case Number 4:22-CV-03359

# PROOF OF CLAIM

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

### GENERAL INFORMATION

On September 19, 2022, the Securities and Exchange Commission initiated a civil enforcement action against Mauricio Chavez, Giorgio Benvenuto and CryptoFX, LLC by filing an ex parte complaint and motion for temporary restraining order seeking, among other things, the freezing of the defendants' assets and the appointment of a receiver over CryptoFX, Mr. Chavez and Mr. Benvenuto. On September 19, 2022, the Court appointed John Lewis, Jr. to be receiver over the defendants.

Since then, the Receiver has been marshaling assets. Although that process is not complete, the Receiver is holding sufficient funds to begin the process of identifying investors of the schemes alleged in the Complaint. It is too early for the Receiver to determine how much money each investor will receive, but he does not expect that investors will be paid in full. Because the Receiver believes that the best source of compensation to investors is from the funds that the Receiver is bringing into the receivership estate, investors and creditors are strongly encouraged to file claims using this claim form.**If your Proof of Claim is not received before 5:00 p.m. CDT on [DATE], you will lose your right to receive any distributions**

from the Receiver or the receivership estate and your claim will be barred.

1. **WHO MUST FILE A PROOF OF CLAIM FORM?** You must file a Proof of Claim form if you: Believe that you are owed money by Defendant CryptoFX, LLC, or any of its subsidiaries and affiliates (collectively, the "Company"), arising out of or based upon: (a) any investment with, through, or in the Company; (b) any interest in the Company or any of its assets or any claim against the Company or any entity under its control based on primary, secondary, direct, indirect, secured, unsecured, or contingent liabilities; or (c) any claim of any sort against the Company or any entity under its control whether such claim is based upon contract, tort, contribution, indemnity, reimbursement, subrogation theories or other legal or equitable theory. **Note that a failure to submit a signed Proof of Claim form and supporting documentation, may result in the denial of your claim.**

2. **CONSENT TO JURISDICTION OF THE COURT AND THE CONSEQUENCES THEREOF.** If you submit a Proof of Claim form in this case, you consent to the jurisdiction of United States District Court for the Southern District of Texas ("District Court") for all purposes, agree to be bound by its decisions, including a determination, among other things, as to the validity and amount of your claim against the Company, or other persons or entities as identified in paragraph 1, above. In submitting a Proof of Claim, you agree to be bound by the actions of the District Court, including the District's Court approval of limiting or denying your claim, if any. By submitting a Proof of Claim, you further agree that your participation in any distribution of the receivership estate may exclude or prevent you from pursuing any other remedies.

3. **WHERE MUST THE PROOF OF CLAIM FORM BE SENT?** The completed Proof of Claim form, along with all supporting documentation, must either be (1) completed electronically at this website; or (2) mailed to the address below. **Do not do both** or it will result in duplicate claims. Claims submitted by mail can be mailed to:

    CryptoFX, LLC
    c/o KCC
    222 N. Pacific Coast Highway

Suite 300<br>
El Segundo, CA 90245

4. **WHAT IS THE DEADLINE TO FILE THIS PROOF OF CLAIM FORM?** The Proof of Claim form must be submitted on the website or received by the Receiver before **5:00 p.m. CDT on [DATE].** Please note that any late filed claim will be objected to and denied in its entirety.

5. **SUPPORTING DOCUMENTS.** You must attach to the Proof of Claim form copies of all documents that show that the Company owes the debts or amounts claimed. If supporting documents are not available, you must attach an explanation of why they are not available. Failure to provide such documents may result in the denial of your claim.

6. **ADDITIONAL INFORMATION.** Note that additional information regarding filing the Proof of Claim form, along with additional blank forms, can be obtained at [www.cryptofxreceiver.com](www.cryptofxreceiver.com) or you may write to the Receiver at the following address:

John Lewis Jr., Receiver<br>
c/o CryptoFX, LLC Claims<br>
PO Box 4364<br>
Portland, OR 97208-4364

# INFORMATION ON COMPLETING THE PROOF OF CLAIM FORM

1. **Name and Address of Claimant.** Complete this section giving the name, address and telephone number of the Claimant to whom the Company allegedly owes money or property.

2. **Primary CryptoFX Person.** Indicate in this box who your primary point of contact was at CryptoFX for sending money or receiving money from CryptoFX. This should be an individual employed by or associated with CryptoFX. If you do not know, please leave it blank.

3. **INVESTORS.**
   a. Identify the total amount of money you sent to CryptoFX for investment purposes.

b. Identify the total amount of money you received from CryptoFX.
c. **Identify the net amount of your claim against CryptoFX by subtracting 3b from 3a.**
d. **Date and Amount of Funds Invested.** Indicate in this section each time you sent money to CryptoFX by indicating the investment date, the investment amount, the form of payments and the person to whom you sent the investment. Attach additional sheets as necessary to reflect all investments.
e. **Date and Amount of any Distributions, Withdrawals, or any other Payment.** Indicate the date of any Distributions, Withdrawals, or any other Payment from CryptoFX by indicating the date and amount of each said Distributions, Withdrawals, or any other Payment, the form of payment and the CryptoFX person from whom the disbursement came from. Attach additional sheets as necessary to reflect the date and amount of all transfers of money out of the applicable Company. (Investors go to Section 5 of the Proof of Claim and complete Sections 5 – 8.)
f. Attach to your Proof of Claim copies of all Agreements, Contracts, and any other documents you contend reflect the terms of your agreement or investment with the Company.

4. **Supporting Documentation.** Note that in addition to filling out the Proof of Claim form, you must provide supporting documentation evidencing your claim. Supporting documentation may include, but need not be limited to, documents such as canceled checks, bank statements, account ledgers, promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, or evidence of perfection of liens. Furthermore, feel free to provide any additional pages of explanation or narrative discussing your claim and claim amount.

5. **Supporting Statement.** If there is any additional information that documents your claim such as unwritten promises or discussions, please describe those promises or discussions and include who those discussions were with, when and where they occurred, and what those discussions were about.

6. **Acknowledgement of Filing.** To receive an acknowledgment of the filing of your Proof of Claim form, enclose an additional copy of the Proof of Claim form, along with a self-addressed, stamped envelope when filing the original form.
7. **Date.** Insert the date on which you completed and signed the Proof of Claim form.
8. **Signature. Sign the Proof of Claim form and indicate your title, if applicable.**

## 1. NAME AND ADDRESS OF CLAIMANT:

*First Name

*Last Name

*Current Address

Current Address Continued

*City

*Country

UNITED STATES

*State

Select

*Zip Code

*Current Telephone No. of Claimant

*Email

Tax I.D. No. or SSN

First Name of Co-Filer

Last Name of Co-Filer

Tax I.D. No. or SSN of Co-Filer

## 1a. IDENTIFYING INFORMATION FROM CONTRACTS

**1b. Telephone number Claimant used for contracts or communications with CryptoFX:**

Current Telephone No. of Claimant

**2. PRIMARY CryptoFX Person:**

Name

## 3. INVESTORS

**3a. Please Identify the Date and Amount of Money Sent to CryptoFX as of September 19, 2022, and to whom at CryptoFX that money was sent or entrusted.**

List each and every amount you sent to CryptoFX below.

*Total Amount of Money Claimant sent to CryptoFX (Total from Section 3d on the following page):

$ 0 . 0

**3b. Please Identify the Date and Amount of Any Payments from CryptoFX to Claimant (including interest, commissions or returns of principal) or Withdrawals and who at CryptoFX gave you those Payments or Withdrawals:**

List each and every amount you sent to CryptoFX in section 3e and enter the total below.

*Total Amount of Money Claimant Received from CryptoFX (Total from Section 3e. on the following page):

$ 0 . 0

**3c. Net Amount of Claim Against CryptoFX:**

**(3b subtracted from 3a):**

$ 0

### 3d. Date and Amount of Money Sent As of

Date:

Amount:

Payment Type(Cash, Money Order, Crypto, etc.):

CryptoFX Person Receiving Money:

mm/dd/yyyy

$ . 00

[ Add ] [ Remove ]

### 3e. Date and Amount of Any Distributions (including interest, commissions or returns of principal) or Withdrawals:

Date:

Amount:

Payment Type(Cash, Money Order, Crypto, etc.):

Nature of payment (Return of principal, commission, bonus, interest, etc.)

mm/dd/yyyy

$ . 00

[        ]

[        ]

[ Add ] [ Remove ]

**3f. Supporting Documentation:**

Please upload supporting documentation per the instructions in Section 4 below.

## 4. SUPPORTING DOCUMENTS

Please attach copies of supporting documents, such as cancelled checks (front and back), account ledgers, bank statements, contracts, Venture Agreements, cash withdrawals from bank, money orders, Crypto Currency Transfers, court judgments, , etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, please explain through attaching a narration to this claim form.

☐ Check this box if documents are not available.

**\*** Click the "Browse" or "Choose File" button and select the relevant file from your computer. The selected files will be uploaded when the "Submit" button is clicked.

Required documentation may be uploaded in .jpg,.jpeg,.tif,.tiff,.gif,.png,.pdf format only.

You may upload up to 10 files.

**File size can not be larger than 5 MB.**

[ Choose File ] No file chosen     [ + ]

## 5. SUPPORTING STATEMENT

If there is any additional information that documents your claim such as unwritten promises or discussions please describe those promises or discussions and include, who those discussions were with, when and where they occurred, and what those discussions were about.

**\*SUPPORTING STATEMENT**

## 6. Date-Stamped Copy:

To receive an acknowledgment of the filing of your Proof of Claim form, enclose a stamped, self-addressed envelope and copy of this Proof of Claim form when filing your original Proof of Claim, or by emailing the Receiver at [receivership@shb.com](mailto:receivership@shb.com).

## Certification

\* ☐ I certify that the information contained in this Claim Form and any back-up documentation provided is true and correct.

Type the name and title, if any, of all Claimants or other persons authorized to file this claim (attach copy of power of attorney, death certificate, or other document as needed if co-owner is unable to sign). **By signing your name below, you certify that the information contained in this Claim Form and any back-up documentation provided is true and correct.**

Your typed name will serve as your electronic signature.

| *Signature | Title (if any) |
|---|---|
|  |  |

| Signature of Co-Filer | Title (if any) |
|---|---|
|  |  |