IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| *Plaintiff,* § § | |
| vs. § § | CIVIL ACTION NO. 4:22-CV-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, § § § | JUDGE ANDREW S. HANEN |
| *Defendants.* § § | |
| CBT Group, LLC, § § | |
| *Relief Defendant.* § | |

**ORDER APPROVING RECEIVER'S MOTION FOR THE COURT TO APPROVE CLAIMS ADMINISTRATION PROCESS AND BRIEF IN SUPPORT THEREOF**

On August 15, 2025, counsel for John Lewis, Jr., the Court-appointed Receiver for Mauricio Chavez ("Chavez"), Giorgio Benvenuto ("Benvenuto"), CryptoFX, LLC ("CryptoFX"), and CBT Group, LLC ("CBT") (collectively, the "Receivership Defendants"), filed a Motion for the Court to Approve the Claims Administration Process and Brief in Support Thereof, which seeks approval (the "Claims Administration Process").

Pursuant to the Receivership Order, paragraph 58, the Receiver served a copy of the proposed Motion, together with all exhibits, to counsel for the SEC. Receiver and counsel for the SEC have conferred regarding the Receiver's Motion, its compliance with the SEC's Guidelines and this Court's Receivership Order. The SEC does not oppose the Receiver's Motion. The Court finds and determines that good cause exists to approve the Receiver's Motion.

Accordingly, the Court finds the Receiver's Motion should be granted.

IT IS SO ORDERED this ____ day of _____, 2025.

                                                                                                           _____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE