United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 4:22-cv-03359 |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO, and CRYPTOFX, LLC, | § § § § § | JUDGE ANDREW S. HANEN |
| Defendants, | § § § | |
| and | § § | |
| CBT GROUP, LLC, | § § § | |
| Relief Defendant. | § § | |

## ORDER REGARDING MAURICIO CHAVEZ'S
## FOURTH MOTION FOR PAYMENT OF ATTORNEYS' FEES

The Court has considered Mauricio Chavez's Fourth Motion for Payment of Attorney's Fees filed April 21, 2026 ,and a copy of Chavez's attorney fee invoice submitted *in camera*. The motion is GRANTED.  The Court approves payment of the following fees and expenses to Chavez's counsel by the Receiver:

0383 Mauricio Chavez
0001 SEC

| | | | | | |
|---|---|---|---|---|---|
| Invoice | 10/04/2025 | 3937 | 10/04/2025 | 198 | 1,020.00 |
| Invoice | 11/05/2025 | 3983 | 11/05/2025 | 166 | 2,020.00 |
| Invoice | 12/08/2025 | 4002 | 12/08/2025 | 133 | 787.50 |
| Invoice | 01/05/2026 | 4025 | 01/05/2026 | 105 | 680.00 |
| Invoice | 02/04/2026 | 4047 | 02/04/2026 | 75 | 830.00 |

$5,337.50

Signed: _____April 28_____, 2026.

_____
UNITED STATES DISTRICT JUDGE